# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., and AT&T COMMUNICATIONS, LLC.<br><br>Defendants. | Case No. 2:22-cv-75-JRG<br><br>**DEMAND FOR JURY TRIAL** |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Plaintiff, Entropic Communications, LLC ("Entropic"), pursuant to Fed. R. Civ. P. 7.1, hereby states that its parent company is Entropic Holdings, LLC, a Delaware limited liability company, and no publicly held corporation owns 10% or more of its stock.

Dated: March 9, 2022

Respectfully submitted,

*/s/ James Shimota (by permission Wesley Hill)*
James Shimota – Lead Attorney
(pro hac vice forthcoming)
Jason Engel (pro hac vice forthcoming)
George Summerfield
Devon Beane (pro hac vice forthcoming)
Erik Halverson (pro hac vice forthcoming)
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

-1-

    devon.beane@klgates.com
    erik.halverson@klgates.com

Brian Bozzo (pro hac vice forthcoming)
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Fax: (412) 355-6501
brian.bozzo@klgates.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed  to have consented to electronic service on this the 9th day of March, 2022.

    /s/ Wesley Hill