AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., and AT&T COMMUNICATIONS, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 2:22-cv-00075 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIRECTV, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wesley Hill
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/9/22

*David A. O'Toole*
Signature of Clerk or Deputy Clerk

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00075

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

*SERVICE RETURN ATTACHED*

I declare under penalty of perjury that this information is true.

Date: _____

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-00075

Plaintiff:
**Entropic Communications, LLC**

vs.

Defendant:
**DirecTV, LLC, et al.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Caleb Malone on the 9th day of March, 2022 at 5:01 pm to be served on **DirecTV, LLC by serving its registered agent, CT Corporation System, 1999 Bryan St, Suite 900, Dallas, Dallas County, TX 75201**.

I, Caleb Malone, do hereby affirm that on the **10th day of March, 2022** at **10:35 am, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons and Original Complaint for Patent Infringement with Exhibits A, B, C, D, E, F, and Civil Cover Sheet** with the date of delivery endorsed thereon by me, to **Shaina Fenimore, CT Corporation System** as the designated agent to accept delivery of process at the address of **1999 Bryan St, Suite 900, Dallas, Dallas County, TX 75201** on behalf of **DirecTV, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

**Caleb Malone**
PSC - 1574; Exp: 10/31/2023

3/11/22
**Date**

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2022002644
Ref: Entropic Communications v DirecTV