UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-75

Name of party requesting extension:

AT&T, INC., AT&T SERVICES, INC. AND AT&T COMMUNICATIONS, LLC

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 3/10/22

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 4/30/2022  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: The Dacus Firm, P.C.
Address: 821 ESE Loop 323, suite 430
Tyler, TX 75701

Phone: 903/705-1117
Fax: 903/705-1117
Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.