# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00075-JRG |
| | § | |
| DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., and AT&T COMMUNICATIONS, LLC. | § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
## ENTROPIC COMMUNICATIONS, LLC

Notice is hereby given that George C. Summerfield of the law firm K&L Gates LLP hereby enters his appearance as an attorney of record for Plaintiff Entropic Communications, LLC in all further proceedings in this cause of action, and requests that all future documents from the Court and the parties in this matter be provided to him by electronic service.

Respectfully submitted,

*/s/ George C. Summerfield*
George C. Summerfield
K&L Gates LLP
70 West Madison Street
Chicago, Illinois 60602
(312) 807-4376
george.summerfield@klgates.com

Counsel for Plaintiff
Entropic Communications, LLC

Date:  March 30, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 30th day of March, 2022.

                                          /s/ George C. Summerfield