Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Marshall__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

*APPROVED*
*By Nakisha Love at 4:20 pm, Mar 29, 2022*

1. This application is being made for the following: Case # __2:22-cv-00075-JRG__
Style/Parties: __Entropic Communications, LLC v. DIRECTV, LLC et al.__
2. Applicant is representing the following party/ies: __Entropic Communications, LLC__
3. Applicant was admitted to practice in __Pennsylvania__ (state) on __10/11/2018__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Supreme Court of Pennsylvania__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Brian P. Bozzo__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __03/29/2022__    Signature __/s/ Brian P. Bozzo__ (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Brian P. Bozzo
Bar Number /State: 325903 / Pennsylvania
Firm Name: K&L Gates LLP
Address/P.O. Box: 210 6th Street, Suite 1600
City/State/Zip: Pittsburgh, PA 15222
Telephone #: 412.355.8235
Fax #: 412.355.6501
E-mail Address: brian.bozzo@klgates.com
Secondary E-Mail Address:

This application has been approved for the court on: **3/29/22**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and  Password so that you will be able to electronically file your application and pay the $100 fee on  line. If you already have a login and password, you will still need to wait for approval email  from the clerk before filing your electronic application.  For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application