# EXHIBIT D

**Exhibit D**

**Infringement of U.S. Patent No. 7,130,576 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 14a | 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of: | The Accused Satellite Television Services perform the claimed method utilizing, for example, Signal Selector and Combiner ("SSC") devices, which include which include SSC-enabled LNBs (for example, SWM5-21 LNB and SWM-13 LNB) and switches (for example, SWM8, SWM16, and SWM30).  By way of example, the SWM30 is charted herein.<br><br>A plurality of transponder signals are communicated from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| **14b** | communicating a transponder request signal to the ODU from the IRD; | The ODU communicates a transponder request signal to the ODU from the IRD as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| **14c** | in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; | The ODU digitizes the plurality of satellite broadband signals, selects and extracts a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Analog-to-Digital Converters Converting Signals from Satellite Dish<br><br><br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 14d | combining extracted selected transponder signals into a composite signal; | The ODU combines extracted selected transponder signals into a composite signal as described below:<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 14e | transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | The ODU transmits the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 15 | 15. The method of claim 14 wherein the step of selecting and extracting a transponder signal | Upon information and belief, the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels, opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 16 | 16. The method of claim 14 wherein the step of combining comprises | Upon information and belief, the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | frequency translating the selected and extracted transponder channels to a variable frequency before combining. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. <br><br> **Technology Advantages:** <br><br> • *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

## Exhibit D

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| | | |
| 17 | 17. The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining. | Upon information and belief, The ODU frequency translates the selected transponder channels to a predetermined frequency before combining as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:** <br><br> • *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. <br><br> Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs. <br><br> **Key Features and Benefits:** <br><br> • Second generation with reduced power and better integration in 28 nm process <br> • 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range <br> • 24 user-band output channels <br> • 24 output channels selectable from any LNB input <br> • Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 18 | 18. The method of claim 14 further comprising the step of splitting the composite signal inside a home and | The ODU splits the composite signal inside a home and distributes to a plurality of IRDs as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | distributing to a plurality of IRDs. |  |
| 19 | 19. The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal. | The transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| | | |
| 21a | 21. The method of claim 14 further comprising the steps of: | See claim 14 analysis. |
| 21b | frequency translating the selected transponder channels to a variable frequency before combining; and | See claim 16 analysis. |
| 21c | splitting the composite signal inside a home and | See claim 18 analysis. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | distributing to a plurality of IRDs. | |
| | | |
| 22 | 22. The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD. | The transponder request signal is transmitted over the cable from an IRD as described below:  |
| | | |
| 34 | 34. The method of claim 14, wherein selecting and extracting comprises applying a pass band filter | Upon information and belief, the selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | transfer function to the digitized broadband signal. | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
|  |  |  |
| 36 | 36. The method of claim 14, wherein the combining is performed in the digital domain. | The ODU performs the combining in the digital domain as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 37 | 37. The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a | Upon information and belief, the frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | rotating phasor to the data samples to translate their frequency. | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels: opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 38 | 38. The method of claim 14, further comprising frequency translating the digitized broadband signal | The ODU frequency translates the digitized broadband signal prior to selecting and extracting transponder signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | prior to selecting and extracting transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 39 | 39. The method of claim 38, wherein frequency translating comprises translating the original | The frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband as described below: |

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | digitized broadband signal to locate a selected transponder channel at baseband. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 40 | 40. The method of claim 14, further comprising maintaining a channel translation table at the | The ODU maintains a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 41 | 41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel. | The ODU provides the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 42 | 42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels. | Upon information and belief, the selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels as described below:<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |