# EXHIBIT G

**K&L GATES**

March 9, 2022

James A. Shimota
jim.shimota@klgates.com

T +1 312 807 4299
F +1 312 827 8000

Brian Gaffney
Vice President, Associate General Counsel
   and Chief IP Counsel
AT&T Services, Inc.
208 S. Akard Street
Dallas, TX 75202
brian.gaffney@att.com

**Re:    Entropic Communications LLC's Patents**

Dear Mr. Gaffney:

I am outside legal counsel for Entropic Communications LLC ("Entropic"). Entropic's CEO, Boris Teksler, is writing to you directly. In conjunction with his letter, Entropic has instructed me to write to you regarding Entropic's patent portfolio.

Entropic owns numerous patents as listed in Exhibit A attached hereto. The portfolio represents a long and rich history of innovation. You should evaluate this portfolio carefully, as Entropic is open to discussing appropriate licenses to the patents.

At present I draw your particular attention to three of these patents, selected because they are the subject of a lawsuit which will be filed today: U.S. Patent Nos. 7,130,576 ("the '576 Patent"), 7,542,715 ("the '715 Patent"), and 8,792,008 ("the '008 Patent"). Your satellite television services infringe certain claims of these patents, at least as set forth in the attached charts (Exhibits B to D).

We will forward to you a courtesy copy of the litigation complaint when it is filed.

As Entropic's CEO Mr. Teksler has written to you, Entropic remains willing to discuss a reasonable business resolution to this issue. Please contact him or myself at your convenience and we will be happy to discuss.

Very truly yours,

James A. Shimota

K&L GATES LLP
70 W. MADISON ST.   SUITE 3100   CHICAGO   IL 60602
T +1 312 807 4299  F +1 312 827 8000  klgates.com

Exhibit A - Entropic Patents

6552738
7116712
7130576
7130576
7154957
7236757
7271640
7295518
7295623
7403752
7428238
7477871
7499397
7522875
7526264
7542411
7542715
7558551
7573822
7594249
7724639
7783958
7889759
7941091
7995459
8009725
8010070
8023912
8085802
8086170
8176181
8179920
8223775
8228910
8266265
8284690
8300681
8320566
8340125
8345798
8351368

8352569
8363681
8411565
8416685
8418036
8427944
8466850
8468200
8472912
8483152
8498294
8526898
8548034
8548411
8553727
8566678
8587722
8588055
8588250
8593983
8611483
8621539
8631450
8634498
8638808
8677441
8681900
8688064
8699704
8711848
8725104
8750298
8767554
8767607
8787430
8788728
8792008
8792565
8797220
8799964
8824270
8831015
8861357

8891544
8892026
8892225
8892926
8913626
8913635
8934590
8964903
8981977
8990864
9008077
9008571
9014649
9042433
9042851
9043855
9100088
9100622
9106554
9112803
9172993
9178765
9184872
9191461
9203535
9203653
9209957
9210062
9210362
9210363
9219557
9223382
9225426
9247274
9258621
9264074
9270401
9294297
9300468
9306595
9326090
9344262
9391822

9407369
9413476
9413632
9414184
9419858
9432104
9436271
9461742
9484986
9509422
9549222
9559835
9560477
9565012
9565469
9571779
9571885
9577886
9621367
9647687
9647817
9668018
9680503
9692859
9693175
9712236
9749088
9755728
9780962
9787566
9794823
9800451
9806765
9813999
9819698
9819992
9825826
9838213
9853757
9853865
9860144
9866438
9871892

9875196
9877062
9883260
9888294
9894426
9906508
9913082
9923652
9929871
9936262
9936417
9941986
9942598
9985777
9991906
9998270
10009189
10015000
10020820
10033484
10051406
10063436
10075333
10091133
10103776
10104083
10104572
10122543
10129048
10135682
10142256
10148480
10182274
10193645
10211936
10230515
10244283
10250724
10251043
10256898
10257566
10263801
10264432

10270710
10271118
10271192
10284386
10284899
10285116
10292068
10298413
10313489
10313496
10313733
10324871
10356584
10356585
10374879
10432262
10432422
10439746
10439911
10454653
10469166
10491331
10498768
10574261
10575073
10594566
10594672
10659103
10659296
10715461
10756923
10771278
10812223
10848340
10862702
10965429
10972781
11121789
11133893
11139902
11153415

