**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DIRECTV, LLC, et al | Case No. 2:22-cv-00075-JRG<br>(Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC,,<br><br>v.<br><br>DISH NETWORK CORPORATION; et al | Case No. 2:22-cv-00076-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE OF AMANDA TESSAR
FOR DISH NETWORK CORP., DISH NETWORK L.L.C., AND
DISH NETWORK SERVICE L.L.C.**

Please take notice that Amanda Tessar of Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400, Denver, CO 80202, hereby enters an appearance as counsel of record on behalf of Member Case 2:22-cv-00076-JRG Defendants DISH Network Corp., DISH Network L.L.C., and DISH Network Service L.L.C.  Please take further notice that, pursuant to Local Court Rule CV-11(a)(1), Amanda Tessar shall be designated as the lead attorney.

Dated:  April 27, 2022                    Respectfully submitted,

                                         /s/ *Amanda Tessar*
                                         Amanda Tessar, CO Bar No. 33173
                                         ATessar@perkinscoie.com
                                         PERKINS COIE LLP
                                         1900 Sixteenth Street, Suite 1400
                                         Denver, Colorado 80202-5255
                                         Phone: 303.291.2300
                                         Fax: 303.291.2457

                                         **ATTORNEYS FOR DEFENDANTS DISH NETWORK
                                         CORPORATION; DISH NETWORK L.L.C.; AND
                                         DISH NETWORK SERVICE L.L.C.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served April 27, 2022 to all counsel of record, via the Court's CM/ECF system.

*/s/Amanda Tessar*
Amanda Tessar