**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DIRECTV, LLC, et al | Case No. 2:22-cv-00075-JRG<br>(Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC,,<br><br>v.<br><br>DISH NETWORK CORPORATION; et al | Case No. 2:22-cv-00076-JRG<br>(Member Case) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**DISH NETWORK CORP., DISH NETWORK LLC, AND**
**DISH NETWORK SERVICE LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants DISH Network Corporation,

DISH Network L.L.C., and Dish Network Service L.L.C., disclose the following:

1.      DISH Network L.L.C. is a wholly-owned subsidiary of DISH DBS Corporation, a

corporation with publicly traded debt.

2.      Dish Network Service L.L.C. is a wholly-owned subsidiary of DISH DBS

Corporation.

3.      DISH Network L.L.C., Dish Network Service L.L.C., and DISH DBS

Corporation are wholly-owned indirect subsidiaries of DISH Network Corporation.

4.      DISH Network Corporation is a corporation with publicly traded equity

(NASDAQ: DISH) and has no parent corporation.

- 2 -

5. As of February 14, 2022, Dodge & Cox owns 13.2% of DISH Network Corporation's stock.  As of that date, no other publicly traded entity owned more than 10% of DISH Network Corporation's stock.

Dated:  April 27, 2022      Respectfully submitted,

              /s/ *Amanda Tessar*
              Amanda Tessar, CO Bar No. 33173
              ATessar@perkinscoie.com
              Matthew Bernstein, CA Bar No. 199240
              MBernstein@perkinscoie.com
              PERKINS COIE LLP
              1900 Sixteenth Street, Suite 1400
              Denver, Colorado 80202-5255

              **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served April 27, 2022 to all counsel of record, via the Court's CM/ECF system.

Addressees

/s/Amanda Tessar
Amanda Tessar