UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>　　　　　Defendants. | Case No. 2:22-CV-00076-JRG |

## DECLARATION OF DAN MINNICK

I, Dan Minnick, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am a current employee of DISH Network L.L.C. DISH Network Corporation is the ultimate parent company of the DISH family of companies. DISH Network L.L.C. is a subsidiary that operates the subscription services business and is publicly known as "DISH Network." DISH Network Service L.L.C. is an entity that handles installations of some subscriber equipment. I collectively refer to DISH Network L.L.C. (my employer), DISH Network Corporation (the parent), and DISH Network Service L.L.C. here as "DISH," unless the context dictates otherwise or there is a reason here to distinguish between these entities. DISH's history has been intertwined with that of EchoStar Corporation ("EchoStar") and its current affiliates, although EchoStar Corporation is no longer part of DISH.

3. I joined EchoStar Technologies Corporation, now DISH Technologies L.L.C., more than 25 years ago in 1996 as a software architect. Since then, I have served in many roles, including Engineering Director and Vice President of Engineering. I am currently the Senior Vice President of Software Engineering at DISH. Among other responsibilities, I oversee the software creation behind DISH's set-top boxes.

4. I hold a Bachelor of Science degree in Mining Engineering from the Montana College of Mineral Sciences and a master's degree in Electrical Engineering from the Rensselaer Polytechnic Institute.

5. DISH's headquarters are located in Englewood, Colorado. DISH also has another engineering facility in Englewood, where I work.

6. DISH facilities in Colorado house the technical documents and source code, as well as financial, marketing, and sales documents, relating to the products and systems that I understand are accused of infringement in this case. These include documents related to low-noise block converters ("LNBs"), outdoor units, signal selector and combiners, gateway devices, monitoring equipment, and the Hopper 3.

7. Documents relevant to relationships between DISH and Entropic Communications, Inc. (who I understand is the original owner of the asserted patents), RF Magic (a company acquired by Entropic Communications, Inc.), and MaxLinear (a company that acquired Entropic Communications, Inc.) dating back to the early 2000s are also housed in Colorado. These documents include materials relating to patent disputes and agreements between DISH and Entropic Communications, Inc., as well as purchase agreements and records for purchases that DISH has made from Entropic Communications, Inc., and then MaxLinear, for LNBs and other components over the years.

8.    DISH engineers working and based in Colorado were primarily or entirely responsible for the development of the accused hardware and software, to the extent that this work was done by DISH. Such engineers include, among many others, Paul Langer, Scott Fillingim, Gregg Martch, and myself, all of whom are current employees of DISH and currently reside in Colorado.

9.    Some components of accused hardware, such as the LNBs and ODUs, that form part of the basis of Entropic's claims are or have been obtained by DISH from third-party suppliers, such as MaxLinear, Global Invacom Ltd., MTI, Broadcom, and Rafael Micro. Engineers at those companies are the best source of information about the design and operation of the components that DISH obtained from them. To the best of my knowledge, to the extent that DISH (or EchoStar before it) has worked directly with any of those third-party suppliers' engineers, none of those engineers is located in the Eastern District of Texas.

10.   Broadcom's website indicates that it has facilities in Austin and Plano. To the best of my knowledge DISH has never worked with engineers in those facilities on any of the products or components that are relevant to this case.

11.   To the best of my knowledge, no development of accused hardware and software occurred in the Eastern District of Texas. No documents relating to the accused hardware or software are housed in facilities in the Eastern District of Texas.

12.   To the extent DISH has facilities in the Eastern District of Texas, these facilities are limited to warehouses and installation centers. I have reviewed the photos of DISH facilities in the plaintiff's complaint, and I can confirm that the first two of those photos are simply warehouses and installation centers. The operations conducted at these locations do not have anything to do with the way that the accused hardware or software operates. To the extent DISH

has authorized retailers in the Eastern District of Texas, as in the third picture, these authorized retailers are not DISH facilities and do not have DISH employees.

13. I have been asked to provide information about a former colleague, Harold Jaramillo. Harold worked for DISH for approximately 29 years, including on the systems including the accused LNBs, before he retired in 2020. He has deep knowledge regarding the accused products and systems. He recently retired, but still resides in Colorado, as he did throughout his DISH career.

14. I have also been asked to provide information about another former colleague, William Beals. Will is a former employee of EchoStar Corporation and DISH, where he collectively worked for approximately 29 years before he retired in 2018. Will worked as an Engineering Director and has knowledge about the accused hardware. I understand that Will currently resides in Colorado.

15. I have also been asked to provide information about another former colleague, Ryan Flores. Ryan is a former employee of DISH, where he worked for approximately 20 years before leaving DISH in 2019. Ryan worked as a RF/Wireless Engineer and may have relevant knowledge of the accused hardware. Ryan resides in Colorado.

16. I have also been asked to provide information about another former colleague, Edmund ("Ed") Petruzzelli. Ed is a former employee of EchoStar Corporation and DISH, where he collectively worked in Colorado for approximately 21 years before retired in 2020. Ed worked as the Director of RF Technology and as a Scientist in RF/Microwave and Communications Systems. Ed has the most detailed and complete knowledge of anyone associated with DISH of, for instance, the accused LNB components. I understand that Ed has

moved to York, Pennsylvania, but I know that he still has connections and friends in Colorado, and he told me that he would be willing to come to trial in Colorado.

17. I am knowledgeable regarding the software that is accused as part of the allegations for at least one of the asserted patents.

18. DISH currently employs about 7,300 people in the Denver metropolitan area. DISH is one of Colorado's Top 25 largest private employers.

19. I currently reside in Castle Rock, Colorado.

20. I do not want to travel to Texas for trial and, left to my own devices, would say no if asked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2022 in Englewood, Colorado.

Dan Minnick