**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-CV-00076-JRG |

**DECLARATION OF TREVOR J. BERVIK IN SUPPORT
OF DISH'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF
COLORADO PURSUANT TO 28 U.S.C. § 1404(a)**

I, Trevor J. Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("Defendants" or "DISH"). I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH's Motion to Transfer Venue to the District of Colorado pursuant to 28 U.S.C. § 1404(a).

4. Attached as Exhibit 1 is a true and correct copy of a webpage from Broadcom.com entitled "Contact Us," depicting locations of Broadcom offices worldwide,

located at https://www.broadcom.com/company/contact under the "Locations" tab. I have highlighted certain portions of Exhibit 1 to draw attention to relevant material.

5. Attached as Exhibit 2 is a true and correct copy of aa webpage from MaxLinear.com entitled "About MaxLinear" located at https://www.maxlinear.com/company/about-maxlinear. I have highlighted certain portions of Exhibit 2 to draw attention to relevant material.

6. Attached as Exhibit 3 is a true and correct copy of a webpage from globalinvacom.com entitled "Contact Us" located at https://globalinvacom.com/pages/contact. I have highlighted certain portions of Exhibit 3 to draw attention to relevant material.

7. Attached as Exhibit 4 is a true and correct copy of a webpage from mtigroup.com entitled "Contact Us" located at https://www.mtigroup.com/en/contact. I have highlighted certain portions of Exhibit 4 to draw attention to relevant material.

8. Attached as Exhibit 5 is a true and correct copy of a webpage from RafaelMicro.com entitled "Contact Rafael Micro" located at https://www.rafaelmicro.com/contact-us/#:~:text=Rafael%20Micro%20Headquarters%2C%20Hsinchu%2C%20Taiwan.

9. Attached as Exhibit 6 is a true and correct copy of the Certificate of Formation of Entropic Communications, LLC in the state of Delaware.

10. Attached as Exhibit 7 is a true and correct copy of a MaxLinear Press Release announcing its upcoming acquisition of Entropic Communications, Inc. located at https://www.maxlinear.com/company/press-releases/2015/maxlinear-to-acquire-entropic,-reaffirms-its-fourt. I have highlighted certain portions of Exhibit 7 to draw attention to relevant material.

11. Attached as Exhibit 8 is a true and correct copy of a Patent Assignment between MaxLinear Communications LLC and Entropic Communications, LLC, as identified at Reel 055899 and Frames 0291 through 0331 and listing asserted patents US 7,130,576 and US 7,542,715.  I have highlighted certain portions of Exhibit 8 to draw attention to relevant material.

12. Attached as Exhibit 9 is a true and correct copy of a Patent Assignment between MaxLinear Communications LLC and Entropic Communications, LLC, as identified at Reel 055898 and Frames 0230 through 0252 and listing asserted patent US 8,792,008.  I have highlighted certain portions of Exhibit 9 to draw attention to relevant material.

13. Attached as Exhibit 10 is a true and correct copy of the Application for Registration of a Foreign Limited Liability Company of Entropic Communications, LLC in the state of Texas.  I have highlighted certain portions of Exhibit 10 to draw attention to relevant material.

14. Attached as Exhibit 11 is a true and correct copy of the LinkedIn page of Andrea Gothing located at https://www.linkedin.com/in/andrea-gothing/ and saved as a PDF document. I have highlighted certain portions of Exhibit 11 to draw attention to relevant material.

15. Attached as Exhibit 12 is a true and correct copy of the LinkedIn page of James Palmer located at https://www.linkedin.com/in/james-palmer-830b7/ and saved as a PDF document.  I have highlighted certain portions of Exhibit 12 to draw attention to relevant material.

16. Attached as Exhibit 13 is a true and correct copy of the LinkedIn page of Erez Levy located at https://www.linkedin.com/in/erez-levy-4b77205/ and saved as a PDF document. I have highlighted certain portions of Exhibit 13 to draw attention to relevant material.

17. Attached as Exhibit 14 is a true and correct copy of a webpage from fortress.com entitled "Contact" located at https://www.fortress.com/contact. I have highlighted certain portions of Exhibit 14 to draw attention to relevant material.

18. Attached as Exhibit 15 is a true and correct copy of the LinkedIn page of Jeff Risher located at https://www.linkedin.com/in/jeff-risher-2738706/ and saved as a PDF document. I have highlighted certain portions of Exhibit 15 to draw attention to relevant material.

19. Attached as Exhibit 16 is a true and correct copy of a webpage from FreeWireTech.com entitled "Contact" located at https://freewiretech.com/contact-us/. I have highlighted certain portions of Exhibit 16 to draw attention to relevant material.

20. Attached as Exhibit 17 is a true and correct copy of the LinkedIn page of Scott Desiderio located at https://www.linkedin.com/in/scott-desiderio-32aab3102/ and saved as a PDF document. I have highlighted certain portions of Exhibit 17 to draw attention to relevant material.

21. Attached as Exhibit 18 is a true and correct copy of a webpage from the New York Department of State located at https://apps.dos.ny.gov/publicInquiry/. Exhibit 18 depicts a search performed using the string "entropic" and was captured on April 25, 2022.

22. On April 25, 2022, I performed a search for entities containing the string "entropic" on the Corporation and Business Entity Database provided by the New York Department of State. My search covered all entity types listed on the search field provided by the New York Department of State, specifically covering Corporations, Limited Liability Companies, Limited Partnerships, and Limited Liability Partnerships. My search returned eight results having a name including the string "entropic." Of these eight results, no entity was

named "Entropic Communications" and no entity was associated with the address 1345 Avenue of the Americas, 46th Floor, New York, New York. I could find no record of an entity named "Entropic Communications, LLC" registered to do business in New York.

23. Attached as Exhibit 19 is a true and correct copy of the LinkedIn page of Itzhak Gurantz located at https://www.linkedin.com/in/itzhak-gurantz-b1775a2/ and saved as a PDF document. I have highlighted certain portions of Exhibit 19 to draw attention to relevant material.

24. Attached as Exhibit 20 is a true and correct copy of the LinkedIn page of Tim Gallagher located at https://www.linkedin.com/in/tim-gallagher-8241a7/ and saved as a PDF document. I have highlighted certain portions of Exhibit 20 to draw attention to relevant material.

25. Attached as Exhibit 21 is a true and correct copy of the LinkedIn page of Jun Huang located at https://www.linkedin.com/in/jun-huang-742a6417/ and saved as a PDF document. I have highlighted certain portions of Exhibit 21 to draw attention to relevant material.

26. Attached as Exhibit 22 is a true and correct copy of a webpage from Legacy.com of the obituary of Michael William Landry located at https://www.legacy.com/us/obituaries/sandiegouniontribune/name/michael-landry-obituary?id=23140831.

27. Attached as Exhibit 23 is a true and correct copy of the LinkedIn page of Bruce Greenhaus located at https://www.linkedin.com/in/bgreenhaus/ and saved as a PDF document. I have highlighted certain portions of Exhibit 23 to draw attention to relevant material.

28. Attached as Exhibit 24 is a true and correct copy of the LinkedIn page of Chad Gilles located at https://www.linkedin.com/in/chad-gilles/ and saved as a PDF document. I have highlighted certain portions of Exhibit 24 to draw attention to relevant material.

29. Attached as Exhibit 25 is a true and correct copy of a Google Maps printout showing the driving distance between Dallas/Fort Worth International Airport ("DFW") and the courthouse of the Eastern District of Texas in Marshall, Texas, located at https://www.google.com/maps/dir/Dallas%2FFort+Worth+International+Airport+(DFW),+Aviation+Drive,+DFW+Airport,+TX/100+E+Houston+St,+Marshall,+TX/@32.7948251,-96.825182,8z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x864c2a660d222aa7:0x73323f5e067d201c!2m2!1d-97.0403352!2d32.8998091!1m5!1m1!1s0x8636f6709cd055e3:0x98ee3673d4c500b8!2m2!1d-94.3670316!2d32.5444718.

30. Attached as Exhibit 26 is a true and correct copy of a Google Maps printout showing the driving distance between Shreveport Regional Airport and the courthouse of the Eastern District of Texas in Marshall, Texas, located at https://www.google.com/maps/dir/Shreveport+Regional+Airport+(SHV),+Hollywood+Avenue,+Shreveport,+LA/100+E+Houston+St,+Marshall,+TX/@32.4956703,-94.6559772,9z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x8636d2d1c2d9e96b:0x2c757c529768a771!2m2!1d-93.8286552!2d32.4544911!1m5!1m1!1s0x8636f6709cd055e3:0x98ee3673d4c500b8!2m2!1d-94.3670316!2d32.5444718.

31. Attached as Exhibit 27 is a true and correct copy of a Google Maps printout showing the driving distance between Texarkana Regional Airport and the courthouse of the

Eastern District of Texas in Marshall, Texas, located at

https://www.google.com/maps/dir/Texarkana+Regional+Airport,+Airport+Drive,+Texarkana,+AR/100+E+Houston+St,+Marshall,+TX/@32.952151,-94.6427326,9z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x86346bf9c5132af3:0x3c376e1b510bd965!2m2!1d-93.9941485!2d33.4568776!1m5!1m1!1s0x8636f6709cd055e3:0x98ee3673d4c500b8!2m2!1d-94.3670316!2d32.5444718.

32. Attached as Exhibit 28 is a true and correct copy of a webpage from flyShreveport.com entitled "Non-stop flights from coast to coast" located at https://www.flyshreveport.com/.

33. Attached as Exhibit 29 is a true and correct copy of webpages from United.com showing all direct flights between Denver, CO (DEN) and Shreveport, LA (SHV) for the week starting on Sunday May 1, 2022 and ending on Saturday May 7, 2022. I performed this search on April 22, 2022 on the United.com website for all non-stop flights from DEN to SHV.

34. Attached as Exhibit 30 is a true and correct copy of a webpage from FlightConnections.com entitled "Direct flights from Texarkana (TXK)" located at https://www.flightconnections.com/flights-from-texarkana-txk.

35. Attached as Exhibit 31 is a true and correct copy of a Google Maps printout showing the driving distance between DISH Headquarters in Englewood, Colorado and the courthouse of the District of Colorado in Denver, Colorado, located at

https://www.google.com/maps/dir/9601+S+Meridian+Blvd,+Englewood,+CO/901+19th+Street,+Denver,+CO/@39.6434686,-105.0697342,11z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x876c857a89a69da9:0x8b32abc8c3

be43f4!2m2!1d-104.8561335!2d39.5457044!1m5!1m1!1s0x876c78d99946c10b:0x6e4acdacc5907ece!2m2!1d-104.9904103!2d39.7500806.

36. Attached as Exhibit 32 is a true and correct copy of a webpage from flyDenver.com entitled "Nonstop Destinations Served from Denver (DEN)" located at https://www.flydenver.com/sites/default/files/services/denNonstopDestinations.pdf.

37. Attached as Exhibit 33 is a true and correct copy of a webpage from Google Flights showing example flights from San Diego, California (SAN) to Denver, Colorado (DEN). I performed this search on April 22, 2022 on the https://www.google.com/travel/flights website for non-stop flights from SAN to DEN occurring on Sunday May 1, 2022.

38. Attached as Exhibit 34 is a true and correct copy of a webpage from Google Flights showing example flights from San Francisco, California (SFO) to Denver, Colorado (DEN). I performed this search on April 22, 2022 on the https://www.google.com/travel/flights website for non-stop flights from SFO to DEN occurring on Sunday May 1, 2022.

39. Attached as Exhibit 35 is a true and correct copy of a webpage from Google Flights showing example flights from San Diego, California (SAN) to Dallas/Forth Worth, Texas (DFW). I performed this search on April 22, 2022 on the https://www.google.com/travel/flights website for non-stop flights from SAN to DFW occurring on Sunday May 1, 2022.

40. Attached as Exhibit 36 is a true and correct copy of a webpage from Google Flights showing example flights from San Francisco, California (SFO) to Dallas/Forth Worth, Texas (DFW). I performed this search on April 22, 2022 on the https://www.google.com/travel/flights website for non-stop flights from SFO to DFW occurring on Sunday May 1, 2022.

41. Attached as Exhibit 37 is a true and correct copy of a Google Maps printout showing the driving distance between Denver International Airport (DEN) in Denver, Colorado and the courthouse of the District of Colorado in Denver, Colorado, located at https://www.google.com/maps/dir/Denver+International+Airport,+Denver,+CO/901+19th+Street,+Denver,+CO/@39.7981336,-105.1165456,10z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x876c67ef9bb9d89f:0x400fd836808e49bc!2m2!1d-104.6728573!2d39.8487935!1m5!1m1!1s0x876c78d99946c10b:0x6e4acdacc5907ece!2m2!1d-104.9904103!2d39.7500806.

42. Attached as Exhibit 38 is a true and correct copy of a route map for public rail transportation in Denver, Colorado located at https://www.rtd-denver.com/app/assets/routemaps/3058/A.pdf. I have highlighted certain portions of Exhibit 38 to draw attention to relevant routes.

43. Attached as Exhibit 39 is a true and correct copy of the LinkedIn page of Boris Teksler located at https://www.linkedin.com/in/boris-teksler-69571a3/ and saved as a PDF document. I have highlighted certain portions of Exhibit 39 to draw attention to relevant material.

44. Attached as Exhibit 40 is a true and correct copy of an excerpt from a document titled "Federal Court Management Statistics-Profiles," provided by the United States Courts, and available at https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-december-2021. Exhibit 40 is excerpted and includes profiles only for the Eastern District of Texas and the District of Colorado. I have highlighted certain portions of Exhibit 39 to draw attention to relevant material.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2022 in Denver, Colorado.

_____
Trevor J. Bervik