# INDEX OF EXHIBITS
# TO THE
# DECLARATION OF TREVOR BERVIK

| Ex. No. | Description |
|---|---|
| 1 | "Contact Us" page from Broadcom website |
| 2 | "About MaxLinear" page from MaxLinear website |
| 3 | "Contact Us" page from Global Invacom website |
| 4 | "Contact Us" page from MTI website |
| 5 | "Contact Us" page from Rafael Micro website |
| 6 | Certificate of Formation for Entropic Communications, LLC |
| 7 | News release titled, "MaxLinear to Acquire Entropic …" from MaxLinear website |
| 8 | Patent Assignment executed 3/31/2021 from MaxLinear, Inc. to Entropic Communications LLC, assigning inter alia, application numbers 10289011 and 11553456 ('576 patent and '715 patent) |
| 9 | Patent Assignment executed 3/31/2021 from MaxLinear, Inc. to Entropic Communications LLC, assigning inter alia, application number 13607916 ('008 patent). |
| 10 | Entropic Communication, LLC Application for Registration of a Foreign Limited Liability Company filed with the Texas Secretary of State 7/26/2021 |
| 11 | LinkedIn resume of Andrea Gothing |
| 12 | LinkedIn resume of James Palmer |
| 13 | LinkedIn resume of Erez Levy |
| 14 | "Contact" page from Fortress website |
| 15 | LinkedIn resume of Jeff Risher |
| 16 | "Contact" page from Freewire website |
| 17 | LinkedIn resume of Scott Desiderio |
| 18 | Search results for "Entropic" from New York Department of State, Division of Corporations online database |
| 19 | LinkedIn resume of Itzhak Gurantz |
| 20 | LinkedIn resume of Tim Gallagher |

| Ex. No. | Description |
|---|---|
| 21 | LinkedIn resume of Jun Huang |
| 22 | Obituary of Michael William Landry |
| 23 | LinkedIn resume of Bruce Greenhaus |
| 24 | LinkedIn resume of Chad Gilles |
| 25 | Travel time estimate between Dallas / Fort Worth Airport and U.S. District Court in Marshall, TX from Google Maps |
| 26 | Travel time estimate between Shreveport, LA Regional Airport and U.S. District Court in Marshall, TX from Google Maps |
| 27 | Travel time estimate between Texarkana Regional Airport and U.S. District Court in Marshall, TX from Google Maps |
| 28 | Map of direct flights serving Shreveport Regional Airport |
| 29 | Direct flights available between Denver and Shreveport Regional Airport |
| 30 | Direct flights serving Texarkana Regional Airport |
| 31 | Travel time estimate between DISH headquarters in Denver and U.S. District Court in Denver, CO. |
| 32 | Direct flights available from Denver International Airport |
| 33 | Direct flights from San Diego, CA and Denver, CO |
| 34 | Direct flights from San Francisco, CA and Denver, CO |
| 35 | Direct flights from San Diego, CA and Dallas / Ft. Worth, TX |
| 36 | Direct flights from San Francisco, CA to Dallas / Ft. Worth, TX |
| 37 | Travel time estimate between Denver International Airport and U.S. District Court in Denver, CO |
| 38 | Rail and Flatiron Flyer Map in Denver, CO |
| 39 | LinkedIn resume for Boris Teksler |
| 40 | Judicial Caseload Profile for Eastern District of Texas and the District of Colorado |