# EXHIBIT 1

Company / Contact Us

Print   Share Page

# Contact Us

Sales  |  **Locations**  |  Manufacturing Rep  |  Media Contacts

## Americas

**San Jose, California (Corporate Headquarters)**
1320 Ridder Park Drive
San Jose
California, 95131
United States
Tel: 408-433-8000

Get Directions ›

**Sao Paulo, Brazil**
Avenida das Nacoes Unidas, 14261
Vila Gertrudes, Suite 27-101
Sao Paulo, 04533-085
Brazil

Get Directions ›

**Richmond, BC**
13711 International Place, Crestwood Corporate Centre,
Suite 200, 300 and Floor 2, 3
Richmond, BC V6V 2Z8
Canada

Get Directions ›

**Waterloo**
209 Frobisher Drive
Waterloo, N2V2G4
Canada

Get Directions ›

**Chandler, Arizona**
500 North Juniper Drive
Chandler Corporate Center, Suite 200, Floor 2
Chandler, Arizona 85226
United States
Tel: 480-753-2260

Get Directions ›

**Culver City, California**
800 Corporate Pointe, Suite 100
Culver City, California 90230
United States

Get Directions ›

**Irvine, California (Alton Parkway)**
15101 Alton Parkway
Irvine, California 92618
United States
Tel: 949-926-5000

Get Directions ›

**Petaluma, California**
1465 North McDowell Blvd
Petaluma, California 94954
United States
Tel: 707-792-9000

Get Directions ›

**San Diego, California**
16340 West Bernardo Drive,
Bernardo Technology Park, Building A
San Diego, California 92127
United States
Tel: 858-385-8800

Get Directions ›

**San Jose, California (Fox Drive)**
1730 Fox Drive
San Jose, California 95131
United States

Get Directions ›

**San Jose, California (Innovation Drive)**
250 Innovation Drive
San Jose, California 95134
United States

Get Directions ›

**San Jose, California (Junction Ave.)**
2880 Junction Ave.
San Jose, California 95134
United States

Get Directions ›

**San Jose, California (Plumeria Drive)**
408 E Plumeria Drive
San Jose, California 95134
United States

Get Directions ›

**Broomfield, Colorado**
4 Brocade Pkwy,
Broomfield, Colorado 80021
United States

Get Directions ›

**Colorado Springs, Colorado**
4420 Arrows West Drive
Colorado Springs, Colorado 80907
United States

Get Directions ›

**Fort Collins, Colorado**
4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

Get Directions ›

**Washington DC**
607 14th St. NW
Suite 660
Washingon DC, District of Columbia 20005
United States

Get Directions ›

**Duluth, Georgia**
4385 River Green Parkway
Chattahoochee Corners, Suite 100
Duluth, Georgia 30096
United States
Tel: 770-232-0018

Get Directions ›

**Lisle, Illinois**
3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

Get Directions ›

**Andover, Massachusetts**
200 Brickstone Square, Floor 1, 4
Andover, Massachusetts 01810
United States
Tel: 978-719-1300

Get Directions ›

**Burlington, Massachusetts**
45 Network Drive
Burlington, Massachusetts 01803
United States

Get Directions ›

**Mendota Heights, Minnesota**
1230 Northland Drive
Mendota Office Center IV, Suite 100
Mendota Heights, Minnesota 55120
United States

Get Directions ›

**Ewing, New Jersey**
200 Princeton South Corporate Center
Suite 400
Ewing, New Jersey 08628
United States

Get Directions ›

**Melville, New York**
100 Baylis Road
Suite 200
Melville, New York 11747
United States

Get Directions ›

**Charlotte, North Carolina**
9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

Get Directions ›

**Durham, North Carolina**
1030 Swabia Court
Imperial Center, Suite 400
Durham, North Carolina 27703
United States

Get Directions ›

**Allentown, Pennsylvania**
1110 American Parkway, Lehigh County
Floor 1, 2 and Building 10, 12
Allentown, Pennsylvania 18109
United States

Get Directions ›

**Breinigsville, Pennsylvania**
9999 Hamilton Blvd, TEK Park,
Breinigsville, Pennsylvania 18031
United States

Get Directions ›

**Lancaster, Pennsylvania**
805 Estelle Drive, Cherryhill Office Building,
Suite 104 and 106, Building No. 49
Lancaster, Pennsylvania 17601
United States

**Pittsburgh, Pennsylvania**
750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania 15220
United States

Get Directions ›

**Austin, Texas**
2901 Via Fortuna Drive
Austin, Texas 78746
United States

Get Directions ›

**Plano, Texas**
5465 Legacy Drive
Plano, Texas 75024
United States

Get Directions ›

**Draper, Utah**
25 East Scenic Pointe Drive
Draper, Utah 84020
United States

Get Directions

**Reston, Virginia**
1900 Reston Metro Plaza, Office 602
Reston, Virginia 20190
United States

Get Directions

## Asia

**Sydney, Australia**
6 Eden Park Drive
North Ryde, Sydney, NSW, 2113
Australia

Get Directions

**Beijing, China**
Zhongguancun Dongsheng Technology Park Northern Territory F/5, Building B-1
Technology Prk N TERR#66
Xixiaokou Rd Haidian BJ
Beijing,
China
Tel: 8610-6270-6800

Get Directions

**Nanjing, China**
86 Huashen Avenue
Yu Hua Tai District, Nanjing
Nanjing, 200062
China
Tel: 86-21-6171-5200

Get Directions

**Shanghai, China**
1F-4F, Building 2, Jin Chuang Mansion
No. 4560 Jin Ke Road, Pu Dong District
Shanghai, 201203
China
Tel: 86-21-6195-8200

Get Directions

**Shenzhen, China**
Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen,
China
Tel: 86-755-3332-9588

Get Directions

**Bangalore, India (Electronic City)**
S1, Wipro Electronic City Special Economic Zone
Doddathogur, Begur Hobli
Bangalore, 560100
India

Get Directions

**Hyderabad, India**
Nanakramguda Village, Gachibowli, Nanakramguda
Hyderabad, 500032
India

Get Directions

**Pune, India**
EON Free Zone 0-04 Floor, Wing 2
Plot No.1, Survey No. 77 MIDC Knowledge Park, Khar
Pune, 411014
India

Get Directions

**Seoul, Korea**
7F Hibrand Building
215 Yangjae-dong, HiBrand Living,
Seocho-gu
Seoul, 06771
Korea South

Get Directions

**Penang, Malaysia (Batu Kawan Warehouse)**
Plot 740 Persiaran Cassia Selatan 4
Taman Perindustrian Batu Kawan
Mukim 13 Seberang P
Penang, 14110
Malaysia

Get Directions

**Penang, Malaysia (Bayan Lepas)**
Bayan Lepas Free Industrial Zone
Penang, 11900
Malaysia

Get Directions

**Singapore (Depot Road)**
1150 Depot Road
Floor Ba 1, Ba 2, 1, 4 & 5
Singapore , 109673
Singapore

Get Directions

**Singapore (Senoko)**
3 North Coast Drive
Senoko
Singapore , 757696
Singapore

Get Directions

**Singapore (Yishun)**
No. 1 Yishun Avenue 7, Floors 1, 2 and 3
Singapore , 768923
Singapore
Tel: +65-6755-7888

Get Directions

**Hsinchu, Taiwan**
25 Puding Road,
Nan Shan Innovation Center
Hsinchu , 30072
Taiwan
Tel: +886-3-5011000

Get Directions

**Taipei, Taiwan**
No. 399, Rei Kwang Road
Neihu District,
Taipei, 11492
Taiwan

Get Directions

## Europe

**Vienna - Europlatz**
Am Europlatz 5
Vienna, 1120
Austria

Get Directions

**Brussels**
Rond Point Schuman 11
Brussels, 1040
Belgium

Get Directions

**Eke - Belgium**
Begoniastraat 3
Ground Floor and 1st Floor
Eke-Nazareth, 9810
Belgium

Get Directions

**Mechelen - Belgium**
Battelsesteenweg 455 B,
Businesspark E19, Building B, Floor 1 & 2
Mechelen, 2800
Belgium

Get Directions

**Bulgaria-Plovdiv**
20 Vasil Aprilov Blvd
Plovdiv, 4000
Bulgaria

Get Directions

**Bulgaria-Sofia**
18 Shipchenski prohod Blvd.
Sofia, 1000
Bulgaria

Get Directions

**Bulgaria - Varna**
115 Osmi Primorski Polk Blvd.
Varna, 6W7G Q6
Bulgaria

Get Directions

**Prague buildings 8 and 24**
CA CZ, s.r.o., V Parku 2343/24
Chodov Praha 4
Prague, 148 00
Czech Republic

Get Directions

**Tallinn**
Aiandi Street 13
Tallinn, 12918
Estonia

Get Directions

**Paris - Tour Pacific**
Tour Pacific, 11 Cours Valmy, Floor 22, Puteaux, 92800
Paris, 92800
France

Get Directions

**Munich, Germany**
Charles de Gaulle Strasse 2
Munich, 81737
Germany

Get Directions

**Regensburg, Germany**
2 Wernerwerkstrasse, Room Number 16B, Floor 5, Building 11, 24/23
Regensburg, 93049
Germany

Get Directions

**Athens, Greece**
75 Posidonos Avenue
Athens, Greece (Salasidis)

**Dublin**
77 Sir John Rogerson's Quay, Block C

**Italy - Rome**
Viale Luca Gaurico, 9/11
Rome, 00143

**Bunnik, Netherlands**
Kosterijland 14, Floors 2 & 3
Bunnik, 3981 AJ

Athens,
Greece

Get Directions ❯

Grand Canal Docklands
Dublin, D02 VK08
Ireland

Get Directions ❯

Italy

Get Directions ❯

Netherlands

Get Directions ❯

**Madrid, Spain**
Calle Quintanapalla, 2. 3rd floor.
Madrid, 28050
Spain

Get Directions ❯

**Morges**
Route de la Longeraie 7
Morges, 1110
Switzerland

Get Directions ❯

**Bristol, United Kingdom**
Hempton Court, Aztec West
Building 910, Site 910
Bristol, BS32 4SR
United Kingdom

Get Directions ❯

**Cambridge, United Kingdom**
Unit 406, Cambridge Science Park,
Phase VI, Ground Floor
Cambridge, CB4 0WW
United Kingdom

Get Directions ❯

**Edinburgh, United Kingdom**
Westport 102, Floor 5
Edinburgh, EH3 9DN
United Kingdom

Get Directions ❯

**Manchester, United Kingdom**
No. 4 Station Road
Cheadle
Manchester, SK85AE
United Kingdom

Get Directions ❯

**Reading**
400 Thames Valley Park Drive
Reading, RG6 1PT
United Kingdom

Get Directions ❯

## Japan

**Broadcom Japan, (Tokyo)**
4-7-7 Aobadai Meguro ward,
Sumitmo Fudosan Aobadai Hills,
Floor 7
Tokyo,
Japan

Get Directions ❯

## Middle East

**Nazareth, Israel**
Nazareth Industrial Park, Units 3B1,
3B2, 3Bp, 3Bm and 3Bw,
Block 16565, Lot 108
Nazareth,
Israel

Get Directions ❯

**Tel Aviv University**
17 George Weiss Street
Tel Aviv,
Israel

Get Directions ❯

Top ⏶