# EXHIBIT 2



MENU

Home  >  Company  >  About MaxLinear

# About MaxLinear



## Corporate Profile

MaxLinear strives to improve the world's communication networks for everyone by connecting people through our highly integrated radio-frequency (RF), analog, digital, and mixed-signal semiconductor solutions for access and connectivity, wired and wireless infrastructure, and industrial and multi-market applications.

The company's innovative solutions help shape the future of networking and communications technology.  They drive 4G and 5G infrastructure; enable data center, metro and long-haul optical interconnects; bring 10Gbit to the home; power the IoT revolution; and enable robust and reliable communication for industrial and enterprise applications.

Since the company was founded in 2003, customers have relied on MaxLinear technology to build a broad range of equipment including: wireless carrier access for macro base stations and active antenna systems; microwave & mm-Wave backhaul/fronthaul infrastructure; fiber-optic modules for data center, metro, and long-haul transport networks; all-flash storage array systems; electronic point-of-sale equipment; IoT gateways; ethernet switches; cable DOCSIS broadband modems and gateways; and wireline connectivity devices for in-home networking applications.

MaxLinear designs, markets and sells semiconductor products that utilize standard CMOS processes and combine innovative high-performance RF and mixed-signal design with expertise in digital communications systems, software, high-performance analog and embedded systems to provide highly integrated semiconductor devices and platform-level solutions. MaxLinear's ability to design analog and mixed-signal circuits in CMOS allows the efficient combination of analog and digital signal processing functionality in the same integrated circuit. As a result, MaxLinear solutions have high levels of functional integration and performance, small silicon die size, and low power consumption.

MaxLinear is headquartered in Carlsbad California and employs approximately 1,500 smart, driven, and motivated people around the world.

   

PRIVACY POLICY   QUALITY   TERMS OF USE   TERMS AND CONDITIONS OF SALE   SOCIAL RESPONSIBILITIES

© 2022 MaxLinear. All Rights Reserved.