# EXHIBIT 3


