# EXHIBIT 4

Index / Contact Us

# Contact Us



## MTI Headquarter

No. 1 Innovation Road II, Hsinchu Science Park, Hsinchu 300 Taiwan, R.O.C.

886-3-577-3335

886-3-577-7121

Directions

## Business Contact

[No. 1 Innovation Road II, Hsinchu Science Park, Hsinchu 300, Taiwan](#)

## Investor Relations, Public Relations Contact

886-3-5773335 EXT. 1165

MTI.Sales@mtigroup.com

No. 1 Innovation Road II, Hsinchu Science Park, Hsinchu 300, Taiwan

886-3-5773335 EXT. 6033

IR@mtigroup.com

## Procurement Contact

No. 1 Innovation Road II, Hsinchu Science Park, Hsinchu 300, Taiwan

886-3-5773335 EXT. 2077

SCM@mtigroup.com

## Career Contact

No. 1 Innovation Road II, Hsinchu Science Park, Hsinchu 300, Taiwan

886-3-5773335 EXT. 2108

Talents@mtigroup.com

## Sasson Capital

No. 19-2 San-Chong Road 7th Floor Building 3, Nankang District, Taipei 115, Taiwan

886-2-2655-0711

886-2-3655-0717

## Jupiter Technology (Wuxi) Co., Ltd. (China)

No.180-2 Linghu Road, Wuxi Taihu International Science and Technology Park, Jiangsu, P.R. China

86-510-8522-8800

86-510-8855-5991

## MTI Laboratory, Inc. (America)

201 Continental Blvd. Suite 300, El Segundo, CA 90245, USA

1-310-955-3700

1-310-955-3770

## RadioComp Aps (Europe)

Krakasvej 17, DK-3400 Hillerød, Denmark

45-70-23-10-24

45-70-23-10-22

# Worldwide Location



**RadioComp Aps**
Hilleroed, Denmark

**Jupiter Technology**
Wuxi, China

**MTI Laboratory**
Los Angeles, CA USA

**MTI Headquarter**
Hsinchu, Taiwan

About Us        Products        Service & Support        Investors        Careers          Terms of Use      Privacy Policy

Press Center        Contact Us

©2022 Microelectronics Technology Inc. All rights reserved