# EXHIBIT 5

## The Global Leader in RFIC Technology

Home » Contact Us

# Contact Rafael Micro

   

### Who We Are

- Company Overview
- Core Competence
- CSR
- Quality Management
- Executive
- Contact Us

## Rafael Micro Headquarters, Hsinchu, Taiwan

Tel: +886 -3-5506258

Fax: +886-3-5506228

Email:
- Investor Resources rafael.ir@rafaelmicro.com
- Human Resources rafael.hr@rafaelmicro.com
- Sales sales@rafaelmicro.com
- Support rafael.fae@rafaelmicro.com

Address: 8F (visitors please come to 10F)., No.28, Chenggong 12th St., Zhubei City, Hsinchu County 30264, Taiwan (R.O.C.)











## China Subsidiary

Tel: +86-755-86213876

Fax: +86-755-86193120

- Contact: 吴劼 (Jaff)
- Mobile: 13602679953
- Email: jaff.wu@rafaelmicro.com
- Address: 深圳市宝安区前海卓越宝中时代广场（一期）A栋1103

## Korea Branch

- Tel: +82-10-5580-0657
- Fax: +82-31-786-1039
- Contact: Hyunsu Lee
- Mobile: +82-10-5580-0657
- Email: hyunsu.lee@rafaelmicro.com
- Address: Rm 1135, 11F, Hwangsaeul-ro 200beon-gil 28, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595 KOREA

## Contact Form

Let us know how to get back to you.

Title: Mr.

First Name *

Last Name *

Email Address *

Phone: +99 99 999 999999

Company name

Company address

Country

Website

Feel free to ask a question or simply leave a comment.

Comments / Questions *

SEND MESSAGE



RafaelMicro

Rafael Micro has over 30% of the TV receiver world-wide market.

Home
Press Release
Download
Contact

Call: +886 3-5506258
Fax: +886 3-5506228
Address: 8F., No.28, Chenggong 12th St., Zhubei City, Hsinchu County 30264, Taiwan (R.O.C.)

Website built by creARTive