# EXHIBIT 10

| Form 304<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $750 | <br><br>**Application for Registration of a Foreign Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804165332 07/26/2021<br>Document #: 1067868910003<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The entity is a foreign limited liability company. The name of the entity is :

**Entropic Communications, LLC**

2A. The name of the entity in its jurisdiction of formation does not contain the word "limited liability company" or "limited company"  (or an abbreviation thereof). The name of the entity with the word or abbreviation which it elects to add for use in Texas is:

2B. The entity name is not available in Texas. The assumed name under which the entity will qualify and transact business in Texas is:

3. Its federal employer identification number is:  **862930312**
☐ Federal employer identification number information is not available at this time.

4. It is organized under the laws of:   **DELAWARE, USA**
and the date of its formation in that jurisdiction is:   **3/29/2021**

5. As of the date of filing, the undersigned certifies that the foreign limited liability company currently exists as a valid limited liability company under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the limited liability company that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.
**Any lawful business or activity under the law of this state.**

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: **07/19/2021**

8. The principal office address of the limited liability company is:
**7150 Preston Road, Suite 300, Plano, TX, USA 75024**

☑ 9A. The initial registered agent is an organization by the name of:
**C T Corporation System**
☐ 9B. The initial registered agent is an individual resident of the state whose name is:

☐ 9C. The business address of the registered agent and the registered office address is:

**1999 Bryan Street, Suite 900    Dallas  TX  75201-3136**

Consent of Registered Agent

☐ A. A copy of the consent of Registered Agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

10. The entity hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each governing person is:

| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both:) |
|---|
| IF INDIVIDUAL |
| **Andrea Gothing** |
| OR |
| IF ORGANIZATION |
| |
| ADDRESS OF GOVERNING PERSON : |
| **7150 Preston Road   Suite 300  Plano  TX, USA  75024** |
| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both:) |
| IF INDIVIDUAL |
| **James Palmer** |
| OR |
| IF ORGANIZATION |
| |
| ADDRESS OF GOVERNING PERSON : |
| **7150 Preston Road   Suite 300  Plano  TX, USA  75024** |
| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both:) |
| IF INDIVIDUAL |
| **Jeffrey Risher** |
| OR |
| IF ORGANIZATION |
| |
| ADDRESS OF GOVERNING PERSON : |
| **7150 Preston Road   Suite 300  Plano  TX, USA  75024** |
| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both:) |
| IF INDIVIDUAL |
| **Erez Levy** |
| OR |
| IF ORGANIZATION |
| |
| ADDRESS OF GOVERNING PERSON : |
| **7150 Preston Road   Suite 300  Plano  TX, USA  75024** |

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **July 26, 2021**   **Jeffrey Risher**

Signature and title of authorized person on behalf of the foreign entity

FILING OFFICE COPY