# EXHIBIT 11

## Contact

www.linkedin.com/in/andrea-gothing (LinkedIn)

## Top Skills

Intellectual Property
Patents
Litigation

## Publications

Are Courts the New Death Squads for Software Patents? Not So Fast.

The 5 intellectual property mistakes startups must avoid to protect ROI

Taking the pulse of digital health: Key legal issues surrounding wearable technology

The Internet of (Legal) Things

Big Data And Alice v CLS: Predicting What's Next

# Andrea Gothing

Director at Fortress Investment Group | Intellectual Property
San Francisco Bay Area

## Experience

**Fortress Investment Group**
Director
October 2020 - Present (1 year 7 months)
San Francisco, California, United States

**Robins Kaplan LLP**
Partner
September 2002 - October 2020 (18 years 2 months)

**Leadership Council on Legal Diversity**
2015 Fellow
March 2015 - March 2016 (1 year 1 month)

**Motorola**
Semiconductor Device Engineer
September 1997 - 1999 (2 years)

---

## Education

**University of Minnesota Law School**
JD, Law

**University of Minnesota-Twin Cities**
Master's degree, Electrical and Electronics Engineering

**Worcester Polytechnic Institute**
Bachelor's degree, Electrical and Electronics Engineering