# EXHIBIT 12

Case 2:22-cv-07775-JWH-KES   Document 25-15   Filed 04/27/22   Page 1 of 3   Page ID #:644

# Contact

www.linkedin.com/in/james-palmer-830b7 (LinkedIn)

## Top Skills

Private Equity
Equities
Corporate Finance

# James Palmer

Managing Director - Intellectual Property Finance Group at Fortress Investment Group
San Francisco

## Summary

Specialties: Sourcing, Evaluating, Due Diligence,Capital Raising and Strategy for Private Companies. Most industries.

_____

## Experience

**Fortress Investment Group**
Managing Director - Intellectual Property Finance Group
June 2014 - Present (7 years 11 months)
San Francisco Bay Area

**Straight Shot LLC**
President & CEO
August 2012 - Present (9 years 9 months)

**Velico Medical**
Board Observer
January 2008 - Present (14 years 4 months)

**Python Systems**
Founder
September 2012 - December 2016 (4 years 4 months)
San Francisco Bay Area

**Laru Corporation**
Board Observer
July 2011 - June 2012 (1 year)

**Prepared Response**
Board Observer
January 2008 - May 2012 (4 years 5 months)

**Ardica Technologies**
Board Observer

January 2010 - June 2011 (1 year 6 months)

## Education

Rollins College
BA, Economics