# EXHIBIT 13

## Contact

www.linkedin.com/in/erez-levy-4b77205 (LinkedIn)

# Erez Levy

Managing Director, Intellectual Property Finance Group at Fortress Investment Group
Menlo Park

## Experience

**Fortress Investment Group**
Managing Director, Intellectual Property Finance Group
February 2013 - Present (9 years 3 months)

**Koru Venture Partners**
Co-Founder and Managing Partner
November 2012 - February 2013 (4 months)

Koru Venture Partners is an asset based lending fund that provides technology companies with capital in the form of patent backed loans. Koru Venture Partners offers mid and late stage technology companies an innovative way of leveraging their patents without risking them in litigation or losing a strategic advantage by selling them.

The investment team is comprised of world-renowned experts in patent valuation and patent monetization, as well as investment banking and structured finance professionals. The team has a strong track record, deep domain experience and comprehensive, long-tenured venture and patent industry relationships.

In February 2013 Koru Venture Partners was integrated into Fortress Investment Group.

**TriplePoint Capital**
Managing Director
March 2007 - October 2012 (5 years 8 months)

**JPMorgan**
12 years

Senior Vice President
1999 - 2007 (8 years)

Vice President
1995 - 1999 (4 years)

## Education

University of California, Berkeley - Walter A. Haas School of Business
B.S., Business Administration