# EXHIBIT 14


