# EXHIBIT 15

## Contact

www.linkedin.com/in/jeff-risher-2738706 (LinkedIn)

## Top Skills

Litigation
Patent Litigation
Commercial Litigation

# Jeff Risher

General Counsel at FreeWire Technologies, Inc.
United States

## Experience

**FreeWire Technologies**
General Counsel
April 2021 - Present (1 year 1 month)

FreeWire Technologies merges beautiful design with convenient services to electrify industries formerly dependent on fossil fuels. FreeWire's turnkey power solutions deliver energy whenever and wherever it's needed for reliable electrification beyond the grid. With scalable clean power that moves to meet demand, FreeWire customers can tackle new applications and deploy new business models without the complexity of upgrading traditional energy infrastructure.

FreeWire Technologies is backed by world-class venture capital firms and global fortune 500 companies.

**Aira**
Chief Strategy Officer & General Counsel
March 2020 - Present (2 years 2 months)

Responsible for leading Aira's business development and corporate strategy, as well as overseeing the company's legal matters, IP strategy and technology partnerships, as the company aims to transform wireless charging and expand its reach into key verticals including consumer electronics, automotive, furniture, and hospitality.

Aira has transformed the wireless charging experience with FreePower™ - achieving complete freedom of placement with its built-in-house chipset and foundationally new wireless power transmitting technology. Sophisticated algorithms enable multi-device charging with rapid device detection and precision power delivery. Aira's FreePower™ technology is an elegant solution that pushes boundaries, making good on the fundamental promise of wireless charging - convenience.

**Faraday Future**
VP - Product, Technology & IP Strategy
July 2018 - 2019 (1 year)

Greater Los Angeles Area

## Tesla
Deputy General Counsel, Chief IP & Litigation Counsel
April 2016 - July 2018 (2 years 4 months)
San Francisco Bay Area

## Apple
8 years 9 months

Director, Patent Licensing & Strategy
June 2013 - June 2015 (2 years 1 month)

Director, Litigation & Director, Patent Litigation
October 2006 - June 2013 (6 years 9 months)

## Abbott Laboratories
Patent Litigation Counsel
June 2005 - September 2006 (1 year 4 months)

## Latham & Watkins
IP Litigation Associate
March 2001 - November 2003 (2 years 9 months)

## Rutan & Tucker, LLP
Trial Associate
August 1999 - March 2001 (1 year 8 months)

---

# Education

## Dartmouth College
B.A., Philosophy · (1991 - 1995)

## University of California, Los Angeles - School of Law
J.D.  · (1996 - 1999)