# EXHIBIT 16



## Let's Talk

**Submit a question, comment, or inquiry.**

Please fill out the form below and a member of our team will be in touch.

FIRST NAME*

LAST NAME*

WORK EMAIL*

COMPANY*

PHONE NUMBER

JOB TITLE

PROJECT LOCATION*

[ Please Select ▼ ]

I'M INTERESTED IN*

[ Please Select ▼ ]

**SEND**

FreeWire needs the contact information you provide to us to contact you about our products and services. You may unsubscribe from these communications at any time. For information on how to unsubscribe, as well as our privacy practices and commitment to protecting your privacy, please review our Privacy Policy.

## Contact

**FreeWire Technologies**
1999 Harrison St, Suite 2650
Oakland, CA 94612

**General Inquiries**
(415) 779-5515
Send Message

**Sales**
Reach out to a FreeWire
Sales Representative.
Send Message

**Customer Support**
(415) 779-5515 menu option 5
Send Message

**Press or Media Inquiries**
Please visit our Media Kit.
Send Message

**Careers**
Visit our careers page.
Job Opportunities

## Our Locations



**Oakland Office**
Sales, Marketing, Finance, Regulatory
1999 Harrison St, Suite 2650
Oakland, CA 94612

Map



**Newark HQ and R&D Center**
Engineering, Operations, Manufacturing
7200 Gateway Blvd
Newark, CA 94560

Map



**San Leandro Office**
Engineering, Operations, Manufacturing
1933 Davis St. Suite 301A
San Leandro, CA 94577

Map

## Receive News & Updates

EMAIL*

SUBMIT

FreeWire needs the contact information you provide to us to contact you about our products and services. You may unsubscribe from these communications at any time. For information on how to unsubscribe, as well as our privacy practices and commitment to protecting your privacy, please review our Privacy Policy.

## Follow FreeWire





**ABOUT**
Team
Careers
Awards
Merch
Media Kit

**PRODUCTS**
Boost Charger
AMP
Mobi EV Charger
Mobi Gen

**INDUSTRIES**
Retail
Utilities
Fleet
Automotive
Corporate

**UPDATES**
News
Videos
Press Releases

Events

## CONTACT US

Customer Support

FAQ

# AMP
# LOGIN

## MAILING LIST

Be the first to receive the latest news, events, and special offers.

enter your email address

FreeWire needs the contact information you provide to us to contact you about our products and services. You may unsubscribe from these communications at any time. For information on how to unsubscribe, as well as our privacy practices and commitment to protecting your privacy, please review our Privacy Policy.

**SUBSCRIBE**

## SOCIAL



© 2014-2022 FreeWire Technologies, Inc.
All worldwide rights reserved. Web Policies

Made in California, USA