# EXHIBIT 17

## Contact

www.linkedin.com/in/scott-
desiderio-32aab3102 (LinkedIn)

## Top Skills

Hedge Funds
Financial Modeling

# Scott Desiderio

Managing Director - Fortress Credit Opportunities Funds
New York

## Experience

Fortress Investment Group
Managing Director
January 2022 - Present (4 months)

Fortress Investment Group
Senior Vice President
 - February 2022

Fortress Credit Opportunities Funds
Director - Deputy CFO
January 2016 - February 2022 (6 years 2 months)

———