# EXHIBIT 18

Case 2:22-cv-07775-JWH-KES   Document 25-21   Filed 04/27/22   Page 1 of 2   Page ID #:664



# Department of State
## Division of Corporations

### Entity Search Results

A total of 8 entities were found. If the entity name you are searching is not displayed please refine the search.

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
|---|---|---|---|---|---|---|
| ENTROPIC AGENCY LLC | 5583923 | | Active | DOMESTIC LIMITED LIABILITY COMPANY | 07/09/2019 | Kings |
| ENTROPIC CONSULTING SERVICES, INC. | 2921577 | | Inactive | DOMESTIC BUSINESS CORPORATION | 06/20/2003 | Oneida |
| ENTROPIC INDUSTRIES LLC | 5434342 | | Active | DOMESTIC LIMITED LIABILITY COMPANY | 10/29/2018 | Albany |
| ENTROPIC MUSIC INC. | 5800478 | | Active | DOMESTIC BUSINESS CORPORATION | 07/30/2020 | New York |
| ENTROPIC PRODUCTIONS, LTD. | 1010282 | | Inactive | DOMESTIC BUSINESS CORPORATION | 07/09/1985 | New York |
| ENTROPIC TECHNOLOGIES, LLC | 5235221 | | Inactive | DOMESTIC LIMITED LIABILITY COMPANY | 11/15/2017 | New York |
| ENTROPIC VENTURES LLC | 4719210 | | Active | DOMESTIC LIMITED LIABILITY COMPANY | 03/03/2015 | New York |
| ENTROPICA SOFTWARE, INC. | 1219540 | | Inactive | DOMESTIC BUSINESS CORPORATION | 01/02/1987 | Queens |

Rows per page: 10    1-8 of 8

Return to Search



Agencies    App Directory    Counties    Events    Programs
Services