# EXHIBIT 20

## Contact

www.linkedin.com/in/tim-gallagher-8241a7 (LinkedIn)

### Top Skills

Wireless
Digital Signal Processors
Systems Engineering

### Patents

Method and system for a low-power client in a wide area network

# Tim Gallagher

Sr. Manager - Communications Systems Architecture at Amazon
Bellevue

## Summary

I'm working to help develop the physical layer architecture for Amazon's Project Kuiper.
We're hiring!  Ping me if you are interested!

---

## Experience

**Amazon**
Sr. Manager - Communications Systems Architecture
August 2019 - Present (2 years 9 months)
Greater Seattle Area

**MaxLinear**
13 years

VP, Communications Systems
2013 - Present (9 years)

Director, Communications Systems
2009 - 2013 (4 years)

**Staccato Communications**
Director Systems Engineering
May 2004 - November 2009 (5 years 7 months)

**Ensemble Communications**
Director Systems Engineering
2000 - 2004 (4 years)

**Hughes Aircraft Company**
Sys. Engr.
1982 - 2000 (18 years)

---

## Education

University of Southern California

MS, EE- Signal Processing · (1986 - 1988)

University of Colorado Boulder

BS, Electrical Engineering and Computer Science · (1978 - 1982)