# EXHIBIT 21

# Jun Huang

Principal Device Modeling Engineer at MaxLinear
Carlsbad

### Contact

www.linkedin.com/in/jun-huang-742a6417 (LinkedIn)

### Top Skills

Nanotechnology
Numerical Simulation
Nanoelectronics

### Honors-Awards

Additional Honors & Awards

### Publications

P-type tunnel FETs with triple heterojunctions

Model order reduction for quantum transport simulation of band-to-band tunneling devices

Modeling and performance characterization of double walled carbon nanotube array field-effect transistors

Methods for fast evaluation of self-energy matrices in tight-binding modeling of electron transport systems

Quantum Transport Simulation of III-V TFETs with Reduced-Order $\varvec{k}\cdot\varvec{p}$ Method

## Summary

10+ years of R&D experience in computational and compact modeling of emerging nanoelectronics, as evidenced in 40+ publications: https://scholar.google.com/citations?user=T38lL58AAAAJ&hl=en

---

## Experience

**MaxLinear**
4 years 6 months

**Principal Device Modeling Engineer**
January 2022 - Present (4 months)
United States

**Senior Staff Device Modeling Engineer**
November 2017 - December 2021 (4 years 2 months)
Carlsbad, California, USA

Characterization and modeling of active and passive components in RF and mixed-signal integrated circuits:

• Test chip design & layout review
• DC & RF measurement/characterization
• Data analysis including variability, reliability, and parasitics
• Compact modeling & model parameter extraction
• Foundry PDK quality assurance & improvement & customization
• IC design review & debug from device model perspective
• Collaborations with universities on research topics

**Purdue University**
Postdoctoral Researcher
December 2013 - August 2017 (3 years 9 months)
West Lafayette, Indiana, USA

Network for Computational Nanotechnology. Advisor: Prof. Gerhard Klimeck
Algorithm & software development of NEMO5 (a parallel, multiscale, multiphysics, atomistic NanoElectronics MOdeling tool) and its usage in device research:

• General and reliable k.p solver for electronic structure and transport calculation of hetero-structures.
• Robust and efficient mode space solver for atomistic modeling of realistically large nanowire transistors.
• Coupled quantum and drift-diffusion transport solver and study of device non-idealities.
• A series of high-current tunneling FET and superlattice MOSFET designs based on III-V semiconductors.
• Electron-phonon scattering in pMOSFETs and III-V tunnel FETs (NEGF in the self-consistent Born approximation).

The University of Hong Kong
PHD Student
June 2010 - November 2013 (3 years 6 months)
Hong Kong

Department of Electrical and Electronic Engineering. Advisor: Prof. Weng Cho Chew
Developed a few algorithms for efficient quantum transport simulation of nanoelectronic devices:
• Asymptotic waveform evaluation method for simulations within the effective mass approximation, and its application to nano-transistors with impurities and surface roughness.
• Model order reduction method for multiband k.p simulation of nanowire devices, with its application to junctionless MOSFETs and source-pocket tunnel FETs.
• Two methods for fast evaluation of self-energy matrices in tight binding electron transport modeling.

University of Illinois at Urbana-Champaign
Visiting Scholar
September 2012 - May 2013 (9 months)
Champaign, Illinois, USA

Department of Electrical and Computer Engineering. Advisor: Prof. Weng Cho Chew

Shanghai Jiao Tong University
Master Degree Student
September 2007 - January 2010 (2 years 5 months)
Shanghai City, China

Department of Electronic Engineering. Advisor: Prof. Wen-Yan Yin

• Proposed double-walled carbon nanotube array based MOSFETs, and compared their performances with single-walled counterparts by developing a physics-based compact model.
• Investigation of self heating effect in carbon nanotube MOSFETs by electro-thermal coupled simulations.
• Solving Schroedinger-Maxwell coupled equations with finite-difference time-domain method.

### The University of Hong Kong
Full-Time Research Assistant
December 2008 - November 2009 (1 year)
Hong Kong

Department of Electrical and Electronic Engineering. Advisor: Prof. Weng Cho Chew
• Design, fabrication, and measurement of RFID (radio-frequency identification) tag antennas that are compact, wide-band (840MHz to 960MHz), and platform-tolerant.

### Shanghai Amoi Mobile Communication Technology Co., Ltd.
Hardware Engineer
July 2004 - October 2005 (1 year 4 months)
Shanghai City, China

Mobile Phone Section
• Baseband design, including power management, audio amplifier, and camera modules.
• PCB (printed circuit board) design, layout, and testing.

---

## Education

**The University of Hong Kong**
Doctor of Philosophy (PhD), Electrical and Electronic Engineering · (2010 - 2013)

**Shanghai Jiao Tong University**
Master of Engineering (MEng), Electronic Engineering · (2007 - 2010)

**Nankai University**
Bachelor of Engineering (BEng), Electronic Science and Technology · (2000 - 2004)