# EXHIBIT 22



Search by Name

# Michael William Landry

**Send Flowers**

**Share**

**L**ANDRY, MICHAEL WILLIAM Michael William Landry, 48, passed away peacefully at home on Saturday, January 10, 2009, after a long battle with cancer. Mike was a devoted family man and friend. Mike was an engineer, a patent attorney and part-time instructor and guest lecturer at various San Diego universities. Mike is survived by his wife, Michelle, his son, Mark, his mother, Nancy, and five siblings, Deborah, Susan, Tina, Curtis and Tiffany. A private Memorial will be held in the home.

Published by San Diego Union-Tribune on Jan. 15, 2009.



**To plant trees in memory, please visit the [Sympathy Store](Sympathy Store)**.