# EXHIBIT 24

Case 2:22-cv-07775-JWH-KES   Document 25-27   Filed 04/27/22   Page 1 of 3   Page ID #:681

### Contact

www.linkedin.com/in/chad-gilles (LinkedIn)
bigpatentdata.com (Company)

### Top Skills

Patent Prosecution
Patents
Patentability

### Publications

Spymail, A Little Known Risk For Attorneys and Firms
Email Tracking: Is it Ethical? Is it Even Legal?
How Email Tracking Helps Willful Patent Infringement Cases

# Chad Gilles

Doer of Things
Chicago

## Summary

Electrical engineer turned patent attorney turned SAAS entrepreneur. Father to two little wildlings.

---

## Experience

**CalendarBridge**
Calendar Tamer
May 2020 - Present (2 years)

https://CalendarBridge.com

**Konverse**
Vice President Operations
July 2020 - Present (1 year 10 months)
Chicago, Illinois, United States

https://konverse.com

**BigPatentData**
Founder
November 2017 - Present (4 years 6 months)
Chicago

https://BigPatentData.com

**MessageControl**
4 years 2 months

Consultant
November 2017 - July 2020 (2 years 9 months)
Greater Chicago Area

Product; Marketing; Legal
June 2016 - November 2017 (1 year 6 months)
Greater Chicago Area

www.messagecontrol.com

**McAndrews, Held & Malloy, Ltd.**

Page 1 of 2

9 years 6 months

Patent Attorney
January 2012 - June 2016 (4 years 6 months)
Chicago, IL

Patent Agent / Technical Specialist
January 2007 - January 2012 (5 years 1 month)
Chicago, IL

Rockwell Collins
Electrical Engineer
August 2005 - January 2007 (1 year 6 months)

Brillian Corporation
Technician
May 2003 - January 2005 (1 year 9 months)

---

## Education

Chicago-Kent College of Law, Illinois Institute of Technology
Doctor of Law (J.D.), Law; Certificate in Intellectual Property

Arizona State University
MSEE, Electrical and Electronics Engineering

Arizona State University
BSEE, Electrical and Electronics Engineering