# EXHIBIT 25



**Google Maps** — Dallas/Fort Worth International Airport to 100 E Houston St, Marshall, TX 75670

Drive 172 miles, 2 hr 44 min

**DFW International Airport**
2400 Aviation Dr, DFW Airport, TX 75261

Take I-635 E, US-80 E and I-20 E to TX-43 N in Harrison County. Take exit 614 from I-20 E

2 hr 33 min (167 mi)

1. Head south on International Pkwy — 430 ft
2. Keep left to stay on International Pkwy
   ⚠ Toll road — 0.1 mi
3. Take the exit on the left to stay on International Pkwy
   ⚠ Toll road — 0.7 mi
4. Take the I-635 E exit — 1.4 mi
5. Continue onto I-635 E — 8.2 mi
6. Keep left at the fork to continue on Interstate 635 TEXpress, follow signs for I-635 TEXpress
   ⚠ Toll road — 6.5 mi
7. Take the exit toward US-75/Coit Rd — 0.4 mi
8. Merge onto I-635 E — 14.2 mi
9. Take exit 6B to merge onto US-80 E toward Terrell — 10.9 mi
10. Take the exit toward Farm to Market Road 548 — 0.1 mi
11. Merge onto E US Hwy 80 — 0.6 mi
12. Turn right onto Farm to Market 548 S — 400 ft
13. Make a U-turn at FM 688 — 335 ft
14. Turn right onto E Broad St/E US Hwy 80 — 0.2 mi

Map data ©2022 Google   10 mi