# EXHIBIT 26

**Google Maps**  Shreveport Regional Airport to 100 E Houston St, Marshall, TX 75670    Drive 35.1 miles, 38 min

Shreveport Regional Airport
5103 Hollywood Ave Suite 300, Shreveport, LA 71109

**Get on I-20 W from Claude Hamel Dr and Monkhouse Dr**
5 min (1.0 mi)

↑ 1. Head southeast on Claude Hamel Dr
0.3 mi

↑ 2. Continue onto Perimeter Rd
210 ft

↗ 3. Slight right onto Claude Hamel Dr
344 ft

↑ 4. Continue onto Monkhouse Dr
0.4 mi

⤴ 5. Turn left to merge onto I-20 W
0.2 mi

**Follow I-20 W to Elysian Fields Rd in Harrison County. Take exit 620 from I-20 W**
26 min (28.1 mi)

⤴ 6. Merge onto I-20 W
   ⓘ Entering Texas
27.8 mi

↗ 7. Take exit 620 toward Elysian Fields Rd
0.2 mi

**Continue on Elysian Fields Rd. Take E Travis St to E Houston St/Peter Whetstone Square in Marshall**
10 min (6.1 mi)

↱ 8. Turn right onto Elysian Fields Rd
2.8 mi

↑ 9. Continue onto Indian Springs Dr
1.0 mi

↰ 10. Turn left onto E Travis St
2.0 mi

↱ 11. Turn right onto S Washington Ave
0.2 mi

↱ 12. Turn right onto E Houston St/Peter Whetstone Square
   ⓘ Destination will be on the right

Map data ©2022 Google   5 mi