# EXHIBIT 27

Google Maps Texarkana Regional Airport to 100 E Houston St, Marshall, TX 75670 Drive 79.5 miles, 1 hr 23 min

Texarkana Regional Airport
201 Airport Dr, Texarkana, AR 71854

**Get on I-49 S**

3 min (1.1 mi)

1. Head north on Airport Dr toward Airport Cir

0.1 mi

2. Continue onto Arkansas Blvd

0.7 mi

3. Turn left to merge onto I-49 S

0.2 mi

**Take US-59 S to N Wellington St in Marshall**

1 hr 19 min (78.0 mi)

4. Merge onto I-49 S

4.8 mi

5. Keep left at the fork to continue on AR-151 W, follow signs for US-59/Houston
   Entering Texas

1.8 mi

6. Continue onto TX-151 Loop W

3.0 mi

7. Take the exit toward US-59 S/TX-93/Lake Dr

0.2 mi

8. Merge onto Chelf Rd

0.3 mi

9. Turn left onto S Lake Dr

7.5 mi

10. Continue onto US-59 S

13.9 mi

11. Turn right onto US-59 S/W Main St
    Continue to follow US-59 S

45.5 mi

12. Turn right onto E Grand Ave
    Pass by Sonic Drive-In (on the right in 0.5 mi)

1.1 mi

**Continue on N Wellington St. Drive to W Houston St**

2 min (0.3 mi)

13. Turn left onto N Wellington St

Map data ©2022 Google 10 mi

