# EXHIBIT 28










  

## CONTACT US

5103 Hollywood Avenue,
Shreveport, LA 71109

Phone: 318-673-5370
Fax: 318-673-5377

Email Us

## USING THIS SITE

Home
Site Map
Contact Us
Accessibility

Copyright Notices
Privacy Policy
Government Websites by CivicPlus®