# EXHIBIT 29

















