# EXHIBIT 31

Google Maps   9601 S Meridian Blvd, Englewood, CO 80112 to 901 19th Street, Denver, CO   Drive 18.7 miles, 24 - 45 min

9601 S Meridian Blvd
Englewood, CO 80112

### Get on I-25 N from Meridian Blvd
4 min (1.6 mi)

1. ↑ Head southeast toward Meridian Blvd
   423 ft
2. ↰ Turn left toward Meridian Blvd
   0.1 mi
3. ↱ Turn right onto Meridian Blvd
   0.6 mi
4. ↰ Keep left to continue toward Havana St
   220 ft
5. ↑ Continue onto Havana St
   0.1 mi
6. ↗ Slight right onto Lincoln Ave
   0.2 mi
7. ↑ Use the right 2 lanes to turn right to merge onto I-25 N
   0.4 mi

### Follow I-25 N to S Lincoln St in Denver. Take exit 207A from I-25 N
13 min (13.6 mi)

8. ↑ Merge onto I-25 N
   13.0 mi
9. ↱ Take exit 207A toward Broadway S
   0.7 mi

### Follow S Lincoln St to Champa St
12 min (3.5 mi)

10. ↑ Continue onto S Lincoln St
    3.2 mi
11. ↰ Use any lane to turn left onto 20th St
    ⓘ Pass by Budget Car Rental (on the left)
    0.2 mi
12. ↰ Turn left onto Champa St
    ⓘ Destination will be on the right
    338 ft



Map data ©2022 Google   2 mi