# EXHIBIT 32

# Nonstop Destinations Served from Denver (DEN)



## Nonstop Destinations

| DESTINATION | AIRPORT CODE | AIRLINE CODE |
|---|---|---|
| Alamosa, CO | ALS | 4B |
| Albany, NY | ALB | F9 WN |
| Albuquerque, NM | ABQ | F9 UA WN |
| Alliance, NE | AIA | KG |
| Amarillo, TX | AMA | UA |
| Anchorage, AK | ANC | UA |
| Appleton, WI | ATW | G4 |
| Asheville, NC | AVL | F9 |
| Aspen, CO | ASE | UA |
| Atlanta, GA | ATL | DL F9 UA WN |
| Austin, TX | AUS | F9 NK UA WN |
| Bakersfield, CA | BFL | UA |
| Baltimore, MD | BWI | F9 NK UA WN |
| Belize City, Belize | BZE | WN |
| Bentonville/Fayetteville, AR | XNA | F9 UA |
| Billings, MT | BIL | F9 UA |
| Birmingham, AL | BHM | UA |
| Bismarck, ND | BIS | F9 UA |
| Bloomington, IL | BMI | F9 |
| Boise, ID | BOI | F9 UA WN |
| Boston, MA | BOS | B6 F9 UA WN |
| Bozeman, MT | BZN | F9 UA |
| Branson, MO | BKG | F9 |
| Buffalo, NY | BUF | F9 WN |
| Burbank, CA | BUR | UA WN |
| Burlington, VT | BTV | F9 |
| Calgary, Canada | YYC | F9 UA WS |
| Cancun, Mexico | CUN | F9 UA WN |
| Casper, WY | CPR | UA |
| Cedar Rapids/Iowa City, IA | CID | F9 UA |
| Chadron, NE | CDR | 4B |
| Charleston, SC | CHS | F9 UA |
| Charlotte, NC | CLT | AA F9 UA |
| Chicago (Midway), IL | MDW | WN |
| Chicago (O'Hare), IL | ORD | AA F9 NK UA |
| Chihuahua, Mexico | CUU | Y4 |
| Cincinnati, OH | CVG | DL F9 G4 UA WN |
| Cleveland, OH | CLE | F9 UA WN |
| Cody, WY | COD | UA |
| Colorado Springs, CO | COS | UA |
| Columbia, MO | COU | UA |
| Columbus, OH | CMH | F9 UA WN |
| Cortez, CO | CEZ | 4B |
| Cozumel, Mexico | CZM | UA |
| Dallas (Love Field), TX | DAL | WN |
| Dallas/Ft. Worth, TX | DFW | AA F9 NK UA |
| Dayton, OH | DAY | UA |
| Des Moines, IA | DSM | F9 UA WN |
| Destin/Ft. Walton Bch, FL | VPS | UA |
| Detroit, MI | DTW | DL F9 UA WN |
| Devils Lake, ND * | DVL | UA |
| Dickinson, ND | DIK | UA |
| Dodge City, KS | DDC | UA |
| Durango, CO | DRO | UA |
| Edmonton, Canada | YEG | UA |
| El Paso, TX | ELP | F9 UA WN |
| Eugene, OR | EUG | UA |
| Eureka, CA | ACV | UA |
| Everett, WA | PAE | UA |
| Fairbanks, AK | FAI | UA |
| Fargo, ND | FAR | F9 UA |
| Flagstaff, AZ | FLG | UA |
| Fort Lauderdale, FL | FLL | F9 NK UA WN |
| Fort Myers, FL | RSW | F9 UA WN |
| Frankfurt, Germany | FRA | LH UA |
| Fresno, CA | FAT | F9 UA |
| Gillette, WY | GCC | UA |
| Grand Cayman, Cayman Isl. | GCM | KX |
| Grand Junction, CO | GJT | UA |
| Grand Rapids, MI | GRR | F9 UA WN |
| Great Falls, MT | GTF | UA |
| Green Bay, WI | GRB | F9 |
| Greenville/Spartanburg, SC | GSP | F9 UA |
| Guadalajara, Mexico | GDL | Y4 |
| Gunnison, CO | GUC | UA |
| Harlingen, TX | HRL | F9 |
| Hartford, CT | BDL | F9 UA WN |
| Hays, KS | HYS | UA |
| Helena, MT | HLN | UA |
| Hobbs, NM | HOB | UA |
| Honolulu, HI | HNL | UA |
| Houston (George Bush), TX | IAH | F9 NK UA |
| Houston (Hobby), TX | HOU | WN |
| Huntsville/Decatur, AL | HSV | F9 UA |
| Idaho Falls, ID | IDA | UA |
| Indianapolis, IN | IND | F9 UA WN |
| Jackson, MS | JAN | F9 |
| Jackson, WY | JAC | F9 UA |
| Jacksonville, FL | JAX | UA WN |
| Jamestown, ND | JMS | UA |
| Kahului, HI | OGG | UA |
| Kalispell, MT | FCA | UA |
| Kansas City, MO | MCI | F9 UA WN |
| Kearney, NE | EAR | UA |
| Knoxville, TN | TYS | F9 G4 UA |
| Kona, HI | KOA | UA |
| Laramie, WY | LAR | UA |
| Las Vegas, NV | LAS | F9 NK UA WN |
| Liberal, KS | LBL | UA |
| Liberia, Costa Rica | LIR | UA |
| Lihue, HI | LIH | UA |
| Lincoln, NE | LNK | UA |
| Little Rock, AR | LIT | F9 UA |
| London (Gatwick), UK | LGW | DI |
| London (Heathrow), UK | LHR | BA UA |
| Long Beach, CA | LGB | WN |
| Los Angeles, CA | LAX | AA F9 NK UA WN |
| Los Cabos, Mexico | SJD | UA WN |
| Louisville, KY | SDF | F9 UA WN |
| Lubbock, TX | LBB | UA WN |
| Madison, WI | MSN | F9 UA |
| Mammoth Lakes, CA | MMH | UA |
| McCook, NE | MCK | 4B |
| Medford, OR | MFR | UA |
| Memphis, TN | MEM | F9 UA |
| Mexico City, Mexico | MEX | AM Y4 |
| Miami, FL | MIA | AA F9 UA |
| Midland/Odessa, TX | MAF | UA |
| Milwaukee, WI | MKE | F9 UA WN |
| Minneapolis/St. Paul, MN | MSP | DL F9 NK SY UA WN |
| Minot, ND | MOT | UA |
| Missoula, MT | MSO | F9 UA |
| Moab, UT | CNY | UA |
| Moline, IL | MLI | UA |
| Monterey, CA | MRY | UA |
| Monterrey, Mexico | MTY | AM |
| Montreal, Canada | YUL | AC |
| Montrose, CO | MTJ | UA |
| Munich, Germany | MUC | LH |
| Myrtle Beach, SC | MYR | F9 |
| Nashville, TN | BNA | F9 UA WN |
| Nassau, Bahamas | NAS | UA |
| New Orleans, LA | MSY | F9 NK UA WN |
| New York (Kennedy), NY | JFK | B6 DL |
| New York (LaGuardia), NY | LGA | DL UA WN |
| Newark, NJ | EWR | F9 UA |
| Norfolk, VA | ORF | F9 UA WN |
| North Bend, OR | OTH | UA |
| North Platte, NE | LBF | UA |
| Oakland, CA | OAK | WN |
| Oklahoma City, OK | OKC | F9 UA WN |
| Omaha, NE | OMA | F9 UA WN |
| Ontario, CA | ONT | F9 UA WN |
| Orange County, CA | SNA | F9 UA WN |
| Orlando, FL | MCO | F9 NK UA WN |
| Palm Springs, CA | PSP | F9 UA |
| Panama City, FL | ECP | UA WN |
| Panama City, Panama | PTY | CM |
| Paris, France | CDG | DY |
| Pasco, WA | PSC | UA |
| Pensacola, FL | PNS | F9 UA WN |
| Philadelphia, PA | PHL | AA F9 UA WN |
| Phoenix, AZ | PHX | AA F9 UA WN |
| Pierre, SD | PIR | UA |
| Pittsburgh, PA | PIT | F9 UA WN |
| Portland, ME | PWM | F9 UA |
| Portland, OR | PDX | F9 UA WN |
| Prescott, AZ | PRC | UA |
| Pueblo, CO | PUB | UA |
| Puerto Vallarta, Mexico | PVR | F9 UA WN |
| Raleigh/Durham, NC | RDU | F9 UA WN |
| Rapid City, SD | RAP | UA |
| Redmond, OR | RDM | UA |
| Reno, NV | RNO | F9 UA WN |
| Reykjavik, Iceland | KEF | FI |
| Richmond, VA | RIC | UA |
| Riverton, WY | RIW | UA |
| Rock Springs, WY | RKS | UA |
| Rome, Italy | FCO | DY |
| Sacramento, CA | SMF | F9 UA WN |
| Salina, KS | SLN | UA |
| Salt Lake City, UT | SLC | DL F9 UA WN |
| San Antonio, TX | SAT | F9 UA WN |
| San Diego, CA | SAN | F9 UA WN |
| San Francisco, CA | SFO | F9 UA WN |
| San Jose, CA | SJC | F9 UA WN |
| San Luis Obispo, CA | SBP | UA |
| Santa Barbara, CA | SBA | F9 UA |
| Santa Fe, NM | SAF | UA |
| Santa Maria, CA | SMX | UA |
| Santa Rosa, CA | STS | UA |
| Sarasota, FL | SRQ | UA |
| Savannah, GA | SAV | UA |
| Scottsbluff, NE | BFF | UA |
| Seattle/Tacoma, WA | SEA | AS DL F9 UA WN |
| Sheridan, WY | SHR | UA |
| Shreveport, LA | SHV | UA |
| Sioux Falls, SD | FSD | F9 UA |
| Spokane, WA | GEG | F9 UA WN |
| Springfield, MO | SGF | UA |
| St. George, UT | SGU | UA |
| St. Louis, MO | STL | F9 UA WN |
| Steamboat Springs, CO | HDN | UA |
| Sun Valley, ID | SUN | UA |
| Syracuse, NY | SYR | F9 |
| Tampa, FL | TPA | F9 UA WN |
| Telluride, CO | TEX | 4B KG |
| Tokyo (Narita), Japan | NRT | UA |
| Toronto, Canada | YYZ | AC UA |
| Traverse City, MI | TVC | UA |
| Tucson, AZ | TUS | F9 UA WN |
| Tulsa, OK | TUL | F9 UA WN |
| Tyler, TX | TYR | F9 |
| Vail, CO | EGE | UA |
| Vancouver, Canada | YVR | AC UA |
| Vernal, UT | VEL | UA |
| Washington, D.C. (Dulles) | IAD | UA WN |
| Washington, D.C. (National) | DCA | F9 UA |
| Watertown, SD | ATY | UA |
| West Palm Beach, FL | PBI | UA |
| Wichita, KS | ICT | F9 UA |
| Williston, ND | XWA | UA |
| Winnipeg, Canada | YWG | UA |
| Zurich, Switzerland | ZRH | WK |

*Some destinations served seasonally   / °Service to DEN only   / Indicates international destination   / Source: Innovata Schedules via Diio Mi   / Schedules as of February 2020*

Airline Codes: **4B**: Boutique Air / **AA**: American Airlines / **AC**: Air Canada / **AM**: Aeromexico / **AS**: Alaska Airlines / **B6**: JetBlue Airways / **BA**: British Airways / **CM**: Copa Airlines / **DI/DY**: Norwegian / **DL**: Delta Air Lines / **F9**: Frontier Airlines / **FI**: Icelandair / **G4**: Allegiant Air / **KG**: Denver Air Connection / **KX**: Cayman Airways / **LH**: Lufthansa / **NK**: Spirit Airlines / **SY**: Sun Country Airlines / **UA**: United Airlines / **WK**: Edelweiss Air / **WN**: Southwest Airlines / **WS**: WestJet / **Y4**: Volaris

## Scheduled Airlines

       
       

