# EXHIBIT 34

