# EXHIBIT 37

Google Maps   Denver International Airport to 901 19th Street, Denver, CO   Drive 25.2 miles, 28 - 40 min

**Denver International Airport**
8500 Peña Blvd, Denver, CO 80249

1. Head north on Peña Blvd

1 s (46 ft)

**Continue to Peña Blvd**

4 min (1.9 mi)

2. Keep right to continue on Terminal E, follow signs for Airport Terminal E

0.7 mi

3. Use the left lane to turn slightly left onto Parking – Terminal E

0.1 mi

4. Keep left

1.1 mi

**Continue on Peña Blvd. Take I-70 W to Park Ave W. Take exit 274 from I-70 W**

23 min (22.1 mi)

5. Continue onto Peña Blvd (signs for I-70/Airport Exit/Airport Return to Terminal)

9.8 mi

6. Use the left 2 lanes to merge onto I-70 W toward Denver

10.3 mi

7. Take exit 274 toward I-25 S

1.2 mi

8. Keep right, follow signs for Downtown and merge onto Park Ave W

0.9 mi

**Continue on Park Ave W. Take 22nd St to Champa St**

4 min (1.2 mi)

9. Merge onto Park Ave W

0.3 mi

10. Continue onto 22nd St

0.6 mi

11. Use the right lane to turn right onto N Broadway

