# EXHIBIT 38

