# EXHIBIT 39

## Contact

www.linkedin.com/in/boris-teksler-69571a3 (LinkedIn)

## Top Skills

Strategic Partnerships
Product Management
Start-ups

# Boris Teksler

Chief Executive Officer at MOSAID Technologies
Palo Alto

## Experience

**Conversant Intellectual Property Management**
5 years 5 months

CEO
December 2016 - Present (5 years 5 months)

Chief Executive Officer
December 2016 - Present (5 years 5 months)
Palo Alto, California, United States

**Via Licensing Corporation**
Special Advisor to Board
July 2016 - Present (5 years 10 months)

**Great Elm Capital**
Member Board of Directors
June 2015 - December 2016 (1 year 7 months)

**Unwired Planet**
CEO
June 2015 - July 2016 (1 year 2 months)

**Technicolor**
President Technology Group, SEVP Technicolor
June 2013 - June 2015 (2 years 1 month)

**Apple**
Director, Patent Licensing & Strategy
June 2009 - June 2013 (4 years 1 month)

**Hewlett-Packard**
16 years

Sr. Managing Director, IP Licensing
January 2003 - June 2009 (6 years 6 months)

Page 1 of 2

General Manager, Mobility & Access Solutions
2002 - 2003 (1 year)

Director, Marketing - Embedded Software
2000 - 2002 (2 years)

R&D Section Manager - Embedded Software
1998 - 2000 (2 years)

R&D Project Manager - Internet Imaging
1997 - 1999 (2 years)

Internet Architect
1995 - 1997 (2 years)

Unix Engineer
1993 - 1995 (2 years)

―――

## Education

University of California, Davis
BS Computer science, Computer Science · (1990 - 1993)

UC Berkeley Haas School of Business
Executive Education - General Management · (2003 - 2003)

Stanford University
Engineering Management - Graduate Credits · (1993 - 1997)