# EXHIBIT 40

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 5,594 | 4,230 | 4,020 | 4,051 | 4,301 | 4,421 | | |
| | | Terminations | 5,648 | 4,990 | 3,879 | 3,908 | 3,885 | 3,940 | | |
| | | Pending | 5,741 | 4,995 | 5,145 | 5,080 | 5,510 | 6,001 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -21.0 | 4.5 | 10.0 | 9.1 | 2.8 | | 22 | 2 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months ² | 36.0 | 36.0 | 42.2 | 15.2 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 699 | 529 | 503 | 506 | 538 | 553 | 24 | 5 |
| | | Civil | 605 | 418 | 388 | 375 | 387 | 398 | 24 | 3 |
| | | Criminal Felony | 94 | 109 | 114 | 130 | 149 | 154 | 15 | 3 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 2 | 0 | 94 | 9 |
| | Pending Cases ² | | 718 | 624 | 643 | 635 | 689 | 750 | 17 | 5 |
| | Weighted Filings ² | | 962 | 680 | 581 | 569 | 630 | 666 | 11 | 3 |
| | Terminations | | 706 | 624 | 485 | 489 | 486 | 493 | 33 | 5 |
| | Trials Completed | | 14 | 13 | 12 | 11 | 12 | 14 | 51 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.5 | 12.4 | 9.9 | 10.2 | 12.6 | 13.8 | 52 | 8 |
| | | Civil ² | 7.5 | 7.3 | 8.9 | 8.9 | 8.9 | 8.0 | 22 | 2 |
| | From Filing to Trial ² (Civil Only) | | 19.4 | 20.4 | 19.0 | 17.8 | 17.5 | 23.0 | 4 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 254 / 5.9 | 246 / 6.9 | 239 / 6.7 | 260 / 7.7 | 254 / 7.7 | 280 / 8.6 | 40 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 2.1 | 1.8 | 1.9 | 1.5 | 1.8 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 35.7 | 38.9 | 45.5 | 42.9 | 50.9 | 44.7 | | |
| | | Percent Not Selected or Challenged | 28.4 | 34.6 | 38.0 | 31.1 | 37.4 | 43.7 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,184 | 126 | 48 | 1,031 | 18 | 52 | 83 | 350 | 263 | 542 | 253 | 1 | 417 |
| Criminal ¹ | 1,231 | 36 | 585 | 91 | 184 | 194 | 12 | 24 | 3 | 12 | 11 | 6 | 73 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**COLORADO**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 3,848 | 3,927 | 4,078 | 4,441 | 4,371 | 4,073 | | |
| | | Terminations | 3,715 | 3,754 | 3,943 | 4,133 | 4,072 | 4,137 | | |
| | | Pending | 3,079 | 3,234 | 3,352 | 3,660 | 3,947 | 3,841 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.8 | 3.7 | -0.1 | -8.3 | -6.8 | | 56 | 6 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months ² | 8.6 | 12.0 | 3.3 | 13.1 | 12.0 | 15.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 550 | 561 | 583 | 634 | 624 | 582 | 19 | 1 |
| | | Civil | 463 | 456 | 477 | 530 | 547 | 495 | 14 | 1 |
| | | Criminal Felony | 63 | 81 | 85 | 82 | 59 | 60 | 63 | 7 |
| | | Supervised Release Hearings | 23 | 24 | 21 | 22 | 18 | 26 | 57 | 7 |
| | Pending Cases ² | | 440 | 462 | 479 | 523 | 564 | 549 | 40 | 2 |
| | Weighted Filings ² | | 517 | 564 | 583 | 660 | 641 | 599 | 16 | 2 |
| | Terminations | | 531 | 536 | 563 | 590 | 582 | 591 | 19 | 1 |
| | Trials Completed | | 18 | 23 | 20 | 17 | 10 | 16 | 40 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 8.5 | 9.0 | 10.6 | 11.8 | 16.3 | 67 | 7 |
| | | Civil ² | 7.6 | 7.1 | 8.1 | 7.4 | 7.6 | 8.5 | 29 | 2 |
| | From Filing to Trial ² (Civil Only) | | 27.3 | 24.7 | 29.9 | 32.2 | 41.6 | 33.1 | 23 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 63 2.5 | 70 2.7 | 88 3.3 | 105 3.5 | 120 3.7 | 173 5.5 | 19 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.4 | 1.3 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 33.8 | 38.6 | 40.3 | 35.7 | 49.4 | 35.6 | | |
| | | Percent Not Selected or Challenged | 37.9 | 38.5 | 40.6 | 26.5 | 44.0 | 37.5 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,468 | 167 | 53 | 898 | 38 | 23 | 123 | 740 | 262 | 140 | 685 | 2 | 337 |
| Criminal ¹ | 420 | 15 | 152 | 20 | 87 | 32 | 50 | 10 | 1 | 12 | 3 | 19 | 19 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."