UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | Case No. 2:22-CV-00076-JRG |

### DECLARATION OF AMANDA TESSAR

I, Amanda Tessar, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am a partner at Perkins Coie LLP, counsel of record for Defendants.

3. On April 18, 2022, I requested that an employee of Perkins Coie's Dallas office visit the building at 7150 Preston Road, Plano, Texas, including Suite 300, which Entropic Communications, LLC ("Entropic") identified as their place of business the place of business in their Amended Complaint. ECF No. 17, ¶ 2. The employee took pictures of that address and the surroundings and provided them to me that same day.

4. As shown in the picture provided by her below, the front door of Suite 300 is marked with two graphics etched into the door and a paper notecard. The etched graphics read "Bentley Legacy Holdings" and "Please Knock Loudly." The paper notecard reads "Please No

1

Soliciting." Consistent with this, the employee reported that there was nothing displaying Entropic's name or logo anywhere on the outside of the property. The employee also informed me that the door was locked. From my review of reports showing which companies reside at the relevant address, there are a number of other businesses (besides Entropic and Bentley) that may share this address.



2







5. As shown in the picture provided below by the Perkins Coie employee who visited the address, the back door to Suite 300 is likewise unmarked.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2022 in Denver, Colorado

Amanda Tessar