# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, et al<br><br>　　　　Defendants. | **Case No. 2:22-CV-00075-JRG**<br>**LEAD CASE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>　　　　Defendants. | **Case No. 2:22-CV-00076-JRG**<br>**MEMBER CASE** |

**ORDER GRANTING DISH'S MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER TO THE DISTRICT OF COLORADO**

Before the Court is DISH's Motion to Transfer Under 28 U.S.C. § 1404(a) and the supporting declarations and exhibits. Having considered the matter, the Court GRANTS the Motion to Transfer to the District of Colorado.

ORDERED, ADJUDGED and DECREED that this case will be transferred to the District of Colorado.