IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DIRECTV, LLC, et al | Case No. 2:22-cv-00075-JRG<br>(Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC,,<br><br>v.<br><br>DISH NETWORK CORPORATION; et al | Case No. 2:22-cv-00076-JRG<br>(Member Case) |

### NOTICE OF APPEARANCE OF MATTHEW BERNSTEIN
### FOR DISH NETWORK CORP., DISH NETWORK L.L.C., AND
### DISH NETWORK SERVICE L.L.C.

Please take notice that Matthew Bernstein of Perkins Coie LLP, 11452 El Camino Real, Suite 300, San Diego, CA 92130, as an admitted member of this court, hereby enters an appearance as counsel of record on behalf of Member Case 2:22-cv-00076-JRG Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.

Dated:  April 27, 2022

Respectfully submitted,

/s/ *Matthew C. Bernstein*
Matthew C. Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Phone: 858.720.5700
Fax: 858.720.5821

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served April 27, 2022 to all counsel of record, via the Court's CM/ECF system

                                                        */s/Matthew Bernstein*  
                                                        Matthew Bernstein