UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, ET AL<br><br>Defendants. | Case No. 2:22-cv-00075<br>(LEAD CASE) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, ET AL<br><br>Defendants. | Case No. 2:22-cv-00076<br>(MEMBER CASE) |

**NOTICE OF DISCLOSURES**

Plaintiff, Entropic Communications, LLC, notifies the Court that on May 4, 2022, Plaintiff served its P.R. 3-1 and P.R. 3-2 Disclosures as required by the Court's Scheduling Order (Dkt. 22).

Dated: May 5, 2022

Respectfully submitted,

/s/ *James Shimota by permission Wesley Hill*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
Erik Halverson
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com
erik.halverson@klgates.com

Brian Bozzo
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Fax: (412) 355-6501
brian.bozzo@klgates.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 5th day of May, 2022.

/s/ Wesley Hill