UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**ORDER GRANTING JOINT MOTION FOR
LIMITED EXPEDITED VENUE DISCOVERY AND EXTENSIONS OF TIME TO
RESPOND TO DISH'S MOTION TO TRANSFER**

The Court, having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") and Defendants Dish Network Corporation's, Dish Network L.L.C.'s, and Dish Network Service L.L.C.'s (collectively, "DISH" or "Defendants") Joint Motion For Limited Expedited Venue Discovery and Extensions of Time to Respond to Motion to Transfer under 28 U.S.C. § 1404(a) (Dkt. No. 25), hereby GRANTS the motion. It is Ordered that:

Entropic and DISH shall conduct venue-related discovery as follows:

1. Deposition of Dan Minnick on his venue declaration and as DISH's 30(b)(6) witness on venue, for up to 7 hours;

2. 7 total venue interrogatories to Defendants, responses due 14 days from service;

3. 7 total venue requests for production to Defendants, responses due 14 days from service;

4. 15 venue requests for admission to Plaintiff, responses due 14 days from service;

5. Should Plaintiff provide a declaration in support of its opposition to the motion to transfer, a deposition of up to 7 hours of plaintiff's declarant (in his or her individual capacity on his or her declaration and as the 30(b)(6) witness of plaintiff on venue) within 7 days of service of service of the declaration; and

6. Depositions and other discovery of all third parties shall be conducted during the regular period of time allotted for fact discovery;

7. Plaintiff's opposition to the motion to transfer will be due 14 days from the initial 60 day completion of venue discovery; and

8. Defendant's reply to the motion to transfer will be due 14 days from service of the Plaintiff's opposition.

With the exception of Defendant's deposition of Plaintiff referenced in point 5, above, venue discovery shall be completed within 60 days of the order permitting venue discovery to begin.