IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00075-JRG |
| DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AT&T COMMUNICATIONS, LLC, | § § § § § | (LEAD CASE) |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § § § | CIVIL ACTION NO. 2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion for Limited Expedited Venue Discovery and Extension of Time to Respond to DISH's Motion to Transfer (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH"). (Dkt. No. 28.) In the Motion, the parties represent that they have negotiated a discovery period to conduct venue discovery related to DISH's Motion to Transfer (Dkt. No. 25). (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the parties may conduct venue discovery subject to the agreements set forth in the Motion. (Dkt. No. 28 at 2–4.) It is **ORDERED** that the venue discovery shall be completed within sixty (60) days of this Order, the deadline for Entropic's response to DISH's Motion to Transfer (Dkt. No. 25) is **extended** to a date that is fourteen (14) days after the completion of the sixty (60) day discovery period, and the deadline for DISH's reply in support of its Motion to

Transfer (Dkt. No. 25) is **extended** to a date that is fourteen (14) days after Entropic's response to DISH's Motion to Transfer is filed.

**So ORDERED and SIGNED this 13th day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE