IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, AT&T INC.,<br>AT&T SERVICES, INC., and<br>AT&T COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 2:22-cv-00075-JRG<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANTS AT&T INC. AND AT&T COMMUNICATIONS, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Entropic Communications, LLC and Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., and AT&T Communications, LLC submit this stipulation of dismissal without prejudice as to Defendants AT&T Inc. and AT&T Communications, LLC based on the following representations that are hereby made by Defendants AT&T Inc. and AT&T Communications, LLC:

1. AT&T Inc. is a holding company that does not offer, sell, or otherwise provide any accused products or services.

2. AT&T Inc. is incorporated in Delaware, and its principal place of business is in Dallas, Texas. AT&T Inc.'s headquarters are located in the Whitacre Tower, located at 208 South Akard Street, Dallas, Texas.

3. AT&T Inc. is a legally and factually separate corporate entity, distinct from its subsidiaries. AT&T Inc. observes all required corporate formalities separate from its subsidiaries, including the other Defendants named in this lawsuit. AT&T Inc. regularly maintains its corporate

records separate from those of its subsidiaries, including AT&T Services, Inc. and AT&T Communications, LLC, named in this lawsuit. Each of AT&T Inc.'s subsidiaries maintains its own independent corporate, partnership, or limited liability company status, identity, and structure.

4.  AT&T Inc. conducts shareholder and director meetings separate and independent of those of AT&T Services, Inc. and AT&T Communications, LLC.

5.  AT&T Inc. has no presence in the Eastern District of Texas. It has no office or mailing address in the Eastern District of Texas, and does not own, lease, manage, or maintain any real property, office, residence, or place of business in the Eastern District of Texas. Thus, for example, with respect to any AT&T-branded stores located in the Eastern District of Texas, AT&T Inc. does not perform operational activities such as entering into or guaranteeing leases for the stores or buying, selling, or maintaining products or services in or for the stores.

6.  AT&T Inc. has officers and a board of directors, but it has no employees in the Eastern District of Texas or elsewhere.

7.  AT&T Inc. owns the stock of its corporate subsidiaries, but, as a holding company, AT&T Inc. conducts no business directly with the public.

8.  AT&T Inc. does not manufacture any products or services of any nature, whether in the Eastern District of Texas or elsewhere, including any product or service that could find its way through the stream of commerce into the Eastern District of Texas.

9.  AT&T Inc. does not do business in the Eastern District of Texas.

10. AT&T Inc.'s subsidiaries, including AT&T Services, Inc. and AT&T Communications, LLC, each keep accounting and finances separate from each other and from AT&T Inc. AT&T Services, Inc. maintains its bank accounts separate from those of AT&T Inc. When intercompany financial transactions occur, they are memorialized with formal

documentation and reflected in the corresponding entity's financial and accounting records as bona fide transactions.

11. The acronym "AT&T" is a brand often appearing next to a round blue-and-white logo. The use of the corporate brand and logo is shared by multiple subsidiary companies offering different products and services and serving different geographic territories. The AT&T brand and logo are owned and licensed by AT&T Intellectual Property II, L.P., a subsidiary of AT&T Inc. AT&T Intellectual Property II, L.P. charges the applicable operating company a licensing fee for the use of the AT&T brand and logo. Use of the AT&T brand, logo, trademarks, and service marks by a particular operating company does not signify that products or services are being offered or provided by AT&T Inc., a holding company, or the licensor, AT&T Intellectual Property II, L.P.

12. The internet website www.att.com is maintained by AT&T Intellectual Property II, L.P. and administered by AT&T Services, Inc. The goods and services that are marketed on the www.att.com website are the goods and services of AT&T Inc.'s subsidiaries and business partners. AT&T Inc. does not offer goods and services to the public and, therefore, none of the goods or services offered on the www.att.com website is provided by AT&T Inc.

13. AT&T Communications, LLC is not an operating company. It does not offer, sell, or otherwise provide any accused products or services.

14. AT&T Communications, LLC is formed in Delaware, and its principal place of business is in Dallas, Texas. AT&T Communications, LLC's headquarters are located in Whitacre Tower, located at 208 South Akard Street, Dallas, Texas.

15. AT&T Communications, LLC is a legally and factually separate corporate entity, distinct from its parent company and other subsidiaries of AT&T Inc. AT&T Communications, LLC observes all required corporate formalities separate from other AT&T entities, including

AT&T Inc. and AT&T Services, Inc.  AT&T Communications, LLC regularly maintains its corporate records separate from those of other AT&T entities, including AT&T Inc. and AT&T Services, Inc.

16. AT&T Communications, LLC conducts meetings of its managers separate and independent of those of AT&T Inc. and AT&T Services, Inc.

17. AT&T Communications, LLC has no presence in the Eastern District of Texas.  It has no office or mailing address in the Eastern District of Texas, and does not own, lease, manage, or maintain any real property, office, residence, or place of business in the Eastern District of Texas.  Thus, for example, with respect to any AT&T-branded stores located in the Eastern District of Texas, AT&T Communications, LLC does not perform operational activities such as entering into or guaranteeing leases for the stores or buying, selling, or maintaining products or services in or for the stores.

18. AT&T Communications, LLC has officers and managers , but it has no employees in the Eastern District of Texas or elsewhere.

19. As a non-operating company, AT&T Communications, LLC conducts no business directly with the public.

20. AT&T Communications, LLC does not manufacture any products or services of any nature, whether in the Eastern District of Texas or elsewhere, including any product or service that could find its way through the stream of commerce into the Eastern District of Texas.

21. AT&T Communications, LLC does not do business in the Eastern District of Texas.

22. AT&T Services, Inc. will not object to or refuse to provide discovery on the grounds that such discovery is in the possession, custody, or control of AT&T Inc. or AT&T Communications, LLC.

This stipulation of dismissal shall not act as a dismissal of any Defendants in this lawsuit other than AT&T Inc. and AT&T Communications, LLC.

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully submitted, |

        /s/ *James Shimota by permission Wesley Hill*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
Erik Halverson
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com
erik.halverson@klgates.com

Brian Bozzo
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Fax: (412) 355-6501
brian.bozzo@klgates.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Brian Buroker by permission Wesley Hill*

Benjamin Hershkowitz
Katherine Q. Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Brian Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
bburoker@gibsondunn.com

Nathan R. Curtis (#24078390)
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com
ayang@gibsondunn.com

**THE DACUS FIRM, P.C.**

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., and AT&T Communications, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on May 16, 2022.

*/s/ Wesley Hill*