IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, AT&T INC.,<br>AT&T SERVICES, INC., and<br>AT&T COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 2:22-cv-00075-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS AT&T INC. AND AT&T COMMUNICATIONS LLC**

Before the Court is the parties' stipulation of dismissal without prejudice as to Defendants AT&T Inc. and AT&T Communications LLC. In view of the stipulation, the Court hereby dismisses the claims against AT&T Inc. and AT&T Communications LLC without prejudice.

1