**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC, AT&T INC., AT&T SERVICES, INC, and AT&T COMMUNICATIONS, LLC, <br><br> Defendants. | Case No. 2:22-cv-00075-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as additional counsel of record for Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC, and consents to electronic service of all papers in this action. Katherine Dominguez is hereby designated as lead attorney on behalf of Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., and AT&T Communications, LLC.

> **Katherine Dominguez**
> NY # 4741237
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue, 47th Floor
> New York, New York 10166
> Telephone: (212) 351-4000
> Facsimile:  (212) 351-4035
> KDominguez@gibsondunn.com

Dated:  May 16, 2022                    Respectfully Submitted,

By:  */s/ Katherine Dominguez*

**GIBSON, DUNN & CRUTCHER LLP**
Katherine Dominguez (NY #4741237)
KDominguez@gibsondunn.com
Benjamin Hershkowitz (NY #2600559)
BHershkowitz@gibsonndunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Buroker (DC # 457158)
BBuroker@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile:  (202) 467-0539

**GIBSON, DUNN & CRUTCHER LLP**
Nathan R. Curtis (Texas State Bar No. 24078390)
NCurtis@gibsondunn.com
Audrey Yang (Texas State Bar No. 24118593)
AYang@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3423
Facsimile:  (214) 571-2961

*Attorneys for Defendant DIRECTV, LLC, AT&T Inc.,
AT&T Services, Inc., AT&T Communications, LLC.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on March 2, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Katherine Dominguez*
Kate Dominguez