# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

      Plaintiff,

    v.

DIRECTV, LLC, AT&T INC.,
AT&T SERVICES, INC, and
AT&T COMMUNICATIONS, LLC,

      Defendants.

**Case No. 2:22-cv-00075-JRG**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC, and consents to electronic service of all papers in this action.

**Brian Buroker**
DC # 457158
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile:  (202) 467-0539
BBuroker@gibsondunn.com

Dated:  May 16, 2022                    Respectfully Submitted,

                                        By:  */s/ Brian Buroker*

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Katherine Dominguez (NY #4741237)
                                        KDominguez@gibsondunn.com
                                        Benjamin Hershkowitz (NY #2600559)
                                        BHershkowitz@gibsonndunn.com
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166
                                        Tel: (212) 351-4000
                                        Fax: (212) 351-4035

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Brian M. Buroker (DC # 457158)
                                        BBuroker@gibsondunn.com
                                        1050 Connecticut Avenue, N.W.
                                        Washington, D.C. 20036-5306
                                        Telephone: (202) 955-8500
                                        Facsimile:  (202) 467-0539

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Nathan R. Curtis (Texas State Bar No. 24078390)
                                        NCurtis@gibsondunn.com
                                        Audrey Yang (Texas State Bar No. 24118593)
                                        AYang@gibsondunn.com
                                        2001 Ross Avenue, Suite 2100
                                        Dallas, Texas 75201
                                        Telephone: (214) 698-3423
                                        Facsimile:  (214) 571-2961

                                        *Attorneys for Defendant DIRECTV, LLC, AT&T Inc.,*
                                        *AT&T Services, Inc., AT&T Communications, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed electronically on March 2, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.


/s/ Brian Buroker
Brian Buroker