# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, LLC, AT&T INC.,<br>AT&T SERVICES, INC, and<br>AT&T COMMUNICATIONS, LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-00075-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as additional counsel of record for Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC, and consents to electronic service of all papers in this action.

　　　　　　　　　　　　　　　　　　**Audrey Yang**
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24118593
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone: (214) 698-3423
　　　　　　　　　　　　　　　　　　Facsimile:  (214) 571-2961
　　　　　　　　　　　　　　　　　　AYang@gibsondunn.com

Dated:  May 16, 2022          Respectfully Submitted,

By: */s/ Audrey Yang*

**GIBSON, DUNN & CRUTCHER LLP**
Katherine Dominguez (NY #4741237)
KDominguez@gibsondunn.com
Benjamin Hershkowitz (NY #2600559)
BHershkowitz@gibsonndunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Buroker (DC # 457158)
BBuroker@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile:  (202) 467-0539

**GIBSON, DUNN & CRUTCHER LLP**
Nathan R. Curtis (Texas State Bar No. 24078390)
NCurtis@gibsondunn.com
Audrey Yang (Texas State Bar No. 24118593)
AYang@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3423
Facsimile:  (214) 571-2961

*Attorneys for Defendant DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC.*

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on March 2, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Audrey Yang*
Audrey Yang
