# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC, AT&T INC.,<br>AT&T SERVICES, INC, and<br>AT&T COMMUNICATIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-00075-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC, and consents to electronic service of all papers in this action.

> **Benjamin Hershkowitz**
> NY # 2600559
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue, 47th Floor
> New York, New York 10166
> Telephone: (212) 351-4000
> Facsimile:  (212) 351-4035
> BHershkowitz@gibsondunn.com

Dated: May 16, 2022                    Respectfully Submitted,

By: */s/ Benjamin Hershkowitz*

**GIBSON, DUNN & CRUTCHER LLP**
Katherine Dominguez (NY #4741237)
KDominguez@gibsondunn.com
Benjamin Hershkowitz (NY #2600559)
BHershkowitz@gibsonndunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Buroker (DC # 457158)
BBuroker@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

**GIBSON, DUNN & CRUTCHER LLP**
Nathan R. Curtis (Texas State Bar No. 24078390)
NCurtis@gibsondunn.com
Audrey Yang (Texas State Bar No. 24118593)
AYang@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3423
Facsimile: (214) 571-2961

*Attorneys for Defendant DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., AT&T Communications, LLC.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on March 2, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Benjamin Hershkowitz*
Benjamin Hershkowitz
