# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DIRECTV, LLC, et al. | Case No. 2:22-cv-00075-JRG<br>(Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DISH NETWORK CORPORATION, et al. | Case No. 2:22-cv-00076-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' DEMAND FOR JURY TRIAL

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule CV-38(a), Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. hereby respectfully demand a jury trial on all issues so triable.

Dated: May 16, 2022                            Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

Matthew Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real #300
San Diego, CA 92130

Amanda Tessar, CO Bar No. 33173
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

***ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*