**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC.,<br>AT&T SERVICES, INC, and<br>AT&T COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 2:22-cv-00075-JRG<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF DIRECTV, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, DIRECTV, LLC provides the following disclosures:

DIRECTV, LLC, a California limited liability company, is a wholly owned subsidiary of DIRECTV Holdings LLC.  DIRECTV Holdings LLC, a Delaware limited liability company, is a wholly owned subsidiary of DIRECTV Financing, LLC.  DIRECTV Financing, LLC, a Delaware limited liability company, is a wholly owned subsidiary of DIRECTV Financing Holdco, LLC.  DIRECTV Financing Holdco, LLC, a Delaware limited liability company, is a wholly owned subsidiary of DIRECTV Entertainment Holdings LLC.  DIRECTV Entertainment Holdings LLC, a Delaware limited liability company, is jointly owned by AT&T Inc. and TPG VIII Merlin Investment Holdings, L.P.  AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange.  To the best of DIRECTV, LLC's knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc.  TPG VIII Merlin Investment Holdings, L.P., a Delaware limited partnership, is a privately held limited partnership.

DATED:  May 16, 2022                      **GIBSON, DUNN & CRUTCHER LLP**

                                          */s/ Katherine Q. Dominguez*

                                          Benjamin Hershkowitz
                                          Katherine Q. Dominguez
                                          GIBSON, DUNN & CRUTCHER LLP
                                          200 Park Avenue
                                          New York, NY 10166-0193
                                          Telephone: (212) 351-4000
                                          bhershkowitz@gibsondunn.com
                                          kdominguez@gibsondunn.com

                                          Brian Buroker
                                          GIBSON, DUNN & CRUTCHER LLP
                                          1050 Connecticut Ave., N.W.
                                          Washington, D.C. 20036
                                          Telephone: (202) 955-8500
                                          bburoker@gibsondunn.com

                                          Nathan R. Curtis (#24078390)
                                          Audrey Yang
                                          GIBSON, DUNN & CRUTCHER LLP
                                          2001 Ross Ave., Suite 2100
                                          Dallas, TX 75201
                                          Telephone: (214) 698-3100
                                          ncurtis@gibsondunn.com
                                          ayang@gibsondunn.com

                                          **THE DACUS FIRM, P.C.**

                                          Deron R. Dacus
                                          THE DACUS FIRM, P.C.
                                          821 ESE Loop 323, Suite 430
                                          Tyler, TX 75701
                                          Telephone: (903) 705-1117
                                          ddacus@dacusfirm.com

                                          *Counsel for Defendant DIRECTV, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on May 16, 2022, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Katherine Q. Dominguez*