**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC, AT&T, INC.,<br>AT&T SERVICES, INC, and<br>AT&T COMMUNICATIONS LLC,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00075-JRG<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF AT&T INC.,
AT&T SERVICES, INC. AND AT&T COMMUNICATIONS, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Inc., AT&T Services, Inc., and AT&T Communications, LLC provide the following disclosures:

AT&T Services, Inc., a Delaware corporation, is a wholly owned subsidiary of AT&T Inc.

AT&T Communications, LLC, a Delaware limited liability company, is a wholly owned subsidiary of AT&T Inc.

Neither of the foregoing companies is a publicly traded company.  Both of the foregoing companies are direct subsidiaries of AT&T Inc.  AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange.  To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc.  AT&T Inc. has no parent corporation.

DATED:  May 16, 2022

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Katherine Q. Dominguez*

Benjamin Hershkowitz
Katherine Q. Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Brian Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
bburoker@gibsondunn.com

Nathan R. Curtis (#24078390)
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com
ayang@gibsondunn.com

**THE DACUS FIRM, P.C.**

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendant AT&T Inc.,*
*AT&T Services, Inc., and AT&T*
*Communications, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on May 16, 2022, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Katherine Q. Dominguez*