## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00075-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., <br><br> *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br> (Member Case) |

### UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Entropic Communications, LLC hereby requests permission for Erik Halverson to withdraw from representing it in the above-entitled and numbered actions and requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(e).  Plaintiff does not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Plaintiff, as it is still represented by counsel who are fully capable of representing its interests.  Further, Defendants do not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion, permitting Erik Halverson to withdraw from the above-

entitled and numbered actions and removing him from the list of persons authorized to receive electronic notices.

Dated: May 17, 2022                    Respectfully submitted,


                                        /s/ *James Shimota by permission Wesley Hill*
                                       James Shimota – LEAD ATTORNEY
                                       Jason Engel
                                       George Summerfield
                                       Devon Beane
                                       **K&L GATES LLP**
                                       Suite 3300
                                       70 W. Madison Street
                                       Chicago, IL 60602
                                       Tel.: (312) 372-1121
                                       Fax: (312) 827-8000
                                       jim.shimota@klgates.com
                                       jason.engel@klgates.com
                                       george.summerfield@klgates.com
                                       devon.beane@klgates.com

                                       Brian Bozzo
                                       **K&L GATES LLP**
                                       210 Sixth Ave.
                                       Pittsburgh, PA 15222
                                       Tel.: (412) 355-6500
                                       Fax: (412) 355-6501
                                       brian.bozzo@klgates.com

                                       Wesley Hill
                                       Texas Bar No. 24032294
                                       **WARD, SMITH & HILL, PLLC**
                                       1507 Bill Owens Pkwy
                                       Longview, TX 75604
                                       Tel:  (903) 757-6400
                                       Fax  (903) 757-2323
                                       wh@wsfirm.com

                                       **ATTORNEYS FOR PLAINTIFF**
                                       **ENTROPIC COMMUNICATIONS, LLC**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 17th day of May, 2022.

/s/ Wesley Hill