UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

## **ORDER**

CAME TO BE CONSIDERED the Unopposed Motion to Withdraw as Attorney and Request for Termination of Electronic Notices. After consideration, the Court finds that the Motion should be GRANTED.

Therefore, IT IS ORDERED that Erik Halverson is permitted to withdraw as attorney for Plaintiff Entropic Communications effective the date of this order.

IT IS FURTHER ORDERED that electronic notices to Erik Halverson in these actions are terminated effective the date of this order.