# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § *Plaintiff*, § § v. § § DIRECTV, LLC, AT&T, INC., AT&T § SERVICES, INC., AT&T § COMMUNICATIONS, LLC, § § *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00075-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendants AT&T Inc. and AT&T Communications, LLC (the "Stipulation") filed by Plaintiff Entropic Communications, LLC and Defendants DIRECTV, LLC, AT&T Inc., AT&T Services, Inc., and AT&T Communications, LLC. (Dkt. No. 31.) In the Stipulation, the parties stipulate to dismissal without prejudice as to AT&T Inc. and AT&T Communications, LLC. (*Id*. at 1; *see also generally id*. at 1–4.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted against AT&T Inc. and AT&T Communications, LLC in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The above-captioned case is to remain **OPEN** in light of the remaining parties and claims.

**So ORDERED and SIGNED this 17th day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE