# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:22-CV-00075-JRG |
| v. | § § | (LEAD CASE) |
| DIRECTV, LLC, AT&T SERVICES, INC., | § § § | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § § | CIVIL ACTION NO. 2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Attorney and Request for Termination of Electronic Notices (the "Motion") filed by Plaintiff Entropic Communications, LLC. (Dkt. No. 43). In the Motion, Plaintiff requests that Erik Halverson be permitted to withdraw as counsel of record in the above-captioned matter. (*Id*. at 1.) Defendants do not oppose the Motion. (*Id*.)

Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Erik Halverson is permitted to **WITHDRAW** as counsel of record for Plaintiff in the above-captioned matter. The Clerk of Court is directed to **TERMINATE** Erik Halverson as counsel of record along with all ECF notifications to the same.

**So ORDERED and SIGNED this 18th day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE