**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTV, LLC, and<br>AT&T SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00075-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00076-JRG<br><br>RELATED CASE |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

    Defendants DIRECTV, LLC and AT&T Services, Inc. ("Defendants") hereby request leave to file under seal the following motions and accompanying declarations and exhibits: (1) DIRECTV, LLC's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer Venue to the Central District of California, and (2) DIRECTV, LLC and AT&T Services, Inc.'s Motion to Sever and Stay or, Alternatively, for Transfer.  These documents contain confidential and sensitive business material.

    WHEREFORE, Defendants respectfully request that the Court grant their motion to seal.

1

Dated: June 3, 2022                  */s/ Benjamin Hershkowitz*

                                Benjamin Hershkowitz (NY Bar No. 2600559)
                                  bhershkowitz@gibsondunn.com
Kate Dominguez (NY Bar No. 4741237)
   bkdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

Brian M. Buroker (DC Bar No. 457158)
   bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Facsimile:   (202) 467-0539

Nathan R. Curtis (Texas Bar No. 24078390)
   ncurtis@gibsondunn.com
Audrey Yang (Texas Bar No. 24078390)
   ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

Deron R. Dacus
   ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117

*Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

                                        */s/ Benjamin Hershkowitz*
                                        Benjamin Hershkowitz

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for DIRECTV has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

                                        */s/ Benjamin Hershkowitz*
                                        Benjamin Hershkowitz