**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC, and<br>AT&T SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00075-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00076-JRG<br><br>RELATED CASE |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Defendants DIRECTV, LLC and AT&T Services, Inc.'s Motion for

Leave to File Under Seal.  The Court, having considered same, is of the opinion the motion should

be GRANTED.