# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:22-CV-00075-JRG § (LEAD CASE) § DIRECTV, LLC, AT&T SERVICES, INC., § § | |
| DISH NETWORK CORPORATION, DISH § CIVIL ACTION NO. 2:22-CV-00076-JRG NETWORK L.L.C., DISH NETWORK § (MEMBER CASE) SERVICE L.L.C., § § § *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Under Seal (the "Motion") filed by Defendants DIRECTV, LLC and AT&T Services, Inc. (collectively, "DIRECTV and AT&T"). (Dkt. No. 51.) In the Motion, DIRECTV and AT&T represent that DIRECTV's Motion to Transfer Venue to the Central District of California (Dkt. No. 52) and DIRECTV and AT&T's Motion to Sever and Stay or, Alternatively, Transfer (Dkt. No. 53) contain confidential and sensitive business material that should be sealed. (*Id*. at 1.) Plaintiff Entropic Communications, LLC does not oppose the Motion. (*Id*. at 3.)

Having considered the Motion, and in light of its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that DIRECTV's Motion to Transfer Venue to the Central District of California (Dkt. No. 52) and DIRECTV and AT&T's Motion to Sever and Stay or, Alternatively, Transfer (Dkt. No. 53) should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 6th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE