# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, LLC, and<br>AT&T SERVICES, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:22-CV-00075-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>　　　　Defendants. | Civil Action No. 2:22-CV-00076-JRG<br><br>RELATED CASE |

### DECLARATION OF NATHAN ROBERT CURTIS IN SUPPORT OF DIRECTV, LLC AND AT&T SERVICES, INC.'S MOTION TO SEVER AND STAY

I, Nathan Robert Curtis declare as follows:

1.　　I am a resident of the United States and over the age of 21. I make this Declaration based on my personal knowledge and in support of DIRECTV and AT&T's Motion to Sever and Stay, or, Alternatively, for Transfer. The facts set forth herein are true and of my personal knowledge. If called upon to do so, I could and would testify competently to the facts contained in this Declaration.

2.	I am an attorney at Gibson, Dunn & Crutcher LLP, counsel of record for Defendants DIRECTV and AT&T.  I am licensed to practice in the state of Texas.

3.	Attached as Exhibit 1 is a true and correct copy of a webpage from Best Buy's website entitled "DirecTV Internet & Cable Service - Best Buy," available at https://www.bestbuy.com/site/tv-internet-service-providers/directv-internet-cable/pcmcat1496082266477.c?id=pcmcat1496082266477 (last visited May 25, 2022), annotated to highlight the relevant portion.

4.	Attached as Exhibit 2 is a true and correct copy of a webpage from AT&T's website entitled "AT&T Stores – Los Angeles, CA," available at https://www.att.com/stores/california/los-angeles (last visited May 25, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2022, in Frisco, Texas.

　　　　　　　　　　　　　　　　　　　　*/s/ Nathan Robert Curtis*
　　　　　　　　　　　　　　　　　　　　Nathan Robert Curtis