# EXHIBIT 1

**Menu**    Search Best Buy         Sterling    Cart

Top Deals    Deal of the Day    Totaltech Membership         Account    Recently Viewed    Order Status    Saved Items

Best Buy › TV & Home Theater › TV & Internet Service Providers

**DIRECTV STREAM and DIRECTV Satellite TV**

# Beam it. Stream it.

## The best of TV. Watch virtually anytime, anywhere.

DIRECTV is doubling down with two ways to watch what you love. Welcome to DIRECTV.

Available only in the U.S. (excl. Puerto Rico & U.S.V.I.). Requires compatible device and data connection. Other restrictions apply.

By clicking the DIRECTV link, you are entering a site hosted and operated by DIRECTV. Please review their Privacy Policy. All personal information you provide is subject to that Privacy Policy. Different terms and conditions may apply.

**See latest DIRECTV offers**



**$150 Best Buy gift card when you activate new DIRECTV service.\***
24-month agreement required. New approved customers only.

**Learn more**



# DIRECTV STREAM.

## Get your TV together. No annual contract required.

- The best of Live TV and On Demand — on all your favorite screens.
- Access HBO Max, Netflix, Prime Video and more apps you love on Google Play.[1]
- Stream anytime, anywhere — on your phone, tablet and TV.[2]
- Includes 20 hours of Cloud DVR storage. Or upgrade to get unlimited

Help



- Includes 20 hours of Cloud DVR storage. Or upgrade to get unlimited hours for $10/mo. + tax.[3]
- Stream on 20 devices at once in your home — including your TVs, tablets, smartphones and other connected devices.[4]

**DIRECTV STREAM requires high-speed internet. Minimum internet speed of 8Mbps per stream recommended for optimal viewing.**

# DIRECTV.

## Don't just kinda TV. DIRECTV.

- **On Demand** — Access 80,000+ shows and movies on demand.[5]
- **On the go** — Watch your favorite live sports, news and entertainment anywhere.[6]
- **Content** — Enjoy up to 330+ channels.[7]
- **4K** — The most live sports in 4K HDR[8] including the most NBA games in 4K.
- **Sports** — The undisputed leader in sports.[9] Only DIRECTV brings you every live NFL game, every Sunday with NFL SUNDAY TICKET.

# Get started.

## Call DIRECTV at 1-855-522-7100 to order and activate DIRECTV STREAM or DIRECTV service.

## Or schedule a Best Buy in-store appointment

## Disclosures.

1. Google login required. Requires purchase of DIRECTV STREAM Device. Separate subscription/login required for HBO Max, Netflix, Prime Video and other third party apps. Restrictions apply. See amazon.com/amazonprime for details. Google and Google Play are trademarks of Google LLC.

2. Available only in the U.S. (excl. Puerto Rico & U.S.V.I.). Requires compatible device and data connection. Limited to 3 concurrent out-of-home streams.

3. 20 hours of Cloud DVR included. Upgrade to unlimited hours of cloud DVR recordings for $10/mo. + tax more. Data connection required. Recordings expire after 90 days. In a series recording, max. 30 episodes stored with unlimited hours of cloud DVR and max 10 episodes stored with 20 hours of cloud DVR (oldest deleted first which may be in less than 90 days). Restrictions apply.

4. Minimum internet speed of 8Mbps per stream recommended for optimal viewing. All 20 DIRECTV streams must be on the same home network and a compatible router is required. Certain channels are excluded. Limit 3 concurrent out-of-home DIRECTV streams. Restrictions apply. See directv.com/20streams for details.

5. Requires subscriptions to top-tier PREMIER programming package, Movies Extra Pack, EPIX, Hallmark Movies Now, Lifetime Movie Club and Pantaya. Other packages will have fewer shows and movies. Additional fees apply for new releases and library titles available through DIRECTV CINEMA.

6. **DIRECTV App and Mobile DVR: Available only in the US. (excludes Puerto Rico and U.S.V.I.).** Requires compatible device. Live streaming channels based on your TV package and location. Not all channels available to stream out of home. To watch recorded shows on the go, must download to mobile device using Genie HD DVR model HR 44 or higher connected to home Wi-Fi network. Rewind and fast-forward may not work. **Limits:** Mature, music, pay-per-view and some On Demand content is not available for downloading. 5 shows on 5 devices at once. All functions and programming subject to change at any time.

7. Requires subscription to DIRECTV's top-tier PREMIER programming package. Other packages will have fewer channels.

8. **Limited 4K HDR programming available.** CHOICE Package or higher required for most 4K HDR live sports. 4K HDR compatible equipment, minimum programming, 4K account authorization and professional installation required. If 4K TV does not support HDR, content will be viewable in standard 4K. Other conditions apply.

9. Select international games excluded.

Help

**DIRECTV STREAM: Requires high speed internet. Minimum internet speed of 8Mbps per stream recommended for optimal viewing.** Service subject to DIRECTV STREAM terms and

conditions (see directv.com/legal/). Compatible device required. Residential U.S. customers only (excludes Puerto Rico and U.S. Virgin Islands). Your DIRECTV STREAM service renews monthly at the prevailing rate, charged to your payment method on file unless you cancel. Once you've canceled, you can access DIRECTV STREAM through the remaining monthly period. New customers who cancel service in the first 14 days will receive a full refund. **Otherwise, no refunds or credits for any partial-month periods or unwatched content.** Returning customers who disconnected service within previous 12 months are not eligible for a refund. **Limits:** Offers may not be available through all channels and in select areas. Programming subject to blackout restrictions. **Pricing, channels, features, and terms are subject to change & may be modified or discontinued at any time without notice.** See directv.com/stream/ for details.

**DIRECTV: $19.95 ACTIVATION, EARLY TERMINATION FEE OF $20/MO. FOR EACH MONTH REMAINING ON AGMT., EQUIPMENT NON-RETURN & ADD'L FEES APPLY.** New approved residential customers only (equipment lease req'd). Credit card req'd (except MA & PA). Restr's apply. **DIRECTV SVC TERMS: Subject to Equipment Lease & Customer Agreements.** Must maintain a min. base TV pkg of $29.99/mo. **Programming, pricing, terms and conditions subject to change at any time.** Some offers may not be available through all channels and in select areas. Visit directv.com/legal/ or call for details.

**\*$150 GIFT CARD OFFER:** Subject to change and may be discontinued at any time. Customer must order new DIRECTV service (minimum $69.99/month) with 24-month agreement through the dedicated website, by calling the dedicated toll-free number, or at a participating Best Buy. New approved customers only. Redemption required. Eligible customers will receive reward notification instructions for claiming their reward card. Redemption instructions will be sent via email within thirty (30) days of service activation. If an email address was not provided at the time of order, AT&T Reward Center will mail the redemption instructions to the name and the address used to activate the DIRECTV account. For more information on claiming reward card, visit att.com/rewardcenter. Allow three (3) weeks after receipt and verification of customer's claim for delivery of card. The AT&T Reward Center and DIRECTV are not responsible for late, lost or misdirected cards in mail. Not valid for purchase by groups, clubs, businesses or organizations. Void in Puerto Rico and where prohibited, licensed, taxed or restricted. LIMIT ONE $150 BEST BUY GIFT CARD OFFER PER DIRECTV ACCOUNT. May not be combined with other promotional offers on same services. Must maintain service from installation date and through reward fulfillment to remain eligible for all offers.

© 2021 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.







ADVERTISEMENT

Visit our Support Center | Check your Order Status | Shipping, Delivery & Store Pickup | Returns & Exchanges | Price Match Guarantee

## Order & Purchases
Check Order Status
Shipping, Delivery & Pickup
Returns & Exchanges
Price Match Guarantee
Product Recalls
Trade-In Program
Gift Cards

### Payment Options
My Best Buy® Credit Card
Pay Your Bill at Citibank
Lease to Own

## Support & Services
Visit our Support Center
Shop with an Expert
Schedule a Service
Manage an Appointment
Protection & Support Plans
Haul Away & Recycling
Contact Us

### Rewards & Membership
Best Buy Totaltech
My Best Buy
View Points & Certificates
Member Offers

## Partnerships
Affiliate Program
Advertise with Us
Developers
Best Buy Health
Best Buy Education
Best Buy Business

### About Best Buy
Corporate Information
Careers
Corporate Responsibility &
Sustainability
Discover & Learn

Sign in or Create Account

### Get the latest deals and more.
Enter email address

Sign Up


Best Buy app
Learn more ›

    

Forums, blogs & more

How was your experience?
Give feedback about our website

Mobile Site | Best Buy Canada

Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | California Privacy Rights | Do Not Sell My Personal Information | California Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2022 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help