# EXHIBIT 2



 

Support   Account

Order online and choose curbside pickup at the store nearest you. Shop Now

Stores / California / Los Angeles

## 18 AT&T stores in Los Angeles

### Century City Mall →

**Open until 7:00 PM**

10250 Santa Monica Blvd

### Westlake South →

**Open until 8:00 PM**

1605 Wilshire Blvd

### West Los Angeles →

**Open until 8:00 PM**

2333 S Sepulveda Blvd

### Eagle Rock Plaza →

**Open until 8:00 PM**

2700 Colorado Blvd

### Los Feliz →

**Open until 8:00 PM**

2900 Los Feliz Blvd

### Koreatown Galleria →

**Open until 8:00 PM**

3250 W Olympic Blvd

### West 6th Street →

**Open until 7:00 PM**

3419 W 6th Street

**Vermont Avenue** ➜

**Open until 7:00 PM**

3625 Vermont Avenue

**Wiltern** ➜

**Open until 8:00 PM**

3764 Wilshire Blvd

**Downtown** ➜

**Open until 7:00 PM**

425 S Broadway

**Mid-City** ➜

**Open until 8:00 PM**

4700 W Pico Blvd

**Hollywood Boulevard** ➜

**Open until 8:00 PM**

5065 Hollywood Blvd

**Ladera Heights** ➜

**Open until 8:00 PM**

5323 W Centinela Ave

**Vermont And Slauson** ➜

**Open until 7:00 PM**

5838 S Vermont Ave

**West Sunset Boulevard** ➜

**Open until 7:00 PM**

8000 W Sunset Blvd

[Beverly Plaza](#) ➡

**Open until 7:00 PM**

8471 Beverly Blvd

[Westchester](#) ➡

**Open until 8:00 PM**

8949 S Sepulveda Blvd

[Freedom Plaza](#) ➡

**Open until 7:00 PM**

9851 S Alameda St

Need help with your account? We offer 24/7 account management and support

Advertisement

| | |
|---|---|
| Find a store | About AT&T |
| Make a store appointment | Contact us |
| Coverage maps | Feedback ✎ |
| Help & info | Ver en español |

   

TechBuzz blog

Community forums

| | | |
|---|---|---|
| Site map | Careers | Terms of use |
| Accessibility | Broadband details | Legal policy center |
| Advertising choices ✎ | Privacy center (updated) | Do Not Sell My Personal Information |

©2020 AT&T Intellectual Property. All rights reserved

2020 AT&T Intellectual Property. All rights reserved.