# EXHIBIT 2

# EXHIBIT A

**EXHIBIT A**

**Infringement of U.S. Patent No. 7,130,576 by AT&T and DirecTV Accused Satellite Television Services**

The AT&T and DirectTV Accused Satellite Television Services are described in a variety of documents, including:

- Solid Signal's White Paper: Do you need a single wire upgrade? ("**SWM Upgrade**");
- Broadcom BCM4550 Press Release, "Broadcom Strengthens TV Market with New Satellite Out Door Unit Technology," available online at https://www.prnewswire.com/news-releases/broadcom-strengthens-tv-market-with-new-satellite-out-door-unit-technology-129291478.html ("**BCM4550 Press Release**");
- Broadcom BCM4551 Press Release, "Broadcom Expands Satellite Device Portfolio for Operators", available online at https://www.prnewswire.com/news-releases/broadcom-expands-satellite-device-portfolio-for-operators-239036481.html ("**BCM4551 Press Release**"); and
- U.S. Patent No. 8,238,813, "Computationally Efficient Design for Broadcast Satellite Single Wire and/or Direct Demod Interface" and assigned to DirecTV Group Inc. ("**'813 Patent**").

As shown below in the chart with exemplary support, the AT&T and DirecTV Accused Satellite Television Services infringe at least claims 14 - 23 and 34 - 42 of U.S. Patent No. 7,130,576 ("**'576 Patent**"). The '576 Patent was filed November 6, 2002, issued October 31, 2006, and is entitled "Signal Selector and Combiner for Broadband Content Distribution." An *ex parte* reexamination certificate was issued for the '576 Patent on August 11, 2009. The '576 Patent claims priority to U.S. Provisional Patent Application Nos. 60/345,965, filed November 7, 2001, 60/333,722, filed November 27, 2001, and 60/358,817, filed Feb. 22, 2002.

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **14a** | 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of: | The Accused Satellite Television Services perform the claimed method utilizing, for example, Signal Selector and Combiner ("SSC") devices, which include SSC-enabled LNBs (for example, SWM5-21 LNB, SWM-13 LNB, and devices that operate in a similar manner) and switches (for example, SWM8, SWM16, SWM30, and devices that operate in a similar manner). By way of example, the SWM5-21 LNB ("**ODU**") is charted herein.<br><br>The ODU receives a plurality of satellite broadband signals and communicates a plurality of transponder signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU as described below:<br><br>**SWM Upgrade** discloses one exemplary implementation for performing the claimed method: |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br>(SWM Upgrade, p. 7, annotated)<br><br>The ODU (e.g. the SWM13-LNB) receives a plurality of satellite broadband signals. The ODU communicates transponder signals to an IRD (such as the HR24, H25, HR34, HR44, HR54, HS17, C31, C41, C41W, C51, C61, C61W, C61K, and devices that operate in a similar manner) over a single cable. |
| **14b** | communicating a transponder request signal to the ODU from the IRD; | A transponder signal is communicated to the ODU from the IRD as described below: |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | As shown below, the SWM LNB includes a Broadcom BCM4551 SoC. The following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4551 Press Release:**<br>"Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>More specifically, in an SSC-enabled system, the ODU works with each connected IRD to provide the content the IRD is requesting. At least one channel can be designated for each IRD. The designated channel contains the programming being requested. The transponder request signal includes indications of the requested content. The transponder request signal is communicated from the IRD to the ODU.<br><br>For example, one or more programming channels are indicated in a transponder request signal provided by the IRD to the ODU. The programming channels indicate television programming to be processed by a tuner associated with the IRD. The ODU extracts each transponder signal corresponding to the requested programming channels. The extracted transponder signals are combined into a composite signal. The composite signal includes each of the designated channels. Each of the designated channels is assigned a frequency slot in the composite signal. The transponder signal is placed in the frequency slot corresponding to the designated channel for the tuner associated with the requested programming |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | channel. This mapping of requested programming channels to the designated channel for the tuner is stored in a channel translation table.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| **14c** | in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; | The ODU digitizes the plurality of satellite broadband signals, selects and extracts a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals as described below:<br><br>**SWM LNB**, depicted in the following annotated photograph, discloses one exemplary implementation of an ODU for performing the claimed method**:** |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | The SWM LNB includes a Broadcom BCM4551 SoC, highlighted in blue, and the following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:**<br>"Broadcom's BCM4550 with integrated Full-Band Capture digital tuning technology dramatically minimizes satellite TV installation costs and complexity, delivering single wire architecture into the home."<br><br>"Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers."<br><br>"Full Band Capture […] digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services."<br><br>**BCM4551 Press Release:**<br>"Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>On informed belief, DirecTV's '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:** |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "Recent advances in high speed Analog to Digital (A/D) converters open up the possibility of direct A/D conversion of baseband or near baseband 500 MHz wide satellite downlink signals and thereby opens up the possibility of all digital demultiplexing (demuxing) of one or more 500MHz complexes or transponders and subsequent all digital multiplexing (muxing) of a selected subset of these transponder channels onto a single wire interface for home distribution." ('813 Patent, col. 2, line 63 - col. 3, line 3).<br><br>"As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal." ('813 Patent, col. 4, lines 42 - 48).<br><br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52). |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>('813 Patent, FIG. 6)<br><br>More specifically, the ODU receives a plurality of satellite broadband signals and digitizes the received signals. The ODU utilizes Full Band Capture digital tuning to digitize the entire spectrum of the plurality of satellite broadband signals. For example, the ODU has a Broadcom BCM4551 SoC. As explained in the '813 Patent, the ODU generates digitized signals and the digitized signals are selected. The ODU utilizes the transponder select signal to identify the selected plurality of transponder signals that are extracted from the received digitized satellite broadband signals. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| **14d** | combining extracted selected transponder signals into a composite signal; | The ODU combines extracted selected transponder signals into a composite signal. In this regard, the following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:**<br>"Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers."<br><br>**BCM4551 Press Release:**<br>"The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, the ODU combines the extracted selected transponder signals into a composite signal. As explained in the '813 Patent, the extracted selected transponder signals are combined in a multiplexer and processed to generate a stacked output. The stacked output can include a number (e.g. 24) of the extracted selected transponder signals.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| **14e** | transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | The ODU transmits the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.<br><br>**SWM Upgrade** discloses one exemplary implementation for performing the claimed method**:** |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>(SWM Upgrade, p. 7, annotated)<br><br>The following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:**<br>"Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers." |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **BCM4551 Press Release:**<br>"The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Recent advances in high speed Analog to Digital (A/D) converters open up the possibility of direct A/D conversion of baseband or near baseband 500 MHz wide satellite downlink signals and thereby opens up the possibility of all digital demultiplexing (demuxing) of one or more 500MHz complexes or transponders and subsequent all digital multiplexing (muxing) of a selected subset of these transponder channels onto a single wire interface for home distribution." ('813 Patent, col. 2, line 63 - col. 3, line 3).<br><br>"As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal." ('813 Patent, col. 4, lines 42 - 48).<br><br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64). |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br><br>FIG. 6<br>('813 Patent, FIG. 6)<br><br>More specifically, the ODU transmits the composite signal over the single cable to the IRDs. As explained in the '813 Patent, particularly as shown in FIG. 6, the LNB signals are not altered during the all digital multiplexing of the selected subset of transponder signals into the composite signal. Accordingly, the modulation of the |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | transponder signals is not altered by the steps of selecting, combining, and transmitting.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **15** | 15. The method of claim 14 wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal. | The step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>More specifically, the ODU filters the transponder signal. Upon information and belief, the ODU utilizes a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal to filter the transponder signal. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **16** | 16. The method of claim 14 wherein the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining. | Upon information and belief, the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining.<br><br>On informed belief, the ’813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**’813 Patent:**<br>“The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210.” (’813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, the ODU works with each connected IRD to provide the content the IRD is requesting. In an SSC-enabled system, a channel can be designated for each tuner associated with an IRD. The designated channel for each tuner associated with the IRD contains the programming each tuner is requesting. Each of the tuners are assigned to a designated channel during the a programming guide acquisition phase. As explained in the ’813 Patent, the selected and extracted transponder signals are selected, reordered, and combined prior to being processed |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | to generate a stacked output; the stacked output includes the designated channels. Upon information and belief, the selecting, reordering, and combining includes translating the transponder signal to a variable frequency.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **17** | 17. The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining. | Upon information and belief, the ODU frequency translates the selected transponder channels to a predetermined frequency before combining.<br><br>On informed belief, the ’813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**’813 Patent:**<br>“The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210.” (‘813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, in an SSC-enabled system, the ODU works with each connected IRD to provide the content the IRD is requesting. At least one channel can be designated for each IRD. The designated channel contains the programming being requested. The transponder request signal includes indications of the requested |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | content. The transponder request signal is communicated from the IRD to the ODU. As explained in the ’813 Patent, the selected and extracted transponder signals are selected, reordered, and combined prior to being processed to generate a stacked output; the stacked output includes the designated channels. Upon information and belief, the selecting, reordering, and combining includes translating the transponder signal to a predetermined frequency.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **18** | 18. The method of claim 14 further comprising the step of splitting the composite signal inside a home and distributing to a plurality of IRDs. | The ODU splits the composite signal inside a home and distributes to a plurality of IRDs.<br><br>**SWM Upgrade** discloses one exemplary implementation for performing the claimed method**:** |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | ODU DIRECTV SWM13-LNB Single Cable Line from power inserter to red port on all splitters. IRD Total number of tuners cannot exceed 13. Genie = 5 tuners (each Genie Client = 0 tuners) DVR = 2 tuners, receiver = 1 tuner (SWM Upgrade, p. 7, annotated) More specifically, as shown above, the single cable, which is carrying the composite signal, is split inside the home and distributed to a plurality of IRDs. Accordingly, the composite signal is split inside the home and distributed to a plurality of IRDs. |
| | | |
| **19** | 19. The method of claim 14 wherein the transponder request signal is transmitted | The transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | over the cable from an IRD and all IRDs receive the same composite signal. | **SWM Upgrade** discloses one exemplary implementation for performing the claimed method**:**<br><br>(SWM Upgrade, p. 7, annotated)<br><br>More specifically, the IRD transmits the transponder request signal over the single cable. As each IRD is connected to the single cable via a splitter, each IRD receives the same composite signal. |
| | | |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **21a** | 21. The method of claim 14 further comprising the steps of: | See claim 14 analysis. |
| **21b** | frequency translating the selected transponder channels to a variable frequency before combining; and | See claim 16 analysis. |
| **21c** | splitting the composite signal inside a home and distributing to a plurality of IRDs. | See claim 18 analysis. |
| | | |
| **22** | 22. The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD. | The transponder request signal is transmitted over the cable from an IRD.<br><br>**SWM Upgrade** discloses one exemplary implementation for performing the claimed method**:** |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>(SWM Upgrade, p. 7, annotated)<br><br>More specifically, as described above, in a SSC-enabled system, the transponder request signal is transmitted from an IRD to the ODU. As the only communication path between the IRD and the ODU is the single cable, the transponder request signal is transmitted via the single cable. |
| | | |
| **34** | 34. The method of claim 14, wherein selecting and | The selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | extracting comprises applying a pass band filter transfer function to the digitized broadband signal. | On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, as described in the '813 Patent, the ODU filters the digitized broadband signal. Upon information and belief, the filter is a pass band filter transfer function.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **36** | 36. The method of claim 14, wherein the combining is | The ODU performs the combining in the digital domain. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | performed in the digital domain. | **SWM LNB**, depicted in the following annotated photograph, discloses one exemplary implementation of an ODU for performing the claimed method**:**<br><br>The SWM LNB includes a Broadcom BCM4551 SoC, highlighted in blue, and the following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release Discloses:**<br>"Full Band Capture […] digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services."<br><br>**BCM4551 Press Release Discloses:**<br>"Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs." |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Recent advances in high speed Analog to Digital (A/D) converters open up the possibility of direct A/D conversion of baseband or near baseband 500 MHz wide satellite downlink signals and thereby opens up the possibility of all digital demultiplexing (demuxing) of one or more 500MHz complexes or transponders and subsequent all digital multiplexing (muxing) of a selected subset of these transponder channels onto a single wire interface for home distribution." ('813 Patent, col. 2, line 63 - col. 3, line 3).<br><br>More specifically, as explained in the '813 Patent, the ODU combines the selected transponder signals in the digital domain.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **37** | 37. The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a rotating | Upon information and belief, the frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | phasor to the data samples to translate their frequency. | **’813 Patent:**<br>“The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210.” (’813 Patent, col. 5, lines 48 - 52).<br><br>“There are many embodiments within the scope of the present invention that can create computationally efficient DSP architectures. Another example embodiment of the present invention uses multi-rate poly phase techniques and takes advantage of the correspondence between the complex mixing and the Fast Fourier Transform (FFT).” (’813 Patent, col. 5, lines 17 - 22).<br><br>More specifically, as explained in the ’813 Patent, the selected transponder signals are subjected to Fast Fourier Transforms and then selected, reordered, and combined in a multiplexer. Upon information and belief, this includes using a digital mixer to apply a rotating phasor to the data samples to translate their frequency.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **38** | 38. The method of claim 14, further comprising frequency | The ODU frequency translates the digitized broadband signal prior to selecting and extracting transponder signal. |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | translating the digitized broadband signal prior to selecting and extracting transponder signal. | On informed belief, the ’813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**’813 Patent:**<br>“As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal. **To facilitate A/D conversion, the local oscillators 328 can be modified so that each of the signals 312-326 can have a desired and, possibly, different tunable starting frequency from 10 to 100 MHz, or beyond these limits if desired. Additional mixing can be added to achieve an offset frequency start for one or more of the signals 312-326 if desired**.” (’813 Patent, col. 4, lines 42 - 54).<br><br>More specifically, as described in the ’813 Patent, the digitized broadband signal can be frequency translated prior to selecting and extracting the transponder signals.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| **39** | 39. The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband. | The frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.<br><br>On informed belief, the ’813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**’813 Patent:**<br>“As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal. **To facilitate A/D conversion, the local oscillators 328 can be modified so that each of the signals 312-326 can have a desired and, possibly, different tunable starting frequency from 10 to 100 MHz, or beyond these limits if desired. Additional mixing can be added to achieve an offset frequency start for one or more of the signals 312-326 if desired**.” (’813 Patent, col. 4, lines 42 - 54).<br><br>More specifically, as described in the ’813 Patent, the digitized broadband signal can be frequency translated prior to selecting and extracting the transponder signals. Upon information and belief, the frequency offset is used to locate a selected transponder signal at baseband.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **40** | 40. The method of claim 14, further comprising maintaining a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. | The ODU maintains a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, in an SSC-enabled system, the ODU works with each connected IRD to provide the content the IRD is requesting. At least one channel can be designated for each IRD. The designated channel contains the programming being requested. The transponder request signal includes indications of the requested content. The transponder request signal is communicated from the IRD to the ODU.<br><br>For example, one or more programming channels are indicated in a transponder request signal provided by the IRD to the ODU. The programming channels indicate television programming to be processed by a tuner associated with the IRD. The |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | ODU extracts each transponder signal corresponding to the requested programming channels. The extracted transponder signals are combined into a composite signal. The composite signal includes each of the designated channels. Each of the designated channels is assigned a frequency slot in the composite signal. The transponder signal is placed in the frequency slot corresponding to the designated channel for the tuner associated with the requested programming channel. This mapping of requested programming channels to the designated channel for the tuner is stored in a channel translation table. The ODU maintains the channel translation table in order to combine the selected transponder signals into the appropriate designated channels within the composite signal.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **41** | 41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel. | The ODU provides the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64). |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, in an SSC-enabled system, the ODU works with each connected IRD to provide the content the IRD is requesting. At least one channel can be designated for each IRD. The designated channel contains the programming be ing requested. The transponder request signal includes indications of the requested content. The transponder request signal is communicated from the IRD to the ODU.<br><br>For example, one or more programming channels are indicated in a transponder request signal provided by the IRD to the ODU. The programming channels indicate television programming to be processed by a tuner associated with the IRD. The ODU extracts each transponder signal corresponding to the requested programming channels. The extracted transponder signals are combined into a composite signal. The composite signal includes each of the designated channels. Each of the designated channels is assigned a frequency slot in the composite signal. The transponder signal is placed in the frequency slot corresponding to the designated channel for the tuner associated with the requested programming channel. This mapping of requested programming channels to the designated channel for the tuner is stored in a channel translation table. The channel translation table can is provided to the IRD so that the IRD can locate the designated channels corresponding to the requested programming channels within the composite signal.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| **42** | 42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels. | The selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels.<br><br>On informed belief, the ’813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**’813 Patent:**<br>“Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428.” (’813 Patent, col. 4, lines 62 - 64).<br><br>“The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210.” (’813 Patent, col. 5, lines 48 - 52).<br><br>More specifically, as described in the ’813 Patent, the ODU filters the translated digitized broadband signal. Upon information and belief, this filtering substantially removing signal information from non-selected transponder signals.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other |

**EXHIBIT A**

| # | U.S. Patent No. 7,130,576 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | instrumentalities used to carry out the claimed method. Publicly available documentation makes it evident that the Defendants and/or their customers are performing the method in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |