# EXHIBIT 3

# EXHIBIT B

**EXHIBIT B**

**Infringement of U.S. Patent No. 7,542,715 by AT&T and DirecTV Accused Satellite Television Services**

The AT&T and DirecTV Accused Satellite Television Services are described in a variety of documents, including:

- Genie User Guide: DirecTV Genier & Earlier HD DVR Receivers ("**Genie User Guide**");
- Solid Signal's White Paper: The Ultimate Guide to Upgrading your DirecTV System, Fifth Edition ("**SWM White Paper**"); and
- Broadcom BCM4550 Press Release, "Broadcom Strengthens TV Market with New Satellite Out Door Unit Technology," available online at https://www.prnewswire.com/news-releases/broadcom-strengthens-tv-market-with-new-satellite-out-door-unit-technology-129291478.html ("**BCM4550 Press Release**");
- Broadcom BCM4551 Press Release, "Broadcom Expands Satellite Device Portfolio for Operators", available online at https://www.prnewswire.com/news-releases/broadcom-expands-satellite-device-portfolio-for-operators-239036481.html ("**BCM4551 Press Release**"); and
- U.S. Patent No. 8,238,813, "Computationally Efficient Design for Broadcast Satellite Single Wire and/or Direct Demod Interface," assigned on its face to DirecTV Group Inc. ("**'813 Patent**").

As shown below in the chart with exemplary support, the Accused Satellite Television Services infringe at least claims 9 - 12 of U.S. Patent No. 7,542,715 ("**'715 Patent**"). The '715 Patent was filed October 26, 2006, issued June 2, 2009, and is entitled "Signal Selector and Combiner for Broadband Content Distribution." The '715 Patent claims priority to U.S. Provisional Patent Application Nos. 60/345,965, filed November 7, 2001, 60/333,722, filed November 27, 2001, and 60/358,817, filed Feb. 22, 2002.

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 9a | 9. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising: | The Accused Satellite Television Services infringe the asserted claims utilizing, for example, gateway systems, which include Signal Selector and Combiner ("SSC")-enabled LNBs (for example, SWM5-21 LNB, SWM-13 LNB, and devices that operate in a similar manner) and switches (for example, SWM8, SWM16, SWM30, and devices that operate in a similar manner) used with gateways such as the Genie (e.g. the HR24, HR34, HR44, HR54, and devices that operate in a similar manner) and Genie 2 (e.g. the HS17 and devices that operate in a similar manner) receivers and corresponding set top boxes, such as the Genie Client (e.g. the C31, C41, C41W, C51, C61, C61W, C61K, and devices that operate in a similar manner). By way of example, the SWM5-21 LNB and corresponding gateways and set top boxes are charted herein.<br><br>The AT&T and DirecTV Accused Satellite Television Services include a signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU).<br><br>**Genie User Guide** discloses one exemplary implementation of the claimed system: |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br>(Genie User Guide, p. 161, annotated) |
| 9b | a gateway in communication with the ODU and at least one set top box (STB); | The gateway systems include a gateway in communication with the ODU and at least one set top box (STB).<br><br>**Genie User Guide** discloses one exemplary implementation of the claimed system: |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>(Genie User Guide, p. 161, annotated)<br><br>The following documents include relevant evidence regarding the operation of the gateway systems, including the ODU, Gateways, and STBs.<br><br>**SWM White Paper:** |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "DIRECTV's Genie system allows the DVR to do all the work and replaces receivers with "clients" or smart TVs that have no tuners of their own. All the work is done by the Genie DVR and every location can pause live TV and view recorded programs." (SWM White Paper, p. 10)<br><br>"The Genie Client looks and functions like a tiny DIRECTV client but it's all "smoke and mirrors." The client receives input from the remote and outputs video to the TV, but all the hard work is done by the Genie DVR. The clients can pause live TV and do everything that the DVR itself can do, but run completely silent and use less power than any other DIRECTV product." (SWM White Paper, p. 11)<br><br>More specifically, the Genie system includes a gateway device, for example a Genie. The gateway device is in communication with the ODU and at least one STB, for example a Genie Mini set top box. For example, a Genie DVR can communicate with the ODU and at least one Genie Client. |
| 9c | a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal | The gateway systems include a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information.<br><br>As shown below, the SWM LNB includes a Broadcom BCM4551 SoC. The following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4551 Press Release:** |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | based on the transponder select information; | "Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>More specifically, in an SSC-enabled system, the ODU works with each connected IRD to provide the content the IRD is requesting. At least one channel can be designated for each IRD. The designated channel contains the programming being requested. The transponder request signal includes indications of the requested content. The transponder request signal is communicated from the IRD to the ODU.<br><br>For example, one or more programming channels are indicated in a transponder request signal provided by the gateway to the ODU. The programming channels indicate television programming to be processed by a tuner associated with the gateway. The ODU, using its signal selector, extracts each transponder signal corresponding to the requested programming channels indicated in the transponder select information.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 9d | a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and | The gateway systems include a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals.<br><br>**SWM LNB**, depicted in the following annotated photograph, discloses one exemplary implementation of an ODU of the claimed system:<br><br><br><br>The SWM LNB includes a Broadcom BCM4551 SoC, highlighted in blue, and the following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:**<br>"Broadcom's BCM4550 with integrated Full-Band Capture digital tuning technology dramatically minimizes satellite TV installation costs and complexity, delivering single wire architecture into the home."<br><br>"Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers." |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "Full Band Capture […] digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services."<br><br>**BCM4551 Press Release:**<br>"Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of <mark>low-noise block (LNB) outputs across worldwide ODU satellite markets.</mark> The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>On informed belief, DirecTV's '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br><mark>**'813 Patent:**</mark><br>"Recent advances in high speed Analog to Digital (A/D) converters open up the possibility of direct A/D conversion of baseband or near baseband 500 MHz wide satellite downlink signals and thereby opens up the possibility of all digital demultiplexing (demuxing) of one or more 500MHz complexes or transponders and subsequent all digital multiplexing (muxing) of a selected subset of these transponder channels onto a single wire interface for home distribution." ('813 Patent, col. 2, line 63 - col. 3, line 3).<br><br>"As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, |

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal." ('813 Patent, col. 4, lines 42 - 48).<br><br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52). |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

('813 Patent, FIG. 6)

More specifically, the ODU includes a frequency translator coupled to the signal selector. For example, the ODU receives a plurality of broadband LNB signals and digitizes the received signals. The ODU utilizes Full Band Capture digital tuning to digitize the entire spectrum of the plurality of broadband LNB signals. As shown above, the ODU has a Broadcom BCM4551 SoC, highlighted in blue. As explained in the '813 Patent, the ODU generates digitized signals and the digitized signals are selected. The ODU utilizes the transponder select information to select the plurality of transponder signals from the plurality of broadband LNB signals.

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 9e | a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal; | The gateway systems include a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal.<br><br>The following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:**<br>"Broadcom's BCM4550 with integrated Full-Band Capture digital tuning technology dramatically minimizes satellite TV installation costs and complexity, delivering single wire architecture into the home."<br><br>"Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers."<br><br>"Full Band Capture […] digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services."<br><br>**BCM4551 Press Release:** |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "Broadcom's BCM4551 also offers a higher level of integration, while consuming less power than the previous generation chipset, and it enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Recent advances in high speed Analog to Digital (A/D) converters open up the possibility of direct A/D conversion of baseband or near baseband 500 MHz wide satellite downlink signals and thereby opens up the possibility of all digital demultiplexing (demuxing) of one or more 500MHz complexes or transponders and subsequent all digital multiplexing (muxing) of a selected subset of these transponder channels onto a single wire interface for home distribution." ('813 Patent, col. 2, line 63 - col. 3, line 3).<br><br>"As shown in FIG.3B, LNB1 signal 312, LNB2 signal 314, LNB5 signal 320, and LNB6 signal 322 each comprise two 500 MHZ signals, each 500 MHZ signal corresponding to a Ka-LO band signal and a Ka-HI band signal. LNB3 signal 316, LNB4 signal 318, LNB7 signal 324, and LNB8 signal 326, on the other hand, are 500 MHZ signals, each corresponding to a Ku-band signal." ('813 Patent, col. 4, lines 42 - 48).<br><br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64). |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br><br>('813 Patent, FIG. 6)<br><br>More specifically, the ODU includes a signal combiner coupled to at least one frequency translator. As explained in the '813 Patent, the extracted transponder signals are combined into a composite signal. The composite signal includes a plurality of designated channels, where each of the designated channels is assigned |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  | a frequency slot in the composite signal. Each of the selected transponder signals is placed in the frequency slot corresponding to the designated channel for the tuner. For example, the extracted selected transponder signals are combined in a multiplexer and processed to generate a stacked output. The stacked output can include a number (e.g. 24) of the extracted selected transponder signals.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 9f | wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs. | The modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.<br><br>**Genie User Guide** discloses one exemplary implementation of the claimed system: |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>(Genie User Guide, p. 161, annotated)<br><br>The following documents include relevant evidence regarding the operation of the BCM4551 SoC and the SWM LNB.<br><br>**BCM4550 Press Release:** |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "Stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers."<br><br>**BCM4551 Press Release:**<br>"The simplified design of Broadcom's new ODU chipset also allows 24 DVB-S2 channels to be stacked on a single coaxial cable to service any set-top box in a home, simplifying and reducing satellite operator installation costs."<br><br>**SWM White Paper:**<br>"DIRECTV's Genie system allows the DVR to do all the work and replaces receivers with "clients" or smart TVs that have no tuners of their own. All the work is done by the Genie DVR and every location can pause live TV and view recorded programs." (SWM White Paper, p. 10)<br><br>"The Genie Client looks and functions like a tiny DIRECTV client but it's all "smoke and mirrors." The client receives input from the remote and outputs video to the TV, but all the hard work is done by the Genie DVR. The clients can pause live TV and do everything that the DVR itself can do, but run completely silent and use less power than any other DIRECTV product." (SWM White Paper, p. 11)<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64). |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | "The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52).<br><br><br>FIG. 6<br><br>('813 Patent, FIG. 6)<br><br>More specifically, the ODU transmits the composite signal over the single cable to the gateway. As explained in the '813 Patent, particularly as shown in FIG.6, the broadband LNB signals are not altered during the all digital multiplexing of the |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | selected subset of transponder signals into the composite signal. Accordingly, the modulation of the transponder signals is not altered by the steps of selecting, combining, and transmitting. As described in the SWM White Paper, the gateway receives the composite signal from the ODU, decodes specific programs, and distributes the programs over a digital local area network (LAN) to the STBs.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 10 | 10. The signal distribution system of claim 9 wherein a translation table maps original channel locations on the selector input to new channel locations on the selector output. | A translation table maps original channel locations on the selector input to new channel locations on the selector output.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>==**'813 Patent:**==<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52). |

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>('813 Patent, FIG. 6)<br><br>More specifically, as explained in the '813 Patent, the extracted transponder signals are combined into a composite signal. The composite signal includes a plurality of designated channels, where each of the designated channels is assigned a frequency slot in the composite signal. Each of the selected transponder signals is placed in the frequency slot corresponding to the designated channel for the tuner. For example, the extracted selected transponder signals are combined in a multiplexer and processed to generate a stacked output. The stacked output can include a number |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | (e.g. 24) of the extracted selected transponder signals. Upon information and belief, this mapping of requested programming channels to the designated channel for the tuner is stored in a translation table mapping original channel locations on the selector input to new channel locations on the selector output.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 11 | 11. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the gateway and the translation table is communicated to devices in the network. | The gateway maintains the translation table and communicates the translation table to the STBs via the network.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52). |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | |  |

('813 Patent, FIG. 6)

More specifically, as explained in the '813 Patent, the extracted transponder signals are combined into a composite signal. The composite signal includes a plurality of designated channels, where each of the designated channels is assigned a frequency slot in the composite signal. Each of the selected transponder signals is placed in the frequency slot corresponding to the designated channel for the tuner. For example, the extracted selected transponder signals are combined in a multiplexer and processed to generate a stacked output. The stacked output can include a number (e.g. 24) of the extracted selected transponder signals. Upon information and belief,

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | this mapping of requested programming channels to the designated channel for the tuner is stored in a translation table. Upon information and belief, the translation table is maintained by a controller located in the gateway and the gateway communicates the translation tables to devices in the network, for example the STBs.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 12 | 12. The signal distribution system of claim 10 wherein the translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network. | The translation table is maintained by a controller located in the ODU and the translation table is communicated to devices in the network.<br><br>On informed belief, the '813 Patent describes the operation of the SSC devices, including the SWM LNB.<br><br>**'813 Patent:**<br>"Each signal 312-326 is placed through a filter 402, and then into an A/D converter 404, which produce the output signals 406-428." ('813 Patent, col. 4, lines 62 - 64).<br><br>"The signals 406-428, after being filtered by filters 602 are subjected to Fast Fourier Transforms (FFT) in FFTs 606, and then selected, reordered, and combined in multiplexer 608. The combined signal is further processed to generate stacked output 210." ('813 Patent, col. 5, lines 48 - 52). |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | <br><br>('813 Patent, FIG. 6)<br><br>More specifically, as explained in the '813 Patent, the extracted transponder signals are combined into a composite signal. The composite signal includes a plurality of designated channels, where each of the designated channels is assigned a frequency slot in the composite signal. Each of the selected transponder signals is placed in the frequency slot corresponding to the designated channel for the tuner. For example, the extracted selected transponder signals are combined in a multiplexer and processed to generate a stacked output. The stacked output can include a number (e.g. 24) of the extracted selected transponder signals. Upon information and belief, |

**EXHIBIT B**

| # | U.S. Patent No. 7,542,715 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | this mapping of requested programming channels to the designated channel for the tuner is stored in a translation table. Upon information and belief, the translation table is maintained by the ODU and transmitted to the gateway and communicated to devices in the network, for example the gateway. <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed system. Publicly available documentation makes it evident that the Defendants and/or their customers are implementing the system in the manner set forth in the asserted claims. As additional information is obtained through discovery related to Accused Services and related instrumentalities, Entropic will supplement these contentions. |