# EXHIBIT 5

# Itzhak Gurantz

Retired
San Diego

## Contact

www.linkedin.com/in/itzhak-gurantz-b1775a2 (LinkedIn)

## Top Skills

Wireless
Strategic Partnerships
Semiconductors

## Experience

**Entropic Communications**
17 years 1 month

Advisor
August 2010 - January 2018 (7 years 6 months)

CTO
January 2001 - July 2010 (9 years 7 months)

**Conexant Systems**
VP Engineering
May 1997 - July 2000 (3 years 3 months)

**Conexant Corporation**
VP Engineering, DID Division
1997 - 2000 (3 years)

**ComStream**
VP of R&D
1984 - 1997 (13 years)

**Linkabit**
Sr. Engineer
1978 - 1983 (5 years)

---

## Education

University of California, Berkeley
Doctor of Philosophy (PhD), EE · (1974 - 1978)

Technion - Israel Institute of Technology
Bachelor of Science (BSc), EE