# EXHIBIT 7

## Contact

www.linkedin.com/in/jun-huang-a3603a16 (LinkedIn)

## Top Skills

Firmware
Embedded Systems
Digital Signal Processors

# Jun Huang

Embedded Software Engineer at Amazon
San Diego County

## Experience

**Amazon**
Embedded Software Engineer
September 2019 - Present (2 years 10 months)
Greater San Diego Area

**Futurewei Technologies, Inc.**
Principal Engineer, Software Lead
2014 - September 2019 (5 years)
San Diego

• Lead design and implementation of software solutions for multiple 802.11ad SoC's and phased-array FEM chips; responsible for overall MAC firmware architecture and implementation, hardware/software interface design and trade-offs, buffer management, beamforming and link adaptation algorithms, PHY/RF/peripheral/hostIF drivers, RF calibration framework, and Matlab based bench test automation framework; worked with 3rd party companies and successfully demonstrated 11ad based wireless VR system and wireless video streaming system

• Lead design and implementation of software framework for a mmWave gesture radar SoC

• Responsible for software support for pre-silicon and post-silicon verification, SoC bring-up and debug

• Multi-site collaboration for software integration, system failure analysis, demo solutions, production ATE test, and WFA certification

**Tensorcom**
Embedded Firmware Lead, Manager
2012 - 2014 (2 years)

• Lead design and implementation of Wigig (802.11ad) MAC firmware, host command interface, CLI based bench test automation framework, BSP and supporting tool chain

• Responsible for software support for SoC bring-up, lab testing, demo solutions, pre-silicon (FPGA/EDAsim) and post-silicon verification

**MaxLinear**

Software Lead, Manager
2009 - 2012 (3 years)

• Software lead for multiple broadband tuner SoC products; responsible for marketing and customer requirement analysis, milestone and release planning, software architecture design, inter-team collaboration, and customer support; manage engineers from multiple sites

• Responsible for development of software features for multiple products, including DFE control and RF calibration firmware, Bootrom/BSP, firmware ROMing/patching, peripheral drivers, host command interface, API and middle-ware libraries, and production ATE framework

Western Digital
Principle Engineer, Senior Principal Engineer
October 2005 - November 2009 (4 years 2 months)

• Key developer for several critical servo firmware modules; firmware optimization that has significantly reduced ISR execution time and code size
• Developed an encrypted symbol table based tool chain that allows in-system firmware debugging and tuning
• Developed a static firmware source code analyzer for build control
• Failure analysis and SOC bring-up

---

## Education

Auburn University
Ph.D., Electrical Engineering · (2000 - 2005)

University of Science and Technology of China

Wenzhou High School
High School