# EXHIBIT 15

  ☰

Investors  >  Corporate Governance  >  Board of Directors

# Board of Directors

| NYSE: | $244.01 | Volume: | More Stock |



## Board of Directors Overview

McDonald's Board of Directors is entrusted with and responsible for the oversight of McDonald's Corporation in an honest, fair, diligent and ethical manner. The Board has long believed that good corporate governance is critical to fulfilling the Company's obligation to shareholders. We have and will continue to strive to be a leader in this area. This section of

# McDonald's website contains detailed information about McDonald's governance practices.

McDonald's Board believes that good governance is a journey, not a destination. Accordingly, we are committed to reviewing our governance principles at least annually with a view to continuous improvement. One thing that will not change, however, is our commitment to ensuring the integrity of the McDonald's System in all its dealings with stakeholders.

Thank you for your interest in McDonald's.

# Board of Directors Roster

| Enrique Hernandez, Jr. | Chris Kempczinski | Paul S. Walsh |

| Lloyd H. Dean | Richard H. Lenny | Miles D. White |

| Robert A. Eckert | John J. Mulligan |

| Catherine M. Engelbert | Sheila A. Penrose |

| Margaret H. Georgiadis | John W. Rogers, Jr. |

# Chairman Emeritus

Andrew J. McKenna

# Board of Directors Profiles



## Enrique Hernandez, Jr.

Chairman of the Board

Committees: Governance, Public Policy & Strategy, Executive

Mr. Hernandez was elected Non-Executive Chairman of McDonald's Corporation

in 2016. He has served on the Board as an independent director since 1996 and previously chaired the Audit Committee. Mr. Hernandez is Executive Chairman of Inter-Con Security Systems, Inc., a provider of security services to corporations, governments, diplomatic missions and non-profit organizations. Mr. Hernandez previously served as Chairman and Chief Executive Officer of Inter-Con Security Systems, Inc. from 1986 to 2021. Mr. Hernandez also serves as director of Chevron Corporation. Mr. Hernandez earned a bachelor's degree in government and economics from Harvard University and received his law degree from The Harvard Law School.

Back to Top



# Lloyd H. Dean

Committees: Audit & Finance, Compensation

Chief Executive Officer of CommonSpirit Health, a non-profit, Catholic health system, since 2019. Mr. Dean previously served as President and Chief Executive Officer of Dignity Health, one of the nation's largest healthcare systems, from 2000 to 2019. Prior to joining Dignity, Mr. Dean was Chief Operating Officer at Advocate Health Care. Mr. Dean also serves as director of Golden Arrow Merger Corp. Director since 2015.

Back to Top



# Robert A. Eckert

Committees: Governance, Public Policy & Strategy, Executive

Operating Partner of FFL Partners, LLC, a private equity firm, since 2014. Mr. Eckert is also Chairman Emeritus of Mattel, Inc., a role he has held since 2013. He was Mattel's Chairman and Chief Executive Officer from 2000 until 2011, and he continued to serve as its Chairman until 2012 Mr. Eckert also serves as Chair of the Board of Levi Strauss & Co., as well as lead independent director of Amgen Inc., and as director of Uber Technologies, Inc. Director since 2003.

Back to Top



# Catherine M. Engelbert

Committees: Audit & Finance, Public Policy & Strategy

Commissioner of the Women's National Basketball Association, a professional sports league, a position she has held since 2019. Ms. Engelbert served as Chief Executive Officer of Deloitte, an industry-leading audit, consulting, tax and advisory services firm, from 2015 to 2019, as Chairman and Chief Executive Officer of Deloitte & Touche LLP, an audit subsidiary of Deloitte LLP, from 2014 to 2015, as partner of Deloitte & Touche LLP from 1998 to 2019, and in other senior positions at Deloitte since joining in 1986. Ms. Engelbert also serves as director of Royalty Pharma plc. Director since 2019.

[Back to Top](#)



# Margaret H. Georgiadis

Committees: Audit & Finance, Sustainability & Corporate Responsibility

CEO-Partner at Flagship Pioneering, a bioplatform innovation company, since 2022 and Managing Partner at Synetro Group, a private investment and strategic advisory firm, since early 2021. Ms. Georgiadis previously served as Endurance Partner-In-Residence (XIR) at General Catalyst, a venture capital firm, from 2021 to April 2022 and served as President and Chief Executive Officer of Ancestry, a global family history and consumer genomics company, from 2018 to 2020. Ms. Georgiadis served as Chief Executive Officer at Mattel, Inc., a leading global toy company and entertainment franchise, from 2017 to 2018. Ms. Georgiadis also served as President, Americas at Google Inc., a global technology company, from 2011 to 2017, and Vice President, Global Sales Operations at Google from 2009 to 2011. Ms. Georgiadis also serves as director of AppLovin Corporation. Director since 2015.

[Back to Top](#)



# Chris Kempczinski

Committees: Executive

Chris Kempczinski is President and Chief Executive Officer of McDonald's, the world's leading global foodservice retailer with nearly 40,000 locations in over 100 countries. He previously served as President of McDonald's USA from 2017 to

2019, where he was responsible for the business operations of approximately 14,000 McDonald's restaurants in the United States. He first joined McDonald's in 2015 as Executive Vice President – Strategy, Business Development and Innovation. In that role, he served the business units and franchisees by identifying new ideas and best practices to accelerate their growth and grow the overall value of the system. Before joining McDonald's, Chris was Executive Vice President of growth initiatives and President of Kraft International. Mr. Kempczinski also serves as director of The Procter & Gamble Company. Director since 2019.

[Back to Top](#)



# Richard H. Lenny

Committees: Compensation, Sustainability & Corporate Responsibility

Non-executive Chairman of Conagra Brands, Inc., a leading branded food company, since 2018 and director since 2009. Mr. Lenny previously served as Non-executive Chairman of Information Resources, Inc., a market research firm from 2013 to 2018. Operating Partner of FFL Partners, LLC, a private equity firm, from 2011 to 2014, and senior advisor from 2014 to 2016.  Mr. Lenny also served as Chairman, President and Chief Executive Officer of The Hershey Company, an industry-leading snacks company, from 2001 until 2007. Mr. Lenny also serves as independent lead director of Illinois Tool Works Inc. Director since 2005.

[Back to Top](#)



# John J. Mulligan

Committees: Audit & Finance, Public Policy & Strategy, Executive

==Executive Vice President and Chief Operating Officer of Target Corporation, a general merchandise retailer that operates in the U.S., since 2015.== From 2012 to 2015, Mr. Mulligan served as Executive Vice President and Chief Financial Officer of Target. While continuing to act as CFO, Mr. Mulligan also served as Interim President and Chief Executive Officer of Target during 2014. Prior to that time, Mr. Mulligan served as Senior Vice President, Treasury, Accounting and Operations of Target from 2010 to 2012. Director since 2015.

[Back to Top](#)



## Sheila A. Penrose

Committees: Governance, Sustainability & Corporate Responsibility, Executive

Ms. Penrose served as Non-executive Chairman of Jones Lang LaSalle Incorporated, a leading professional services firm that specializes in real estate and investment management, from 2005 to 2020. She presently serves as Executive Advisor to the Boston Consulting Group, a global management consulting firm, a position she previously held from 2001 to 2008. She previously served as President, Corporate and Institutional Services at the Northern Trust Corporation, a financial services firm from 1994 to 2000. Ms. Penrose also serves as director of Jones Lang LaSalle Incorporated. Director since 2006.

[Back to Top](#)



## John W. Rogers, Jr.

Committees: Compensation, Governance

Founder, Chairman of the Board, Co-Chief Executive Officer and Chief Investment Officer of Ariel Investments, LLC, a privately-held institutional money management firm, which he founded in 1983. Mr. Rogers also serves as director of The New York Times Company, NIKE, Inc., Ryan Specialty Group Holdings, Inc. Director since 2003.

[Back to Top](#)



## Paul S. Walsh

Committees: Compensation, Sustainability & Corporate Responsibility

==Executive Chairman of McLaren Group, a privately-owned luxury automotive and technology group, a position he has held since 2020,== Executive Chairman of Vintage Wine Estates, a family of wineries and wines and Executive Chairman of Bespoke Capital Acquisition Corp, where he has served since 2019.  Mr. Walsh served as Chairman of Compass Group PLC, a leading foodservice and support services company, from 2014 to 2020.  Mr. Walsh also served as Chairman of Avanti Communications Group, a leading satellite operator providing internet and data services, from 2013 to 2019. Prior to that, Mr. Walsh served as Chief Executive Officer of Diageo plc, a multinational beverage company, from 2000 to 2013 . Mr. Walsh also serves as director of FedEx Corporation. Director since 2019.

[Back to Top](#)



## Miles D. White

Committees: Governance, Public Policy & Strategy, Executive

Mr. White served as Chairman and Chief Executive Officer of Abbott Laboratories, a global healthcare company, from 1999 to 2020. He then served as Executive Chairman of Abbott Laboratories from 2020 to 2021. Mr. White also serves as director of Caterpillar, Inc. Director since 2009.

[Back to Top](#)

# Chairman Emeritus Profile



### Andrew J. McKenna

Chairman Emeritus

Chairman Emeritus of McDonald's Corporation since 2016. Non-Executive Chairman of McDonald's Corporation from 2004 to 2016. Also, Chairman Emeritus of Schwarz Supply Source, a printer, converter, producer and distributor of packaging and promotional materials. Mr. McKenna serves as a director of Ryan Specialty Group Holdings, Inc. He has served over the years on many civic, community and philanthropic boards and currently serves as a trustee of Museum of Science and Industry (Chairman Emeritus) and University of Notre Dame (Chairman Emeritus), and as a director of Big Shoulders Fund of the Archdiocese of Chicago, Ann and Robert H. Lurie Children's Hospital of Chicago, Ireland Economic Advisory Board, Lyric Opera of Chicago and United Way of Metro Chicago (Board Emeritus), among others. Mr. McKenna is also the Founding Chairman of Metropolis Strategies. Director from 1991 to 2016.

[Back to Top](#)

# Investor Alerts Email Sign Up

To receive notifications via email, enter your email address and select at least one subscription below. After submitting your information, you must click the link in the email to activate your subscription. You can sign up for additional subscriptions at any time.

Email Address

- [ ] Events
- [ ] SEC Alert
- [ ] End-of-day Stock Quote Alert
- [ ] Supplemental Information

Submit

# Latest Stories



### An update on our operations in Russia →

May 16, 2022

Leadership



#### McDonald's In a Time of COVID →

November 13, 2020

From the Executives



#### These selfless volunteers received $25,000 for their favorite charities →

September 24, 2020

Community

## More in Corporate Governance



### Governance Resources

Good corporate governance is critical to driving long-term success.

[Read More](#)



## Political Contributions

Political contributions are evaluated consistent with McDonald's core values.

[Read More](#)

| | |
|---|---|
| Our Company | + |
| Our Purpose & Impact | + |
| Investors | + |
| All Stories | + |
| Franchising Overview | + |
| Contact | + |

PRIVACY (UPDATED)

California Privacy Notice    TERMS & CONDITIONS    Do Not Sell My Personal Information

©2017-2019 McDonald's. All Rights Reserved.