# EXHIBIT 17



CALL 833-708-2676 TO ORDER          ORDER ONLINE

# BEAM IT
# STREAM IT

We're doubling down with two ways to watch what you love.
*Welcome to the new DIRECTV*



CALL NOW          ORDER ONLINE

  



## Get a **$125** Walmart Gift Card when you activate new DIRECTV service*

*With 24-mo agreement. New approved customers only. <u>See additional details</u>

## CHOOSE YOUR OWN TV JOURNEY



  


### EXCLUSIVE SPORTS

We're the home of NFL SUNDAY TICKET.


### THE BEST OF LIVE TV & ON DEMAND

Can't miss local sports, news, and up to 65,000+ On Demand titles.


### DIRECTV IS #1¹

DIRECTV is the #1 satellite TV service in the country.

¹Based on U.S. satellite subscriber data as of 3Q 2021


### NO ANNUAL CONTRACT REQUIRED

Cancel anytime.

### 99% SIGNAL RELIABILITY²

Enjoy the industry's best picture format without interruption.



📱 Order Online 24/7

sports networks of any streaming service.

As compared to other major TV providers. RSNs are not available in all
areas and may vary by ZIP code and package.

**EXPLORE DIRECTV**

**EXPLORE DIRECTV STREAM**



## *PICK YOUR PACKAGE*

## ENTERTAINMENT
PACKAGE

# $74 ⁹⁹ MO.

**for 12 months plus taxes and fees**

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $79.99/mo plus taxes until discount starts. Prices
higher in 2nd year. See details

**Get DIRECTV and get first 3 months of HBO Max™,**
**Cinemax®, SHOWTIME®, STARZ® and EPIX® included.**

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates
(currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and
$5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to**
**change & may be modified or discontinued at any time without notice.** See details
Access HBO Max only through HBO Max app or hbomax.com.
Online account registration required.
**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

**CALL TO ORDER**



## CHOICE™
PACKAGE

🔲 Order Online 24/7

# $79⁹⁹ MO.

**2022 NFL SUNDAY TICKET INCLUDED****

for 12 mos. plus taxes and fees

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $84.99/mo plus taxes until discount starts.
Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

**Get DIRECTV and get first 3 months of HBO Max™, Cinemax®, SHOWTIME®, STARZ® and EPIX® included.**

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and $5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Access HBO Max only through HBO Max app or hbomax.com.

Online account registration required.

**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

[ CALL TO ORDER ]

 

---

## ULTIMATE
PACKAGE

# $99⁹⁹ MO.

**2022 NFL SUNDAY TICKET INCLUDED****

for 12 mos. plus taxes and fees

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $104.99/mo plus taxes until discount starts.
Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

**Get DIRECTV and get first 3 months of HBO Max™, Cinemax®, SHOWTIME®, STARZ® and EPIX® included.**

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and $5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Access HBO Max only through HBO Max app or hbomax.com.

Online account registration required.

**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

[ CALL TO ORDER ]

     

---

## PREMIER

📱 Order Online 24/7

# $149<sup>99</sup> MO.

for 12 mos. plus taxes and fees

**2022 NFL SUNDAY TICKET INCLUDED\*\***

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $154.99/mo plus taxes until discount starts.
Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

### Includes HBO Max™, Cinemax®, SHOWTIME®, and STARZ®

**\*\*Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!**



CALL TO ORDER



**$19.95 ACTIVATION, EARLY TERMINATION FEE OF $20/MO. FOR EACH MONTH REMAINING ON AGMT., EQUIPMENT NON-RETURN & ADD'L FEES APPLY.** 12-month price incl. package monthly service and equip. fees for 1 HD DVR & is after $5/mo. autopay & paperless bill discount. Pay $79.99/mo ENT. All Included; $84.99/mo CHOICE All Included; $104.99/mo ULTIMATE All Included; $154.99/mo PREMIER All Included + taxes until discount starts w/in 3 bills. New approved residential customers only (equipment lease req'd). Credit card req'd (except MA & PA). Restr's apply.



## *PICK YOUR PACKAGE*

## ENTERTAINMENT

PACKAGE



# $69<sup>99</sup>* MO.

+ tax

Price subject to change. See details

### Get DIRECTV STREAM℠ and get the first 3 months of SHOWTIME®, STARZ®, EPIX® & Cinemax® included.

📱 Order Online 24/7

Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM. See details

**CALL TO ORDER**



 

**CHOICE™**

PACKAGE

# $89 <sup>99*</sup> MO.

+ tax

Price subject to change. See details

**Get DIRECTV STREAM℠ and get the first 3 months of HBO Max™, SHOWTIME®, STARZ®, EPIX® & Cinemax® included.**

HBO Max, SHOWTIME, STARZ, EPIX and Cinemax auto-renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $11/mo. each for SHOWTIME, STARZ and Cinemax, and $6/mo. for EPIX), unless you change or cancel. Req's you to select offer. **Offer subject to change & may be modified or discontinued at any time without notice.**

Access HBO Max only through HBO Max app or hbomax.com. Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM. See details

**CALL TO ORDER**



 

**ULTIMATE**

PACKAGE

# $104 <sup>99*</sup> MO.

+ tax

*Price subject to change. See details

**Get DIRECTV STREAM℠ and get the first 3 months of HBO Max™, SHOWTIME®, STARZ®, EPIX® & Cinemax® included.**

HBO Max, SHOWTIME, STARZ, EPIX and Cinemax auto-renew after 3 months at then

📱 Order Online 24/7

Access HBO Max only through HBO Max app or hbomax.com. Offer not available to
DIRECTV and U-verse TV customers switching to DIRECTV STREAM. See details

CALL TO ORDER

    

 PREMIER

PACKAGE

# $149.99*

## MO.

+ tax

*Price subject to change. See details

**Includes HBO Max™, Cinemax®, SHOWTIME®, and STARZ® Plus get the first 3 months of EPIX® included.**

EPIX auto-renews after 3 months at then prevailing rates (currently $6/mo.), unless you change or cancel. Req's you to select offer. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM.

CALL TO ORDER



©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.

📱 Order Online 24/7