# EXHIBIT 18



CALL 833-708-2675 TO ORDER　　　ORDER ONLINE

# BEAM IT
# STREAM IT

We're doubling down with two ways to watch what you love.
## Welcome to the new DIRECTV

**CALL NOW**　　**ORDER ONLINE**






## Get a $125 Target Gift Card when you activate new DIRECTV service*

*With 24-mo agreement. New approved customers only. **See additional details**

## CHOOSE YOUR OWN TV JOURNEY



　　

### EXCLUSIVE SPORTS

We're the home of NFL SUNDAY TICKET.

### THE BEST OF LIVE TV & ON DEMAND

Can't miss local sports, news, and up to 65,000+ On Demand titles.

### DIRECTV IS #1[1]

DIRECTV is the #1 satellite TV service in the country.

[1]Based on U.S. satellite subscriber data as of 3Q 2021

### NO ANNUAL CONTRACT REQUIRED

Cancel anytime.

### 99% SIGNAL RELIABILITY[2]

Enjoy the industry's best picture format without

📱 Order Online 24/7

EXPLORE DIRECTV



DIRECTV STREAM carries the most regional sports networks of any streaming service.

As compared to other major TV providers. RSNs are not available in all areas and may vary by ZIP code and package.

EXPLORE DIRECTV STREAM



# PICK YOUR PACKAGE

## ENTERTAINMENT
PACKAGE

$74.99/MO.

for 12 months plus taxes and fees

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $79.99/mo plus taxes until discount starts. Prices higher in 2nd year. See details

**Get DIRECTV and get first 3 months of HBO Max™, Cinemax®, SHOWTIME®, STARZ® and EPIX® included.**

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and $5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to change & may be modified or discontinued at any time without notice.** See details
Access HBO Max only through HBO Max app or hbomax.com.
Online account registration required.
**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

CALL TO ORDER



## CHOICE™
PACKAGE

📱 Order Online 24/7

# $79.⁹⁹/MO.

**2022 NFL SUNDAY TICKET INCLUDED**

for 12 mos. plus taxes and fees

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $84.99/mo plus taxes until discount starts.
Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

### Get DIRECTV and get first 3 months of HBO Max™, Cinemax®, SHOWTIME®, STARZ® and EPIX® included.

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and $5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Access HBO Max only through HBO Max app or hbomax.com.
Online account registration required.
**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

[CALL TO ORDER]



## ULTIMATE
PACKAGE

# $99.⁹⁹/MO.

**2022 NFL SUNDAY TICKET INCLUDED**

for 12 mos. plus taxes and fees

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $104.99/mo plus taxes until discount starts.
Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

### Get DIRECTV and get first 3 months of HBO Max™, Cinemax®, SHOWTIME®, STARZ® and EPIX® included.

HBO Max, Cinemax, SHOWTIME, STARZ, and EPIX auto renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $10.99/mo. each for Cinemax, SHOWTIME and STARZ and $5.99/mo. for EPIX), unless you call to change or cancel. Req's you to select offers. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Access HBO Max only through HBO Max app or hbomax.com.
Online account registration required.
**Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

[CALL TO ORDER]

     

## PREMIER

📱 Order Online 24/7

# $149 .99/MO.

for 12 mos. plus taxes and fees

**2022 NFL SUNDAY TICKET INCLUDED\*\***

w/24-mo. agmt. Autopay & Paperless bill req'd. Pay $154.99/mo plus taxes until discount starts. Prices higher in 2nd year. Regional Sports Fee up to $11.99/mo. is extra & applies. See details

**Includes HBO Max™, Cinemax®, SHOWTIME®, and STARZ®**

\*\*Get the 2022 season of NFL SUNDAY TICKET included at no extra cost!

CALL TO ORDER



$19.95 ACTIVATION, EARLY TERMINATION FEE OF $20/MO. FOR EACH MONTH REMAINING ON AGMT., EQUIPMENT NON-RETURN & ADD'L FEES APPLY. 12-month price incl. package monthly service and equip. fees for 1 HD DVR & is after $5/mo. autopay & paperless bill discount. Pay $79.99/mo ENT. All Included; $84.99/mo CHOICE All Included; $104.99/mo ULTIMATE All Included; $154.99/mo PREMIER All Included + taxes until discount starts w/in 3 bills. New approved residential customers only (equipment lease req'd). Credit card req'd (except MA & PA). Restr's apply.



# PICK YOUR PACKAGE

## ENTERTAINMENT PACKAGE



# $69 .99*/MO.
+ tax

Price subject to change. See details

**Get DIRECTV STREAM℠ and get the first 3 months of SHOWTIME®, STARZ®, EPIX® & Cinemax® included.**

📱 Order Online 24/7

Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM. See details

CALL TO ORDER



## CHOICE™ PACKAGE

 

$89 .99*/MO.
+ tax

Price subject to change. See details

**Get DIRECTV STREAM℠ and get the first 3 months of HBO Max™, SHOWTIME®, STARZ®, EPIX® & Cinemax® included.**

HBO Max, SHOWTIME, STARZ, EPIX and Cinemax auto-renew after 3 months at then prevailing rates (currently $14.99/mo. for HBO Max, $11/mo. each for SHOWTIME, STARZ and Cinemax, and $6/mo. for EPIX), unless you change or cancel. Req's you to select offer. **Offer subject to change & may be modified or discontinued at any time without notice.**

Access HBO Max only through HBO Max app or hbomax.com. Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM. See details

CALL TO ORDER



## ULTIMATE PACKAGE

 

$104 .99*/MO.
+ tax

*Price subject to change. See details

**Get DIRECTV STREAM℠ and get the first 3 months of HBO Max™, SHOWTIME®, STARZ®, EPIX® & Cinemax® included.**

📱 Order Online 24/7

Access HBO Max only through HBO Max app or hbomax.com. Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM See details

CALL TO ORDER

     



## PREMIER
PACKAGE



# $149 $^{99*}$
**MO.**
+ tax

*Price subject to change. See details

**Includes HBO Max™, Cinemax®, SHOWTIME®, and STARZ® Plus get the first 3 months of EPIX® included.**

EPIX auto-renews after 3 months at then prevailing rates (currently $6/mo.), unless you change or cancel. Req's you to select offer. **Offer subject to change & may be modified or discontinued at any time without notice.** See details

Offer not available to DIRECTV and U-verse TV customers switching to DIRECTV STREAM.

CALL TO ORDER



©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.

📱 Order Online 24/7