# EXHIBIT 19

# DIRECTV | careers

## Job Search

**GET PLUGGED IN**
**TO A DIRECTV CAREER**

Be part of the best
Entertainment Experience

# Lead Product Management & Development

Corporate
Job ID: 2223934

 El Segundo, California, Texas-Dallas

Apply Now           Save Job

At DIRECTV our amazing people, combined with a culture that thrives on collaboration and creativity, are the foundation that create a great place to work. We empower our people to push the

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy.   Manage third-party cookie preferences here.

Accept

products, technologies or applications. You will also formulate the product development program to develop the most profitable new products by the most efficient means.

**Additional Responsibilities:**

- Create new enhancements or applications in anticipation of, or response to, market, competitor, or regulatory influences
- Translate new technologies and market requirements into product design
- Manage technical design and recommends capital expenditures and production methods for new products
- Prepare and present business case for new products/services
- Conduct feasibility studies related to new product development
- Act as the foremost expert within the product development discipline

DIRECTV will consider for employment qualified applicants in a manner consistent with the requirements of federal, state and local laws

This position is subject to the DIRECTV COVID-19 Vaccination Policy. Click here for additional information.

Job Posting: May 4, 2022, 1:13:50 PM
Other Locations: Texas-Dallas
Schedule: Full-time
Job Level: Senior Associate/Second Level Manager

Apply Now

# Share this job

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy   .   Manage third-party cookie preferences here   .

Accept

## Explore this area

  El Segundo

## Recently Viewed Jobs

### No previously viewed jobs

## Jobs Near Me

## Saved Jobs

## Sign up for
## DIRECTV Job Alerts

Join our Talent Community and be the first to know about our job openings.

Select a job category from the list of options. Search for a location and select one from the

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy   .  Manage third-party cookie preferences here   .

Accept

Category

Search for a Category

Location

Type to Search for a Location

ADD ALERT

Corporate, El Segundo, California, United States ✖

Corporate, Dallas, Texas, United States ✖

By submitting your information, you acknowledge that you have read our privacy policy and consent to receive email communication from DIRECTV.

SIGN UP

About DIRECTV        Legal Policy Center      Privacy Center       Do Not Sell My Personal Information

Application Accommodation       Sitemap

©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. DIRECTV employees are expected to always be honest, trustworthy, and operate with integrity. Discrimination and harassment of any kind (including sexual harassment) will not be tolerated. We remain steadfast in our belief for diversity, equity, and inclusion; therefore, we encourage success based on individual merit and ability without regard to race, color, religion, national origin, gender, sexual orientation, gender identity, age, disability, marital status, citizenship status, military/veteran status, or any other protected status. DIRECTV celebrates and is enriched by our differences; therefore we

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy    .   Manage third-party cookie preferences here     .

Accept