# EXHIBIT 20



# Principal-Business Management

Corporate

Job ID: 2218557

 Dallas, Texas, California-El Segundo

Apply Now           Save Job 

At DIRECTV, we're investing in the future – (hint) that means you. We've relaunched as a new company and we're offering you the opportunity to get in on the ground floor. It's truly an all-access pass to a career full of one opportunity after the next to do incredible things. With your innovative spirit and go-getter mindset, you'll be ready to hit the ground running from the start. After all, we're not just talking about the future – we're creating it together and having fun doing.

This position is subject to the DIRECTV COVID-19 Vaccination Policy. Click here for additional information.

Overall Purpose: This career step requires expert level experience. Responsible for implementing, improving, supporting and leading the processes, strategies, and tools for the assigned business

or functional area. Provide input and expertise for key technical functions by utilizing knowledge of the business, industry and technology.

Key Roles and Responsibilities: Define, design and implement processes into the organization and facilitate change through consulting and collaboration. Must have a thorough knowledge of the organization (processes, procedures, tools, applications, systems, etc.) coupled with a strong business background in order to fully support the organization. Typically provides support in one or more of the following areas: Internal Processes including creation and management of policies/standards/processes, process improvement and transformation, tool deployment, and Agile methodology; Financial Oversight including financial modeling and analysis, business case preparation and review; Compliance/Assurance including audit and compliance review and management, process and quality reviews and audits, vendor management, vendor relations, disaster recovery and business continuity; Analysis/Reporting including metrics, scorecards, performance analysis and gap identification; Planning including infrastructure program coordination, roadmap management, strategic and tactical planning; Resource Management including Front Door, workflow and work entry management, project estimations; Communication including creation of leadership presentation material, event planning, and oversight of corporate wide projects such as training, United Way, etc.; and Quality Management including oversight of complete lifecycle of IT troubles and defects, problem resolution activities and all recovery activities. May work across multiple internal and/or external organizations. Job Contribution: Expert level technical professional. Advisor on technical knowledge and DTV technologies.

Education: Bachelors of Science in Information Systems Technology, Computer Science or Engineering preferred.

Experience: Typically requires 8-10 years experience. Technical Career Pathway (TCP) role.

Supervisory: No

This position can earn between $84,900 - $169,800. Not to mention all of the other amazing rewards that working at DIRECTV offers. From health insurance to tuition reimbursement and paid time off to discounts on products and services just to name a few. There is a lot to be excited about around here.

Ready to apply?

Apply today!

==DTV will consider for employment qualified applicants in a manner consistent with the requirements of federal, state and local laws==

Job Posting: May 3, 2022, 4:08:41 PM
Other Locations: California-El Segundo
Schedule: Full-time
Job Level: Senior Associate/Second Level Manager

Apply Now →



## Share this job



## Explore this area

📍 Dallas

## Recently Viewed Jobs

### No previously viewed jobs

# Jobs Near Me

# Saved Jobs

Enter your email address

Search for a Category

Type to Search for a Location

ADD ALERT

SIGN UP →

Case 3:22-cv-01112-JMH-KES   Document 21-13   Filed 08/08/22   Page 5 of 6   PageID #: 7210

     

About DIRECTV | Legal Policy Center | Privacy Center | Do Not Sell My Personal Information

Application Accommodation | Sitemap

©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. DIRECTV employees are expected to always be honest, trustworthy, and operate with integrity. Discrimination and harassment of any kind (including sexual harassment) will not be tolerated. We remain steadfast in our belief for diversity, equity, and inclusion; therefore, we encourage success based on individual merit and ability without regard to race, color, religion, national origin, gender, sexual orientation, gender identity, age, disability, marital status, citizenship status, military/veteran status, or any other protected status. DIRECTV celebrates and is enriched by our differences; therefore we fully consider all qualified applicants including, those with a criminal history. Click here to learn more or request an application accommodation here.