# EXHIBIT 21



# Find a Retailer

Get special offers

It's easy to get the DIRECTV® System that's right for you. Check out local authorized dealers in your area below, or shop online now.

**Shop DIRECTV.com**

We've made it easy to build a DIRECTV® System that fits your needs. Plus, we offer some of the best deals you can find online. Shop Now



**Find a Store Near You**

Want to visit in person? Get expert advice at an AT&T retail store in your area. Plus, don't miss out on savings when you bundle DIRECTV with Internet and Wireless services from AT&T for the ultimate entertainment package. Find a Store

**More Ordering Options**

If you prefer, order your system from DIRECTV at 1-888-777-2454 (6 am to 3 am ET daily).

## DIRECTV Retailer Search

To find out if there is a DIRECTV retailer near you, enter your ZIP code below

**Zip Code:**  **Dealers within:**

[            ]   [ 5 miles ▼ ]   [ Submit ]

☐ Checking this box will show Spanish retailers only

Please note: Not all models are available from all dealers.

---

About DIRECTV   Careers   Legal policy center   Privacy center   Do Not Sell My Personal Information   Advertising choices   Site map   Help   FCC public files

Get America's #1 Satellite TV w/ more HD, Sports & Customer Satisfaction.
©2021 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.