# EXHIBIT 22

| Search Movies, Shows, Products, Support | **Stream** | **Satellite** | **Watch** | **My Account** |

✉ Get special offers

# Find a Retailer

It's easy to get the DIRECTV® System that's right for you. Check out local authorized dealers in your area below, or shop online now.

**Shop DIRECTV.com**

We've made it easy to build a DIRECTV® System that fits your needs. Plus, we offer some of the best deals you can find online. Shop Now

**Find a Store Near You**

Want to visit in person? Get expert advice at an AT&T retail store in your area. Plus, don't miss out on savings when you bundle DIRECTV with Internet and Wireless services from AT&T for the ultimate entertainment package. Find a Store

**More Ordering Options**

If you prefer, order your system from DIRECTV at 1-888-777-2454 (6 am to 3 am ET daily).

## DIRECTV Retailer Search

To find out if there is a DIRECTV retailer near you, enter your ZIP code below

**Zip Code:** 75090     **Dealers within:** 50 miles     [ Submit ]

☐ Checking this box will show Spanish retailers only

**CITIZEN HOME SOLUTIONS LLC**
**8330 LBJ FREEWAY**
**DALLAS, TX 75243**
**(214) 493-2010**
See a map

**HD-DIRECT TEK, LLC**
**665 WEST LBJ FRWY 240**
**IRVING, TX 75063**
**(972) 992-8507**
See a map

**E-TEX WIRELESS LLC**
**2586 W FM 2795**
**POINT, TX 75472**
**(903) 473-3393**
See a map

**UCHOOSE CONNECT INC**
**7305 BLVD 26**
**NORTH RICHLAND HILLS, TX 76180**
**(817) 219-1874**
See a map

**ELITE SATELLITE**
**2418 ARBUCKLE CT**
**DALLAS, TX 75229**
**(972) 241-1401**
See a map

**YOUR SATELLITE GUY LLC**
**6020 SAINTSBURY DRIVE 340**
**THE COLONY, TX 75056**
**(214) 762-9400**
See a map

Search Movies, Shows, Products, Support    **Stream**    **Satellite**    **Watch**    **My Account**

See a map

**CAPITAL MEDIA SALES & MARKETIN**
**13345 ANITA CT**
**FRISCO, TX 75035**
**(318) 572-1916**
See a map

**MILLENNIUM COMMUNICATIONS**
**4177 MAIN STREET 200**
**THE COLONY, TX 75056**
**(469) 384-1481**
See a map

Case 3:23-cv-01112-WHH-KES    Document 21-12    Filed 08/08/22    Page 3 of 4    PageID
                                              #: 7285

**CHANGE MY UTILITIES, LLC.**
**10440 NORTH CENTRAL EXPRESSWAY**
**DALLAS, TX 75231**
**(214) 420-0888**
See a map

**MILLENNIUM COMMUNICATIONS**
**13111 NORTH CENTRAL EXPWY 6035**
**DALLAS, TX 75243**
**(972) 245-2882**
See a map

**G P GROUP**
**1800 INDUSTRIAL BLVD**
**COLLEYVILLE, TX 76034**
**(800) 970-8595**
See a map

**PHONES UNLIMITED**
**801 HEBRON PKWY 7207**
**LEWISVILLE, TX 75057**
**(972) 896-7200**
See a map

**ELITE SATELLITE**
**4533 COLE AVE**
**DALLAS, TX 75205**
**(214) 526-1717**
See a map

**VERSATILE MARKETING, LLC**
**2507 DAYBREAK DR**
**DALLAS, TX 75287**
**(801) 706-6142**
See a map

**HALO POWER LLC**
**401 MARISCAL PL**
**FORT WORTH, TX 76131**
**(817) 718-1074**
See a map

**ELITE SATELLITE**
**4615 COLE AVE**
**DALLAS, TX 75205**
**(214) 522-2000**
See a map

**ELITE SATELLITE**
**1431 E SOUTHLAKE BLVD 511**
**SOUTHLAKE, TX 76092**
**(817) 421-3300**
See a map

**B2B WIRELESS**
**4550 W BUCKINGHAM RD**
**GARLAND, TX 75042**
**(214) 276-0251**
See a map

**UTILITY BELLHOPS**
**100 KENNEDY AVENUE**
**HIGHLAND VILLAGE, TX 75077**
**(214) 586-0173**

Search Movies, Shows, Products, Support                    **Stream**        **Satellite**      **Watch**        **My Account**

**FARMERS BRANCH, TX 75234**
(972) 503-6000
See a map

Please note: Not all models are available from all dealers.

| About DIRECTV | Careers | Legal policy center | Privacy center | Do Not Sell My Personal Information | Advertising choices | Site map | Help | FCC public files |

Get America's #1 Satellite TV w/ more HD, Sports & Customer Satisfaction.
©2021 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.