# EXHIBIT 23



✉ Get special offers

# Find a Retailer

It's easy to get the DIRECTV® System that's right for you. Check out local authorized dealers in your area below, or **shop online** now.

**Shop DIRECTV.com**

We've made it easy to build a DIRECTV® System that fits your needs. Plus, we offer some of the best deals you can find online. Shop Now

**Find a Store Near You**

Want to visit in person? Get expert advice at an AT&T retail store in your area. Plus, don't miss out on savings when you bundle DIRECTV with Internet and Wireless services from AT&T for the ultimate entertainment package. Find a Store

**More Ordering Options**

If you prefer, order your system from DIRECTV at 1-888-777-2454 (6 am to 3 am ET daily).

## DIRECTV Retailer Search

To find out if there is a DIRECTV retailer near you, enter your ZIP code below

**Zip Code:**        **Dealers within:**

75670        50 miles ▾        Submit

☐ Checking this box will show Spanish retailers only

**CONSUMER SATELLITE & VIDEO INC**
**7991 E TEXAS 100**
**BOSSIER CITY, LA 71111**
**(318) 742-8900**
See a map

**THE SOUND TOWNE INC**
**2120 TEXAS BLVD**
**TEXARKANA, TX 75501**
**(903) 794-5241**
See a map

**5 STAR COMMUNICATIONS**
**3424 NEW BOSTON RD**
**TEXARKANA, TX 75501**
**(903) 832-3474**
See a map

**'HALL"S QUALITY COMMUNICATIONS'**
**68 COUNTY ROAD 2365**
**MOUNT PLEASANT, TX 75455**
**(903) 714-4666**
See a map

Please note: Not all models are available from all dealers.

About DIRECTV    Careers    Legal policy center    Privacy center    Do Not Sell My Personal Information    Advertising choices    Site map    Help    FCC public files



Case 5:22-cv-01112-JWH-KES   Document 21-10   Filed 08/08/22   Page 3 of 3   Page ID #:7280