# EXHIBIT 24



# Find a Retailer

Get special offers

It's easy to get the DIRECTV® System that's right for you. Check out local authorized dealers in your area below, or shop online now.

**Shop DIRECTV.com**

We've made it easy to build a DIRECTV® System that fits your needs. Plus, we offer some of the best deals you can find online. Shop Now

**Find a Store Near You**

Want to visit in person? Get expert advice at an AT&T retail store in your area. Plus, don't miss out on savings when you bundle DIRECTV with Internet and Wireless services from AT&T for the ultimate entertainment package. Find a Store

**More Ordering Options**

If you prefer, order your system from DIRECTV at 1-888-777-2454 (6 am to 3 am ET daily).

## DIRECTV Retailer Search

To find out if there is a DIRECTV retailer near you, enter your ZIP code below

Zip Code: 75702    Dealers within: 50 miles    [Submit]

☐ Checking this box will show Spanish retailers only

**CRUMPTON TV & VIDEO INC**
**8602 WESLEY ST**
**GREENVILLE, TX 75402**
**(903) 455-2043**
See a map

**E-TEX WIRELESS LLC**
**2586 W FM 2795**
**POINT, TX 75472**
**(903) 473-3393**
See a map

**SMARTTECH HOME SOLUTIONS LLC**
**1217 S BROADWAY ST A2**
**SULPHUR SPRINGS, TX 75482**
**(903) 348-3609**
See a map

Please note: Not all models are available from all dealers.

About DIRECTV    Careers    Legal policy center    Privacy center    Do Not Sell My Personal Information    Advertising choices    Site map    Help    FCC public files

Get America's #1 Satellite TV w/ more HD, Sports & Customer Satisfaction.
©2021 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.