# EXHIBIT 25

About | News | Verizon News Archives > Bell Atlantic Mobile Stores Provide One-Stop Shopping For DIRECTV

# News Center

All News | Networks & Platforms | Products & Plans | Responsible Business | Public Safety | Inside Verizon | Financial

Verizon Works Blog

**Press Tools**








09.07.1999 | **Verizon News Archives**

# Bell Atlantic Mobile Stores Provide One-Stop Shopping For DIRECTV

Bell Atlantic Mobile Stores Provide One-Stop Shopping For DIRECTV

Stores Offer First Retail Presence for Satellite TV Services Distributed by Bell Atlantic Video

September 7, 1999

| Media contact: | Katie Stephan, |
| --- | --- |
| | Bell Atlantic |
| | 703-295-4184 |
| | |
| | Jim Smith, |
| | Bell Atlantic |
| | 973-649-8850 |
| | |
| | Andrea Linskey, |
| | Bell Atlantic Mobile |
| | 908-306-7845 |

RESTON, Va. -- Busy consumers in the Washington metropolitan area now can take advantage of convenient, one-stop shopping for satellite television service without worry of buying, taking home and installing equipment.

Starting this month, shoppers in four Bell Atlantic Mobile (BAM) stores in the Washington metropolitan area can use Bell Atlantic Video kiosks to preview and order DIRECTV* programming and arrange for professional installation from Bell Atlantic Video.

"Bell Atlantic Mobile products and DIRECTV programming appeal to the same type of consumers -- those who use new technologies to make the most of their time," said Dick Beville, president of Bell Atlantic Video. "It makes perfect sense to make DIRECTV from Bell Atlantic Video available to Bell Atlantic Mobile customers where they shop."

Bell Atlantic Video displays with live DIRECTV programming will be located in Bell Atlantic Mobile stores in Reston and Fairfax, Va., and Lanham and Rockville, Md. Telephones there provide direct connections to Bell Atlantic Video representatives who can discuss features of the DIRECTV System, programming choices, installation options and costs.

"This direct access to Bell Atlantic Video is beneficial for our customers and Bell Atlantic," said Patrick Devlin, executive director of stores for Bell Atlantic Mobile. "We expect DIRECTV will draw more customers into our stores and give those who are there to order cellular service easy access to an exciting product."

After getting all the information they need about DIRECTV, customers can order the service, choose the programming they want, schedule an installation date and arrange for payment over the phone. Bell Atlantic will arrange for delivery and installation of the DIRECTV System equipment.

To promote DIRECTV in the stores, Bell Atlantic Video will offer prizes to 24 winners of a drawing to be held in December. Four grand-prize winners will receive a free DIRECTV System with standard professional installation. Customers who visit one of the four stores this fall can enter the contest when they speak with a Bell Atlantic representative on a display phone or call the toll-free number provided by a display brochure.

Bell Atlantic's DIRECTV package includes:

- inch satellite dish, receiver and remote control -- for only $199. This includes installation of a high-quality, off-air antenna to deliver local broadcast channels to all televisions previously hooked up to cable.
- Rental option for set-top boxes -- eliminating up-front equipment costs. For $5.99 a month per set-top box, consumers can enjoy the technological advantages of a high-end, digital set-top box and remote control without needing to purchase or maintain equipment.
- Simplified ordering and billing -- consolidating all programming costs from DIRECTV, and all equipment fees into one, easy-to-read bill from Bell Atlantic Video.
- Customer service from a leading telecommunications company 24 hours a day, seven days a week.

Bell Atlantic customers can choose a variety of programming packages. Total Choice*, the most popular DIRECTV programming package, features more than 60 top networks and 31 commercial-free music channels for $29.99 per month. Customers can also choose from a selection of premium movie packages, offering multiple channels from such networks as HBO, STARZ! and SHOWTIME.

With each programming package, subscribers have access to as many as 55 pay per view choices a day, special event pay per view selections, and every professional and collegiate sports subscription available.

More information on the service is available by calling 1-888-379-2355 toll-free or by visiting Bell Atlantic's Web site at [www.bellatlantic.com/digitaltv](www.bellatlantic.com/digitaltv). Certain restrictions apply.

DIRECTV is the nation's leading digital satellite television service with more than 7.4 million customers, including customers subscribing to the medium-power PRIMESTAR By DIRECTV service.

Located in Reston, Va., Bell Atlantic Video is a subsidiary of Bell Atlantic. Bell Atlantic is at the forefront of the new communications and information industry. With more than 43 million telephone access lines and nearly 10 million wireless customers worldwide, Bell Atlantic companies are premier providers of advanced wireline voice and data services, market leaders in wireless services and the world's largest publishers of directory information. Bell Atlantic companies are also among the world's largest investors in high-growth global communications markets, with operations and investments in 23 countries.

*DIRECTV and Total Choice are registered trademarks of DIRECTV, Inc., a unit of Hughes Electronics Corporation. The earnings of Hughes Electronics are used to calculate the earnings per share attributable to GMH (NYSE symbol) common stock. Visit DIRECTV on the World Wide Web at www.directv.com.

HBO is a registered service mark of TIME WARNER Entertainment Company, L.P. SHOWTIME is a service mark of SHOWTIME Networks, Inc., a VIACOM Company.

# Related Articles

### Saving lives with mixed reality

02.15.2021

Virtual Reality (VR) has begun to transform medicine in profound ways. VR solutions are being used to train doctors and to plan and practice operations.

### Perks for Our Patriots: Wireless and FiOS Savings, Plus Career Opportunities

10.23.2020

Verizon's military discounts site shows everything you need to know about Wireless offers, FiOS savings and military career opportunities, all in one place, making it simple for service members and veterans to discover what Verizon has to offer.

**Services & Solutions**

Verizon.com

Mobile Plans

Mobile Devices

Home Services

Small and Medium Business

Enterprise Solutions

Verizon Connect

Public Sector

Partner Solutions

**Support**

Mobile Online Support

Home Online Support

Contact Customer Support

Sign in to your Account

Store Locator

Account Security & Fraud Claims

Small Business Digital Ready

**Network Technologies**

4G LTE

5G

Fiber Optics

Multi-Access Edge Compute (MEC)

**Innovation**

5G Labs

5G First Responder Lab

New Business Incubation

The Verizon Story & Museum

**Follow Verizon News**

**Follow Inside Verizon**

**Follow Verizon Careers**

**Follow Customer Support**

Thingspace

Verizon Ventures

Verizon Work Tech Group

Privacy Policy    Do Not Sell My Personal Information    Terms & Conditions                                                                                          © 2022 Verizon

Accessibility    Open Internet    Important Consumer Information

About Our Ads    Site Map