# EXHIBIT 29

# Contact Us

Currently Viewing:

Locations ▼

## Sales

### Americas

**Broadcom Inc. Americas Sales Office (San Jose)**

1320 Ridder Park Drive
San Jose, California 95131
United States

**Visit Web Page** ⊙

**Get Directions** ⊙

### Asia

**Broadcom Inc. China Sales Office (Beijing)**

No. 33, Guangshun North Avenue, Block 1
Beijing, 100102
China

Tel: 86-10-8477 6300

**Get Directions** ⊙

**Broadcom Inc. (Nanjing - China)**

No. 86, Huashen Avenue, Neusoft R&D
Center, Main Hall 202-1
Nanjing, Yuhuatai District,
China

Tel: 86-21-20607000

**Get Directions** ⊙

**Broadcom Inc. China Sales Office (Shanghai)**

2F, Building 2, Jin Chuang Mansion

No.4560 Jinke Road, Pudong District
Shanghai, 201203
China

Tel: 86-21-20607000

Send Email

Get Directions ▶

### Broadcom Inc. (Shenzhen-China)

Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen,
China

Get Directions ▶

### Broadcom Inc. (India - Bangalore)

S1,Wipro Electronic City,SEZ
Doddathogur Village Begur Hobli
Electronic City, Bangalore, 560100
India

Tel: +91 80 4611 7000

Get Directions ▶

### Broadcom Inc. Sales Office (South Korea)

16F Hi-Brand Building
16, Maeheon-ro, Seocho-gu,
Seoul, 6771
Korea South

Tel: +82 2 2155 4003

Send Email

Get Directions ▶

### Broadcom Inc. Asean Sales Office (Malaysia)

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ▶

**Broadcom Inc. Asean Sales Office (Philippines)**

1 Yishun Ave 7
768923
Singapore

Send Email

Get Directions ⏵

**Broadcom Inc. Asean Sales Office (New Zealand)**

1 Yishun Ave 7
768923
Singapore

Send Email

Get Directions ⏵

**Broadcom Inc. Asean Sales Office (Singapore)**

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ⏵

**Broadcom Inc. Asean Sales Office (Thailand)**

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ⏵

# Europe

**Broadcom Inc. Europe Sales Office**

Charles-de-Gaulle-Strasse 2
Munich, 81737
Germany

Visit Web Page ⏵

Get Directions ⏵

## Japan

### Broadcom Inc. Japan Sales Office (Tokyo)

Aobadai Hills 7F
Aobadai 4-7-7, Meguro-ku
Tokyo, 153-0042
Japan

Tel: -9056

Send Email

Get Directions ⏵

# Locations

## Americas

### San Jose, California (Corporate Headquarters)

1320 Ridder Park Drive
San Jose
California, 95131
United States

Tel: 408-433-8000

Get Directions ⏵

### Sao Paulo, Brazil

Avenida das Nacoes Unidas, 14261 Vila Gertrudes, Suite 27-101
Sao Paulo, 04533-085
Brazil

Get Directions ⏵

### Richmond, BC

13711 International Place, Crestwood Corporate Centre,
Suite 200, 300 and Floor 2, 3
Richmond, BC V6V 2Z8
Canada

Get Directions ⏵

### Waterloo

209 Frobisher Drive

Waterloo, N2V2G4
Canada

Get Directions ▶

### Chandler, Arizona

500 North Juniper Drive
Chandler Corporate Center, Suite 200, Floor 2
Chandler, Arizona 85226
United States

Tel: 480-753-2260

Get Directions ▶

### Culver City, California

800 Corporate Pointe, Suite 100
Culver City, California 90230
United States

Get Directions ▶

### Irvine, California (Alton Parkway)

15101 Alton Parkway
Irvine, California 92618
United States

Tel: 949-926-5000

Get Directions ▶

### Petaluma, California

1465 North McDowell Blvd
Petaluma, California 94954
United States

Tel: 707-792-9000

Get Directions ▶

### San Diego, California

16340 West Bernardo Drive, Bernardo Technology Park, Building A
San Diego, California 92127
United States

Tel: 858-385-8800

Get Directions ▶

### San Jose, California (Fox Drive)

1730 Fox Drive
San Jose, California 95131
United States

**Get Directions** ❯

### San Jose, California (Innovation Drive)

250 Innovation Drive
San Jose, California 95134
United States

**Get Directions** ❯

### San Jose, California (Junction Ave.)

2880 Junction Ave.
San Jose, California 95134
United States

**Get Directions** ❯

### San Jose, California (Plumeria Drive)

408 E Plumeria Drive
San Jose, California 95134
United States

**Get Directions** ❯

### Broomfield, Colorado

4 Brocade Pkwy,
Broomfield, Colorado 80021
United States

**Get Directions** ❯

### Colorado Springs, Colorado

4420 Arrows West Drive
Colorado Springs, Colorado 80907
United States

**Get Directions** ❯

### Fort Collins, Colorado

4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

**Get Directions** ◉

### Washington DC

607 14th St. NW
Suite 660
Washingon DC, District of Columbia 20005
United States

**Get Directions** ◉

### Duluth, Georgia

4385 River Green Parkway
Chattahoochee Corners, Suite 100
Duluth, Georgia 30096
United States

Tel: 770-232-0018

**Get Directions** ◉

### Lisle, Illinois

3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

**Get Directions** ◉

### Andover, Massachusetts

200 Brickstone Square, Floor 1, 4
Andover, Massachusetts 1810
United States

Tel: 978-719-1300

**Get Directions** ◉

### Burlington, Massachusetts

45 Network Drive
Burlington, Massachusetts 1803

United States

**Get Directions** ●

### Mendota Heights, Minnesota

1230 Northland Drive
Mendota Office Center IV, Suite 100
Mendota Heights, Minnesota 55120
United States

**Get Directions** ●

### Ewing, New Jersey

200 Princeton South Corporate Center
Suite 400
Ewing, New Jersey 08628
United States

**Get Directions** ●

### Melville, New York

100 Baylis Road
Suite 200
Melville, New York 11747
United States

**Get Directions** ●

### Charlotte, North Carolina

9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

**Get Directions** ●

### Durham, North Carolina

1030 Swabia Court
Imperial Center, Suite 400
Durham, North Carolina 27703
United States

**Get Directions** ●

### Allentown, Pennsylvania

### Allentown, Pennsylvania

1110 American Parkway, Lehigh County
Floor 1, 2 and Building 10, 12
Allentown, Pennsylvania 18109
United States

**Get Directions** ⏵

### Breinigsville, Pennsylvania

9999 Hamilton Blvd, TEK Park,
Breinigsville, Pennsylvania 18031
United States

**Get Directions** ⏵

### Lancaster, Pennsylvania

805 Estelle Drive, Cherryhill Office Building,
Suite 104 and 106, Building No. 49
Lancaster, Pennsylvania 17601
United States

**Get Directions** ⏵

### Pittsburgh, Pennsylvania

750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania 15220
United States

**Get Directions** ⏵

### Austin, Texas

2901 Via Fortuna Drive
Austin, Texas 78746
United States

**Get Directions** ⏵

### Plano, Texas

5465 Legacy Drive
Plano, Texas 75024
United States

**Get Directions** ⏵

### Draper, Utah

25 East Scenic Pointe Drive
Draper, Utah 84020
United States

**Get Directions** ▶

### Reston, Virginia

1900 Reston Metro Plaza, Office 602
Reston, Virginia 20190
United States

**Get Directions** ▶

## Asia

### Sydney, Australia

6 Eden Park Drive
North Ryde, Sydney, NSW, 2113
Australia

**Get Directions** ▶

### Beijing, China

Zhongguancun Dongsheng Technology Park Northern Territory F/5, Building B-1
Technology Prk N TERR#66 Xixiaokou Rd Haidian BJ
Beijing,
China

Tel: 8610-6270-6800

**Get Directions** ▶

### Nanjing, China

86 Huashen Avenue
Yu Hua Tai District, Nanjing
Nanjing, 200062
China

Tel: 86-21-6171-5200

**Get Directions** ▶

### Shanghai, China

1F-4F, Building 2, Jin Chuang Mansion

No. 4560 Jin Ke Road, Pu Dong District
Shanghai, 201203
China

Tel: 86-21-6195-8200

**Get Directions** ▸

### Shenzhen, China

Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen,
China

Tel: 86-755-3332-9588

**Get Directions** ▸

### Bangalore, India (Electronic City)

S1, Wipro Electronic City Special Economic Zone
Doddathogur, Begur Hobli
Bangalore, 560100
India

**Get Directions** ▸

### Hyderabad, India

Nanakramguda Village, Gachibowli, Nanakramguda
Hyderabad, 500032
India

**Get Directions** ▸

### Pune, India

EON Free Zone 0-04 Floor, Wing 2
Plot No.1, Survey No. 77 MIDC Knowledge Park, Khar
Pune, 411014
India

**Get Directions** ▸

### Seoul, Korea

7F Hibrand Building
215 Yangjae-dong, HiBrand Living, Seocho-gu
Seoul, 6771
Korea South

Get Directions ▷

### Penang, Malaysia (Batu Kawan Warehouse)

Plot 740 Persiaran Cassia Selatan 4
Taman Perindustrian Batu Kawan Mukim 13 Seberang P
Penang, 14110
Malaysia

Get Directions ▷

### Penang, Malaysia (Bayan Lepas)

Bayan Lepas Free Industrial Zone
Penang, 11900
Malaysia

Get Directions ▷

### Singapore (Depot Road)

1150 Depot Road
Floor Ba 1, Ba 2, 1, 4 & 5
Singapore , 109673
Singapore

Get Directions ▷

### Singapore (Senoko)

3 North Coast Drive
Senoko
Singapore , 757696
Singapore

Get Directions ▷

### Singapore (Yishun)

No. 1 Yishun Avenue 7, Floors 1, 2 and 3
Singapore , 768923
Singapore

Tel: -14578

Get Directions ▷

### Hsinchu, Taiwan

25 Puding Road,

Nan Shan Innovation Center
Hsinchu , 30072
Taiwan

Tel: +886-3-5011000

Get Directions ⏵

### Taipei, Taiwan

No. 399, Rei Kwang Road
Neihu District,
Taipei, 11492
Taiwan

Get Directions ⏵

## Europe

### Vienna - Europlatz

Am Europlatz 5
Vienna, 1120
Austria

Get Directions ⏵

### Brussels

Rond Point Schuman 11
Brussels, 1040
Belgium

Get Directions ⏵

### Eke - Belgium

Begoniastraat 3
Ground Floor and 1st Floor
Eke-Nazareth, 9810
Belgium

Get Directions ⏵

### Mechelen - Belgium

Battelsesteenweg 455 B, Businesspark E19, Building B, Floor 1 & 2
Mechelen, 2800
Belgium

Get Directions ⏵

**Bulgaria-Plovdiv**

20 Vasil Aprilov Blvd
Plovdiv, 4000
Bulgaria

**Get Directions** ⏵

**Bulgaria-Sofia**

18 Shipchenski prohod Blvd.
Sofia, 1000
Bulgaria

**Get Directions** ⏵

**Bulgaria - Varna**

115 Osmi Primorski Polk Blvd.
Varna, 6W7G Q6
Bulgaria

**Get Directions** ⏵

**Prague buildings 8 and 24**

CA CZ, s.r.o., V Parku 2343/24
Chodov Praha 4
Prague, 148 00
Czech Republic

**Get Directions** ⏵

**Tallinn**

Aiandi Street 13
Tallinn, 12918
Estonia

**Get Directions** ⏵

**Paris - Tour Pacific**

Tour Pacific, 11 Cours Valmy, Floor 22, Puteaux, 92800
Paris, 92800
France

**Get Directions** ⏵

**Munich, Germany**

Charles de Gaulle Strasse 2
Munich, 81737
Germany

**Get Directions** ▶

**Regensburg, Germany**

2 Wernerwerkstrasse, Room Number 16B, Floor 5, Building 11, 24/23
Regensburg, 93049
Germany

**Get Directions** ▶

**Athens, Greece**

75 Posidonos Avenue
Athens, Greece (Salasidis)
Athens,
Greece

**Get Directions** ▶

**Dublin**

77 Sir John Rogerson's Quay, Block C
Grand Canal Docklands
Dublin, D02 VK08
Ireland

**Get Directions** ▶

**Italy - Rome**

Viale Luca Gaurico, 9/11
Rome, 143
Italy

**Get Directions** ▶

**Bunnik, Netherlands**

Kosterijland 14, Floors 2 & 3
Bunnik, 3981 AJ
Netherlands

**Get Directions** ▶

## Madrid, Spain

Calle Quintanapalla, 2. 3rd floor.
Madrid, 28050
Spain

**Get Directions** ▷

## Morges

Route de la Longeraie 7
Morges, 1110
Switzerland

**Get Directions** ▷

## Bristol, United Kingdom

Hempton Court, Aztec West
Building 910, Site 910
Bristol, BS32 4SR
United Kingdom

**Get Directions** ▷

## Cambridge, United Kingdom

Unit 406, Cambridge Science Park, Phase VI, Ground Floor
Cambridge, CB4 0WW
United Kingdom

**Get Directions** ▷

## Edinburgh, United Kingdom

Westport 102, Floor 5
Edinburgh, EH3 9DN
United Kingdom

**Get Directions** ▷

## Manchester, United Kingdom

No. 4 Station Road
Cheadle
Manchester, SK85AE
United Kingdom

**Get Directions** ▷

**Reading**

400 Thames Valley Park Drive
Reading, RG6 1PT
United Kingdom

Get Directions

## Japan

**Broadcom Japan, (Tokyo)**

4-7-7 Aobadai Meguro ward,
Sumitmo Fudosan Aobadai Hills, Floor 7
Tokyo,
Japan

Get Directions

## Middle East

**Nazareth, Israel**

Nazareth Industrial Park, Units 3B1, 3B2, 3Bp, 3Bm and 3Bw,
Block 16565, Lot 108
Nazareth,
Israel

Get Directions

**Tel Aviv University**

17 George Weiss Street
Tel Aviv,
Israel

Get Directions

# Manufacturing Rep

## Americas

**BP&M**

Rua Americo Brasiliense
2171 cj. 404
Sao Paulo, 04715-005

Brazil

Tel: 011-55-115181-4788

Send Email

**Visit Web Page**

**Get Directions**

## Media Contacts

### Worldwide Media Contact

1320 Ridder Park Drive
San Jose, California
United States

Tel: 408-433-8000

Send Email

**Get Directions**

### Employment Inquiries

Send Email

### Sales Inquiries

**Visit Web Page**

### General Inquiries

**Visit Web Page**

Case 2:22-cv-07775-JWH-KES   Document 57-21   Filed 06/08/22   Page 20 of 20   Page ID #:1632