# EXHIBIT 30



☰ MENU

Home > Company > Contact Us

# Contact Us

## Contact Sales

Search for a sales or distributor contact in your area.

**Regional Sales & Distribution Contacts**

## Contact our Media Team

Reach out to our media team with press related questions.

**Press Inquiries**

## Knowledgebase (FAQs)

Search our knowledgebase of technical and customer support questions.

[Search                                                          ] 🔍

## Contact Support

If you don't find a solution to your problem, create a new ticket.

**Create New Support Ticket**

## MaxLinear Corporate Headquarters

**Tel** (760) 692-0711
**Fax** (760) 444-8598

**Address**
5966 La Place Ct #100
Carlsbad, CA 92008

View Map

## US Locations

**Carlsbad (Headquarters)**
5966 La Place Ct #100
Carlsbad, CA 92008
p. 760-692-0711

**Irvine**
50 Parker
Irvine, CA 92618
p. 949-753-8108

**San Jose**
1060 Rincon Circle
San Jose, CA 95131
p. 669-265-6100

**Waltham**
200 5th Avenue, Suite 2020
Waltham, MA 02451
p: 781-472-2832

**Beaverton**
1500 NW Bethany Blvd Suite 185
Beaverton, Oregon 97006
p. 971-231-3380

## International Locations

**Canada**
4370 Still Creek Drive
Suite 110
Burnaby, BC

**Spain**
Ronda Narcís Monturiol,11D
Parque Tecnológico

**India (Bengaluru)**
Embassy Tech Village
7th Floor, G&H Block
Marathalli – Sarjapura Outer Ring

**India (Chennai)**
No 38, Developed Plot,
Industrial Estate, Perungudi,
Chennai, Tamil Nadu 600096

V5C 0G5
Canada
p. 1-604-268-1000

46980 Paterna (Spain)
p +34 96 136 60 04

Road
Devarabisanahalli, Bengaluru,
Karnataka – 560103 India
p. +91-80-4240-5000
f. +91-80-4240-5100

**Japan**
Kanou Building, 7F
1-26-7 Nishigotanda, Shinagawa-Ku
Tokyo 141-0031
Japan
p. 81.3.6417.0578
f. 81.3.6417.0604

**Korea**
524-ho, 5th Floor, Well-Park, 30,
Gumi-dong, Bundang-gu,
Seongnam-si,
Gyeonggi-do, Republic of Korea
p. 82.31.603.6601
f. 82.31.603.6600

**China (Shanghai)**
R303, Tower A,
Lane 2889, Jinke Road,
Pudong New District, Shanghai,
201203
P. +86-21-68822066 x6527

**China (Shenzhen)**
Unit 06 - 10, 12/F,
Block A of Uni-center, No. 99,
Xinhu Rd, Baoan District,
Shenzhen, 518100
p. 86.755.8613.3958
f. 86.755.8287.9096

**Taiwan (Hsinchu)**
Rm. 1, 4/F., No.158, Sec. 2,
Gongdao 5th Rd., East Dist.,
Hsinchu City 300, Taiwan (R.O.C.)
p. +886-3-5011-700
f.  +886-3-5722-310

**Taiwan (Taipei)**
9F No. 333, Ruiguang Rd.,
Neihu Dist., Taipei City 114036,
Taiwan
p. +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-3294

**Austria**
Europastrasse 8, building T02,
Technologiepark,
Villach 9524,
Austria

**Germany**
Lilienthalstrasse 15,
Neubiberg 85579,
Germany

**Israel**
Shlomo Schmelzer 94,
Alon Building, Ofer Park,
Petah Tikva,
Israel 4970602

**Singapore**
20 Bendemeer Road
#07-01 BS Bendemeer Centre
Singapore, 339914
p. 65 6989 2720

[PRIVACY POLICY](#)    [QUALITY](#)    [TERMS OF USE](#)    [TERMS AND CONDITIONS OF SALE](#)    [SOCIAL RESPONSIBILITIES](#)

© 2022 MaxLinear. All Rights Reserved.