# EXHIBIT 34

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 |
| **Overall Caseload Statistics** | Filings [1] | | 387,716 | 374,293 | 389,226 | 412,820 | 580,752 | 421,860 |
| | Terminations | | 373,635 | 391,492 | 391,838 | 415,199 | 356,552 | 349,844 |
| | Pending | | 443,855 | 425,126 | 463,672 | 459,953 | 683,039 | 754,843 |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 8.8 | 12.7 | 8.4 | 2.2 | -27.4 |  |
| | Number of Judgeships | | 677 | 677 | 677 | 677 | 677 | 677 |
| | Vacant Judgeship Months [2] | | 877.2 | 1,345.4 | 1,538.0 | 1,390.1 | 762.9 | 855.2 |
| **Actions per Judgeship** | Filings | Total | 573 | 553 | 575 | 610 | 858 | 623 |
| | | Civil | 432 | 406 | 412 | 438 | 731 | 484 |
| | | Criminal Felony | 102 | 107 | 122 | 131 | 96 | 101 |
| | | Supervised Release Hearings | 39 | 40 | 41 | 41 | 30 | 38 |
| | Pending Cases [2] | | 656 | 628 | 685 | 679 | 1,009 | 1,115 |
| | Weighted Filings [2] | | 487 | 489 | 513 | 533 | 704 | 546 |
| | Terminations | | 552 | 578 | 579 | 613 | 527 | 517 |
| | Trials Completed | | 17 | 16 | 16 | 17 | 10 | 15 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.6 | 7.6 | 6.9 | 6.9 | 8.3 | 10.1 |
| | | Civil [2] | 9.7 | 10.4 | 10.1 | 9.9 | 8.9 | 8.8 |
| | From Filing to Trial [2] (Civil Only) | | 26.4 | 27.0 | 27.5 | 27.7 | 27.5 | 31.8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 56,548 15.7 | 52,557 15.5 | 67,650 18.3 | 57,889 16.1 | 60,556 10.5 | 73,318 11.4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.2 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 50.4 | 50.1 | 52.9 | 50.9 | 53.3 | 50.4 |
| | | Percent Not Selected or Challenged | 38.1 | 37.3 | 38.1 | 38.4 | 40.8 | 39.9 |

**2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| | | | |
|---|---:|---|---:|
| Total Civil | 327,863 | Total Criminal[1] | 68,035 |
| A-Social Security | 16,040 | A-Marijuana | 953 |
| B-Personal Injury/Product Liability | 113,595 | B-All Other Drugs | 19,904 |
| C-Prisoner Petitions | 46,160 | C-Immigration | 18,694 |
| D-Forfeitures and Penalties | 1,152 | D-Firearms and Explosives | 11,376 |
| E-Real Property | 3,204 | E-Fraud | 6,311 |
| F-Labor Suits | 13,098 | F-Violent Offenses | 2,640 |
| G-Contracts | 26,354 | G-Sex Offenses | 3,266 |
| H-Torts (other than Personal Injury/Product Liability) | 21,683 | H-Forgery and Counterfeiting | 176 |
| Intellectual Property Rights | 11,971 | I-Larceny and Theft | 935 |
| J-Civil Rights | 41,399 | J-Justice System Offenses | 878 |
| K-Antitrust | 525 | K-Regulatory Offenses | 990 |
| L-All Other Civil | 32,682 | L-All Other Criminal | 1,912 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 5,594 | 4,230 | 4,020 | 4,051 | 4,301 | 4,421 | | |
| | | Terminations | 5,648 | 4,990 | 3,879 | 3,908 | 3,885 | 3,940 | | |
| | | Pending | 5,741 | 4,995 | 5,145 | 5,080 | 5,510 | 6,001 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -21.0 | 4.5 | 10.0 | 9.1 | 2.8 | | 22 | 2 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months ² | 36.0 | 36.0 | 42.2 | 15.2 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 699 | 529 | 503 | 506 | 538 | 553 | 24 | 5 |
| | | Civil | 605 | 418 | 388 | 375 | 387 | 398 | 24 | 3 |
| | | Criminal Felony | 94 | 109 | 114 | 130 | 149 | 154 | 15 | 3 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 2 | 0 | 94 | 9 |
| | Pending Cases ² | | 718 | 624 | 643 | 635 | 689 | 750 | 17 | 5 |
| | Weighted Filings ² | | 962 | 680 | 581 | 569 | 630 | 666 | 11 | 3 |
| | Terminations | | 706 | 624 | 485 | 489 | 486 | 493 | 33 | 5 |
| | Trials Completed | | 14 | 13 | 12 | 11 | 12 | 14 | 51 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.5 | 12.4 | 9.9 | 10.2 | 12.6 | 13.8 | 52 | 8 |
| | | Civil ² | 7.5 | 7.3 | 8.9 | 8.9 | 8.9 | 8.0 | 22 | 2 |
| | From Filing to Trial ² (Civil Only) | | 19.4 | 20.4 | 19.0 | 17.8 | 17.5 | 23.0 | 4 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 254 5.9 | 246 6.9 | 239 6.7 | 260 7.7 | 254 7.7 | 280 8.6 | 40 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 2.1 | 1.8 | 1.9 | 1.5 | 1.8 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 35.7 | 38.9 | 45.5 | 42.9 | 50.9 | 44.7 | | |
| | | Percent Not Selected or Challenged | 28.4 | 34.6 | 38.0 | 31.1 | 37.4 | 43.7 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,184 | 126 | 48 | 1,031 | 18 | 52 | 83 | 350 | 263 | 542 | 253 | 1 | 417 |
| Criminal ¹ | 1,231 | 36 | 585 | 91 | 184 | 194 | 12 | 24 | 3 | 12 | 11 | 6 | 73 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

| CALIFORNIA CENTRAL | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 16,538 | 16,250 | 18,102 | 18,125 | 18,207 | 15,853 | | |
| | | Terminations | 16,435 | 16,477 | 16,232 | 17,648 | 17,388 | 17,255 | | |
| | | Pending | 12,575 | 12,376 | 14,273 | 14,695 | 15,310 | 13,879 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -4.1 | -2.4 | -12.4 | -12.5 | -12.9 | | 77 | 15 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 36.3 | 62.8 | 73.9 | 101.9 | 108.3 | 92.9 | | |
| Actions per Judgeship | Filings | Total | 591 | 580 | 647 | 647 | 650 | 566 | 21 | 5 |
| | | Civil | 523 | 500 | 557 | 564 | 594 | 505 | 13 | 3 |
| | | Criminal Felony | 39 | 46 | 58 | 53 | 36 | 37 | 84 | 12 |
| | | Supervised Release Hearings | 29 | 35 | 31 | 30 | 19 | 24 | 62 | 13 |
| | Pending Cases [2] | | 449 | 442 | 510 | 525 | 547 | 496 | 45 | 6 |
| | Weighted Filings [2] | | 558 | 570 | 650 | 692 | 716 | 607 | 15 | 3 |
| | Terminations | | 587 | 588 | 580 | 630 | 621 | 616 | 15 | 4 |
| | Trials Completed | | 12 | 12 | 12 | 10 | 4 | 8 | 76 | 10 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 16.4 | 13.0 | 13.3 | 13.8 | 16.7 | 19.0 | 78 | 13 |
| | | Civil [2] | 5.0 | 4.9 | 5.1 | 4.8 | 4.8 | 4.9 | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 19.4 | 19.6 | 21.5 | 22.3 | 20.0 | 24.2 | 5 | 1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 550 5.5 | 545 5.7 | 564 5.2 | 597 5.3 | 667 5.6 | 903 8.6 | 40 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.5 | 1.6 | 1.7 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.2 | 44.5 | 44.3 | 56.7 | 58.4 | 58.1 | | |
| | | Percent Not Selected or Challenged | 49.7 | 43.9 | 45.4 | 54.0 | 59.6 | 54.6 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 14,144 | 787 | 246 | 1,224 | 116 | 250 | 554 | 1,401 | 1,009 | 1,313 | 4,785 | 7 | 2,452 |
| Criminal [1] | 1,033 | 2 | 330 | 82 | 190 | 189 | 60 | 43 | - | 36 | 2 | 40 | 59 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."