# EXHIBIT 35





## Search Jobs

### Match Jobs with 

CRM 5:55-CA-01112-JMH-KES   Document 21-26   Filed 02/08/22   Page 2 of 14   PageID



# Locations

Learn more about how we connect our customers and partners across the globe and how you can create lasting connections.



We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy 🗗. Manage third-party cookie preferences here 🗗.

Accept



COMMSCOPE®

## Search Jobs



**Match Jobs with** in

## North America

==Headquartered in Hickory, North Carolina,== our North America opportunities expand from the East to West Coast and everywhere inbetween. We have offices in cities including: Atlanta, Boston, Chicago, Dallas, Denver, Philadelphia, and Sunnyvale. We also have major manufacturing and distribuiton centers in North Carolina, Texas and Arizona. Click to learn more about a job near you.

**View all US & Canada Jobs**



We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept

COMMSCOPE®



## Search Jobs ⌄

**Match Jobs with** in



# Central & Latin America

Our Central & Latin America region is very diverse and a key stakeholder in CommScope's operating structure. With sales facilities in Mexico City, Brazil, & Argentina, major manufacturing sites in Juarez, Delicias, Reynosa, and Tijuana, and our technology and innovation center in Monterrey, our presence in this region supports our success.

**View all Central & Latin America Jobs**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept

# COMMSCOPE®



## Search Jobs

**Match Jobs with** 



## China

In China, our business spans from manufacturing operations to sales and engineering. With locations in Shanghai, Suzhou, Beijing, and Guangzhou, we are making communication faster, easier and more efficient for our customers.

**View all China Jobs**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⊡. Manage third-party cookie preferences here ⊡.

Accept





# Search Jobs

## Match Jobs with 



# Europe, Middle East & Africa

With 28 offices in over 20 countries, our footprint is focused on a combination of manufacturing, sales, and engineering. Some of our larger locations are in the UK, Ireland, Belgium, Spain, Germany, France, UAE, Israel and South Africa.

View all Europe, Middle East & Africa Jobs

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy 🗗. Manage third-party cookie preferences here 🗗.

Accept

# COMMSCOPE®




## Search Jobs

### Match Jobs with in



## India

Our facilities in Goa, Bangalore, and Hyderbad are on the cutting edge of innovation and research. Learn more about the roles in this region and how each employee helps CommScope be a market leader in communications.

**View all India Jobs**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept

COMMSC⊙PE®



## Search Jobs ⌄

Match Jobs with **in**

C986 5:35/CX-01112-WH-KE3  DOCnweuf 51:15  b942 02083352  b946 8 01 14  b946 ID



# Remote Opportunities

We recognize the workplace is changing and success can be achieved in many ways. Flexibility is valued, effective and more important than ever. Our Flex@Work program creates an environment that supports your work and life integration as best as possible. Click to find a remote job near you and to learn more about this program.

**View all Remote Jobs**

**Learn about Flex@Work**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept





# COMMSCOPE®

## Search Jobs

## Match Jobs with in



We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept



# COMMSC⊕PE®



## Search Jobs

### Match Jobs with in



We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept



Search Jobs ⌄

Match Jobs with 

Join Our
Talent Network

**Sign Up for Alerts**

We will keep you informed via email and/or text about job opportunities, events and information that match your interest.

FIRST NAME

First Name

LAST NAME

Last Name

PHONE NUMBER

EMAIL ADDRESS *

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept

# COMMSCOPE®

Search Jobs                                    ⌄



**Match Jobs with** in

## Add+

### AREAS OF INTEREST

By clicking "Sign Up for Alerts" you agree to receive messages at the contact information you provide. Message and data rates may apply. Join our talent network for as long as you want, or opt out whenever you'd like.

## Sign Up for Alerts

# Get Help

**Consumers**

**New to the site**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy ⧉. Manage third-party cookie preferences here ⧉.

Accept






## Search Jobs

**Match Jobs with** in

### Management Team

### Press Releases

## Quick Links

### My CommScope

### Partners

### Partner Locator

### Podcasts

### Training

### Webinars

CommScope is an Equal Opportunity Employer, including people with disabilities and veterans. **Learn more >**

Staffing and agency partners interested in working with us? **Learn more about our process >**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy. Manage third-party cookie preferences here.

Accept

 COMMSC♦PE®



## Search Jobs



Match Jobs with **in**

We use cookies and other tracking technologies to assist with navigation, improve our products and services, assist with our marketing efforts, and provide content from third parties. By continuing to use this site you agree to our use of cookies in accordance with our privacy policy. Manage third-party cookie preferences here.

Accept