# EXHIBIT 36



HOME > About WNC > Worldwide Locations

## Worldwide Locations



- WNC Profile
- History and Achievements
- Worldwide Locations
- Contact Us
- More Information

**Wistron NeWeb Corporation Headquarters** (Taiwan)

Add: 20 Park Avenue II (or Yuanchiu 2nd Rd.), Hsinchu Science Park, Hsinchu 300, Taiwan

Tel: +886-3-666-7799

Fax: +886-3-666-7711

> Download Map

**S1 manufacturing site** (Taiwan)

Add: 5 Lihsin Rd. VI, Hsinchu Science Park, Hsinchu 300, Taiwan

Tel: +886-3-666-7799

Fax: +886-3-666-8860

> Download Map

**S2 manufacturing site** (Tainan)

Add: 8 (excl. 3F) Beiyuan 3rd Rd., Anding Dist., Southern Taiwan Science Park, Tainan 745, Taiwan

Tel: +886-3-666-7799

Fax: +886-3-505-8560

> Download Map

**W-NeWeb Corporation** (United States of America)

Add: 1525 McCarthy Blvd, Suite 206, Milpitas, CA 95035, U.S.A.

Tel: +1-408-457-6800

Top

| Privacy Policy | Copyright & Trademark | Site Map | Copyright © 1994-2020 Wistron NeWeb Corp. All Rights Reserved.



About WNC   |   Products   |   Investor Relations   |   ESG   |   Press Room   |   Careers

### WNC UK LIMITED (United Kingdom)

Add: Regus House, 268 Bath Rd., Slough, Berkshire, SL1 4DX, UK

Tel: +44-1753-725474

Fax: +44-1753-725475

Email: UK.Sales@wnc.com.tw

> Download Map

### NeWeb GmbH (Germany)

Add: Mergenthaler Allee 15-21, 65760 Eschborn, Germany

Email: EU.Sales@wnc.com.tw

> Download Map

### WNC JAPAN INC. (Japan)

Add: 3F, WISE NEXT Shin-Yokohama, 2-5-14 Shin-Yokohama, Kohoku-ku, Yokohama-shi, Kanagawa-ken 222-0033, Japan

Email: Yoshi.Matsumoto@wnc.com.tw

> Download Map

### WebCom Communication (Kunshan) Corporation - Kunshan Plant (China)

Add: 121 DuJuan Rd., Precision Machinery Industrial Park, KunShan City, Jiangsu Province, P.R.C

Zip Code: 215331

Tel: +86-512-5761-0668

Fax: +86-512-5761-0666

> Download Map

### WebCom Communication (Kunshan) Corporation - Nanjing Branch (China)

Add: 3F, No.2 Building, Zijin Entrepreneur R&D Center, No.89 Shengli Rd., Jiangning District, Nanjing City, Jiangsu Province, P.R.C

Zip Code: 211106

Tel: +86-25-8482-1688

Fax: +86-25-8481-3605

> Download Map

### WNC (Kunshan) Corporation (China)

Add: 88 Central Avenue, Comprehensive Free Trade Zone, Kunshan City, Jiangsu Province, P.R.C

Zip Code: 215300

Tel: +86-512-5772-2688

Fax: +86-512-5772-3168

> Download Map

### Wistron NeWeb (Kunshan) Corporation (China)

Add: 789 Yujinxiang Rd., Comprehensive Free Trade Zone, Kunshan City, Jiangsu Province, P.R.C

Zip Code: 215300

Tel: +86-512-5772-2688

Fax: +86-512-5772-3168

> Download Map


Top

|   Privacy Policy   |   Copyright & Trademark   |   Site Map   |   Copyright © 1994-2020 Wistron NeWeb Corp. All Rights Reserved.



| About WNC | Products | Investor Relations | ESG | Press Room | Careers |

HOME｜Contact Us                    Search    繁中 · 简中 · 日本語

**NeWeb Service (Kunshan) Corporation (China)**

Add: 88 Central Avenue, Comprehensive Free Trade Zone, Kunshan City, Jiangsu Province, P.R.C

Zip Code: 215300

Tel: +86-512-5772-2688

Fax: +86-512-5772-3168

> Download Map

---

**NEWEB VIETNAM CO., LTD.** (Vietnam)

Add: Land Lot CN01, Dong Van III Industrial Zone, Dong Van Ward, Duy Tien Town, Ha Nam Province, Vietnam

Tel: +84-226-358-8899

Fax: +84-226-358-7799

> Download Map

---

Regional Service Center (Sales/After-sales/Technical Support)

**Branchburg, U.S.A.**

Add: 3040 US-22, Suite 140, Branchburg, NJ 08876, U.S.A.

Tel: +1-408-457-6800

Fax: +1-408-457-6789

---

**Tustin, U.S.A.**

Add: 1195 Warner Ave., Tustin, CA 92780, U.S.A.

Tel: +1-408-457-6800

Fax: +1-408-457-6789

---

**El Segundo, U.S.A.**

Add: 615 N. Nash St., Suite 202-B El Segundo, CA 90245, U.S.A.

Tel: +1-408-457-6800

Fax: +1-408-457-6789

---

**Spain**

Email: Alberto.Castillejo@wnc.com.tw

---

**France**

Email: Marion.Duterme@wnc.com.tw

Top

｜ Privacy Policy ｜ Copyright & Trademark ｜ Site Map ｜ Copyright © 1994-2020 Wistron NeWeb Corp. All Rights Reserved.