# EXHIBIT 37

**HUMAX**

ABOUT HUMAX | PARTNERS & MEMBERSHIPS | **GLOBAL NETWORK**

# Global Network



Case 5:22-cv-01112-JWH-KES    Document 21-21    Filed 08/08/23    Page 2 of 7    Page ID
                                       #:7002

## For a company that has set the world as the stage, national, racial or cultural differences don't mean a thing.

The worldwide regional sales network has played a key role in HUMAX's expansion of STB market share. After opening its Frankfurt office in 2000, HUMAX has set up local corporations in Dubai, India, Japan, Thailand, Australia, Hong Kong, Poland, Brazil, Mexico, Italy, the UK and the US. The global network now includes countries in Europe, North Africa, Russia and East Asia. Overcoming national, racial and cultural boundaries, HUMAX is now the most reliable, the most prized global brand. And with the opening of North Ireland production facility in 1997, HUMAX is securing local facilities in India, Thailand, Poland and China. Our aspirations are truly global in size



### UK

- Tel. : +44 208 326 6000
  (Public customers should use 0344 318 8800)
- E-Mail : uksupport@humax-digital.co.uk
- Fax : +44 208 326 6019
- HUMAX Electronics Co., Ltd. LONDON
  The Mille Building, 8th Floor, 1000 Great West Road, Brentford, London,TW8 9HH, U.K.
- Website : https://uk.humaxdigital.com



### GERMANY

- Tel. : +49 89 954131-900
- E-Mail : salesinfo@humax-digital.de
- Fax : +49 89 954131-639

- HUMAX Digital GmbH
  Bahnhofstr. 18 – 85774 Unterföhring, Germany
- Website : https://de.humaxdigital.com


# POLAND

- Tel. : +48 697 839 562
- E-Mail : jbjeong@humaxdigital.com
- Fax : +48 44 635 88 53
- HUMAX Poland Sp.z.o.o.
  ul. Przemysłowa 4, 97-400 Bełchatów, Poland


# ITALY

- E-Mail: servizioclienti@humaxdigital.com
- Fax: +39 02 9210 8578
- HUMAX Digital GmbH.
  Via Torino, 31 20063 Cernusco S/N (MI), Italy
- Website : https://it.humaxdigital.com


# SPAIN & PORTUGAL
## Sales, Marketing and Business Development

- E-Mail: iberia@humaxdigital.com
- Fax: +39 02 997 656 69
- HUMAX S.r.l.(Italy)
- Centro Direzionale SUMMIT Via Brescia, 28 20063 Cernusco S/N (MI), Italy
- Customer Service (Spain only)
  Coservice S.T.A,S.L. Carrer Gava 29-31 08014 Barcelona, Spain
  – Tel.: +34 902 105 116 / +34 932 981 258
  – Fax: +34 934 319 741
  – E-Mail : casto@coservice.es
  – Website : http://www.coservice.es


# GREECE
## Sales, Marketing and Business Development

- E-Mail: greece@humaxdigital.com
- Fax: +39 02 997 656 69

- HUMAX S.r.l.(Italy)
  Centro Direzionale SUMMIT Via Brescia, 28 20063 Cernusco S/N (MI), Italy
- Retailer and Customer Service
  Majar 77- 79 Kappadokias str. 54453 Thessaloniki, Greece
  – Tel.: +30 2310 928851 / +30 2310 912931
  – Fax: +30 2310 908334
  – E-Mail : info@majar.gr
  – Website : http://www.majar.gr



# MIDDLE EAST & AFRICA

- Tel. : +971 4 883 0800
- E-Mail : sales_mea@humaxdigital.com
- Fax : +971 4 883 0899
- HUMAX Gulf FZE :
  P.O. Box 17459 Dubai, U.A.E.
- Website : https://me.humaxdigital.com



# RUSSIA & CIS

- Tel.: +7 495 660 0420
- Fax: +7 495 660 0421
- E-Mail : sales-cis@humaxdigital.com
- HUMAX Electronics Co., Ltd. (CIS):
  Office 8, 4th Floor, No. 46 Building 1, Butirskaya Street, Moscow 127015, Russian Federation



# AMERICA
## HUMAX Americas Regional Headquarter

- 15621 Red Hill Ave., Suite 120, Tustin, CA 92780
- Website : http://www.humaxamericas.com



# LATIN AMERICAS
## HUMAX DO BRASIL

- Alameda Maracatins, 780 Conj. 2104 Sao Paulo – SP – Brasil CEP 04089-001

# JAPAN



- HUMAX Japan :
  6F, Lawbell Kagurazaka Bldg., 6-46 Kagurazaka,
  Shinjuku-ku, Tokyo 162-0825, Japan
- Website : https://jp.humaxdigital.com



# CHINA

HUMAX China Co., Ltd.[上海秀码社电子有限公司]

- Tel. : +86(0)2 346 82281
- E-Mail : china@humaxdigital.com
- Room 801, Block T3, Lane 399, Xiniong Road,
  Minhang District, Shanghai 201101

Shenzhen Office

- Tel. : +86 755 8281 6890
- E-Mail : china@humaxdigital.com
- Fax: +86 755 8281 6891
- 2404, East Block, Coastal City, Wen Xin Wu Road,
  Nan Shan District, Shenzhen, P.R.C. 518054

Weihai Office

- No.29, Ningbo Road, Wendeng Economic and
  Technical Development Zone, Weihai city, Shandong,
  China 264400



# AUSTRALIA

- E-Mail : salesinfoau@humaxdigital.com
- HUMAX Australia Pty Ltd
  Unit 9, 602 Whitehorse Road, Mitcham, Victoria,
  3132



# INDIA

- E-Mail : HID@humaxdigital.com
- HUMAX Electronics India Pvt. Ltd. :
  New Delhi Registered office: Flat No 1521, 15th
  Floor, Ansal Tower (38), Nehru Place, New Delhi-
  110019
- Mumbai Sales office: UNIT No.701, 7th FLOOR,
  GATEWAY PLAZA, HIRANANDANI GARDEN,
  POWAI, MUMBAI 400 076
  Tel: +91 22 2570 0360 Fax: +91 22 2570 6372

 THAILAND
- Tel. : +66 2 655 0659
- E-Mail : ygkim@humaxdigital.com
- HUMAX (Thailand) Co., Ltd.:
- 496-502, unit 4, Amarin Tower, 8th floor, Ploenchit Road, Lumpini, Pathumwan, Bangkok, 10330

 VIETNAM
- Tel. : +84 4 32321358
- E-Mail : recruit_vietnam@humaxdigital.com
- **Representative Office of HUMAX Hanoi Vietnam**
  16~17F, HANDICO Tower, Pham Hung, Me Tri, Nam Tu Liem, Hanoi

 Other Area : Headquarters
- E-Mail
  – Asia : ygkim@humaxdigital.com
  – South America : smkang@humaxdigital.com
- Fax : +82 31 776 6396
- HUMAX Co., Ltd. (Headquarters) :
  HUMAX Village, 216, Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595, KOREA
  *Plant : HUMAX B/D, 2, Yeongmun-ro, Cheoin-gu, Yongin-si, Gyeonggi-do, 17040, KOREA*
- Website : https://www.humaxdigital.com

Other Inquiry
- Tel. : +82 31 776 6114
- Fax : +82 31 776 6396
- E-Mail
  – Job Information : recruit@humaxdigital.com
- Address : HUMAX Village, 216, Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595, KOREA

 Americas

Privacy Policy | Open Source



Copyright © 2022 HUMAX Co., Ltd. All rights reserved.