# EXHIBIT 38

# CONTACT US

**YOUR NAME (REQUIRED)**

**YOUR EMAIL (REQUIRED)**

**SUBJECT**

**YOUR MESSAGE**

SUBMIT

## United States Headquarters:

ProBrand International, Inc.

1900 West Oak Circle

Marietta, GA 30062

Tel: +1 (770) 423-7072

- Warranty | PBIQA@pbigroup.com
- Support | supports@pbigroup.com

## Global Offices

Pro Brand Technology (TW) Inc.

14F-6 1071 Zhongzheng Road, Taoyuan City 300, Taiwan

## Vietnam OEM Factory

Lot FJ 23 Song Khe- Noi Hoang Industrial Zone Tien Phong Commune, Yen Dung District, Bac Giang Province, Vietnam.

## India OEM Facotry

Plot No-596-597, Sector 8, IMT Manesar, Gurgaon, Haryana, India

---

**ProBrand International Inc.**

1900 West Oak Circle
Marietta GA 30062 USA
P: +1 770 423 7072
F: +1 770 423 7075

### Engineering

Introduction
Research & Development
Team & Capabilities
Performance Testing
Environment Testing
Range Services

### Manufacturing

Introduction
Process
Facilities
Quality

### Supply Chain

Introduction
Relationships
Awards
Policies

### Products

### About

Profile
Contact Us

COPYRIGHT 2016 PRO BRAND INTERNATIONAL INC. - ALL RIGHTS RESERVED.