IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § | |
|     Plaintiff | § | |
| V | § | 2:22-CV-00075-JRG |
| | § | LEAD |
| DIRECTV, LLC ET AL | § | JURY |
|     Defendants | § | |

## DEFENDANT DIRECTV, LLC'S NOTICE OF DISCLOSURES

Defendant Directv, LLC ("Defendant") hereby notifies the Court and all parties of record

that on June 8, 2022, Defendant disclosed its Initial and Additional Disclosures as required by

the Court's Docket Control Order and Discovery Order (Dkt. Nos. 49 and 50, respectively).


Dated: June 9, 2022                                    Respectfully submitted,

                                                       /s/ Deron R. Dacus
                                                       Deron R. Dacus
                                                       State Bar No. 00790553
                                                       ddacus@dacusfirm.com
                                                       THE DACUS FIRM, P.C.
                                                       821 ESE Loop 323, Suite 430
                                                       Tyler, TX 75701
                                                       Telephone: (903) 705-1117

                                                       Benjamin Hershkowitz
                                                       (NY Bar No. 2600559)
                                                       bhershkowitz@gibsondunn.com
                                                       Kate Dominguez (NY Bar No. 4741237)
                                                       bkdominguez@gibsondunn.com
                                                       GIBSON, DUNN & CRUTCHER LLP
                                                       200 Park Avenue
                                                       New York, NY 10166-0193
                                                       Telephone: (212) 351-4000
                                                       Facsimile: (212) 351-4035

                                                       Brian M. Buroker (DC Bar No. 457158)
                                                       bburoker@gibsondunn.com
                                                       GIBSON, DUNN & CRUTCHER LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Nathan R. Curtis (Texas Bar No. 24078390)
 ncurtis@gibsondunn.com
Audrey Yang (Texas Bar No. 24078390)
 ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Attorneys for Defendant DIRECTV, LLC

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 9th day of June, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus