IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § | |
|     Plaintiff | § | |
| V | § | 2:22-CV-00075-JRG |
| | § | LEAD |
| DIRECTV, LLC ET AL | § | JURY |
|     Defendants | § | |

## DEFENDANT AT&T SERVICES, INC.'S NOTICE OF DISCLOSURES

Defendant AT&T Services, Inc. ("Defendant") hereby notifies the Court and all parties of record that on June 8, 2022, Defendant disclosed its Initial and Additional Disclosures as required by the Court's Docket Control Order and Discovery Order (Dkt. Nos. 49 and 50, respectively).

Dated: June 9, 2022

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117

Benjamin Hershkowitz
(NY Bar No. 2600559)
bhershkowitz@gibsondunn.com
Kate Dominguez (NY Bar No. 4741237)
bkdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Brian M. Buroker (DC Bar No. 457158)
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Nathan R. Curtis (Texas Bar No. 24078390)
 ncurtis@gibsondunn.com
Audrey Yang (Texas Bar No. 24078390)
 ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Attorneys for Defendant AT&T Services, Inc.

CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of June, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus