**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00075-JRG |
| v. | (Lead Case) |
| DIRECTV, LLC, AT&T SERVICES, INC., | |
| *Defendants.* | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00076-JRG-RSP |
| v. | (Member Case) |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., | |
| *Defendants.* | |

**DISH NETWORK CORP., DISH NETWORK L.L.C., AND
DISH NETWORK SERVICE L.L.C's NOTICE OF SERVICE
OF RULE 26(a)(1) DISCLOSURES**

Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. hereby notify the Court and all parties of record that on June 8, 2022, they served their Initial and Additional Disclosures as required by the Court's Docket Control Order and Discovery Order (Dkt. Nos. 49 and 50, respectively).

157160615.1

Dated: June 9, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*

Amanda Tessar, CO Bar No. 33173
Lead Attorney
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

Matthew Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real #300
San Diego, CA 92130

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

***ATTORNEYS FOR DEFENDANTS DISH NETWORK
CORPORATION, DISH NETWORK L.L.C., AND
DISH NETWORK SERVICE L.L.C.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 9, 2022, a true and correct copy of the above

document was served on all counsel of record via the CM/ECF system.

/s/ *Melissa R. Smith*

157160615.1