# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**ORDER GRANTING JOINT MOTION FOR LIMITED EXPEDITED VENUE DISCOVERY AND EXTENSIONS OF TIME TO RESPOND TO DIRECTV'S MOTION TO TRANSFER AND AT&T AND DIRECTV'S MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER**

The Court, having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") and Defendants DIRECTV, LLC, ("DIRECTV") and AT&T Services, Inc. ("AT&T") (collectively, "Defendants") Joint Motion For Limited Expedited Venue Discovery and Extensions of Time to Respond to DIRECTV's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer Venue to the Central District of California (Dkt. No. 52) and Defendants' Motion to Sever and Stay or, Alternatively for Transfer (Dkt. No. 53), hereby GRANTS the motion.

-1-

It is Ordered that:

Entropic and Defendants, DIRECTV, LLC, and AT&T Services, Inc., shall conduct venue-related discovery as follows:

1. Deposition of Jeffrey Seto with respect to his venue declaration and as DIRECTV's 30(b)(6) witness on no more than 10 topics related to venue, for up to 7 hours;

2. Up to 7 total venue interrogatories to DIRECTV and AT&T, with responses due 30 days from service;

3. Up to 7 total venue requests for production to DIRECTV and AT&T, with responses due 30 days from service;

4. Up to 15 venue requests for admission to Plaintiff, responses due 30 days from service;

5. Should Plaintiff provide a declaration in support of its opposition to the Transfer Motion or Stay Motion, a deposition of up to 7 hours of plaintiff's declarant (in his or her individual capacity on his or her declaration and as the 30(b)(6) witness of plaintiff on venue) within 7 days of service of the declaration;

6. Depositions and other discovery of all third parties shall be conducted during the regular period of time allotted for fact discovery;

7. Plaintiff's opposition to the motion to transfer and the motion to sever and stay will be due 14 days from the initial 60 day completion of venue discovery; and

8. Defendant's reply to the motion to transfer will be due 14 days from service of the Plaintiff's opposition.

With the exception of Defendants' deposition of any declarant of Plaintiff referenced in point 5, above, venue discovery shall be completed within 60 days of this Order.