IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> DIRECTV, LLC, AT&T SERVICES, INC., § <br> § | CIVIL ACTION NO. 2:22-CV-00075-JRG <br> (LEAD CASE) |
| v. § <br> § <br> DISH NETWORK CORPORATION, DISH § <br> NETWORK L.L.C., DISH NETWORK § <br> SERVICE L.L.C., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00076-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion for Limited Expedited Venue Discovery and Extensions of Time to Respond to DIRECTV'S Motion to Transfer and AT&T's and DIRECTV's Motion to Sever and Stay or, Alternatively for Transfer (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants DIRECTV, LLC, and AT&T Services, Inc. (collectively, "Defendants"). (Dkt. No. 65.) In the Motion, the parties represent that they have negotiated a discovery period to conduct venue discovery related to DIRECTV's Motion Pursuant to 28 U.S.C. 1404(a) to Transfer Venue (Dkt. No. 52) ("Motion to Transfer") and Defendants' Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. No. 53) ("Motion to Stay"). (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the parties may conduct venue discovery subject to the agreements set forth in the Motion. (Dkt. No. 65 at 3–4.) It is **ORDERED** that the venue discovery shall be completed within sixty (60) days of the issuance of this Order and the deadline for Plaintiffs'

response to both the Motion to Transfer (Dkt. No. 52) and the Motion to Stay (Dkt. No. 53) is **extended** to a date that is fourteen (14) days after the completion of the sixty (60) day discovery period.

**So Ordered this**

**Jun 22, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE