UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>    *Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>    *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Entropic Communications, LLC hereby requests permission for Brian P. Bozzo to withdraw from representing it in the above-entitled and numbered actions and requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(e). Plaintiff does not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Plaintiff, as it is still represented by counsel who are fully capable of representing its interests. Further, Defendants do not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion, permitting Brian P. Bozzo to withdraw from the above-

entitled and numbered actions and removing him from the list of persons authorized to receive electronic notices.

Dated: July 8, 2022                                         Respectfully submitted,

 /s/ Brian Bozzo
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
70 W. Madison Street,
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Brian Bozzo
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Fax: (412) 355-6501
brian.bozzo@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Brian Bozzo

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 8th day of July, 2022.

/s/ Brian Bozzo