**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-00075-JRG |
| *Plaintiff,* | (Lead Case) |
| v. | JURY TRIAL DEMANDED |
| DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, | |
| *Defendants.* | |
| | |
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-00076-JRG-RSP |
| *Plaintiff,* | (Member Case) |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., | |
| *Defendants.* | |

## <u>ORDER</u>

CAME TO BE CONSIDERED the Unopposed Motion to Withdraw as Attorney and Request for Termination of Electronic Notices.  After consideration, the Court finds that the Motion should be GRANTED.

Therefore, IT IS ORDERED that Brian P. Bozzo is permitted to withdraw as attorney for Plaintiff Entropic Communications effective the date of this order.

IT IS FURTHER ORDERED that electronic notices to Brian P. Bozzo in these actions are terminated effective the date of this order.