**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO.  2:22-CV-00075-JRG |
| v. | § § | (LEAD CASE) |
| DIRECTV, LLC, AT&T SERVICES, INC | § § | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § | CIVIL ACTION NO.  2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants.* | § § | |

**<u>ORDER</u>**

Before the Court is the Unopposed Motion to Withdraw as Attorney and Request for Termination of Electronic Notices. (the "Motion"). (Dkt. No. 67.) In the Motion, Plaintiff requests that attorney Brian P. Bozzo be permitted to withdraw as counsel of record in the above-captioned case. (*Id*. at 1.) Defendants do not object. (*Id*.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Brian P. Bozzo be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Brian P. Bozzo as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 11th day of July, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE