**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00075-JRG |
| | (Lead Case) |
| v. | |
| DIRECTV, LLC, AT&T SERVICES, INC., | |
| *Defendants.* | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00076-JRG-RSP |
| | (Member Case) |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., | |
| *Defendants.* | |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Entropic Communications, LLC and Defendants DirectV, LLC, AT&T Services,

Inc., DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.

respectfully request the Court to amend the current Docket Control Order to extend by seven (7)

days to August 5, 2022 the following deadlines [1] the deadline for Defendants to comply with

P.R. 3-3 (Invalidity Contentions) and P-R 3-4(b); [2] the deadline for Defendants to comply with

the Standing Order Regarding Subject-Matter Eligibility Contentions; and [3] the deadline for

Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.

to comply with P.R. 3-4(a) (Document Production).

Dated: July 25, 2022

Respectfully submitted,

*/s/ James Shimota*

*/s/ Ben Hershkowitz*

James Shimota
Jason Engel
George Summerfield
Devon Beane
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Benjamin Hershkowitz
Katherine Q. Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Brian Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
bburoker@gibsondunn.com

Nathan R. Curtis (#24078390)
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com
ayang@gibsondunn.com

**THE DACUS FIRM, P.C.**

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

***Counsel for Defendants DIRECTV, LLC
and AT&T Services, Inc.***

/s/ *Melissa R. Smith*

Amanda Tessar, CO Bar No. 33173
Lead Attorney
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

Matthew Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real #300
San Diego, CA 92130

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All counsel of record were served with a true and correct copy of the foregoing document by electronic mail on July 25, 2022.

*/s/ Melissa R. Smith*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with

Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Melissa R. Smith*