**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00075-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., <br><br> *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br> (Member Case) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") and Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C.(collectively, "DISH" or "Defendants"), hereby move for an extension of time to brief to DISH's Motion to Transfer under 28 U.S.C. § 1404(a)  (Dkt. No. 25) (the "Motion to Transfer").  Pursuant to the Court's Order (Dkt. 30), Plaintiff's deadline to respond to the Motion to Transfer is currently July 26, 2022, DISH's deadline to take a deposition of any declarant offered by Plaintiff in support of its opposition to the motion to transfer is currently August 2, 2022, and DISH's deadline to reply is currently August 9, 2022.  The parties hereby request an additional one week to and including

-1-

August 2, 2022 for Plaintiff to file its response to the Motion to Transfer. DISH will have to and including August 9, 2022 to take a deposition of any declarant offered by Plaintiff in support of its opposition to the motion to transfer, and to and including August 16, 2022 to file its reply.  This extension is not sought for the purpose of delay and will allow Plaintiff adequate time to appropriately respond to the Motion to Transfer.  Counsel for Plaintiff has conferred with counsel for Defendants and this Motion is agreed and jointly submitted.

A proposed Order is submitted herewith.

Dated: July 25, 2022                         Respectfully submitted,


*/s/ James Shimota*                           */s/ Melissa R. Smith*

James Shimota                                 Amanda Tessar, CO Bar No. 33173
Jason Engel                                   Lead Attorney
George Summerfield                            ATessar@perkinscoie.com
Devon Beane                                   PERKINS COIE LLP
K&L GATES LLP                                 1900 Sixteenth Street, Suite 1400
70 W. Madison Street, Suite 3300              Denver, Colorado 80202-5255
Chicago, IL 60602
Tel.: (312) 372-1121                          Matthew Bernstein, CA Bar No. 199240
Fax: (312) 827-8000                           MBernstein@perkinscoie.com
jim.shimota@klgates.com                       PERKINS COIE LLP
jason.engel@klgates.com                       11452 El Camino Real #300
george.summerfield@klgates.com                San Diego, CA 92130
devon.beane@klgates.com
                                              Melissa R. Smith
Wesley Hill                                   melissa@gillamsmithlaw.com
Texas Bar No. 24032294                        Gillam & Smith, LLP
Andrea Fair                                   303 South Washington Avenue
Texas Bar No. 24078488                        Marshall, TX 75670
WARD, SMITH & HILL, PLLC                      Telephone: +1 903-934-8450
1507 Bill Owens Pkwy                          Facsimile: +1 903-934-9257
Longview, TX 75604
Tel:  (903) 757-6400                          **ATTORNEYS FOR DEFENDANTS DISH NET-**
Fax  (903) 757-2323                           **WORK CORPORATION, DISH NETWORK**
wh@wsfirm.com                                 **L.L.C., AND DISH NETWORK SERVICE L.L.C.**
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed and jointly submitted.

*/s/ Melissa R. Smith*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on July 25, 2022 via electronic delivery to all counsel of record.

*/s/ Melissa R. Smith*