# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

## ORDER GRANTING EXTENSION OF TIME

The Court, having considered Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") and Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (collectively, "DISH" or "Defendants"), Joint Motion for Extension of Time to brief DISH's Motion to Transfer under 28 U.S.C. § 1404(a) (Dkt. No. 25), hereby GRANTS the motion. It is ordered that Entropic shall have to and including August 2, 2022 to file its response to DISH's Motion to Transfer, DISH shall have to and including August 9, 2022 to take a deposition of any declarant offered by Entropic in support of its opposition to the motion to transfer, and DISH shall have to and including August 16, 2022 to file its reply.

-1-