# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:22-CV-00075-JRG (LEAD CASE) |
| v. | § § | |
| DIRECTV, LLC, AT&T SERVICES, INC | § § | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § § § | CIVIL ACTION NO. 2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (collectively, "DISH"). (Dkt. No. 70.) In the Motion, the parties request an extension of time for Entropic to respond to DISH's Motion to Transfer under 28 U.S.C. § 1404(a) (the "Motion to Transfer") (Dkt. No. 25) from July 26, 2022 up to and including August 2, 2022. (*Id*. at 1–2.) The Motion is unopposed. (*Id*. at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Entropic to respond to DISH's Motion to Transfer is **extended** up to and including August 2, 2022.

## So Ordered this

**Jul 27, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE