UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AND, AT&T SERVICES, INC.,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**DECLARATION OF NICHOLAS F. LENNING IN SUPPORT OF ENTROPIC'S OPPOSITION TO DISH'S MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND CROSS-MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

I, Nicholas F. Lenning, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

1

2.  I am an attorney at K&L Gates, LLP, counsel of record for Plaintiff, Entropic Communications, LLC ("Plaintiff" or "Entropic"). I am licensed to practice law in the State of Washington.

3.  On April 27, 2022, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH") moved to transfer this litigation to the District of Colorado.

4.  I make this Declaration based on my personal knowledge and in support of Entropic's Opposition to DISH's Motion to Transfer Venue and Cross-Motion to Transfer Venue.

5.  Attached as Exhibit A is a true and correct copy of DISH's Service Agreement for TV Plans, identifying DISH Network Service L.L.C. as operating as DISH Network California Service Corp. in California, located at https://www.dish.com/service-agreements/ under the "TV Plan Agreements" tab.

6.  Attached as Exhibit B is a true and correct copy of a webpage from GoDish.com outlining service plans for Los Angeles, located at https://www.godish.com/dish-network-tv/ca/los-angeles/.

7.  Attached as Exhibit C is a true and correct copy of a webpage from Dish.com listing satellite TV packages in Los Angeles, located at https://www.dish.com/availability/ca/los-angeles.

8.  Attached as Exhibit D is a true and correct copy of a webpage from DishPromotions.com identifying locations and channels available in Los Angeles, as well as free satellite TV installation promotions, located at https://www.dishpromotions.com/availability/ca/los-angeles.

9. Attached as Exhibit E is a true and correct copy of a webpage from DishPromotions.com identifying locations with DISH availability, located at https://www.dishpromotions.com/availability/ca/.

10. Attached as Exhibit F is a true and correct copy of a webpage from Dish.com identifying preferred retailers in the 92801 Zip Code in the Central District of California, located at https://dish.com/find-retailer/#. .

11. Attached as Exhibit G is a true and correct copy of a webpage from XFactorCommunications.com identifying X-Factor Communications as a local DISH Satellite retailer in Anaheim, California, located at https://www.xfactorcommunications.com.

12. [UNDER SEAL] Attached as Exhibit H is a true and correct copy of Mr. Minnick's Deposition transcript. Mr. Minnick is DISH's corporate representative on venue issues.

13. Attached as Exhibit I is a true and correct copy of a webpage from GlobeNewswire.com detailing MaxLinear's acquisition of Entropic in 2015, located at https://www.globenewswire.com/news-release/2015/04/30/731087/10131981/en/MaxLinear-Completes-Acquisition-of-Entropic.html.

14. Attached as Exhibit J is a true and correct copy of a webpage from MapQuest.com that displays the distance between San Diego and the Central District of California (Irvine), located at https://www.mapquest.com/routeplanner/narrative and inputting "San Diego" as the departure location, and the Ronald Reagan Federal Building and U.S. Courthouse located at 411 W 4th St, Santa Ana, California as the arrival location.

15. Attached as Exhibit K is a true and correct copy of a webpage from MapQuest.com that displays the distance between Carlsbad and the Central District of California (Irvine), located at https://www.mapquest.com/routeplanner/narrative and inputting "Carlsbad" as the departure

location, and the Ronald Reagan Federal Building and U.S. Courthouse located at 411 W 4th St, Santa Ana, California as the arrival location.

16. Attached as Exhibit L is a true and correct copy of Entropic's Preliminary Infringement Contentions as filed against DirecTV in the lead case.

17. Attached as Exhibit M is a true and correct copy of Entropic's Preliminary Infringement Contentions as filed against DISH.

18. Attached as Exhibit N is a true and correct copy of a document titled "Federal Court Management Statistics - Profiles," provided by the United States Courts, and available at https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-march-2022. Exhibit O is excerpted and includes profiles only for the District of Colorado and the Central District of California.

Executed on August 2, 2022 in Seattle, Washington.

/s/ Nicholas F. Lenning
Nicholas F. Lenning