# EXHIBIT B

# IT'S ALL INCLUDED WITH DISH!
# LOS ANGELES, CA

## $59⁹⁹/mo. 2-YEAR TV PRICE LOCK!

✓ **Includes** 190 Channels with Locals

✓ **Includes** Hopper Smart DVR

✓ **Includes** Voice Remote
  Requires internet-connected Hopper

✓ **Includes** HD Programming

✓ **Includes** One TV, Add More for $5/ea.

✓ **Includes** Free Premium Channels
  After 3 mos. you will be billed $30/mo. unless you call to cancel

       

Prices include Hopper Duo for qualifying customers. Hopper, Hopper w/Sling or Hopper 3 $5/mo more. Upfront fees may apply based on credit qualification. Offer ends 7/15/2020. All offers require credit qualification, 24-month commitment and early termination fee with eAutopay. Call for details. *Requires internet-connected Hopper.

## GET DISH TV & INTERNET
### SPEEDS STARTING AT 25 MBPS

1. You give us a little info about yourself
2. We search for the best TV and Internet deals in your area
3. **You save more money!**

First Name*

Last Name*

Phone Number*

Email Address*

Home Address   Start Typing Your Address

ZIP Code*

## FIND MY DEAL

By submitting this form, I acknowledge that I permit GoDISH.com to use my information provided to search for their best current offers for DISH Satellite TV plus internet service. I also grant GoDISH.com express consent to contact me at the number and/or email address I have provided above with automated technology in relation to this inquiry via phone, e-mail, or text message. I understand that I am not required to consent to make a purchase.

# DISH NETWORK SPECIAL PRICING FOR
# LOS ANGELES, CA

**BEST VALUE**

| AMERICA'S TOP 120 | AMERICA'S TOP 120 PLUS | AMERICA'S TOP 200 | AMERICA'S TOP 250 |
|---|---|---|---|

📞 Call Today & Save 1-855-745-1331

## $69.99 mo.
















Enjoy the best in entertainment, kids, sports, locals, and more - all for one low monthly price.

**LEARN MORE**

## $84.99 mo.











Includes all of America's Top 120, plus your favorite regional sports networks.

**LEARN MORE**

## $94.99 mo.















Includes all of America's Top 120 Plus, plus even more sports and kids' programming.

**LEARN MORE**

## $104.99 mo.









Includes all of America's Top 200, plus more entertainment options and awesome movie channels.

**LEARN MORE**

# PLUS THESE DEALS ON TOP OF THE GREAT SAVINGS IN LOS ANGELES, CA:



### FREE DISH INSTALLATION IN LOS ANGELES, CA

It doesn't matter if you live or rent your home in Los Angeles, CA - DISH offers FREE standard professional installation of your TV and Internet services. In certain areas, DISH even offers same-day or next day installation. **FREE** Standard Installation Same-day Installation Available



### FREE PREMIUM TELEVISION CHANNELS IN LOS ANGELES, CA

Now you can enjoy SHOWTIME® and the DISH Movie Pack™ for FREE during your initial three months of service. What's more, you can watch your favorite movies and TV shows in crystal-clear picture quality, thanks to DISH's HD FREE for Life® offer. These FREE premium upgrades make it easy to see why DISH is a top provider in Los Angeles, CA.



### FREE HD FOR LIFE IN LOS ANGELES, CA

Watch your favorite shows in HD - FREE! Make sure you're experiencing trye HD, in Los Angeles, CA, on your HDTV with DISH HD programming and receivers.



### HOPPER SMART HD DVR IN LOS ANGELES, CA

The new Hopper Smart HD DVR comes in every package for Los Angeles residents and includes over 13 days of recording storage. Easily watch your favorite shows On Demand and record multiple shows at once.

If you're in Los Angeles, CA, you have access to special prices on DISH Network! With packages starting at $59.99, you'll be paying the lowest monthly prices around. Unsure about which package to pick? In Los Angeles, CA America's Top 250 (290+ channels) is the most popular by a mile, with a monthly price of just $94.99. Don't miss out on this incredible deal. Buy DISH Network today!

# DISH NETWORK

📞 **Call Today & Save 1-855-745-1331**

## AVAILABLE IN LOS ANGELES

Los Angeles has some of the best DISH Network deals available! With DISH you'll be able to enjoy programing options that make cable look like technology from the nineties. DISH brings you the most popular shows, at an affordable price. They even include local Los Angeles channels for free! With DISH you won't have to choose between major network programming and local Los Angeles coverage.

If premium programming is important to you, certain DISH packages include Showtime® FREE for three months. Some DISH Network packages even offer HD FREE for Life® at no extra cost! DISH Network's current package offerings include the best channels, at the best prices.

| NETWORK | LOCAL CHANNEL | AFFILIATE |
|---------|---------------|-----------|
| CBS | 2 | KCBS |
| IND | 3 | KILM |
| NBC | 4 | KNBC |
| CW | 5 | KTLA |
| IND | 6 | FOTV |
| ABC | 7 | KABC |
| IND | 9 | KCAL |
| FOX | 11 | KTTV |
| MNT | 13 | KCOP |
| IND | 18 | KSCI |
| IND | 20 | KVME |
| MPFOX | 22 | KWHY |



### DON'T MISS THE GAME WITH DISH NETWORK!

Become a new DISH Network subscriber and you'll never miss the Los Angeles Dodgers game with live coverage from Dodger Stadium. DISH even includes regional channels in their packages, free of charge! You won't find a better TV provider in Los Angeles, CA than DISH Network. Buy a package now and enjoy the best Los Angeles Dodgers coverage.

DISH Network's package offerings cover all of your sports needs! You'll have access to all your favorite california teams with Los Angeles Dodgers season passes. You won't have to pay for channels you don't want with the option to enhance any DISH package with supplemental sports packs. If you live in Los Angeles, order DISH Network today and don't miss another Los Angeles Dodgers game!

# SAVE A BUNDLE

Get DISH & High-Speed Internet, no matter where you live

## DISH NETWORK DEALS FOR LOS ANGELES, CA

If you've gotten to this point, then you know that DISH Network offers the best television packages, for the best vvalue. What you may not know, is that you can save even more when you bundle your television services with high-speed internet. We can help find the best bundle for you in Los Angeles, CA. Call 1-888-291-7119 now, or Click Here to complete the form above and we'll find the perfect internet and television package for you in Los Angeles, CA!

**LEARN MORE**

## INTERNET PROVIDERS

📞 Call Today & Save 1-855-745-1331



Subject to availability. Restrictions apply. Internet not provided by DISH and will be billed separately.



# DISHLATINO

Looking for Spanish speaking television in Los Angeles, CA?

**DISHLATINO IN
LOS ANGELES, CA**

Choose from one of our many DISH Latino TV packages starting at just $29.99. Available in Los Angeles, CA, our most popular Latino TV package, DishLATINO DOS offers the best value and most channels for your money. There are extensive bilingual TV packages to choose from, unique channel options and comprehensive international soccer coverage. DishLATINO is the leader in quality Latino satellite TV programming.



# DISH NETWORK

TV Availability near Los Angeles, CA

Huntington Park  Maywood  South Gate  Lynwood  Bell  Gardena
Compton  Paramount  Bellflower  Pico Rivera  Torrance  Norwalk
Santa Fe Springs  Carson  Whittier  Long Beach  Artesia  Harbor City

📞 Call Today & Save 1-855-745-1331



## EXCEPTIONAL CUSTOMER EXPERIENCE

Showing our 4 & 5 star reviews

### Great

⭐⭐⭐⭐☆

Based on 9,708 reviews.
See some of the reviews
here.

 TRUSTPILOT

**Still doesnt work r...**

⭐⭐⭐⭐⭐
2 months ago

Still doesnt work right

By DISH Network Customer:
Marley

**The technician wa...**

⭐⭐⭐⭐⭐
3 months ago

The technician was a true
professional with great
people skills.

By DISH Network Customer:
Charles Hill

**Very professional ...**

⭐⭐⭐⭐⭐
4 months ago

Very professional and great
customer service

By DISH Network Customer:
Customer

---

## DISH Deals

DISH Deals
Senior Discount
First Responders Discount
Healthcare Workers Discount
Teachers Discount
Military Discount

## DISH TV

DISH Packages
America's Top 120"
America's Top 120+"
America's Top 200"
America's Top 250"

## DISH Internet

Bundle TV & Internet
HughesNet Satellite Internet

## DISH Wireless

DISH Wireless

## Our Company

About Us
Contact Us
DISH Availability
DISH for Business
DISH International
DISH Latino
Existing Customers
Blog

 **dish**
Authorized Retailer
GoDISH.com

**FOLLOW US**

 

---

Privacy Policy | Terms and Conditions

GoDISH.com is an authorized retailer of DISH Network L.L.C. DISH, DISH Network and DISH Network logos are trademarks, registered trademarks and/or service marks of DISH Network L.L.C. and/or its affiliate(s). The DISH Network trademarks, registered trademarks and/or service marks are used under license of DISH Network L.L.C. and/or its affiliate(s). ©GoDISH.com 2022. All rights reserved.

📞 **Call Today & Save 1-855-745-1331**