# EXHIBIT C

    

CURRENT CUSTOMERS:     Visit MyDish   |   Log In   |   Support

dish ☰   |   🛒 Order Online ›   |   📞 Order by Phone 1-844-657-0183

Home  /  California  /  DISH Availability in Los Angeles

# DISH SATELLITE TV IN LOS ANGELES, CALIFORNIA

Find DISH Satellite TV in your area today!

- Local channels
- Sports packages
- Enless HD entertainment

**CALL TO LEARN MORE! 1-844-657-0183**



## DISH SATELLITE TV PACKAGES IN YOUR CITY

---

**AMERICA'S TOP 120™**

**190 channels**

★★★★½  1194 Reviews

**$69.99/mo**

for 24 months* Everyday Price $104.99/mo

See 190 channelsSee 190 channels»

---

**AMERICA'S TOP 120+™**

**190+ channels**

★★★★½  1194 Reviews

**$84.99/mo**

for 24 months* Everyday Price $109.99/mo

See 190+ channelsSee 190+ channels»

---

*BEST VALUE*

**AMERICA'S TOP 200™**

**240+ channels**

★★★★½  2167 Reviews

$ 4.99

💬 Chat Now

📞 Order Now  📞 Order Now! 1-844-657-0183   🛒 Order Online

for 24 months* Everyday Price $119.99/mo

See 240+ channelsSee 240+ channels»

AMERICA'S TOP 250™

290+ channels

★★★★★ 668 Reviews

$104.99/mo

For 24 Months* Everyday Price $129.99/mo

See 290+ channelsSee 290+ channels»

All offers require credit qualification and 24-month commitment and early termination fee with eAutopay. Offer ends 11/09/22. Call for details. Prices include Hopper Duo for qualifying customers. Hopper, Hopper w/Sling or Hopper 3 $5/mo. more. Upfront fees may apply based on credit qualification. RSN Surcharge up to $3/mo. applies to AT120+ and higher packages and varies based on location.

## DON'T LIFT A FINGER—DISH SATELLITE OFFERS FREE INSTALLATION



Have you ever mounted a satellite or installed a whole-home DVR system? DISH has the experience you don't, and they're providing it free of charge! Sit back and relax while the professionals take care of your new DISH TV system with free standard home installation. One room or six, DISH professionals are certified to make sure your system is up and running on your install date.

## SPORTS NETWORKS & CHANNELS IN LOS ANGELES WITH DISH TV



### MLB Extra Innings

Catch every home run with up to 100 weekly out-of-market regular season MLB® games.



### NBA League Pass

Follow any team in the league with as many as 40 live NBA TV games per week.



### NHL Center Ice

With 40 out-of-market games per week, you can catch every power play straight from the rink.







Chat Now

  Order Now  Order Now! 1-844-657-0183       Order Online

| Fox Soccer Plus | Outdoors Package | Willow Cricket HD |
|---|---|---|
| Catch soccer and rugby from UEFA Champions League, Scottish Premier League, and Rugby Union | Watch loads of action from the backcountry, from hunting and fishing to travel and adventure. | Peek into international sports with 24 hour cricket coverage and exclusive airings worldwide games. |



## HOP TO IT: THE HOPPER 3 SMART HD DVR

The DISH Hopper 3 is the most advanced Smart HD DVR we offer. With 2,000 hours of recording space, you won't have to choose between your kids' shows and yours, either. You'll never miss a show or game when you can record up to 16 programs at once. And with AutoHop, you can skip the commercials for pure entertainment.

Our Hopper 3 also comes with a Voice Remote with Google Assistant‡, which makes searching for your favorite shows and changing channels a breeze. You can also control other smart devices around the home, dimming the lights or setting the thermostat for the perfect TV watching environment.

**ORDER DISH IN LOS ANGELES TODAY 1-844-657-0183**

‡Requires internet-connected Hopper, Joey, or Wally device. Customer must press Voice Remote button to activate feature. The Google Assistant Smart Home features require Google account and compatible devices. Google is a trademark of Google LLC.

## BUNDLE MORE SERVICES WITH DISH TV IN LOS ANGELES, CALIFORNIA

DISH can be more than TV! DISH partners with top internet providers to give you the full at-home entertainment setup. Connect with, stream, and download all of your favorites in entertainment.

- Top internet providers



Chat Now

Order Now  Order Now! 1-844-657-0183  Order Online

# Call to add internet and phone to your DISH Package today!
# 1-844-657-0183
## Order DISH in Los Angeles today!
## 1-844-657-0183

## WHY YOU SHOULD CHOOSE DISH TV IN LOS ANGELES



There are plenty of reasons to choose DISH TV in Los Angeles. DISH TV not only gives you live entertainment in high-definition—you can also access thousands of on-demand programs to fulfill any TV itch you have, any time of the day. And with up to 2,000 hours of recording time with our smart DVR, you won't miss your favorite TV shows or movies again.

- 99% signal reliability
- Multiple channel packages
- Smart DVR included

## LOOKING FOR DISH TV NEAR LOS ANGELES, CALIFORNIA?

East Los Angeles
Maywood
Commerce
South Pasadena
South Gate
Cudahy
Bell Gardens
San Gabriel
Pasadena
Culver City
San Marino
Pico Rivera
Rosemead
La Canada Flintridge
Compton
South El Monte
North Hollywood
Santa Fe Springs
Gardena
Alondra Park
Five Points
Sierra Madre
El Segundo
Sherman Oaks
Norwalk
Toluca Lake
Avocado Heights
Van Nuys

Huntington Park
Walnut Park
Bell
Monterey Park
West Hollywood
Alhambra
Montebello
Lynwood
Inglewood
Beverly Hills
West Athens
Downey
Lennox
Montrose
Studio City
Hawthorne
Altadena
La Crescenta
Paramount
El Monte
Whittier
Arcadia
Sun Valley
Bellflower
Tujunga
Santa Monica
Valley Village
Manhattan Beach

Chat Now

Order Now  Order Now! 1-844-657-0183      Order Online

## Stay in the loop, find deals, and get special offers from DISH.

Email Address

**Subscribe**

By providing your email address, you hereby consent to receiving emails from dish.com/availability

CAREERS COMMUNITY SUPPORT AFFILIATES CAREERS 1-888-313-6515

DISH Availability
Texas
North Carolina
Missouri
Michigan
California

DISH Availability
Texas
North Carolina
Missouri
Michigan
California
Ways to Watch
Streaming Boxes
Streaming Sticks
Gaming Consoles
Smart TVs

Ways to Watch
Streaming Boxes
Streaming Sticks
Gaming Consoles
Smart TVs

Small Town & Rural Internet
Rural Internet Guide
Community
DISH Outdoors
DISH Network Packages

Small Town & Rural Internet
Rural Internet Guide
Community
DISH Outdoors
DISH Network Packages
Sitemap
Service Agreements
Terms and Conditions
Do Not Sell My Info


Chat Now

Order Now  Order Now! 1-844-657-0183     Order Online

Service Agreements
Terms and Conditions
Do Not Sell My Info



©2022, DISH Network L.L.C. All Rights Reserved.                                                                                          Privacy Policy



Order Now    Order Now! 1-844-657-0183                              Order Online