# EXHIBIT D



# DISH NETWORK SATELLITE TV
## IN LOS ANGELES, CA



DISH comes with the lowest costs around. Furthermore get more features like no-charge install and activation, free high-definition and a free DVR upgrade. Pick from 1000s of popular movies, indie movies and classic favorites from the convenience of your home. DISH Network Satellite TV gives an excellent picture and crisp audio that put you directly into the action. Choose your programming package to meet your budget and entertainment preferences.

**(/dish-network-tv-packages/)**

**Satellite TV Plans >**

## (844) 693-0285
(tel:8446930285)

## LOCAL CHANNELS FOR LOS ANGELES, CA

| NETWORK | AFFILIATE | LOCAL CHANNEL | DISH TV CHANNEL |
|---|---|---|---|
| ABC | KABC | 7 | 8000 |
| AZTECA | KAZA | 54 | 8011 |
| CBS | KCBS | 2 | 244 |
| FOX | KTTV | 11 | 8003 |
| IND | KSCI | 18 | 8017 |
| NBC | KNBC | 4 | 8002 |
| PBS | KVCR | 24 | 8014 |
| TELEF | KFTR | 46 | 8010 |
| TMNDO | KVEA | 52 | 8009 |
| UNVSN | KMEX | 34 | 8008 |
| UPN | KCOP | 13 | 8005 |
| WB | KTLA | 5 | 8004 |

## (844) 693-0285

[(tel:8446930285)](tel:8446930285)

## COMPARE OUR MOST POPULAR
## DISH TV PACKAGES



America's TOP 120 [(/dish-network-tv-packages/dish-americas-top-120/)](/dish-network-tv-packages/dish-americas-top-120/)

190 Channels

$69.99/mo
Everyday Price: $104.99/mo
2-Year TV Price Guarantee

[Order Online (https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at120&site_location)](https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at120&site_location)

**CALL NOW**



**Our Most Popular Package!**

America's TOP 120+ [(/dish-network-tv-packages/dish-americas-top-120-plus/)](/dish-network-tv-packages/dish-americas-top-120-plus/)

190+ Channels

$84.99/mo
Everyday Price: $119.99/mo
2-Year TV Price Guarantee

[Order Online (https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at120plus&site_local)](https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at120plus&site_local)

**CALL NOW** [(tel:8446930285)](tel:8446930285)



America's TOP 200 [(/dish-network-tv-packages/dish-americas-top-200/)](/dish-network-tv-packages/dish-americas-top-200/)

240+ Channels

$94.99/mo
Everyday Price: $139.99/mo
2-Year TV Price Guarantee

[Order Online (https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at200&site_location)](https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at200&site_location)

**CALL NOW** [(tel:8446930285)](tel:8446930285)



America's TOP 250 [(/dish-network-tv-packages/dish-americas-top-250/)](/dish-network-tv-packages/dish-americas-top-250/)

290+ Channels

$104.99/mo
Everyday Price: $159.99/mo
2-Year TV Price Guarantee

[Order Online (https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at250&site_location)](https://www.dish.com/partner-cart/nps/packages/?alt_rep_id=at250&site_location)

**CALL NOW**

**Compare TV Packages >** [(/dish-network-tv-packages/)](/dish-network-tv-packages/)

**(844) 693-0285**
[(tel:8446930285)](tel:8446930285)

## BUNDLE YOUR DISH TV WITH
## HIGH-SPEED INTERNET

Combine and pay less for television and web. With DISH, you can bundle your TV and Internet providers and get lower rates on both. New subscribers furthermore get free activation and set up, along with plenty of free upgrades. Develop the bundle that's right for the budget and enjoy the convenience of combined billing. Get the TV package you need combined with the high-speed access to the internet you need.



Case 3:23-cv-01112-JMM-KES Document 142-2 Filed 08/05/22 Page 4 of 6 Page ID #:7808

[(/internet/)](/internet/)     **VIEW INTERNET OPTIONS >**

**(844) 693-0285**
[(tel:8446930285)](tel:8446930285)

## AWARD-WINNING TECHNOLOGY:
## THE HOPPER DVR



See your favorite films and shows with a free Hopper upgrade upgrade. The Hopper gives you 2000 hrs of space for storage, and allows you to record as much as sixteen recordings at the same time, finally ending recording conflicts. The Hopper can do things that various other DVRs can't, such as let you control features from your smartphone or tablet. Pause live Television and skip commercials in recorded shows – it's all feasible with the Hopper. With DISH, you don't have to pay anything for the best DVR in the industry.

[(/hopper/)](/hopper/)     **LEARN MORE >**

**(844) 693-0285**
[(tel:8446930285)](tel:8446930285)

## THE BEST CUSTOMER SEVICE:
## 5-STAR SUPPORT



Get support night and day with DISH Network. Along with great prices, DISH Network offers you great customer support. DISH offers among the best customer support available. DISH Network support employees is experienced, friendly and wanting to ensure your questions and worries are taken care of right away. Each person in the DISH assistance team is wanting to help answer your questions.

[(/dish-network/get-dish/dish-network-order-form/)](/dish-network/get-dish/dish-network-order-form/)     **ORDER ONLINE >**

**(844) 693-0285** (tel:8446930285)

# FIND DISH NETWORK SERVICE NEAR LOS ANGELES

- Anaheim, CA (/availability/ca/anaheim/)
- Arcata, CA (/availability/ca/arcata/)
- Bakersfield, CA (/availability/ca/bakersfield/)
- Bell, CA (/availability/ca/bell/)
- Berkeley, CA (/availability/ca/berkeley/)
- Canoga Park, CA (/availability/ca/canoga-park/)
- Carson, CA (/availability/ca/carson/)
- Chula Vista, CA (/availability/ca/chula-vista/)
- Citrus Heights, CA (/availability/ca/citrus-heights/)
- Compton, CA (/availability/ca/compton/)
- Concord, CA (/availability/ca/concord/)
- Corona, CA (/availability/ca/corona/)
- Costa Mesa, CA (/availability/ca/costa-mesa/)
- Crescent-City, CA (/availability/ca/crescent-city/)
- Daly City, CA (/availability/ca/daly-city/)
- Delano, CA (/availability/ca/delano/)
- El Cajon, CA (/availability/ca/el-cajon/)
- El Monte, CA (/availability/ca/el-monte/)
- El-Centro, CA (/availability/ca/el-centro/)
- Encino, CA (/availability/ca/encino/)
- Escondido, CA (/availability/ca/escondido/)
- Fontana, CA (/availability/ca/fontana/)
- Fortuna, CA (/availability/ca/fortuna/)
- Fremont, CA (/availability/ca/fremont/)
- Fresno, CA (/availability/ca/fresno/)
- Fullerton, CA (/availability/ca/fullerton/)
- Garden Grove, CA (/availability/ca/garden-grove/)
- Glendale, CA (/availability/ca/glendale/)
- Hanford, CA (/availability/ca/hanford/)
- Hayward, CA (/availability/ca/hayward/)
- Huntington Beach, CA (/availability/ca/huntington-beach/)
- Inglewood, CA (/availability/ca/inglewood/)
- Irvine, CA (/availability/ca/irvine/)
- La Puente, CA (/availability/ca/la-puente/)
- Laguna Beach, CA (/availability/ca/laguna-beach/)
- Lakewood, CA (/availability/ca/lakewood/)
- Lancaster, CA (/availability/ca/lancaster/)
- Long Beach, CA (/availability/ca/long-beach/)
- Los Angeles, CA (/availability/ca/los-angeles/)
- Madera, CA (/availability/ca/madera/)
- Merced, CA (/availability/ca/merced/)
- Mission Viejo, CA (/availability/ca/mission-viejo/)
- Modesto, CA (/availability/ca/modesto/)
- Moreno Valley, CA (/availability/ca/moreno-valley/)
- North Hollywood, CA (/availability/ca/north-hollywood/)
- Northridge, CA (/availability/ca/northridge/)
- Oakland, CA (/availability/ca/oakland/)
- Oceanside, CA (/availability/ca/oceanside/)
- Ontario, CA (/availability/ca/ontario/)
- Orange, CA (/availability/ca/orange/)
- Oxnard, CA (/availability/ca/oxnard/)
- Palmdale, CA (/availability/ca/palmdale/)
- Pasadena, CA (/availability/ca/pasadena/)
- Paso-Robles, CA (/availability/ca/paso-robles/)
- Petaluma, CA (/availability/ca/petaluma/)
- Piedmont, CA (/availability/ca/piedmont/)
- Pomona, CA (/availability/ca/pomona/)
- Porterville, CA (/availability/ca/porterville/)
- Rancho Cucamonga, CA (/availability/ca/rancho-cucamonga/)
- Red-Bluff, CA (/availability/ca/red-bluff/)
- Richmond, CA (/availability/ca/richmond/)
- Riverside, CA (/availability/ca/riverside/)
- Sacramento, CA (/availability/ca/sacramento/)
- Salinas, CA (/availability/ca/salinas/)
- San Bernardino, CA (/availability/ca/san-bernardino/)
- San Diego, CA (/availability/ca/san-diego/)
- San Francisco, CA (/availability/ca/san-francisco/)
- San Jose, CA (/availability/ca/san-jose/)
- San Juan Capistrano, CA (/availability/ca/san-juan-capistrano/)
- San Mateo, CA (/availability/ca/san-mateo/)
- San-Luis-Obispo, CA (/availability/ca/san-luis-obispo/)
- Santa Ana, CA (/availability/ca/santa-ana/)
- Santa Barbara, CA (/availability/ca/santa-barbara/)
- Santa Clarita, CA (/availability/ca/santa-clarita/)
- Santa Maria, CA (/availability/ca/santa-maria/)
- Santa Rosa, CA (/availability/ca/santa-rosa/)
- Santa-Cruz, CA (/availability/ca/santa-cruz/)
- Sherman Oaks, CA (/availability/ca/sherman-oaks/)
- Simi Valley, CA (/availability/ca/simi-valley/)
- Stockton, CA (/availability/ca/stockton/)
- Sunnyvale, CA (/availability/ca/sunnyvale/)

- Thousand Oaks, CA (/availability/ca/thousand-oaks/)
- Torrance, CA (/availability/ca/torrance/)
- Truckee, CA (/availability/ca/truckee/)
- Ukiah, CA (/availability/ca/ukiah/)
- Vallejo, CA (/availability/ca/vallejo/)
- Van Nuys, CA (/availability/ca/van-nuys/)
- Ventura, CA (/availability/ca/ventura/)
- Visalia, CA (/availability/ca/visalia/)
- West Hollywood, CA (/availability/ca/west-hollywood/)
- Whittier, CA (/availability/ca/whittier/)
- Woodland Hills, CA (/availability/ca/woodland-hills/)

 (844) 693-0285 (tel:8446930285)

Case 2:23-cv-01112-MWF-KES   Document 14-2   Filed 08/05/23   Page 8 of 8   Page ID #:787

## FAQ ABOUT
## DISH NETWORK IN LOS ANGELES, CALIFORNIA

**IS DISH NETWORK AVAILABLE IN LOS ANGELES, CA?**

Yes! Dish Network satellite tv and can be installed almost anywhere in Los Angeles, CA. Call (844) 693-0292 today to order!

**DOES DISH OFFER LOCAL CHANNELS FOR LOS ANGELES, CA?**

Yes. Dish offers Los Angeles, CA local channels such as CBS, NBC, ABC and FOX. Call (844) 693-0292 to get Dish today!

**DOES DISH OFFER HIGH-SPEED OR SATELLITE INTERNET IN LOS ANGELES, CA?**

Yes! Call (844) 693-0292 today to get deals and promotions on internet services Dish offers in Los Angeles, CA.

 (844) 693-0285 (tel:8446930285)

## HERE IS WHAT OUR CUSTOMERS SAY ABOUT US!

**VERIFIED DISH PROMOTIONS CUSTOMER REVIEWS**

OUR CUSTOMERS RATE US



**4.4 out of 5 STARS**

based on over 1034 total reviews. **read all here (https://www.shopperapproved.com/reviews/dishpromotions.com/)**

 (844) 693-0285 (tel:8446930285)

Dish Promotions is an authorized retailer of DISH Network L.L.C. See Full Details Here (/dish-promotions-disclaimer/)