# EXHIBIT E



# DISH NETWORK DEALS



# FOR CALIFORNIA RESIDENTS

Enjoy a huge selection of channels with the top movies and shows along with free upgrades including a free DVR, free of charge HD stations and free installation. Get all of your California local stations and favorite tv networks together along with specialty channels, family-friendly programming and movie channels. TV plans are available for every budget, so it is easy to tailor a package that matches your needs.

**DISH Plans >**  **(/dish-network-tv-packages/)**

**(844) 693-0285**

**(tel:8446930285)**

# DISH NETWORK IS AVAILABLE IN CALIFORNIA

*Dish TV is available in the following California cities:*

- Anaheim, CA (/availability/ca/anaheim/)
- Arcata, CA (/availability/ca/arcata/)
- Bakersfield, CA (/availability/ca/bakersfield/)
- Bell, CA (/availability/ca/bell/)
- Berkeley, CA (/availability/ca/berkeley/)
- Canoga Park, CA (/availability/ca/canoga-park/)
- Carson, CA (/availability/ca/carson/)

- Chula Vista, CA (/availability/ca/chula-vista/)
- Citrus Heights, CA (/availability/ca/citrus-heights/)
- Compton, CA (/availability/ca/compton/)
- Concord, CA (/availability/ca/concord/)
- Corona, CA (/availability/ca/corona/)
- Costa Mesa, CA (/availability/ca/costa-mesa/)

- Crescent-City, CA (/availability/ca/crescent-city/)
- Daly City, CA (/availability/ca/daly-city/)
- Delano, CA (/availability/ca/delano/)
- El Cajon, CA (/availability/ca/el-cajon/)
- El Monte, CA (/availability/ca/el-monte/)
- El-Centro, CA (/availability/ca/el-centro/)

- Encino, CA (/availability/ca/encino/)
- Escondido, CA (/availability/ca/escondido/)
- Fontana, CA (/availability/ca/fontana/)
- Fortuna, CA (/availability/ca/fortuna/)
- Fremont, CA (/availability/ca/fremont/)
- Fresno, CA (/availability/ca/fresno/)
- Fullerton, CA (/availability/ca/fullerton/)
- Garden Grove, CA (/availability/ca/garden-

- grove/)
- Glendale, CA (/availability/ca/glendale/)
- Hanford, CA (/availability/ca/hanford/)
- Hayward, CA (/availability/ca/hayward/)
- Huntington Beach, CA (/availability/ca/huntington-beach/)
- Inglewood, CA (/availability/ca/inglewood/)
- Irvine, CA (/availability/ca/irvine/)
- La Puente, CA (/availability/ca/la-puente/)
- Laguna Beach, CA (/availability/ca/laguna-beach/)
- Lakewood, CA (/availability/ca/lakewood/)
- Lancaster, CA (/availability/ca/lancaster/)
- Long Beach, CA (/availability/ca/long-beach/)
- Los Angeles, CA (/availability/ca/los-angeles/)
- Madera, CA (/availability/ca/madera/)
- Merced, CA (/availability/ca/merced/)
- Mission Viejo, CA (/availability/ca/mission-viejo/)
- Modesto, CA (/availability/ca/modesto/)
- Moreno Valley, CA (/availability/ca/moreno-

- valley/)
- North Hollywood, CA (/availability/ca/north-hollywood/)
- Northridge, CA (/availability/ca/northridge/)
- Oakland, CA (/availability/ca/oakland/)
- Oceanside, CA (/availability/ca/oceanside/)
- Ontario, CA (/availability/ca/ontario/)
- Orange, CA (/availability/ca/orange/)
- Oxnard, CA (/availability/ca/oxnard/)
- Palmdale, CA (/availability/ca/palmdale/)
- Pasadena, CA (/availability/ca/pasadena/)
- Paso-Robles, CA (/availability/ca/paso-robles/)
- Petaluma, CA (/availability/ca/petaluma/)
- Piedmont, CA (/availability/ca/piedmont/)
- Pomona, CA (/availability/ca/pomona/)
- Porterville, CA (/availability/ca/porterville/)
- Rancho Cucamonga, CA (/availability/ca/rancho-cucamonga/)
- Red-Bluff, CA (/availability/ca/red-bluff/)
- Richmond, CA (/availability/ca/richmond/)
- Riverside, CA (/availability/ca/riverside/)

- Sacramento, CA (/availability/ca/sacramento/)
- Salinas, CA (/availability/ca/salinas/)
- San Bernardino, CA (/availability/ca/san-bernardino/)
- San Diego, CA (/availability/ca/san-diego/)
- San Francisco, CA (/availability/ca/san-francisco/)
- San Jose, CA (/availability/ca/san-jose/)
- San Juan Capistrano, CA (/availability/ca/san-juan-capistrano/)
- San Mateo, CA (/availability/ca/san-mateo/)
- San-Luis-Obispo, CA (/availability/ca/san-luis-obispo/)
- Santa Ana, CA (/availability/ca/santa-ana/)
- Santa Barbara, CA (/availability/ca/santa-barbara/)
- Santa Clarita, CA (/availability/ca/santa-clarita/)
- Santa Maria, CA (/availability/ca/santa-maria/)
- Santa Rosa, CA (/availability/ca/santa-rosa/)
- Santa-Cruz, CA (/availability/ca/santa-

- cruz/)
- Sherman Oaks, CA (/availability/ca/sherman-oaks/)
- Simi Valley, CA (/availability/ca/simi-valley/)
- Stockton, CA (/availability/ca/stockton/)
- Sunnyvale, CA (/availability/ca/sunnyvale/)
- Thousand Oaks, CA (/availability/ca/thousand-oaks/)
- Torrance, CA (/availability/ca/torrance/)
- Truckee, CA (/availability/ca/truckee/)
- Ukiah, CA (/availability/ca/ukiah/)
- Vallejo, CA (/availability/ca/vallejo/)
- Van Nuys, CA (/availability/ca/van-nuys/)
- Ventura, CA (/availability/ca/ventura/)
- Visalia, CA (/availability/ca/visalia/)
- West Hollywood, CA (/availability/ca/west-hollywood/)
- Whittier, CA (/availability/ca/whittier/)
- Woodland Hills, CA (/availability/ca/woodland-hills/)

_ **(844) 693-0285**

(tel:8446930285)

# COMPARE OUR MOST POPULAR
# DISH TV PACKAGES



America's
**TOP 120**
(/dish-network-tv-packages/dish-americas-top-120/)

190 Channels

# $69.99 /mo

Everyday Price $79.99 /mo
**2-Year TV Price Guarantee**

Order Online (https://www.dish.com/partner cart/nps/packages/? alt_rep_id=at120&site_locatio

**(/dish-network-tv-packages/dish-americas-top-120/)**

CALL NOW



**Our Most Popular Package!**

America's
**TOP 120 +**
(/dish-network-tv-packages/dish-americas-top-120-plus/)

190+ Channels

# $84.99 /mo

Everyday Price $89.99 /mo
**2-Year TV Price Guarantee**

Order Online (https://www.dish.com/partner cart/nps/packages/? alt_rep_id=at120plus&site_loca

CALL NOW
**(tel:8446930285)**



America's
**TOP 200**
(/dish-network-tv-packages/dish-americas-top-200/)

240+ Channels

# $94.99 /mo

Everyday Price $99.99 /mo
**2-Year TV Price Guarantee**

Order Online (https://www.dish.com/partner cart/nps/packages/? alt_rep_id=at200&site_locatio

CALL NOW
**(tel:8446930285)**



America's
**TOP 250**
(/dish-network-tv-packages/dish-americas-top-250/)

290+ Channels

# $104.99 /mo

Everyday Price $109.99 /mo
**2-Year TV Price Guarantee**

Order Online (https://www.dish.com/partner cart/nps/packages/? alt_rep_id=at250&site_locatio

**(/dish-network-tv-packages/dish-americas-top-250/)**

CALL NOW

**COMPARE ALL PACKAGES >** **(/dish-network-tv-packages/)**

## Satellite TV in California:



# LOCK-IN YOUR PRICE FOR 2-YEARS!

DISH network customers in California could qualify for our 2-year Television Price Guarantee. Your Dish package pricing will be Locked-In for 2 Full Years! Enjoy crystal-clear picture and crisp sound that place you directly into the action. For qualified California customers; You could receive free upgrades including a FREE Activation, FREE Next-Day Installation, FREE Hopper Smart HD-DVR Upgrade, FREE HD channels for life and 3-months of our premium channels (Showtime,

Starz and the Dish Movie Pack)!

**ORDER ONLINE >** **(/dish-network/get-dish/dish-network-order-form/)**

**_(844) 693-0285**
_____
(tel:8446930285)



# BUNDLE YOUR DISH TV WITH
# HIGH-SPEED INTERNET

Not only do we have the best Satellite TV options in California, we also offer the best options for high-speed internet. We work with all the major high-speed internet providers in California. Call us today so we can fit you into the best fiber, cable, or DSL internet options in your area. Do you live in an area of California without standard internet access? Call and ask us about HughesNet Satellite internet! HughesNet offers the best satellite internet in California and the entire country!

**(/internet/)**

**VIEW INTERNET OPTIONS >**

**_(844) 693-0285**
_____
(tel:8446930285)

# COMMON QUESTIONS ABOUT
# DISH NETWORK IN CALIFORNIA

**IS DISH NETWORK AVAILABLE IN CALIFORNIA?**

*Yes! Dish Network satellite tv and can be installed almost anywhere in California. Call (844) 693-0292 to check your city!*

**DOES DISH OFFER LOCAL CHANNELS FOR CALIFORNIA?**

*Yes. Dish offers California local channels such as CBS, NBC, ABC and FOX. Call (844) 693-0292 to get Dish today!*

**DOES DISH OFFER HIGH-SPEED OR SATELLITE INTERNET IN CALIFORNIA?**

*Does DISH Offer High-Speed or Satellite Internet in California?*

**_(844) 693-0285**
_____
(tel:8446930285)

# HERE IS WHAT OUR CUSTOMERS SAY ABOUT US!

**VERIFIED DISH PROMOTIONS CUSTOMER REVIEWS**

OUR CUSTOMERS RATE US



**4.4 out of 5 STARS**

based on over 1034 total reviews. **read all here**
**(https://www.shopperapproved.com/reviews/dishpromotions.com/)**

**(844) 693-0285** (tel:8446930285)

Dish Promotions is an authorized retailer of DISH Network L.L.C. *See Full Details Here (/dish-promotions-disclaimer/)*