# EXHIBIT G

X-Factor Communications　　　　　　　　　　　　　　　　　　　　(714) 627-4263 (tel:(714) 627-4263)

(/)　　(/)　　　　TV Packages　　Experience　　Offers　　About　　　　Contact us (/contact-us)

## DISH is ranked #
## Power and our c



For J.D. Power 20

### Channel Packages

Browse the latest DISH TV packages.

**Explore Packages ❯ (/packages)**

### Technology

Learn more about the Hopper® 3.

**Discover Hopper 3 ❯ (/hopper)**

### DISH vs. Competitors

See why DISH is the best cable or satellite TV Provider.

**Explore Offer ❯ (/dish-vs-competitors)**

## Hi, we're X-Factor Communications.
### Your DISH Local Retailer.

X-Factor Communications is an authorized DISH Satellite television Retailer specializing in Satellite television and Internet. We are your local choice for DISH service! We are dedicated to serving the local community of Anaheim, California. DISH is the best choice for value, technology and customer service. Call or stop by today!

👤 **Review Us (https://reviews.sproutloud.com/dish/x-factorcommunications)**

# Switch to DISH and get the best value in TV.



**your money back.**

**Call Now (tel:(714) 627-4263)**



Free DISH Voice Remote with the Google Assistant

Smart DVR Included

80,000 OnDemand Movies and TV programming

2-Year TV Price Guarantee

Free Next-Day Installation (where available)

Free Premium Channels



# TV Packages made for you.

### 190 Channels
America's Top 120

### $69.99/mo.

### 190+ Channels
America's Top 120 Plus

### $15 more/mo
(Compared to America's Top 120)



### Most Popular

**240+ Channels**
America's Top 200

**$25 more/mo**
(Compared to America's Top 120)

### 290+ Channels
America's Top 250

**$35 more/mo**
(Compared to America's Top 120)

Explore Packages (/packages)

All offers require credit qualification and 24-month commitment and early termination fee with eAutopay. Offer ends 11/9/22. Call for details. Prices include Hopper Duo for qualifying customers. Hopper, Hopper w/Sling or Hopper 3 $5/mo. more. Upfront fees may apply based on credit qualification.

## Thank you for all you do.

As a token of our appreciation, we're offering special deals to those who make our lives better — all at no cost.



### Military

To show our respect, active military and veterans will



### First Responders

To show our gratitude, we



### Health Care

To show our appreciation,



### Teachers

To show our thanks, we are offering educators like

veterans will enjoy savings of $500+ over two years.

are offering first responders additional programming and extra benefits.

we've created an exclusive offer for doctors, nurses, medical providers and hospital workers.

educators like you America's best value in TV, with exclusive benefits.

Learn More (/veterans-offer/)

Learn More (/veterans-offer/)

Learn More (/healthcare)

Learn More (/teachers-offer/)

All offers require credit qualification, 2-year commitment with early termination fee and eAutoPay. Validation of status as active duty, veteran, first responder, healthcare worker, or teacher may be required. Upfront fees may apply based on credit qualification. Fees apply for additional TVs: Hopper $15/mo., Joey $7/mo., Super Joey $10/mo.

## We love TV. And we're local.

**Please call for an appointment to test drive our new Voice Remote!**

Call (714) 627-4263 (tel:(714) 627-4263)

*All offers require business verification, 2-Year commitment with early termination fee and eAutoPay.

### TV Packages

English (/packages)

Latino (/latino-packages)

Sports (/sports)

International (/international-packages)

Premium (/premium-channels)

Compare (/dish-vs-competitors)

### Experience

On Demand (/on-demand)

Customer Service (/customer-service)

Voice Control (/voice-control)

Hopper (/hopper)

Whole Home Entertainment (/whole-home)

App Integration (/apps)

DISH Anywhere (/dish-anywhere)

Installation (/installation)

### Offers

55+ Offer (/55-offer)

Military & First Responders (/veterans-offer)

Refer a Friend (/refer-a-friend)

Healthcare Offer (/healthcare)

### About

Videos (/videos)

Testimonials (/testimonials)

Privacy Policy (/privacy-policy)

Contact Us (/contact-us)

Terms and Conditions (/terms-and-conditions)

Terms of Use (/terms-of-use)

### Location

X-Factor Communications
5606 E. La Palma Ave
Anaheim, CA 92807 (http://maps.google.com/?q=5606 E. La Palma Ave Anaheim CA 92807)
Phone: (714) 627-4263 (tel:(714) 627-4263)
Fax: (714) 935-9991 (tel:(714) 935-9991)

### Business Hours

| | |
|---|---|
| Monday: | 8:00 AM - 5:00 PM |
| Tuesday: | 8:00 AM - 5:00 PM |
| Wednesday: | 8:00 AM - 5:00 PM |
| Thursday: | 8:00 AM - 5:00 PM |
| Friday: | 8:00 AM - 5:00 PM |
| Saturday: | 8:00 AM - 5:00 PM |
| Sunday: | 8:00 AM - 5:00 PM |



[Google Map (https://maps.google.com/maps?ll=33.8581,-117.793399&z=14&t=m&hl=en-US&gl=US&mapclient=apiv3)](https://maps.google.com/maps?ll=33.8581,-117.793399&z=14&t=m&hl=en-US&gl=US&mapclient=apiv3)

Map data ©2022 · [Report a map error](https://www.google.com/maps/@33.8580999,-117.7933992,14z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

[ (https://www.facebook.com/X-Factor-Communications-185668438124365/)](https://www.facebook.com/X-Factor-Communications-185668438124365/)

---

X-Factor Communications is an authorized retailer of DISH L.L.C. DISH, DISH and DISH logos are trademarks, registered trademarks and/or service marks of DISH L.L.C. and/or its affiliate(s). The DISH trademarks, registered trademarks and/or service marks are used under license of DISH L.L.C. and/or its affiliate(s).

Case 2:22-cv-01112-JWH-KES   Document 14-8   Filed 08/05/22   Page 1 of 1   Page ID #:7881