# EXHIBIT I





# MaxLinear Completes Acquisition of Entropic

April 30, 2015 17:00 ET | Source: MaxLinear, Inc

CARLSBAD, Calif., April 30, 2015 (GLOBE NEWSWIRE) -- MaxLinear, Inc. (NYSE:MXL) or ("MaxLinear"), a leading provider of integrated radio frequency ("RF") and mixed-signal integrated circuits ("ICs"), today announced that it has completed its previously announced acquisition of Entropic Communications, Inc.

As part of the merger agreement, Entropic stockholders will receive (i) $1.20 per share in cash and (ii) 0.2200 of a share of MaxLinear Class A Common Stock for each Entropic common share outstanding immediately prior to the effective time of the merger. MaxLinear paid approximately $111 million in cash and issued approximately 20.4 million shares of common stock in connection with the acquisition. Immediately following completion of the merger, existing holders of MaxLinear capital stock will hold approximately 65% and former Entropic stockholders will hold approximately 35% of MaxLinear's outstanding capital stock.

The acquisition will add significant scale to MaxLinear's analog/mixed-signal business, expanding its addressable market and enhancing the strategic value of MaxLinear's offerings to its broadband and access partners, OEM customers, and service providers. MaxLinear sees immediate cross-selling opportunities and longer-term platform integration opportunities with Entropic's leading MoCA technology.

Along with broadening MaxLinear's presence in its existing markets, Entropic adds immediate scale and deep customer relationships in MaxLinear's most recent growth area of the satellite Pay-TV market. Entropic's design talents and portfolio of approximately 1,500 issued and pending patents are highly complementary, and MaxLinear is uniquely positioned to capitalize on these assets.



markets," said Dr. Kishore Seendripu, CEO of MaxLinear. "We believe the scale and strategic benefits of a broader technology portfolio will enable us to accelerate our expansion into new markets more effectively. The financial benefits of the transaction should be immediately visible, as we expect non-GAAP earnings accretion in the first full quarter post-close."

**About MaxLinear**

MaxLinear, Inc. is a provider of integrated, radio-frequency and mixed-signal integrated circuits for broadband communication and data center, metro, and long-haul transport network applications. MaxLinear is headquartered in Carlsbad, California. For more information, please visit [www.maxlinear.com](http://www.maxlinear.com).

**Cautionary Note Concerning Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include, among others, statements concerning anticipated synergies resulting from the acquisition; anticipated accretion to MaxLinear's earnings; anticipated cost savings arising from the acquisition. These forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause actual results to be materially different from any future results expressed or implied by the forward-looking statements. Forward-looking statements are based on management's current, preliminary expectations and are subject to various risks and uncertainties. Actual results could differ materially as a result of such review and audit. In addition, risks and uncertainties that could affect the forward-looking statements set forth in this press release include the following: the challenges and costs of closing, integrating, restructuring, and achieving currently anticipated synergies; the ability to retain key employees, customers, and suppliers following completion of the acquisition; and other factors generally affecting the business, operations, and financial condition of MaxLinear, including the information contained in MaxLinear's Annual Report on Form 10-K for the year ended December 31, 2014 (including Amendment No. 1 thereto), subsequent Quarterly Reports on Form 10-Q, and other reports and filings with the SEC.



ESG NEWS   COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER

```
              MaxLinear Inc. Press Contact:
David Rodewald
The David James Agency LLC
Tel: 805-494-9508
david@davidjamesagency.com

MaxLinear Inc. Corporate Contact:
Adam Spice
Chief Financial Officer
Tel: 760-692-0711, ext. 196
aspice@maxlinear.com
```

Contact

## Recommended Reading

August 07, 2018 16:05 ET

Source:  MaxLinear, Inc

### MaxLinear, Inc. Announces Second Quarter 2018 Financial Results

CARLSBAD, Calif., Aug. 07, 2018 (GLOBE NEWSWIRE) -- MaxLinear, Inc. (NYSE: MXL), a leading provider of radio-frequency, mixed-signal and high-performance analog integrated circuits for the connected...



July 16, 2018 16:07 ET

Source:  MaxLinear, Inc

### MaxLinear, Inc. Announces Conference Call to Review Second Quarter 2018 Financial Results

CARLSBAD, Calif., July 16, 2018 (GLOBE NEWSWIRE) -- MaxLinear, Inc. (NYSE:MXL), a leading provider of radio frequency (RF), analog and mixed-signal integrated circuits for the connected home, wired...



## Explore








| ESG NEWS | COVID-19 NEWS | SERVICES ⌄ | CONTACT US | FRANÇAIS | SIGN IN |
|---|---|---|---|---|---|

 



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home                    · RSS Feeds

· Newsroom            · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.