# EXHIBIT J







MapQuest | RoutePlanner
Optimize routes, save time

Print Share

**San Diego**
**to 411 W 4th St, ROOM 1053**

1 hr 31 min
89.0 miles

**Est fuel cost:** $13.24
**IRS reimbursement:** $52.08

1 hr 31 min (89.03 miles)
San Diego to 411 W 4th St, ROOM 1053

San Diego

Start out going north on 1St Ave toward C St.

Then 0.57 miles

Merge onto I-5 N via the ramp on the left.

- *If you reach Fir St you've gone a little too far*

Then 85.84 miles

Keep left to take I-5 N toward Santa Ana/Newport Beach/CA-55 S.

Then 0.71 miles

Take the First St exit, EXIT 103C, toward Fourth St.

Then 0.15 miles

Keep right to take the Fourth St ramp.

Then 0.09 miles

Turn left onto E 4th St.

Then 1.66 miles

411 W 4th St, ROOM 1053
Santa Ana, CA 92701-4500

- *411 W 4TH ST, ROOM 1053 is on the right.*
- *Your destination is just past N Birch St*
- *If you reach N Ross St you've gone a little too far*

Case 2:22-cv-01112-JHC-KES    Document 18-1    Filed 08/05/22    Page 4 of 4    Page ID #:7886