# EXHIBIT K



# MapQuest | RoutePlanner
Optimize routes, save time

Print   Share

**Carlsbad**
**to 411 W 4th St, ROOM 1053**

**55 min**
55.0 miles

**Est fuel cost:** $8.52
**IRS reimbursement:** $32.18

**55 min** (55.00 miles)
Carlsbad to 411 W 4th St, ROOM 1053

🅐 **Carlsbad**

↑ Start out going southwest on Carlsbad Village Dr.

Then 0.04 miles

⇈ Merge onto I-5 N toward San Diego.

Then 52.34 miles

↰ Keep left to take I-5 N toward Santa Ana/Newport Beach/CA-55 S.

Then 0.71 miles

EXIT ↗ Take the First St exit, EXIT 103C, toward Fourth St.

Then 0.15 miles

RAMP ↗ Keep right to take the Fourth St ramp.

Then 0.09 miles

↰ Turn left onto E 4th St.

Then 1.66 miles

📍 **411 W 4th St, ROOM 1053**
Santa Ana, CA 92701-4500

- 411 W 4TH ST, ROOM 1053 is on the right.
- Your destination is just past N Birch St
- If you reach N Ross St you've gone a little too far



Case 3:22-cv-01112-JAH-KES   Document 1-17   Filed 08/05/22   Page 4 of 4   Page ID
#:7800