**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br>*Plaintiff,* <br><br>v. <br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG <br>(Lead Case) <br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br>*Plaintiff,* <br><br>v. <br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC, <br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br>(Member Case) |

**ENTROPIC'S OPPOSITION TO DISH'S MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND CROSS-MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT**

Index of Additional Attachments:

1. Declaration of Nicholas F. Lenning;
2. Exhibit A to Declaration;
3. Exhibit B to Declaration;
4. Exhibit C to Declaration;
5. Exhibit D to Declaration;
6. Exhibit E to Declaration;
7. Exhibit F to Declaration;
8. Exhibit G to Declaration;

9. Exhibit I to Declaration;
10. Exhibit J to Declaration;
11. Exhibit K to Declaration;
12. Exhibit L to Declaration;
13. Exhibit M to Declaration;
14. Exhibit N to Declaration; and
15. Exhibit O to Declaration.

Dated: August 3, 2022                                  Respectfully submitted,

 /s/ Jim Shimota (by permission Wesley Hill)
James Shimota – Lead Attorney
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 2nd day of August 3, 2022.

/s/ Wesley Hill