# EXHIBIT F

Get Multi-Sport with NFL RedZone Included! Limited-Time Offer

# Find a Retailer

Zip Code
92801

Case 2:22-cv-07775-JWH-KES Document 76-7 Filed 08/03/22 Page 2 of 3 Page ID #:2359

Distance
25 miles

Search

PREFERRED RETAILER

## 1. X Factor Communications Inc

5606 E La Palma Ave
Anaheim, Ca 92807
(714) 627-4263

9.72 mi
Directions

http://xfactorcommunications.com ›

Hours:
M-F 9am-5pm
Saturday-Sunday 10am-4pm

Preferred Retailer | Retail Sales | Service & Installation

*Scheduling a de-installation with a Retailer may incur an extra charge. Please ask the Retailer about any additional charges prior to scheduling.

DISH is ranked #1 in Customer Satisfaction by J.D. Power and our customers for the fourth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

dish TUNED IN TO YOU

Get the full DISH experience!





