# EXHIBIT J



© 2022 MapQuest | © TomTom | Legal | Privacy | About Our Ads | © Mapbox © OpenStreetMap





MapQuest RoutePlanner
Optimize routes, save time

Print Share

**San Diego**
**to 411 W 4th St, ROOM 1053**

**1 hr 31 min**
89.0 miles

**Est fuel cost:** $13.24
**IRS reimbursement:** $52.08

1 hr 31 min (89.03 miles)

Case 2:22-cv-07775-JWH-KES Document 76-10 Filed 08/03/22 Page 3 of 4 Page ID #:2375

San Diego to 411 W 4th St, ROOM 1053

San Diego

Start out going north on 1St Ave toward C St.

Then 0.57 miles

Merge onto I-5 N via the ramp on the left.

- *If you reach Fir St you've gone a little too far*

Then 85.84 miles

Keep left to take I-5 N toward Santa Ana/Newport Beach/CA-55 S.

Then 0.71 miles

Take the First St exit, EXIT 103C, toward Fourth St.

Then 0.15 miles

Keep right to take the Fourth St ramp.

Then 0.09 miles

Turn left onto E 4th St.

Then 1.66 miles

411 W 4th St, ROOM 1053
Santa Ana, CA 92701-4500

- *411 W 4TH ST, ROOM 1053 is on the right.*
- *Your destination is just past N Birch St*
- *If you reach N Ross St you've gone a little too far*

Case 3:22-cv-01112-IM-KES   Document 10-01   Filed 08/03/22   Page 4 of 4   Page ID #:331e