# EXHIBIT K



© 2022 MapQuest | © TomTom | Legal | Privacy | About Our Ads | © Mapbox © OpenStreetMap

**MapQuest** | **Route**Planner
Optimize routes, save time

←                                                                🖶 **Print**      ✈ **Share**

**Carlsbad**
**to 411 W 4th St, ROOM 1053**

## 55 min
55.0 miles

**Est fuel cost:** $8.52 ⓘ
**IRS reimbursement:** $32.18

**55 min** (55.00 miles)

Case 3:55-CA-01112-IMH-KES   Document 10-07   Filed 080303   Page 3 of 4   Page ID

Carlsbad to 411 W 4th St, ROOM 1053

(Ⓐ) **Carlsbad**

↑ Start out going southwest on Carlsbad Village Dr.

Then 0.04 miles

⇅ Merge onto I-5 N toward San Diego.

Then 52.34 miles

↰ Keep left to take I-5 N toward Santa Ana/Newport Beach/CA-55 S.

Then 0.71 miles

**EXIT**
↗ Take the First St exit, EXIT 103C, toward Fourth St.

Then 0.15 miles

**RAMP**
↗ Keep right to take the Fourth St ramp.

Then 0.09 miles

↰ Turn left onto E 4th St.

Then 1.66 miles

(📍) **411 W 4th St, ROOM 1053**
Santa Ana, CA 92701-4500

- *411 W 4TH ST, ROOM 1053 is on the right.*
- *Your destination is just past N Birch St*
- *If you reach N Ross St you've gone a little too far*

https://www.mapquest.com/routeplanner/narrative                                                    2/3



Help