# EXHIBIT O

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 16,910 | 16,448 | 17,910 | 18,716 | 17,803 | 15,265 | | |
| | Terminations | | 16,334 | 16,399 | 16,545 | 17,856 | 17,327 | 16,901 | | |
| | Pending | | 12,660 | 12,764 | 14,131 | 14,909 | 15,202 | 13,535 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -9.7 | -7.2 | -14.8 | -18.4 | -14.3 | | 83 | 13 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 43.0 | 65.7 | 79.8 | 105.8 | 100.4 | 93.4 | | |
| **Actions per Judgeship** | Filings | Total | 604 | 587 | 640 | 668 | 636 | 545 | 24 | 5 |
| | | Civil | 534 | 504 | 551 | 588 | 582 | 487 | 14 | 3 |
| | | Criminal Felony | 39 | 49 | 57 | 53 | 34 | 35 | 84 | 13 |
| | | Supervised Release Hearings | 30 | 34 | 32 | 28 | 19 | 24 | 61 | 13 |
| | Pending Cases [2] | | 452 | 456 | 505 | 532 | 543 | 483 | 45 | 6 |
| | Weighted Filings [2] | | 573 | 583 | 650 | 723 | 702 | 575 | 17 | 3 |
| | Terminations | | 583 | 586 | 591 | 638 | 619 | 604 | 18 | 5 |
| | Trials Completed | | 13 | 11 | 12 | 9 | 3 | 9 | 78 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 13.1 | 13.3 | 14.4 | 17.3 | 19.5 | 79 | 13 |
| | | Civil [2] | 4.8 | 5.0 | 5.2 | 4.6 | 4.8 | 5.0 | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.4 | 19.2 | 21.8 | 22.5 | 17.4 | 23.5 | 4 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 538 5.4 | 547 5.6 | 559 5.2 | 620 5.4 | 753 6.4 | 881 8.7 | 41 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.5 | 1.7 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 50.2 | 42.9 | 44.3 | 59.0 | 0 | 59.5 | | |
| | | Percent Not Selected or Challenged | 45.9 | 43.6 | 45.1 | 57.1 | 0 | 55.0 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 13,628 | 692 | 211 | 1,234 | 105 | 278 | 568 | 1,387 | 969 | 1,316 | 4,112 | 6 | 2,750 |
| Criminal [1] | 963 | 2 | 288 | 83 | 180 | 163 | 60 | 45 | - | 37 | 4 | 41 | 60 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

### COLORADO

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 3,865 | 3,917 | 4,276 | 4,386 | 4,375 | 3,934 | | |
| | | Terminations | 3,733 | 3,762 | 3,985 | 4,176 | 4,001 | 4,151 | | |
| | | Pending | 2,990 | 3,135 | 3,404 | 3,604 | 3,951 | 3,697 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 1.8 | 0.4 | -8.0 | -10.3 | -10.1 | | 69 | 7 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months ² | 12.0 | 12.0 | 12.9 | 12.3 | 12.0 | 18.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 552 | 560 | 611 | 627 | 625 | 562 | 20 | 1 |
| | | Civil | 472 | 446 | 505 | 522 | 552 | 480 | 15 | 1 |
| | | Criminal Felony | 63 | 88 | 85 | 81 | 55 | 57 | 65 | 7 |
| | | Supervised Release Hearings | 18 | 26 | 20 | 23 | 18 | 25 | 60 | 7 |
| | Pending Cases ² | | 427 | 448 | 486 | 515 | 564 | 528 | 38 | 2 |
| | Weighted Filings ² | | 535 | 555 | 624 | 640 | 648 | 577 | 16 | 2 |
| | Terminations | | 533 | 537 | 569 | 597 | 572 | 593 | 19 | 1 |
| | Trials Completed | | 15 | 24 | 19 | 16 | 9 | 17 | 39 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.8 | 8.8 | 9.9 | 10.2 | 13.8 | 16.7 | 68 | 7 |
| | | Civil ² | 7.1 | 7.4 | 8.0 | 7.5 | 7.6 | 8.9 | 31 | 2 |
| | From Filing to Trial ² (Civil Only) | | 28.2 | 24.7 | 30.6 | 34.4 | - | 33.4 | 25 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 55 2.2 | 72 2.9 | 81 3.0 | 93 3.2 | 129 4.0 | 178 5.9 | 22 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.4 | 1.4 | 1.4 | 1.5 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 36.8 | 40.6 | 37.1 | 40.1 | 31.9 | 35.5 | | |
| | | Percent Not Selected or Challenged | 43.4 | 39.7 | 34.7 | 33.3 | 39.5 | 35.8 | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,359 | 169 | 45 | 821 | 40 | 18 | 121 | 688 | 276 | 133 | 712 | 2 | 334 |
| Criminal ¹ | 396 | 11 | 136 | 21 | 90 | 30 | 46 | 9 | 1 | 11 | 6 | 19 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."