# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00075-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br> (Member Case) |

## ORDER

Before the Court is DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s (collectively "Dish") Motion to Transfer under 28 U.S.C. § 1404(a) (Dkt. No. 25) and Entropic Communications, LLC's ("Plaintiff") Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a). After consideration, the Court finds that Dish's Motion to Transfer is DENIED and Plaintiff's Motion to Transfer is GRANTED. Accordingly, this matter is hereby TRANSFERRED to the Central District of California.