# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC, and <br> AT&T SERVICES, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-00075-JRG <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION; <br> DISH NETWORK L.L.C.; and <br> DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Civil Action No. 2:22-cv-00076-JRG <br><br> RELATED CASE |

**DIRECTV, LLC AND AT&T SERVICES, INC.'S
NOTICE OF COMPLIANCE WITH P.R. 3-3 & 3-4**

Defendants DIRECTV, LLC and AT&T SERVICES, INC. ("Defendants") hereby notify the Court and all parties of record that on July 29, 2022, they complied with P.R. 3-4(a) and that on August 5, 2022, they complied with P.R. 3-3 and 3-4(b), as required by the Court's Second Amended Docket Control Order (Dkt. 71).

Dated:  August 5, 2022

Respectfully submitted,

*/s/ Benjamin Hershkowitz*
Benjamin Hershkowitz
Katherine Q. Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Brian Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
bburoker@gibsondunn.com

Nathan R. Curtis (#24078390)
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com
ayang@gibsondunn.com

**THE DACUS FIRM, P.C.**

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendants DIRECTV, LLC and AT&T Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on August 5, 2022, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/Benjamin Hershkowitz