-1-

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**DISH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A COMBINED REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER TO COLORADO AND OPPOSITION BRIEF TO CROSS-MOTION FOR TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**

Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") hereby move the Court for an extension of time in which to file a combined Reply in support of DISH's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer to the District of Colorado (Dkt 25) and Opposition to Entropic's Cross-Motion for Transfer to the Central District of California (Dkt. 75).

-1-

-2-

The current deadline for DISH to file its reply in support of its motion to transfer is August 16, 2022. The current deadline for DISH to file its opposition to Entropic's cross-motion to transfer is August 17, 2022. DISH seeks approximately a two-week extension, up to and including August 30, 2022, to file a combined brief.

Entropic does not oppose this request.

Accordingly, DISH respectfully submit that the time to file the combined brief be extended up and through August 30, 2022.

Dated: August 8, 2022                               Respectfully submitted,


                                                    /s/ *Melissa R. Smith*

                                                    Amanda Tessar, CO Bar No. 33173
                                                    Lead Attorney
                                                    ATessar@perkinscoie.com
                                                    PERKINS COIE LLP
                                                    1900 Sixteenth Street, Suite 1400
                                                    Denver, Colorado 80202-5255

                                                    Matthew Bernstein, CA Bar No. 199240
                                                    MBernstein@perkinscoie.com
                                                    PERKINS COIE LLP
                                                    11452 El Camino Real #300
                                                    San Diego, CA 92130

                                                    Melissa R. Smith
                                                    melissa@gillamsmithlaw.com
                                                    Gillam & Smith, LLP
                                                    303 South Washington Avenue
                                                    Marshall, TX 75670
                                                    Telephone: +1 903-934-8450
                                                    Facsimile: +1 903-934-9257

                                                    **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Melissa R. Smith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on August 8, 2022 via electronic delivery to all counsel of record.

*/s/ Melissa R. Smith*