**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>    *Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>    *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A COMBINED REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER TO COLORADO AND OPPOSITION BRIEF TO CROSS-MOTION FOR TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**

    Before the Court is Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s Unopposed Motion for Extension of Time to File a Combined Reply Brief in Support of Motion to Transfer to Colorado and Opposition Brief to Cross-Motion for Transfer to the Central District of California.  After considering same, the Court is of the opinion that the Motion should be GRANTED.