**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00075-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., <br><br> *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br> (Member Case) |

## NOTICE OF COMPLIANCE

Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. hereby notify the Court that they have served their Invalidity Contentions and their Ineligibility Contentions pursuant to the Court's Second Amended Docket Control Order (Dkt. No. 71) on counsel for Plaintiff via electronic mail on August 5, 2022.

Dated: August 8, 2022

Respectfully submitted,

/s/ *Melissa R. Smith*

Amanda Tessar, CO Bar No. 33173

Lead Attorney
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

Matthew Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real #300
San Diego, CA 92130

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 8, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Melissa R. Smith
Melissa R. Smith