UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>DIRECTV, LLC, AND, AT&T SERVICES, INC.,<br><br>    *Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>    *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S SUPPLEMENT IN FURTHER SUPPORT OF ITS CROSS-MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

313146059.3

Plaintiff Entropic Communications, Inc. submits the attached supplemental information in further support of a finding that venue is proper in the Central District of California, which is addressed at page 4 of its Opposition to DISH's Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) and Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a). ECF No. 73. After the filing of Entropic's Cross-Motion, in email correspondence, DISH questioned whether venue was proper in the Central District of California. As shown below, there should be no question that DISH venue is proper.

DISH maintains numerous regular and established places of business in the Central District of California. Indeed, DISH recently entered into an Amended Final Judgment and Permanent Injunction on Consent with the State of California on March 25, 2022 to resolve claims of illegal dumping at its California facilities, which DISH admitted it owns, leases, or operates. *See* Ex. 1[1] ("DISH owns and/or operates COVERED FACILITIES throughout California"). These expressly include facilities in the Central District of California: 3226 West 131st Street, Hawthorne, California 90250; 4223 Fairgrounds Street, Riverside, California 92501; 2602 South Halladay Street, Santa Ana 92705; 1500 Potrero Avenue, South El Monte, California 91733. Exhibit 1 at Exhibit A.

As shown in Exhibits 2 through 9, DISH provides satellite installation services out of these facilities, including provision of the accused devices and services. Exhibits 2 to 5 are photographs showing service trucks marked with the DISH logo parked outside of the facilities listed above. Exhibits 6 through 9 are copies of advertisements for DISH installation technician jobs located in the same cities as the facilities identified above. Previously submitted Exhibits B to E (Dkt. Nos.

---

[1] All exhibits referenced herein are attached to the Declaration of Nicholas Lenning dated August 9, 2022.

76-3 to 76-6), further confirm that DISH provides the accused devices and services in the Central District of California.

These facilities are the places of business of each of the three defendants. Dish Network Service L.L.C. has admitted it does business in California as Dish Network California Service Corporation, the entity that entered into the Consent Judgment referenced above. *See* Ex. 1 at 3. And the job postings for these facilities all were posted by Dish Network LLC, including on the careers.dish.com website which is owned and operated by Dish Network LLC. Dish Network LLC therefore has ratified these facilities as its own (including through the facilities being littered with Dish-branded service vans, the trademarks of which are owned by Dish Network LLC). *See* Exs. 6–14; U.S. Trademark Reg. No. 4217919, *available at* https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4809:zmrv5m.4.2. Dish Network Corporation is the parent of both entities and exercises control over their activities, establishing an agency relationship and rendering the facilities its places of business. Thus, under 28 U.S.C. § 1400(b), venue is proper in the Central District of California.

Dated: August 9, 2022

Respectfully submitted,

 /s/ James Shimota *(by permission Wesley Hill)*
James Shimota
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

313146059.3

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

3

313146059.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on August 9, 2022 to counsel of record for Defendants via email at the following addresses:

Amanda Tessar
Matthew C. Bernstien
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Email: ATessar@perkinscoie.com
Email: MBernstein@perkinscoie.com
Email: Entropic-DISH@perkinscoie.com

Melissa R. Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Email: melissa@gillamsmithlaw.com


        /s/ Wesley Hill
        Wesley Hill

313146059.3