**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00075-JRG |
| | (Lead Case) |
| v. | |
| | JURY TRIAL DEMANDED |
| DIRECTV, LLC, AND, AT&T SERVICES, INC., | |
| *Defendants.* | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00076-JRG-RSP |
| | (Member Case) |
| v. | |
| DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC, | |
| *Defendants.* | |

**DECLARATION OF NICHOLAS F. LENNING**

I, Nicholas F. Lenning, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2.      I am an attorney at K&L Gates, LLP, counsel of record for Plaintiff, Entropic Communications, LLC ("Plaintiff" or "Entropic"). I am licensed to practice law in the State of Washington.

1

3.     On April 27, 2022, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH") moved to transfer this litigation to the District of Colorado.

4.     On August 2, 2022 Entropic filed its Opposition to DISH's Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) and Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a). Entropic filed a corrected version of its motion on August 3, 2022.

5.     I make this Declaration based on my personal knowledge and in further support of Entropic's Opposition to DISH's Motion to Transfer Venue and Cross-Motion to Transfer Venue.

6.     Attached as Exhibit 1 is a true and correct copy of an Amended Final Judgment and Permanent Injunction on Consent entered between the People of the State of California, DISH Network California Service Corporation and Echosphere L.L.C.

7.     Attached as Exhibit 2 is a true and correct copy of a photograph at or around 3226 West 131st Street, Hawthorne, California 90250 from Google Maps.

8.     Attached as Exhibit 3 is a true and correct copy of a photograph at or around 4223 Fairgrounds Street, Riverside, California 92501 from Google Maps.

9.     Attached as Exhibit 4 is a true and correct copy of a photograph at or around 2602 South Halladay Street, Santa Ana 92705 from Google Earth.

10.     Attached as Exhibit 5 is a true and correct copy of a photograph at or around 1500 Potrero Avenue, South El Monte, California 91733 from Google Maps.

11.     Attached as Exhibit 6 is a true and correct copy of an advertisement for a DISH Installation Technician located in Hawthorne, California.

12.     Attached as Exhibit 7 is a true and correct copy of an advertisement for a DISH Installation Technician located in Riverside, California.

13.     Attached as Exhibit 8 is a true and correct copy of an advertisement for a DISH Installation Technician located in Santa Ana, California.

14.     Attached as Exhibit 9 is a true and correct copy of an advertisement for a DISH Installation Technician located at 1500 Potrero Ave., South El Monte, California, 91733.

15.     Attached as Exhibit 10 is a true and correct copy of an advertisement for a DISH Installation Technician to be based in Santa Ana, California, Westminster, California, Anaheim, California, Laguna Niguel, California, Lake Forest, California, Costa Mesa, California, Huntington Beach, California, Fountain Valley, California, Tustin, California, Garden Grove, California, and Aliso Viejo, California.

16.     Attached as Exhibit 11 is a true and correct copy of an advertisement for a DISH Warehouse Associate located at 2550 El Camino Real, Atascadero, California.

17.     Attached as Exhibit 12 is a true and correct copy of an advertisement for a DISH California Environmental Compliance Specialist located at Los Angeles, Sacramento, or Bay Area, California.

18.     Attached as Exhibit 13 is a true and correct copy of an advertisement for a DISH Commercial Installation Manager located at Gilbert, Arizona or Riverside, California.

19.     Attached as Exhibit 14 is a true and correct copy of a closed advertisement for a DISH Installation Technician located at South El Monte, California.


I declare under penalty of perjury under the laws of the United States that foregoing is a true and correct to the best of my knowledge.

Executed on August 9, 2022 in Seattle, Washington.

/s/ Nicholas F. Lenning
Nicholas F. Lenning

3