# EXHIBIT 2



3226 W 131st St

Hawthorne, California

Google

Street View - Mar 2022



https://www.google.com/maps/place/3226+W+131st+St,+Hawthorne,+CA+90250/@33.9134497,-118.3288935,3a,75y,169.82h,81.58t/data=!3m6!1e1!… 1/1