EXHIBIT 3

Google Maps   Untitled



← 4223 Fairgrounds St

All          Street View & 360°





Michael Cirocco

Photo · Mar 2021

