# EXHIBIT 5





### DISH

2.0 ★★ 4 reviews
Satellite communication service

Directions | Save | Nearby | Send to phone | Share

- South El Monte, CA 91733
- dish.com
- (323) 686-2762
- 2WWV+HW South El Monte, California

Suggest an edit

Add missing information

**Photos**

All | By owner | Street View & 360°

Add a photo

**Questions and answers**

(Translated by Google) Dish makes me very angry I put them on holt and they

https://www.google.com/maps/place/DISH/@34.0462427,-118.0554138,3a,90y,116.54h,83.87t/data=!3m6!1e1!3m4!1sT9hlDflE_Y8V5r7BKnPk3w!2e0!…   1/1