# EXHIBIT 11

8/5/22, 5:13 PM
Warehouse Associate at DISH Network at 2550 El Camino Real, Atascadero, California, 93422, United States 63683

Case 2:22-cv-07775-JWH-KES Document 83-12 Filed 08/09/22 Page 2 of 3 Page ID #:2893





# Warehouse Associate

📍 Location: 2550 El Camino Real - Atascadero / California

💼 Employment type: Full-Time

## The requested job opening is closed, but we've made these suggestions for you:



| Hire Velocity | Neovia Logistics | Firestone Walker Brewing |
| WAREHOUSE ASSOCIATE II | 1st Shift Warehouse Associate | Retail Merchandise Warehouse Associate |
| 📍 Location: Santa Maria, US | 📍 Location: Bradley, US | 📍 Location: Paso Robles, US |
| 💵 Pay: 28000 - 33000 / year | 💵 Pay: 34000 - 42000 / year | 💵 Pay: 30000 - 57000 / year |

## Job description ⌃

Req#: 63683

DISH is a Fortune 200 company with more than $13 billion in annual revenue that continues to redefine the communications industry. Our legacy is innovation and a willingness to challenge the status quo, including reinventing ourselves. We disrupted the pay-TV industry in the mid-90s with the launch of the DISH satellite TV service, taking on some of the largest U.S. corporations in the process, and grew to be the fourth-largest pay-TV provider. We are doing it again with the first live, internet-delivered TV service – Sling TV – that bucks traditional pay-TV norms and gives consumers a truly new way to access and watch television.

Now we have our sights set on upending the wireless industry and unseating the entrenched incumbent carriers.

We are driven by curiosity, pride, adventure, and a desire to win – it's in our DNA. We're looking for people with boundless energy, intelligence, and an overwhelming need to achieve to join our team as we embark on the next chapter of our story.

**Opportunity is here. We are DISH.**

The Inventory Specialist manages the flow of material and equipment (satellite dishes, our award winning receivers and DVRs and associated hardware) in and out of the warehouse supporting both our internal and external customers.

**Primary responsibilities are described in the following categories:**

- **$16.50/Hour**
- Document the quantity and type of equipment, merchandise, and/or supplies stocked in warehouse and/or on vans as well as all of the materials needed for the different types of installations and service calls.
- Maintain an accurate physical count of van product, warehouse product and saleable products on a daily, weekly and/or monthly basis
- Receive returned equipment, new inventory and vendor shipments, stocks the inventory in the warehouse, and prepares shipments for return to the remanufacturing department and records distributed hardware information in the computer tracking system.
- Complete daily inventory transactions for all product used, linking them to the proper accounts.
- Assist supervisor with all inventory replenishment reports and inventory related communications with other departments.

**A successful Inventory Specialist will have the following:**

- Must possess a valid driver's license in the State you are seeking employment in, with a driving record that meets DISH's minimum safety standard.
- Willingness to work flexible hours, including weekends, and will be compensated for overtime.
- Employees must frequently lift and/or move up to 75 pounds, may occasionally be required to lift up to 125 pounds.
- Employees must be able to safely operate warehouse equipment (pallet jack, and/or a forklift).

- 50% of this role is computer based, must have intermediate level MS Office experience.
- High school diploma or GED preferred; college or technical/vocational school a plus.

Compensation: $16.50/Hour

From versatile health perks to new career opportunities, check out our benefits on our careers website .

Candidates need to successfully complete a pre-employment screen, which may include a drug test.

**Additional Benefits!**

- **Insurance Benefits** including Medical, Dental, and Vision
  - **HSA contributions of up to $520/year** by taking the tobacco free pledge, health assessment, and enrolling in online Rx and Virtual Visits
- **401(k) retirement plan** with company-match vested funds of **$.50 per dollar up to $2,500/year** plus generous profit sharing
- **Stock Purchase Plan** - Option to acquire DISH stock at **15%** discounted rates
- **Deep discounts** with Smart Home Services products such as soundbars, routers, and smart cameras/doorbells
- **Tuition Reimbursement** of up to **75% of eligible expenses up to $2,000 per year** at an accredited college or university after 90 days of employment plus discounts with several universities we've partnered with
- **Ongoing training and development** to maximize your career potential

About company ∧

More job opportunities

Warehouse Associate jobs near me

Jobs in Atascadero

More Warehouse Associate jobs

More information about DISH Network


Powered by TALENTIFY

Do Not Sell My Personal Information - Browse jobs - Top Employers Hiring Now - Privacy Policy - Terms