# EXHIBIT 12

  Work in Talent Acquisition?       ›

# DISH Network

## California Environmental Compliance Specialist

📍 Location: Hawthorne / California
💼 Employment type: Full-Time

*What's your preference?*

**APPLY WITH JOB UPDATES**

Apply without job updates »

**Job description** ⌃

Req#: 62450

**Department Summary**

To support DISH California offices with developing, implementing, and maintaining environmental and safety programs. This individual will be the primary contact for all environmental compliance in California (internally and with California agencies) and must be knowledgeable on California environmental laws and regulations. This includes those regulations enforced by CAL EPA (California Environmental Protection Agency), DTSC (Department of Toxic Substance Control), OEHHA (Office of Environmental Health Hazard Assessment), CUPA (Certified Unified Program Agencies – county environmental health agencies) and local fire departments.

Position is based in California- Locations Preferred: Los Angeles, Sacramento, or Bay Area.

**Job Duties and Responsibilities**

- Conduct environmental and safety audits in California at all DISH facilities (i.e. IHS (including rollup locations), AdSales, Boost, Wireless and DISH Technologies) and coordinate third party (i.e. RSPs, Subs, Boost) compliance audits against DISH policies and federal and/or state laws/regulations.
- Coordinate California-specific environmental and/or safety training and address employee environmental and/or safety issues by working with management to ensure a responsive environmental and safety culture.
- Responsible (draft, gain approval and submit) for all CUPA, DTSC, CAL EPA and California AG's (Attorney General) office reporting (e.g. permits, waste weights, notifications, closures or other changes). This includes managing the CERS (California Environmental Reporting System) for all California DISH facilities.
- Review and investigate safety accidents (e.g. injuries, near-misses), driving records and programs (i.e. Driver's Alert program), and maintain accident reporting records.
- Participate in meetings, calls, accident assessments and other California-specific or regional initiatives.
- Other duties as required. This list is not meant to be a comprehensive inventory of all duties and responsibilities assigned to this position.

**Skills, Experience and Requirements**

A successful California Environmental Compliance Specialist will have the following:

- Bachelor's degree (B.A. or B.S.) from four-year college or university and two years of experience in environmental compliance and/or safety; or equivalent combination of education and/or experience.

- Ability to read, analyze, and interpret technical documents/government regulations to provide reports, correspondence, presentations, or draft policies/procedures.
- Ability to define problems, collect data, establish facts, draw valid conclusions and present actionable solutions to company managers.
- CSP (Certified Safety Professional), CEP (Certified Environmental Professional) and/or REM (Registered Environmental Manager) certification a plus but not required.
- Position requires overnight travel up to 50%.

**Salary Range**

Compensation: $74,520.00/Year - $81,650.00/Year

**Benefits**

From versatile health perks to new career opportunities, check out our benefits on our careers website.

Employment is contingent on Successful completion of a pre-employment screen, which may include a drug test.

About company

Our adventure began by changing the way people watched TV, bringing DISH to where big cable wouldn't: rural America. Since then,

we have reinvented ourselves and our own industry with SLING TV to give millions of consumers more choice in entertainment. Today, we've officially entered the consumer wireless industry as the fourth largest wireless provider with our acquisitions of Boost Mobile, Ting Mobile and Republic Wireless — but that's just the start. We're building America's first cloud-native 5G network to transform the way we live, work and play with unlimited possibilities.

More job opportunities

California Environmental jobs near me

Jobs in Hawthorne

More California Environmental jobs

More information about DISH Network

Not interested?

SHOW OPEN JOBS NEAR ME

Powered by
