# EXHIBIT 13

**dish careers** (https://careers.dish.com/)

← Back

# Commercial Installation Manager - Gilbert, AZ or Riverside, CA

**Locations:** Gilbert, Arizona; Riverside, California
**Categories** Field Operations
**Req ID** 65477

⋮
Share Job

✉ Get future jobs matching this search    **Login**    or    **Register**

## Job Description

### Department Summary

DISH is a Fortune 250 company with more than $13 billion in annual revenue that continues to redefine the communications industry. Our legacy is innovation and a willingness to challenge the status quo, including reinventing ourselves. We disrupted the pay-TV industry in the mid-90s with the launch of the DISH satellite TV service, taking on some of the largest U.S. corporations in the process, and grew to be the fourth-largest pay-TV provider. We are doing it again with the first live, internet-delivered TV service – Sling TV – that bucks traditional pay-TV norms and gives consumers a truly new way to access and watch television.

Now we have our sights set on upending the wireless industry and unseating the entrenched incumbent carriers.

We are driven by curiosity, pride, adventure, and a desire to win – it's in our DNA. We're looking for people with boundless energy, intelligence, and an overwhelming need to achieve to join our team as we embark on the next chapter of our story.

Opportunity is here. We are DISH.

### Job Duties and Responsibilities

The Commercial Installation Manager is responsible for all installation operations, repair, and service related issues for a specific office.  This person will ensure a high level of profitability, overall customer service/satisfaction, adequate staffing levels, training, and internal/external growth, in order to achieve company goals. Other responsibilities include:

- Responsible for achieving Commercial installation goals
- Provides overall direction of Commercial technicians in support of departmental objectives
- Oversees hiring, training and recruiting needs for the Commercial installation staff
- Schedules and works with high profile VIP accounts daily
- Reviews performance; addressing escalated issues and resolving problems
- Assists Commercial Regional Operations Manager with P&L responsibilities for their Commercial offices

Job Location: You can work from either Riverside, CA or Gilbert, AZ.

#LI-LL1

### Skills, Experience and Requirements

A successful Commercial Installation Manager will have:

Apply (https://attract-careers1-dish.icims.com/jobs/65477/login?&utm_medium=jobboard&utm_source=talroo)

- Bachelor's degree from four-year college or university, or 4 years of relevant experience, or 2 years equivalent experience and 2 years of relevant experience including 1 year of supervisory experience.
- Ability to effectively respond to and interact with staff at all levels of the organization
- Excellent presentation/facilitation, organizational, analytical, interpersonal and written/oral communication skills
- Flexible, innovative and the ability to manage staff, responsibilities and priorities in a fast paced, growth-oriented and time-critical environment
- Develop cross-functional teams to develop and implement strategies, processes, and policies that impact customer and technician experience.
- Directing employee activity to achieve performance goals for the location;
- Building a high performance work team to deliver an advanced level of quality and service in all daily activities;
- Working in conjunction with senior leadership and utilizing financial data to drive performance improvements;
- Creating excitement and engaging all employees in new business opportunities and strategies;
- Generating programs and practices that deliver a high level of customer satisfaction;
- Creating, fostering and maintaining strategic business relationships within market, region and company.
- Travel required up to 50% of the time

**Salary Range**

Compensation: $65,000.00/Year - $85,000.00/Year

**Benefits**

From versatile health perks to new career opportunities, check out our benefits on our careers website (https://careers.dish.com/life/investing-in-you/).

Employment is contingent on Successful completion of a pre-employment screen, which may include a drug test.

**Need help finding the right job?**

We can recommend jobs specifically for you! Click here to get started. (/jobs?view=personalization)

 Go back to the welcome page (/jobs)

DISH endeavors to make http://careers.dish.com (https://careers.dish.com/) accessible to any and all users. If you would like to contact us regarding the accessibility of our website or need assistance completing the application process, please contact accessibility@dish.com (mailto:accessibility@dish.com). This contact information is for accommodation requests only; you may not use this contact information to inquire about the status of applications.

We pride ourselves on developing and promoting talent as an Equal Employment Opportunity Employer - Veteran/Disability. All qualified applicants will receive consideration for employment without regard to race, national origin, gender, age, religion, disability, veteran status, or any other category protected by law. We are a true merit-based organization and work hard so there are no artificial barriers to one's potential success. DISH is committed to a workforce where everyone's opportunities are limitless.

Consistent with this commitment, DISH will endeavor to provide reasonable accommodation to otherwise qualified job applicants and employees with known physical or mental disabilities, unless doing so poses an undue hardship on the Company, poses a direct threat of substantial harm to the employee or others, or is otherwise not required by law.

**Business Divisions**

DISH (https://careers.dish.com/dish/)
SLING (https://careers.dish.com/sling/)
OnTech (https://careers.dish.com/ontech)
Wireless (https://careers.dish.com/wireless )
Boost Mobile (https://careers.dish.com/boostmobile)

**Life at DISH**

Our Culture (https://careers.dish.com/life/culture)
Investing in You (https://careers.dish.com/life/investing-in-you)
Diversity & Inclusion (https://careers.dish.com/life/diversity-inclusion)
Veterans (https://careers.dish.com/life/veterans/)
Our Story (https://careers.dish.com/life/history/)

Republic Wireless

Our History (https://careers.dish.com/life/history/)

Blog

**Students**

Internships (https://careers.dish.com/students/internships)

New Graduates (https://careers.dish.com/students/grads/)

Meet Us (https://careers.dish.com/students/meet-us/)

Direct Sales - University Program (https://careers.dish.com/students/direct-sales/)

**Career Opportunities**

Customer Experience Representative (https://careers.dish.com/cxr)

Inbound Sales & Customer Retention (https://careers.dish.com/sales)

In-Home Services Technician (https://careers.dish.com/technician)

Tower Technician (https://careers.dish.com/tower)

Hiring Events (https://careers.dish.com/events/)

**DISH Sites**

dish.com (dish.com)

sling.com (sling.com)

ontechsmartservices.com (ontechsmartservices.com)

boostmobile.com (boostmobile.com)

   

(x/twitter.com/dishcareers) (/facebook.com/DISHCareers) (sv/linkedin.com/company/dish-network/) (mailto:Recruitment@dish.com)

© 2022, DISH Network L.L.C. All rights reserved.   |   Privacy Policy (https://www.dish.com/downloads/legal/PrivacyStatement2.pdf)   |

Do Not Sell My Personal Information (https://privacy.dish.com/)   |

California Employee Privacy and Fair Processing Notice (/downloads/CCPA_Employee_Privacy_Notice.pdf)   |

Disability Accommodations (https://careers.dish.com/accommodations/)   |   FCC 396-C (https://careers.dish.com/downloads/2019FCC396C/2019_FCC_396-C.zip )   |

EEOC Posting (https://assets.jibecdn.com/prod/dish/0.0.82/assets/EEOC.pdf)   |   Sitemap (https://careers.dish.com/sitemap)