# EXHIBIT 14





# DISH Installation Technician

- Location: S El Monte / California
- Employment type: Full-Time

## The requested job opening is closed, but we've made these suggestions for you:



| DISH Network | DISH Network | DISH Network |
| --- | --- | --- |
| DISH Installation Technician | DISH Installation Technician | DISH Installation Technician |
| Location: Riverside, US | Location: Santa Ana, US | Location: Hawthorne, US |
| Pay: 20.3 / hour | Pay: 20.8 / hour | Pay: 18.5 / hour |

## Job description

Req#: 64437

**Do you like being active and working hands-on with the latest cutting-edge technology?**

**Join our J.D. Power award-winning In-Home Services team!**

**Check out our video to experience a day in the life of a DISH Technician:**

https://www.youtube.com/watch?v=qbzCRD0Ajxk&t=4s

The In-Home Services organization supports thousands of talented employees in 125+ facilities delivering service solutions to customers in every zip code. Our installation technicians are leading the charge for better customer experience, educating and connecting more Americans with every home they visit. Our dedication to customer experience is paying off: in 2021, DISH earned the J.D. Power award for being #1 in Overall Customer Satisfaction for the fourth year in a row.

**What's in it for you?**

- **$20.25 per hour**
  - Plus, a promotion at 6 months with a $1.00 per hour pay increase!
- **Paid incentive** with potential for up to **$6,400** in your first year and **$9,100** each year after that based on your performance!
- **Our greatest benefit is opportunity, as we promote from within**
  - Over 300 current Field Managers started their career as DISH Technicians!
  - Continued pay increases of 10% built in with each new DISH Technician level achieved!
  - Grow four levels as a DISH Technician and beyond over the course of your career!
- **Paid time off** - vacation and sick time
- **Free DISH TV programming at a value of $114.99/month** at your home, plus deeply discounted **SlingTV** and **Boost Mobile** plans
- Paid training, tools, and uniforms

**What will you be doing?**

We build our value around simplifying lives. With installation expertise and a passion for sharing it, our technicians are building opportunities for themselves far into the future.

In this role, you will:

- Install and manage customer products, while creating opportunities to sell them on new personalized technology
- Work autonomously to upsell and offer smart home solutions to customers on a daily basis

Case 2:22-cv-07775-JWH-KES    Document 83-15    Filed 08/09/22    Page 3 of 4    Page ID #:2904

- Relocate power and place mounts, satellite dishes, televisions, routers, cameras, receivers and whole-home connectivity technology in customer homes
- Conduct site surveys and in-person home assessments

**What skills and experience do you need?**

Ideal technicians have:

- High energy, resourcefulness, and ability to multitask
- An eye for opportunities to sell customers on new personalized technology
- Strong customer advocacy skills: friendly, communicative, with a high degree of integrity
- Sales, electrical, maintenance/repair, cable, military, and/or customer service experience preferred

All technicians must have:

- Ability to work in-person in multiple homes per day ( **this is not a work-from-home position; you will be in the field servicing customers' homes** )
- Ability to stand for long periods of time on ladders, lift over 70 lbs. at times, crawl into small spaces, work in all climates and remain within the individual weight requirement of 335 lbs
- Valid driver's license in the state you are seeking employment in, with a driving record that meets DISH's minimum safety standard
- Resilience in the face of a fast-paced and changing environment
- Ability to pivot work hours; five/six-day workweeks may be required during peak seasonal times

From versatile health perks to new career opportunities, check out our benefits on our careers website .

Employment is contingent on successful completion of a pre-employment screen, to include a drug test and an acceptable driving record.

**Additional Benefits!**

- **Insurance Benefits** including Medical, Dental, and Vision
    - **HSA contributions of up to $520/year** by taking the tobacco free pledge, health assessment, and enrolling in online Rx and Virtual Visits
- **401(k) retirement plan** with company-match vested funds of **$.50 per dollar up to $2,500/year** plus generous profit sharing
- **Stock Purchase Plan** - Option to acquire DISH stock at **15%** discounted rates
- **Deep discounts** with Smart Home Services products such as soundbars, routers, and smart cameras/doorbells
- **Tuition Reimbursement** of up to **75% of eligible expenses up to $2,000 per year** at an accredited college or university after 90 days of employment plus discounts with several universities we've partnered with
- **Incredible Rewards and Recognition program** – trophies and food days, branded clothing and high-value prizes, on and off-site events, elaborate rewards trips, and much more
- **Ability to promote** two levels within your first year with commensurate title and hourly pay increase of 10%
- DISH is committed to putting **safety first** by providing all personal protective equipment, including masks, gloves, protective eyewear and sanitizing solutions. Additionally, we train our technicians on current COVID protocols, stringent cleaning practices and how to limit one-on-one interactions while servicing customers' homes.
- **Ability to promote** into multiple levels of leadership within IHS, Commercial, Sales, and Wireless
- **Ongoing training and development** to maximize your career potential

About company

More job opportunities

DISH Installation Technician jobs near me

Jobs in S El Monte

More DISH Installation Technician jobs

More information about DISH Network

<b /><b /><b /><b /><b /><b /><b />



Powered by TALENTIFY

Do Not Sell My Personal Information - Browse jobs - Top Employers Hiring Now - Privacy Policy - Terms