# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § | |
| *Plaintiff,* | | CIVIL ACTION NO.  2:22-CV-00075-JRG (LEAD CASE) |
| v. | | |
| DIRECTV, LLC, AT&T SERVICES, INC., | | |

| | | |
|---|---|---|
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § § § | CIVIL ACTION NO.  2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants*. | | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File a Combined Reply Brief in Support of Motion to Transfer to Colorado and Opposition Brief to Cross-Motion for Transfer to the Central District of California (the "Motion") filed by Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH"). (Dkt. No. 81.) In the Motion, DISH moves for an extension of time in which to file a combined reply brief in support of DISH's Motion to Transfer to the District of Colorado ("DISH's Transfer Motion") (Dkt. No. 25) and opposition brief to Plaintiff Entropic Communications, LLC's ("Entropic") Motion to Transfer to the Central District of California ("Entropic's Motion") (Dkt. No. 75). (*Id*. at 1.) The current deadline for DISH to file its reply in support of DISH's Transfer Motion is August 16, 2022 and the current deadline for DISH to file its opposition to Entropic's Transfer Motion is August 17, 2022. (*Id*. at 2.) DISH requests an extension to file a combined brief responsive to both DISH's Transfer Motion and Entropic's Transfer Motion up to and including August 30, 2022. (*Id*.) The Motion is unopposed. (*Id*.)

Case 2:22-cv-07775-JWH-KES   Document 84   Filed 08/09/22   Page 2 of 2   Page ID #:2907

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for DISH to file a combined brief responsive to both DISH's Transfer Motion and Entropic's Transfer Motion is **extended** up to and including August 30, 2022.

**So ORDERED and SIGNED this 9th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE