# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T SERVICES, INC.,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**DISH DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE**

On April 27, 2022, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH") filed a Motion to Change Venue. ECF No. 25. Pursuant to 28 U.S.C. § 1404(a), DISH moved to transfer this case to the District of Colorado because that court is clearly more convenient than the Eastern District of Texas. Following the filing of the motion, DISH agreed to, and actually provided, venue discovery, including written discovery and a 30(b)(6) deposition.

On August 2, 2022, Plaintiff Entropic Communications, LLC ("Entropic") filed its "Opposition to DISH's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) and Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a)." ECF No. 73. While Entropic's motion is styled in-

157933611.1

part as an "opposition" to DISH's motion to transfer, Entropic did not actually oppose DISH's request to move this case to the District of Colorado because it is clearly more convenient than the Eastern District of Texas. Nowhere in its "opposition" did Entropic address DISH's argument that the District of Colorado is clearly more convenient that the Eastern District of Texas. Entropic presented no facts and no argument, and did not dispute, that the District of Colorado is clearly more convenient than the Eastern District of Texas, which was the only subject presented in DISH's motion. And Entropic did not even suggest that this case should stay in this Court.

Because it is undisputed that the District of Colorado is clearly more convenient than the Eastern District of Texas, DISH's motion to transfer is now ripe for immediate resolution, and the Court should transfer this case to the District of Colorado.[1]

Dated: August 12, 2022

Respectfully submitted,

/s/ *Amanda Tessar*

Amanda Tessar, CO Bar No. 33173
Lead Attorney
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

Matthew Bernstein, CA Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real #300
San Diego, CA 92130

---

[1] Because Local Rule CV-7(a) requires motions, responses, and other briefs to be in separate documents, DISH will file a separate opposition to Entropic's improper cross-motion by August 30, 2022 if the Court has not transferred the case by then.

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

157933611.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All counsel of record were served with a true and correct copy of the foregoing document by electronic mail on August 12, 2022.

                                                    */s/ Melissa R. Smith*