# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AND, AT&T SERVICES, INC.,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

## PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S SUR-REPLY IN OPPOSITION TO DISH'S MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Plaintiff Entropic Communications, Inc. submits the attached sur-reply pursuant to Local Civil Rule 7(f) in opposition to Dish's motion for transfer.

After seeking and obtaining an unopposed extension premised on a *combined* reply in support of its motion for transfer and opposition to Plaintiff's cross-motion for transfer, *see* ECF No. 81, Dish now files a stand-alone reply brief that pretends Plaintiff has failed to oppose its motion to transfer. That is obviously false on the face of Entropic's filing, which is titled "opposition" and is replete with arguments that the case should not be transferred to Colorado

because it is not clearly more convenient than the Central District of California. ECF No. 73 at *passim*.

Dish attempts to explain its about-face on splitting its briefing by claiming Local Rule CV-7(a) "requires motions, responses, and other briefs to be in separate documents." ECF No. 85 at 2, n. 1. But CV-7(a) does not say that. Rather, it says "[e]ach pleading, motion, or response to a motion must be *filed* as a separate document, except for motions for alternative relief (e.g., a motion to dismiss or, alternatively, to transfer)." (emphasis added). Following this rule, Plaintiff *filed* its opposition and cross-motion separately, despite the fact that the document seeks alternative relief and is exempted from the rule. Setting that aside, Dish specifically asked for Plaintiff's agreement to an extension premised on a *combined* brief—and then obtained an order allowing it to file a combined brief, superseding any allegedly conflicting local rule.

Dish takes this tact to inaccurately claim that its motion is unopposed and should be summarily granted. That claim is a fallacy designed to deprive Plaintiff of a merits determination of the Section 1404 issues Dish put in play. Plaintiff has now joined the 1404 issues by focusing the inquiry on the only alternative venue that might actually be clearly more convenient when compared to this district, the Central District of California. The Court should reject Dish's "gotcha" attempt and resolve the competing venue motions in this consolidated case, including DirecTV's motion to transfer to the Central District of California, on their relative merits after full briefing.

Dated: August 17, 2022              Respectfully submitted,

                                                  /s/ James Shimota (by permission Wesley Hill)
                                                 James Shimota
                                                 Jason Engel
                                                 George Summerfield
                                                 Devon Beane

        **K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on August 17, 2022 to all counsel of record via the Court's CM/ECF system.

        /s/ Wesley Hill
        Wesley Hill

3