# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, et al.,<br><br>Defendants. | **Case No. 2:22-CV-00075-JRG**<br>**LEAD CASE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | **Case No. 2:22-CV-00076-JRG**<br>**MEMBER CASE** |

## DECLARATION OF TREVOR J. BERVIK IN SUPPORT OF DISH'S OPPOSITION TO ENTROPIC'S CROSS-MOTION TO TRANSFER

I, Trevor J. Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("Defendants" or "DISH"). I am licensed to practice law in the State of Colorado.

3. On August, 2, 2022, Plaintiff Entropic Communications, LLC filed a cross-motion to transfer this litigation to the Central District of California.

4. I make this Declaration based on my personal knowledge and in support of DISH's Opposition to Entropic's Cross-Motion to Transfer.

5. Attached as Exhibit 41 is a true and correct copy of a Google Maps printout showing the driving distance between the Edward J. Schwartz United States Courthouse in San Diego, California and the First Street United States Courthouse in Los Angeles, California, located at

https://www.google.com/maps/dir/Edward+J.+Schwartz+United+States+Courthouse,+West+Broadway,+San+Diego,+CA/United+States+Courthouse,+West+1st+Street,+Los+Angeles,+CA/@33.3883495,-118.2658522,9.01z/am=t/data=!4m13!4m12!1m5!1m1!1s0x80d954a9b618fa19:0xba70f06c22b97999!2m2!1d-117.1653067!2d32.7151937!1m5!1m1!1s0x80c2c64e98dee4cb:0x6ab4febbf911c994!2m2!1d-118.2462886!2d34.0537974.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2022 in Denver, Colorado.

_____
Trevor J. Bervik