# EXHIBIT 41

**Google Maps**  Edward J. Schwartz United States Courthouse, 221 W Broadway, San Diego, CA 92101 to United States Courthouse, 350 W 1st St, Los Angeles, CA 90012

Drive 121 miles, 2 hr 19 min



Map data ©2022 Google, INEGI    10 mi

**Edward J. Schwartz United States Courthouse**
221 W Broadway, San Diego, CA 92101

### Get on I-5 N

4 min (0.8 mi)

↑  1. Head east on W Broadway toward Front St

463 ft

↰  2. Turn left at the 2nd cross street onto 1st Ave

0.6 mi

⤴  3. Use the left 2 lanes to turn left to merge onto I-5 N toward Los Angeles

0.2 mi

### Follow I-5 N to N Spring St in Los Angeles. Take exit 2C from US-101 N

1 hr 55 min (119 mi)

⤴  4. Merge onto I-5 N

76.5 mi

5. Keep left at the fork to stay on I-5 N, follow signs for Santa Ana

39.4 mi

6. Keep left at the fork to continue on US-101 N, follow signs for Los Angeles N/Civic Ctr

3.4 mi

7. Take exit 2C for Spring St

0.1 mi

**Take N Broadway to W 1st St**

2 min (0.5 mi)

8. Use any lane to turn right onto N Spring St

282 ft

9. Turn right at the 1st cross street onto W Arcadia St

410 ft

10. Turn left onto N Broadway

0.3 mi

11. Turn right onto W 1st St
   ⓘ Destination will be on the left

207 ft

United States Courthouse
350 W 1st St, Los Angeles, CA 90012

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.