IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, et al<br><br>Defendants. | Case No. 2:22-CV-00075-JRG<br><br>**LEAD CASE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-CV-00076-JRG<br><br>**MEMBER CASE** |

### SECOND DECLARATION OF DAN MINNICK RELATING TO VENUE

I, Dan Minnick, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am a current employee of DISH Network L.L.C. I previously signed a declaration in this matter on April 26, 2022. I am informed that this April declaration was submitted to the Court in connection with DISH's motion to transfer as Docket #25-1. I provide

1

the current declaration to address additional questions that I understand have arisen about Central California as a potential location for this action.

3. I understand that the entities DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C. are the defendants in this suit. I refer to them collectively here as "DISH."

4. DISH Network California Service Corporation is a DISH company that operates in California. As a general matter, this company manages DISH warehouses in California and employs DISH installation technicians in California.

5. DISH retail outlets are often owned by entirely separate companies that are not related to DISH at all (other than as contractual partners). For instance, in the Los Angeles are, X-Factor Communications is one such company. X-Factor Communications is a separate company from DISH.

6. I have confirmed that none of DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C. signed the leases for (or own) the properties at the following addresses: 3226 West 131st Street, Hawthorne, California 90250; 4223 Fairgrounds Street, Riverside, California 92501; 2602 South Halladay Street, Santa Ana 92705; or 1500 Potrero Avenue, South El Monte, California 91733.

7. Additionally, I have confirmed that none of DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C. currently own or lease any real estate in the following California counties: San Luis Obispo, Santa Barbara, Ventura, Los Angeles, Orange, San Bernadino, or Riverside.

8. Melissa Lopez is a member of DISH's support staff. Her title is "Lead Document Specialist/Agile Administrator." She is based in and works from DISH's Englewood facility in

Colorado. When I or other engineers at DISH need a document from Agile, we often ask Ms. Lopez or others in her role (or similar roles) to pull it for us.

9. To the best of my knowledge, there is no individual Broadcom chip named "BCM455X," and I would expect there to typically be meaningful distinctions between different Broadcom products, even if they bear similar part numbers. Otherwise, those chips would not need to be assigned different part numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2022 in Englewood, Colorado.

Dan Minnick

3