# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, et al.,<br><br>　　　　Defendants. | **Case No. 2:22-CV-00075-JRG**<br><br>**LEAD CASE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>　　　　Defendants. | **Case No. 2:22-CV-00076-JRG**<br><br>**MEMBER CASE** |

### ORDER DENYING ENTROPIC'S CROSS-MOTION TO TRANSFER

Before the Court is Plaintiff's Cross-Motion to Transfer. The Court, having considered same, is of the opinion the motion should be **DENIED**.