# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00075-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC, <br><br> *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP <br> (Member Case) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Entropic Communications, LLC ("Plaintiff") files this Unopposed Motion for Extension of Time to file its Reply to its Cross-Motion to Transfer Venue to the Central District of California (Dkt. 75) ("Motion").

Plaintiff's current deadline to file its reply is September 6, 2022. In order to accommodate the intervening holiday and to adequately address the issues underlying the Motion, Plaintiff requests an extension until and including September 9, 2022.

A proposed order is attached herewith.

Dated: September 2, 2022

Respectfully submitted,

 /s/ Jim Shimota (by permission Wesley Hill)
James Shimota – Lead Attorney
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 2nd day of September, 2022.

/s/ Wesley Hill

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill