# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

## **ORDER**

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion for Extension of Time to file its Reply to its Cross-Motion to Transfer Venue ("Motion").

Having considered the Motion, it is hereby GRANTED. The deadline for Plaintiff to file its Reply is extended until and including September 9, 2022.