# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. DIRECTV, LLC, AND, AT&T SERVICES, INC., *Defendants.* | Case No. 2:22-cv-00075-JRG (Lead Case) JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC, *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP (Member Case) |

## DECLARATION OF NICHOLAS F. LENNING

I, Nicholas F. Lenning, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at K&L Gates, LLP, counsel of record for Plaintiff, Entropic Communications, LLC ("Plaintiff" or "Entropic"). I am licensed to practice law in the State of Washington.

1

3. On June 3, 2022, Defendants DIRECTV, LLC and AT&T Services, Inc. moved to sever and stay this litigation.

4. On September 6, 2022 Entropic filed its Opposition to DIRECTV, LLC and AT&T Services, Inc.'s Motion to Sever and Stay.

5. I make this Declaration based on my personal knowledge and in further support of Entropic's Opposition to DIRECTV, LLC and AT&T Services, Inc.'s Motion to Sever and Stay.

6. Attached as Exhibit 1 is a true and correct printout of an AT&T article titled *AT&T & TPG Close DIRECTV Transaction*.

7. Attached as Exhibit 2 is a true and correct printout of an AT&T article titled *AT&T Completes Acquisition of DIRECTV*.

8. Attached as Exhibit 3 is a true and correct printout of an AT&T article titled *Why is AT&T buying DIRECTV?*.

9. Attached as Exhibit 4 is a true and correct printout of an AT&T article titled *Managing the Unprecedented IT Integration of AT&T and DIRECTV was All About Keeping Customers First*.

10. Attached as Exhibit 5 is a true and correct printout of an article titled *AT&T to Put 'Genie' into U-Verse's Bottle*.

11. Attached as Exhibit 6 is a true and correct printout of an article titled *AT&T Outlines the Changes DirecTV (and U-Verse) Users Will See*.

12. Attached as Exhibit 7 is a true and correct printout of an AT&T article titled *AT&T Selects Ericsson to Enhance its TV Platform*.

13. Attached as Exhibit 8 is a true and correct printout of an AT&T article titled *AT&T & TPG to Form New Entity to Operate AT&T's U.S. Video Unit*.

I declare under penalty of perjury under the laws of the United States that foregoing is a true and correct to the best of my knowledge.

Executed on September 6, 2022 in Seattle, Washington.

/s/ <u>*Nicholas F. Lenning*</u><br>
Nicholas F. Lenning