# Exhibit 3



**AT&T**

July 24, 2015

share

# AT&T, DIRECTV FAQ

*General Questions about TV Services and Content in the U.S.*

**Why is AT&T buying DIRECTV?**

So we can offer millions of people more choices for video entertainment on any screen from almost anywhere, any time. Think about TV everywhere, any time and on any screen, and the value and convenience of simple, integrated packages of TV, mobile and Internet services.

No one else can deliver what we can.

We'll now be able to meet consumers' future entertainment preferences, whether they want traditional TV service with premier programming, their favorite content on a mobile device, or on-demand video streamed over the Internet to any screen.

**Will my existing TV services (DIRECTV or AT&T U-verse) change as a result of this acquisition?**

No, your existing services will not change.

**Will my TV channel lineup change?**

No, we will not make changes to your TV channel lineup as a result of this acquisition.

**Will this deal cause my current TV package prices to go up or down?**

We will not increase prices as a result of this acquisition. We are committed to giving customers the best value and service. In fact, in the coming weeks we will introduce new offers featuring greater value and convenience, and new levels of integration – across our TV, mobile and Internet services.

**When can I add NFL Sunday Ticket to my U-verse plan?**

NFL Sunday Ticket is currently only available to DIRECTV subscribers because of contractual limitations.  AT&T U-verse customers interested in NFL Sunday Ticket can call  1-800-288-2020 to find out more.

Can't get DIRECTV at your address? Some ATT customers may be eligible to stream NFL SUNDAY TICKET games live online with NFLSUNDAYTICKET.TV — it doesn't require a satellite and is now available in more cities and on more streaming devices – tablets, mobile phones, gaming consoles - than ever. Visit https://nflst.directv.com/ to learn more and confirm eligibility.

**Will I get to keep NFL Sunday ticket on DIRECTV?**

Yes, NFL Sunday Ticket will continue through DIRECTV. You will continue to get every out-of-market NFL game, every Sunday afternoon, on any screen -- TV, mobile devices or PCs.

**Will DIRECTV customers get access to special TV content on AT&T wireless phones now?**

We look forward to delivering more video content options over multiple screens, including wireless devices, tablets, laptops and computers.  We will share updates on new services as soon as we have them.

**When will new offers be available?**

We are rolling out new offers for new TV customers on Aug. 10, including our All in One plans and All Included pricing. The offers include HD and DVR service for up to

four TV receivers, unlimited talk and text for four wireless lines, and 10GB of shareable wireless data – all for $200* per month, an annual savings of $600 or more in the first 12 months. More information on the offers is available at www.att.com/dtvoffers

**Will I need to install a satellite dish at my house to get DIRECTV?**

Yes, a satellite dish is necessary to receive DIRECTV services on your TVs.

**Will I be able to use my DIRECTV Everywhere service as a U-verse customer?**

At the moment, DIRECTV Everywhere is only available today with DIRECTV service. AT&T U-verse has its own TV Everywhere service.  New enhancements that will expand these offerings and content options are on the way.

*General questions about combining AT&T Services with DIRECTV in the U.S.*

**If I am a DIRECTV customer can I get a discount for adding AT&T high-speed Internet services to my plan?**

Yes. In the coming weeks, we will offer DIRECTV customers discounts when they add AT&T high speed Internet service (which is available in parts of 21 states). For more information, please visit www.att.com

**If I am a DIRECTV customer can I get a discount for adding AT&T Wireless services to my plan?**

Yes. New and existing customers who combine AT&T TV services with eligible AT&T wireless services on a single monthly AT&T bill are eligible for the $10 combined bill discount. The discount will continue if the customer keeps both services on a combined bill – an annual savings of $120.

Additionally, DIRECTV and U-Verse TV customers who switch to AT&T wireless service from another wireless provider will receive a $300 bill credit** when they buy a smartphone on AT&T Next and trade in an eligible smartphone.

**What kind of discount can I get if I sign up for DIRECTV, AT&T Wireless and AT&T Internet?**

We will introduce new combined offers in the coming weeks, featuring great value and combined bill discounts.  Stay tuned for more information soon.

**Can I get AT&T GigaPower service if I'm a DIRECTV subscriber?**

Yes, where available, DIRECTV subscribers can get AT&T GigaPower.

Today, AT&T offers its GigaPower Internet service – which allows you to download a TV show in 3 seconds, 25 songs in one second, and an HD movie in 36 seconds – in several markets, including parts of Atlanta, Austin, Dallas, Fort Worth, and Houston, TX, Chicago, Cupertino, CA, Fort Lauderdale, Kansas City, Nashville, and in Raleigh and Winston-Salem, NC.   For a full list of markets, please visit [www.att.com/gigapower](www.att.com/gigapower)

Also, we offer AT&T high-speed Internet service reaching speeds of 45Mbps in 21 states.

Learn more about our [high speed Internet services](high speed Internet services).

**Will AT&T offer special discounts to customers who are willing to switch to DIRECTV from cable TV service?**

We are rolling out new offers for new TV customers on Aug. 10, including our All in One plans and All Included pricing. The offers include HD and DVR service for up to four TV receivers, unlimited talk and text for four wireless lines, and 10GB of shareable wireless data – all for $200 per month, an annual savings of $600 or more in the first 12 months. More information on the offers is  available at www.att.com/dtvoffers

**Will AT&T lower the price of my DIRECTV service if I find an equivalent package on AT&T U-verse for a lower price, or vice versa?**

Package pricing is not transferable between AT&T U-verse and DIRECTV. Current package tiers and pricing for AT&T U-verse and DIRECTV services will remain in effect at this time. If you are interested in switching to a different package, please log into to your AT&T or DIRECTV account online at www.att.com or www.directv.com.

**Will my U-verse TV service eventually be replaced with DIRECTV service?**

U-verse TV customers can keep their award winning U-verse TV services.

*Questions about Billing in the U.S.*

**Will DIRECTV customers continue to receive bills from DIRECTV, or will my bills come from AT&T?**

DIRECTV customers will continue to receive a separate bill statement for DIRECTV services, but you can expect to see both DIRECTV and AT&T branding on your statements and envelopes.

**If I'm signed up for online billing with DIRECTV, will I still receive my bills online?**

Yes, customers will continue to receive bills in the same format they were receiving prior to this deal.  If your bill was delivered through the U.S. Postal Service, it will continue to be delivered through the mail. The same is true for online bills.

**Payments for my DIRECTV services are automatically deducted from my banking account.  Do I need to update the payment instructions through my online banking account to pay AT&T now?**

No, it is not necessary to update payment instructions. Payments made through automatic debits will continue without any changes needed on your part.

*Customer Service*

**If I have an issue with my satellite service, should I call AT&T or DIRECTV?**

Continue to call the same contact numbers you used before today. Please visit www.att.com or www.directv.com to access contact information for your region.

**If I want to add new channels like NFL Sunday Ticket to my DIRECTV account, should I call DIRECTV or AT&T?**

Continue to call the same contact numbers you used before today.  Please visit www.directv.com or call 1-800-531-5000 to inquire about services or to add channels to your existing lineup.

**If I need a service call, should I call AT&T or DIRECTV for help?**

Customers with AT&T U-verse service should contact AT&T and customers with DIRECTV should contact DIRECTV.  Contact information is also available at www.att.com and www.directv.com

**Will DIRECTV's current relationships in the U.S. with other telco partners change?**

No, not as a result of this acquisition.  We expect to continue DIRECTV's historical relationship with other Telco partners.

**I currently live in an area that does not have U-verse service. Will this acquisition bring service to my area?**

DIRECTV service is widely available coast to coast and may be the best option for immediate TV service.  You may also check for updated U-verse TV availability here.

**Can I switch from AT&T U-verse to DIRECTV without paying a cancellation fee?**

Customers should contact customer care at 1-800-531-5000 to discuss options.

**Will I need to get new TV receiver boxes as a result of this acquisition?**

No, your current equipment will continue to work with your current TV services.

*New DIRECTV and U-verse customers only.  Price after $10/mo. combined bill

*discount. Includes DIRECTV SELECT TV or U-verse U-Family and Mobile Share Value 10GB plan for 4 smartphones (excludes 2-yr agmts.) See Mobile Share Value 10GB plan details below. 24 month agreement required for DIRECTV TV packages; 12 month agreement required for U-verse TV plans.  Pro-rated ETF (up to $480/DTV, up to $180/U-verse) applies if TV is cancelled before end of term. After 12 months, then prevailing standard rate for TV (currently $85/DIRECTV SELECT and $93/U-verse U-Family) applies unless canceled or changed by customer prior to end of promo period. .  Must maintain qualifying services for cont'd combined bill discount. Pricing programming, features subject to change at any time without notice.  Taxes, other charges & restr's apply. Offer ends 11/14/15. OFFER NOT VALID in U.S. Virgin Islands or Puerto Rico. Visit att.com/imagine for details. Combined billing & discount may take effect 1-2 bill cycles.*

Mobile Share Value 10 GB plan pricing includes $100/mo. plan charge for 10GB of data & $15/mo. access charge per smartphone on no annual svc agmt. Excludes phones on 2-yr agmts. Data overage charges ($15/1GB) apply. Device purchase costs add'l.  Activation & other fees, charges and restrictions apply.  Visit att.com/mobilesharevalue for details.

**$300 Credit:** Limited time offers. Select locations. Requires a line ported in, eligible svc, and good working trade-in smartphone. $100 switcher bill credit (w/i 90 days) + $200 trade-in credit (may be promo card).  Activation & other fees, charges & restrictions apply.  Visit att.com/summerbuyback for details.

# Search News

Search all news

# Recent News

## AT&T Has the Samsung Galaxy A23 5G Starting Sept. 1

The latest 5G smartphone from Samsung will be available online and in-store for $299.99.

Read More →

## AT&T Has You Covered With All-New Lenovo ThinkPad X13s 5G

Elevate your mobile connectivity with the latest Lenovo ThinkPad, available Sept. 2, and work from where you want.

Read More →

## AT&T Small Business Customer Empowers Innovators Globally

We're recognizing Black Business Month by spotlighting STEMuli Studios, creator of the first educational metaverse to launch in the U.S.

Read More →





## DIRECTV Serves Up Exclusive Coverage of the French Open

Read More →



## AT&T Enhances Diverse Channel Lineup

Read More →



# DIRECTV ACQUIRES EXCLUSIVE RIGHTS TO "A TINY AUDIENCE" MUSIC SERIES FOR LATIN AMERICA

Read More →

Privacy Policy    Terms of Use    Accessibility    Contact Us    Shop    Subscribe to AT&T News
Do Not Sell My Personal Information

© 2022 AT&T Intellectual Property. All rights reserved.