# Exhibit 5

**NEXT TV**
Broadcasting + Cable
Multichannel News





TRENDING   Verizon Price Increase   DirecTV's 'TNF' Deal   Xperi's Smart TV   Broadband Slowdown

Home > News > Multichannel News

# AT&T to Put 'Genie' Into U-Verse's Bottle

By Jeff Baumgartner published August 17, 2015



AT&T's decision to use a "derivative" of DirecTV's gatewayclient architecture will position the pay TV provider to use a more uniform, cloud-based platform, while also flashing the spotlight on why Arris is eager to merge with U.K.-based Pace.

The decision to shift U-verse TV to DirecTV's Genie-style multiroom platform came up last Wednesday (Aug. 12) during AT&T's Analyst Day, coming on the heels of the telco's acquisition of the satellite-TV giant.

The technological shift will provide AT&T with "one consistent architecture" for both managed and unmanaged content, John Stankey, CEO of AT&T Entertainment & Internet Services, said. The plan is to enable subscribers to access their video content both in the home and on the go, he noted.

**IMPLICATIONS FOR ARRIS**

AT&T's decision to transition to a common set-top box with the Genie platform has some implications for Arris, which supplies boxes for U-verse. Pace is a leading set-top box supplier to DirecTV.

Word of AT&T's strategy "highlights the importance of Arris closing the deal" for Pace, Raymond James analyst Simon Leopold said in a research note. Arris and Pace expect to close their proposed $2.1 billion merger late this year.

The coming strategy shift also underscores "further weakness in the telco business, as we expect AT&T to pivot its video investment towards satellite delivery following the close of their DirecTV acquisition," Leopold added, noting that AT&T represented 11.5% of Arris's 2014 sales.



**MULTICHANNEL NEWSLETTER**

The smarter way to stay on top of the multichannel video marketplace. Sign up below.

Your Email Address

☐ I consent the use of my personal data in accordance with Future's privacy policy, including its cookie policy.

**SIGN ME UP**

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

Advertisement




But merging with Pace doesn't necessarily mean Arris will be a shoo-in at the new AT&T, as both Humax and Samsung are approved Genie box suppliers, Leopold said. He said he sees AT&T's focus on a hybrid IP-satellite platform as a "conservative" $2 billion opportunity in the coming years.

At this stage, Leopold estimates that perhaps 10 million subscribers out of a total universe of 45 million (DirecTV plus U-verse) get a Genie-powered package.

**Jeff Baumgartner**

Advertisement



**MORE ABOUT...**

**LATEST**

**Brenda Matute Named Co-Anchor at KMBT-TV/KJAC-TV, Beaumont, Texas ▶**

**Top Disney General Entertainment Executives Promoted in Shuffle ▶**

SEE MORE LATEST ▶

MOST READ