# Exhibit 6





### AT&T Outlines the Changes DirecTV (and U-Verse) Users Will See

by Karl Bode
Friday Aug 14 2015 08:50 EDT

AT&T recently received final approval to acquire DirecTV in a deal estimated to be worth around $69 billion, and this week detailed some of the changes coming down the road for users at the company's analyst day. For one, the company announced it will be moving away from its current U-Verse TV set top gear, and migrating U-Verse customers to a "derivative" of the equipment currently used by DirecTV.



The company stated that they're developing a new gateway that will allow third-party broadband connections, LTE connections and AT&T broadband connections.

AT&T executive John Stankey said that the carrier is moving to "one consistent architecture" for all TV and broadband users that will involve "very thin hardware profiles," likely a nod to cloud DVR support. The company's set top, router and gateway hardware "will become a consolidated, single platform over the next 24-36 months."

"The evolution of our customer experience will bring legacy U-verse and DirecTV customers to a new and common customer experience with personalization features, user controls, and the ability to manage managed and unmanaged content," Stankey said.



tags: Video · competition · business · bandwidth · content · consumers · DirecTV · AT&T U-Verse · DIRECTV · AT&T

News Jump

## Most recommended from 31 comments



**karlmarx**
join:2006-09-18
Moscow, ID

**Fixed Wireless is NOT a replacement for landline**

AT&T knows that the 'profit' margin for landlines is FAR less than the profit from LTE. As they have stated in the past, they have ZERO concern for people who are cost conscious. Charging $10.00 per GB for LTE data is their 'dream' scenario, and they are hoping that everyone who cancels DSL goes to LTE. Fat chance of that happening. LTE is fast enough, there's no questioning that. LTE is probably the LEAST effective way to get data however.
The fat cat coke snorting hooker screwing executives know that the LONG TERM viability of this is NILL. However, they are looking to get the next few quarters to look 'good', so they can get their golden parachutes and bail before it all comes crashing down. The rich get richer, AT&T goes bankrupt, and a new, unfounded cell phone provider will step in and provide much better service at a much lower price (t-mobile is getting there, but still has a ways to go). $69 Billion dollars thrown away. Sigh, the short shortsightedness of the fat cat's never ceases to amaze me.

+18/-2 · actions · 2015-Aug-14 9:01 am · reply

**jorcmg**
join:2002-10-24
USA

**hmmm**

SBC has plundered everything they have bought and run the businesses into the ground. Sorry DirecTV. Wish you could have been a survivor like T Mobile.

+9 · actions · 2015-Aug-14 11:21 am · reply

**techman01**
join:2010-10-19
Palm Coast, FL

**re**

Wouldn't surprise me if ATT only wants to eventually sell directv as the tv service. Over the last several months they have pulled uverse displays out of stores in uverse areas and replaced them with new directv displays here in the south.

+4 · actions · 2015-Aug-14 11:37 am · reply

**ke4pym**
Premium Member
join:2004-07-24
Charlotte, NC

**I won't see any changes!**

Finally (after 9 days out of 21) received the return package boxes for my receivers on Wednesday.  Dropped the receivers off last night at the post office.

Apparently, I am not the only one.  The clerk asked me where I got the packing tape to close the boxes with.  Told her the tape came in the box.  Then I asked if they get many of

them and she said she's seen an uptick lately of DirecTV boxes coming in to be set back. Take it for what it's worth...

Now I need to find something to do with the 2 HR24's they didn't want back.

△ ▽ +4/-1 · actions · 2015-Aug-14 9:29 am · reply