# Exhibit 7

HOME  >  PRESS RELEASES  >  AT&T SELECTS ERICSSON TO ENHANCE ITS TV PLATFORM

# AT&T selects Ericsson to enhance its TV Platform

PRESS RELEASE  |  SEP 10, 2015 09:26 (GMT +00:00)

- Ericsson to work with AT&T on the evolution of its satellite and wireline TV platform

- Platform evolution to integrate best-in-class DIRECTV and U-verse technologies

Ericsson (NASDAQ: ERIC) today announced it has been selected to work with AT&T on the evolution of AT&T's TV experience platform. AT&T will be combining industry-leading capabilities of AT&T's U-verse and DIRECTV platforms to deliver its entertainment experience across AT&T's satellite and wireline networks.

This evolution will utilize leading technologies from AT&T's U-verse platform and AT&T's DIRECTV satellite platform to deliver a premium TV experience, serving customers across both satellite and wireline access networks.

"By collaborating with Ericsson, AT&T will be able to enhance its service offerings across its networks," said Enrique Rodriguez, Executive Vice President and Chief Technical Officer, AT&T Entertainment and Internet Services. "Combining these technologies together uniquely positions AT&T to offer consumers an unparalleled bundled video entertainment, mobile and broadband experience."

 "AT&T has long been one of the most future-oriented, pioneering operators in the industry and we look forward to helping them to evolve their platforms which will give consumers an advanced TV experience," said Per Borgklint, Senior Vice President and Head of Business Unit Support Solutions, Ericsson.

NOTES TO EDITORS

**About AT&T**

AT&T Inc. (NYSE:T) helps millions around the globe connect with leading entertainment, mobile, high speed Internet and voice services. We're the world's largest provider of pay TV. We have TV customers in the U.S. and 11 Latin American countries. In the U.S., our wireless network offers the nation's strongest LTE signal and the most reliable 4G LTE network. We

offer the best global wireless coverage*. And we help businesses worldwide serve their customers better with our mobility and secure cloud solutions.

© 2015 AT&T Intellectual Property. All rights reserved. AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Reliability and signal strength claims based on nationwide carriers' LTE. Signal strength claim based ONLY on avg. LTE signal strength. LTE not available everywhere.

*Global coverage claim based on offering discounted voice and data roaming; LTE roaming; voice roaming; and world-capable smartphone and tablets in more countries than any other U.S. carrier. International services required. Coverage not available in all areas. Coverage may vary per country and be limited/restricted in some countries.

## Ericsson at IBC 2015

At IBC 2015 in Amsterdam we are showcasing solutions and services that empower customers to put the connected consumer at center stage in the new internet era of television. We'll show how this is achieved through the delivery of seamless experiences, personalized discovery, immersive content, and constantly evolving services.

Ericsson will highlight how it sets itself apart with a unique combination of consumer insights, industry-leading portfolio, and global transformation services that are together helping customers embrace the opportunities of the Networked Society.

You can find us at IBC in Hall 1, Stand 1:D61. Follow us during the event using @EricssonTV and join the discussion using #IBCShow.

*Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.*

*Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.*

*With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.*

*Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York*

www.ericsson.com
www.twitter.com/ericssonpress
www.facebook.com/ericsson
www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications
Phone: +46 10 719 69 92
E-mail: media.relations@ericsson.com

Ericsson Investor Relations
Phone: +46 10 719 00 00
E-mail: investor.relations@ericsson.com

RELATED FILES

- Press release (PDF)

⤓ PDF

RELATED CONTENT



JUN 29, 2022 | Press release

## Rural applications research at Iowa State University receives boost from Ericsson and NSF-Funded PAWR Project Office

5G, Innovation, Research



JUN 22, 2022 | Press release

## UScellular and Ericsson Team Up on Drone Connectivity to Test 5G Network Performance at Altitude

5G, Data and analytics, Innovation



MAY 17, 2022 | Press release

## Ericsson and Intel launch global Cloud RAN Tech Hub

Networks, Radio, 5G RAN