# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC, *Defendants.* | Case No. 2:22-cv-00075-JRG (Lead Case) JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE L.L.C., *Defendants.* | Case No. 2:22-cv-00076-JRG-RSP (Member Case) |

## ORDER DENYING DIRECTV, LLC AND AT&T SERVICES, INC.'S MOTION TO SEVER AND STAY

The Court, having considered DirecTV, LLC and AT&T Services, Inc. ("AT&T") (collectively, "Defendants") Motion to Sever and Stay (ECF No. 53) and Plaintiff Entropic Communications, LLC's Cross-Motion for Transfer (ECF No. 75), hereby DENIES Defendants' motion.

It is Ordered that:

1. Defendants' Motion to Sever and Stay the claims against AT&T is denied;

2. Defendants' request for alternative relief is granted; and

-1-

3. All Defendants are transferred to the Central District of California.