# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:22-CV-00075-JRG |
| v. | § § | (LEAD CASE) |
| DIRECTV, LLC, AT&T SERVICES, INC., | § § | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., | § § § § § § | CIVIL ACTION NO. 2:22-CV-00076-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff"). (Dkt. No. 89.) In the Motion, Plaintiff moves for an extension of time in which to file a reply brief in support of the Cross-Motion to Transfer Venue to the Central District of California (the "Cross-Motion") (Dkt. No. 75). (*Id*. at 1.) Plaintiff requests an extension to file a reply up to and including September 9, 2022. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Plaintiff to file a reply in support of its Cross-Motion is **extended** up to and including September 9, 2022.

## So Ordered this

**Sep 6, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE