UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AND, AT&T SERVICES, INC.,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**DECLARATION OF NICHOLAS F. LENNING**

I, Nicholas F. Lenning, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at K&L Gates, LLP, counsel of record for Plaintiff, Entropic Communications, LLC ("Plaintiff" or "Entropic"). I am licensed to practice law in the State of Washington.

3. On April 27, 2022, Defendants DISH Network Corp., DISH Network LLC, and DISH Network Service LLC (collectively, "DISH") moved to transfer this case to the District of Colorado.

4. On August, 2, 2022, Entropic filed its Opposition to DISH's Motion for Transfer, and cross-moved for transfer to the Central District of California.

5. On August 30, 2022, DISH filed its Opposition to Entropic's Cross-Motion for Transfer.

6. I make this Declaration based on my personal knowledge and in further support of Entropic's Reply in Support of its Cross-Motion for Transfer.

7. Attached as Exhibit A is a true and correct printout of a corporate filing recorded with the California Secretary of State.

8. Attached as Exhibit B is a true and correct printout from the website for the Colorado Secretary of State.

9. Attached as Exhibit C is a true and correct printout from the website for the Colorado Secretary of State.

10. Attached as Exhibit D is a true and correct printout from the dish.com website.

11. Attached as Exhibit E is a true and correct printout from the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS).

12. Attached as Exhibit F is a true and correct printout of an email exchange between counsel for Entropic and counsel for DISH.

I declare under penalty of perjury under the laws of the United States that foregoing is a true and correct to the best of my knowledge.

Executed on September 9, 2022 in Seattle, Washington.

/s/ *Nicholas F. Lenning*
Nicholas F. Lenning