# Exhibit A

| | California Secretary of State |
|---|---|
| | Electronic Filing |



## Corporation - Statement of Information

| | |
|---:|---|
| Entity Name: | DISH NETWORK CALIFORNIA SERVICE CORPORATION |
| Entity (File) Number: | C2579811 |
| File Date: | 12/08/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | COLORADO |
| Document ID: | H015481 |

**Detailed Filing Information**

1. Entity Name:      DISH NETWORK CALIFORNIA SERVICE CORPORATION

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:      P.O. BOX 6655
      ENGLEWOOD, Colorado 80155
      United States of America

   c. Street Address of Principal Executive Office:      9601 S MERIDIAN BLVD
      ENGLEWOOD, Colorado 80112
      United States of America

3. Officers:
   a. Chief Executive Officer:      W. ERIK CARLSON
      9601 S MERIDIAN BLVD
      ENGLEWOOD, Colorado 80112
      United States of America

   b. Secretary:      BRANDON EHRHART
      9601 S MERIDIAN BLVD
      ENGLEWOOD, Colorado 80112
      United States of America

Document ID: H015481

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

K. JASON KISER
9601 S MERIDIAN BLVD
ENGLEWOOD, Colorado 80112
United States of America

4.  Director:    Not Applicable

Number of Vacancies on the Board of Directors:    Not Applicable

5.  Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

6.  Type of Business:

CABLE AND OTHER SUBSCRIPTION PROGRAMMING

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    BRANDON EHRHART

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H015481