# Exhibit B

About Secretary Griswold   |   Español

# Colorado Secretary of State Jena Griswold

## Summary

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| Details | |
|---|---|
| **Name** | DISH NETWORK SERVICE L.L.C. |
| **Status** Good Standing | **Formation date** 03/26/1992 |
| **ID number** 19921031647 | **Form** Limited Liability Company |
| **Periodic report month** March | **Jurisdiction** Colorado |
| **Principal office street address** | 9601 S MERIDIAN BLVD, ENGLEWOOD , CO 80112, United States |
| **Principal office mailing address** | PO Box 6655, Englewood, CO 80155, United States |

| Registered Agent | |
|---|---|
| **Name** | Timothy Allen Messner |
| **Street address** | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112, United States |
| **Mailing address** | PO BOX 6655, ENGLEWOOD, CO 80155, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]