# Exhibit C

Case 2:22-cv-07775-JWH-KES   Document 94-4   Filed 09/09/22   Page 1 of 2   Page ID #:3061

About Secretary Griswold   |   Español

**Colorado Secretary of State Jena Griswold**

### For this Record...
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | | | |
|---|---|---|---|
| **Name** | DISH Network L.L.C. | | |
| **Status** | Good Standing | **Formation date** | 03/26/1987 |
| **ID number** | 19871717631 | **Form** | Limited Liability Company |
| **Periodic report month** | March | **Jurisdiction** | Colorado |
| **Principal office street address** | 9601 S MERIDIAN BLVD, ENGLEWOOD , CO 80112, United States | | |
| **Principal office mailing address** | PO Box 6655, Englewood, CO 80155, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Timothy Allen Messner |
| **Street address** | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112, United States |
| **Mailing address** | PO BOX 6655, ENGLEWOOD, CO 80155, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility