# Exhibit D



About DISH    DISH News    Images and Videos    Media Contacts

Contact Us    Email Alerts

Led by co-founder Charlie Ergen, DISH's leadership team is comprised of industry veterans who put consumers first and are guiding the future of entertainment

# Executive Leadership



**Charlie Ergen**
Co-founder and Chairman of the Board



**Jim DeFranco**
Co-founder, Executive Vice President and Director



**W. Erik Carlson**
President and Chief Executive Officer



**John Swieringa**
President and Chief Operating Officer, DISH Wireless



**Amir Ahmed**
Executive Vice President, DISH TV



**Jeffrey Blum**
Executive Vice President, External and Legislative Affairs



**Stephen Bye**
Executive Vice President, Chief Commercial Officer



**Tom Cullen**
Executive Vice President, Corporate Development



**Brandon Ehrhart**
Executive Vice President, General Counsel, Wireless, and Corporate Secretary



**Narayan Iyengar**
Executive Vice President and Chief Operating Officer



**Dave Mayo**
Executive Vice President, Network Development



**Jeff McSchooler**
Executive Vice President, Wireless Operations




Timothy A. Messner
Executive Vice President and General Counsel



Brian Neylon
Executive Vice President and Group President,
DISH TV



Paul W. Orban
Executive Vice President and Chief Financial
Officer



Marc Rouanne
Executive Vice President, Chief Network Officer



Gary Schanman
Executive Vice President and Group President of
Sling TV



Kathy Schneider
Executive Vice President, Customer Experience
Operations



David Scott
Executive Vice President and Chief Human
Resources Officer



Stephen Stokols
Executive Vice President, Retail Wireless



Atilla Tinic
Executive Vice President, Chief Information Officer

# Senior Leadership



Kannan Alagappan
Senior Vice President and Chief Technology Officer



Jim Allen
Senior Vice President and Chief Accounting Officer



Kevin Arrix
Senior Vice President, DISH Media



Kyle Bemis
Senior Vice President, Finance



Rob Bennett
Senior Vice President, Retail Wireless Technology



Kieran Callaghan
Senior Vice President, Direct Sales



About DISH DISH News Images and Videos Media Contacts

Contact Us Email Alerts



**Heather Campbell**
Senior Vice President, National Radio Frequency
Engineering



**Paul Chapple**
Senior Vice President, Retail Wireless Product



**Kevin Covell**
Senior Vice President, Customer Retention and
Marketing



**Larry Frankel**
Senior Vice President, DISH TV Marketing



**Brent Gale**
Senior Vice President, Broadcast and Spacecraft
Operations



**Rob Hussa**
Senior Vice President, Retail Wireless Operations



**Patrick Joe**
Senior Vice President, Customer Experience
Operations



**Ajinkya "Jinx" Joglekar**
Senior Vice President, Sling TV Marketing



**Larry Katzin**
Senior Vice President and Deputy General Counsel



**In-Kyung Kim**
Senior Vice President and Chief Solutions
Engineering Officer



**Andrew LeCuyer**
Senior Vice President, Programming



**Drew Major**
Senior Vice President of DISH Technologies



**Gregg Martch**
Senior Vice President, Hardware Engineering



**Dan Minnick**
Senior Vice President, Software Engineering



**Shannon Picchione**
Senior Vice President, Billing and Credit



**Paddy Rao**
Senior Vice President, Technology and Strategy

**Nick Rossetti**
Senior Vice President, In-Home Services

**Nick Sayeedi**
Senior Vice President, Deputy General Counsel and Chief Compliance Officer

**Satish Sharma**
Senior Vice President, 5G Development & Integration

Show 25 per page

« 1 2 »

**Navigate DISH Newsroom**

About DISH
DISH News
DISH Cares
Images & Videos
Contact Us
Email Alerts

**Visit Other DISH Sites**

Investor Relations
DISH Careers
DISH Cares
DISH.com
DishLATINO
DISH for Business
DISH International

DISH Media
DISH High-Speed Internet
Sling TV
Sling TV Newsroom
Air TV
OnTech Smart Services

© 2022. DISH Network L.L.C. All rights reserved.

Privacy Policy | Sitemap