# Exhibit E



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 8 03:47:22 EDT 2022

Logout   Please logout when you are done to release system resources allocated for you.

Start    List At:         OR  Jump   to record:           **Record 9 out of 288**

( Use the "Back" button of the Internet Browser to return to TESS)

**Word Mark**  DISH

**Goods and Services**  IC 009. US 021 023 026 036 038. G & S: Communications equipment, namely, television receivers, set-top boxes, digital video recorders, modems, wireless access points (WAP) devices; network routers that route data from a local area network (LAN) to another network connection, and electric and electromagnetic telecommunication cabling, all for Pay-TV systems; video distribution systems, namely, television receivers, computer hardware for video distribution, and accessories and components for the aforementioned goods; remote controls for electronic devices, namely, televisions, television receivers, set-top boxes, digital video recorders, and digital versatile disc players, and parts and fittings for the aforementioned goods; downloadable software for enabling phones, computers, laptops, tablet PCs, and mobile devices to view and navigate electronic programming guides and to program and operate televisions, set-top boxes, receivers, and DVRs; downloadable computer software for downloading and sharing information regarding audiovisual and multimedia entertainment over the Internet and communications networks; downloadable computer software to enable the viewer of audiovisual and multimedia entertainment programs to access interactive entertainment, advertising, and promotional offers; downloadable software in the nature of a mobile application that generates recommendations in the fields of movies, television programs, television series, audiovisual entertainment, and multimedia entertainment; downloadable computer software for transmitting digital signals, data, and electronic messages via wired and wireless networks; downloadable software for streaming audio, video, image, multimedia, and data information to a variety of network devices, namely, personal computers, laptops, tablet PCs, mobile phones, personal digital assistants (PDA), and stand-alone hardware decoders, namely, audio decoders and video decoders; downloadable computer software for operating hardware, translating digital signals, transmitting digital data and signals, electronic messaging, data management, network security and access to the internet for use in wireless communications systems; downloadable computer programs utilizing radio communications networks, local communication networks, and wide area communication networks for use in transmitting digital data; downloadable computer programs for facilitating wireless communication; downloadable computer programs for recording, processing, receiving, reproducing, transmitting, modifying, compressing, broadcasting, playing, reviewing, merging or enhancing data for use in wireless communications; downloadable communications software, namely, system operating software for residential and commercial television receiver systems; downloadable software for displaying the on-screen listing of available television programming; downloadable films and television programs featuring comedy, drama, action, adventure, sports, musicals, current events, entertainment news, documentaries, and animation in a variety of genres provided via a video-on-demand service; downloadable computer software for the Internet of Things (IoT), namely, computer software for monitoring and managing devices from a web application relating to the Internet of Things (IoT. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 025. US 022 039. G & S: Athletic shirts; dress shirts; hooded sweatshirts; short-sleeved or long-sleeved t-shirts; sports caps and hats; sweatshirts; t-shirts. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 035. US 100 101 102. G & S: Charitable services, namely, organizing and conducting volunteer programs and community service projects; providing technical advice in the nature of consumer product information relating to home security, automation, and Internet of Things (IoT) related systems. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 037. US 100 103 106. G & S: Installation of residential and commercial television receivers, audio and video distribution systems, home theatre systems, telecommunications networking hardware, related structured wiring and IoT related systems, excluding the installation of computer software; installation, maintenance and repair of consumer electric and electronic appliances and devices; installation of home security, automation, and IoT related systems; installation, maintenance and repair of residential and commercial Internet of Things (IoT) computer hardware products and smart home technology in the nature of hardware for controlling home and commercial automation systems; providing technical support, namely, technical advice related to installation, repair, replacement, maintenance of electric and electronic apparatus, equipment and devices; providing technical support, namely, technical advice related to repair of home security, automation, and Internet of Things (IoT) related systems. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 038. US 100 101 104. G & S: Telecommunications services, namely, video and audio broadcasting services, webcasting services, and streaming of data; transmission of voice, data, images, graphics, audio, video, multimedia, television, subscription television, pay-per-view and video-on-demand content via satellite transmission, cable, fiber-optic, the internet, wired and wireless global computer networks, and electronic communications networks; television broadcasting to mobile devices, namely, mobile phones, smartphones, laptops, and tablet PCs via satellite, cable, fiber-optic, the internet, wired and wireless global computer networks, and electronic communications networks; telecommunications services, namely, providing high-speed wired and wireless broadband internet access to the internet and global computer networks; telecommunications services, namely, providing wired and wireless access to a global computer network for internet browsing, e-mail messaging, transmission of voice, image, audio, and multimedia through hand-held devices, namely, mobile phones, smartphones, tablet PCs, and computers; multi-channel, multi-point distribution services in the nature of high speed, wireless electronic transmission of voice, data, images, graphics, audio, and video; pre-paid personal communication services; consulting and advisory services in the field of telecommunications, wireless communications, and communications networks; telecommunications services, namely, wired and wireless telephone communications services, voicemail, and caller identification services; voice messaging, namely, recording and transmitting of voice messages via wired and wireless communications networks; transmission of voice, image, video, data information via interactive multimedia networks, telephone or smartphone; leasing of telecommunications equipment, namely, television receivers, set-top boxes, DVRs, modems, access points, storage devices, routers, and cabling. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 041. US 100 101 107. G & S: Entertainment services in the nature of providing non-downloadable entertainment content, namely, movies, television program series, and television programs, and on-line video clips in the fields of comedy, drama, action, adventure, sports, musicals, current events, entertainment news, documentaries, and animation via a video-on-demand services delivered via satellite and terrestrial transmission, cable, fiber-optic, the internet, wired and wireless global computer networks, and electronic communications networks; online journals, namely, providing a website featuring information in the field of current events, sports, current sports news, entertainment, music and cultural events; provision of information relating to movies, continuing pre-recorded audio programs, continuing pre-recorded video programs, and multimedia program series featuring comedy, drama, action, adventure, sports, musicals, current events, entertainment news, documentaries, and animation. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100

IC 042. US 100 101. G & S: Installation of computer networking software; calibration of televisions services; Providing on-line non-downloadable software that allows users to view and post multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information related to movies, audio, video, and multimedia series featuring wide variety of entertainment content, television programs, and multimedia content; providing on-line non-downloadable software for enabling users to view and navigate electronic programming guides via phones, tablet PCs, computers, and mobile devices; providing on-line non-downloadable software for operating telecommunications equipment, television receivers, set-top boxes, DVRs, modems, access points, storage devices, and routers; providing on-line non-downloadable software for generating recommendations of movies, television programs, audio, video, and multimedia series featuring wide variety of entertainment content, audiovisual

Case 2:22-cv-07775-JWH-KES   Document 94-6   Filed 09/03/22   Page 3 of 3   Page ID #:3070

| | |
|---|---|
| | entertainment, and multimedia entertainment; computer services, namely, on-line scanning, detecting, quarantining and eliminating of viruses, worms, trojans, spyware, adware, malware and unauthorized data and programs on computers and electronic devices; software as a service (SAAS) services featuring software for monitoring, analyzing, managing, optimizing and automating the security and management of IoT (Internet of Things) devices and systems and computer applications, hardware, networks and systems; troubleshooting in the nature of diagnosing problems with consumer electronics. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.24 - Sound waves, including designs depicting sound<br>26.01.21 - Circles that are totally or partially shaded.<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved<br>27.03.01 - Geometric figures forming letters, numerals or punctuation<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 88367639 |
| **Filing Date** | April 2, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 3, 2019 |
| **Owner** | (APPLICANT) DISH Network L.L.C. LIMITED LIABILITY COMPANY COLORADO 9601 S. Meridian Blvd. Englewood COLORADO 80112 |
| **Attorney of Record** | Ian L. Saffer |
| **Prior Registrations** | 5543595 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized word "DISH", with the letter "I" consisting of a design element representing a wireless and/or satellite signal. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "DISH" |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY