# Exhibit F

| | |
|---|---|
| **From:** | Tessar, Amanda (DEN) |
| **To:** | Lenning, Nicholas F.; Hester, Adam (MSN); Smith, Melissa (EXTERNAL); Bernstein, Matthew C. (SDO); *Entropic-DISH |
| **Cc:** | EntropicKLG |
| **Subject:** | RE: Entropic v. Dish: Minnick deposition on CA venue |
| **Date:** | Thursday, September 8, 2022 3:34:04 PM |

Nick,

DISH does not understand the emergency. Entropic has had DISH's opposition brief for almost two weeks. We had agreed to an extension through tomorrow for Entropic's reply as a courtesy due to the holiday weekend, not because DISH is open to additional discovery beyond that negotiated and agreed to by the parties (and authorized by the Court's venue discovery order) or because we anticipated that Entropic would submit new evidence with its reply brief. Entropic already had a chance to depose Mr. Minnick in June on venue topics and did not ask any questions about DISH's connections to the Central District of California. Even setting aside questions of whether Mr. Minnick or we are available on such short notice, now is not the time to be asking those questions for the first time. We therefore will not voluntarily produce Mr. Minnick for a do-over venue deposition tomorrow or at any other time.

--Amanda

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, September 8, 2022 11:30 AM
**To:** Tessar, Amanda (DEN) <ATessar@perkinscoie.com>; Hester, Adam (MSN) <AHester@perkinscoie.com>; Smith, Melissa (EXTERNAL) <melissa@gillamsmithlaw.com>; Bernstein, Matthew C. (SDO) <MBernstein@perkinscoie.com>; *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>
**Subject:** Entropic v. Dish: Minnick deposition on CA venue

Amanda,

In light of Dish's arguments that venue is not proper in the Central District of California and what we believe are inconsistencies in your position, we need a short, remote deposition of Minnick tomorrow on the topic of venue in the Central District of California. If Minnick is not available tomorrow, we ask for a commensurate short extension to the deadline to file our reply in support of the cross-motion for transfer to allow for Minnick's deposition (we can file the reply on the same day that the deposition occurs). Please let us know your position as soon as possible.

Best,

Nick Lenning



Nick Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 370-6685
Fax: (206) 623-6449
Pronouns: He/Him/His
nicholas.lenning@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.