UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO SEVER
AND STAY OR, ALTERNATIVELY, FOR TRANSFER (DKT. 53)**

Defendants DIRECTV, LLC, and AT&T Services, Inc., (collectively, "Defendants") hereby move the Court for an extension of time in which to file a reply in support of their Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. 53). The current deadline for Defendants to file their reply in support of their motion is September 20, 2022. Defendants hereby request an additional one week, to September 27, 2022, to file their reply.

Plaintiff Entropic Communications, LLC does not oppose this request.

1

Accordingly, Defendants respectfully request that the time to file their reply in support of their Motion to Sever and Stay or, Alternatively, for Transfer be extended up and through September 27, 2022.

DATED: September 19, 2022

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Benjamin Hershkowitz*

Benjamin Hershkowitz
Katherine Q. Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Brian Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
bburoker@gibsondunn.com

Nathan R. Curtis (#24078390)
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com
ayang@gibsondunn.com

**THE DACUS FIRM, P.C.**

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendants DIRECTV, LLC and AT&T Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, I caused to be served by email a copy of the foregoing motion on all counsel who have consented to electronic service.

*/s/ Benjamin Hershkowitz*
Benjamin Hershkowitz

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Benjamin Hershkowitz*
Benjamin Hershkowitz
