# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC, AT&T, INC., AT&T SERVICES, INC., AND AT&T COMMUNICATIONS, LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORP.; DISH NETWORK LLC; AND DISH NETWORK SERVICE LLC,<br><br>*Defendants.* | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

## **ORDER GRANTING EXTENSION OF TIME**

The Court, having considered Defendants DIRECTV, LLC, and AT&T Services, Inc.'s Unopposed Motion for Extension of Time to File a Reply in Support of Their Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. 53), hereby GRANTS the motion. It is ordered that Defendants DIRECTV, LLC, and AT&T Services, Inc. shall have up to and including September 27, 2022, to file their reply in support of their Motion to Sever and Stay, or, Alternatively, for Transfer.