# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § *Plaintiff*, § § v. § § DIRECTV, LLC, AT&T SERVICES, INC., § | § § § § CIVIL ACTION NO. 2:22-CV-00075-JRG § (LEAD CASE) § § |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., § § § § § § *Defendants*. § | § § CIVIL ACTION NO. 2:22-CV-00076-JRG § (MEMBER CASE) § § § § |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File a Reply in Support of Their Motion to Sever and Stay or, Alternatively, for Transfer (the "Motion") filed by Defendants DIRECTV, LLC, and AT&T Services, Inc. (collectively, "Defendants"). (Dkt. No. 96.) In the Motion, Defendants move for an extension of time in which to file a reply brief in support of their Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. No. 53). (*Id*. at 1.) Defendants request a one-week extension to file a reply up to and including September 27, 2022. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Defendants to file a reply in support of their Motion to Sever and Stay or, Alternatively, for Transfer is **extended** up to and including September 27, 2022.

**So ORDERED and SIGNED this 20th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE