# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC, and<br>AT&T SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00075-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION;<br>DISH NETWORK L.L.C.; and<br>DISH NETWORK SERVICE L.L.C.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00076-JRG<br><br>RELATED CASE |

**DIRECTV, LLC AND AT&T SERVICES, INC.'S REPLY IN SUPPORT OF THEIR MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER**

Although Entropic disputes whether this Court should sever and stay the claims against AT&T, Entropic has agreed to the alternative relief sought by DIRECTV and AT&T—*i.e.*, that the Court transfer the entirety of this case (including Defendants DIRECTV and AT&T) to the Central District of California. Indeed, Entropic's proposed order submitted with its opposition seeks an order that "Defendants' request for alternative relief is granted" and that "[a]ll Defendants are transferred to the Central District of California." Dkt. 90-10 at 1–2.

As such, to the extent this Court orders transfer of the case to the Central District of California, DIRECTV and AT&T withdraw the portion of their motion seeking to sever and stay all of Entropic's claims against AT&T without prejudice to refile in the transferee court. *See Radio Santa Fe, Inc. v. Sena*, 687 F. Supp. 284, 285 (E.D. Tex. 1988) ("Because the defendants' motions to transfer venue to the United States District Court for the District of New Mexico are meritorious, they shall be granted. The rest of the motions accordingly shall be denied as moot, without prejudice to the disposition of similar motions in the transferee court."); *Chestang v. Alcorn State Univ.*, No. 09-cv-3534, 2010 WL 1372601, at *3 (N.D. Ill. Apr. 1, 2010) (holding that "[b]ecause the transferee court . . . will be deciding all future issues of this case, it is proper that that court" resolve other pending motions).

| | |
|---|---|
| DATED: September 21, 2022 | **GIBSON, DUNN & CRUTCHER LLP** |
| | */s/ Benjamin Hershkowitz* |
| | Benjamin Hershkowitz<br>Katherine Q. Dominguez<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>bhershkowitz@gibsondunn.com<br>kdominguez@gibsondunn.com |
| | Brian Buroker<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>bburoker@gibsondunn.com |
| | Nathan R. Curtis (#24078390)<br>Audrey Yang<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>ncurtis@gibsondunn.com<br>ayang@gibsondunn.com |
| | **THE DACUS FIRM, P.C.** |
| | Deron R. Dacus<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Telephone: (903) 705-1117<br>ddacus@dacusfirm.com |
| | *Counsel for Defendants DIRECTV, LLC and AT&T Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I caused to be served by email a copy of the foregoing motion on all counsel who have consented to electronic service.

> */s/ Benjamin Hershkowitz*
> Benjamin Hershkowitz