# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § § *Plaintiff*, § § v. § § DIRECTV, LLC, AT&T SERVICES, INC., § | CIVIL ACTION NO. 2:22-CV-00075-JRG (LEAD CASE) |
| DISH NETWORK CORPORATION, DISH § NETWORK L.L.C., DISH NETWORK § SERVICE L.L.C., § § *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00076-JRG (MEMBER CASE) |

## ORDER

The Court issues this order *sua sponte*. The Court hereby sets the following motions and all related briefing for hearing on **Thursday, October 13, 2022, at 9:00 a.m. central time in-person in Marshall, Texas:**

- DISH's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer to the District of Colorado (Dkt. No. 25);

- DIRECTV, LLC's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer Venue to the Central District of California (Dkt. No. 52);

- DIRECTV, LLC and AT&T Services, Inc.'s Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. No. 53); and

- Plaintiff Entropic Communications, LLC's Opposition to Dish's Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) and Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a).

**So ORDERED and SIGNED this 21st day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE