IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>DIRECTV, LLC, AT&T SERVICES, INC.,<br><br>    *Defendants.* | Case No. 2:22-CV-00075-JRG<br>(LEAD CASE) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK, L.L.C., AND DISH NETWORK SERVICE L.L.C.,<br><br>    *Defendants.* | Case No. 2:22-CV-00076-JRG-RSP<br>(MEMBER CASE) |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney, Darlene F. Ghavimi, herby enters a Notice of Appearance as counsel of record on behalf Plaintiff, Entropic Communications, LLC., in these cases and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the aforementioned parties.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 28, 2022 | By: */s/ Darlene F. Ghavimi*<br>Darlene F. Ghavimi<br>Texas State Bar No. 24072114<br>**K&L GATES LLP**<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Tel.: 512.482.6919<br>Fax: 512.482.6859<br>Darlene.ghavimi@klgates.com |
|  | *ATTORNEY FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing document via the Court's CM/ECF electronic notification system.

On the 28th day of September, 2022.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi