# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>*Defendants.* | Case No. 2:22-cv-00075-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>*Defendants*. | Case No. 2:22-cv-00076-JRG-RSP<br>(Member Case) |

**ENTROPIC COMMUNICATIONS, LLC'S SUR-REPLY TO DIRECTV, LLC AND AT&T SERVICES, INC.'S MOTION TO SEVER AND STAY**

Nearly four months have passed since Defendants filed its motion to sever and stay this case against AT&T. Yet Defendants now request the Court dismiss that motion "without prejudice to refile in the transferee court." Dkt. 100 at 2. Defendants make this last-minute request even though the motion is fully briefed. Moreover, Defendants have been on notice for at least seven weeks that Entropic would not oppose transfer of all defendants in the consolidated case. Defendants, however, did not seek to withdraw their motion to sever at that time. Rather, Defendants waited until after Entropic pointed out that, in cases such as this one, this Court has rejected Defendant's proffered basis to sever and stay. Dkt. 90 at 10–11. Now on notice that their motion is on shaky legal ground, Defendants attempt to avoid an adverse ruling by requesting to withdraw its motion *without prejudice*.

This Court should reject Defendants' transparent attempt to forum shop this issue. Defendants could have filed a motion for transfer in the first instance, but they did not. Rather, Defendants purposefully filed this motion *at the same time* they filed their motion to transfer. Permitting Defendants' to roll the dice in another court—when the issue is ripe for decision here and now—is a waste of judicial and party resources. Accordingly, unless the Court dismisses with prejudice, Entropic respectfully requests that this Court decide Defendants' motion on the merits, and deny it for the reasons set forth in Entropic's Opposition.

Dated: September 28, 2022                                    Respectfully submitted,

/s/ James Shimota by permission Andrea Fair
James Shimota
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on September 28, 2022 to all counsel of record via the Court's CM/ECF system.

/s/ Andrea Fair