IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § § § | |
| v. | § § | Case No. 2:22-cv-00075-JRG (LEAD CASE) |
| DIRECTV, LLC, AT&T SERVICES, INC. | § § § § | |
| DISH NETWORK CORPORATION, DISH NETWORK LLC, DISH NETWORK SERVICE LLC | § § § § | Case No. 2:22-cv-00076-JRG (MEMBER CASE) |

**MOTION(s) HEARING MINUTES**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
October 12, 2022

**OPEN:** 09:07 AM                                                                                **ADJOURN:** 09:57 AM

| ATTORNEYS FOR PLAINTIFF: | See attached |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 09:07 AM | Court opened. |
| 09:08 AM | Court called for announcements from counsel. |
| 09:09 AM | Court heard concurrent arguments re:<br>• Dish's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer to the District of Colorado (Dkt. No. 25);<br>• [SEALED] DirecTV, LLC's Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer Venue to the Central District of California (Dkt. No. 52);<br>• [SEALED] DirecTV, LLC and AT&T Services, Inc.'s Motion to Sever and Stay or, Alternatively, for Transfer (Dkt. No. 53) and,<br>• [SEALED] Plaintiff Entropic Communications, LLC's Opposition to Dish's Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) and Cross-Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 75). |

| TIME | MINUTE ENTRY |
|---|---|
| 09:10 AM | Ms. Tessar presented argument on behalf of Dish Defendants. |
| 09:25 AM | Ms. Dominquez presented argument on behalf of DirecTV Defendants. |
| 09:32 AM | Responsive argument by Mr. Shimota on behalf of Plaintiff. |
| 09:49 AM | Rebuttal argument by Ms. Tessar on behalf of Dish Defendants. |
| 09:55 AM | Additional responsive argument by Mr. Shimota on behalf of Plaintiff. |
| 09:56 AM | Additional rebuttal argument by Ms. Tessar on behalf of Dish Defendants. |
| 09:57 AM | Court to take matter under submission. |
| 09:57 AM | Court adjourned. |