**2:22-cv-00075-JRG (lead case) and 2:22-cv-00076-JRG (member case)**
**Entropic Communications LLC v DIRECTV LLC**
October 12, 2022 at 9:00 AM

## Motion(s) Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Wesley Hill | Entropic |
| Jim Shimota | " |
| Matt Blair | " |
| Darlene Ghavini | " |
| Amanda Tessar | DISH defendants |
| Trevor Bervik | DISH defendants |
| Deron Dacus | AT&T / Direct |
| Kate Dominguez | DIRECTV + AT&T |
| Nathan Curtis | DIRECTV + AT&T |
| Melissa Smith | Dish |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |