# U.S. District Court
# Eastern District of TEXAS [LIVE] (Marshall)
# CIVIL DOCKET FOR CASE #: 2:22−cv−00075−JRG

Entropic Communications, LLC v. DIRECTV, LLC et al
Assigned to: District Judge Rodney Gilstrap
Member case:
   2:22−cv−00076−JRG
Related Case:  2:22−cv−00076−JRG
Cause: 35:271 Patent Infringement

Date Filed: 03/09/2022
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Entropic Communications, LLC**     represented by    **Darlene Fae Ghavimi**
K&L Gates, LLP
2801 Via Fortuna
Ste 650
TX
Austin, TX 78746
512−482−6800
Email: Darlene.Ghavimi@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A Shimota**
K&L Gates LLP − Chicago
70 West Madison Street
Suite 3100
Chicago, IL 60602
312−807−4299
Fax: 312−827−8000
Email: jim.shimota@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea Leigh Fair**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903−757−6400
Fax: 903−757−2323
Email: andrea@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Brian P Bozzo**
K&L Gates LLP − Pittsburgh
210 Sixth Avenue
Pittsburg, PA 15222
412−355−8235
Fax: 412−355−6501

Email: brian.bozzo@klgates.com
*TERMINATED: 07/11/2022*

**Devon C Beane**
K&L Gates LLP – Chicago
70 West Madison Street
Suite 3100
Chicago, IL 60602
312−807−4436
Fax: 312−827−8000
Email: devon.beane@klgates.com
*ATTORNEY TO BE NOTICED*

**Erik J Halverson**
K & L Gates LLP – Chicago
70 W Madison Street
Suite 3300
Chicago, IL 60602
312−807−4265
Fax: 312−827−8000
Email: Erik.Halverson@wilmehale.com
*TERMINATED: 05/18/2022*

**George C Summerfield**
K & L Gates LLP – Chicago
70 W Madison Street
Suite 3300
Chicago, IL 60602
312−807−4376
Fax: 312−827−8000
Email: george.summerfield@klgates.com
*ATTORNEY TO BE NOTICED*

**Jason A Engel**
K&L Gates LLP – Chicago
70 West Madison Street
Suite 3100
Chicago, IL 60602
312−807−4236
Fax: 312−827−8000
Email: jason.engel@klgates.com
*ATTORNEY TO BE NOTICED*

**Kenneth H. Bridges**
Kirkland & Ellis LLP – San Francisco
555 California Street
27th Floor
San Francisco, CA 94104
650−681−4484
Fax: 650−473−9832
Email: kbridges@wongcabello.com
*ATTORNEY TO BE NOTICED*

**Matthew Alexander Blair**
K&L Gates

2801 Via Fortuna
Ste 650
Austin, TX 78746
512−482−6851
Email: matthew.blair@klgates.com
*ATTORNEY TO BE NOTICED*

**Nicholas F. Lenning**
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104−1158
206−623−7580
Fax: 206−623−7022
Email: nicholas.lenning@klgates.com
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903−757−6400
Fax: 903−757−2323
Email: wh@wsfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DIRECTV, LLC**                              represented by    **Katherine Dominguez**
Gibson Dunn & Crutcher, LLP – NYC
200 Park Ave
48th Floor
New York, NY 10166−0193
212−351−2338
Fax: 212−351−4035
Email: kdominguez@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Hershkowitz**
Gibson Dunn & Crutcher, LLP – NYC
200 Park Ave
48th Floor
New York, NY 10166−0193
212−351−2410
Fax: 212−351−6210
Email: bhershkowitz@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Brian M Buroker**
Gibson Dunn & Crutcher LLP – Washington
1050 Connecticut Avenue NW

Suite 300  
Washington, DC 20036–5306  
202/955–8541  
Fax: 202/530–4200  
Email: bburoker@gibsondunn.com  
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**  
The Dacus Firm, PC  
821 ESE Loop 323  
Suite 430  
Tyler, TX 75701  
903/705–1117  
Fax: 903/581–2543  
Email: ddacus@dacusfirm.com  
*ATTORNEY TO BE NOTICED*

**Nathan Robert Curtis**  
Gibson, Dunn & Crutcher LLC – Dallas  
2001 Ross Avenue  
Suite 2100  
Dallas, TX 75201  
214–698–3423  
Fax: 214–571–2961  
Email: ncurtis@gibsondunn.com  
*ATTORNEY TO BE NOTICED*

**Yeepay Audrey Yang**  
Gibson, Dunn & Crutcher LLC – Dallas  
2001 Ross Avenue  
Suite 2100  
Dallas, TX 75201  
214.698.3215  
Fax: 214.571.2915  
Email: ayang@gibsondunn.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**AT&T, Inc.**  
*TERMINATED: 05/17/2022*

represented by **Katherine Dominguez**  
(See above for address)  
*TERMINATED: 05/17/2022*  
*LEAD ATTORNEY*

**Benjamin Hershkowitz**  
(See above for address)  
*TERMINATED: 05/17/2022*

**Brian M Buroker**  
(See above for address)  
*TERMINATED: 05/17/2022*

**Deron R Dacus**  
(See above for address)  
*TERMINATED: 05/17/2022*

**Nathan Robert Curtis**
(See above for address)
*TERMINATED: 05/17/2022*

**Yeepay Audrey Yang**
(See above for address)
*TERMINATED: 05/17/2022*

**Defendant**

**AT&T Services, Inc.**  represented by  **Katherine Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Hershkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian M Buroker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan Robert Curtis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yeepay Audrey Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AT&T Communications, LLC**  represented by  **Katherine Dominguez**
*TERMINATED: 05/17/2022*  (See above for address)
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*

**Benjamin Hershkowitz**
(See above for address)
*TERMINATED: 05/17/2022*

**Brian M Buroker**
(See above for address)
*TERMINATED: 05/17/2022*

**Deron R Dacus**
(See above for address)
*TERMINATED: 05/17/2022*

|  |  |
|---|---|
|  | **Nathan Robert Curtis**<br>(See above for address)<br>*TERMINATED: 05/17/2022* |
|  | **Yeepay Audrey Yang**<br>(See above for address)<br>*TERMINATED: 05/17/2022* |

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Dish Network Corporation**<br>*Consolidated from case 2:22–cv–76* | represented by | **Amanda Tessar**<br>Perkins Coie LLP – Denver<br>1900 Sixteenth Street<br>Suite 1400<br>Denver, CO 80202<br>303–291–2357<br>Fax: 303–291–2487<br>Email: atessar@perkinscoie.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew C Bernstein**<br>Perkins Coie LLP – San Diego<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130–2080<br>858–720–5721<br>Fax: 858–720–5799<br>Email: mbernstein@perkinscoie.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Richards Smith**<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903–934–8450<br>Fax: 903–934–9257<br>Email: melissa@gillamsmithlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| | | |
|---|---|---|
| **Dish Network L.L.C.**<br>*Consolidated from case 2:22–cv–76* | represented by | **Amanda Tessar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew C Bernstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Richards Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| | | |
|---|---|---|
| **Dish Network Service L.L.C.**<br>*Consolidated from case 2:22–cv–76* | represented by | **Amanda Tessar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew C Bernstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Richards Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2022 | Ï 1 | COMPLAINT against AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc., DIRECTV, LLC ( Filing fee $ 402 receipt number 0540–8822404.), filed by Entropic Communications, LLC. (Attachments: # 1 Exhibit A – U.S. Patent 7,130,576, # 2 Exhibit B – U.S. Patent 7,542,715, # 3 Exhibit C – U.S. Patent 8,792,008, # 4 Exhibit D – '576 Claim Chart, # 5 Exhibit E – '715 Claim Chart, # 6 Exhibit F – '008 Claim Chart, # 7 Civil Cover Sheet)(Hill, Jack) (Entered: 03/09/2022) |
| 03/09/2022 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Hill, Jack) (Entered: 03/09/2022) |
| 03/09/2022 | Ï 3 | DEMAND for Trial by Jury by Entropic Communications, LLC. (Hill, Jack) (Entered: 03/09/2022) |
| 03/09/2022 | Ï | Case Assigned to District Judge Rodney Gilstrap. (nkl, ) (Entered: 03/09/2022) |
| 03/09/2022 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 03/09/2022) |
| 03/09/2022 | Ï 4 | CORPORATE DISCLOSURE STATEMENT filed by Entropic Communications, LLC identifying Corporate Parent Entropic Holdings, LLC for Entropic Communications, LLC. (Hill, Jack) (Entered: 03/09/2022) |
| 03/09/2022 | Ï 5 | SUMMONS Issued as to AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc., DIRECTV, LLC. (Attachments: # 1 Summons(es) AT&T SERVICES, INC., # 2 Summons(es) AT&T, INC., # 3 Summons(es) DIRECTV, LLC)(nkl, ) (Entered: 03/09/2022) |
| 03/14/2022 | Ï 6 | SUMMONS Returned Executed by Entropic Communications, LLC. DIRECTV, LLC served on 3/10/2022, answer due 3/31/2022. (Hill, Jack) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 7 | SUMMONS Returned Executed by Entropic Communications, LLC. AT&T, Inc. served on 3/10/2022, answer due 3/31/2022. (Hill, Jack) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 8 | SUMMONS Returned Executed by Entropic Communications, LLC. AT&T Services, Inc. served on 3/10/2022, answer due 3/31/2022. (Hill, Jack) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 9 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by Entropic Communications, LLC. AT&T Communications, LLC served on 3/10/2022, answer due 3/31/2022. (Hill, Jack) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 10 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc..( Dacus, Deron) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 11 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re DIRECTV, LLC.( Dacus, Deron) (Entered: 03/14/2022) |
| 03/14/2022 | Ï | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for AT&T Services, Inc. to 4/30/2022; AT&T, Inc. to 4/30/2022; AT&T Communications, LLC to 4/30/2022. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 03/14/2022) |
| 03/14/2022 | Ï | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for DIRECTV, LLC to 4/30/2022. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 12 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re DIRECTV, LLC.( Dacus, Deron) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 13 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc..( Dacus, Deron) (Entered: 03/14/2022) |
| 03/14/2022 | Ï | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for DIRECTV, LLC to 5/16/2022. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 03/14/2022) |
| 03/14/2022 | Ï | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for AT&T Services, Inc. to 5/16/2022; AT&T, Inc. to 5/16/2022; AT&T Communications, LLC to 5/16/2022. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 03/14/2022) |
| 03/30/2022 | Ï 14 | NOTICE of Attorney Appearance – Pro Hac Vice by James A Shimota on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number 0540–8853359. (Shimota, James) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 15 | NOTICE of Attorney Appearance – Pro Hac Vice by Jason A Engel on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number 0540–8853377. (Engel, Jason) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 16 | NOTICE of Attorney Appearance by George C Summerfield on behalf of Entropic Communications, LLC (Summerfield, George) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 17 | NOTICE of Attorney Appearance – Pro Hac Vice by Erik J Halverson on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number 0540–8853418. (Halverson, Erik) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 18 | NOTICE of Attorney Appearance – Pro Hac Vice by Devon C Beane on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number 0540–8853491. (Beane, Devon) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 19 | NOTICE of Attorney Appearance – Pro Hac Vice by Brian P Bozzo on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number 0540–8853544. (Bozzo, Brian) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 20 | AMENDED COMPLAINT against AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc., DIRECTV, LLC, filed by Entropic Communications, LLC. (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hill, Jack) (Entered: 03/30/2022) |
| 04/12/2022 | Ï 21 | CONSOLIDATION ORDER − The above−captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:22−cv−00075. All parties are instructed to file any future filings in the LEAD CASE. Signed by District Judge Rodney Gilstrap on 4/12/2022. (ch, ) (Entered: 04/13/2022) |
| 04/14/2022 | Ï 22 | ORDER − Scheduling Conference set for 5/18/2022 02:00 PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 4/14/2022. (ch, ) (Entered: 04/14/2022) |
| 04/27/2022 | Ï 23 | NOTICE of Attorney Appearance by Amanda Tessar on behalf of Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. (Tessar, Amanda) (Entered: 04/27/2022) |
| 04/27/2022 | Ï 24 | CORPORATE DISCLOSURE STATEMENT filed by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. (Tessar, Amanda) (Entered: 04/27/2022) |
| 04/27/2022 | Ï 25 | MOTION to Change Venue −*Transfer Case to the District of Colorado* by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Attachments: # 1 Affidavit Declaration of Dan Minnick, # 2 Affidavit Declaration of Trevor Bervik, # 3 Exhibit Index of Exhibits to Declaration of Trevor Bervik, # 4 Exhibit Exhibit 1 to Declaration of Trevor Bervik, # 5 Exhibit Exhibit 2 to Declaration of Trevor Bervik, # 6 Exhibit Exhibit 3 to Declaration of Trevor Bervik, # 7 Exhibit Exhibit 4 to Declaration of Trevor Bervik, # 8 Exhibit Exhibit 5 to Declaration of Trevor Bervik, # 9 Exhibit Exhibit 6 to Declaration of Trevor Bervik, # 10 Exhibit Exhibit 7 to Declaration of Trevor Bervik, # 11 Exhibit Exhibit 8 to Declaration of Trevor Bervik, # 12 Exhibit Exhibit 9 to Declaration of Trevor Bervik, # 13 Exhibit Exhibit 10 to Declaration of Trevor Bervik, # 14 Exhibit Exhibit 11 to Declaration of Trevor Bervik, # 15 Exhibit Exhibit 12 to Declaration of Trevor Bervik, # 16 Exhibit Exhibit 13 to Declaration of Trevor Bervik, # 17 Exhibit Exhibit 14 to Declaration of Trevor Bervik, # 18 Exhibit Exhibit 15 to Declaration of Trevor Bervik, # 19 Exhibit Exhibit 16 to Declaration of Trevor Bervik, # 20 Exhibit Exhibit 17 to Declaration of Trevor Bervik, # 21 Exhibit Exhibit 18 to Declaration of Trevor Bervik, # 22 Exhibit Exhibit 19 to Declaration of Trevor Bervik, # 23 Exhibit Exhibit 20 to Declaration of Trevor Bervik, # 24 Exhibit Exhibit 21 to Declaration of Trevor Bervik, # 25 Exhibit Exhibit 22 to Declaration of Trevor Bervik, # 26 Exhibit Exhibit 23 to Declaration of Trevor Bervik, # 27 Exhibit Exhibit 24 to Declaration of Trevor Bervik, # 28 Exhibit Exhibit 25 to Declaration of Trevor Bervik, # 29 Exhibit Exhibit 26 to Declaration of Trevor Bervik, # 30 Exhibit Exhibit 27 to Declaration of Trevor Bervik, # 31 Exhibit Exhibit 28 to Declaration of Trevor Bervik, # 32 Exhibit Exhibit 29 to Declaration of Trevor Bervik, # 33 Exhibit Exhibit 30 to Declaration of Trevor Bervik, # 34 Exhibit Exhibit 31 to Declaration of Trevor Bervik, # 35 Exhibit Exhibit 32 to Declaration of Trevor Bervik, # 36 Exhibit Exhibit 33 to Declaration of Trevor Bervik, # 37 Exhibit Exhibit 34 to Declaration of Trevor Bervik, # 38 Exhibit Exhibit 35 to Declaration of Trevor Bervik, # 39 Exhibit Exhibit 36 to Declaration of Trevor Bervik, # 40 Exhibit Exhibit 37 to Declaration of Trevor Bervik, # 41 Exhibit Exhibit 38 to Declaration of Trevor Bervik, # 42 Exhibit Exhibit 39 to Declaration of Trevor Bervik, # 43 Exhibit Exhibit 40 to Declaration of Trevor Bervik, # 44 Affidavit Declaration of Amanda Tessar, # 45 Text of Proposed Order Proposed Order)(Tessar, Amanda) (Entered: 04/27/2022) |
| 04/27/2022 | Ï 26 | NOTICE of Attorney Appearance by Matthew C Bernstein on behalf of Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. (Bernstein, Matthew) (Entered: 04/27/2022) |
| 05/05/2022 | Ï 27 | NOTICE of Discovery Disclosure by Entropic Communications, LLC *(P.R. 3−1 and P.R. 3−2 Disclosures)* (Hill, Jack) (Entered: 05/05/2022) |
| 05/12/2022 | Ï 28 | Joint MOTION for Discovery *Limited Expedited Venue Discovery and*, Joint MOTION for Extension of Time to File Response/Reply as to 25 MOTION to Change Venue −*Transfer Case to* |

| | | |
|---|---|---|
| | | *the District of Colorado* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order proposed order)(Hill, Jack) (Entered: 05/12/2022) |
| 05/13/2022 | 29 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. (Smith, Melissa) (Entered: 05/13/2022) |
| 05/13/2022 | 30 | ORDER granting 28 Motion for Limited Expedited Venue Discovery and Extension of Time to Respond to DISHs Motion to Transfer. Signed by District Judge Rodney Gilstrap on 5/13/2022. (nkl, ) (Entered: 05/13/2022) |
| 05/16/2022 | 31 | STIPULATION of Dismissal *AS TO AT&T INC. AND AT&T COMMUNICATIONS, LLC* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack) (Entered: 05/16/2022) |
| 05/16/2022 | 32 | NOTICE of Attorney Appearance by Katherine Dominguez on behalf of All Defendants (Dominguez, Katherine) (Entered: 05/16/2022) |
| 05/16/2022 | 33 | NOTICE of Attorney Appearance by Brian M Buroker on behalf of All Defendants (Buroker, Brian) (Entered: 05/16/2022) |
| 05/16/2022 | 34 | NOTICE of Attorney Appearance by Nathan Robert Curtis on behalf of All Defendants (Curtis, Nathan) (Entered: 05/16/2022) |
| 05/16/2022 | 35 | NOTICE of Attorney Appearance by Yeepay Audrey Yang on behalf of All Defendants (Yang, Yeepay) (Entered: 05/16/2022) |
| 05/16/2022 | 36 | NOTICE of Attorney Appearance by Benjamin Hershkowitz on behalf of All Defendants (Hershkowitz, Benjamin) (Entered: 05/16/2022) |
| 05/16/2022 | 37 | ANSWER to 20 Amended Complaint, by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C..(Smith, Melissa) (Entered: 05/16/2022) |
| 05/16/2022 | 38 | DEMAND for Trial by Jury by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Smith, Melissa) (Entered: 05/16/2022) |
| 05/16/2022 | 39 | *DIRECTV* ANSWER to 20 Amended Complaint, by DIRECTV, LLC.(Dominguez, Katherine) (Entered: 05/16/2022) |
| 05/16/2022 | 40 | CORPORATE DISCLOSURE STATEMENT filed by DIRECTV, LLC identifying Corporate Parent DIRECTV Financing, LLC., Corporate Parent DIRECTV Financing Holdco, Corporate Parent DIRECTV Entertainment Holdings LLC, Corporate Parent DIRECTV Entertainment Holdings LLC for DIRECTV, LLC. (Dominguez, Katherine) (Entered: 05/16/2022) |
| 05/16/2022 | 41 | *AT&T Services, Inc.'s* ANSWER to 20 Amended Complaint, by AT&T Services, Inc..(Dominguez, Katherine) (Entered: 05/16/2022) |
| 05/16/2022 | 42 | CORPORATE DISCLOSURE STATEMENT filed by AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc. identifying Corporate Parent AT&T Inc. for AT&T Communications, LLC, AT&T Services, Inc., AT&T, Inc.. (Dominguez, Katherine) (Entered: 05/16/2022) |
| 05/17/2022 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 05/17/2022) |

| | | |
|---|---|---|
| 05/17/2022 | Ï 43 | Unopposed MOTION to Withdraw as Attorney *on behalf of Erik Halverson* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 05/17/2022) |
| 05/17/2022 | Ï 44 | ORDER granting 31 Stipulation of Dismissal as to AT&T Communications, LLC and AT&T, Inc. Signed by District Judge Rodney Gilstrap on 5/17/2022. (ch, ) (Entered: 05/17/2022) |
| 05/18/2022 | Ï 45 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of Entropic Communications, LLC (Fair, Andrea) (Entered: 05/18/2022) |
| 05/18/2022 | Ï 46 | ORDER granting 43 Motion to Withdraw as Attorney. Attorney Erik J Halverson terminated. Signed by District Judge Rodney Gilstrap on 5/18/2022. (ch, ) (Entered: 05/18/2022) |
| 05/18/2022 | Ï | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference held on 5/18/2022. Counsel for the parties appeared. Court asked whether they consented to trial before the U.S. Magistrate Judge. Court then gave the parties Claim Construction and Jury Selection/Trial dates. (Court Reporter Shawn McRoberts, RMR, CRR) (aeb) (Entered: 05/19/2022) |
| 06/01/2022 | Ï 47 | Agreed MOTION for Entry of Docket Control Order by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack) (Entered: 06/01/2022) |
| 06/01/2022 | Ï 48 | Agreed MOTION for Entry of Discovery Order by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack) (Entered: 06/01/2022) |
| 06/02/2022 | Ï 49 | DOCKET CONTROL ORDER granting 47 Agreed MOTION for Entry of Docket Control Order. Pretrial Conference set for 9/11/2023 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 1/24/2023., Jury Selection set for 10/16/2023 09:00AM before District Judge Rodney Gilstrap., Markman Hearing set for 4/11/2023 09:00 AM before District Judge Rodney Gilstrap., Motions due by 8/23/2023., Proposed Pretrial Order due by 9/6/2023. Signed by District Judge Rodney Gilstrap on 6/2/2022. (ch, ) (Entered: 06/02/2022) |
| 06/02/2022 | Ï 50 | DISCOVERY ORDER granting 48 Agreed MOTION for Entry of Discovery Order. Signed by District Judge Rodney Gilstrap on 6/2/2022. (ch, ) (Entered: 06/02/2022) |
| 06/03/2022 | Ï 51 | MOTION to Seal *Unopposed Motion For Leave to File Under Seal* by AT&T Services, Inc., DIRECTV, LLC. (Attachments: # 1 Order)(Hershkowitz, Benjamin) (Entered: 06/03/2022) |
| 06/03/2022 | Ï 52 | Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE* by DIRECTV, LLC. (Attachments: # 1 Proposed Order, # 2 Declaration of N. Curtis, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Declaration of S. Sadighi, # 41 Declaration of J. Seto)(Hershkowitz, Benjamin) (Entered: 06/03/2022) |
| 06/03/2022 | Ï 53 | Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* by AT&T Services, Inc., DIRECTV, LLC. (Attachments: # 1 Proposed Order, # 2 Declaration of N. Curtis, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Declaration of M. Wainscott)(Hershkowitz, Benjamin) (Entered: 06/03/2022) |
| 06/06/2022 | Ï 54 | ORDER granting 51 MOTION to Seal Unopposed Motion For Leave to File Under Seal. Signed by District Judge Rodney Gilstrap on 6/6/2022. (ch, ) (Entered: 06/07/2022) |
| 06/08/2022 | Ï 55 | Joint MOTION to Amend/Correct 49 Order,,, Terminate Motions,,, Scheduling Order,, by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: |

| | | |
|---|---|---|
| | | 06/08/2022) |
| 06/08/2022 | Ï 56 | REDACTION to 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* by AT&T Services, Inc., DIRECTV, LLC. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Dacus, Deron) (Entered: 06/08/2022) |
| 06/08/2022 | Ï 57 | REDACTION to 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE* by DIRECTV, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 13, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17, # 11 Exhibit 18, # 12 Exhibit 19, # 13 Exhibit 20, # 14 Exhibit 21, # 15 Exhibit 22, # 16 Exhibit 23, # 17 Exhibit 24, # 18 Exhibit 25, # 19 Exhibit 26, # 20 Exhibit 27, # 21 Exhibit 29, # 22 Exhibit 30, # 23 Exhibit 31, # 24 Exhibit 34, # 25 Exhibit 35, # 26 Exhibit 36, # 27 Exhibit 37, # 28 Exhibit 38)(Dacus, Deron) (Entered: 06/08/2022) |
| 06/09/2022 | Ï 58 | NOTICE of Discovery Disclosure by Entropic Communications, LLC *(Initial and Additional Disclosures)* (Hill, Jack Wesley) (Entered: 06/09/2022) |
| 06/09/2022 | Ï 59 | NOTICE of Discovery Disclosure by DIRECTV, LLC *(Initial and Additional Disclosures)* (Dacus, Deron) (Entered: 06/09/2022) |
| 06/09/2022 | Ï 60 | NOTICE of Discovery Disclosure by AT&T Services, Inc. *(Initial and Additional Disclosures)* (Dacus, Deron) (Entered: 06/09/2022) |
| 06/09/2022 | Ï 61 | AMENDED DOCKET CONTROL ORDER granting 55 Motion to Amend/Correct. Signed by District Judge Rodney Gilstrap on 6/9/2022. (ch, ) (Entered: 06/09/2022) |
| 06/09/2022 | Ï 62 | NOTICE by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. *Notice of Compliance Regarding Initial and Additional Disclosure* (Smith, Melissa) (Entered: 06/09/2022) |
| 06/10/2022 | Ï 63 | Agreed MOTION *for Entry of Protective Order* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order Proposed Protective Order)(Hill, Jack Wesley) (Entered: 06/10/2022) |
| 06/13/2022 | Ï 64 | STIPULATED PROTECTIVE ORDER. Signed by District Judge Rodney Gilstrap on 6/13/2022. (ch, ) (Entered: 06/13/2022) |
| 06/21/2022 | Ï 65 | Joint MOTION for Extension of Time to File Response/Reply as to 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER*, 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE and for Limited Expedited Venue Discovery* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 06/21/2022) |
| 06/22/2022 | Ï 66 | ORDER granting 65 Joint MOTION for Extension of Time to File Response/Reply as to 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER*, 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE*. Signed by District Judge Rodney Gilstrap on 6/22/2022. (ch, ) (Entered: 06/23/2022) |
| 07/08/2022 | Ï 67 | Unopposed MOTION to Withdraw as Attorney *Brian Bozzo* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Bozzo, Brian) (Entered: 07/08/2022) |
| 07/11/2022 | Ï 68 | ORDER granting 67 Motion to Withdraw as Attorney. Attorney Brian P Bozzo terminated. Signed by District Judge Rodney Gilstrap on 7/11/2022. (ch, ) (Entered: 07/11/2022) |
| 07/25/2022 | Ï 69 | Joint MOTION to Amend/Correct *Docket Control Order* by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 07/25/2022) |

| | | |
|---|---|---|
| 07/25/2022 | Ï 70 | Joint MOTION for Extension of Time to File by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 07/25/2022) |
| 07/27/2022 | Ï 71 | SECOND AMENDED DOCKET CONTROL ORDER granting 69 Joint MOTION to Amend/Correct Docket Control Order. Signed by District Judge Rodney Gilstrap on 7/27/2022. (ch, ) (Entered: 07/27/2022) |
| 07/27/2022 | Ï 72 | ORDER granting 70 Motion for Extension of Time to File. Signed by District Judge Rodney Gilstrap on 7/27/2022. (ch, ) (Entered: 07/27/2022) |
| 08/02/2022 | Ï 73 | SEALED RESPONSE to Motion re 25 MOTION to Change Venue –*Transfer Case to the District of Colorado*, and Cross−Motion for Transfer to the Central District of California filed by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit H to Lenning Declaration)(Hill, Jack Wesley) (Entered: 08/02/2022) |
| 08/02/2022 | Ï 74 | Additional Attachments to Main Document: 73 Sealed Response to Motion,.. (Attachments: # 1 Declaration of N. Lenning, # 2 Exhibit A to Lenning Declaration, # 3 Exhibit B to Lenning Declaration, # 4 Exhibit C to Lenning Declaration, # 5 Exhibit D to Lenning Declaration, # 6 Exhibit E to Lenning Declaration, # 7 Exhibit F to Lenning Declaration, # 8 Exhibit G to Lenning Declaration, # 9 Exhibit I to Lenning Declaration, # 10 Exhibit J to Lenning Declaration, # 11 Exhibit K to Lenning Declaration, # 12 Exhibit L to Lenning Declaration, # 13 Exhibit M to Lenning Declaration, # 14 Exhibit N to Lenning Declaration, # 15 Exhibit O to Lenning Declaration)(Hill, Jack Wesley) (Entered: 08/02/2022) |
| 08/03/2022 | Ï 75 | SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* by Entropic Communications, LLC. (Attachments: # 1 Exhibit H, # 2 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 08/03/2022) |
| 08/03/2022 | Ï 76 | Additional Attachments to Main Document: 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)*.. (Attachments: # 1 Affidavit Decl. of N. Lenning, # 2 Exhibit A to Lenning Decl., # 3 Exhibit B to Lenning Decl., # 4 Exhibit C to Lenning Decl., # 5 Exhibit D to Lenning Decl., # 6 Exhibit E to Lenning Decl., # 7 Exhibit F to Lenning Decl., # 8 Exhibit G to Lenning Decl., # 9 Exhibit I to Lenning Decl., # 10 Exhibit J to Lenning Decl., # 11 Exhibit K to Lenning Decl., # 12 Exhibit L to Lenning Decl., # 13 Exhibit M to Lenning Decl., # 14 Exhibit N to Lenning Decl., # 15 Exhibit O to Lenning Decl.)(Hill, Jack Wesley) (Entered: 08/03/2022) |
| 08/04/2022 | Ï 77 | REDACTION to 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 08/04/2022) |
| 08/04/2022 | Ï 78 | REDACTION to 73 Sealed Response to Motion, by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 08/04/2022) |
| 08/05/2022 | Ï 79 | NOTICE of Attorney Appearance − Pro Hac Vice by Nicholas F. Lenning on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number ATXEDC−9055897. (Lenning, Nicholas) (Entered: 08/05/2022) |
| 08/05/2022 | Ï 80 | NOTICE by AT&T Services, Inc., DIRECTV, LLC *NOTICE OF COMPLIANCE WITH P.R. 3−3 & 3−4* (Hershkowitz, Benjamin) (Entered: 08/05/2022) |
| 08/08/2022 | Ï 81 | Unopposed MOTION for Extension of Time to File *A COMBINED REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER TO COLORADO AND OPPOSITION BRIEF TO CROSS−MOTION FOR TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA* by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 08/08/2022) |

| | | |
|---|---|---|
| 08/08/2022 | Ï 82 | NOTICE by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. *of Compliance Regarding Invalidity Contentions and Ineligibility Contentions* (Smith, Melissa) (Entered: 08/08/2022) |
| 08/09/2022 | Ï 83 | NOTICE by Entropic Communications, LLC re 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) (Supplement in Further Support of Its Cross−Motion for Transfer)* (Attachments: # 1 Declaration of N. Lenning, # 2 Exhibit 1 to Lenning Declaration, # 3 Exhibit 2 to Lenning Declaration, # 4 Exhibit 3 to Lenning Declaration, # 5 Exhibit 4 to Lenning Declaration, # 6 Exhibit 5 to Lenning Declaration, # 7 Exhibit 6 to Lenning Declaration, # 8 Exhibit 7 to Lenning Declaration, # 9 Exhibit 8 to Lenning Declaration, # 10 Exhibit 9 to Lenning Declaration, # 11 Exhibit 10 to Lenning Declaration, # 12 Exhibit 11 to Lenning Declaration, # 13 Exhibit 12 to Lenning Declaration, # 14 Exhibit 13 to Lenning Declaration, # 15 Exhibit 14 to Lenning Declaration)(Hill, Jack Wesley) (Entered: 08/09/2022) |
| 08/09/2022 | Ï 84 | ORDER granting 81 Unopposed MOTION for Extension of Time to File A COMBINED REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER TO COLORADO AND OPPOSITION BRIEF TO CROSS−MOTION FOR TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA. Signed by District Judge Rodney Gilstrap on 8/9/2022. (ch, ) (Entered: 08/10/2022) |
| 08/12/2022 | Ï 85 | REPLY to Response to Motion re 25 MOTION to Change Venue −*Transfer Case to the District of Colorado* filed by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Smith, Melissa) (Entered: 08/12/2022) |
| 08/17/2022 | Ï 86 | NOTICE of Attorney Appearance − Pro Hac Vice by Kenneth H. Bridges on behalf of Entropic Communications, LLC. Filing fee $ 100, receipt number ATXEDC−9074226. (Bridges, Kenneth) (Entered: 08/17/2022) |
| 08/17/2022 | Ï 87 | SUR−REPLY to Reply to Response to Motion re 25 MOTION to Change Venue −*Transfer Case to the District of Colorado* filed by Entropic Communications, LLC. (Hill, Jack Wesley) (Entered: 08/17/2022) |
| 08/30/2022 | Ï 88 | RESPONSE in Opposition re 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* filed by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.. (Attachments: # 1 Affidavit Bervik, # 2 Exhibit Exhibit 41, # 3 Affidavit Minnick, # 4 Text of Proposed Order)(Smith, Melissa) (Entered: 08/30/2022) |
| 09/02/2022 | Ï 89 | Unopposed MOTION for Extension of Time to File Response/Reply as to 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 09/02/2022) |
| 09/06/2022 | Ï 90 | RESPONSE in Opposition re 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* filed by Entropic Communications, LLC. (Attachments: # 1 Affidavit Decl. of N. Lenning, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 09/06/2022) |
| 09/06/2022 | Ï 91 | SEALED RESPONSE to Motion re 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE* filed by Entropic Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 09/06/2022) |
| 09/07/2022 | Ï 92 | ORDER granting 89 Unopposed MOTION for Extension of Time to File Response/Reply as to 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* , 75 SEALED MOTION *CROSS−MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* Replies due by 9/9/2022.. Signed by District Judge Rodney Gilstrap on 9/6/2022. (ch, ) (Entered: 09/07/2022) |

| | | |
|---|---|---|
| 09/09/2022 | Ï 93 | REDACTION to 91 Sealed Response to Motion by Entropic Communications, LLC. (Hill, Jack Wesley) (Entered: 09/09/2022) |
| 09/09/2022 | Ï 94 | REPLY to Response to Motion re 75 SEALED MOTION *CROSS–MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) filed by Entropic Communications, LLC.* (Attachments: # 1 Declaration of N. Lenning, # 2 Exhibit A to Lenning Declaration, # 3 Exhibit B to Lenning Declaration, # 4 Exhibit C to Lenning Declaration, # 5 Exhibit D to Lenning Declaration, # 6 Exhibit E to Lenning Declaration, # 7 Exhibit F to Lenning Declaration)(Hill, Jack Wesley) (Entered: 09/09/2022) |
| 09/19/2022 | Ï 95 | SUR–REPLY to Reply to Response to Motion re 75 SEALED MOTION *CROSS–MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) filed by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C.*. (Smith, Melissa) (Entered: 09/19/2022) |
| 09/19/2022 | Ï 96 | Unopposed MOTION for Extension of Time to File Response/Reply as to 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* by AT&T Services, Inc., DIRECTV, LLC. (Attachments: # 1 Proposed Order)(Hershkowitz, Benjamin) (Entered: 09/19/2022) |
| 09/20/2022 | Ï 97 | ORDER granting 96 Unopposed MOTION for Extension of Time to File Response/Reply as to 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* Replies due by 9/27/2022.. Signed by District Judge Rodney Gilstrap on 9/20/2022. (nkl, ) (Entered: 09/20/2022) |
| 09/20/2022 | Ï 98 | REPLY to Response to Motion re 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE Reply in Support of its Motion to Transfer Venue filed by DIRECTV, LLC*. (Hershkowitz, Benjamin) (Entered: 09/20/2022) |
| 09/20/2022 | Ï 99 | ***FILED IN ERROR***<br><br>RESPONSE to Motion re 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER Reply in Support of its Motion to Sever and Stay or, Alternatively, for Transfer filed by AT&T Services, Inc., DIRECTV, LLC*. (Hershkowitz, Benjamin) Modified on 9/21/2022 (ch, ). (Entered: 09/20/2022) |
| 09/21/2022 | Ï | ***FILED IN ERROR. FILED UNDER WRONG EVENT Document # 99, Response to Motion. PLEASE IGNORE.*** (ch, ) (Entered: 09/21/2022) |
| 09/21/2022 | Ï 100 | REPLY to Response to Motion re 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER Reply in Support of its Motion to Sever and Stay or, Alternatively, for Transfer filed by AT&T Services, Inc., DIRECTV, LLC*. (Hershkowitz, Benjamin) (Entered: 09/21/2022) |
| 09/21/2022 | Ï 101 | ORDER Setting Hearing on Motion 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE*, 75 SEALED MOTION *CROSS–MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)*, 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER*, 25 MOTION to Change Venue *–Transfer Case to the District of Colorado* : Motion Hearing set for 10/13/2022 09:00 AM before District Judge Rodney Gilstrap.. Signed by District Judge Rodney Gilstrap on 9/21/2022. (ch, ) (Entered: 09/21/2022) |
| 09/27/2022 | Ï 102 | NOTICE of Attorney Appearance by Matthew Alexander Blair on behalf of Entropic Communications, LLC (Blair, Matthew) (Entered: 09/27/2022) |
| 09/28/2022 | Ï 103 | NOTICE of Attorney Appearance by Darlene Fae Ghavimi on behalf of Entropic Communications, LLC (Ghavimi, Darlene) (Entered: 09/28/2022) |

| | | |
|---|---|---|
| 09/28/2022 | Ï 104 | SUR–REPLY to Reply to Response to Motion re 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE filed by Entropic Communications, LLC*. (Fair, Andrea) (Entered: 09/28/2022) |
| 10/05/2022 | Ï | NOTICE of Hearing on Motion 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE*, 75 SEALED MOTION *CROSS–MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)*, 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER*, 25 MOTION to Change Venue *–Transfer Case to the District of Colorado* : Motion Hearing originally set for 10/13/2022 has been RESET for 10/12/2022 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 10/05/2022) |
| 10/12/2022 | Ï 105 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 10/12/2022 re 75 SEALED MOTION *CROSS–MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)* filed by Entropic Communications, LLC, 53 Opposed SEALED MOTION *MOTION TO SEVER AND STAY OR, ALTERNATIVELY, FOR TRANSFER* filed by AT&T Services, Inc., DIRECTV, LLC, 52 Opposed SEALED MOTION *MOTION PURSUANT TO 28 U.S.C. 1404(a) TO TRANSFER VENUE* filed by DIRECTV, LLC, 25 MOTION to Change Venue *–Transfer Case to the District of Colorado* filed by Dish Network Service L.L.C., Dish Network Corporation, Dish Network L.L.C.. (Court Reporter Shawn McRoberts, RMR, CRR) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 106 | PAPER TRANSCRIPT REQUEST by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C. for proceedings held on 10/12/2022 Motions Hearing before Judge Rodney Gilstrap. (Smith, Melissa) (forwarded to Shawn McRoberts) Modified on 10/12/2022 (ch, ). (Entered: 10/12/2022) |
| 10/13/2022 | Ï 107 | PAPER TRANSCRIPT REQUEST by Entropic Communications, LLC for proceedings held on 10/12/2022 Motions Hearing before Judge Rodney Gilstrap. (Hill, Jack Wesley) (forwarded to Shawn McRoberts) Modified on 10/13/2022 (ch, ). (Entered: 10/13/2022) |
| 10/13/2022 | Ï 108 | PAPER TRANSCRIPT REQUEST by DIRECTV, LLC for proceedings held on 10/12/2022 – Motions Hearing before Judge Gilstrap. (Dacus, Deron) (Main Document 108 replaced with flattened image on 10/14/2022) (ch, ). (forwarded to Shawn McRoberts) Modified on 10/14/2022 (ch, ). (Entered: 10/13/2022) |
| 10/24/2022 | Ï 109 | ORDER granting 52 Sealed Motion; granting in part and denying in part 53 Sealed Motion; granting 75 Sealed Motion; denying 25 Motion to Change Venue. Clerk of Court is hereby ORDERED to transfer each of the above−captioned cases to the Central District of California, instanter. Signed by District Judge Rodney Gilstrap on 10/24/2022. (ch, ) (Entered: 10/24/2022) |