**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Entropic Communications, LLC, <br><br> v. <br><br> DIRECTV, LLC et al, <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:22-cv-07775-JLS-JEM <br><br> ☐ NOTICE   ☒ **NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE** |

IT IS HEREBY ORDERED, pursuant to General Order 21-11, that:

☒ this case be transferred to the Patent Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

October 31, 2022                                                       JOSEPHINE L. STATON
_____                                                       _____
Date                                                                   United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 21-11 without need of further order, this case has been reassigned as follows:

☒ from Judge  Josephine L. Staton
   to Judge   John W. Holcomb  , for all further proceedings.

☐ from Magistrate Judge _____
   to Magistrate Judge _____ , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials JWH after the case number, so that the case number will now read :

**2:22-cv-07775 JWH(JEMx)**

This is very important because documents are routed to the assigned judges by means of these initials.

cc:  ☐ *Previous Judge(s)*