Jason Lo
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Name and address:*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC <br><br> v. <br><br> DIRECTV, LLC, et al. <br><br> *Plaintiff(s)* <br> *Defendant(s).* | **CASE NUMBER** <br> 2:22-cv-07775-JLS-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hershkowitz, Benjamin                                           of    Gibson, Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*            200 Park Avenue
(212) 351-4000         (212) 351-6210                                  New York, NY 10166-0193
*Telephone Number*     *Fax Number*
BHershkowitz@gibsondunn.com
*E-Mail Address*                                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DIRECTV, LLC and AT&T SERVICES, INC.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**

Lo, Jason                                                       of    Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            333 South Grand Avenue
219030          (213) 229-7153         (213) 229-6153                 Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
JLo@gibsondunn.com
*E-Mail Address*                                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: ____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated ____

                                                                      ____
                                                                      **U.S. District Judge/U.S. Magistrate Judge**