Jason Lo
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Name and address:*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br>Plaintiff(s)<br><br>DIRECTV, LLC, et al.<br><br>Defendant(s). | **CASE NUMBER**<br>2:22-cv-07775-JLS-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Buroker, Brian M.                                           of    Gibson, Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        1050 Connecticut Avenue, N.W.
(202) 955-8541          (202) 530-4200                              Washington, DC 20036-5306
*Telephone Number*       *Fax Number*
BBuroker@gibsondunn.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DIRECTV, LLC and AT&T SERVICES, INC.

---

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Lo, Jason                                                    of    Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         1050 Connecticut Avenue, N.W.
219030          (213) 229-7153          (213) 229-6153              Washington, DC 20036
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
JLo@gibsondunn.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application:
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
              ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

Dated _____                              _____
                                                           **U.S. District Judge/U.S. Magistrate Judge**