Jason Lo
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Name and address:*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v. Plaintiff(s)<br><br>DIRECTV, LLC, et al.<br><br>Defendant(s). | **CASE NUMBER**<br>2:22-cv-07775-JLS-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Yang, Audrey                                           of    Gibson, Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2001 Ross Avenue, Suite 2100
(214) 698-3100       (214) 571-2900                              Dallas, TX 75201
*Telephone Number*     *Fax Number*
AYang@gibsondunn.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DIRECTV, LLC and AT&T SERVICES, INC.

---

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Lo, Jason                                              of    Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    333 South Grand Avenue
219030       (213) 229-7153       (213) 229-6153              Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
JLo@gibsondunn.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____                             _____
                                                   **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1