Amanda Tessar
Perkins Coie, LLP
1900 Sixteenth Street, Ste 1400
Denver, CO 80202

Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Entropic Communications, LLC

Plaintiff(s)

v.

DirectTV, LLC, et al.

Defendant(s).

**CASE NUMBER**

2:22-cv-07775-JLS-JEM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tessar, Amanda
*Applicant's Name (Last Name, First Name & Middle Initial)*

303.291.2300
*Telephone Number*

303.291.2400
*Fax Number*

atessar@perkinscoie.com
*E-Mail Address*

of

Perkins Coie, LLP
1900 Sixteenth Street
Denver, CO 80202

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Bernstein, Matthew
*Designee's Name (Last Name, First Name & Middle Initial)*

199240
*Designee's Cal. Bar No.*

310.788.9900
*Telephone Number*

310.788.3399
*Fax Number*

mbernstein@perkinscoie.com
*E-Mail Address*

of

Perkins Coie, LLP
1888 Century Park East
Suite 1700
Los Angeles, CA  90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge