Name and address:

Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>v.<br><br>DIRECTV, LLC, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-07775-JWH-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Engel, Jason A.                                                of    K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        70 W. Madison Street, Suite 3100
(312) 807-4236         (312) 827-8000                                 Chicago, IL 60602
*Telephone Number*    *Fax Number*
jason.engel@klgates.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*         ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Goodrich, Christina N.                                          of    K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          10100 Santa Monica Boulevard, 8th Floor
  261722           (310) 552-5547      (310) 552-5001              Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
christina.goodrich@klgates.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

                                                              _____
                                                              U.S. District Judge/U.S. Magistrate Judge