

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Darlene F. Ghavimi-Alagha, Esq.*

DATE OF ADMISSION

*April 11, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  November 3, 2022

Nicole Traini
Chief Clerk