UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTV, LLC, et al.,<br><br>        Defendants. | Case No. 2:22-cv-07775-JWH-JEM |

## **DECLARATION OF DARLENE F. GHAVIMI**

I, Darlene F. Ghavimi, declare as follows:

1. I am a resident of the United States and over the age of 18. I am a Partner with the law firm K&L Gates LLP and submit this declaration in connection with the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* on behalf of Plaintiff Entropic Communications, LLC.

2. I am licensed to practice law in the State of New Jersey (Bar No. 000792008), was admitted on May 13, 2008, and am currently an active member in good standing.

3. On November 2, 2022, following the procedures of the New Jersey Bar Association, a written request for a Certificate of Good Standing was submitted on my behalf. The current processing time is approximately two weeks from the date of submission. The certificate will be electronically filed upon delivery.

4. I am also licensed to practice law in the State of Delaware (Bar No. 005173), was admitted on December 11, 2008, and am currently an active member in good standing.

5. On November 4, 2022, in accordance with the procedures of the Supreme Court of Delaware, a written request for a Certificate of Good Standing was submitted on my behalf. The certificate is expected to be delivered within two weeks, and will be electronically filed upon delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2022 in Austin, TX.

*Darlene F. Ghavimi* (signature)
Darlene F. Ghavimi