Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC <br><br> v. <br><br> DIRECTV, LLC, et al. <br><br>                                Plaintiff(s) <br><br>                                Defendant(s). | CASE NUMBER <br> 2:22-cv-07775-JWH-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ghavimi, Darlene F.                                   of    K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      2801 Via Fortuna, Suite 650
(512) 482-6919         (512) 482-6859                            Austin, TX 78746
*Telephone Number*      *Fax Number*
darlene.ghavimi@klgates.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*                    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Goodrich, Christina N.                                 of    K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       10100 Santa Monica Boulevard, 8th Floor
261722         (310) 552-5547         (310) 552-5001             Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
christina.goodrich@klgates.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**