Amanda Tessar
Perkins Coie, LLP
1900 Sixteenth Street, Ste 1400
Denver, CO 80202
*Name and address:*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Entropic Communications, LLC

v.

DirectTV, LLC, et al.

Plaintiff(s)

Defendant(s).

**CASE NUMBER**

2:22-cv-07775-JWH-JEMx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tessar, Amanda
*Applicant's Name (Last Name, First Name & Middle Initial)*

303.291.2300
*Telephone Number*

303.291.2400
*Fax Number*

atessar@perkinscoie.com
*E-Mail Address*

of

Perkins Coie, LLP
1900 Sixteenth Street
Denver, CO 80202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Bernstein, Matthew
*Designee's Name (Last Name, First Name & Middle Initial)*

199240
*Designee's Cal. Bar No.*

310.788.9900
*Telephone Number*

310.788.3399
*Fax Number*

mbernstein@perkinscoie.com
*E-Mail Address*

of

Perkins Coie, LLP
1888 Century Park East
Suite 1700
Los Angeles, CA  90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1