1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-CV-07775-JLS-JEM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON APPLICATION TO CONTINUE STATUS CONFERENCE HEARING** |
| v. | Hon. John W. Holcomb |
| DIRECTV, LLC ET AL., | Hearing Date:     November 18, 2022 |
| Defendants. | Hearing Time:     1:00 p.m. |
| | Courtroom:        9D |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON APPLICATION TO CONTINUE STATUS CONFERENCE

1    This matter is before the Court pursuant to Defendants DIRECTV, LLC

2    and AT&T Services, Inc.'s *ex parte* application to continue the Status Conference

3    Hearing scheduled before the Honorable John W. Holcomb on November 18,

4    2022 at 1:00 p.m. in Courtroom 9D.  Based on the Application and good cause

5    appearing, IT IS HEREBY ORDERED that the hearing on the Motion is

6    continued to December 5, 2022 / [_____].

7         **IT IS SO ORDERED.**

8

9    Dated: _____                _____

10                                           John W. Holcomb
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER ON APPLICATION TO CONTINUE STATUS CONFERENCE