| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| | Christina.goodrich@klgates.com |
| 2 | Connor J. Meggs (SBN 336159) |
| | connor.meggs@klgates.com |
| 3 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, CA  90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | *Attorneys for Plaintiff Entropic Communications, LLC* |
| 8 | [Additional Counsel Listed Below] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM (LEAD CASE) |
| Plaintiff, | |
| v. | **DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF RESPONSE TO EX PARTE APPLICATION** |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| ENTROPIC COMMUNICATIONS, LLC, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| Plaintiff, | |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

313984027.1

DECLARATION OF CHRISTINA GOODRICH

James Shimota (pro hac vice application pending)
Jason Engel  (pro hac vice application pending)
George Summerfield  (pro hac vice application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Nicholas F. Lenning  (pro hac vice application pending)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi  (pro hac vice application pending)
Matthew Blair  (pro hac vice application pending)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

313984027.1

DECLARATION OF CHRISTINA GOODRICH

## DECLARATION OF CHRISTINA N. GOODRICH

I, Christina N. Goodrich, declare:

1. I am an attorney admitted to practice before this Court. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned matter. I am submitting this declaration in support of Plaintiff's opposition to the *Ex Parte* Application submitted by Defendants. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Since transfer to this District, I and other counsel for Entropic have repeatedly made clear that Entropic views the DIRECTV and DISH cases as remaining consolidated under the consolidation order given that that order has not been modified or vacated. For example, I made this view clear to counsel for DIRECTV, Jason Lo, during a call on November 7, 2022 and again to counsel for DIRECTV and DISH during a call on November 9, 2022.

3. Consequently, I and other counsel for Entropic have made clear during meet and confer conversations that DISH'S participation in the status conference, and any stipulation to continue it, was required. For example, I made this clear during communications with counsel for DIRECTV, Jason Lo, in email correspondence on November 7 and 8, 2022. This was also made clear during the parties' meet and confer with counsel for DIRECTV and DISH on November 9, 2022.

4. During the parties' meet and confer on November 9, 2022, counsel for DISH and DIRECTV stated their position that (1) the consolidation order is no longer in effect, despite not having been modified or vacated, and (2) the parties no longer have to follow the current Docket Control Order until Judge Holcomb issues a new schedule.

5. During the same November 9 meeting and confer, counsel for Entropic also asked whether counsel for Defendants are available before November 18th.

313984027.1

Counsel for Defendants said they'd check and get back to Entropic, but never did, DIRECTV filed the *ex parte* application instead.

6. During the November 9 meet and confer, counsel for Entropic also explained that the consolidation order remains on the docket and that it expects DISH to participate in the Joint Status Report and the Status Conference. DISH ultimately agreed to do so, but continued to maintain its position that the cases are not consolidated. DISH provided no reasoning as to why the cases should not be consolidated nor did DISH offer any support for its position other than generally stating that it was not the practice in this District.

7. On October 31, DIRECTV made a document production to Entropic, designating the documents under the E.D. Tex. Protective Order.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true.

Dated: November 10, 2022        By:   /s/ Christina Goodrich
                                      Christina N. Goodrich