Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM<br>(Lead Case)<br><br>**NOTICE OF ERRATA RE: DECLARATION OF JAMES SHIMOTA IN SUPPORT OF ENTROPIC COMMUNICATIONS LLC'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-07959<br>(Member Case) |

**PLAINTIFF ENTROPIC COMMUNICATIONS LLC'S NOTICE OF ERRATA**

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Entropic Communications LLC ("Entropic" or "Plaintiff") files this Notice of Errata to correct an error in the Declaration of James Shimota in Support of Plaintiff's Opposition to Defendants' *Ex Parte* Application (ECF 168-1) (the "Shimota Declaration"). The Shimota Declaration, which was filed on November 10, 2022, is signed by Mr. Shimota with an electronic "/s/" signature rather than with his actual signature. Although Mr. Shimota is counsel for Plaintiff and a CM/ECF filer admitted *pro hac vice* to this Court, it was Christina Goodrich as counsel for Plaintiff who filed the Shimota Declaration.

In reviewing the Shimota Declaration, counsel for Plaintiff noticed the error involving Mr. Shimota's signature and promptly obtained Mr. Shimota's actual signature on the Shimota Declaration in order to comply with this Court's Local Rules.

The corrected version of the Shimota Declaration is filed simultaneously with this Notice of Errata. The Shimota Declaration has not been changed in substance whatsoever, as Mr. Shimota's signature was the only corrections made.

Dated: November 11, 2022

Respectfully Submitted,

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Connor J. Meggs

**K&L GATES LLP**
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Entropic Communications LLC*

1
**PLAINTIFF ENTROPIC COMMUNICATIONS LLC'S NOTICE OF ERRATA**