UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC ET AL.,<br><br>    Defendants. | Case No. 2:22-CV-07775-JLS-JEM<br><br>**ORDER ON APPLICATION TO CONTINUE STATUS CONFERENCE**<br><br>Hon. John W. Holcomb<br><br>Hearing Date:  November 18, 2022<br>Hearing Time:  1:00 p.m.<br>Courtroom:     9D |

ORDER ON APPLICATION TO CONTINUE STATUS CONFERENCE

This matter is before the Court pursuant to Defendants DIRECTV, LLC and AT&T Services, Inc.'s *ex parte* application to continue the Status Conference scheduled before the Honorable John W. Holcomb on November 18, 2022, at 1:00 p.m. in Courtroom 9D. Based upon the Application and the response thereto filed by Plaintiff Entropic Communication LLC [ECF No. 168], and good cause appearing, it is hereby **ORDERED** that the in-person Status Conference is **CONTINUED** to December 5, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 14, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE