JASON C. LO, SBN 219030
 jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
 bhershkowitz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC ET AL.,<br><br>Defendants. | CASE NO. 2:22-CV-07775-JLS-JEM (LEAD CASE)<br><br>**NOTICE OF LODGING**<br><br>Assigned to the Hon. John W. Holcomb |

## NOTICE OF LODGING

Attached herewith is the Certificate of Good Standing from the New Jersey State Bar Association issued to Benjamin Hershkowitz on November 10, 2022. I submit this document in connection with my Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* on behalf of Defendants DIRECTV, LLC and AT&T Services, Inc, in the Central District of California (D.I. 141, November 1, 2022).

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true.

Dated: November 15, 2022            By: /s/ Benjamin Hershkowitz
                                        Benjamin Hershkowitz

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Benjamin Hershkowitz** (No. **031721993**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1993** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 10th day of November, 2022.

Heather J. Baker
Clerk of the Supreme Court

-453a-