Jason Lo
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>　　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>DIRECTV, LLC, et al.<br><br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:22-cv-07775-JLS-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hershkowitz, Benjamin
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 351-4000　　　(212) 351-6210
*Telephone Number　　　Fax Number*
BHershkowitz@gibsondunn.com
*E-Mail Address*

of Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DIRECTV, LLC and AT&T SERVICES, INC.

*Name(s) of Party(ies) Represent*　☐ *Plaintiff(s)*　☒ *Defendant(s)*　☐ *Other:*

**and designating as Local Counsel**

Lo, Jason
*Designee's Name (Last Name, First Name & Middle Initial)*
219030　　　(213) 229-7153　　　(213) 229-6153
*Designee's Cal. Bar No.　　Telephone Number　　Fax Number*
JLo@gibsondunn.com
*E-Mail Address*

of Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:　☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded　☐ not be refunded.

Dated: *Click here to enter a date.*

　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**