UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-07775-JWH (JEMx) | Date | February 7, 2023 |
|---|---|---|---|
| Title | Entropic Communications, LLC v. DIRECTV, LLC, et al. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | None |

**Proceedings:** **ORDER RE PLAINTIFF'S JOINT STATUS REPORT ON THE DISCOVERY ORDER (Dkt. No. 50, 176, 178)**

On December 13, 2022, the Court ordered the parties to file a Stipulated Discovery Order to replace the currently effective Discovery Order (Dkt. 50). (Dkt 176.) Plaintiff is Entropic Communications LLC and Defendants are DIRECTV, LLC, AT&T Services, Inc., DISH Network Corporation, DISH Network LLC and DISH Network Service, LLC. (Dkt. 169.) On February 2, 2023, the parties filed a Joint Status Report that indicated two disputes regarding the Proposed Discovery Order. (Dkt. 178, 178-1.) The District Court referred the matter to this Court.

As to the first dispute, the Court believes that this District's Rule 37 procedures for resolving discovery disputes should govern. Therefore, the Court adopts Defendants' proposed paragraph 3(b) and rejects Plaintiff's proposed paragraph 3(a).

As to the second dispute, the Court declines to delete paragraph 12(a) but will add the following language: "if it becomes appropriate."

| | : | |
|---|---|---|
| | Initials of Preparer | slo |