Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH'S REQUEST FOR CLARIFICATION** |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>      Defendants. | Civil Action No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Trevor Bervik, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2.    I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of Colorado.

3.    I make this Declaration based on my personal knowledge and in support of DISH's Request for Clarification Regarding Scheduling Order.

4.    Attached as Exhibit A is a true and correct copy of excerpts from the "Reporter's Transcript of Proceedings" for the status conference that took place on Tuesday, December 13, 2022 before Judge Holcomb in this case. I have highlighted certain portions of Exhibit A to draw attention to relevant material. I have also reordered the pages of Exhibit A to match the recitation of respective portions of Exhibit A in DISH's Request for Clarification.

5.    Attached as Exhibit B is a true and correct copy of a letter sent by counsel at K&L Gates LLP regarding DISH's Responses and Objections to

Plaintiff's First Set of Requests for Production (Nos. 1-15), titled "Re: LR-37 Letter Request to Meet and Confer on Discovery Issues," and dated February 22, 2023.

6. Attached as Exhibit C is a true and correct copy of a letter sent by counsel at K&L Gates LLP regarding DISH's Responses and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-15), titled "Re: *Entropic Communications, LLC v. DISH Network Corp., et al.*, Case No. 2:22-cv-07775-JWH-JEM (C.D. Cal.)," and dated February 24, 2023.

7. Attached as Exhibit D is a true and correct copy of a letter sent by counsel at K&L Gates LLP regarding DISH's Responses and Objections to Plaintiff's Second Set of Requests for Production (Nos. 16-52), titled "Re: LR-37 Letter Request to Meet and Confer on Discovery Issues," and dated March 3, 2023.

8. Attached as Exhibit E is a true and correct copy of a letter sent by counsel at K&L Gates LLP regarding DISH's Responses and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-15), titled "Re: Entropic Communications, LLC v. DirecTV, LLC et al., 2:22-cv-07775-JWH-JEM (C. D. Cal.) Deficiencies in Defendants' Responses to Plaintiff's Requests for Production (Set One)," and dated March 6, 2023.

9. Attached as Exhibit F is a true and correct copy of a letter sent by counsel at K&L Gates LLP regarding DISH's Responses and Objections to Plaintiff's Second Set of Requests for Production (Nos. 16-52), titled "Re: Entropic Communications, LLC v. DirecTV, LLC et al., 2:22-cv-07775-JWH-JEM (C. D. Cal.) Deficiencies in Defendants' Responses to Plaintiff's Requests for Production (Set Two)," and dated March 6, 2023.

10. Attached as Exhibit G is a true and correct copy of an email from Raquel A. Bacchus, identified as a senior paralegal at K&L Gates, and the associated attachments, as received by DISH's counsel on March 3, 2023. For brevity, I have excerpted the attachment titled "2023.03.03 Entropic Amended Notice of 30(b)(6)

Deposition - DISH.pdf" to remove "Schedule A."  I have provided the remaining attachments in their unexcerpted form.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 8th day of March, 2023 at Westminster, Colorado.

                                       */s/ Trevor Bervik*
                                       Trevor Bervik