# EXHIBIT C

# K&L GATES

February 24, 2023

Darlene F. Ghavimi-Alagha
Partner
darlene.ghavimi@klgates.com

T +1 512 482 6919
F +1 512 482 6859

**Via E-mail**

Adam G. Hester
AHester@perkinscoie.com
Perkins Coie LLP
33 East Main Street, Suite 201
Madison, WI 53703

Re:   *Entropic Communications, LLC v. DISH Network Corp., et al.*, Case No. 2:22-cv-07775-JWH-JEM (C.D. Cal.)

Counsel,

In conformity with LR-37, Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") seeks to meet and confer with DISH within ten days upon service of this letter. The issues raised in this letter relate to DISH's Responses and Objections to Plaintiff's First Set of Requests for Production ("RFP") (Nos. 1–15). Please provide your availability to meet and confer on Entropic's Request for Production No. 15.

In its January 20, 2023 responses to Entropic's first set of RFPs, DISH affirmatively represented that it would produce documents responsive to RFP Nos. 1, 2, 6, 7, 8, 13, and 14. To date, however, DISH has produced no documents related to its financial status, with the exception, perhaps, of certain SEC filings. Entropic addresses other concerns with DISH's responses below:

**RFP No. 1:**

RFP No. 1 seeks documents, communications, covenants, releases, agreements, and reports for three categories: (1) those DISH contends are relevant to the determination of damages, (2) those relating to the patents-in-suit, and (3) those relating to the Accused Instrumentalities.

DISH's responses suggests that it will only be searching for and producing (1) agreements DISH will rely on for damages, (2) patent license agreements and settlements related to the patents-in-suit, and (3) agreements between DISH and "Entropic Inc."

The scope of the request is broader than the limited scope defined by DISH. Moreover, to the extent an agreement or settlement is relevant, any related documents that fall within the categories described in RFP No. 1 are likewise relevant and must be produced.

Additionally, please confirm or correct our understanding that as used in the response to RFP No. 1, "Entropic Inc." refers to "Entropic Communications, Inc."

**RFP No. 2:**

RFP No. 2 seeks documents relating to DISH's negotiations with (1) Entropic Communications, Inc., or (2) MaxLinear, relating to licensing their patented technology. DISH limits its response to the patents-in-suit.

RFP No. 2 is not limited to the patents-in-suit, and it is conceivable that there are communications between DISH and either of these entities related to a selection of patents that includes, but does not explicitly refer to, call out, or identify, the patents-in-suit. Likewise there may be documents that refer to patents in the same family as one or more of the patents-in-suit. Please confirm that you are not limiting your search for documents that specifically call out the patents-in-suit.

**RFP No. 7:**

DISH's response to RFP No. 7 states that DISH wishes to meet and confer related to this RFP. Please provide your availability to meet and confer.

**RFP No. 8:**

RFP No. 8 seeks research relating to specific characteristics (or features) that exist on the Accused Instrumentalities. DISH's response states that it will request information regarding customer feedback as it relates to the Dish Pro Hybrid Products and the Hopper 3. This response is improperly narrow given that certain features on these products may exist on other products, and thus such feedback on features that also exist on other products is likewise responsive. Please confirm that DISH will be searching for documents relating to the products' characteristics, rather than the products themselves.

**RFP No. 13:**

RFP No. 13 requests documents sufficient to identify and quantify profits, revenues, costs, uses and sales from the two years before each Accused Instrumentality was released, and from the two years after each Accused Instrumentality was released. DISH states that it will search for revenues from 2013, but simply refers to aggregate financials. This is not sufficient. Entropic is willing to meet and confer to discuss the meaning of this Request as it relates to "uses and sales." Please let us know when you are available to meet and confer.

**RFP No. 14:**

Thank you for confirming that DISH will search for and produce marketing documents. Please confirm that DISH will likewise be searching for and producing responsive studies, forecasts, and projections.

***

In response to all of these requests, DISH states that it will produce only non-privileged documents. To the extent DISH is withholding documents based on privilege, please provide a privilege log. Alternatively, please let us know if DISH would like to discuss an agreement that defers the preparation and production of privilege logs for the time being.

Notwithstanding the withholding of any privileged documents, to date, DISH has produced no responsive documents. Please provide a date certain for the first production of responsive documents by March 2, 2023. If DISH is withholding documents based on an objection or if it cannot locate any responsive documents, please let us know.


Sincerely,

K&L Gates LLP

*Darlene Ghavimi*

Darlene F. Ghavimi