# EXHIBIT G

| From: | Bacchus, Raquel A. |
|---|---|
| To: | Hester, Adam (MSN); Tessar, Amanda (DEN); Bernstein, Matthew C. (SDO); *Entropic-DISH |
| Cc: | EntropicKLG |
| Subject: | Entropic Communications, LLC v. DISH Network Corp., et al.: Amended Deposition Notices |
| Date: | Friday, March 3, 2023 8:09:29 PM |
| Attachments: | 2023.03.03 Entropic Amended Notice of 30(b)(6) Deposition - DISH.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Dan Minnick.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Edmund Petruzelli.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Gregg Martch.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Harold Jaramillo.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - James Brunner.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Jason Rychlick.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Paul Langer.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Ryan Flores.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - Scott Fillingim.pdf |
| | 2023.03.03 Entropic Amended Notice of 30(b)(1) Deposition - William Beals.pdf |

Counsel:

Attached please find Plaintiff Entropic Communications, LLC's Amended Notice of 30(b)(6) Deposition of Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C.

Also attached are Plaintiff's Amended Notices of 30(b)(1) Depositions of the following:

- Dan Minnick
- Edmund Petruzelli
- Gregg Martch
- Harold Jaramillo
- James Brunner
- Jason Rychlick
- Paul Langer
- Ryan Flores
- Scott Fillingim
- William Beals

Best regards,

Raquel

**K&L GATES**

**Raquel A. Bacchus**
Senior Paralegal | Intellectual Property
K&L GATES LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
Phone: (312) 558-5025
Fax: (312) 827-7075
raquel.bacchus@klgates.com
www.klgates.com

Consider the environment. Think before you print!

*******************************************************************************

Diese Nachricht (inklusive aller Anhänge) ist vertraulich. Sie darf ausschließlich durch den vorgesehenen Empfänger und Adressaten gelesen, kopiert oder genutzt werden. Sollten Sie diese Nachricht versehentlich erhalten haben, bitten wir, den Absender (durch Antwort-E-Mail) hiervon unverzüglich zu informieren und die Nachricht zu löschen. Jede unerlaubte Nutzung oder Weitergabe des Inhalts dieser Nachricht, sei es vollständig oder teilweise, ist unzulässig. Bitte beachten Sie, dass E-Mail-Nachrichten an den Absender nicht für fristgebundene Mitteilungen geeignet sind. Fristgebundene Mitteilungen sind daher ausschließlich per Post oder per Telefax zu übersenden.

This message (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error please contact the sender (by return E-Mail) immediately and delete this message. Any unauthorised use or dissemination of this message in whole or in part is strictly prohibited. Please note that, for organisational reasons, the personal E-Mail address of the sender is not available for matters subject to a deadline. Please send, therefore, matters subject to deadline exclusively by mail or by fax.

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case) <br><br> **PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S AMENDED NOTICE OF 30(B)(6) DEPOSITION OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** <br><br> Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Case No. 2:22-cv-07959 (Member Case) |

**AMENDED NOTICE OF 30(B)(6) DEPOSITION OF DISH**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff Entropic Communications, LLC ("Entropic"), by and through its attorneys, will take the deposition of the designated representative(s) of Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (collectively "Defendants" or "DISH") by oral examination on the topics specified in the attached Schedule A.

The deposition will begin at 9:00 a.m. PT on April 10, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, California 90067, or at such other place and time as may be agreed upon among counsel or ordered by the Court, and will continue through April 12, 2023 or until completed. The deposition will be taken for the purposes of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law. The deposition will be taken before an officer duly authorized to administer oaths under the laws of the United States and/or the State of California, and will be recorded by audio, audio-visual, and stenographic means.

Pursuant to Rule 30(b)(6), DISH shall designate and produce at the deposition one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on its behalf with respect to the topics set forth in the attached Schedule A. DISH shall provide Entropic's counsel with written notice at least ten (10) business days before the date of the deposition of the name(s) and title(s) of the

designee(s) who will testify on DISH's behalf and shall identify the matters to which each designee will testify.

You, as counsel for DISH, are invited to attend and cross-examine the witness.

Dated: March 3, 2023

Respectfully Submitted,

**K&L GATES LLP**

By: */s/ James A. Shimota*
James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
Email: christina.goodrich@klgates.com

Nicholas F. Lenning (*pro hac vice* application pending)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   Attorneys for Plaintiff Entropic
7  Communications, LLC

8                **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ENTROPIC COMMUNICATIONS, | Civil Action No. 2:22-cv-07775-JWH- |
   | LLC,                     | JEM                                 |
12 |                          |                                     |
13 | Plaintiff,               | Case Transferred from E.D. Texas    |
   |                          | (2:22-cv-75-JRG)                    |
14 | v.                       |                                     |
15 |                          | JURY TRIAL DEMANDED                 |
   | DIRECTV, LLC and AT&T    |                                     |
16 | SERVICES, INC.,          |                                     |
17 |                          |                                     |
   | Defendants.              |                                     |
18
19 | ENTROPIC COMMUNICATIONS, | Civil Action No. 2:22-cv-07775-JWH- |
   | LLC,                     | JEM                                 |
20 |                          |                                     |
   | Plaintiff,               | Case Transferred from E.D. Texas    |
21 |                          | (2:22-cv-76-JRG)                    |
22 |      v.                  | JURY TRIAL DEMANDED                 |
   | DISH NETWORK CORPORATION,|                                     |
23 | DISH NETWORK L.L.C., and | **PLAINTIFF'S AMENDED**             |
   | DISH NETWORK SERVICE L.L.C.,| **NOTICE OF DEPOSITION OF**      |
24 |                          | **DAN MINNICK**                    |
25 | Defendants.              |                                     |

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Dan Minnick, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 20, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

1     The deposition will continue from day to day until completed. The deposition

2

3     will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

4     and for any other purpose permitted under the law.

5     Dated: March 3, 2023                    Respectfully Submitted,

6
                                              **K&L GATES LLP**
7
                                              By: */s/ James A. Shimota*
8                                             James Shimota (admitted *pro hac vice*)
                                              Jason Engel (admitted *pro hac vice*)
9                                             George Summerfield (*pro hac vice*
                                              application pending)
10
                                              **K&L GATES LLP**
11                                            70 W. Madison Street, Suite 3300
                                              Chicago, IL 60602
12                                            Tel.: (312) 372-1121
                                              Fax: (312) 827-8000
13                                            jim.shimota@klgates.com
                                              jason.engel@klgates.com
14
                                              george.summerfield@klgates.com
15

16

17                                            Christina N. Goodrich (SBN 261722)
                                              **K&L GATES LLP**
18                                            10100 Santa Monica Blvd., 8th Fl.
                                              Los Angeles, CA 90067
19                                            Tel: (310) 552-5547
                                              Fax: (310) 552-5001
20
                                              Email:
21                                            christina.goodrich@klgates.com

22

23                                            Nicholas F. Lenning (*pro hac vice*
                                              application pending)
24                                            **K&L GATES LLP**
25                                            925 Fourth Avenue, Suite 2900
                                              Seattle, WA 98104
26                                            (206) 623-7580
                                              (206) 370-6006 (fax)
27                                            nicholas.lenning@klgates.com
28
                                      - 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF DAN MINNICK

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of the foregoing

3

4

document was served on March 3, 2023 to counsel of record for Defendants via

5

email.

6

*/s/ James A. Shimota*
James Shimota

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF DAN MINNICK

1 | Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
2 | Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
3 | K&L GATES LLP
10100 Santa Monica Boulevard
4 | Eighth Floor
Los Angeles, CA  90067
5 | Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001
6 |
Attorneys for Plaintiff Entropic
7 | Communications, LLC

8 |

9 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 | ENTROPIC COMMUNICATIONS, LLC,          | Civil Action No. 2:22-cv-07775-JWH-JEM

12 |

13 |    Plaintiff,                          | Case Transferred from E.D. Texas
(2:22-cv-75-JRG)

14 | v.

15 |                                        | JURY TRIAL DEMANDED
DIRECTV, LLC and AT&T
16 | SERVICES, INC.,

17 |    Defendants.

18 |

19 | ENTROPIC COMMUNICATIONS, LLC,          | Civil Action No. 2:22-cv-07775-JWH-JEM

20 |    Plaintiff,                          | Case Transferred from E.D. Texas
(2:22-cv-76-JRG)
21 |
v.                                        | JURY TRIAL DEMANDED
22 |
DISH NETWORK CORPORATION,                 | **PLAINTIFF'S AMENDED NOTICE**
23 | DISH NETWORK L.L.C., and               | **OF DEPOSITION OF EDMUND**
DISH NETWORK SERVICE L.L.C.,              | **PETRUZELLI**
24 |
   Defendants.
25 |

26 |

27 |

28 |

1    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff

2

3    Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its

4    counsel, will take the oral deposition of Edmund Petruzzelli, an employee of

5

6    Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH

7    Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 21,

8    2023 at the offices of  K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth

9

10   Floor, Los Angeles, CA  90067, or such other date and location as agreed upon by

11   the parties.

12    The deposition will take place before a court reporter, Notary Public, or other

13   officer authorized by law to administer an oath, and may be recorded electronically

14

15   by stenographic and audiovisual means and/or via the use of interactive real-time

16   transcription. Counsel for the parties and their clients will be in attendance. The

17   witness will be required to provide government-issued identification satisfactory to

18

19   the court reporter. All exhibits will be provided to the witness and to all participants.

20   Counsel for all parties will be required to stipulate on the record to their consent to

21   this manner of deposition and their waiver of any objection to this manner of

22

23   deposition, including any objection to the admissibility at trial of testimony based on

24   this manner of deposition.

25

26

27

28

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDMUND PETRUZZELLI

The deposition will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law.

Dated: March 3, 2023                          Respectfully Submitted,

                                              **K&L GATES LLP**

                                              By: */s/ James A. Shimota*
                                              James Shimota (admitted *pro hac vice*)
                                              Jason Engel (admitted *pro hac vice*)
                                              George Summerfield (*pro hac vice*
                                              application pending)
                                              **K&L GATES LLP**
                                              70 W. Madison Street, Suite 3300
                                              Chicago, IL 60602
                                              Tel.: (312) 372-1121
                                              Fax: (312) 827-8000
                                              jim.shimota@klgates.com
                                              jason.engel@klgates.com
                                              george.summerfield@klgates.com

                                              Christina N. Goodrich (SBN 261722)
                                              **K&L GATES LLP**
                                              10100 Santa Monica Blvd., 8th Fl.
                                              Los Angeles, CA 90067
                                              Tel: (310) 552-5547
                                              Fax: (310) 552-5001
                                              Email:
                                              christina.goodrich@klgates.com

                                              Nicholas F. Lenning (*pro hac vice*
                                              application pending)
                                              **K&L GATES LLP**
                                              925 Fourth Avenue, Suite 2900
                                              Seattle, WA 98104
                                              (206) 623-7580
                                              (206) 370-6006 (fax)
                                              nicholas.lenning@klgates.com

- 3 -
PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDMUND PETRUZELLI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDMUND PETRUZELLI

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of the foregoing

3

4

document was served on March 3, 2023 to counsel of record for Defendants via

5

email.

6

*/s/ James A. Shimota*
James Shimota

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDMUND PETRUZELLI

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  Attorneys for Plaintiff Entropic
   Communications, LLC

8

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 12 | |
| 13   Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| 14   v. | |
| 15 | JURY TRIAL DEMANDED |
| 16   DIRECTV, LLC and AT&T SERVICES, INC., | |
| 17 | |
| 18   Defendants. | |

| | |
|---|---|
| 19   ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 20   Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| 21   v. | |
| 22   DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | JURY TRIAL DEMANDED |
| 23 | **PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF GREGG MARTCH** |
| 24 | |
| 25   Defendants. | |

26

27

28

1
2
3
4
5
6
7
8
9
10
11

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Gregg Martch, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 22, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

12
13
14
15
16
17
18
19
20
21
22
23
24

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

25
26
27
28

1    The deposition will continue from day to day until completed. The deposition

2    will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

3

4    and for any other purpose permitted under the law.

5    Dated: March 3, 2023                          Respectfully Submitted,

6
                                                    **K&L GATES LLP**
7
                                                    By: */s/ James A. Shimota*
8                                                   James Shimota (admitted *pro hac vice*)
                                                    Jason Engel (admitted *pro hac vice*)
9                                                   George Summerfield (*pro hac vice*
                                                    application pending)
10                                                  **K&L GATES LLP**
11                                                  70 W. Madison Street, Suite 3300
                                                    Chicago, IL 60602
12                                                  Tel.: (312) 372-1121
                                                    Fax: (312) 827-8000
13                                                  jim.shimota@klgates.com
14                                                  jason.engel@klgates.com
                                                    george.summerfield@klgates.com
15

16

17                                                  Christina N. Goodrich (SBN 261722)
                                                    **K&L GATES LLP**
18                                                  10100 Santa Monica Blvd., 8th Fl.
19                                                  Los Angeles, CA 90067
                                                    Tel: (310) 552-5547
20                                                  Fax: (310) 552-5001
                                                    Email:
21                                                  christina.goodrich@klgates.com
22

23                                                  Nicholas F. Lenning (*pro hac vice*
                                                    application pending)
24                                                  **K&L GATES LLP**
25                                                  925 Fourth Avenue, Suite 2900
                                                    Seattle, WA 98104
26                                                  (206) 623-7580
27                                                  (206) 370-6006 (fax)
                                                    nicholas.lenning@klgates.com
28
                                          - 3 -
        PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF GREGG MARTCH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF GREGG MARTCH

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF GREGG MARTCH

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  Attorneys for Plaintiff Entropic
   Communications, LLC

8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 12 | |
| 13        Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| 14  v. | |
| 15  DIRECTV, LLC and AT&T | JURY TRIAL DEMANDED |
| 16  SERVICES, INC., | |
| 17        Defendants. | |
| 18 | |

| | |
|---|---|
| 19  ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 20        Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| 21        v. | |
| 22  DISH NETWORK CORPORATION, | JURY TRIAL DEMANDED |
| 23  DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | **PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF HAROLD JARAMILLO** |
| 24        Defendants. | |
| 25 | |

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Harold Jaramillo, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 23, 2023  at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

1    The deposition will continue from day to day until completed. The deposition

2    will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

3

4    and for any other purpose permitted under the law.

5    Dated: March 3, 2023                         Respectfully Submitted,

6
                                                  **K&L GATES LLP**
7
                                                  By: */s/ James A. Shimota*
8                                                 James Shimota (admitted *pro hac vice*)
                                                  Jason Engel (admitted *pro hac vice*)
9                                                 George Summerfield (*pro hac vice*
                                                  application pending)
10                                                **K&L GATES LLP**
11                                                70 W. Madison Street, Suite 3300
                                                  Chicago, IL 60602
12                                                Tel.: (312) 372-1121
                                                  Fax: (312) 827-8000
13                                                jim.shimota@klgates.com
14                                                jason.engel@klgates.com
                                                  george.summerfield@klgates.com
15

16
                                                  Christina N. Goodrich (SBN 261722)
17                                                **K&L GATES LLP**
18                                                10100 Santa Monica Blvd., 8th Fl.
                                                  Los Angeles, CA 90067
19                                                Tel: (310) 552-5547
                                                  Fax: (310) 552-5001
20                                                Email:
21                                                christina.goodrich@klgates.com

22
                                                  Nicholas F. Lenning (*pro hac vice*
23                                                application pending)
24                                                **K&L GATES LLP**
                                                  925 Fourth Avenue, Suite 2900
25                                                Seattle, WA 98104
26                                                (206) 623-7580
                                                  (206) 370-6006 (fax)
27                                                nicholas.lenning@klgates.com
28
                                  - 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF HAROLD JARAMILLO

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF HAROLD JARAMILLO

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   Attorneys for Plaintiff Entropic
7  Communications, LLC

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
12 | | |
13 | Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
14 | v. | |
15 | | JURY TRIAL DEMANDED |
16 | DIRECTV, LLC and AT&T SERVICES, INC., | |
17 | | |
18 | Defendants. | |

19 | ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
20 | | |
21 | Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
22 | v. | JURY TRIAL DEMANDED |
23 | DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | **PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JAMES BRUNNER** |
24 | | |
25 | Defendants. | |

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of James Brunner, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 24, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

The deposition will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law.

Dated: March 3, 2023

Respectfully Submitted,

**K&L GATES LLP**

By: */s/ James A. Shimota*
James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice*
application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
Email:
christina.goodrich@klgates.com

Nicholas F. Lenning (*pro hac vice*
application pending)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

- 3 -
PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JAMES BRUNNER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JAMES BRUNNER

1

## **CERTIFICATE OF SERVICE**

2       The undersigned hereby certifies that a true and correct copy of the foregoing

3
document was served on March 3, 2023 to counsel of record for Defendants via
4

5 email.

6                                    */s/ James A. Shimota*
                                     James Shimota
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   Attorneys for Plaintiff Entropic
7  Communications, LLC

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  ENTROPIC COMMUNICATIONS,        | Civil Action No. 2:22-cv-07775-JWH-
    LLC,                             | JEM
12
13  Plaintiff,                       | Case Transferred from E.D. Texas
                                     | (2:22-cv-75-JRG)
14  v.
                                     | JURY TRIAL DEMANDED
15
16  DIRECTV, LLC and AT&T
    SERVICES, INC.,
17
    Defendants.
18  _____

19  ENTROPIC COMMUNICATIONS,        | Civil Action No. 2:22-cv-07775-JWH-
    LLC,                             | JEM
20
    Plaintiff,                       | Case Transferred from E.D. Texas
21                                    | (2:22-cv-76-JRG)
          v.
22                                    | JURY TRIAL DEMANDED
    DISH NETWORK CORPORATION,
23  DISH NETWORK L.L.C., and         | **PLAINTIFF'S AMENDED NOTICE
    DISH NETWORK SERVICE L.L.C.,     | OF DEPOSITION OF JASON
24                                    | RYCHLICK**
    Defendants.
25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Jason Rychlick, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 27, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

1

2      The deposition will continue from day to day until completed. The deposition

3 will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

4 and for any other purpose permitted under the law.

5
   Dated: March 3, 2023                          Respectfully Submitted,
6
                                                 **K&L GATES LLP**
7
                                                 By: */s/ James A. Shimota*
8                                                James Shimota (admitted *pro hac vice*)
                                                 Jason Engel (admitted *pro hac vice*)
9                                                George Summerfield (*pro hac vice*
                                                 application pending)
10                                               **K&L GATES LLP**
11                                               70 W. Madison Street, Suite 3300
                                                 Chicago, IL 60602
12                                               Tel.: (312) 372-1121
                                                 Fax: (312) 827-8000
13                                               jim.shimota@klgates.com
14                                               jason.engel@klgates.com
                                                 george.summerfield@klgates.com
15

16
                                                 Christina N. Goodrich (SBN 261722)
17                                               **K&L GATES LLP**
18                                               10100 Santa Monica Blvd., 8th Fl.
                                                 Los Angeles, CA 90067
19                                               Tel: (310) 552-5547
                                                 Fax: (310) 552-5001
20                                               Email:
                                                 christina.goodrich@klgates.com
21

22
                                                 Nicholas F. Lenning (*pro hac vice*
23                                               application pending)
                                                 **K&L GATES LLP**
24                                               925 Fourth Avenue, Suite 2900
25                                               Seattle, WA 98104
                                                 (206) 623-7580
26                                               (206) 370-6006 (fax)
27                                               nicholas.lenning@klgates.com
                                                 - 3 -
28
   PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JASON  RYCHLICK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JASON RYCHLICK

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

document was served on March 3, 2023 to counsel of record for Defendants via

email.

*/s/ James A. Shimota*
James Shimota

1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  Attorneys for Plaintiff Entropic
   Communications, LLC
8
9  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 12 | |
| 13  Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| 14  v. | |
| 15 | JURY TRIAL DEMANDED |
| 16  DIRECTV, LLC and AT&T SERVICES, INC., | |
| 17 | |
| 18  Defendants. | |
| 19  ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| 20  Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| 21  v. | |
| 22  DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | JURY TRIAL DEMANDED |
| 23 | **PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF PAUL LANGER** |
| 24 | |
| 25  Defendants. | |

26
27
28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Paul Langer, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 28, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

1

The deposition will continue from day to day until completed. The deposition

2

3

will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

4

and for any other purpose permitted under the law.

5

Dated: March 3, 2023                          Respectfully Submitted,

6

**K&L GATES LLP**

7

By: */s/ James A. Shimota*

8

James Shimota (admitted *pro hac vice*)

9

Jason Engel (admitted *pro hac vice*)

George Summerfield (*pro hac vice*

10

application pending)

11

**K&L GATES LLP**

70 W. Madison Street, Suite 3300

12

Chicago, IL 60602

13

Tel.: (312) 372-1121

Fax: (312) 827-8000

14

jim.shimota@klgates.com

15

jason.engel@klgates.com

george.summerfield@klgates.com

16

17

Christina N. Goodrich (SBN 261722)

**K&L GATES LLP**

18

10100 Santa Monica Blvd., 8th Fl.

19

Los Angeles, CA 90067

Tel: (310) 552-5547

20

Fax: (310) 552-5001

21

Email:

christina.goodrich@klgates.com

22

23

Nicholas F. Lenning (*pro hac vice*

application pending)

24

**K&L GATES LLP**

25

925 Fourth Avenue, Suite 2900

Seattle, WA 98104

26

(206) 623-7580

27

(206) 370-6006 (fax)

nicholas.lenning@klgates.com

28

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF PAUL LANGER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

1   Christina Goodrich (SBN 261722)
    Christina.goodrich@klgates.com
2   Connor J. Meggs (SBN 336159)
    connor.meggs@klgates.com
3   K&L GATES LLP
    10100 Santa Monica Boulevard
4   Eighth Floor
    Los Angeles, CA  90067
5   Telephone: +1 310 552 5000
    Facsimile: +1 310 552 5001
6
    Attorneys for Plaintiff Entropic
7   Communications, LLC

8                 UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   ENTROPIC COMMUNICATIONS,        Civil Action No. 2:22-cv-07775-JWH-
     LLC,                            JEM
12
13   Plaintiff,                      Case Transferred from E.D. Texas
                                     (2:22-cv-75-JRG)
14   v.
                                     JURY TRIAL DEMANDED
15
     DIRECTV, LLC and AT&T
16   SERVICES, INC.,

17   Defendants.

18   ─────────────────────────────

19   ENTROPIC COMMUNICATIONS,        Civil Action No. 2:22-cv-07775-JWH-
     LLC,                            JEM
20
     Plaintiff,                      Case Transferred from E.D. Texas
21                                   (2:22-cv-76-JRG)
            v.
22                                   JURY TRIAL DEMANDED
     DISH NETWORK CORPORATION,
23   DISH NETWORK L.L.C., and        **PLAINTIFF'S AMENDED NOTICE**
     DISH NETWORK SERVICE L.L.C.,    **OF DEPOSITION OF RYAN**
24                                   **FLORES**
     Defendants.
25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Ryan Flores, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 29, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

1      The deposition will continue from day to day until completed. The deposition

2

3    will be taken for the purpose of discovery, for use at any hearing or trial in this matter,

4    and for any other purpose permitted under the law.

5    Dated: March 3, 2023        Respectfully Submitted,

6

7                    **K&L GATES LLP**

8                    By: */s/ James A. Shimota*
                James Shimota (admitted *pro hac vice*)

9                    Jason Engel (admitted *pro hac vice*)
                George Summerfield (*pro hac vice*

10                   application pending)

11                   **K&L GATES LLP**
                70 W. Madison Street, Suite 3300

12                   Chicago, IL 60602

13                   Tel.: (312) 372-1121
                Fax: (312) 827-8000

14                   jim.shimota@klgates.com

15                   jason.engel@klgates.com
                george.summerfield@klgates.com

16

17                   Christina N. Goodrich (SBN 261722)
                **K&L GATES LLP**

18                   10100 Santa Monica Blvd., 8th Fl.

19                   Los Angeles, CA 90067
                Tel: (310) 552-5547

20                   Fax: (310) 552-5001

21                   Email:
                christina.goodrich@klgates.com

22

23                   Nicholas F. Lenning (*pro hac vice*
                application pending)

24                   **K&L GATES LLP**

25                   925 Fourth Avenue, Suite 2900
                Seattle, WA 98104

26                   (206) 623-7580

27                   (206) 370-6006 (fax)
                nicholas.lenning@klgates.com

28

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF RYAN FLORES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac
vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

- 4 -
PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF RYAN FLORES

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF RYAN FLORES

1   Christina Goodrich (SBN 261722)
    Christina.goodrich@klgates.com
2   Connor J. Meggs (SBN 336159)
    connor.meggs@klgates.com
3   K&L GATES LLP
    10100 Santa Monica Boulevard
4   Eighth Floor
    Los Angeles, CA  90067
5   Telephone: +1 310 552 5000
    Facsimile: +1 310 552 5001
6
    Attorneys for Plaintiff Entropic
7   Communications, LLC

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  ENTROPIC COMMUNICATIONS,          Civil Action No. 2:22-cv-07775-JWH-
    LLC,                              JEM
12
13      Plaintiff,                    Case Transferred from E.D. Texas
                                      (2:22-cv-75-JRG)
14  v.
                                      JURY TRIAL DEMANDED
15  DIRECTV, LLC and AT&T
16  SERVICES, INC.,

17      Defendants.

18  ─────────────────────────────

19  ENTROPIC COMMUNICATIONS,          Civil Action No. 2:22-cv-07775-JWH-
    LLC,                              JEM
20
        Plaintiff,                    Case Transferred from E.D. Texas
21                                    (2:22-cv-76-JRG)
            v.
22                                    JURY TRIAL DEMANDED
    DISH NETWORK CORPORATION,
23  DISH NETWORK L.L.C., and          **PLAINTIFF'S AMENDED NOTICE
    DISH NETWORK SERVICE L.L.C.,      OF DEPOSITION OF SCOTT
24                                    FILLINGIM**
        Defendants.
25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Scott Fillingim, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 30, 2023 at the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor Los Angeles, CA  90067, or such other date and location as agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF SCOTT FILLINGIM

The deposition will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law.

Dated: March 3, 2023                          Respectfully Submitted,

                                              **K&L GATES LLP**

                                              By: */s/ James A. Shimota*
                                              James Shimota (admitted *pro hac vice*)
                                              Jason Engel (admitted *pro hac vice*)
                                              George Summerfield (*pro hac vice*
                                              application pending)
                                              **K&L GATES LLP**
                                              70 W. Madison Street, Suite 3300
                                              Chicago, IL 60602
                                              Tel.: (312) 372-1121
                                              Fax: (312) 827-8000
                                              jim.shimota@klgates.com
                                              jason.engel@klgates.com
                                              george.summerfield@klgates.com

                                              Christina N. Goodrich (SBN 261722)
                                              **K&L GATES LLP**
                                              10100 Santa Monica Blvd., 8th Fl.
                                              Los Angeles, CA 90067
                                              Tel: (310) 552-5547
                                              Fax: (310) 552-5001
                                              Email:
                                              christina.goodrich@klgates.com

                                              Nicholas F. Lenning (*pro hac vice*
                                              application pending)
                                              **K&L GATES LLP**
                                              925 Fourth Avenue, Suite 2900
                                              Seattle, WA 98104
                                              (206) 623-7580
                                              (206) 370-6006 (fax)
                                              nicholas.lenning@klgates.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF SCOTT FILLINGIM

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF SCOTT FILLINGIM

1   Christina Goodrich (SBN 261722)
    Christina.goodrich@klgates.com
2   Connor J. Meggs (SBN 336159)
    connor.meggs@klgates.com
3   K&L GATES LLP
    10100 Santa Monica Boulevard
4   Eighth Floor
    Los Angeles, CA  90067
5   Telephone: +1 310 552 5000
    Facsimile: +1 310 552 5001
6
    Attorneys for Plaintiff Entropic
7   Communications, LLC

8
                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ENTROPIC COMMUNICATIONS,          | Civil Action No. 2:22-cv-07775-JWH-
    LLC,                              | JEM
12
13  Plaintiff,                        | Case Transferred from E.D. Texas
                                      | (2:22-cv-75-JRG)
14  v.
15                                    | JURY TRIAL DEMANDED
    DIRECTV, LLC and AT&T
16  SERVICES, INC.,
17  Defendants.
18
19  ENTROPIC COMMUNICATIONS,          | Civil Action No. 2:22-cv-07775-JWH-
    LLC,                              | JEM
20
    Plaintiff,                        | Case Transferred from E.D. Texas
21                                    | (2:22-cv-76-JRG)
            v.
22                                    | JURY TRIAL DEMANDED
    DISH NETWORK CORPORATION,
23  DISH NETWORK L.L.C., and          | **PLAINTIFF'S AMENDED NOTICE
    DISH NETWORK SERVICE L.L.C.,      | OF DEPOSITION OF WILLIAM
24                                    | BEALS**
    Defendants.
25
26
27
28

1   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff
2
3   Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its
4   counsel, will take the oral deposition of William Beals, an employee of Defendant
5   DISH Network Service Corporation, DISH Network LLC, and/or DISH Network
6
7   Service LLC (together, "DISH"), beginning at 9:00 a.m. PT on March 30, 2023 at
8   the offices of K&L Gates LLP, 10100 Santa Monica Boulevard, Eighth Floor
9   Los Angeles, CA  90067, or such other date and location as agreed upon by the
10
11  parties.
12      The deposition will take place before a court reporter, Notary Public, or other
13  officer authorized by law to administer an oath, and may be recorded electronically
14
15  by stenographic and audiovisual means and/or via the use of interactive real-time
16  transcription. Counsel for the parties and their clients will be in attendance. The
17  witness will be required to provide government-issued identification satisfactory to
18
19  the court reporter. All exhibits will be provided to the witness and to all participants.
20  Counsel for all parties will be required to stipulate on the record to their consent to
21  this manner of deposition and their waiver of any objection to this manner of
22
23  deposition, including any objection to the admissibility at trial of testimony based on
24  this manner of deposition.
25
26
27
28

The deposition will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law.

Dated: March 3, 2023

Respectfully Submitted,

**K&L GATES LLP**

By: */s/ James A. Shimota*
James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
Email:
christina.goodrich@klgates.com

Nicholas F. Lenning (*pro hac vice* application pending)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS,
LLC**

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF WILLIAM BEALS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 3, 2023 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota