Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>**DECLARATION OF NICHOLAS F. LENNING IN SUPPORT OF RESPONSE TO DISH'S "REQUEST FOR CLARIFICATION"**<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Civil Action No. 2:22-cv-07959-JWH-JEM<br><br>JURY TRIAL DEMANDED |

# DECLARATION OF NICHOLAS F. LENNING

I, Nicholas F. Lenning, declare:

1. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned matter. I discovered today that, contrary to my sincere belief, my pro hac vice application inadvertently had not been filed. It will be filed tomorrow morning. I am submitting this declaration in support of Plaintiff's opposition to the Ex Parte Application submitted by Defendants. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Entropic served RFPs in December and January (RFPs that largely duplicated discovery requests from EDTX served last June), served its Rule 30(b)(1) deposition notices in December, and served its Rule 30(b)(6) deposition notice in January.

3. Today, I met and conferred with counsel for DISH on an unrelated matter. For Entropic, present was myself and Samuel P. Richey. For DISH, present was Amanda Tessar, Adam Hester, and Trevor Bervik. In response to questions from DISH as to whether Entropic would agree the noticed depositions will not go forward, I again stated that Entropic is willing to work with DISH on dates and locations these depositions and would re-notice the depositions if DISH would provide alternative available dates. DISH refused to provide availability as to any deponents, claiming depositions are inappropriate at this time. Instead, DISH insisted that Entropic withdraw the notices entirely. I explained that Entropic could not agree DISH may unilaterally determine when depositions will occur.

4. Exhibit A is the full transcript from the December 13, 2022 status conference in this case. Attached as Exhibit A is a true and correct copy of that transcript.

5. Exhibit B is an email exchange between the parties on March 6, 2023 and March 7, 2023. Attached as Exhibit B is a true and correct copy of the above-described email thread.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: March 9, 2023

Nicholas F. Lenning

-3-
DECLARATION OF NICHOLAS F. LENNING IN SUPPORT OF RESPONSE TO "REQUEST FOR CLARIFICATION"