Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | 2:22-cv-07775-JWH-JEM |
| DIRECTV, LLC, et al. Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lenning, Nicholas F.     of     K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      925 Fourth Avenue, Suite 2900
(206) 370-6685   (206) 623-7022                                  Seattle, WA 98104
*Telephone Number*   *Fax Number*
nicholas.lenning@klgates.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*      ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

and designating as Local Counsel
Goodrich, Christina N.    of    K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   10100 Santa Monica Boulevard, 8th Floor
261722   (310) 552-5547   (310) 552-5001                         Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
christina.goodrich@klgates.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge