1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  *Attorneys for Plaintiff Entropic Communications, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF LODGING OF CERTIFICATE OF GOOD STANDING FOR NICHOLAS F. LENNING

Plaintiff Entropic Communications, LLC, by and through its counsel, herewith lodge the Certificate of Good Standing issued by the Washington State Bar Association for Nicholas F. Lenning, in connection with Mr. Lenning's Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice*, which was filed on March 10, 2023 (Dkt. No. 187).

Dated: March 13, 2023                                    Respectfully Submitted,

By:   */s/ Christina N. Goodrich*
Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorney for Plaintiff Entropic Communications, LLC*

NOTICE OF LODGING OF
CERTIFICATE OF GOOD STANDING             -2-                    CASE 2:22-CV-07775-JWH-JEM