Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T. Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH'S OPPOSED NOTICE OF MOTION AND MOTION TO STAY CASE PENDING *INTER PARTES* REVIEW** |

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>        Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Trevor Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH").  I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH's Opposed Notice of Motion and Motion to Stay Case Pending *Inter Partes* Review.

4. Attached as Exhibit A is a true and correct copy of excerpts from the "Reporter's Transcript of Proceedings" for the status conference that took place on Tuesday, December 13, 2022 before Judge Holcomb in this case.  I have highlighted portions of Exhibit A for the Court's convenience.

5. Attached as Exhibit B is a true and correct copy of DISH's Petition for *Inter Partes* Review of U.S. Patent No. 7,130,576, as filed under Case No. IPR 2023-00391 on February 21, 2023.

6.     Attached as Exhibit C is a true and correct copy of DISH's Petition for *Inter Partes* Review of U.S. Patent No. 7,542,715, as filed under Case No. IPR 2023-00392 on January 13, 2023.

7.     Attached as Exhibit D is a true and correct copy of DISH's Petition for *Inter Partes* Review of U.S. Patent No. 8,792,008, as filed under Case No. IPR 2023-00393 on February 6, 2023.

8.     Attached as Exhibit E is a true and correct copy of a presentation from the United States Patent and Trademark Office ("USPTO") titled "PTAB Trial Statistics October 2022 IPR, PGR." I obtained this presentation from the USPTO's website at the URL https://www.uspto.gov/sites/default/files/documents/ptab_aia_20221031.pdf on March 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 15th day of March, 2023 at Denver, Colorado.

*/s/ Trevor Bervik*
Trevor Bervik