# EXHIBIT E



EXHIBIT E

# PTAB Trial Statistics
# October 2022
# IPR, PGR

## Patent Trial and Appeal Board



EXHIBIT E

# Petitions filed by trial type
**(FY23 through October: Oct. 1, 2022 to Oct. 31, 2022)**



Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

EXHIBIT E

# Petitions filed by technology
**(FY23 through October: Oct. 1, 2022 to Oct. 31, 2022)**



EXHIBIT E




EXHIBIT E



# Institution rates by petition
**(FY19 to FY23 through October: Oct. 1, 2018 to Oct. 31, 2022)**

by Petition

■ Instituted
■ Denied

| | FY19 | FY20 | FY21 | FY22 | FY23 YTD |
|---|---|---|---|---|---|
| Instituted | 859 | 648 | 702 | 769 | 86 |
| Denied | 510 | 512 | 504 | 397 | 32 |
| Rate | 63% | 56% | 58% | 66% | 73% |



6

EXHIBIT E



EXHIBIT E



EXHIBIT E



# Settlements
**(FY19 to FY23 through October: Oct. 1, 2018 to Oct. 31, 2022)**

Settlement Rate: FY19 31%, FY20 22%, FY21 32%, FY22 27%, FY23 YTD 38%

| | FY19 | FY20 | FY21 | FY22 | FY23 YTD |
|---|---|---|---|---|---|
| Total Settlements | 502 | 309 | 465 | 339 | 48 |
| Post-Institution | 243 | 146 | 192 | 165 | 28 |
| Pre-Institution | 259 | 163 | 273 | 174 | 20 |

Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.



9

# Decision classification

- Decision classifications in this publication now better reflect classifications in other public data reports available through the USPTO website:
    - https://www.uspto.gov/patents/ptab/decisions/aia-review-decisions
    - https://ptacts.uspto.gov/ptacts/ui/home
    - https://developer.uspto.gov/ptab-web/#/search/decisions
- This updated classification was applied retroactively to decisions that were issued in fiscal years 2019 through 2022, and slightly changed some of the previously reported institution rates (i.e., by less than 1%) for those fiscal years. Specifically, the institution rate by petition in FY21 changed from 59% to 58%, and in FY22 changed from 67% to 66%. For by patent, the FY21 institution rate changed from 66% to 65%, and FY22 institution rate changed from 70% to 69%. These updated institution-rate statistics are shown on slides 6 and 7 of this publication, along with the year-to-date numbers for FY23.



10

