# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>**[PROPOSED] ORDER GRANTING DISH'S OPPOSED MOTION TO STAY CASE PENDING *INTER PARTES* REVIEW** |

THIS MATTER is before the Court on Defendants' Motion to Stay Case Pending *Inter Partes* Review.

Having reviewed the submitted materials, applicable law, and oral argument by counsel, the Court finds that a stay of the current case is warranted pending the outcome of Defendants' *inter partes* review petitions.

Accordingly, and for good cause shown, the Court GRANTS Defendants' Motion to Stay.

**IT IS SO ORDERED**.

Dated:_____

_____
Honorable John W. Holcomb

United States District Judge for the Central District of California.