UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2.1 REGARDING DISH DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Trevor Bervik, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2.      I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH").  I am licensed to practice law in the State of Colorado.

3.      I make this Declaration based on my personal knowledge and in support of the Joint Stipulation Pursuant to Local Rule 37-2.1 Regarding DISH Defendants' Motion for Protective Order.

4.      Attached as Exhibit A is a true and correct copy of excerpts from the "Reporter's Transcript of Proceedings" for the status conference that took place on Tuesday, December 13, 2022 before Judge Holcomb in this case.

5.      Attached as Exhibit B is a true and correct copy of Plaintiff's Amended Notice of Deposition of Dan Minnick served on March 3, 2023 and to be conducted on March 20, 2023.

6.      Attached as Exhibit C is a true and correct copy of Plaintiff's Amended Notice of Deposition of Edmund Petruzelli [*sic*] served on March 3, 2023 and to be conducted on March 21, 2023.

7.      Attached as Exhibit D is a true and correct copy of Plaintiff's Amended Notice of Deposition of Gregg Martch served on March 3, 2023 and to be conducted on March 22, 2023.

8.      Attached as Exhibit E is a true and correct copy of Plaintiff's Amended Notice of Deposition of James Brunner served on March 3, 2023 and to be conducted on March 24, 2023.

9.      Attached as Exhibit F is a true and correct copy of Plaintiff's Amended Notice of Deposition of Jason Rychlick served on March 3, 2023 and to be conducted on March 27, 2023.

10.      Attached as Exhibit G is a true and correct copy of Plaintiff's Amended Notice of Deposition of Paul Langer served on March 3, 2023 and to be conducted on March 28, 2023.

11.      Attached as Exhibit H is a true and correct copy of Plaintiff's Amended Notice of Deposition of Scott Fillingim served on March 3, 2023 and to be conducted on March 30, 2023.

12.     Attached as Exhibit I is a true and correct copy of Plaintiff Entropic Communications, LLC's Amended Notice of 30(B)(6) Deposition of Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. served on March 3, 2023 and to be conducted on April 10-12, 2023.

13.     Attached as Exhibit J is a true and correct copy of DISH's Request for Clarification Regarding Scheduling Order (Dkt. 184).

14.     Attached as Exhibit K is a true and correct copy of DISH's Reply Regarding Request for Clarification Regarding Scheduling Order (Dkt. 186).

15.     Attached as Exhibit L is a true and correct copy of the Declaration of Amanda Tessar for DISH's Reply Relating to Request for Clarification (Dkt. 186-1).

16.     Attached as Exhibit M is a true and correct copy of an email chain between counsel for DISH and counsel for Entropic, with emails dated between March 6, 2023 and March 8, 2023 (Dkt. 186-2).

17.     Attached as Exhibit N is a true and correct copy of an email chain between counsel for DISH and counsel for Entropic, with emails dated between March 6, 2023 and March 10, 2023.

18.     Attached as Exhibit O is a true and correct copy of Civil Minutes-General of Status Conference held on December 13, 2022 (Dkt. 176).

19.     Attached as Exhibit P is a true and correct copy of Entropic's First Amended Complaint for Patent Infringement (Dkt. 17 in Case No. 2:22-cv-76-JRG, the originating case from the Eastern District of Texas).

20.     Attached as Exhibit Q is a true and correct copy of DISH Defendants' Responses and Objections to Plaintiff's Notice of 30(b)(6) Deposition, served on February 7, 2023.

2:22-cv-0775-JWH-JEM
Bervik Decl. ISO Stip re Mtn for PO

21.    Attached as Exhibit R is a true and correct copy of an email chain between counsel for DISH and counsel for Entropic, with emails dated between February 7, 2023 and March 7, 2023, regarding 30(b)(6) deposition topics.

22.    Attached as Exhibit S is a true and correct copy of an email chain between counsel for DISH and counsel for Entropic, with emails dated between March 6, 2023 and March 7, 2023, regarding discovery issues.  Highlighting had been added to certain portions of Exhibit S to draw attention to relevant material.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 13th day of March, 2023 at Denver, Colorado.

/s/ Trevor Bervik
Trevor Bervik

2:22-cv-0775-JWH-JEM
Bervik Decl. ISO Stip re Mtn for PO