# EXHIBIT L

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF AMANDA TESSAR FOR DISH'S REPLY RELATING TO REQUEST FOR CLARIFICATION** |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>           Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Amanda Tessar, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I am an attorney at Perkins Coie LLP, counsel of record in the above-captioned case for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of Colorado and admitted *pro hac vice* in this case. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I attended a meet-and-confer with Entropic during the Summer of 2023 where Entropic's counsel thanked DISH for the thoroughness of DISH's initial technical document production.

3. I attended a meet-and-confer with Entropic on March 9, 2023 at which the parties discussed the timing of DISH depositions for this case. DISH's counsel said that it would not agree to change any of the noticed deposition dates unless or until DISH offered dates for all depositions in March or April. Entropic's counsel likewise refused withdraw its notices pending determination of DISH's Request for Clarification, Dkt. 184.

4. Attached as Exhibit H is a true and correct copy of an email exchange between DISH and Entropic, with emails dated March 6 and 7, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 10th day of March, 2023 at Denver, Colorado.

                                             */s/ Amanda Tessar*
                                             Amanda Tessar