# EXHIBIT O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-07775-JWH(JEMx) | Date | December 13, 2022 |
| Title | *Entropic Communications, LLC v. DIRECTTV, LLC et al* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Jason C. Lo |
| Christina N. Goodrich | |

**Proceedings:**    **STATUS CONFERENCE**

Counsel state their appearances. The Court confers with counsel regarding the posture of the case and case schedule. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

     1.    The above-captioned case is **CONSOLIDATED**, for pretrial purposes, with *Entropic Communications, LLC v. Dish Network Corporation*, Case No. 2:22-07959-JWH-JEMx (the "Dish Network Case"). All future filings shall be entered on the docket of only this case.

     2.    Any party may make a motion at any time to sever this case from the Dish Network Case, for good cause shown.

     3.    The Protective Order entered by the U.S. District Court for the Eastern District of Texas [ECF No. 64] shall remain in effect.

     4.    The parties are **DIRECTED** to comply with the substance of—but not the schedule or timing set forth in—the Local Patent Rules for the Eastern District of Texas. This Court has and will set the schedule for this case.

     5.    Specifically, the case schedule is **EXTENDED** as follows:

     Time:    00:35
     Initials of Preparer: cla

| Event | Date/Deadline |
|---|---|
| Defendants Serve Supplemental Invalidity Contentions | January 20, 2023 |
| Exchange Proposed Claim Terms for Construction | January 27, 2023 |
| Exchange Preliminary Claim Constructions | February 17, 2023 |
| File Joint Claim Construction Statement | March 17, 2023 |
| Disclose Expert Testimony for Claim Construction | March 17, 2023 |
| Disclose Rebuttal Expert Testimony for Claim Construction | April 7, 2023 |
| Complete Claim Construction Discovery | April 21, 2023 |
| File Simultaneous Opening Claim Construction Briefs | May 12, 2023 |
| File Simultaneous Responsive Claim Construction Briefs | June 9, 2023 |
| File Joint Claim Construction Chart | June 16, 2023 |
| Claim Construction Hearing | July 11, 2023, at 10:00 a.m. |

6.  The parties are **DIRECTED** to meet and confer forthwith and to file promptly thereafter a Stipulated Discovery Order, in accordance with this Court's guidance, which will replace the currently effective Discovery Order [ECF No. 50].

**IT IS SO ORDERED.**

Time:  00:35
Initials of Preparer: cla