Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>**DECLARATION OF NICHOLAS F. LENNING IN SUPPORT OF JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2.1 REGARDING DISH DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Civil Action No. 2:22-cv-07959-JWH-JEM<br><br>JURY TRIAL DEMANDED |

-1-
DECLARATION OF NICHOLAS F. LENNING IN SUPPORT OF JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2.1 REGARDING DISH DEFENDANT'S MOTION FOR PROTECTIVE ORDER

## DECLARATION OF NICHOLAS F. LENNING

I, Nicholas F. Lenning, declare:

1. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic") in the above-captioned matter. I am submitting this declaration in support of Entropic's position within the Joint Stipulation Pursuant to Local Rule 37-2.1 Regarding Dish Defendant's Motion for Protective Order. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Entropic served RFPs in December and January (RFPs that largely duplicated discovery requests from EDTX served last June), served its Rule 30(b)(1) deposition notices in December, and served its Rule 30(b)(6) deposition notice in January. On February 7, 2023, Entropic received DISH's responses and objections to Entropic's 30(b)(6) notice. On March 3, 2023, Entropic served amended Rule 30(b)(1) deposition notices and an amended 30(b)(6) notice.

3. On February 28, I met and conferred with counsel for DISH regarding DISH's objections to Entropic's Rule 30(b)(6) topics. On that call, I again asked DISH for the availability of the noticed witnesses and for the designees for the topics so the parties could schedule depositions. DISH refused to provide either, stating that it believed depositions were inappropriate.

4. On March 9, after Entropic re-noticed the depositions, I met and conferred with counsel for DISH on an unrelated matter. For Entropic, present was myself and Samuel P. Richey. For DISH, present was Amanda Tessar, Adam Hester, and Trevor Bervik. In response to questions from DISH as to whether Entropic would agree the noticed depositions will not go forward, I again stated that Entropic is willing to work with DISH on dates and locations these depositions and would re-notice the depositions if DISH would provide alternative available dates. DISH refused to provide availability as to any deponents, claiming

depositions are inappropriate at this time. Instead, DISH insisted that Entropic withdraw the notices entirely. I explained that Entropic could not agree DISH may unilaterally determine when depositions will occur.

5. Exhibit A is an email exchange between the parties that occurred between February 7, 2023 and February 28, 2023. Attached as Exhibit A is a true and correct copy of the above-described email thread.

6. Exhibit B is an email exchange between the parties that occurred on March 13, 2023. Attached as Exhibit B is a true and correct copy of the above-described email thread.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: March 16, 2023

Nicholas F. Lenning