# EXHIBIT A

| From: | Lenning, Nicholas F. |
|---|---|
| To: | Hester, Adam (MSN); Krebs, Robert (WDC); Shimota, Jim A.; Engel, Jason A.; Summerfield, George; Beane, Devon Curtis; Bacchus, Raquel A.; EntropicKLG; Ghavimi, Darlene F.; Goodrich, Christina N. |
| Cc: | *Entropic-DISH |
| Subject: | RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775 |
| Date: | Tuesday, February 28, 2023 10:33:23 PM |
| Attachments: | image001.png |

Hi Adam,

We will be following up later tonight or early tomorrow with further information on the topic scopes that we discussed today.

I also wanted to follow up regarding designees and dates. As we've discussed, Entropic intends to move forward expeditiously with depositions. To date, we still have not received designees for the 30(b)(6) topics or available dates for the 30()(1) witnesses. Indeed, we have not received any information either about DISH's intended narrowing of witnesses, which it proposed over a month ago and stated on January 26th that DISH "should be in position to serve amended disclosures removing the extra names next week."

Please provide DISH's designees as well as available dates for those designees and the 30(b)(1) witnesses no later than the end of this week. If we do not receive this information by that time, we will re-notice the depositions for dates in March or early April and proceed on those dates. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Lenning, Nicholas F.
**Sent:** Tuesday, February 28, 2023 1:13 PM

**To:** 'Hester, Adam (MSN)' <AHester@perkinscoie.com>; Krebs, Robert (WDC) <RKrebs@perkinscoie.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <Jason.Engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Hi Adam,

We have not had a chance to send that but can follow up after the call. We look forward to speaking shortly.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Hester, Adam (MSN) <AHester@perkinscoie.com>
**Sent:** Tuesday, February 28, 2023 12:32 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Krebs, Robert (WDC) <RKrebs@perkinscoie.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <jason.engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Hi Nick,

Apologies if I missed it, but have you sent along the "written summary of the specific objections that [Entropic] would like to discuss and why [Entropic] believe[s] [the objections] are improper?"  I searched my inbox and didn't see anything on that subject from you since last Wednesday.

Adam

**Adam Hester | Perkins Coie LLP**

**ASSOCIATE**
33 East Main Street Suite 201
Madison, WI 53703-3095
D. +1.650.838.4311
F. +1.650.838.4350
E. AHester@perkinscoie.com

---

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Wednesday, February 22, 2023 6:38 PM
**To:** Hester, Adam (MSN) <AHester@perkinscoie.com>; Krebs, Robert (WDC) <RKrebs@perkinscoie.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <jason.engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Adam,

4 to 5 pm central on Tuesday works for our team. We will circulate an invite.

Before our call, I will try to send a written summary of the specific objections that we would like to discuss and why we believe they are improper.

We would also like to discuss scheduling depositions, both for the 30(b)(6) designees and the witnesses that we noticed over two months ago. We ask that DISH please come prepared with these witnesses' availability for depositions (including designees for the 30(b)(6) topics), as well as an identification of the six witnesses for DISH's narrowing of its initial disclosures. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Hester, Adam (MSN) <AHester@perkinscoie.com>
**Sent:** Wednesday, February 22, 2023 8:27 AM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Krebs, Robert (WDC) <RKrebs@perkinscoie.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <jason.engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Nick,

We can be available to meet and confer on DISH's objections next Tuesday or Wednesday.  I've proposed some times below.  Please let us know if there is an hour window on either date that works for your team.

Thanks,
Adam

Tuesday 2/28 – 11AM-12PM, 2PM-3PM, 4PM-5PM (all times CT)
Wednesday 3/1 – Broadly free between 11AM-3PM CT

**Adam Hester | Perkins Coie LLP**
ASSOCIATE
33 East Main Street Suite 201
Madison, WI 53703-3095
D. +1.650.838.4311
F. +1.650.838.4350
E. AHester@perkinscoie.com

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Monday, February 13, 2023 1:43 PM
**To:** Krebs, Robert (WDC) <RKrebs@perkinscoie.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <jason.engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Hester, Adam (MSN) <AHester@perkinscoie.com>; *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** RE: Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Counsel,

Could you please provide your availability to meet and confer regarding Dish's objections? Also, could you please let us know when Dish intends to provide its designees, at least to topics 11, 12, 18, 23, and 25-30. Entropic would like to move forward with depositions for those topics. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Krebs, Robert (WDC) <RKrebs@perkinscoie.com>
**Sent:** Tuesday, February 07, 2023 5:18 PM
**To:** Shimota, Jim A. <Jim.Shimota@klgates.com>; Engel, Jason A. <jason.engel@klgates.com>; Summerfield, George <George.Summerfield@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Bacchus, Raquel A. <Raquel.Bacchus@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Hester, Adam (MSN) <AHester@perkinscoie.com>; *Entropic-DISH <Entropic-DISH@perkinscoie.com>
**Subject:** Entropic Communications, LLC v. DISH Network Corp., et al., Case 22-cv-07775

Dear Counsel:

Attached for service is

- DISH DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION

Best regards,

**Bob Krebs | Perkins Coie LLP**
SENIOR PARALEGAL
1900 Sixteenth Street Suite 1400
D. +1.303.291.2331
F. +1.303.291.2431
E. RKrebs@perkinscoie.com



---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.