# EXHIBIT 4

| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| | Christina.goodrich@klgates.com |
| 2 | Connor J. Meggs (SBN 336159) |
| | connor.meggs@klgates.com |
| 3 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, CA 90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | Attorneys for Plaintiff Entropic Communications, LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| v. | JURY TRIAL DEMANDED |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| v. | JURY TRIAL DEMANDED |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | **PLAINTIFF'S NOTICE OF DEPOSITION OF GREGG MARTCH** |
| Defendants. | |

EX 4

Please take notice that pursuant to Fed. R. Civ. P. 30(a)(1), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), by and through its counsel, will take the oral deposition of Gregg Martch, an employee of Defendant DISH Network Service Corporation, DISH Network LLC, and/or DISH Network Service LLC (together, "DISH"). The deposition shall be conducted in-person at a time and date to be agreed upon by the parties.

The deposition will take place before a court reporter, Notary Public, or other officer authorized by law to administer an oath, and may be recorded electronically by stenographic and audiovisual means and/or via the use of interactive real-time transcription. Counsel for the parties and their clients will be in attendance. The witness will be required to provide government-issued identification satisfactory to the court reporter. All exhibits will be provided to the witness and to all participants. Counsel for all parties will be required to stipulate on the record to their consent to this manner of deposition and their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of testimony based on this manner of deposition.

The deposition will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the law.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2022 | Respectfully Submitted, |
| 2 | | **K&L GATES LLP** |
| 3 | | By: */s/ James A. Shimota* |
| 4 | | James Shimota (admitted *pro hac vice*) |
| | | Jason Engel (admitted *pro hac vice*) |
| 5 | | George Summerfield (*pro hac vice* application pending) |
| 6 | | **K&L GATES LLP** |
| 7 | | 70 W. Madison Street, Suite 3300 |
| 8 | | Chicago, IL 60602 |
| | | Tel.: (312) 372-1121 |
| 9 | | Fax: (312) 827-8000 |
| 10 | | jim.shimota@klgates.com |
| | | jason.engel@klgates.com |
| 11 | | george.summerfield@klgates.com |
| 12 | | Christina N. Goodrich (SBN 261722) |
| | | **K&L GATES LLP** |
| 13 | | 10100 Santa Monica Blvd., 8th Fl. |
| 14 | | Los Angeles, CA 90067 |
| | | Tel: (310) 552-5547 |
| 15 | | Fax: (310) 552-5001 |
| 16 | | Email: christina.goodrich@klgates.com |
| 17 | | |
| 18 | | Nicholas F. Lenning (*pro hac vice* application pending) |
| 19 | | **K&L GATES LLP** |
| 20 | | 925 Fourth Avenue, Suite 2900 |
| | | Seattle, WA 98104 |
| 21 | | (206) 623-7580 |
| 22 | | (206) 370-6006 (fax) |
| | | nicholas.lenning@klgates.com |
| 23 | | |
| 24 | | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 25 | | Matthew Blair (admitted *pro hac vice*) |
| 26 | | **K&L GATES LLP** |
| 27 | | 2801 Via Fortuna, Suite #650 Austin, TX 78746 |
| 28 | | (512) 482-6919 |

- 3 -
PLAINTIFF'S NOTICE OF DEPOSITION OF GREGG MARTCH

EX 4

|   |   |
|---|---|
| 1 | (512) 482-6859 |
| 2 | darlene.ghavimi@klgates.com |
|   | matthew.blair@klgates.com |
| 3 |   |
| 4 | **ATTORNEYS FOR PLAINTIFF** |
|   | **ENTROPIC COMMUNICATIONS,** |
| 5 | **LLC** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on December 19, 2022 to counsel of record for Defendants via email.

*/s/ James A. Shimota*
James Shimota