# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>DIRECTV, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07775–JWH–JEM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __3/17/2023__

Document No.:   __192__

Title of Document:   __NOTICE OF MOTION AND MOTION for Protective Order__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __March 17, 2023__          By: __/s/ Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov__
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**