# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Entropic Communications, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 22-7775-JWH (JEMx) |
| v. | |
| DIRECTV, LLC et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/17/2023 | 192 | NOTICE OF MOTION AND MOTION |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☒ Other:

1) File a Notice of Errata correcting the judge's name. 2) File a Notice of Lodging attaching the proposed Order to the Motion for Protective Order.

Dated: _3/17/2023_          By: _/s/John E. McDermott_
                                                   U.S. Magistrate Judge