Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

[Additional Counsel Listed on Page 2]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>              Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Opening Claim Construction Briefs: Friday, May 12, 2023<br><br>Responsive Claim Construction Briefs: Friday, June 9, 2023<br><br>Claim Construction Hearing: Tuesday, July 11, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>              Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |

| | |
|---|---|
| 1 | JASON C. LO, SBN 219030 |
| 2 | jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue, Suite 5400<br>Los Angeles, CA  90071-3197 |
| 4 | Telephone:  213.229.7000<br>Facsimile:   213.229.7520 |
| 5 | |
| 6 | Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc. |
| 7 | Matthew C. Bernstein, Bar No. 199240 |
| 8 | MBernstein@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 10 | Telephone:  +1.858.720.5700<br>Facsimile:   +1.858.720.5799 |
| 11 | |
| 12 | Attorneys for DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., |
| 13 | [*Additional counsel listed on signature page*] |

Pursuant to the minute order from the Court's December 13, 2022 status conference (ECF No. 176) and Patent Rule 4-1(a) of the Eastern District of Texas,[1] Plaintiff Entropic Communications, LLC, Defendants DIRECTV, LLC and AT&T Services, Inc., and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 7,130,576 ("the '576 patent"); 7,542,715 ("the '715 patent); and 8,792,008 ("the '008 patent").

A.  **P.R. 4-3(a)(1) – Agreed Upon Constructions**

The Parties have not agreed on the construction of any of the proposed terms but will notify the Court promptly regarding any agreed constructions reached prior to the claim construction hearing scheduled for July 11, 2023.

B.  **P.R. 4-3(a)(2) – Each Party's Proposed Constructions**

The parties attach a chart hereto as Appendix A, which shows each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of extrinsic evidence known to the party on which it intends to rely either to support its construction or to oppose any other party's proposed construction, including but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

C.  **P.R. 4-3(a)(3) – Anticipated Time for Hearing**

Plaintiff proposes a combined total of 3 hours for presentation at the hearing, with the time divided equally between the sides as the Court suggested at the December 13, 2022 status conference (i.e., 90 minutes for Plaintiff and 90 minutes for Defendants). *See* Tr. at 42:25–43:1. Defendants' proposal is prejudicial to Plaintiff because it gives

---

[1] Pursuant to the minute order from the Court's December 13, 2022 status conference (ECF No. 176), "[t]he parties are DIRECTED to comply with the substance of . . . the Local Patent Rules for the Eastern District of Texas." *Id.* ¶ 4.

the Defendants double the time to present on the same number of terms Plaintiff will have to address at the hearing.

Defendants propose a combined total of 3.5 hours for presentation at the hearing.[2]

**D.    P.R. 4-3(a)(4) – Witness Testimony at Hearing**

The parties do not anticipate calling any witnesses at the hearing.

**E.    P.R. 4-3(a)(5) – Other Issues for a Prehearing Conference**

The parties are conferring to determine if they can reach agreement on the best timing and format for a technical tutorial for the Court in advance of the *Markman* hearing in July. *See* Tr. at 43:11–15.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

---

[2] At the December 13, 2022 status conference, the Court suggested "90 minutes per side" for the *Markman* hearing. Tr. at 42:25–43:1. Defendants believe that a total of 210 minutes, divided evenly between Plaintiff, DIRECTV/AT&T, and the DISH defendants, will best allow all parties to present on the disputed issues. But Defendants are willing to "play it by ear" at the hearing on allocation of time, as noted by the Court. Tr. at 43:1–2.

| | | | |
|---|---|---|---|
| 1 | Dated: March 17, 2023 | By: | */s/ Christina N. Goodrich* |
| 2 | | | Christina N. Goodrich (SBN 261722) |
| | | | **K&L GATES LLP** |
| 3 | | | 10100 Santa Monica Blvd., 8th Fl. |
| 4 | | | Los Angeles, CA 90067 |
| | | | Tel: (310) 552-5547 |
| 5 | | | Fax: (310) 552-5001 |
| 6 | | | Email: christina.goodrich@klgates.com |

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

|   |   |
|---|---|
| | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| Dated:  March 17, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ Jason C. Lo |
| | Jason C. Lo |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue, Suite 5400 |
| | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| | Facsimile:   213.229.7520 |
| | jlo@gibsondunn.com |
| | |
| | BENJAMIN HERSHKOWITZ (admitted *pro hac vice*) |
| | bhershkowitz@gibsondunn.com |
| | KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*) |
| | kdominguez@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone:  212.351.4000 |
| | Facsimile:   212.351.4035 |
| | |
| | BRIAN BUROKER (admitted *pro hac vice*) |
| | bburoker@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Ave., N.W. |
| | Washington, D.C. 20036 |
| | Telephone:  202.955.8500 |
| | |
| | NATHAN R. CURTIS (admitted *pro hac vice*) |
| | ncurtis@gibsondunn.com |
| | AUDREY YANG (admitted *pro hac vice*) |
| | ayang@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Ave., Suite 2100 |
| | Dallas, TX 75201 |
| | Telephone:  214.698.3100 |
| | Facsimile:  214.571.2900 |
| | |
| | Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc. |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: March 17, 2023 | **PERKINS COIE LLP** |
| 4 | | |
| 5 | | By: /s/ *Daniel T. Keese* |
| 6 | | Daniel T. Keese |
| 7 | | Matthew C. Bernstein, Bar No. 199240 |
| 8 | | MBernstein@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 10 | | Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799 |
| 11 | | |
| 12 | | Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com |
| 13 | | Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com |
| 14 | | PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140 |
| 15 | | Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300 |
| 16 | | Facsimile: +1.303.291.2400 |
| 17 | | Daniel T Keese, Bar No. 280683 |
| 18 | | DKeese@perkinscoie.com<br>PERKINS COIE LLP |
| 19 | | 1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128 |
| 20 | | Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 |
| 21 | | |
| 22 | | **ATTORNEYS FOR DISH NETWORK** |
| 23 | | **CORPORATION, DISH NETWORK**<br>**L.L.C., AND DISH NETWORK SERVICE** |
| 24 | | **L.L.C.** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I, Christina N. Goodrich, an attorney, hereby certify that the foregoing document was filed electronically on March 17, 2023 and has been served to all counsel who have consented to electronic service.

By: */s/ Christina N. Goodrich*

Attorney for Plaintiff Entropic Communications, LLC