# APPENDIX A

**P.R. 4-3 – Joint Claim Construction and Prehearing Statement**
**Appendix A**

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| "digitizing the plurality of satellite broadband signals" ('576 patent, cl. 14) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'576 Patent at Abstract, 1:19-54, 3:59-61, 7:25-28.<br><br>Reexamination File History of '576 Patent, ENTROPIC_DTV_0009928 at ENTROPIC_DTV_0010236-41 / ENTROPIC_DISH_0009726 at ENTROPIC_DISH_0010034-39 (Amendment and Response to Office Action in Ex Parte Reexamination, August 14, 2008). | "digitizing the complete bands of satellite broadband signals received at the ODU"<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at Abstract, 2:54–3:9, 4:29–61, 7:25–31; '576 file history at 116–117, 142–146; '576 reexam at 317–321; Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '817 provisional at 4; '965 provisional at 3–4; '722 provisional at 3–4.<br><br>Expert testimony from Mr. Cybenko and/or Mr. Wechselberger | "digitizing the complete bands of satellite broadband signals received at the ODU"<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at Abstract, 2:54–3:9, 4:29–61, 7:25–31; '576 file history at 116–117, 142–146; '576 reexam at 317–321; Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '817 provisional at 4; '965 provisional at 3–4; '722 provisional at 3–4.<br><br>Expert testimony from Dr. Steffes to be provided to support |

---

[1]   For all the claim terms and phrases herein, Plaintiff reserves the right to rely upon the intrinsic and extrinsic evidence identified by Defendants or any other party in a related action for the same term, as well as testimony from Defendants' or any other party in a related action's expert or the named inventors, including through deposition. Additionally, any references to figures includes the accompanying text. Plaintiff also reserves the right to cite as extrinsic evidence documents filed in connection with IPR2023-00391, IPR2023-00392, and IPR2023-00393, and any documents filed in any future, related IPR petitions.

[2]   For all the claim terms and phrases herein, Defendants reserve the right to rely upon the intrinsic and extrinsic evidence identified by Plaintiff or any other party in a related action for the same term, as well as testimony from Plaintiff's or any other party in a related action's expert or the named inventors, including through deposition. Additionally, any references to figures includes the accompanying text.

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "integrated receiver decoder (IRD)" ('576 patent, cls. 14, 18, 19, 22, 41) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'576 Patent at 1:30-32, 1:39-43, 2:60-67, 3:10-11.<br><br>DTV_ENTROPIC-0001417 at DTV_ENTROPIC-0001434.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | "device capable of at least receiving and decoding data and generating an output video signal"<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at Abstract, 2:54–3:27; Figures 1–17 (and accompanying text); Claims 1–42; '817 provisional at 4; '965 provisional at 3–4; '722 provisional at 3–4.<br><br>B. Slattery, Advanced Digital Video Encoders in ANALOG DIALOGUE, Vol. 30, No. 4 (1996)<br><br>Expert testimony from Mr. Cybenko and/or Mr. Wechselberger to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the | N/A |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | | understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | |
| "a transponder request [signal] . . . the transponder request signals"<br><br>"from the IRD . . . to the IRDs"<br><br>"a plurality of transponder signals . . . the transponder signal"<br><br>('576 patent, cl. 14) | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'576 Patent at 1:30-32, 1:39-43, 1:49-54, 2:60-67, 3:10-11, 4:1-3, 6:14-18, 7:27-31, 7:48-52, 8:5-15, 8:27-28, 9:6-13, 10:6-18, 10:27-32.<br><br>File History of '576 Patent, ENTROPIC_DTV_0000001 at ENTROPIC_DTV_0000085-86. (Response to Office Action, August 9, 2005).<br><br>DTV_ENTROPIC-0001417 at DTV_ENTROPIC-0001434; ENTROPIC_DTV_0010334 / ENTROPIC_DISH_0010132 (IPR Petition (Paper 1); ENTROPIC_DTV_0010437 / ENTROPIC_DISH_0010235 (Expert Declaration (Ex. 1002) filed in IPR2023-00392) DTV_ENTROPIC-0005248 at | Indefinite<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at Abstract, 2:54–3:27, 4:29–61, 7:25–31, 9:26–10:18, 11:50–57; Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '576 file history at 85–88, 142–146; '576 reexam at 317–321; '817 provisional at 4, 7; '965 provisional at 3–4, 6; '722 provisional at 3–4, 6.<br><br>Expert testimony from Mr. Cybenko and/or Mr. Wechselberger to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | N/A |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | DTV_ENTROPIC-0005266; DTV_ENTROPIC-0004974 at DTV_ENTROPIC-005028; DTV_ENTROPIC-0546640 at DTV_ENTROPIC-0546643.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | | |
| "transponder request signals" ('576 patent, cls. 14, 19, 22) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'576 Patent at 3:10-11, 4:1-3, 9:6-13, 10:6-18.<br><br>File History of '576 Patent at ENTROPIC_DISH_0000001 at ENTROPIC_DISH_0000085-86. (Response to Office Action, June 9, 2005).<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the | N/A | "a signal identifying and requesting a particular transponder signal"<br><br>**Evidence**:<br>*See, e.g.,* '576 patent at Abstract, 1:44–54, 2:53–3:4, 3:20–27, 4:42–47, 6:11–18, 8:65–9:13, 9:34–43, 9:55–60, 10:6–26, 10:19–45, Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '576 file history at 85–88, 113–19, 142–146; '576 reexam at 317–321.<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | understanding of a person having ordinary skill in the art. | | evidence and based on the understanding of a person having ordinary skill in the art. |
| "selected [and extracted] transponder channel[s]" ('576 patent, cls. 16, 17, 21, 39, 41–42) | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'576 Patent at 2:54-57, 3:55-58, 7:27-31, 7:48-52.<br><br>File History of '576 Patent at ENTROPIC_DTV_0000001 at ENTROPIC_DTV_0000113-14 / ENTROPIC_DISH_0000001 at ENTROPIC_DISH_0000113-14 (Response to Office Action, November 2, 2005).<br><br>ENTROPIC_DTV_0010334 / ENTROPIC_DISH_0010132 (IPR Petition (Paper 1); ENTROPIC_DTV_0010437 / ENTROPIC_DISH_0010235 (Expert Declaration (Ex. 1002) filed in IPR2023-00392) DTV_ENTROPIC-0005248 at DTV_ENTROPIC-0005266; DTV_ENTROPIC-0004974 at DTV_ENTROPIC-005028; | Indefinite<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at 2:54–3:4, 3:33–44, 4:29–50, 5:12–63, 6:11–45, 7:42–47, 8:65–9:13, Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '576 file history at 145–146; '817 provisional at 4, 7, 22; '965 provisional at 3–4, 6, 14; '722 provisional at 3–4, 6, 14.<br><br>Expert testimony from Mr. Cybenko and/or Mr. Wechselberger to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | Indefinite<br><br>**Evidence**:<br>*See, e.g.*, '576 patent at 2:54–3:4, 3:33–44, 4:29–50, 5:12–63, 6:11–45, 7:42–47, 8:65-9:13, Figures 1–17 (and accompanying text); Claims 1–42; References Cited; '576 file history at 145–146; '817 provisional at 4, 7, 22; '965 provisional at 3–4, 6, 14; '722 provisional at 3–4, 6, 14.<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | DTV_ENTROPIC-0546640 at DTV_ENTROPIC-0546643.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | | |
| "local area network" ('715 patent, cl. 9) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'715 Patent at 3:23-26, 9:16-21, 9:44-47.<br><br>Newton's Telecom Dictionary (18th edition, 2002) (ENTROPIC_DTV_0010328 - ENTROPIC_DTV_0010330; ENTROPIC_DISH_0010126 - ENTROPIC_DISH_0010128); Newton's Telecom Dictionary (16th edition, 2000) (ENTROPIC_DTV_0010331 - ENTROPIC_DTV_0010333; ENTROPIC_DISH_0010129 - ENTROPIC_DISH_0010131). | "a group of devices at a single site connected by cables that allow a device in the network to interact with any other on the network"<br><br>**Evidence**:<br>*See, e.g.*, '715 patent at Abstract, 2:52–3:31, 4:27–39, 9:23–48; Figures 1–17 (and accompanying text); Claims 1–19; References Cited; '715 file history at 69–70.<br><br>Comprehensive Dictionary of Electrical Engineering (1998) at 377<br><br>Dictionary of Computer Science, Engineering and Technology (2001) at 282 | "a group of devices at a single site connected by cables that allow a device in the network to interact with any other on the network"<br><br>**Evidence**:<br>*See, e.g.*, '715 patent at Abstract, 2:52–3:31, 4:27–39, 9:23–48; Figures 1–17 (and accompanying text); Claims 1–19; References Cited; '715 file history at 69–70.<br><br>Comprehensive Dictionary of Electrical Engineering (1998) at 377<br><br>Dictionary of Computer Science, Engineering and Technology (2001) at 282 |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | Dictionary of Computing (5th ed. 2004) at 189–90<br><br>IEEE Electrical Engineering Dictionary (2000) at 400<br><br>Microsoft Computer Dictionary (5th ed.) at 304<br><br>Microsoft Internet & Networking Dictionary (2003) at 145<br><br>Expert testimony from Mr. Cybenko and/or Mr. Wechselberger to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | Dictionary of Computing (5th ed. 2004) at 189–90<br><br>IEEE Electrical Engineering Dictionary (2000) at 400<br><br>Microsoft Computer Dictionary (5th ed.) at 304<br><br>Microsoft Internet & Networking Dictionary (2003) at 145<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "RF Signals" ('715 patent, cl. 9) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'715 Patent at 1:40-44, 3:54-57.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support | N/A | "analog carrier RF signals"<br><br>**Evidence**:<br>*See, e.g.*, '715 patent at Abstract, 3:18–25, 3:54-57, 10:55–60, Figures 1–17 (and accompanying |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | | text); Claims 1–19; References Cited; '715 file history at 69–70.<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "decodes specific programs" ('715 patent, cl. 9) | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'715 Patent at 1:40-44, 9:16-20, 9:28-32, 9:44-47.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | N/A | Indefinite<br><br>**Evidence**:<br>*See, e.g.*, '715 patent at Abstract, 9:23–48; Figures 1–17 (and accompanying text); Claims 1–19; References Cited; '715 file history at 69–70.<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "original channel locations" / "new channel locations" | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:** | N/A | "original transponder channel frequency locations" / "new transponder channel frequency locations" |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| ('715 patent, cl. 10) | '715 Patent at 4:12-13, 7:32-38, 11:16-18.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | | **Evidence**:<br>*See, e.g.,* '715 patent at Abstract, 2:53–3:2, 5:50–58, 6:6–39; 6:52–7:38, Figures 1–17 (and accompanying text); Claims 1–19; References Cited; '715 file history at 69–70.<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "an entire television spectrum"<br><br>('008 patent, cl. 1) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'008 Patent at Abstract, 5:41-47, 5:60-65.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | "all of the one or more television signals received by a front-end"<br><br>**Evidence**:<br>*See, e.g.,* '008 patent at Abstract, 2:44–59, 3:5–19, 4:11–19, 4:26–62, 5:12–65, 6:19–36; Figures 1–4 (and accompanying text); Claims 1–18; References Cited; '008 patent file history, original claim 1; '008 patent file history 1-16-2014 nonfinal rejection; '098 provisional ¶¶ 13, 17–20, 22, pages 12–14 (paper). | "all of the one or more television signals received by a front-end"<br><br>**Evidence**:<br>*See, e.g.,* '008 patent at Abstract, 2:44-59, 3:5-19, 4:11-19, 4:26-50, 4:51-62, 5:12-65, 6:19-36; Figures 1-4 (and accompanying text); Claims 1-18; References Cited; '008 patent file history, original claim 1; '008 patent file history 1-16-2014 nonfinal rejection; '098 provisional ¶¶ 13, 17-20, 22, pages 12-14 (paper). |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | | Expert testimony from Mr. Cybenko and/or Mr. Wechselberger to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art at the time and/or the technological background related to the invention. | Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$" ('008 patent, cls. 3, 11) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'008 Patent at 3:11-18, 4:11-15, 5:48-57.<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | N/A | "Plain and ordinary meaning, which is a signal that includes all continuous frequencies from $F_{lo}$ to $F_{hi}$"<br><br>**Evidence**:<br>*See, e.g.,* '008 patent at Abstract, 2:44-59, 3:5-19, 4:11-19, 4:26-50, 4:51-62, 5:12-65, 6:19-36; Figures 1-4 (and accompanying text); Claims 1-18; References Cited; '008 patent file history, original claim 1; '008 patent file history 1-16-2014 nonfinal rejection; '098 provisional ¶¶ 13, 17-20, 22, pages 12-14 (paper),<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction |

| Term/Phrase | Plaintiff's Proposed Construction/Evidence[1] | DIRECTV's Proposed Construction/Evidence[2] | DISH's Proposed Construction/Evidence |
|---|---|---|---|
| | | | using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |
| "a source of said received signal" ('008 patent, cls. 1, 3, 11) | Plain and ordinary meaning. No construction necessary.<br><br>**Evidence:**<br>'008 Patent at 2:36-46, 3:51-57.<br><br>File History of '008 Patent at ENTROPIC_DISH_0000314 at ENTROPIC_DISH_0000387-93. (Amendments and Response to Office Action, January 26, 2014)<br><br>Rebuttal expert testimony from Dr. Akl may be provided to support Plaintiff's proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. | N/A | "the equipment, e.g., a cable headend or satellite transmitter, that transmitted the received signal"<br><br>**Evidence**:<br>*See, e.g.,* '008 patent at Abstract, 2:34-3:4, 3:5-22, 3:33-60, 4:39-50 4:26–50, 4:51-62, 5:12–65, 6:19–36; Figures 1–4 (and accompanying text); Claims 1–18; References Cited; '008 patent file history, original claims 1, 3, and 12; '008 patent file history 1-16-2014 nonfinal rejection, '008 patent file history 4-10-2014 OA response at amended claims; 98 provisional ¶¶ 2, 12, 17-20, 22, pages 12-14 (paper).<br><br>Expert testimony from Dr. Steffes to be provided to support Defendants' proposed construction using intrinsic and/or extrinsic evidence and based on the understanding of a person having ordinary skill in the art. |