Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone:  +1.858.720.5700
Facsimile:   +1.858.720.5799

**ATTORNEYS FOR DEFENDANTS**

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JEM<br><br>**NOTICE OF ERRATA**<br><br>Motion Hearing:<br><br>Date: April 18, 2023<br>Time: 10:00 a.m.<br>Crtm: 640 (Roybal Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. respectfully notify the Court that the Notification of Motion and Motion for Protective Order (Joint Stipulation Pursuant to L.R. 37-2.1) inadvertently noticed the hearing for this Motion before Judge John W. Holcomb.   The hearing will instead take place before Magistrate Judge John E. McDermott and was set in his courtroom at the time that he normally hears this type of motion.

CASE NO. 2:22-CV-07775-JEM
NOTICE OF ERRATA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  March 17, 2023

**PERKINS COIE LLP**

By:  */s/ Amanda Tessar*
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone:       +1.303.291.2357
Facsimile:       +1.303.291.2457

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

Adam Hester, Bar No. 311206
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: +1.650.838.4311
Facsimile: +1.650.838.4350

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

-2-