Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

**ATTORNEYS FOR DEFENDANTS**

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JEM<br><br>**NOTICE OF LODGING [PROPOSED] ORDER REGARDING MOTION FOR PROTECTIVE ORDER**<br><br>Motion Hearing:<br><br>Date: April 18, 2023<br>Time: 10:00 a.m.<br>Crtm: 640 (Roybal Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. hereby lodge with the Court a proposed order regarding Defendants' Motion for Protective Order.

| | |
|---|---|
| Dated: March 17, 2023 | **PERKINS COIE LLP**<br><br>By: */s/ Amanda Tessar*<br>Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799<br><br>Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2357<br>Facsimile: +1.303.291.2457<br><br>Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>Perkins Coie LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222<br><br>Adam Hester, Bar No. 311206<br>AHester@perkinscoie.com<br>PERKINS COIE LLP<br>33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>Telephone: +1.650.838.4311<br>Facsimile: +1.650.838.4350<br><br>**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |