UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | No. 2:22-cv-07775-JEM <br><br> **[PROPOSED] ORDER ON MOTION FOR PROTECTIVE ORDER** <br><br> Motion Hearing: <br><br> Date: April 18, 2023 <br> Time: 10:00 a.m. <br> Crtm: 640 (Roybal Bldg) |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | No. 2:22-cv-07959-JEM <br><br> Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

THIS MATTER is before the Court on Defendants' Motion for Protective Order.

Having reviewed the submitted materials, applicable law, and oral argument by counsel, the Court finds that a protective order is warranted.

Accordingly, and for good cause shown, the Court GRANTS Defendants' Motion for Protective Order.

**IT IS SO ORDERED.**

Dated _____, 2023     _____
Hon. John E. McDermott
United States Magistrate Judge