Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>    Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>**DISH'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND DISH'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Motion Hearing:<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 21, 2023, at 9:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable John W. Holcomb, located in the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701-4516, Courtroom 9D, 9th Floor, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH," unless the context dictates otherwise) will and hereby do move for this Court for leave to file DISH's First Amended Answer, Affirmative Defenses and Counterclaims to Entropic Communications, LLC's ("Entropic" or "Plaintiff") First Amended Complaint.

Pursuant to Fed. R. Civ. P. 16(b) and 15(a)(2), as well as L.R. 15-1 to 15-3 and 16-14, DISH seeks leave to amend its answer to conform to newly arisen facts, and to add defenses and counterclaims based on such facts and/or in conformance with DISH's defenses and invalidity contentions. As detailed in the attached memorandum in support, DISH seeks to amend to add affirmative defenses accounting for the change in venue due to transfer and to add declaratory judgment counterclaims relating to invalidity of the asserted patents based on prior art and invalidity grounds disclosed in DISH's Invalidity Contentions and *inter partes* review petitions.

Fed. R. Civ. P. 16(b) provides that a scheduling order may be modified for good cause. Fed. R. Civ. P. 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Here, good cause exists to amend DISH's Answer, Affirmative Defenses, and Counterclaims. There is no prejudice to Entropic from this amendment, given the early stage of this case, and that the facts underlying these changes are or should be known to Entropic.

The proposed amendments are set forth below:

| LOCATION IN AMENDED PLEADING | CHANGE | EFFECT OF AMENDMENT |
|---|---|---|
| 2:2-3, 2:5-6 (introductory paragraph) | Addition of "hereby provide this First Amended Answer to…" and "set forth its First Amended Affirmative Defenses and Counterclaims" | Makes clear that this is the First Amended Answer and accounts for addition of counterclaims |
| 2:12-12:14 (¶¶1-100) | Deletion of paragraphs pleaded by Plaintiff in the First Amended Complaint, so that only responsive/answering paragraphs remain | Conformance with local practice in this District, rather than the Eastern District of Texas |
| 3:4 (¶9) | Replaces "this District" with "the Eastern District of Texas" | Accounts for transfer to this District from the Eastern District of Texas |
| 3:17-19 (¶13) | Replaces "are subject to personal jurisdiction in this court" with "were subject to personal jurisdiction the Eastern District of Texas and are subject to personal jurisdiction in this Court" | Accounts for transfer to this District from the Eastern District of Texas |
| 4:4 (¶16) | Adds "and the Eastern District of Texas" | Accounts for transfer to this District from the Eastern District of Texas |

| LOCATION IN AMENDED PLEADING | CHANGE | EFFECT OF AMENDMENT |
|---|---|---|
| 4:12-18 (¶17) | Deletes previous answer and adds "DISH Network Corporation denies that venue is proper in this District (the Central District of California) pursuant to 28 U.S.C. §1400(b). DISH denies that it has committed or continues to commit acts of patent infringement in this District. DISH denies that the named DISH entities (DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.) have a regular and established place of business or reside in this District." | Accounts for transfer to this District from the Eastern District of Texas |
| 4:22-25 (¶19) | Adds "DISH denies that the named DISH entities (DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.) have a regular and established place of business in this District (the Central District of California)." | Accounts for transfer to this District from the Eastern District of Texas |
| 5:5-9(¶20) | Adds "DISH denies that it has retail stores in this District (the Central district of California). DISH denies that the named DISH entities (DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.) have a regular and established place of business in this District (the Central District of California)." | Accounts for transfer to this District from the Eastern District of Texas |

| LOCATION IN AMENDED PLEADING | CHANGE | EFFECT OF AMENDMENT |
|---|---|---|
| 5:12 (¶21) | Adds "and the Eastern District of Texas" | Accounts for transfer to this District from the Eastern District of Texas |
| 5:17-23(¶22) | Replaces "DISH does not contest that DISH Network L.L.C. and Dish Network Service L.L.C. conduct business in this District, although it is unclear what it means that they or any other entity "continues" to do so." with "DISH denies that the named DISH entities (DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.) have a regular and established place of business in this District (the Central District of California). DISH denies that it conducts business in this District, although it is unclear what it means that they or any other entity "continues" to do so." | Accounts for transfer to this District from the Eastern District of Texas |
| 12:12-13 (Jury Demand) | Changes "Local Rule CV-38(a)" to "Local Civil Rule 38-1 | Accounts for transfer to this District from the Eastern District of Texas |
| 16:17-17:4 (Sixteenth Affirmative Defense) | Adds Sixteenth Affirmative Defense | Adds defense of improper venue, accounting for transfer to this District, where DISH contends venue is not proper |

| LOCATION IN AMENDED PLEADING | CHANGE | EFFECT OF AMENDMENT |
|---|---|---|
| 17:5-31:5 | Adds declaratory judgment counterclaims | Adds counterclaims for declaratory judgment of noninfringement for '715, '576, and '008 patents. Adds counterclaims for declaratory judgment of invalidity for '715, '576, and '008 patents. |

For these reasons, DISH respectfully requests that the Court grant it leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims to Entropic's First Amended Complaint, attached hereto as Exhibit 1.

DISH conferred with counsel for Entropic by phone on March 13, 2023 and Entropic opposes this motion. This motion is made following the conference of counsel on March 13, 2023 pursuant to L.R. 7-3.

Dated: March 24, 2023

**PERKINS COIE LLP**

By: /s/ *Daniel Keese*

    Matthew C. Bernstein, Bar No. 199240
    MBernstein@perkinscoie.com
    PERKINS COIE LLP
    11452 El Camino Real, Ste 300
    San Diego, California 92130-2080
    Telephone: +1.858.720.5700
    Facsimile: +1.858.720.5799

    Amanda Tessar (admitted pro hac vice)
    ATessar@perkinscoie.com
    Trevor Bervik (admitted pro hac vice)
    TBervik@perkinscoie.com
    PERKINS COIE LLP
    1900 Sixteenth Street, Suite 140
    Denver, Colorado 80202-5255
    Telephone: +1.303.291.2300
    Facsimile: +1.303.291.2400

    Daniel T Keese, Bar No. 280683
    DKeese@perkinscoie.com
    PERKINS COIE LLP
    1120 NW Couch Street 10th Floor
    Portland, OR 97209-4128
    Telephone: +1.503.727.2000
    Fax: +1.503.727.2222

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**