1  Matthew C. Bernstein, Bar No. 199240
2  MBernstein@perkinscoie.com
   PERKINS COIE LLP
3  11452 El Camino Real, Ste 300
   San Diego, California 92130-2080
4  Telephone:  +1.858.720.5700
   Facsimile:   +1.858.720.5799
5
6  **ATTORNEYS FOR DEFENDANTS**

7  [*Additional counsel on signature page*]

8  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JEM<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND DISH'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Motion Hearing:<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

The Court having considered Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C.'s (collectively "DISH's"), Motion for Leave to Amend ("Motion") and being advised of the issues therein, it is hereby ORDERED that DISH's Motion is GRANTED. DISH shall file the proposed First Amended Answer, Affirmative Defenses and Counterclaims within 7 days of the date of this Order.

Accordingly, and for good cause shown, the Court GRANTS DISH's Motion to Amend.

**IT IS SO ORDERED.**

Dated _____, 2023

_____
Hon. John W. Holcomb
United States District Judge