| | |
|---|---|
| 1 | Matthew C. Bernstein, Bar No. 199240 |
| 2 | MBernstein@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 4 | Telephone:  +1.858.720.5700<br>Facsimile:  +1.858.720.5799 |
| 5 | Amanda Tessar (admitted pro hac vice) |
| 6 | ATessar@perkinscoie.com<br>Trevor Bervik (admitted pro hac vice) |
| 7 | TBervik@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255 |
| 9 | Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
| 10 | Daniel T Keese, Bar No. 280683 |
| 11 | DKeese@perkinscoie.com<br>PERKINS COIE LLP |
| 12 | 1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128 |
| 13 | Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 |

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>           Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF DANIEL KEESE IN SUPPORT OF DISH DEFENDANTS' MOTION TO AMEND** |

|   |   |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Daniel Keese, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the States of Oregon and California.

3. I make this Declaration based on my personal knowledge and in support of the DISH Defendants' Motion to Amend Answer, Affirmative Devenses, and Counterclaims.

4. Attached as Exhibit A is a true and correct copy of redline comparison that I created comparing DISH's Answer (filed as ECF No. 37) with DISH's proposed First Amended Answer, Affirmative Defenses and Counterclaims.

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct, executed on this 24th day of March,
3   2023 at Portland, Oregon

                                                        /s/ *Daniel Keese*
                                                        Daniel Keese