# EXHIBIT D

| | Document name | Document type | Exhibit/Paper number | Filing date | Filing party | Availability |
|---|---|---|---|---|---|---|
| 1 | Ex. 1037 - U.S. Patent No. 6,408,436 (de Haas) | Exhibit | 1037 | 1/13/2023 | Petitioner | Public |
| 2 | Ex. 1036 - U.S. Patent No. 7,123,649 (Smith et al.) | Exhibit | 1036 | 1/13/2023 | Petitioner | Public |
| 3 | Ex. 1035 - U.S. Patent No. 4,677,588 (Benjamin et al.) | Exhibit | 1035 | 1/13/2023 | Petitioner | Public |
| 4 | Ex. 1034 - U.S. Patent No. 5,442,630 (Galiardi) | Exhibit | 1034 | 1/13/2023 | Petitioner | Public |
| 5 | Ex. 1033 - Gateway Definition - Dictionary of Computer and Internet Terms | Exhibit | 1033 | 1/13/2023 | Petitioner | Public |
| 6 | Ex. 1032 - Introduction to Satellite Communication | Exhibit | 1032 | 1/13/2023 | Petitioner | Public |
| 7 | Ex. 1031 - DVB-S - Wikipedia | Exhibit | 1031 | 1/13/2023 | Petitioner | Public |
| 8 | Ex. 1030 - Crowley - Capacity Trends | Exhibit | 1030 | 1/13/2023 | Petitioner | Public |
| 9 | Ex. 1029 - U.S. Provisional Patent Application No. 60284593 (Davis Provisio | Exhibit | 1029 | 1/13/2023 | Petitioner | Public |
| 10 | Ex. 1028 - U.S. Patent No. 6,889,385 (Rakib) | Exhibit | 1028 | 1/13/2023 | Petitioner | Public |
| 11 | Ex. 1027 - U.S. Patent No. 6,441,797 (Shah) | Exhibit | 1027 | 1/13/2023 | Petitioner | Public |
| 12 | Ex. 1026 - U.S. Patent No. 6,493,873 (Williams '873) | Exhibit | 1026 | 1/13/2023 | Petitioner | Public |
| 13 | Ex. 1025 - U.S. Patent No. 7,376,387 (Eck) | Exhibit | 1025 | 1/13/2023 | Petitioner | Public |
| 14 | Ex. 1024 - Virtual Channel | Exhibit | 1024 | 1/13/2023 | Petitioner | Public |
| 15 | Ex. 1023 - CT 125 Coaxial Cables - Addison | Exhibit | 1023 | 1/13/2023 | Petitioner | Public |
| 16 | Ex. 1022 - CT 125 Coaxial Cables - Caledonian | Exhibit | 1022 | 1/13/2023 | Petitioner | Public |
| 17 | Ex. 1021 - Coaxial cable - Wikipedia | Exhibit | 1021 | 1/13/2023 | Petitioner | Public |
| 18 | Ex. 1020 - New King Cable | Exhibit | 1020 | 1/13/2023 | Petitioner | Public |
| 19 | Ex. 1019 - Sewell | Exhibit | 1019 | 1/13/2023 | Petitioner | Public |
| 20 | Ex. 1018 - IEEE 802 | Exhibit | 1018 | 1/13/2023 | Petitioner | Public |
| 21 | Ex. 1017 - US7130576 Reexam File History | Exhibit | 1017 | 1/13/2023 | Petitioner | Public |
| 22 | Ex. 1016 - US7130576 File History | Exhibit | 1016 | 1/13/2023 | Petitioner | Public |
| 23 | Ex. 1015 - U.S. Patent No. 4,675,732 (Oleson) | Exhibit | 1015 | 1/13/2023 | Petitioner | Public |
| 24 | Ex. 1014 - The Scoop on the Dish - Los Angeles Times | Exhibit | 1014 | 1/13/2023 | Petitioner | Public |

| # | Description | Type | No. | Date | Filed By | Access |
|---|---|---|---|---|---|---|
| 25 | Ex. 1013 - U.S. Patent No. 4,455,651 (Baran) | Exhibit | 1013 | 1/13/2023 | Petitioner | Public |
| 26 | Ex. 1012 - Telstar - Wikipedia | Exhibit | 1012 | 1/13/2023 | Petitioner | Public |
| 27 | Ex. 1011 - EP Patent No. EP0740434B1 (Carnero) | Exhibit | 1011 | 1/13/2023 | Petitioner | Public |
| 28 | Ex. 1010 - US7542715 File History | Exhibit | 1010 | 1/13/2023 | Petitioner | Public |
| 29 | Ex. 1009 - Entropic Communications v. DirectTV, LLC | Exhibit | 1009 | 1/13/2023 | Petitioner | Public |
| 30 | Ex. 1008 - U.S. Patent No. 6,134,419 (Williams) | Exhibit | 1008 | 1/13/2023 | Petitioner | Public |
| 31 | Ex. 1007 - U.S. Patent No. 5,959,592 (Petruzzelli) | Exhibit | 1007 | 1/13/2023 | Petitioner | Public |
| 32 | Ex. 1006 - U.S. Patent Publication No. 20020154055 (Davis) | Exhibit | 1006 | 1/13/2023 | Petitioner | Public |
| 33 | Ex. 1005 - U.S. Patent No. 5,073,930 (Green) | Exhibit | 1005 | 1/13/2023 | Petitioner | Public |
| 34 | Ex. 1004 - EP Patent No. EP0740434B1 Translation (Carnero) | Exhibit | 1004 | 1/13/2023 | Petitioner | Public |
| 35 | Ex. 1003 - PCT Publication No. WO2002065771A1 (Fisk) | Exhibit | 1003 | 1/13/2023 | Petitioner | Public |
| 36 | Ex. 1002 - Declaration Schonfeld | Exhibit | 1002 | 1/13/2023 | Petitioner | Public |
| 37 | Ex. 1001 - U.S. Patent No. 7,542,715 (Gurantz) | Exhibit | 1001 | 1/13/2023 | Petitioner | Public |
| 38 | Notice: Notice filing date accorded | Paper | 5 | 2/16/2023 | Board | Public |
| 39 | Patent Owner's Mandatory Notices | Paper | 4 | 2/6/2023 | Patent Owner | Public |
| 40 | Patent Owner's Power of Attorney | Paper | 3 | 2/6/2023 | Patent Owner | Public |
| 41 | Notice : Power of Attorney | Paper | 2 | 1/13/2023 | Petitioner | Public |
| 42 | Petition : as filed | Paper | 1 | 1/13/2023 | Petitioner | Public |