# EXHIBIT E

| # | Document name | Document type | Exhibit/Paper number | Filing date | Filing party | Availability |
|---|---|---|---|---|---|---|
| 1 | Ex. 1035 - Plaintiff's Statement of Proposed Terms (PR 4.1) | Exhibit | 1035 | 2/21/2023 | Petitioner | Public |
| 2 | Ex. 1034 - Kumar, Signal Processing Techniques | Exhibit | 1034 | 2/21/2023 | Petitioner | Public |
| 3 | Ex. 1033 - Kester, Analog_Digital | Exhibit | 1033 | 2/21/2023 | Petitioner | Public |
| 4 | Ex. 1032 - Introduction to Satellite Communication | Exhibit | 1032 | 2/21/2023 | Petitioner | Public |
| 5 | Ex. 1031 - DVB-S - Wikipedia | Exhibit | 1031 | 2/21/2023 | Petitioner | Public |
| 6 | Ex. 1030 - Crowley - Capacity Trends | Exhibit | 1030 | 2/21/2023 | Petitioner | Public |
| 7 | Ex. 1028 - Hentschel, The Digital Front-End of Software Radio | Exhibit | 1028 | 2/21/2023 | Petitioner | Public |
| 8 | Ex. 1027 - U.S. Patent No. 6,441,797 | Exhibit | 1027 | 2/21/2023 | Petitioner | Public |
| 9 | Ex. 1026 - Dulac, Satellite Direct-to- | Exhibit | 1026 | 2/21/2023 | Petitioner | Public |
| 10 | Ex. 1025 - U.S. Patent No. 7,376,387 | Exhibit | 1025 | 2/21/2023 | Petitioner | Public |
| 11 | Ex. 1024 - Virtual Channel | Exhibit | 1024 | 2/21/2023 | Petitioner | Public |
| 12 | Ex. 1023 - U.S. Patent No. 6,697,603 (Lovinggood) | Exhibit | 1023 | 2/21/2023 | Petitioner | Public |
| 13 | Ex. 1022 - U.S. Provisional Patent Application No. 60284593 (Davis | Exhibit | 1022 | 2/21/2023 | Petitioner | Public |
| 14 | Ex. 1021 - U.S. Patent Publication No. 20020154055 (Davis) | Exhibit | 1021 | 2/21/2023 | Petitioner | Public |
| 15 | Ex. 1020 - New King Cable | Exhibit | 1020 | 2/21/2023 | Petitioner | Public |
| 16 | Ex. 1019 - Sewell | Exhibit | 1019 | 2/21/2023 | Petitioner | Public |
| 17 | Ex. 1018 - IEEE 802 | Exhibit | 1018 | 2/21/2023 | Petitioner | Public |
| 18 | Ex. 1017 - Oppenheim (1999) | Exhibit | 1017 | 2/21/2023 | Petitioner | Public |
| 19 | Ex. 1016 - EP Patent No. EP0740434B1 Translation (Carnero) | Exhibit | 1016 | 2/21/2023 | Petitioner | Public |
| 20 | Ex. 1015 - U.S. Patent No. 4,675,732 | Exhibit | 1015 | 2/21/2023 | Petitioner | Public |
| 21 | Ex. 1014 - The Scoop on the Dish - Los Angeles Times | Exhibit | 1014 | 2/21/2023 | Petitioner | Public |
| 22 | Ex. 1013 - U.S. Patent No. 4,455,651 | Exhibit | 1013 | 2/21/2023 | Petitioner | Public |
| 23 | Ex. 1012 - Telstar - Wikipedia | Exhibit | 1012 | 2/21/2023 | Petitioner | Public |
| 24 | Ex. 1011 - U.S. Patent No. 5,073,930 | Exhibit | 1011 | 2/21/2023 | Petitioner | Public |
| 25 | Ex. 1010 - Lewis, Communication Services Via Satellite | Exhibit | 1010 | 2/21/2023 | Petitioner | Public |
| 26 | Ex. 1009 - U.S. Patent No. 6,134,419 (AAPA-Williams) | Exhibit | 1009 | 2/21/2023 | Petitioner | Public |
| 27 | Ex. 1008 - U.S. Patent No. 5,959,592 (AAPA-Petruzzelli) | Exhibit | 1008 | 2/21/2023 | Petitioner | Public |
| 28 | Ex. 1007 - US7130576 Reexam File | Exhibit | 1007 | 2/21/2023 | Petitioner | Public |
| 29 | Ex. 1006 - US7130576 File History | Exhibit | 1006 | 2/21/2023 | Petitioner | Public |
| 30 | Ex. 1005 - U.S. Patent No. 5,278,837 | Exhibit | 1005 | 2/21/2023 | Petitioner | Public |
| 31 | Ex. 1004 - U.S. Patent Publication No. 20030165200 (Pugel) | Exhibit | 1004 | 2/21/2023 | Petitioner | Public |

| # | Description | Type | No. | Date | Filer | Availability |
|---|---|---|---|---|---|---|
| 32 | Ex. 1003 - U.S. Patent No. 6,493,873 (Williams '873) | Exhibit | 1003 | 2/21/2023 | Petitioner | Public |
| 33 | Ex. 1002 - Declaration Schonfeld | Exhibit | 1002 | 2/21/2023 | Petitioner | Public |
| 34 | Ex. 1001 - U.S. Patent No. 7,130,576 (Gurantz et al.) | Exhibit | 1001 | 2/21/2023 | Petitioner | Public |
| 35 | Notice: Notice filing date accorded | Paper | 5 | 3/17/2023 | Board | Public |
| 36 | Patent Owner's Mandatory Notices | Paper | 4 | 3/15/2023 | Patent Owner | Public |
| 37 | Patent Owner's Power of Attorney | Paper | 3 | 3/15/2023 | Patent Owner | Public |
| 38 | Notice : Power of Attorney | Paper | 2 | 2/21/2023 | Petitioner | Public |
| 39 | Petition : as filed | Paper | 1 | 2/21/2023 | Petitioner | Public |