# EXHIBIT F

| | Document name | Document type | Exhibit/Paper number | Filing date | Filing party | Availability |
|---|---|---|---|---|---|---|
| 1 | Ex. 1031 - Kumar, Signal Processing Techniques | Exhibit | 1031 | 2/6/2023 | Petitioner | Public |
| 2 | Ex. 1030 - U.S. Patent No. 6061393 (Tsui) | Exhibit | 1030 | 2/6/2023 | Petitioner | Public |
| 3 | Ex. 1029 - U.S. Patent No. 6791995 (Azenkot) | Exhibit | 1029 | 2/6/2023 | Petitioner | Public |
| 4 | Ex. 1028 - Kester, Analog_Digital Conversion | Exhibit | 1028 | 2/6/2023 | Petitioner | Public |
| 5 | Ex. 1027 - U.S. Patent Publication No. 20060256884 (Tomioka) | Exhibit | 1027 | 2/6/2023 | Petitioner | Public |
| 6 | Ex. 1026 - U.S. Patent Publication No. 20080207136 (Tang) | Exhibit | 1026 | 2/6/2023 | Petitioner | Public |
| 7 | Ex. 1025 - U.S. Patent No. 9026118 (Ling) | Exhibit | 1025 | 2/6/2023 | Petitioner | Public |
| 8 | Ex. 1024 - U.S. Patent No. 9991847 (Reddy) | Exhibit | 1024 | 2/6/2023 | Petitioner | Public |
| 9 | Ex. 1023 - U.S. Patent No. 8611483 (Zhu) | Exhibit | 1023 | 2/6/2023 | Petitioner | Public |
| 10 | Ex. 1022 - U.S. Patent No. 8582675 (Harris) | Exhibit | 1022 | 2/6/2023 | Petitioner | Public |
| 11 | Ex. 1021 - U.S. Patent Publication No. 20020154055 (Davis) | Exhibit | 1021 | 2/6/2023 | Petitioner | Public |
| 12 | Ex. 1020 - Pucker, Channelization Techniques for Software Radio | Exhibit | 1020 | 2/6/2023 | Petitioner | Public |
| 13 | Ex. 1019 - Hentschel, The Digital Front-End of Software Radio | Exhibit | 1019 | 2/6/2023 | Petitioner | Public |
| 14 | Ex. 1018 - Dulac, Satellite Direct-to-Home | Exhibit | 1018 | 2/6/2023 | Petitioner | Public |
| 15 | Ex. 1017 - The Scoop on the Dish - Los Angeles Times | Exhibit | 1017 | 2/6/2023 | Petitioner | Public |
| 16 | Ex. 1016 - July 12, 1962 - The Day Information Went Global | Exhibit | 1016 | 2/6/2023 | Petitioner | Public |
| 17 | Ex. 1015 - Kester, Solid_State Magazine | Exhibit | 1015 | 2/6/2023 | Petitioner | Public |
| 18 | Ex. 1014 - Couch, Ch. 5 | Exhibit | 1014 | 2/6/2023 | Petitioner | Public |
| 19 | Ex. 1013 - Couch, Ch. 4 | Exhibit | 1013 | 2/6/2023 | Petitioner | Public |
| 20 | Ex. 1012 - Carr, The Technician's EMI Handbook - Chapter 12 | Exhibit | 1012 | 2/6/2023 | Petitioner | Public |
| 21 | Ex. 1011 - Besen, The Deregulation of Cable Television | Exhibit | 1011 | 2/6/2023 | Petitioner | Public |
| 22 | Ex. 1010 - Foster, Cable and Satellite Set-Top Boxes | Exhibit | 1010 | 2/6/2023 | Petitioner | Public |
| 23 | Ex. 1009 - U.S. Patent Publication No. 20040073916 (Petrovic) | Exhibit | 1009 | 2/6/2023 | Petitioner | Public |
| 24 | Ex. 1008 - U.S. Patent Publication No. 20070286311 (Coyne) | Exhibit | 1008 | 2/6/2023 | Petitioner | Public |
| 25 | Ex. 1007 - U.S. Patent Publication No. 20100253557 (Kidambi) | Exhibit | 1007 | 2/6/2023 | Petitioner | Public |

| # | Description | Type | No. | Date | Filer | Availability |
|---|---|---|---|---|---|---|
| 26 | Ex. 1006 - U.S. Patent No. 7,394,871 (Zhang) | Exhibit | 1006 | 2/6/2023 | Petitioner | Public |
| 27 | Ex. 1005 - U.S. Patent No. 5,808,671 (Maycock) | Exhibit | 1005 | 2/6/2023 | Petitioner | Public |
| 28 | Ex. 1004 - 61_532,098 File Wrapper | Exhibit | 1004 | 2/6/2023 | Petitioner | Public |
| 29 | Ex. 1003 - File History of U.S. Patent No. 8,792,008 | Exhibit | 1003 | 2/6/2023 | Petitioner | Public |
| 30 | Ex. 1002 - Schonfeld 008 Declaration | Exhibit | 1002 | 2/6/2023 | Petitioner | Public |
| 31 | Ex. 1001 - U.S. Patent No. 8,792,008 (Gallagher et al.) | Exhibit | 1001 | 2/6/2023 | Petitioner | Public |
| 32 | Notice: Notice filing date accorded | Paper | 6 | 3/20/2023 | Board | Public |
| 33 | Patent Owner's Mandatory Notices | Paper | 5 | 2/28/2023 | Patent Owner | Public |
| 34 | Patent Owner's Power of Attorney | Paper | 4 | 2/28/2023 | Patent Owner | Public |
| 35 | Petitioners POA-2 IPR2023-00393 | Paper | 3 | 2/6/2023 | Petitioner | Public |
| 36 | Notice : Power of Attorney | Paper | 2 | 2/6/2023 | Petitioner | Public |
| 37 | Petition : as filed | Paper | 1 | 2/6/2023 | Petitioner | Public |