| | |
|---|---|
| 1 | Matthew C. Bernstein, Bar No. 199240 |
| 2 | MBernstein@perkinscoie.com |
|   | PERKINS COIE LLP |
| 3 | 11452 El Camino Real, Ste 300 |
|   | San Diego, California 92130-2080 |
| 4 | Telephone: +1.858.720.5700 |
|   | Facsimile:  +1.858.720.5799 |
| 5 | |
| 6 | *Additional Counsel Listed in Signature Block* |
| 7 | **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |
| 8 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07775-JWH-JEM |
|---|---|
| Plaintiff, | |
| v. | |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07959-JWH-JEM |
| Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| v. | **(LOCAL RULE 7.1-1)** |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

DISH Network L.L.C. and Dish Network Service L.L.C. are wholly-owned subsidiaries of DISH DBS Corporation, a corporation with publicly traded debt. All of DISH Network L.L.C., Dish Network Service L.L.C., and DISH DBS Corporation are wholly-owned indirect subsidiaries of DISH Network Corporation, a corporation with publicly traded equity (NASDAQ: DISH). DISH Network Corporation has no parent corporation and, based solely on a review of Form 13D and Form 13G filings with the Securities and Exchange Commission, no entity owns more than 10% of DISH Network Corporation's stock other than Dodge & Cox.

The undersigned, counsel of record, certifies that the following listed individuals and entities may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| ENTITY/INDIVIDUAL | CONNECTION/INTEREST |
| --- | --- |
| DISH Network Corporation (NASDAQ: DISH) | Defendant, parent of Defendants DISH Network L.L.C. and Dish Network Service L.L.C. |
| DISH Network L.L.C. | Defendant, wholly-owned subsidiary of Defendant DISH Network Corporation |
| Dish Network Service L.L.C. | Defendant, wholly-owned subsidiary of Defendant DISH Network Corporation |
| Dodge & Cox | Shareholder of 10% or more of Defendant DISH Network Corporation |
| Charles W. Ergen | Shareholder of 10% or more of Defendant DISH Network Corporation |
| Cantey M. Ergen | Shareholder of 10% or more of Defendant DISH Network Corporation |
| DISH DBS Corporation | Parent of Defendant DISH Network L.L.C. and Dish Network Service L.L.C. |

Dated: March 28, 2023

**PERKINS COIE LLP**

By: */s/ Amanda Tessar*
      Amanda Tessar

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**