| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Jason Lo (State Bar No. 219030)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br><br>ATTORNEY(S) FOR: Defendant DIRECTV, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>Plaintiff(s),<br>v.<br>DIRECTV, LLC & AT&T SERVICES, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-CV-07775<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _DIRECTV, LLC_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The following persons, firms, partnerships, and corporations may have a pecuniary interest in the outcome of the case:<br><br>DIRECTV, LLC, a wholly owned subsidiary of DIRECTV Holdings LLC.<br>DIRECTV Holdings LLC, a wholly owned subsidiary of DIRECTV Financing, LLC.<br>DIRECTV Financing, LLC, a wholly owned subsidiary of DIRECTV Financing Holdco, LLC.<br>DIRECTV Financing Holdco, LLC, a wholly owned subsidiary of DIRECTV Entertainment Holdings LLC.<br>DIRECTV Entertainment Holdings LLC is jointly owned by AT&T Inc. and TPG VIII Merlin Investment Holdings, L.P. | AT&T Inc. is a publicly traded company on the New York Stock Exchange. To the best of DIRECTV, LLC's knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc.<br><br>TPG VIII Merlin Investment Holdings, L.P. is a privately held limited partnership. |

March 30, 2023                    /s/ Jason Lo
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

DIRECTV, LLC