Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF ADAM HESTER IN SUPPORT OF DISH'S REPLY IN SUPPORT OF MOTION TO STAY CASE PENDING INTER PARTES REVIEW** |

|   |   |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Civil Action No. 2:22-cv-07959-JWH-JEM <br><br> Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Adam Hester, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of California.

3. I make this Declaration based on my personal knowledge and in support of DISH's Reply in Support of Motion to Stay Pending *Inter Partes* Review.

4. On January 20 and March 3, 2023, DISH timely served its respective objections and responses to Entropic's First and Second Sets of Requests for Production to DISH.

5. On January 20, 2023, DISH made a production of forty-two documents spanning 3133 pages. DISH has made additional productions since as Entropic describes in its Opposition.

6. DISH is in the process of providing contractually required notifications to third parties regarding source code Entropic has asked to review.

7. Since this case was transferred from the Eastern District of Texas to the Central District of California on October 27, 2022, DISH has received productions from Entropic on January 12, 2023 (one document), January 20 (nineteen documents), January 26 (four documents), and March 16 (four documents). On January 27, DISH received from Entropic copies of invalidity contentions served by the DirecTV Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 31st day of March, 2023 at Madison, Wisconsin.

*/s/ Adam Hester*
Adam Hester