1 | Christina N. Goodrich (SBN 261722)
2 | christina.goodrich@klgates.com
  | K&L Gates LLP
3 | 10100 Santa Monica Boulevard
  | Eighth Floor
4 | Los Angeles, California  90067
  | Telephone: +1 310 552 5000
5 | Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case)<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DISH'S MOTION FOR LEAVE TO AMEND**<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg)<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-07959 (Member Case) |

Entropic does not oppose DISH's proposed amendments to its Answer based on DISH's representations it will (1) file revised counterclaims limited to the asserted claims in this case, and (2) not file further papers in this Court challenging venue.

Respectfully submitted,

Dated: March 31, 2023

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel
(admitted *pro hac vice*)
George Summerfield
(*pro hac vice* application pending)
Katherine L. Allor
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO STAY**

1  
2  (206) 623-7580  
(206) 370-6006 (fax)  
3  nicholas.lenning@klgates.com  

4  Darlene F. Ghavimi (admitted *pro hac vice*)  
5  Matthew Blair (admitted *pro hac vice*)  
**K&L GATES LLP**  
6  2801 Via Fortuna, Suite #650  
Austin, TX 78746  
7  (512) 482-6919  
8  (512) 482-6859  
Darlene.ghavimi@klgates.com  
9  Matthew.blair@klgates.com  

10  
11  **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**  
12  

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

3  
**PLAINTIFF'S NOTICE OF NN-OPPOSITION TO MOTION TO STAY**