Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISH DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | Civil Action No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

I, Trevor Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH Defendants' Supplemental Memorandum of Law Pursuant to Local Rule 37-2.3 in Support of DISH Defendants' Motion for Protective Order.

4. On March 16, 2023, DISH produced almost 100 documents to Entropic, including licenses, marketing materials, and project status reviews.

5. On March 29, 2023, DISH additionally produced another technical document that Entropic had specifically requested.

6. DISH is currently collecting relevant financial data for production in this case.

7. DISH has collected source code for its set top-boxes and is currently in the process of preparing the source code for Entropic's review, which includes

-2-

notifying third parties whose confidential information is implicated in the collected source code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 4th day of April, 2023 at Denver, Colorado.

                                      */s/ Trevor Bervik*
                                      Trevor Bervik