Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>**DISH'S REPLY TO NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND DISH'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Motion Hearing:<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

-1-

On March 31, 2023, Entropic filed a Notice of Non-Opposition noting that "Entropic does not oppose DISH's proposed amendments to its Answer based on DISH's representations it will (1) file revised counterclaims limited to the asserted claims in this case, and (2) not file further papers in this Court challenging venue."

Attached to this Reply is a revised version of Dish's Proposed Amended Answer, Affirmative Defenses, and Counterclaims. Per discussions between the parties, this revised version clarifies paragraphs 18, 25, 33, 36, 42, 45, 51, 54, 60, and the Prayer for Relief to explicitly limit the scope of the counterclaims to the asserted claims. This revised version was provided to counsel for Entropic who confirmed that it addresses limiting the revised counterclaims to the asserted claims in this case.

Also attached is a revised proposed order granting leave to file the revised version of Dish's Proposed Amended Answer, Affirmative Defenses, and Counterclaims.

Dated: April 5, 2023

**PERKINS COIE LLP**

By: /s/ *Daniel Keese*

    Matthew C. Bernstein, Bar No. 199240
    MBernstein@perkinscoie.com
    PERKINS COIE LLP
    11452 El Camino Real, Ste 300
    San Diego, California 92130-2080
    Telephone: +1.858.720.5700
    Facsimile: +1.858.720.5799

    Amanda Tessar (admitted pro hac vice)
    ATessar@perkinscoie.com
    Trevor Bervik (admitted pro hac vice)
    TBervik@perkinscoie.com
    PERKINS COIE LLP
    1900 Sixteenth Street, Suite 140
    Denver, Colorado 80202-5255
    Telephone: +1.303.291.2300
    Facsimile: +1.303.291.2400

    Daniel T Keese, Bar No. 280683
    DKeese@perkinscoie.com
    PERKINS COIE LLP
    1120 NW Couch Street 10th Floor
    Portland, OR 97209-4128
    Telephone: +1.503.727.2000
    Fax: +1.503.727.2222

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**