UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JEM<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND DISH'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Motion Hearing:<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

      The Court having considered Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C.'s (collectively "DISH's"), Motion for Leave to Amend ("Motion"), Entropic Communications LLC's Notice of Non-Opposition ("Notice"), and DISH's Reply to Entropic's Notice ("Reply"), and being advised of the issues therein, it is hereby ORDERED that DISH's Motion is GRANTED. DISH shall file the revised version of the proposed First Amended Answer, Affirmative Defenses and Counterclaims provided with DISH's Reply within 7 days of the date of this Order.

      Accordingly, and for good cause shown, the Court GRANTS DISH's Motion to Amend.

**IT IS SO ORDERED.**

Dated _____, 2023

                                                        _____
                                                         Hon. John W. Holcomb
                                                        United States District Judge