# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC,,<br><br>  Defendants. | No. 2:22-cv-07775-JWH-JEM |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK, LLC, and<br>DISH NETWORK SERVICE LLC,<br><br>  Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>**ORDER REGARDING MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS [ECF Nos. 199, 208, & 211]** |

Before the Court is the motion of Defendants DISH Network Corporation, DISH Network LLC, and Dish Network Services LLC (collectively, "DISH") for leave to amend their answer, affirmative defenses, and counterclaims.[1]  The Court finds this matter appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

After considering the papers filed in support and the non-opposition of Plaintiff Entropic Communications, LLC,[2] and for good cause shown, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED**.
2. DISH shall file the proposed First Amended Answer, Affirmative Defenses, and Counterclaims no later than April 18, 2023.

**IT IS SO ORDERED.**

Dated: April 10, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Motion for Leave to Amend Answer (the "Motion") [ECF No. 199].
[2] The Court considered the following papers:  (1) Motion; (2) Pl.'s Non-Opposition to the Motion [ECF No. 208]; and (3) Def.'s Reply in Supp. of the Motion [ECF No. 211].