UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-07775-JWH (JEMx) | Date | April 13, 2023 |
|---|---|---|---|
| Title | Entropic Communications, LLC v. DirecTV and AT&T Services, Inc. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**  **(IN CHAMBERS) ORDER RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Docket No. 192)**

On March 17, 2023, Defendants DISH Network Corporation, DISH Network L.L.C. and DISH Network Service L.L.C. (collectively "DISH") filed a Motion For Protective Order ("Motion") seeking to quash several deposition notices issued by Plaintiff Entropic Communications, LLC ("Entropic") for March 20 to April 12, 2023. (Dkt. 192.)  DISH also seeks an order limiting the Markman depositions.  (Id. at 4:2-3.) On April 4, 2023, DISH filed a Supplemental Memorandum of Law.  (Dkt. 210.) Entropic did not file a Supplemental Memorandum.  A hearing on the Motion is scheduled for April 18, 2023.  (Dkt. 192.)

The Motion is potentially impacted by three related developments or considerations.  First, DISH filed a Request for Clarification Regarding the District Court's Scheduling Order on March 8, 2023.  (Dkt. 184.)  The Request asks the District Court to clarify its Scheduling Order (Dkt. 176) to indicate that no depositions will be taken until after the Markman hearing in July and after document productions are complete, save for expert witnesses who provide a declaration in support of a Markman brief.  (Dkt. 184 at 4.)  Entropic filed a Reply Response on March 9, 2023, arguing that the District Court already ruled that discovery is open.  (Dkt. 185.)  DISH filed a Reply on March 10, 2023.  (Dkt. 186.)

Second, the District Court has taken under submission DISH's Motion to Stay Proceedings to allow the Patent and Trial Appeal Board to consider DISH's validity challenges to all asserted patents.  (Dkt. 212.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-07775-JWH (JEMx) | Date | April 13, 2023 |
|---|---|---|---|
| Title | Entropic Communications, LLC v. DirecTV and AT&T Services, Inc. | | |

    Third, the District Court on April 3, 2023 issued an Order to Show Cause regarding Appointment of Special Master Regarding Discovery Disputes.  (Dkt. 209.) The Court ordered the parties to file a statement either consenting to the appointment of a Special Master for discovery purposes or showing cause why a Special Master should not be appointed, no later than April 14, 2023.  (Id.)  A hearing on the OSC was set for April 21, 2023.  (Id.)

    It appears to the Court that the Motion as filed is moot.  Entropic noticed seven 30(b)(1) depositions and a 30(b)(6) deposition with 105 topics to take place from March 20, 2023 to April 12, 2023.  (Bervick Declaration, Exs. B-I.)  Presumably, these depositions did not go forward.  Entropic has indicated that it is not seeking sanctions.  (Dkt. 192 at 14:12-19.)  Thus, the hearing on the Motion now scheduled for April 18, 2023 is hereby vacated.

    The parties are ORDERED to meet and confer after the District Court's April 21, 2023 OSC hearing and submit a Joint Status Report no later than **April 28, 2023** on whether Entropic may move forward with its depositions.

|  | : |
|---|---|
| Initials of Deputy Clerk | slo |