| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | Christina.goodrich@klgates.com |
|   | K&L Gates LLP |
| 3 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 4 | Los Angeles, CA  90067 |
|   | Telephone: +1 310 552 5000 |
| 5 | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 8 | [Additional Counsel Listed on Page 2] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg)<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |

---

**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**

1  JASON C. LO, SBN 219030
      jlo@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
3  333 South Grand Avenue, Suite 5400
   Los Angeles, CA  90071-3197
4  Telephone:  213.229.7000
   Facsimile:   213.229.7520
5

6  Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.

7  Matthew C. Bernstein, Bar No. 199240
   MBernstein@perkinscoie.com
8  PERKINS COIE LLP
   11452 El Camino Real, Ste 300
9  San Diego, California 92130-2080
   Telephone:  +1.858.720.5700
10 Facsimile:   +1.858.720.5799

11
   Attorneys for DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and
12 DISH NETWORK SERVICE L.L.C.,

13 [*Additional counsel listed on signature page*]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"), and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") hereby submit the following Joint Statement of the Parties in Response to the Court's Order to Show Cause Regarding Appointment of a Special Master.

**ENTROPIC'S POSITION**

Plaintiff consents to the appointment of a special master in this matter for discovery purposes and agrees that the appointment of a special master will promote the expeditious resolution of the Parties' discovery disputes. For the Court's consideration, Plaintiff proposes David Keyzer as an exemplary candidate for appointment as a special master.

**DISH'S POSITION**

DISH consents to the appointment of a special master in this matter for discovery purposes in order to promote the expeditious resolution of any discovery dispute that may arise. DISH will be prepared to discuss proposals for a special master at the April 21, 2023 hearing.

**DIRECTV'S POSITION**

DIRECTV consents to the appointment of a special master in this matter for discovery purposes. DIRECTV welcomes guidance from the Court on procedures for the selection and appointment of a special master. At this time, to the extent helpful to the Court, DIRECTV identifies Hon. Suzanne H. Segal (Ret.) and Hon. Elizabeth Laporte (Ret.) as potential candidates for special master. DIRECTV is also willing to consider the individuals identified by the other parties as potential candidates for appointment, but DIRECTV has not yet had sufficient opportunity to consider candidates suggested by other parties.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | | | |
|---|---|---|---|
| Dated: April 14, 2023 | | By: | /s/ *Christina N. Goodrich* |

                                                           Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
Email: christina.goodrich@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

3

**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**

|   |   |   |
|---|---|---|
| 1 |   | **ATTORNEYS FOR PLAINTIFF** |
| 2 |   | **ENTROPIC COMMUNICATIONS, LLC** |
| 3 |   |   |
| 4 | Dated:  April 14, 2023 | GIBSON, DUNN & CRUTCHER LLP |

Dated:  April 14, 2023    GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Jason C. Lo*
      Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
   bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
   ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
   ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.

|  |  |
|---|---|
| Dated:  April 14, 2023 | **PERKINS COIE LLP** |
|  | By: */s/ Amanda Tessar*<br>     Amanda Tessar |
|  | Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799 |
|  | Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
|  | Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 |
|  | **ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |

**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**