| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com<br>K&L Gates LLP |
| 3 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 4 | Los Angeles, California  90067<br>Telephone: +1 310 552 5000 |
| 5 | Facsimile: +1 310 552 5001 |

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM<br>(Lead Case)<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK L.L.C., and<br>DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-07959<br>(Member Case) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Entropic Communications LLC ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.[1]

| | |
|---|---|
| Entropic Communications LLC | Plaintiff; wholly owned subsidiary of Entropic Holdings LLC. |
| Entropic Holdings LLC | Entropic Holdings LLC is a privately held limited liability company with an interest in the outcome of the action. |
| FIG LLC (d/b/a Fortress Investment Group) | FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC, and may have an interest in the outcome of the action. |
| MaxLinear, Inc. | MaxLinear, Inc. is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |
| MaxLinear Communications LLC | MaxLinear Communications LLC is the prior assignee of one or more of the |

---

[1] These representations are being made solely for purposes of recusal or disqualification and are not a waiver of any applicable privilege or protection.

patents in suit, and has an interest in the outcome of the action.

Respectfully submitted,

Dated:  April 17, 2023

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel
(admitted *pro hac vice*)
George Summerfield
(*pro hac vice* application pending)
Katherine L. Allor
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)

| | |
|---|---|
| 1 | nicholas.lenning@klgates.com |
| 2 | |
| 3 | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 4 | Matthew Blair (admitted *pro hac vice*) |
|   | **K&L GATES LLP** |
| 5 | 2801 Via Fortuna, Suite #650 |
| 6 | Austin, TX 78746 |
|   | (512) 482-6919 |
| 7 | (512) 482-6859 |
| 8 | Darlene.ghavimi@klgates.com |
|   | Matthew.blair@klgates.com |
| 9 | |
| 10 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

4
**PLAINTIFF'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**