# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> DIRECTV, LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:22–cv–07775–JWH–JEM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/17/2023__

Document No.:   __217__

Title of Document:   __DISH NETWORKS FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS__

**ERROR(S) WITH DOCUMENT:**

Counterclaim was not selected during the entry of the Amended Answer as noted on page 17. Please file the appropriate Counterclaim.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 17, 2023__        By:  __/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov__
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**