Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>**JOINT STATUS REPORT BY ENTROPIC AND DISH IN COMPLIANCE WITH DOCKET 215 (JUDGE MCDERMOTT)** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG) |

-1-

On April 13, 2023, this Court found DISH's Motion to Protective Order moot. (Dkt. 215, "Order.") The Court ordered Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") to "meet and confer after the District Court's April 21, 2023 OSC hearing and submit a Joint Status Report no later than April 28, 2023 on whether Entropic may move forward with its depositions." Dkt. 215 at 2. Entropic and DISH submit this Joint Status Report in compliance with the Order.

Since the date of the Order, the parties have attended the hearing with Judge Holcomb on April 21, 2023. Additionally, they agreed to the appointment of a special master (David Keyzer) and are working together to have him check conflicts, at which point they anticipate prepare an order appointing him as special master, consistent with the guidance provided by the Court at Docket #223.

**DISH's Position**

Meanwhile, DISH has agreed to begin depositions and has so far offered dates for two of the noticed witnesses on May 26th and June 8th, with plans to continue offering dates for additional witnesses, particularly as document productions are completed for particular areas of knowledge for the various witnesses. DISH additionally plans to identify 30(b)(6) topics that the June 8th witness will cover once negotiations regarding objections to relevant topics are resolved.

**Entropic's Position**

DISH has not yet provided dates for the remaining deponents or any 30(b)(6) designees. It is Entropic's understanding that DISH has agreed all depositions may move forward, subject to DISH first finishing its production of documents relevant to each deposition. Entropic is hopeful it will receive those documents and the corresponding deposition dates promptly. To the extent it does not, Entropic

understands this issue will be submitted to a Special Master, pursuant to the Court's Order and the parties' agreement to the appointment of a Special Master.

Dated:  April 28, 2023

By: /s/ *Amanda Tessar*

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

By:   */s/ James A. Shimota*
James Shimota (admitted pro hac vice)
Jason Engel (admitted pro hac vice)
George Summerfield (pro hac vice application pending)
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
K&L GATES LLP
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
Email: christina.goodrich@klgates.com
connor.meggs@klgates.com

Nicholas F. Lenning
(admitted pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Darlene F. Ghavimi
(admitted pro hac vice)
Matthew Blair
(admitted pro hac vice)
K&L GATES LLP
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**