Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff Entropic Communications, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG)<br><br>JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG)<br><br>JURY TRIAL DEMANDED<br><br>**PLAINTIFF'S ANSWER TO DISH NETWORK'S COUNTERCLAIMS** |

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby provides this Answer to the Counterclaims filed by Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (the "Counterclaims" filed by "Counterclaimants"). The paragraph numbers of Entropic's responses set forth below correspond to the paragraph numbering of the Counterclaims. Entropic's investigation and discovery regarding the facts alleged in the Counterclaims are ongoing, and Entropic reserves the right to amend or supplement this Answer as may be necessary.

## COUNTERCLAIMS

1. The allegations set forth in Paragraph 1 of the Counterclaims are boilerplate allegations that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 1 of the Counterclaims.

2. Paragraph 2 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 2 of the Counterclaims are true.

3. Paragraph 3 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 3 of the Counterclaims are true.

4. Paragraph 4 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 4 of the Counterclaims are true.

5. Paragraph 5 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 5 of the Counterclaims are true.

6. The allegations set forth in Paragraph 6 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic admits that the paragraphs following Paragraph 6 of the Counterclaims contain allegations in counterclaims asserted by Counterclaimants against Entropic.

7. The allegations set forth in Paragraph 7 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 7 of the Counterclaims. Entropic denies that there is a case or controversy between Entropic and Counterclaimants regarding those patent claims not asserted against Counterclaimants or regarding products not accused of infringement. Therefore, this Court does not have subject matter jurisdiction under the Declaratory Judgment Act regarding those patent claims.

8. Entropic admits the allegations of Paragraph 8 of the Counterclaims.

9. Entropic admits the allegation in Paragraph 9 of the Counterclaims that venue in this District over the Counterclaims is proper. Entropic denies the remainder of the allegations in Paragraph 9 of the Counterclaims and notes that in transferring this action from the Eastern District of Texas to the Central District of California, the district court of the Eastern District of Texas has already concluded that venue in the Central District of California is proper for the adjudication of Entropic's infringement claims against Counterclaimants. As a result, there is nothing for Counterclaimants to deny as it relates to the propriety of venue in this District of Entropic's infringement claims.

**FIRST CLAIM FOR RELIEF**

**Noninfringement of '576 Patent**

10. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

11. Entropic admits the allegations of Paragraph 11 of the Counterclaims solely with respect to the claims asserted against Counterclaimants in this Action and

the products Entropic contends infringe those claims. Entropic denies that there is an actual, justiciable, substantial, and immediate controversy between Entropic and Counterclaimants as it relates to patent claims not asserted against Counterclaimants in this Action and products Entropic does not contend infringe the ’576 Patent.

12. Entropic admits the allegations of Paragraph 12 of the Counterclaims.

13. Entropic denies the allegations of Paragraph 13 of the Counterclaims.

14. Entropic denies the allegations of Paragraph 14 of the Counterclaims.

15. Entropic denies the allegations of Paragraph 15 of the Counterclaims.

16. Entropic denies the allegations of Paragraph 16 of the Counterclaims.

17. Entropic denies the allegations of Paragraph 17 of the Counterclaims.

18. Entropic denies the allegations of Paragraph 18 of the Counterclaims.

## SECOND CLAIM FOR RELIEF

### Noninfringement of ’715 Patent

19. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

20. Entropic admits the allegations of Paragraph 20 of the Counterclaims solely with respect to the claims asserted against Counterclaimants in this Action and the products Entropic contends infringe those claims. Entropic denies that there is an actual, justiciable, substantial, and immediate controversy between Entropic and Counterclaimants as it relates to patent claims not asserted against Counterclaimants in this Action and products Entropic does not contend infringe the ’715 Patent.

21. Entropic admits the allegations of Paragraph 21 of the Counterclaims.

22. Entropic denies the allegations of Paragraph 22 of the Counterclaims.

23. Entropic denies the allegations of Paragraph 23 of the Counterclaims.

24. Entropic denies the allegations of Paragraph 24 of the Counterclaims.

25. Entropic denies the allegations of Paragraph 25 of the Counterclaims.

**THIRD CLAIM FOR RELIEF**

**Noninfringement of ’008 Patent**

26. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

27. Entropic admits the allegations of Paragraph 27 of the Counterclaims solely with respect to the claims asserted against Counterclaimants in this Action and the products Entropic contends infringe those claims. Entropic denies that there is an actual, justiciable, substantial, and immediate controversy between Entropic and Counterclaimants as it relates to patent claims not asserted against Counterclaimants in this Action and products Entropic does not contend infringe the ’008 Patent.

28. Entropic admits the allegations of Paragraph 28 of the Counterclaims.

29. Entropic denies the allegations of Paragraph 29 of the Counterclaims.

30. Entropic denies the allegations of Paragraph 30 of the Counterclaims.

31. Entropic denies the allegations of Paragraph 31 of the Counterclaims.

32. Entropic denies the allegations of Paragraph 32 of the Counterclaims.

33. Entropic denies the allegations of Paragraph 33 of the Counterclaims.

**FOURTH CLAIM FOR RELIEF**

**Invalidity of ’576 Patent**

34. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

35. Entropic admits the allegations of Paragraph 35 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 35 of the Counterclaims.

36. The allegations set forth in Paragraph 36 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 36 of the Counterclaims.

37. The allegations set forth in Paragraph 37 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 37 of the Counterclaims.

38. The allegations set forth in Paragraph 38 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 38 of the Counterclaims.

39. The allegations set forth in Paragraph 39 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 39 of the Counterclaims.

40. The allegations set forth in Paragraph 40 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 40 of the Counterclaims.

41. The allegations set forth in Paragraph 41 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 41 of the Counterclaims.

42. Entropic denies the allegations of Paragraph 42 of the Counterclaims.

## FIFTH CLAIM FOR RELIEF

### Invalidity of ’715 Patent

43. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

44. Entropic admits the allegations of Paragraph 44 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 44 of the Counterclaims.

45. The allegations set forth in Paragraph 45 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 45 of the Counterclaims.

46. The allegations set forth in Paragraph 46 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 46 of the Counterclaims.

47. The allegations set forth in Paragraph 47 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 47 of the Counterclaims.

48. The allegations set forth in Paragraph 48 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 48 of the Counterclaims.

49. The allegations set forth in Paragraph 49 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 49 of the Counterclaims.

50. The allegations set forth in Paragraph 50 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 50 of the Counterclaims.

51. Entropic denies the allegations of Paragraph 51 of the Counterclaims.

**SIXTH CLAIM FOR RELIEF**

**Invalidity of '008 Patent**

52. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

53. Entropic admits the allegations of Paragraph 53 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 53 of the Counterclaims.

54. The allegations set forth in Paragraph 54 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 54 of the Counterclaims.

55. The allegations set forth in Paragraph 55 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 55 of the Counterclaims.

56. The allegations set forth in Paragraph 56 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 56 of the Counterclaims.

57. The allegations set forth in Paragraph 57 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 57 of the Counterclaims.

58. The allegations set forth in Paragraph 58 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 58 of the Counterclaims.

59. The allegations set forth in Paragraph 59 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 59 of the Counterclaims.

60. Entropic denies the allegations of Paragraph 60 of the Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Entropic denies that Defendants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

i) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

ii) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

iii) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

iv) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its

entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

v) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

vi) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

Dated: May 1, 2023

Respectfully Submitted,

By: <u>*/s/ Peter Soskin*</u>
Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Darlene F. Ghavimi
(admitted *pro hac vice*)
Matthew Blair
(admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on May 1, 2023 to all counsel of record via the Court's CM/ECF filing system.

*/s/ Peter Soskin*
Peter Soskin