| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | Christina.goodrich@klgates.com |
|   | K&L Gates LLP |
| 3 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 4 | Los Angeles, CA  90067 |
|   | Telephone: +1 310 552 5000 |
| 5 | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | **ATTORNEYS FOR PLAINTIFF** |
|   | **ENTROPIC COMMUNICATIONS, LLC** |
| 8 | [Additional Counsel Listed on Page 2] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>    Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |

**JOINT STIPULATION TO REQUEST LEAVE TO
FILE BRIEFS IN EXCESS OF 30 PAGES**

JASON C. LO, SBN 219030
  jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Attorneys for DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,

[*Additional counsel listed on signature page*]

| | |
|---|---|
| 1 | Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"), and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation Regarding Page Limits for Opening and Responsive Claim Construction Briefs. |

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"), and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation Regarding Page Limits for Opening and Responsive Claim Construction Briefs.

**WHEREAS,** the Parties, following meet-and-confer efforts, have agreed that Defendants will submit a single brief in order to reduce duplicative briefing and burden on the Court;

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order permitting each side to file an opening and responsive claim construction briefs of no more than 45 pages in length for each brief.

<u>**SIGNATURE CERTIFICATION**</u>

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

**JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS**

| | | | |
|---|---|---|---|
| 1 | Dated: May 3, 2023 | By: | */s/ Christina N. Goodrich* |
| 2 | | | Christina N. Goodrich (SBN 261722) |
| | | | **K&L GATES LLP** |
| 3 | | | 10100 Santa Monica Blvd., 8th Fl. |
| 4 | | | Los Angeles, CA 90067 |
| | | | Tel: (310) 552-5547 |
| 5 | | | Fax: (310) 552-5001 |
| 6 | | | Email: christina.goodrich@klgates.com |

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

2

**JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS**

|     |                                      |
| --- | ------------------------------------ |
| 1   |                    **ATTORNEYS FOR PLAINTIFF** |
| 2   |                    **ENTROPIC COMMUNICATIONS, LLC** |
| 3   | Dated: May 3, 2023    GIBSON, DUNN & CRUTCHER LLP |
| 4   |                                      |
| 5   |                    By:  /s/ *Jason C. Lo* |
| 6   |                         Jason C. Lo  |
| 7   |                    GIBSON, DUNN & CRUTCHER LLP |
|     |                    333 South Grand Avenue, Suite 5400 |
| 8   |                    Los Angeles, CA  90071-3197 |
|     |                    Telephone:  213.229.7000 |
| 9   |                    Facsimile:   213.229.7520 |
| 10  |                    jlo@gibsondunn.com |
| 11  |                    BENJAMIN HERSHKOWITZ (admitted *pro hac vice*) |
| 12  |                    bhershkowitz@gibsondunn.com |
|     |                    KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*) |
| 13  |                    kdominguez@gibsondunn.com |
| 14  |                    GIBSON, DUNN & CRUTCHER LLP |
| 15  |                    200 Park Avenue  |
|     |                    New York, NY 10166-0193 |
| 16  |                    Telephone:  212.351.4000 |
| 17  |                    Facsimile:   212.351.4035 |
| 18  |                    BRIAN BUROKER (admitted *pro hac vice*) |
|     |                        bburoker@gibsondunn.com |
| 19  |                    GIBSON, DUNN & CRUTCHER LLP |
| 20  |                    1050 Connecticut Ave., N.W. |
|     |                    Washington, D.C. 20036 |
| 21  |                    Telephone:  202.955.8500 |
| 22  |                    NATHAN R. CURTIS (admitted *pro hac vice*) |
|     |                        ncurtis@gibsondunn.com |
| 23  |                    AUDREY YANG (admitted *pro hac vice*) |
| 24  |                        ayang@gibsondunn.com |
|     |                    GIBSON, DUNN & CRUTCHER LLP |
| 25  |                    2001 Ross Ave., Suite 2100 |
|     |                    Dallas, TX 75201 |
| 26  |                    Telephone:  214.698.3100 |
| 27  |                    Facsimile:  214.571.2900 |
| 28  |                    Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc. |

**JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS**

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: May 3, 2023 | **PERKINS COIE LLP** |
| 4 | | |
| 5 | | By: */s/ Amanda Tessar* |
| 6 | |    Amanda Tessar |

Dated:  May 3, 2023            **PERKINS COIE LLP**

By: */s/ Amanda Tessar*
   Amanda Tessar

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**