UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>　　　　　　Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>　　　　　　Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |

**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

The Court, having read the Parties' Joint Stipulation Regarding Page Limits for Opening and Responsive Claim Construction Briefing, and good cause appearing:

**IT IS HEREBY ORDERED** that each side may file an opening and responsive claim construction brief of no more than 45 pages for each brief.

Dated: _____

                                          Honorable John W. Holcomb
                                          United States District Court Judge

**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**