UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>                Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>                Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM<br>(Member Case) |

1    The Court, having read the Parties' Joint Stipulation Regarding Page Limits for
2    Opening and Responsive Claim Construction Briefing, and good cause appearing, it is
3    hereby **ORDERED** that each side may file an opening and responsive claim
4    construction brief of no more than 45 pages for each brief.
5        **IT IS SO ORDERED.**

7    Dated: May 8, 2023

                                                                Honorable John W. Holcomb
                                                                United States District Judge