1  Matthew C. Bernstein, Bar No. 199240
2  MBernstein@perkinscoie.com
   PERKINS COIE LLP
3  11452 El Camino Real, Ste 300
   San Diego, California 92130-2080
4  Telephone: +1.858.720.5700
   Facsimile:  +1.858.720.5799
5
   Amanda Tessar (admitted *pro hac vice*)
6  ATessar@perkinscoie.com
   PERKINS COIE LLP
7  1900 Sixteenth Street, Suite 1400
   Denver, Colorado 80202-5255
8  Telephone: +1.303.291.2357
9  Facsimile:  +1.303.291.2457

10  *Additional Counsel Listed in Signature Block*

11  **ATTORNEYS FOR DEFENDANTS DISH NETWORK
    CORPORATION, DISH NETWORK L.L.C., AND
12  DISH NETWORK SERVICE L.L.C.**

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07775-JWH-JEM |
| 16  | |
| 17  Plaintiff, | |
|     v. | |
| 18  DIRECTV, LLC and | |
| 19  AT&T SERVICES, INC., | |
| 20  Defendants. | |
| 21  ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07959-JWH-JEM |
| 22  | **DISH'S NOTICE OF MOTION TO COMPEL ENTROPIC'S COMPLIANCE WITH LOCAL RULE 7.1-1** |
| 23  Plaintiff, | |
|     v. | |
| 24  DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | Motion Hearing: |
| 25  | Date: June 9, 2023 |
| 26  Defendants. | Time: 9:00 a.m. PT |
| 27  | Crtm: 9D (Ronald Reagan Bldg) |
| 28  | |

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that, on June 9, 2023 at 9:00 a.m. PT, or as soon thereafter as this matter may be heard, in the courtroom of the Honorable John W. Holcomb, located in the Ronald Regan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, California 92701-4516, Courtroom 9D, 9th Floor, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") will and hereby do move for this Court to compel Plaintiff Entropic Communications, LLC ("Entropic") to comply with all requirements of Local Rule 7.1-1.

DISH respectfully requests that the Court compel Entropic to comply with Local Rule 7.1-1, including the requirement that Entropic must "list all persons, associations of persons, firms, partnerships, and corporations … that may have a pecuniary interest in the outcome of the case." Compelling Entropic to comply with Local Rule 7.1-1 is necessary as, without this information, the Court is unable to fully evaluate whether disqualification or recusal is warranted, to evaluate potential jurors, or to understand who the plaintiff in this case is. Court action is also necessary in order to preserve the public's trust in the courts.

This motion is based on the accompanying Memorandum of Points and Authorities, the Declaration of Trevor Bervik ("Bervik Decl.") and the exhibits thereto, the proposed order submitted herewith, all papers and pleadings on file in this action, such other evidence and argument as may be presented at or before any hearing on this motion, and all matters of which the Court may take judicial notice.

## CONCISE STATEMENT OF RELIEF

DISH requests that the Court issue an order compelling Entropic to file an updated Notice of Interested Parties statement that is fully compliant with all requirements of Local Rule 7.1-1.

Dated: May 12, 2023

**PERKINS COIE LLP**

By: */s/ Amanda Tessar*
   Amanda Tessar

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

### CERTIFICATE OF CONFERENCE

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on the 4th day of May 2023. The undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion and was advised that Entropic opposes this Motion.

>                     */s/ Amanda Tessar*
>                     Amanda Tessar