|   |   |
|---|---|
| 1 | Matthew C. Bernstein, Bar No. 199240 |
|   | MBernstein@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 11452 El Camino Real, Ste 300 |
| 3 | San Diego, California 92130-2080 |
|   | Telephone: +1.858.720.5700 |
| 4 | Facsimile: +1.858.720.5799 |
| 5 | Amanda Tessar (admitted pro hac vice) |
|   | ATessar@perkinscoie.com |
| 6 | Trevor Bervik (admitted pro hac vice) |
|   | TBervik@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 1900 Sixteenth Street, Suite 140 |
| 8 | Denver, Colorado 80202-5255 |
|   | Telephone: +1.303.291.2300 |
| 9 | Facsimile: +1.303.291.2400 |
| 10 | Daniel T Keese, Bar No. 280683 |
|   | DKeese@perkinscoie.com |
| 11 | PERKINS COIE LLP |
|   | 1120 NW Couch Street 10th Floor |
| 12 | Portland, OR 97209-4128 |
|   | Telephone: +1.503.727.2000 |
| 13 | Fax: +1.503.727.2222 |

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
|---|---|
| Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| v. | |
| DIRECTV, LLC and AT&T SERVICES, INC., | **DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH'S MOTION TO COMPEL ENTROPIC'S COMPLIANCE WITH LOCAL RULE 7.1-1** |
| Defendants. | |

|   |   |   |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | | Civil Action No. 2:22-cv-07959-JWH-JEM |
| Plaintiff, | | Case Transferred from E.D. Texas (2:22-cv-76-JRG) |
| v. | | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C., | | |
| Defendants. | | |

I, Trevor Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH's Motion to Compel Entropic's Compliance with Local Rule 7.1-1.

4. Attached as Exhibit A is a true and correct copy of a March 28, 2023 email sent from me, Trevor Bervik, to counsel for Entropic at the law firm K&L Gates, including attorneys Nicholas F. Lenning and Jim A. Shimota, as well as K&L Gates's distribution list for this case.

5. Attached as Exhibit B is a true and correct copy of Judge Connolly's Memorandum Order dated August 1, 2022. I obtained this publicly available document from Docket Number 975 in the case *VLSI Technology LLC v. Intel Corporation* in the District of Delaware (Case No. 1:18-cv-966).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 12th day of May, 2023 at Denver, Colorado.

                                */s/ Trevor Bervik*
                                Trevor Bervik