# EXHIBIT A

| | |
|---|---|
| **From:** | Bervik, Trevor (DEN) |
| **To:** | Lenning, Nicholas F.; Shimota, Jim A.; EntropicKLG |
| **Cc:** | *Entropic-DISH |
| **Subject:** | Entropic v. DISH - Notice Under Local Rule 7.1-1 |
| **Date:** | Tuesday, March 28, 2023 3:53:20 PM |

Nick,

Earlier today, DISH filed its Notice of Interested Parties with the Court in compliance with Local Rule 7.1-1, which requires litigants to identify "all persons, associations of persons, firms, partnerships, and corporations (including parent corporations, clearly identified as such) that may have a pecuniary interest in the outcome of the case …." As is clear from the language of the rule, compliance requires information beyond what is required under Federal Rule 7.1 and beyond what is required by the Eastern District of Texas local rules.

Entropic's previously filed Notice of Interested Parties does not identify any "persons, associations of persons, firms, [and] partnerships … that may have a pecuniary interest in the outcome of the case" despite L.R. 7.1-1's requirements. We ask that Entropic update its L.R. 7.1-1 statement within the next seven days to bring it in full compliance with Central District of California requirements, including specifically the requirement that all persons and entities with a pecuniary interest in the outcome of this case be identified.

Regards,

Trevor

**Trevor Bervik | Perkins Coie LLP**
ASSOCIATE

1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2390
F. +1.303.291.2490
E. TBervik@perkinscoie.com