UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | No. 2:22-cv-07775-JWH-JEM |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | No. 2:22-cv-07959-JWH-JEM <br><br> **[PROPOSED] ORDER ON MOTION TO COMPEL ENTROPIC'S COMPLIANCE WITH LOCAL RULE 7.1-1** <br><br> Motion Hearing: <br><br> Date: June 9, 2023 <br> Time: 9:00 a.m. <br> Crtm: 9D (Ronald Reagan Bldg) |

1  The Court, having considered Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s (collectively "DISH's") Motion to Compel Entropic Communications, LLC's ("Entropic's") Compliance with Local Rule 7.1-1 ("Motion") and being advised of the issues therein, hereby GRANTS DISH's requested relief.  The Court hereby ORDERS that Entropic shall file an updated Notice of Interested Parties statement that complies with the requirements of Local Rule 7.1-1 by identifying all parties that identifies "all persons, associations of persons, firms, partnerships, and corporations … that may have a pecuniary interest in the outcome of the case."  This case is STAYED until Entropic complies with the requirements of Local Rule 7.1-1.

**IT IS SO ORDERED.**

Dated _____, 2023

_____
Hon. John W. Holcomb
United States District Judge