| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| | Christina.goodrich@klgates.com |
| 2 | Connor J. Meggs (SBN 336159) |
| | connor.meggs@klgates.com |
| 3 | K&L Gates LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, CA 90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | [*Additional counsel on signature page*] |
| | **ATTORNEYS FOR PLAINTIFF** |
| 8 | **ENTROPIC COMMUNICATIONS, LLC** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-JEM |
| Plaintiff, | Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| v. | JURY TRIAL DEMANDED |
| DIRECTV, LLC and AT&T SERVICES, INC., | **DECLARATION OF KATHERINE ALLOR IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF** |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

# DECLARATION OF KATHERINE ALLOR

I, Katherine L. Allor, declare:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a Partner with the law of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") in the above-captioned matter. I am submitting this declaration in support of Plaintiff's Opening Claim Construction Brief.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,130,576.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,542,715.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 8,792,008.

5. Attached as Exhibit 4 is a true and correct copy of a printout from https://en.wikipedia.org/wiki/Transponder_(satellite_communications) for Transponder (satellite communications), accessed May 11, 2023.

6. Attached as Exhibit 5 is a true and correct copy of the Rebuttal Expert Declaration of Dr. Robert Akl, D.Sc. Regarding Claim Construction.

7. Attached as Exhibit 6 is a true and correct copy of the Expert Declaration of Dr. Paul G. Steffes Regarding Claim Construction.

8. Attached as Exhibit 7 is a true and correct copy of the transcript of deposition of Dr. Paul G. Steffes, held on April 18, 2023.

9. Attached as Exhibit 8 is a true and correct copy of the 802.11-1997 - IEEE Standard for Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications, available from https://ieeexplore.ieee.org/document/654749/versions

10. Attached as Exhibit 9 is a true and correct copy of the 802.3-2022 - IEEE Standard for Ethernet, available from https://ieeexplore.ieee.org/document/9844436/versions

I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 12th day of May, 2023.

_____
Katherine L. Allor

-3-
**DECLARATION OF KATHERINE ALLOR IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**