## Exhibit B

**Infringement of U.S. Patent No. 7,130,576 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 14a | 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of: | The Accused Satellite Television Services perform the claimed method utilizing, for example, Signal Selector and Combiner ("SSC") devices, which include which include SSC-enabled LNBs (for example, SWM5-21 LNB and SWM-13 LNB) and switches (for example, SWM8, SWM16, and SWM30).  By way of example, the SWM30 is charted herein.<br><br>A plurality of transponder signals are communicated from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 14b | communicating a transponder request signal to the ODU from the IRD; | The ODU communicates a transponder request signal to the ODU from the IRD as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| **14c** | in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; | The ODU digitizes the plurality of satellite broadband signals, selects and extracts a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
|   |                           | Analog-to-Digital Converters Converting Signals from Satellite Dish<br><br><br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 14d | combining extracted selected transponder signals into a composite signal; | The ODU combines extracted selected transponder signals into a composite signal as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies Installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 14e | transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | The ODU transmits the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 15 | 15. The method of claim 14 wherein the step of selecting and extracting a transponder signal | Upon information and belief, the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 16 | 16. The method of claim 14 wherein the step of combining comprises | Upon information and belief, the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | frequency translating the selected and extracted transponder channels to a variable frequency before combining. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase.<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| | | |
| 17 | 17. The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining. | Upon information and belief, The ODU frequency translates the selected transponder channels to a predetermined frequency before combining as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 18 | 18. The method of claim 14 further comprising the step of splitting the composite signal inside a home and | The ODU splits the composite signal inside a home and distributes to a plurality of IRDs as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | distributing to a plurality of IRDs. |  |
| 19 | 19. The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal. | The transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 21a | 21. The method of claim 14 further comprising the steps of: | See claim 14 analysis. |
| 21b | frequency translating the selected transponder channels to a variable frequency before combining; and | See claim 16 analysis. |
| 21c | splitting the composite signal inside a home and | See claim 18 analysis. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | distributing to a plurality of IRDs. | |
| | | |
| 22 | 22. The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD. | The transponder request signal is transmitted over the cable from an IRD as described below:<br><br> |
| | | |
| 34 | 34. The method of claim 14, wherein selecting and extracting comprises applying a pass band filter | Upon information and belief, the selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | transfer function to the digitized broadband signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 36 | 36. The method of claim 14, wherein the combining is performed in the digital domain. | The ODU performs the combining in the digital domain as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 37 | 37. The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a | Upon information and belief, the frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | rotating phasor to the data samples to translate their frequency. | **Technology Advantages:**<br><br>• _Drives future TV_: leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels: opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 38 | 38. The method of claim 14, further comprising frequency translating the digitized broadband signal | The ODU frequency translates the digitized broadband signal prior to selecting and extracting transponder signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | prior to selecting and extracting transponder signal. | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 39 | 39. The method of claim 38, wherein frequency translating comprises translating the original | The frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
| | digitized broadband signal to locate a selected transponder channel at baseband. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 40 | 40. The method of claim 14, further comprising maintaining a channel translation table at the | The ODU maintains a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 41 | 41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel. | The ODU provides the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 42 | 42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels. | Upon information and belief, the selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels as described below:<br><br>Technology Advantages:<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |

**Exhibit C**

**Infringement of U.S. Patent No. 7,542,715 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **9a** | 9. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising: | The Accused Satellite Television Services infringe the asserted claims utilizing, for example, gateway systems, which include Signal Selector and Combiner ("SSC")-enabled LNBs (for example, SWM5-21 LNB and SWM-13 LNB) and switches (for example, SWM8, SWM16, and SWM30) used with gateways such as the HR54/Genie and HS17/Genie 2 receivers and corresponding set top boxes.  By way of example, the SWM30 and corresponding gateways and set top boxes are charted herein. |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 9b | a gateway in communication with the ODU and at least one set top box (STB); | The gateway systems include a gateway in communication with the ODU and at least one set top box (STB) as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  | DIRECTV's Genie system allows the DVR to do all the work and replaces receivers with "clients" or smart TVs that have no tuners of their own. All the work is done by the Genie DVR and every location can pause live TV and view recorded programs. The original "HR34 Genie" model will continue to work but should be upgraded due to its slow processor. Genie DVRs are not permitted on commercial accounts. |

### HR54 "4K GENIE" DVR

The HR54 4K Genie is the same size and shape as the HR44 but has no front buttons other than the power button. It has all the same features as an HR44 and adds the ability to power a SWM-enabled dish without a power inserter. However, even though the HR54 can only record 5 programs, it counts as 7 tuners when connected to a multiswitch because it has the hardware required to tune 4K programs from DIRECTV's "Reverse Band" 4K satellites.

### HS17 "GENIE 2" HEADLESS SERVER/DVR

DIRECTV's HS17 "Genie 2"can record up to 7 programs at once with 400 hour HD recording capability. It can provide programming to five HD locations and two 4K locations, but it does not output live TV itself. It can power a SWM-enabled dish, connect to the internet over Wi-Fi, and connect to wireless clients without any additional hardware. It is designed as a "set and forget" device that sits near the customer's router instead of near a television. It is designed to pull 13 tuners from a SWM-enabled reverse-band dish or SWM-30, but will work "in a pinch" with a SWM-8 or SWM-16 where it will pull 8 tuners. Due to DIRECTV restrictions, if a Genie 2 is installed, no other receivers or DVRs may be on the same account so this may not be the best option for people seeking to load up on recording capacity. If you are looking for more than 7 recordings at the same time, or the ability to serve more than 7 rooms, you may wish to use the 4K Genie instead. However, this DVR should serve the needs of the vast majority of DIRECTV customers while minimizing extra wiring and extra "black boxes."

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
| | | The Genie Client looks and functions like a tiny DIRECTV client but it's all "smoke and mirrors." The client receives input from the remote and outputs video to the TV, but all the hard work is done by the Genie DVR. The clients can pause live TV and do everything that the DVR itself can do, but run completely silent and use less power than any other DIRECTV product.<br><br>**GENIE MINI CLIENTS (MODELS C31, C41, C51, C61)**<br><br>The Genie Mini Client displays SD and HD video over HDMI. An adapter cable can be use to output over component or composite connections. It does not require an access card since it has no tuner and relies on the Genie DVR for all programming and functions. There are few functional differences between models: the C31 model works in RF mode with **DIRECTV's older remote**, while all other models work with the **Genie Remote**. The C61 model has AT&T branding. All of this generation's clients work the same, and none is faster than another.<br><br>**4K GENIE MINI CLIENT MODEL C61K**<br><br>The 4K Genie Mini Client is designed specifically for use with 4K TVs with HDMI 2.0 and HDCP 2.2. It is not designed to be used with HD or SD TVs and does not have the ability to output over component or composite. If connected to an HDTV it may occasionally show "nag messages" saying that the TV is not 4K compatible. It is somewhat larger and much heavier than a traditional Genie Mini Client, and uses quite a bit more power.<br><br>**WIRELESS GENIE MINI CLIENTS (MODELS C41W, C61W)**<br><br>The wireless Genie Mini Client outputs HD programming without a coaxial cable connection. When used with an HR44 or HR54 Genie, a separate **Wireless Video Bridge** must be used for connection, but when used with a Genie 2 system, no separate video bridge is required. The client may be placed up to 50 feet away from the video bridge or Genie 2. Up to 3 wireless clients may be used with an HR44 or HR54, and up to 5 wireless clients may be used with a Genie 2. |
| 9c | a signal selector that receives a plurality of | The gateway systems include a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information; | responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| 9d | a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and | The gateway systems include a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

## Exhibit C

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|---------------------------------------------------------|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 9e | a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal; | The gateway systems include a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal as described below: |

### Exhibit C

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 9f | wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the | The modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 10 | 10. The signal distribution system of claim 9 wherein a translation table maps original channel locations on | A translation table maps original channel locations on the selector input to new channel locations on the selector output as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | the selector input to new channel locations on the selector output. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 11 | 11. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the gateway and the translation table is communicated to devices in the network. | The gateway maintains the translation table and communicates the translation table to the STBs via the network as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 12 | 12. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network. | The translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

**Exhibit D**

**Infringement of U.S. Patent No. 8,792,008 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3a | A method comprising: | The Accused Satellite Television Services perform the claimed method utilizing, for example, monitoring devices such as the HR54 and HS17.  By way of example, the HR54 is charted herein. |

### GENIE™ HD DVR

The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.

This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.

#### GENIE HD DVR - KEY FEATURES

- Record up to five programs simultaneously.
- Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)
- Watch two shows at the same time with Picture In Picture.*
- View live or recorded programming in up to four different rooms simultaneously (Genie Minis required).

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3b | performing by one or more circuits: | The HR54 has one or more circuits as described below:<br><br> |
| 3c | receiving a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, | The HR54 receives a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | wherein said signal carries a plurality of channels; |  |
| 3d | digitizing said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal; | The HR54 digitizes said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | • **All-digital satellite receiver**<br>  - 256-kilobaud to 30-megabaud variable rate receiver<br>  - Supports BPSK, QPSK, 8PSK, & 16QAM modulation<br>  - Dual integrated 7-bit A/D converters<br>  - Digital square-root Nyquist filters (a=0.2, 0.35)<br>  - All-digital clock and carrier recovery<br>  - 12-tap adaptive equalizer<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 3e | selecting a first portion of said digitized signal; | The HR54 selects a first portion of said digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>● Record up to five programs simultaneously.<br>● Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>● Watch two shows at the same time with Picture In Picture.*<br>● View live or recorded programming in up to four different rooms simultaneously (Genie Minis required).<br><br>(Genie User Guide, p. 98) |
| 3f | selecting a second portion of said digitized signal; and | The HR54 selects a second portion of said digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3g | concurrently outputting said selected first portion and said selected second portion, wherein: | The HR54 concurrently outputs said selected first portion and said selected second portion as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>● Record up to five programs simultaneously.<br>● Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>● Watch two shows at the same time with Picture In Picture.*<br>● View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3h | said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one | The HR54 outputs said selected first portion to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | or more characteristics to a source of said received signal; and |  |

## Exhibit D

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 3i | said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | The HR54 outputs said selected second portion to a data processor for recovery of data carried on one or more of said plurality of channels as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | • In the satellite STB market, Broadcom introduces four new 40nm SoC solutions that feature full HD (1080p60 decode and display), the latest transmission-efficient MPEG H.264 SVC and MVC standards for enabling 1080p60/50 and full resolution HD 3DTV content distribution, an OpenGL ES 2.0 3D GPU for advanced 3D graphics, whole-home connectivity, and FastRTV™ fast channel change technology.  The new SoC solutions include:<br>  ○ The Broadcom® BCM7344 single tuner HD AVC satellite receiver SoC with integrated MoCA® support for multi-room DVR applications.<br>  ○ The Broadcom BCM7346 dual tuner HD DVR AVC satellite receiver with integrated MoCA support for multi-room DVR applications.<br>  ○ The Broadcom BCM7354 single tuner HD AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions.<br>  ○ The Broadcom BCM7356 dual tuner HD DVR AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions. |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>● Record up to five programs simultaneously.<br>● Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>● Watch two shows at the same time with Picture In Picture.*<br>● View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| | | |
| 7a | The method of claim 3, wherein: | See above. |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 7b | said received signal is a satellite television signal output by a low noise block downconverter; and | Said received signal is a satellite television signal output by a low noise block downconverter as described below:<br><br> |
| 7c | said plurality of channels comprises a plurality of television channels. | Said plurality of channels comprises a plurality of television channels as described below:<br><br>Welcome! Now that you're plugged in, it's time to start enjoying access to over 285 (including over 190 full-time HD channels) channels of live and On Demand TV programming, satellite music and a huge selection of box office hits from DIRECTV CINEMA®. |
| | | |

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 9 | The method of claim 3, wherein said one or more circuits reside in a customer premises gateway. | Said one or more circuits reside in a customer premises gateway as described below:<br><br>GENIE™ HD DVR<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 10 | The method of claim 3, wherein a bandwidth and/or center frequency of said selected first portion is configurable during | The HR54 configurably selects a bandwidth and/or center frequency of the selected first portion of the digitized signal as described below:<br><br>SWM works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | operation of said one or more circuits. | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

# K&L GATES

James A. Shimota
jim.shimota@klgates.com

T +1 312 807 4299
F +1 312 827 8000

March 9, 2022

Michael Hartman
michael.hartman@att.com
General Counsel
DirecTV
161 Inverness Dr. W.
Englewood, CO 80112

Re:     **Entropic Communications LLC's Patents**

Dear Mr. Hartman:

I am outside legal counsel for Entropic Communications LLC ("Entropic"). Entropic's CEO, Boris Teksler, is writing to you directly. In conjunction with his letter, Entropic has instructed me to write to you regarding Entropic's patent portfolio.

Entropic owns numerous patents as listed in Exhibit A attached hereto. The portfolio represents a long and rich history of innovation. You should evaluate this portfolio carefully, as Entropic is open to discussing appropriate licenses to the patents.

At present I draw your particular attention to three of these patents, selected because they are the subject of a lawsuit which will be filed today: U.S. Patent Nos. 7,130,576 ("the '576 Patent"), 7,542,715 ("the '715 Patent"), and 8,792,008 ("the '008 Patent"). Your satellite television services infringe certain claims of these patents, at least as set forth in the attached charts (Exhibits B to D).

We will forward to you a courtesy copy of the litigation complaint when it is filed.

As Entropic's CEO Mr. Teksler has written to you, Entropic remains willing to discuss a reasonable business resolution to this issue. Please contact him or myself at your convenience and we will be happy to discuss.

Very truly yours,

James A. Shimota

K&L GATES LLP
70 W. MADISON ST.  SUITE 3100  CHICAGO  IL 60602
T +1 312 807 4299  F +1 312 827 8000  klgates.com

Exhibit A - Entropic Patents

6552738
7116712
7130576
7130576
7154957
7236757
7271640
7295518
7295623
7403752
7428238
7477871
7499397
7522875
7526264
7542411
7542715
7558551
7573822
7594249
7724639
7783958
7889759
7941091
7995459
8009725
8010070
8023912
8085802
8086170
8176181
8179920
8223775
8228910
8266265
8284690
8300681
8320566
8340125
8345798
8351368

8352569
8363681
8411565
8416685
8418036
8427944
8466850
8468200
8472912
8483152
8498294
8526898
8548034
8548411
8553727
8566678
8587722
8588055
8588250
8593983
8611483
8621539
8631450
8634498
8638808
8677441
8681900
8688064
8699704
8711848
8725104
8750298
8767554
8767607
8787430
8788728
8792008
8792565
8797220
8799964
8824270
8831015
8861357

8891544
8892026
8892225
8892926
8913626
8913635
8934590
8964903
8981977
8990864
9008077
9008571
9014649
9042433
9042851
9043855
9100088
9100622
9106554
9112803
9172993
9178765
9184872
9191461
9203535
9203653
9209957
9210062
9210362
9210363
9219557
9223382
9225426
9247274
9258621
9264074
9270401
9294297
9300468
9306595
9326090
9344262
9391822

9407369
9413476
9413632
9414184
9419858
9432104
9436271
9461742
9484986
9509422
9549222
9559835
9560477
9565012
9565469
9571779
9571885
9577886
9621367
9647687
9647817
9668018
9680503
9692859
9693175
9712236
9749088
9755728
9780962
9787566
9794823
9800451
9806765
9813999
9819698
9819992
9825826
9838213
9853757
9853865
9860144
9866438
9871892

9875196
9877062
9883260
9888294
9894426
9906508
9913082
9923652
9929871
9936262
9936417
9941986
9942598
9985777
9991906
9998270
10009189
10015000
10020820
10033484
10051406
10063436
10075333
10091133
10103776
10104083
10104572
10122543
10129048
10135682
10142256
10148480
10182274
10193645
10211936
10230515
10244283
10250724
10251043
10256898
10257566
10263801
10264432

10270710
10271118
10271192
10284386
10284899
10285116
10292068
10298413
10313489
10313496
10313733
10324871
10356584
10356585
10374879
10432262
10432422
10439746
10439911
10454653
10469166
10491331
10498768
10574261
10575073
10594566
10594672
10659103
10659296
10715461
10756923
10771278
10812223
10848340
10862702
10965429
10972781
11121789
11133893
11139902
11153415

**Exhibit B**

**Infringement of U.S. Patent No. 7,130,576 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **14a** | 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of: | The Accused Satellite Television Services perform the claimed method utilizing, for example, Signal Selector and Combiner ("SSC") devices, which include which include SSC-enabled LNBs (for example, SWM5-21 LNB and SWM-13 LNB) and switches (for example, SWM8, SWM16, and SWM30).  By way of example, the SWM30 is charted herein.<br><br>A plurality of transponder signals are communicated from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 14b | communicating a transponder request signal to the ODU from the IRD; | The ODU communicates a transponder request signal to the ODU from the IRD as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

## Exhibit B

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| **14c** | in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; | The ODU digitizes the plurality of satellite broadband signals, selects and extracts a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Analog-to-Digital Converters Converting Signals from Satellite Dish<br><br><br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 14d | combining extracted selected transponder signals into a composite signal; | The ODU combines extracted selected transponder signals into a composite signal as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies Installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 14e | transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | The ODU transmits the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Technology Advantages:<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>Key Features and Benefits:<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 15 | 15. The method of claim 14 wherein the step of selecting and extracting a transponder signal | Upon information and belief, the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 16 | 16. The method of claim 14 wherein the step of combining comprises | Upon information and belief, the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | frequency translating the selected and extracted transponder channels to a variable frequency before combining. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase.<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| | | |
| 17 | 17. The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining. | Upon information and belief, The ODU frequency translates the selected transponder channels to a predetermined frequency before combining as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• *Drives future TV*: leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades*: Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC)*: Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost*: replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 18 | 18. The method of claim 14 further comprising the step of splitting the composite signal inside a home and | The ODU splits the composite signal inside a home and distributes to a plurality of IRDs as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | distributing to a plurality of IRDs. |  |
| 19 | 19. The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal. | The transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 21a | 21. The method of claim 14 further comprising the steps of: | See claim 14 analysis. |
| 21b | frequency translating the selected transponder channels to a variable frequency before combining; and | See claim 16 analysis. |
| 21c | splitting the composite signal inside a home and | See claim 18 analysis. |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | distributing to a plurality of IRDs. | |
| | | |
| 22 | 22. The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD. | The transponder request signal is transmitted over the cable from an IRD as described below:  |
| | | |
| 34 | 34. The method of claim 14, wherein selecting and extracting comprises applying a pass band filter | Upon information and belief, the selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | transfer function to the digitized broadband signal. | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| | | |
| 36 | 36. The method of claim 14, wherein the combining is performed in the digital domain. | The ODU performs the combining in the digital domain as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:** <br><br> • *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. <br><br> Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs. <br><br> **Key Features and Benefits:** <br><br> • Second generation with reduced power and better integration in 28 nm process <br> • 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range <br> • 24 user-band output channels <br> • 24 output channels selectable from any LNB input <br> • Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 37 | 37. The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a | Upon information and belief, the frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency as described below: |

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | rotating phasor to the data samples to translate their frequency. | **Technology Advantages:** <br><br> • _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels: opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. <br><br> Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs. <br><br> **Key Features and Benefits:** <br><br> • Second generation with reduced power and better integration in 28 nm process <br> • 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range <br> • 24 user-band output channels <br> • 24 output channels selectable from any LNB input <br> • Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 38 | 38. The method of claim 14, further comprising frequency translating the digitized broadband signal | The ODU frequency translates the digitized broadband signal prior to selecting and extracting transponder signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | prior to selecting and extracting transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 39 | 39. The method of claim 38, wherein frequency translating comprises translating the original | The frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | digitized broadband signal to locate a selected transponder channel at baseband. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 40 | 40. The method of claim 14, further comprising maintaining a channel translation table at the | The ODU maintains a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal as described below: |

**Exhibit B**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 41 | 41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel. | The ODU provides the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 42 | 42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels. | Upon information and belief, the selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels as described below:<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

## Exhibit B

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |

**Exhibit C**

**Infringement of U.S. Patent No. 7,542,715 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **9a** | 9.  A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising: | The Accused Satellite Television Services infringe the asserted claims utilizing, for example, gateway systems, which include Signal Selector and Combiner ("SSC")-enabled LNBs (for example, SWM5-21 LNB and SWM-13 LNB) and switches (for example, SWM8, SWM16, and SWM30) used with gateways such as the HR54/Genie and HS17/Genie 2 receivers and corresponding set top boxes.  By way of example, the SWM30 and corresponding gateways and set top boxes are charted herein. |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 9b | a gateway in communication with the ODU and at least one set top box (STB); | The gateway systems include a gateway in communication with the ODU and at least one set top box (STB) as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
|   |                           |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | DIRECTV's Genie system allows the DVR to do all the work and replaces receivers with "clients" or smart TVs that have no tuners of their own. All the work is done by the Genie DVR and every location can pause live TV and view recorded programs. The original "HR34 Genie" model will continue to work but should be upgraded due to its slow processor. Genie DVRs are not permitted on commercial accounts.<br><br>**HR54 "4K GENIE" DVR**<br><br>The HR54 4K Genie is the same size and shape as the HR44 but has no front buttons other than the power button. It has all the same features as an HR44 and adds the ability to power a SWM-enabled dish without a power inserter. However, even though the HR54 can only record 5 programs, it counts as 7 tuners when connected to a multiswitch because it has the hardware required to tune 4K programs from DIRECTV's "Reverse Band" 4K satellites.<br><br>**HS17 "GENIE 2" HEADLESS SERVER/DVR**<br><br>DIRECTV's HS17 "Genie 2" can record up to 7 programs at once with 400 hour HD recording capability. It can provide programming to five HD locations and two 4K locations, but it does not output live TV itself. It can power a SWM-enabled dish, connect to the internet over Wi-Fi, and connect to wireless clients without any additional hardware. It is designed as a "set and forget" device that sits near the customer's router instead of near a television. It is designed to pull 13 tuners from a SWM-enabled reverse-band dish or SWM-30, but will work "in a pinch" with a SWM-8 or SWM-16 where it will pull 8 tuners. Due to DIRECTV restrictions, if a Genie 2 is installed, no other receivers or DVRs may be on the same account so this may not be the best option for people seeking to load up on recording capacity. If you are looking for more than 7 recordings at the same time, or the ability to serve more than 7 rooms, you may wish to use the 4K Genie instead. However, this DVR should serve the needs of the vast majority of DIRECTV customers while minimizing extra wiring and extra "black boxes." |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | The Genie Client looks and functions like a tiny DIRECTV client but it's all "smoke and mirrors." The client receives input from the remote and outputs video to the TV, but all the hard work is done by the Genie DVR. The clients can pause live TV and do everything that the DVR itself can do, but run completely silent and use less power than any other DIRECTV product.<br><br>**GENIE MINI CLIENTS (MODELS C31, C41, C51, C61)**<br><br>The Genie Mini Client displays SD and HD video over HDMI. An adapter cable can be use to output over component or composite connections. It does not require an access card since it has no tuner and relies on the Genie DVR for all programming and functions. There are few functional differences between models: the C31 model works in RF mode with **DIRECTV's older remote**, while all other models work with the **Genie Remote**. The C61 model has AT&T branding. All of this generation's clients work the same, and none is faster than another.<br><br>**4K GENIE MINI CLIENT MODEL C61K**<br><br>The 4K Genie Mini Client is designed specifically for use with 4K TVs with HDMI 2.0 and HDCP 2.2. It is not designed to be used with HD or SD TVs and does not have the ability to output over component or composite. If connected to an HDTV it may occasionally show "nag messages" saying that the TV is not 4K compatible. It is somewhat larger and much heavier than a traditional Genie Mini Client, and uses quite a bit more power.<br><br>**WIRELESS GENIE MINI CLIENTS (MODELS C41W, C61W)**<br><br>The wireless Genie Mini Client outputs HD programming without a coaxial cable connection. When used with an HR44 or HR54 Genie, a separate **Wireless Video Bridge** must be used for connection, but when used with a Genie 2 system, no separate video bridge is required. The client may be placed up to 50 feet away from the video bridge or Genie 2. Up to 3 wireless clients may be used with an HR44 or HR54, and up to 5 wireless clients may be used with a Genie 2. |
| 9c | a signal selector that receives a plurality of | The gateway systems include a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
| | broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information; | responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| 9d | a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and | The gateway systems include a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 9e | a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal; | The gateway systems include a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal as described below: |

## Exhibit C

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 9f | wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the | The modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs as described below: |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip.<br><br>Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 8 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 24 user-band output channels<br>• 24 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit C**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 10 | 10. The signal distribution system of claim 9 wherein a translation table maps original channel locations on | A translation table maps original channel locations on the selector input to new channel locations on the selector output as described below: |

## Exhibit C

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---------------------------|--------------------------------------------------------|
| | the selector input to new channel locations on the selector output. | SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 11 | 11. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the gateway and the translation table is communicated to devices in the network. | The gateway maintains the translation table and communicates the translation table to the STBs via the network as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |
| | | |
| 12 | 12. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network. | The translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network as described below:<br><br>SSC works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |

## Exhibit D

**Infringement of U.S. Patent No. 8,792,008 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3a | A method comprising: | The Accused Satellite Television Services perform the claimed method utilizing, for example, monitoring devices such as the HR54 and HS17.  By way of example, the HR54 is charted herein.<br><br>**GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>● Record up to five programs simultaneously.<br>● Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>● Watch two shows at the same time with Picture In Picture.*<br>● View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3b | performing by one or more circuits: | The HR54 has one or more circuits as described below:<br><br> |
| 3c | receiving a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, | The HR54 receives a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | wherein said signal carries a plurality of channels; |  |
| 3d | digitizing said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal; | The HR54 digitizes said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | • **All-digital satellite receiver**<br>  - 256-kilobaud to 30-megabaud variable rate receiver<br>  - Supports BPSK, QPSK, 8PSK, & 16QAM modulation<br>  - Dual integrated 7-bit A/D converters<br>  - Digital square-root Nyquist filters (a=0.2, 0.35)<br>  - All-digital clock and carrier recovery<br>  - 12-tap adaptive equalizer<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 3e | selecting a first portion of said digitized signal; | The HR54 selects a first portion of said digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | GENIE™ HD DVR<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required).<br><br>(Genie User Guide, p. 98) |
| 3f | selecting a second portion of said digitized signal; and | The HR54 selects a second portion of said digitized signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3g | concurrently outputting said selected first portion and said selected second portion, wherein: | The HR54 concurrently outputs said selected first portion and said selected second portion as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3h | said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one | The HR54 outputs said selected first portion to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | or more characteristics to a source of said received signal; and |  |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |
| 3i | said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | The HR54 outputs said selected second portion to a data processor for recovery of data carried on one or more of said plurality of channels as described below: |

## Exhibit D

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   |  |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | • In the satellite STB market, Broadcom introduces four new 40nm SoC solutions that feature full HD (1080p60 decode and display), the latest transmission-efficient MPEG H.264 SVC and MVC standards for enabling 1080p60/50 and full resolution HD 3DTV content distribution, an OpenGL ES 2.0 3D GPU for advanced 3D graphics, whole-home connectivity, and FastRTV™ fast channel change technology.  The new SoC solutions include:<br>   ○ The Broadcom® BCM7344 single tuner HD AVC satellite receiver SoC with integrated MoCA® support for multi-room DVR applications.<br>   ○ The Broadcom BCM7346 dual tuner HD DVR AVC satellite receiver with integrated MoCA support for multi-room DVR applications.<br>   ○ The Broadcom BCM7354 single tuner HD AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions.<br>   ○ The Broadcom BCM7356 dual tuner HD DVR AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions. |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | GENIE™ HD DVR<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>● Record up to five programs simultaneously.<br>● Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>● Watch two shows at the same time with Picture In Picture.*<br>● View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| | | |
| 7a | The method of claim 3, wherein: | See above. |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 7b | said received signal is a satellite television signal output by a low noise block downconverter; and | Said received signal is a satellite television signal output by a low noise block downconverter as described below:<br><br> |
| 7c | said plurality of channels comprises a plurality of television channels. | Said plurality of channels comprises a plurality of television channels as described below:<br><br>Welcome! Now that you're plugged in, it's time to start enjoying access to over 285 (including over 190 full-time HD channels) channels of live and On Demand TV programming, satellite music and a huge selection of box office hits from DIRECTV CINEMA®. |
| | | |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 9 | The method of claim 3, wherein said one or more circuits reside in a customer premises gateway. | Said one or more circuits reside in a customer premises gateway as described below:<br><br>GENIE™ HD DVR<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR – KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| | | |
| 10 | The method of claim 3, wherein a bandwidth and/or center frequency of said selected first portion is configurable during | The HR54 configurably selects a bandwidth and/or center frequency of the selected first portion of the digitized signal as described below:<br><br>SWM works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

**Exhibit D**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | operation of said one or more circuits. | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |