# EXHIBIT 5

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-07959 (Member Case)<br><br>**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION** |

1

# **TABLE OF CONTENTS**

2   I.   INTRODUCTION ............................................................. 3

3   II.   BACKGROUND AND QUALIFICATIONS .................................. 4

4   III.   MATERIALS RELIED UPON ............................................... 8

5   IV.   LEVEL OF ORDINARY SKILL IN THE ART ............................... 9

6   V.   LEGAL STANDARDS RELATING TO CLAIM CONSTRUCTION ......... 10

7        A.   Claim Construction Generally ............................................. 11

8        B.   Indefiniteness ........................................................ 12

9   VI.   '576 PATENT DISPUTED CLAIM TERMS ................................. 13

10       A.   Overview of the '576 Patent .............................................. 13

11       B.   Overview of the Prosecution History of the '576 Patent ..................... 18

12       C.   "selected [and extracted] transponder channel[s]" ........................... 18

13  VII.   '008 PATENT DISPUTED CLAIM TERMS ................................. 30

14       A.   Overview of the '008 Patent .............................................. 30

15       B.   Overview of the Prosecution History of the '008 Patent ..................... 35

16       C.   "a source of said received signal" ......................................... 35

17  VIII.   ADDITIONAL REMARKS .................................................. 39

18

19

20

21

22

23

24

25

26

27

28

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

I, Robert Akl, D.Sc. of Dallas, Texas, declare that:

## I.   __INTRODUCTION__

1.      I am over the age of 18 and am competent to make this Rebuttal Declaration ("Declaration"). I have personal knowledge, or have developed knowledge of these technologies based upon education, training, or experience, of the matters set forth herein. If called upon to do so, I would testify competently thereto.

2.      I have been retained by counsel for Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") as an expert witness to provide assistance regarding U.S. Patent No. 7,130,576 (the "'576 Patent") and U.S. Patent No. 8,792,008 (the "'008 Patent"). Specifically, I am submitting this Declaration to address the meaning and construction of certain disputed terms in response to the Expert Declaration of Dr. Paul G. Steffes Regarding Claim Construction. For the purposes of this Declaration, I have not been asked to opine on the meaning of any other disputed terms not addressed below.

3.      In forming my opinions, I understand that the claims should be interpreted as they would be understood by a person of ordinary skill in the art ("POSITA") of the patent at the time its application was filed. I understand that the claims are to be construed with reference to the patent's specification, the claims, the prosecution history, in light of the plain meaning of the terms used in the claims, and with reference to other sources of information, such as dictionaries, textbooks, and literature or other patents in the same or related fields.

4.      My opinions are based on my years of education, research and experience, as well as my investigation and study of relevant materials, including those identified in this Declaration.

5.      I may rely upon these materials, my knowledge and experience, and/or additional materials in forming any necessary opinions. Further, I may also consider additional documents and information to rebut arguments raised by the Defendants. I reserve any right that I may have to supplement this Declaration if further information

3

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.**
**REGARDING CLAIM CONSTRUCTION**

becomes available or if I am asked to consider additional information. Furthermore, I reserve any right that I may have to consider and comment on any additional expert statements or testimony of Defendants' expert(s) in this matter.

6.     My analysis of the materials produced in this investigation is ongoing and I will continue to review any new material as it is provided. This Declaration represents only those opinions I have formed to date. I reserve the right to revise, supplement, and/or amend my opinions stated herein based on new information and on my continuing analysis of the materials already provided.

## II.     BACKGROUND AND QUALIFICATIONS

7.     I am an expert in the field of telecommunication systems. I have studied, taught, practiced, and researched this field for over 28 years. I have summarized in this section my educational background, work experience, and other relevant qualifications. Attached hereto as Appendix A, is a true and correct copy of my curriculum vitae describing my background and experience.

8.     I earned two Bachelor of Science degrees in Electrical Engineering and Computer Science *summa cum laude* with a grade point average of 4.0/4.0 and a ranking of first in my undergraduate class from Washington University in St. Louis in 1994. In 1996, I earned my Master of Science degree in Electrical Engineering from Washington University in St. Louis with a grade point average of 4.0/4.0. I earned my Doctor of Science in Electrical Engineering from Washington University in St. Louis in 2000, again with a grade point average of 4.0/4.0, with my dissertation being on "Cell Design to Maximize Capacity in Cellular Code Division Multiple Access (CDMA) Networks."

9.     While a graduate student, from 1996 through 2000, I worked at MinMax Corporation in St. Louis, where I designed software packages that provided tools to flexibly allocate capacity in a CDMA communications network and maximize the number of subscribers. I also validated the hardware architecture for an Asynchronous Transfer Mode (ATM) switch capable of channel group switching, as well as performed logical and timing simulations, and developed the hardware architecture for the ATM

4

switch. I also worked with Teleware Corporation in Seoul, South Korea, where I designed and developed algorithms that were commercially deployed in a software package suite for analyzing the capacity in a CDMA network implementing the IS-95 standard to maximize the number of subscribers.

10. After obtaining my Doctor of Science degree, I worked as a Senior Systems Engineer at Comspace Corporation from October of 2000 to December of 2001. At Comspace, I designed and developed advanced data coding and modulation methods for improving the reliability and increasing the available data rates for cellular communications. I coded and simulated different encoding schemes (including Turbo coding, Viterbi decoding, trellis coded modulation, and Reed-Muller codes) and modulation techniques using amplitude and phase characteristics and multi-level star constellations. This work further entailed the optimization of soft decision parameters and interleavers for additive white Gaussian and Rayleigh faded channels. In addition, I also extended the control and trunking of Logic Trunked Radio (LTR) to include one-to-one and one-to-many voice and data messaging.

11. In January of 2002, I joined the faculty of the University of New Orleans in Louisiana as an Assistant Professor in the Department of Electrical Engineering. While in this position, I designed and taught two new courses called "Computer Systems Design I and II." I also developed a Computer Engineering Curriculum with a strong hardware-design emphasis, formed a wireless research group, and advised graduate and undergraduate students.

12. In September of 2002, I received an appointment as an Assistant Professor in the Department of Computer Science and Engineering at the University of North Texas (UNT), in Denton, Texas. In May of 2008, I became a tenured Associate Professor in the Department of Computer Science and Engineering. As a faculty member, I have taught courses and directed research in networking and telecommunications, including 2G, 3G, 4G, 5G, CDMA/WCDMA, GPS, GSM, UMTS, LTE, ad-hoc networks, antenna design and beamforming, Bluetooth, call admission

5

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.**
**REGARDING CLAIM CONSTRUCTION**

control, channel coding, channel estimation, communication interfaces and standards, compression, computer architecture, MIMO systems, multi-cell network optimization, network security, packet-networks, telephony, VoIP, Wi-Fi (802.11), 802.15.4, Zigbee, wireless communication, and wireless sensors. In January of 2015, I was appointed to Associate Chair of Graduate Studies in the Department of Computer Science and Engineering. I served in that role for 7 years.

13.     I am also the director of the Wireless Sensor Lab ("WiSL") at UNT. I am a member of the Center for Information and Cyber Security (CICS). It is the only program in the U.S. to be federally certified by the National Security Agency as a Center of Academic Excellence in Information Assurance Education and Research *and* Cyber Defense Research. I was also a member of the NSF Net-Centric & Cloud Software & Systems: Industry-University Cooperative Research Center (I/UCRC). Several of my research projects are funded by industry and the National Science Foundation and published in *IEEE* conference proceedings and journals.

14.     In addition to advising and mentoring students at UNT, I was asked to join the faculty of the University of Arkansas in Little Rock as an Adjunct Assistant Professor from 2004 to 2008 in order to supervise the research of two Ph.D. graduate students who were doing research in wireless communications. At UNT, I have advised and supervised more than 250 undergraduate and graduate students, several of whom received a master's or doctorate degree under my guidance.

15.     Further, since 2005, I have received over a million dollars in funding from the State of Texas, Texas Higher Education Coordination Board, the National Science Foundation, and industry to design and conduct robotics, video, and mobile gaming (*e.g.*, Xbox, PC, mobile device) programming summer camps for middle and high school students at UNT. By using video and mobile gaming as the backdrop, participants have learned coding and programming principles and developed an understanding of the role of physics and mathematics in video game design.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

16.    In addition to my academic work, I have remained active in the communication industry through my consulting work. In 2002, I consulted for Input/Output Inc. and designed and implemented algorithms for optimizing the frequency selection process used by sonar for scanning the bottom of the ocean. In 2004, I worked with Allegiant Integrated Solutions in Ft. Worth, Texas to design and develop an integrated set of tools for fast deployment of wireless networks, using the 802.11 standard. Among other features, these tools optimize the placement of Access Points and determine their respective channel allocations to minimize interference and maximize capacity. I also assisted the Collin County Sheriff's Office (Texas) in a double homicide investigation, analyzing cellular record data to determine user location.

17.    I have authored and co-authored over 100 journal publications, conference proceedings, technical papers, book chapters, and technical presentations in a broad array of communications-related technologies, including networking and wireless communication. I have also developed and taught over 100 courses related to communications and computer systems, including several courses on signals and systems, 4G/LTE and 5G/NR, OFDM, VoIP, Wi-Fi (802.11), 802.15.4, Zigbee, wireless communication, antenna design and beamforming, communications systems, communication interfaces and standards, channel estimation, location management, sensor networks, source coding and compression, network security, computer systems design, game and app design, and computer architecture. These courses have included introductory courses on communication networks and signals and systems, as well as more advanced courses on wireless communications. A complete list of my publications and the courses I have developed and/or taught is also contained in my *curriculum vitae*.

18.    My professional affiliations include services in various professional organizations and serving as a reviewer for a number of technical publications, journals, and conferences. I have also received a number of awards and recognitions, including the IEEE Professionalism Award (2008), UNT College of Engineering Outstanding

7

Teacher Award (2008), and Tech Titan of the Future (2010) among others, which are listed in my *curriculum vitae*.

19.　I have also served as an expert in certain legal proceedings. A list of cases in which I have testified at trial, hearing, or by deposition (including those during the past four years) is provided in my *curriculum vitae*. Over the years, I have been retained by both patent owners and petitioners, as well as plaintiffs and defendants.

20.　I am being compensated for my work in this case at my standard rate of $795 per hour. I am also being reimbursed for expenses that I incur during the course of this work. My compensation is not contingent upon the results of my study, the substance of my opinions, or the outcome of any proceeding involving the challenged claims. I have no financial interest in the outcome of this matter.

## III.　**MATERIALS RELIED UPON**

21.　In reaching the conclusions described in this Declaration, I have relied on the documents and materials cited herein as well as those identified in this Declaration, including the '576 Patent, the '008 Patent, the prosecution histories of these patents, and references cited herein. These materials include patents, related documents, and printed publications. Each of these materials is a type of document that experts in my field would have reasonably relied upon when forming their opinions. I have also reviewed the Expert Declaration of Dr. Paul G. Steffes Regarding Claim Construction dated March 17, 2023 ("Steffes Decl."), which was made at the request of Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH"). When citing from these documents, all emphasis is added unless otherwise noted.

22.　I have also relied on my education, training, research, knowledge, and personal and professional experience in the relevant technologies and systems that were already in use prior to, and within the timeframe of the earliest priority date of the claimed subject matter in the '576 Patent and the '008 Patent.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

## IV.   **LEVEL OF ORDINARY SKILL IN THE ART**

23.    In rendering the opinions set forth in this Declaration, I was asked to consider the patent claims and the prior art through the eyes of a person of ordinary skill in the art ("POSITA"). The "art" is the field of technology to which a patent is related. In my Declaration, I use the term POSITA and skilled person to refer to the same hypothetical person of ordinary skill in the art. I considered factors such as the educational level and years of experience of those working in the pertinent art; the types of problems encountered in the art; the teachings of the prior art; patents and publications of other persons or companies; and the sophistication of the technology. I understand that a POSITA is not a specific real individual, but rather a hypothetical individual having the qualities reflected by the factors discussed above.

24.    Taking these factors into consideration, a POSITA would have had a bachelor's degree in electrical engineering, computer engineering, computer science, or a related field, and two to three years of experience in the design and development of telecommunications systems. Additional graduate education could substitute for professional experience, or significant experience in the field could substitute for formal education.

25.    I understand that DISH has proposed the following set of qualifications for the '715 and '576 Patents "i) a bachelor's degree in electrical engineering, computer engineering, or the equivalent and three or more years of experience with television signal processing and satellite communications; ii) a master's degree in electrical engineering, computer engineering, or a related field and one or more years of experience in television signal processing and satellite communications; or iii) a doctoral degree in electrical engineering, computer engineering, or a related field, and at least some experience in television signal processing and satellite communications. Additional education may substitute for professional experience, and significant work experience may substitute for formal education." Steffes Decl. ¶ 64.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

26.     I understand that DISH has proposed the following set of qualifications for the '008 Patent "i) a bachelor's degree in electrical engineering or the equivalent and three or more years of experience in cable and/or satellite television signal processing and communication systems; ii) a master's degree in electrical engineering or a related field and one or more years of experience in of cable and/or satellite television signal processing and communication systems; or iii) a doctoral degree in electrical engineering or a related field, and at least some experience in cable and/or satellite television signal processing and communication systems. Additional education may substitute for professional experience, and significant work experience may substitute for formal education." Steffes Decl. ¶ 65.

27.     I am qualified to provide opinions concerning what a POSITA would have known and understood at that time, and my analysis and conclusions herein are from the perspective of a POSITA as of that date and would apply under either party's proposed set of qualifications.

28.     As of approximately 2002, I was at least as qualified as the POSITA identified above. Thus, I understand the perspective of a POSITA as of at least as early as 2002, which I have applied in my analysis.

29.     I am also well aware of the qualifications of a POSITA because I have worked with, supervised, and taught engineers with similar capabilities. Many of my colleagues, in my numerous roles discussed above, possessed at least a B.S. in the relevant fields and had several years of experience in cable and or satellite TV signal processing, satellite communications and communications systems more generally.

# V.     LEGAL STANDARDS RELATING TO CLAIM CONSTRUCTION

30.     I am not an attorney or a patent attorney, and offer no opinions on the law. I have, however, been informed by counsel regarding various legal standards that may apply to this case, and I have applied those standards where necessary in arriving at my conclusions.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

### A.   Claim Construction Generally

31.   I have been informed of the following: patent claims are construed from the viewpoint of a POSITA at the time of the alleged invention. I have been informed that this hypothetical POSITA is considered to have the normal skills and knowledge of a person in the applicable technical field. The factors that may be considered in determining the level of ordinary skill in the art include: (1) the education level of the inventor; (2) the types of problems encountered in the art; (3) the prior art solutions to those problems; (4) the rapidity with which innovations are made; (5) the sophistication of the technology; and (6) the education level of active workers in the field.

32.   I understand that the most important evidence to consider in construing the claims is the "intrinsic" evidence, which I understand includes the claim language, the patent specification, and the prosecution history, including *inter partes* review ("IPR") and other post-grant proceedings with the United States Patent and Trademark Office's ("USPTO") Patent Trial and Appeal Board ("PTAB").

33.   I further understand that a POSITA must read the claim terms in the context of the claim itself, as well as in the context of the entire patent specification. I understand that in the specification and/or prosecution history, the patentee may specifically define a claim term in a way that differs from the plain and ordinary meaning of the term. I understand that the prosecution history of the patent is a record of the proceedings before the USPTO and may contain explicit representations or definitions made during prosecution that affect the scope of the patent claims. I understand that an applicant may, during the course of prosecuting the patent application, limit the scope of the claims to overcome prior art or to overcome an examiner's rejection, by clearly and unambiguously arguing to overcome or distinguish a prior art reference or by clearly and unambiguously disclaiming claim coverage.

34.   In interpreting the meaning of the claim language, I understand that a POSITA may also consider "extrinsic" evidence, which consists of all evidence external to the patent and prosecution history, including expert and inventor testimony, positions

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

taken by the patent owner in other litigations, dictionaries, and learned treatises. I understand that extrinsic evidence may not be relied on if it contradicts or varies the meaning of claim language provided by the intrinsic evidence, particularly if the applicant has explicitly defined a term in the intrinsic record.

35.   I also understand that a patent claim may not be interpreted one way to avoid invalidity and another to find infringement. That is, I understand that a claim of a patent must be read the same way for validity as for infringement.

### B.   Indefiniteness

36.   I have been informed that Section 112 of the Patent Laws requires that a patent claim particularly point out and distinctly claim the subject matter that the applicant regards as his or her invention. I understand that a patent claim is invalid for indefiniteness if it fails to inform, with reasonable certainty, a person of ordinary skill in the art about the scope and bounds of the alleged invention claimed. I understand that a claim is indefinite if its scope is not clear enough that a POSITA could have determined with reasonable certainty whether a particular embodiment infringes the claim. I also understand that when considering whether a claim is indefinite, a POSITA may consider both the intrinsic and extrinsic record.

37.   I have been informed and understand that a term may be found to be indefinite when the claim language is facially subjective or ambiguous, and the meaning of a term and/or scope of the claims is not "reasonably certain" to one of skill in the art.

38.   I have been informed the failure to provide explicit antecedent basis for terms does not always render a claim indefinite. If the scope of a claim would be reasonably ascertainable by those skilled in the art, then the claim is not indefinite.

39.   I have been informed there are instances where inherent components of elements recited have antecedent basis in the recitation of the components themselves. For example, the limitation "the outer surface of said sphere" would not require an antecedent recitation that the sphere has an outer surface.

12

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

## VI.   '576 PATENT DISPUTED CLAIM TERMS

### A.   Overview of the '576 Patent

40.   The '576 Patent is titled "Signal Selector and Combiner for Broadband Content Distribution." It was filed on November 6, 2002 and issued on October 31, 2006. The '576 Patent claims priority to U.S. Provisional Application No. 60/345,965 filed November 7, 2001, U.S. Provisional Application No. 60/333,722, filed on November 27, 2001 and U.S. Provisional Application No. 60/358,817, filed on February 22, 2002.

41.   The '576 Patent describes a technology that has revolutionized that distribution of broadband content. The '576 Patent is directed to a satellite receiving system where content (*i.e.*, signals and channels) are selected from satellite broadband signals and combined with other content and transmitted from a an outdoor unit ("ODU") including one or more low noise amplifier and block down converters ("LNBs"), to an integrated receiver decoder ("IRD"), using a single cable. *See* '576 Patent, Abstract; *see also* cl. 14. Content can be selected by digitizing the broadband signal then digitally filtering to isolate the desired content. *See id.* The outputs of several LNBs can be selected and combined into one composite signal. *Id.* Multiple IRDs can receive independent signals over a single cable from the ODU. *See* '576 Patent, Abstract.

42.   As background, Figure 1 of the '576 Patent describes a prior art configuration of a satellite TV system. *See* '576 Patent, 3:47-48. I have reproduced Figure 1 below:

13

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**



FIG. 1
Prior Art

43.   A satellite receiver ODU 110 includes a dish antenna 150, one or more antenna feed horns 130, one or more LNBs 140. *Id.* at 1:19-25. "Dish 150 collects and focuses received signal power onto antenna feed horns 130, which couples the signal to LNBs 140. *Id.* at 1:23-25. "A single dish may have multiple feed horns 130 wherein each feed receives a signal from a different satellite in orbit." *Id.* at 1:25-27.

44.   The signals that are received from the satellites in Earth orbit are typically carried in a frequency range that cannot be sent through the coaxial cable used to wire homes. The LNB converts the signal transmitted by a satellite to an intermediate frequency suitable for transmission through the coaxial cable. *Id.* at 1:33-43. As shown in Figure 1, each LNB may have two outputs, one for each polarization. A single satellite in earth orbit can emit two information signals characterized by polarization over the same frequency range, which enables the satellite dish receivers to receive twice as much information over the same frequency range.

45.   In a conventional system, there is an LNB output for each polarization and each output is provided to switch 160 shown in Figure 1. *Id.* at 1:64-65. The switch 160 is connected to each IRD and allows each IRD to switch between LNB outputs. '576

14

Patent, 1:29-31; 1:64-66. Notably, a dedicated cable for each IRD is needed so that each IRD is not required to use the same LNB output at the same time. *Id.* at 2:2-5.

46.     The '576 Patent explains that "[a] problem with the conventional approach to connecting an outdoor unit to IRDs is that multiple cables are required to be run from the outdoor unit: one cable for each room where an IRD is located." *Id.* at 1:55-62. As the '576 Patent explains, in the conventional system "[w]hen a new IRD is added another cable must be installed." *Id.* at 1:54-62. This problem greatly increased costs for customers to have multiple IRDs in their homes because of the wiring and installation costs associated with each new IRD.

47.     The '576 Patent describes a new system that was revolutionary at its time in which only one cable is needed to connect the outdoor unit to an indoor distribution network. The '576 Patent specifically describes a "channel selecting and combining solution" that generally involves selecting one or more transponder channels from each LNB output. *Id.* at 2:4-56. "The selected transponder channels are combined to form a composite signal." *Id.* at 2:58-63. The selected channels are transmitted over a single cable to the IRDs. *Id.* at 2:60-66. This allows only one cable wire to be routed from the outdoor unit to inside the building. *Id.* at 3:28-32.

48.     Figure 2 shows an exemplary satellite TV installation according to the present invention. I have annotated it below.

15



FIG. 2

49.   In the example shown in Figure 2, there is a signal selector 250. *Id.* at 4:29-30. The signal selector extracts the needed transponder signals and channels from each of the LNB outputs and combines them into one composite signal transmitted on cable 220. *Id.* at 4:30-34. The composite signal is then distributed to the IRDs located in the building. *Id.* at 4:34-35.

50.   Figure 5 depicts an embodiment disclosing signal selection and combination into a composite signal. I reproduced Dr. Steffes annotated Figure 5 below. *See* Steffes Decl. ¶ 29. According to the '576 Patent, Figure 5 "shows a diagram of the frequency spectrum of individual LNB output signals and the frequency spectrum of the composite RF signal comprising selected transponder signals in accordance with the present invention." '576 Patent, 3:55-58.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**



FIG. 5

Steffes Decl. ¶ 29.

51.     Four outputs of the two LNBs can be seen in Figure 5. Figure 5 shows an embodiment in which each LNB output spans a range of 500 MHz and includes sixteen transponder channels. Each transponder channel from each LNB output is represented by a block. The selecting process extracts from the wide band LNB output a narrow band transponder signal/channel. *Id.* at 3:8-9. Each IRD may communicate "the channels it needs to receive, directly or indirectly, to the signal selector" and "[t]his information is used to select the transponder channel." *Id.* at 3:1-19. As shown in Figure 5, various transponder channels may be selected and combined to form the composite signal. A POSITA understands that by selecting a channel, the signals associated with that channel are also selected. The specification plainly states this: "the transponder ***channel*** or ***channels*** needed from each LNB are selected by a filter." *Id.* at 2:56-57.

52.     "Each **selected transponder *signal*** may be translated to a new ***channel*** frequency." *Id.* at 2:58-59. The '576 Patent explains that "[i]n general, the selecting and

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

combining process will result in transponder channels located at different frequencies than were originally found." *Id.* at 7:40-43.

53.     This process can be seen in connection with Figure 5. Figure 5, for example, shows LNB output A, channel 2. As part of the LNB A output, channel 2, and its associated signal, occupy a frequency range of approximately 981.25 to 1012.5 Mhz (*e.g.*, the second of sixteen channels over the range from 950 to 1450 MHz). However, after it is selected and combined into the composite signal, the signal is now associated with a first channel of the composite signal starting at 950 MHz. As the '576 Patent explains, "[e]ach of the available channels in the composite signal can be occupied with any transponder channel of any polarization from any LNB." *Id.* at 7:32-35.

54.     Once a composite signal is formed, the composite signal may be transmitted to the IRDs as shown in Figure 2, above.

**B.     Overview of the Prosecution History of the '576 Patent**

55.     I have reviewed the prosecution history leading to the issuance of the '576 Patent, including reexamination. I have also reviewed Dr. Steffes' summary of the prosecution history. Steffes Decl. ¶¶ 35-43.

56.     Notably, during prosecution, the phrase "selected [and extracted] transponder channel[s]" was understood by the examiner and was not rejected as indefinite. It was also not challenged during reexamination or underlying prosecution.

**C.     "selected [and extracted] transponder channel[s]"**

57.     I understand that DISH[1] asserts that the term "selected [and extracted] transponder channel[s]" is indefinite because the phrase lacks antecedent basis and has provided the expert opinion of Dr. Steffes in support of its position. I disagree and set forth my rebuttal herein. As discussed further below, it is my opinion that Dr. Steffes

---

[1]  I understand that Defendants DIRECTV, LLC and AT&T Services, Inc. (collectively, "DTV"), are also asserting this term is indefinite but have not provided an expert declaration on the issue.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

has not identified any ambiguities or lack of reasonable certainty in the claims when considered in light of the intrinsic record.

58.     Dr. Steffes begins by explaining the parties' positions with respect to the term, including that Entropic contends that the phrase has a plain and ordinary meaning. *See* Steffes Decl. ¶ 68. I do not see any disagreement from Dr. Steffes that the term "selected [and extracted] transponder channel[s]" has a plain and ordinary meaning. Dr. Steffes' opinions are related to the purported lack of antecedent basis for the phrase "transponder channels." *See* Steffes Decl. ¶¶ 68-83. Dr. Steffes' opinions concerning this phrase include reproducing claim language (¶¶ 70-79), reproducing the parties' positions on claim construction (¶ 68), providing his conclusion regarding antecedent basis (¶¶ 69, 80, 82, 83), and providing his opinion that "transponder signals" are "not synonymous" with "transponder channels" (¶ 81).

59.     In addition, the term "selecting and extracting" appears elsewhere in the claims, such as in claim 14, which recites "selecting and extracting a plurality of transponder signals." I understand that neither DISH nor Dr. Steffes contends that this phrase requires construction.

60.     There also does not appear to be a dispute that the term "transponder channels" has a plain and ordinary meaning to a POSITA. *See e.g.*, P.R. 4-3 Joint Claim Construction and Prehearing Statement (dated March 17, 2023). Dr. Steffes uses the term "transponder channels" throughout his declaration as does DISH and its IPR expert witness, Dr. Schonfeld. *See* Steffes Decl. ¶ 30; *see also* Schonfeld Decl. (IPR2023-00392 Ex. 1002) ¶¶ 40, 41-43, 45, 50, 54, 59, 64, 70, 79, 80, 85, 86, 91, 92, 114, 117, 119, 124, 143, 171, 172, 184, 198, 199, 221, 222, 224, 226, 231, 232, 233, 234, 235, 236.

61.     To the extent DISH or Dr. Steffes contends that the phrase "selected [and extracted] transponder channel[s]" does not have a plain and ordinary meaning, I disagree. It is my opinion that the phrase "selected [and extracted] transponder

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

channel[s]" has a plain and ordinary meaning, which is consistently used and described in the claims and specification.

62.    For example, the specification describes a "channel selecting and combining solution" involving one or more transponder channels selected from each LNB output and "the selected transponder channels are combined to form a composite signal." *Id.* at 2:54-63. The Abstract of the '576 Patent explains that the "[c]hannels can be selected by digitizing the broadband signal then digitally filtering to isolate the desired channels. The outputs of several LNBs can be selected and combined into one signal." '576 Patent, Abstract. From this disclosure, a POSITA would understand that a channel from the LNB output is selected and combined into the composite signal. A POSITA would further understand this includes a process for selecting and extracting the transponder signals at the desired transponder channels, for example, "by digitizing the broadband signal then digitally filtering to isolate the desired channels" which can then be combined to form a composite signal.

63.    Figure 5 describes a process for selecting and extracting transponder channels, which are combined to form the composite signal. Steffes Decl. ¶¶ 29-30. I have reproduced Dr. Steffes' annotated Fig. 5 below. Notably, each channel depicted below includes a transponder signal desired to be extracted.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**



FIG. 5

Steffes Decl. ¶ 29.

64.    Figure 5 shows for LNB outputs labeled LNB output A, LNB output B, LNB output C, LNB output D, where each of the numbered blocks represents a transponder channel. *See* Steffes Decl. ¶ 30. As can be seen in Figure 5, from each LNB output, channels, including the signals therein, are selected, extracted, and combined to form the composite signal. Steffes Decl. ¶ 30 ("The '576 patent describes, upon receiving these four satellite signals (LNB outputs A-D seen above in figure 5), that selected transponder channels from the within the broadband LNB output signals are combined into a "composite" IF signal having a frequency range of 950 to 1450 MHz. '576 patent at Fig. 5, 7:32-39.").

65.    The disclosure of Figure 5 further confirms that the phrase "selecting and extracting transponder channels" has a plain and ordinary meaning to a POSITA. Figure 5 illustrates that channels, including the signals therein, from many different LNB outputs can be selected and combined to form the composite signal.

66.    Figure 13, and the corresponding description in the specification, gives additional details on how the selected transponder signals and channels may be

21

frequency translated at a desired frequency prior to forming the composite signal. Specifically, "[t]he original spectrum 1 is frequency translated to locate the selected transponder channel at the desired frequency, as shown in spectrum 2. A band pass filter then passes one transponder channel and removes signal information from the other transponders channels, shown in spectrum 3. This filtering operation selects one transponder." '576 Patent, 6:20-22.



FIG. 13

'576 Patent, Fig. 13; *see also* 6:11-31.

67.    A POSITA would understand when the '576 Patent discusses selecting and extracting the transponder channels, it is including to the ability to tune to a specific channel, which is accomplished by selecting and extracting a desired transponder signal. *See* '576 Patent, 3:5-9 ("LNB outputs can be sampled by a broadband A/D converter and filtered with a digital filter to select a transponder channel. Alternatively, a tuner can select a transponder channel. The selecting process extracts from the wide band LNB output a narrow band transponder channel.").

68.    Thus, the intrinsic record is entirely consistent with the plain understanding of selecting and extracting. As discussed above, and illustrated in Figure 5, transponder

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.**
**REGARDING CLAIM CONSTRUCTION**

channels from different LNB outputs are selected and extracted, and then combined to form a composite signal. As shown in Figure 2, this composite signal is suitable to be sent over a single wire to the gateway (usually inside a building).

69.     With respect to the definiteness of the phrase "selected [and extracted] transponder channel[s]," Dr. Steffes' opinion is that references to selected or not selected transponder channels in claims 16, 17, 21, 39, 41, and 42 lack antecedent basis and are, therefore, indefinite because, he asserts, it is unclear "which of the multiple possible selected (and/or extracted, or nonextracted) transponder channels the language of dependent claims 16-17, 21, 39, and 41-42 refers." Steffes Decl. ¶ 69, *see also* ¶¶ 80, 82. I disagree. It is my opinion, that the selected and extracted transponder channels in claims 16, 17, 21, 39, 41, and 42 have a plain and ordinary meaning based on the consistent use of the term in the claims and specification, and are those which correspond to the selected and extracted transponder signals of claim 14, which will be output in the composite signal.

70.     First, this is not an instance where there could be multiple different meanings for the selected or non-selected transponder signals. Dr. Steffes seems to agree, based on his annotations to Figure 5, that there are selected and non-selected transponder signals. He highlights each of the selected transponder signals in color, whereas the non-selected transponder signals remain white:

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**



FIG. 5

Steffes Decl. ¶ 29.

71.    I would expect the POSITA to draw the same conclusion, and it would be confirmed by the POSITA's review of the '576 Patent. Certain transponder signals and corresponding transponder channels from any of the various LNBs are selected and extracted to form the composite signal. *See supra* ¶¶ 50-51, 63-65. A POSITA would understand that as a result of this process, there are also transponder signals and channels that are not selected. Dr. Steffes has not identified any other selected or non-selected channels in the intrinsic record that could create ambiguity.

72.    A POSITA would find the claims themselves confirm that the transponder signals and corresponding transponder channels are selected, or not selected, as part of the process to create the composite signal. Claim 14, from which claims 16-17, 21, 39, and 41-42 depend, recites

> 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:
>
> communicating a transponder request to the ODU from the IRD;

24

in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals [extracted] from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining extracted selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

73. The specification consistently uses the phrases selecting and extracting transponder signals and selecting and extracting transponder channels, such that a POSITA would understand that the reference to "selecting and extracting a plurality of transponder signals" in claim 14 refers to a process which necessarily includes selecting and extracting the corresponding transponder channels, which in turn are referred to in the dependent claims 16-17, 21, 39, and 41-42.

74. This process is described in the specification, where "signal selector 250, part of satellite outdoor unit 210, extracts the needed transponder channels from each of the LNB outputs and combines the channels into one composite signal transmitted onto cable 220." '576 Patent, 4:29-32. The specification goes on to discuss frequency translating the selected transponder channels at a desired frequency prior to forming the composite signal:

An example of a digital combining embodiment, a 500 msps broadband sampling of the LNB output could be filtered to produce a 500 msps output stream representing one or more transponder channels. Each transponder channel may be frequency translated to the desired new carrier frequency, then filtered to produce a single transponder signal that can be combined with other similarly selected transponder channels.

FIG. 13 shows the frequency spectrum of a sample stream as it is processed. The original spectrum 1 is frequency translated to locate the selected transponder channel at the desired frequency, as shown in spectrum 2. A band pass filter then passes one transponder channel and removes signal information from the other transponders channels, shown in spectrum 3. This filtering operation selects one transponder. In this example transponder channel B is selected. The sample stream for the selected channel

25

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

is added to the sample stream from other filtering sections, represented in spectrum 4, to produce a composite sample stream in spectrum 5. Other selected channels are represented by channels labeled X.

'576 Patent, 6:11-31. This passage explains that as part of the transponder signal selection and combination process, the transponder channels are frequency translated by filtering and mixing the signal information to a new frequency, and by combining the translated channels (in their new frequency locations) to create the composite signal.

75.     Additionally, the specification explains how there can be unused portions of the spectrum after the transponder channels are selected and extracted, but that the "objective is to pass the selected transponder signal without distortion." '576 Patent, 8:19-28. Specifically, "Figure 15 shows the shows the signal spectrum as it is processed," where "Spectrum 1 is a representative original spectrum. Spectrum 2 shows the filter pass band characteristic, which is wider than one transponder channel. Spectrum 3 is the result of filtering one transponder channel. Spectrum 4 is a composite of several transponder channels." *Id.*; *see also* FIG. 15, 8:29-35.

76.     Dr. Steffes' view seems to be that the transponder signals are solely the payload of the transponder channels. Steffes Decl. ¶ 30. This is not technically accurate in the context of the '576 Patent. The transponder signals are the physical instantiation of the payload, not payload/information in the abstract. However, the important point is that the '576 Patent describes a method of selecting and extracting a transponder signal by selecting and extracting the associated transponder channel which carries the "payload" (including the physical instantiation of that payload in the EM spectrum).

77.     Figure 5 illustrates the transponder signals and corresponding channels from different LNB outputs being selected and combined into a composite signal. In particular, Dr. Steffes confirms that the '576 Patent discloses "'selecting' requested satellite signals (*e.g.*, selecting transponder ***signals*** from a broadband LNB output signal, such as the channels requested by an IRD), 'translating' those transponder ***signals*** to various frequencies for transmission within an intermediate frequency ('IF')

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

signal range, and 'combining' the selected, translated *transponder signals* into a composite IF signal for output to the IRDs." Steffes Dec. ¶ 28 (citing '576 Patent, 2:54-3:4). Thus, a POSITA would understand based on the specification and claims that a corresponding transponder channel is selected when the transponder signals are selected to form the composite signal.

78.     The specification does not lead a POSITA to any other conclusion. In my opinion, the conclusion would be reinforced for a POSITA given that the specification describes a "channel selecting and combining solution" involving one or more transponder channels selected from each LNB output, where "[e]ach selected transponder signal may be translated to a new channel frequency," and "the selected transponder channels are combined to form a composite signal," and "[a]ll of the selected, translated, and combined transponder channels are transmitted over a single cable to a gateway unit that extracts the channels to distribute to the IRDs." *Id*. at 2:54-63. This makes clear the step of selecting and extracting the transponder signals includes selecting and extracting the corresponding transponder channels.

79.     The description of Figure 16 reiterates this point by describing how the selected transponder *signals* are provided along with other services transmitted on the same cable wiring.  Specifically, it describes how the "selected transponder *signals* can be transmitted in unoccupied regions of the cable, such as above, below, or between broadband satellite *signals*." '576 Patent, 10:27-32. Note that the labels of Figure 16 itself are entirely about *channels*: see labeling "selected and combined transponder *channels*." The reason is that in the selection and extraction process, selecting/extracting a signal includes selecting/extracting the corresponding channel. A POSITA would find this not only consistent, but as a reinforcement of the linkage between the selected/extracted transponder signals and the corresponding selected/extracted transponder channels.

80.     Thus, it is my opinion that there is no ambiguity regarding which selected transponder channels are being referred to in claim 14. As discussed above, the intrinsic

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

record supports the plain and ordinary meaning such that the transponder channels that are selected are those that are associated with the selected transponder signals that form the composite signal. Similarly, there is no ambiguity as to which transponder channels are not selected. The intrinsic record supports a POSITA's understanding that the transponder channels that are not selected are the transponder channels associated with the transponder signals that are not selected to form the composite signal.

81.   I have also reviewed claims 16, 17, 21, which Dr. Steffes also asserts are indefinite. *See* Steffes Decl. ¶ 80. I disagree.

82.   Claim 16 recites "The method of claim 14 wherein the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining."

83.   As described above, a POSITA would understand that the "selected and extracted transponder channels" are selected and extracted as part of the process of selecting and extracting of the transponder signals to form the composite signal as recited in claim 14.

84.   Moreover, and most notable, Claim 16's requirement that the transponder channels are selected and extracted prior to combining to form the composite signal further confirms a POSITA's natural understanding that the transponder channels are selected and extracted as part of selecting and extracting the transponder signal to form the composite signal.

85.   Claim 17 recites "The method of claim 15, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining." Claim 15 recites "The method of claim 14 wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal."

86.   Again, a POSITA would understand that the "selected transponder channels" are selected as part of the selecting and extracting of the transponder signals

28

to form the composite signal as recited in claim 14. Claim 17's specific recitation that the transponder channels are selected prior to combining to form the composite signal further confirms a POSITA's understanding that the transponder channels are selected and extracted as part of selecting and extracting the signal to form the composite signal.

87.    Claim 21 recites "The method of claim 14 further comprising the steps of: frequency translating the selected transponder channels to a variable frequency before combining; and splitting the composite signal inside a home and distributing to a plurality of IRDs."

88.    Again, a POSITA would understand that the "selected transponder channels" are selected and extracted as part of the selecting and extracting of the transponder signals to form the composite signal as recited in claim 14. Claim 21 recites that the transponder channels are selected prior to combining to form the composite signal, which further confirms a POSITA's understanding that the transponder channels are selected and extracted as part of selecting and extracting the signal to form the composite signal.

89.    As discussed above, the specification describes frequency translating the selected transponder channels at a desired frequency prior to forming the composite signal. *See* '576 Patent, 6:11-31. This further confirms my understanding that the selected transponder channels claimed in claims 16, 17, and 21 that are frequency translated, refer to the transponder channels that are selected and extracted in order to select and extract the transponder signals to form the composite signal.

90.    Dr. Steffes also states that claims 39, 41, and 42 are indefinite based upon an alleged lack antecedent basis. *See* Steffes Decl. ¶ 80. I have reviewed these claims and disagree.

91.    Claim 39 recites "The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate *a* selected transponder channel at baseband." Here, the phrase "a selected transponder channel"

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

does not lack antecedent basis because it recites "a" and not, for example, "the" or "said."

92.     Similarly, claim 41 recites "The method of claim 38, further comprising providing a channel translation table to the IRD to allow the IRD to tune *a* desired selected translated transponder channel." Here, the phrase "a desired selected translated transponder channel" does not lack antecedent basis because it recites "a" and does not recite, for example, "the" or "said."

93.     Claim 42 recites "The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels." Here, the phrase "non-selected transponder channels" does is not referred to with, for example, "the" or "said" or some other manner of referring to a previously introduced term.

94.     Thus, it is my opinion that claims 39, 41, and 42 do not lack antecedent basis and are not indefinite. In addition, a POSITA would understand what the selected and non-selected transponder channels mean and how they are selected and non-selected as discussed above. *See supra* ¶¶ 70-75.

95.     For each of the reasons set forth above, it is my opinion that Dr. Steffes has not shown that the scope of claims 16, 17, 21, 39, 41, or 42 are not reasonably certain or are indefinite.

## VII.   **'008 PATENT DISPUTED CLAIM TERMS**

### A.     **Overview of the '008 Patent**

96.     The '008 Patent is titled "Method and Apparatus for Spectrum Monitoring. It was filed on September 10, 2012 and issued on July 29, 2014. The '008 Patent claims priority to Provisional Application No. 61/532,098, filed on September 8, 2011.

97.     The '008 Patent is directed to a satellite receiving system that may include a signal monitor operable to analyze a signal to determine a characteristic of the signal. '008 Patent, Abstract.

30

98.   The '008 Patent relates to "Spectrum Monitoring," within a "cable television" or "satellite" system / "cable system." *See e.g.*, '008 Patent, Title, Abstract, 1:28-30, 1:66-67, FIG. 1A.

99.   The systems described include, for example, a "Headend" "108" (*id.* at 2:34-59) that is connected to "customer premise equipment (CPE)" via for example, a "hybrid fiber-coaxial (HFC) network" / "HFC" "118." *Id.* at 2:34-59, FIG. 1A.

100.   Below, I have reproduced an exemplary system diagram from Figure 1A of the '008 Patent, where I have highlighted the above-mentioned "HFC" (Hybrid Fiber Coaxial) "118" network and "Headend" "108" elements:



'008 Patent, FIG. 1A (annotated).

101.   The '008 Patent discloses an invention based on a number of signal processing data flows and functions.  These are shown in Figure 1B and Figure 4, which I have reproduced below:

31



'008 Patent, FIG. 1B (annotated and highlighted).



'008 Patent, FIG. 4 (highlighted).

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

102.   As shown and annotated above in Figure 1B and flowchart Figure 4, the invention of the '008 Patent includes, for example, the following key aspects:

### a.   *Received and Digitized Full Spectrum Signal*

As shown above in red, a full spectrum signal that spans an entire television spectrum is received (*e.g.*, signal "S," comprising the entire signal from the lowest frequency "$F_{lo}$" to the highest frequency "$F_{hi}$") by the analog-to-digital converter (ADC) and digitized into a fully digital (D) full spectrum signal. *See* '008 Patent, 2:44-59, 3:11-16, 4:45-50, 5:45-65.

### b.   *Channelized Concurrent Outputs*

In turn, and as shown in blue above, the received and fully digitized signal (D) is then channelized and concurrently output for processing of the combined signals. *See* '008 Patent, 4:28-50, 6:19-36; *see also* 3:20-32, FIG. 1C, FIG. 3.

### c.   *Spectrum Signal Monitoring/Monitor*

As shown in green above, an additional aspect of the '008 Patent is signal monitoring, and more specifically, "Spectrum Monitoring" in order to output information related to "analyz[ing] a signal to determine a characteristic of the signal." '008 Patent, Title, Abstract. The '008 Patent explains that the spectrum signal monitoring analysis output is for:

> "measur[ing]/determin[ing] characteristics such as, for example, signal power level vs. frequency, delay vs. frequency, phase shift vs. frequency, type and/or amount of modulation, code rate, interference levels, signal to noise ratio, a transfer function of the channel of over which the signal was received, an impulse response of the channel over which the signal was received, and/or any other characteristic that may help assess characteristics of the channel over which the signal was received, assess characteristics of the transmitter that sent the signal and/or any otherwise be pertinent to performance of the communication system …"

*Id.* at 3:5-60; *see also* 5:12-47,6:19-36, FIG. 1C, FIG. 4.

### d.   *Data Processing/Processor*

As shown in orange above, yet another aspect of the '008 Patent is "data processing" / "data processor" to, for example, "recover data present in one or more television

33

channels." '008 Patent, Abstract, 3:61-4:6. With respect to the recovery of one or more television channels, the '008 Patent states that the "data processing" / "data processor" may include/perform certain processes:

> The data processing module 156 may … for example perform synchronization, equalization, and decoding. The data processing module 156 may output processed data (e.g., MPEG transport stream packets and/or Internet Protocol packets) to end systems 126, perhaps via an interface such as an HDMI interface and/or an Ethernet interface (not shown). The data processing module 156 may also be operable to generate one or more control signals 162 for configuring the channelizer 102 and/or the receive front-end 158.

*Id.* at 3:61-4:6.

> FIG. 4 is a flow chart … In step 410, a first one or more of the bands are conveyed to a ***data processing module***. In step 412 a second one or more of the bands are output to a monitoring module. In step 414, the ***data processing module processes one or more of the first one or more bands to recover data on those bands*** while the monitoring module concurrently processes the second one or more bands to determine characteristics of all or a portion of the frequency bands from $F_{lo}$ to $F_{hi}$.

*Id.* at 6:19-36; *see also* Abstract, 3:61-4:6.

### e. <u>Network Management Messages Related to a Monitored Parameters</u>

As a result of the above-mentioned Spectrum Signal Monitoring/Monitor, the '008 Patent provides "***network management*** / maintenance ***message*s**" / "network status update" "messages." '008 Patent, 2:61-3:4, 3:45-60. The specification of the '008 Patent states that these "network management messages" are sent "back to the "source of the received [full spectrum] signal." '008 Patent, 3:51-60. Per the '008 Patent, the monitored characteristics/parameters relate to the network management messages include, for example, the following:

> The monitoring module may also be operable to generate … for example, network status updates indicating whether one or more communication parameters of one or more received television or DOCSIS channels are outside acceptable bounds, and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend). In an example embodiment, the monitoring module 174 may be operable to demodulate signals for measuring one or more characteristics such as signal-to-noise ratio, code rate."

'008 Patent, 3:45-60.

34

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

103.   Overall, the '008 Patent disclosures are explicitly disclosed for implementation in "hardware, software, or a combination of hardware and software" which may further comprise implementation such as via an "application specific integrated circuit" (ASIC) or "chip" that further implements, for example, the "flowchart" shown in Figure 4. '008 Patent, 2:15-17 ("FIG. 4 is a flow chart"), 6:19 ("FIG. 4 is a flow chart …"), 6:37-58, FIG. 1B, FIG. 4.

## B.   Overview of the Prosecution History of the '008 Patent

104.   I have reviewed the prosecution history leading to the issuance of the '008 Patent. I have also reviewed Dr. Steffes' summary of the prosecution history. Steffes Decl. ¶¶ 61-62.

105.   Notably, the phrase "a source of said received signal" was understood by the examiner. It was also not challenged during prosecution.

## C.   "a source of said received signal"

106.   I understand that DISH asserts that the term "a source of said received signal" should be construed as "the equipment, *e.g.*, a cable headend or satellite transmitter, that transmitted the received signal," and has provided the expert opinion of Dr. Steffes in support of its position. I disagree with this proposed construction and set forth my rebuttal herein.

107.   As discussed further below, it is my opinion that the term "a source of said received signal" has a plain and ordinary meaning to a person of ordinary skill in the art. To a POSITA, at the time of the invention in 2011 (and even today), that plain meaning would not be limited as DISH suggests.

108.   I first note that the '008 Patent broadly considers two embodiments or deployments of the invention—one with respect to cable systems served by wired networks, and the other for satellite systems where the customer premises equipment is directly served by a satellite link. Figure 1A shows the cable embodiment, and Figure 1C the satellite embodiment. (As an aside, Fig. 1A depicts a satellite receiver, but this is not at the customer premises. This type of receiver is on the operator side, receiving

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

content that operators place onto their cable networks for distribution to the customer premises.)

109.   Dr. Steffes begins by explaining the parties' positions with respect to the term, including that Entropic contends that the phrase has a plain and ordinary meaning. *See* Steffes Decl. ¶ 90. He then gives his opinion, which is that "the receiver-side's signal monitor/signal analyzer sends data regarding characteristics of the received signal *to the same equipment that transmitted the signal* and that could potentially modify the transmission." Steffes Decl. ¶ 91.

110.   DISH's proposed construction seems meant to capture this position, limiting the claims to sending the determined characteristics back to a "cable headend or satellite transmitter." While the specification does describe sending the determined characteristics back via a cable headend (*see* '008 Patent, 3:55-57), this is only one of the two embodiments—the cable embodiment. It appears that Dr. Steffes and DISH are ignoring the satellite embodiment, and excluding it from the claims. I do not think a POSITA would understand the claims as so limited, and disagree in various places with Dr. Steffes chain of logic to arrive at such a position.

111.   First, I note that Dr. Steffes' opinion is based on his incorrect characterization of the claim language: "The claims recite digitizing a received signal, that the digitized signal is monitored or analyzed to determine characteristics of the digitized signal, and that the determined characteristics of the digitized signal are reported to *the* source of the received signal." Steffes Decl. ¶ 91.

112.   Claim 1 actually recites: "a signal monitor operable to: analyze said digitized signal to determine a characteristic of said digitized signal; and report said determined characteristic to *a* source of said received signal." While I agree that the signal monitor *may* report the characteristic back to the same piece of hardware that transmitted the signal, the claim language and specification do not limit it to sending the determined characteristic there.

36

113.   Second, Dr. Steffes' opinion is based on his inaccurate statement that the "[t]he '008 patent describes transmitting equipment, i.e., a cable or ***satellite headend***, as 'a source of the received signal' that can receive messages from a signal monitoring module." Steffes Decl. ¶ 96. In fact, a POSITA would not consider a satellite system as disclosed in Figure 1C to have a "headend" in the same sense that a cable system has a "headend." Rather, a satellite system has an uplink center located on the ground, which receives content, processes the content, and then transmits those signals via an uplink channel to the satellite transmitters in orbit; the satellite transmitters then transmit signals to the customer premises.

114.   Third, and most importantly, the '008 Patent discloses alternatives excluded by the DISH-Steffes limitation. The patent discloses that monitoring information may be sent upstream to the operator by "broadband connection 188." (Fig. 1C and '008 Patent, 5:6-9). At the time of the invention (and today), the broadband connection most commonly known—and the one that a POSITA would understand is being referred to—is the Internet. For cable-only embodiments, where there exists an HFC (hybrid fiber-coaxial) network, the HFC might be included as an interface with internet. Fig. 1A shows, for example, connecting to the Internet 106 through the HFC 118. *See also* '008 Patent, 2:34-43.

115.   For satellite systems, there is no HFC portion to the delivery system, and hence the connection to the Internet is shown directly. For example, Fig. 1C shows the gateway 196 (including the monitoring function) attached to a "broadband connection 188" which in turn is attached to WAN 192. *See* '008 Patent, Fig. 1C below; *see also* 5:6-11. The reference to a "broadband connection" via the WAN is a simple Internet connection.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**



**FIG. 1C**

Thus, in the satellite implementation, an upstream data path through the Internet (broadband connection 188) is provided.

116.   In contrast, a POSITA understood at the time of the invention (2011) it was neither common practice nor economically feasible for the signal reporting messages contemplated by the '008 Patent to be sent from the customer premises equipment back up to the satellite transmitter. It is surprising that Dr. Steffes suggests that a POSITA would believe uplink back to the same transmitting satellite that sent each channel is the ***exclusive*** way monitoring would be reported. It is not the teaching a POSITA would take from the '008 Patent. A POSITA would not interpret the patent as ***requiring*** a transmission path back to the transmitting satellite while ignoring the broadband connection 188. *See e.g.*, '008 Patent, 4:51-5:11.

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

117.    On the contrary, the specification confirms the broadband connection 188 is a pathway available for upstream reporting to the source. The Patent describes that "the control signal(s) 160 output by the monitoring module 154 may control the transmission of network management/maintenance messages by the device 150." These messages are one appropriate container for returning monitoring information to the source, as discussed in the following sentence: "Such message may comprise, for example, network status updates indicating whether one or more communication parameters of one or more received television or DOCSIS channels are outside acceptable bounds, and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend)." '008 Patent, 3:48-56. This portion of the specification is introduced with the cable embodiment, but is equally applicable to the satellite embodiment (where the '008 Patent doesn't bother repeating portions of the disclosure that are equally applicable, such as discussion of the "network management/maintenance messages" that are common to all deployments of the invention).

118.    The '008 Patent contains no description suggesting that the only upstream path for satellite systems is the very limited one back to the satellite that sent the received signal. Rather, the broadband connection 188 to WAN 192 is disclosed as an available path for upstream reporting.

119.    To summarize, the plain meaning of the terms and the '008 Patent do not suggest that a POSITA would understand that "a source of said received signal," to be limited to "the equipment, *e.g.*, a cable headend or satellite transmitter, that transmitted the received signal" as Dr. Steffes and DISH propose.

## VIII.  <u>**ADDITIONAL REMARKS**</u>

120.    I currently hold the opinions expressed in this Declaration. But my analysis may continue, and I may acquire additional information and/or attain supplemental insights that may result in added observations. Additionally, it is my understanding that discovery is ongoing in this matter. I reserve the right to rely on additional discovery

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

that occurs after this Declaration is submitted. To the extent that additional information becomes available relevant to the opinions expressed in this Declaration, I will update my opinions as appropriate

121.  I also reserve the right to respond to any additional arguments or opinions raised by Defendants' or Defendants' expert(s). I further reserve the right to respond to any new positions raised by Defendants or respond to any further expert declaration provided by Defendants regarding claim construction issues.

40

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC. REGARDING CLAIM CONSTRUCTION**

1    I hereby declare that all statements made are of my own knowledge are true and

2    that all statements made on information and belief are believed to be true. I further

3    declare that these statements were made with the knowledge that willful false statements

4    and the like so made are punishable by fine or imprisonment, or both, under Section

5    1001 of the Title 18 of the United States Code and that such willful false statements

6    may jeopardize the validity of this proceeding.

7

8

9    Dated: __April 7, 2023__          By:    _____

10                                            Dr. Robert Akl, D.Sc.

                                              Dallas, Texas

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REBUTTAL EXPERT DECLARATION OF DR. ROBERT AKL, D.SC.
REGARDING CLAIM CONSTRUCTION**

# APPENDIX A

# Robert Akl, D.Sc.



## Professional Summary

Dr. Akl has over 28 years of industry and academic experience. He is currently a Tenured Associate Professor at the University of North Texas and a Senior Member of IEEE. He has designed, implemented, and optimized both hardware and software aspects of several wireless communication systems for CDMA, Wi-Fi, and sensor networks. Dr. Akl has broad expertise in wireless communication, Bluetooth, CDMA/WCDMA network optimization, GSM, LTE, VoIP, telephony, computer architecture, and computer networks. He is a very active researcher and is well published and cited. He has been awarded many research grants by leading companies in the industry and the National Science Foundation. He has developed and taught over 100 courses in his field. Dr. Akl has received several awards and commendations for his work, including the 2008 IEEE Professionalism Award and was the winner of the 2010 Tech Titan of the Future Award.

Dr. Akl has extensive experience with patents in the wireless and networking industry. In the past ten years, he has worked as a technical expert in dozens of patent related matters, involving thousands of hours of research, investigation, and study. He has repeatedly been qualified as an expert by Courts, and has provided numerous technology tutorials to Courts, and given testimony by deposition and at trial. He has worked with companies large and small, both for and against the validity and infringement of patents, and has also helped counsel and Courts to understand technology that often seems complex. In doing so, he has become familiar with, and actively worked with, the legal principles that underlie patentability and validity and claim interpretation in the wireless and networking industries.

## Areas of Expertise

2G, 3G, 4G, 5G, CDMA/WCDMA, GPS, GSM, UMTS, LTE, Ad-hoc Networks, Antenna Design, Bluetooth, Call Admission Control, Channel Coding, Channel Estimation, Communication Interfaces and Standards, Compression, Computer Architecture, MIMO Systems, Multi-cell Network Optimization, Network Security, Packet-networks, Telephony, VoIP, Wi-Fi, Wireless Communication, Wireless Sensors.

## Education

| Year | College/University | Degree | GPA |
|------|--------------------|--------|-----|
| 2000 | Washington University in Saint Louis | D.Sc. in Electrical Engineering | **4.0 / 4.0** |
| 1996 | Washington University in Saint Louis | M.Sc. in Electrical Engineering | **4.0 / 4.0** |
| 1994 | Washington University in Saint Louis | B.Sc. in Electrical Engineering | **4.0 / 4.0** |
| 1994 | Washington University in Saint Louis | B.Sc. in Computer Science | **4.0 / 4.0** |

Graduated *summa cum laude* and ranked first in undergraduate class.

Dissertation: "Cell Design to Maximize Capacity in Cellular Code Division Multiple Access (CDMA) Networks." Advisors: Dr. Manju Hegde and Dr. Paul Min.

## Litigation Support and Expert Witness Experience

L1.   2023   **K & L Gates LLP**
      Case:   Entropic Communications, LLC v. DirectTV, LLC, Dish Network Corporation et al.
      Central district of California, Southern division, Case No. 2:22-cv-07775-JWH-JEM, 2:22-cv-07959
      Matter:   Patent infringement, satellite receivers
      Project:   Declaration regarding claim construction

L2.   2023   **Ropes & Gray LLP**
      Case:   Immersion Corporation v. Meta Platforms, Inc., f/k/a Facebook, Inc. Western district of Texas, Waco division, Case No. 6:22-cv-00541-ADA
      Matter:   Patent infringement, virtual reality and augmented reality
      Project:   Infringement consulting

L3.   2023   **Cole Schotz P.C.**
      Case:   SB IP Holdings, Inc. v. Vivint Smart Home, Inc., Vivint, Inc. Eastern district of Texas, Sherman division, Case No. 4:20-cv-00886-ALM
      Matter:   Patent infringement, wireless telecommunication systems
      Project:   Source code review, expert report infringement, expert validity report, two-day depositions

L4.   2023   **Cole Schotz P.C.**
      Case:   Vivint Inc. v. SB IP Holdings LLC IPR2022-00812
      Matter:   *Inter Partes* Review, wireless telecommunication systems
      Project:   Declaration to support Patent Owner's response

L5.   2023   **Carter Arnett**
      Case:   Samsung Electronics Co., LTD v. G+ Communications, LLC IPR2022-01598; IPR2023-00171
      Matter:   *Inter Partes* Review, 4G/5G cellular systems
      Project:   Two declarations to support Patent Owner's preliminary responses

L6.   2023   **Fish & Richardson, P.C.**
      Case:   Neo Wireless, LLC v. General Motors Co. et al.;
      Neo Wireless, LLC v. Tesla Inc.
      Eastern district of Michigan, Southern division, Case No. 2:22-cv-11407-TGB; Case No. 2:22-cv-11408-TGB
      Matter:   Patent infringement, 4G/LTE wireless communication

|        |        |          |
|--------|--------|----------|
|        | Project: | Tech tutorial testimony, declaration regarding claim construction |

L7.  2023    **Carter Arnett**
      Case:    <u>G+ Communications</u> v. Samsung Electronics Co., LTD et al.
               Eastern district of Texas, Marshall division, Case No. 2:22-cv-00078-JRG
      Matter:  Patent infringement, 4G/5G cellular systems
      Project: Standard essentiality consulting, declaration regarding claim construction

L8.  2022    **Kilpatrick Townsend & Stockton LLP**
      Case:    <u>TP-Link Technologies Co., Ltd. and TP-Link Corporation Limited</u> v.
               Stingray IP Solutions
               IPR2022- *To be Assigned*; IPR2022-*To be Assigned*
      Matter:  *Inter Partes* Review, security and intrusion detection in wireless systems
      Project: Two declarations to support two IPR petitions

L9.  2022    **Devlin Law Firm**
      Case:    <u>CDN Innovations, LLC</u> v. Mediacom Communication Corporation
               Middle district of Georgia, Columbus division
      Matter:  Patent infringement, telecommunication systems
      Project: Declaration to support infringement contentions

L10. 2022    **Jenner & Block LLP**
      Case:    WSOU Investments, LLC v. <u>Netgear, Inc.</u>
               District of Delaware, Case No. 21-cv-01117-MN-CJB, 21-cv-01119-MN-CJB, 21-cv-01120-MN-CJB
      Matter:  Patent infringement, adaptive antennas, routers
      Project: Declaration regarding claim construction

L11. 2022    **Simpson Thacher & Bartlett LLP**
      Case:    XR Communications, LLC. v. <u>Ubiquiti Networks, Inc.</u>
               Central district of California, Case No. 2:21-cv-1065-DOC(JDE)
      Matter:  Patent infringement, Wi-Fi and adaptive antennas
      Project: Non-infringement expert report, deposition

L12. 2022    **Ropes & Gray LLP**
      Case:    Speir Technologies Ltd. v. <u>Apple Inc.</u>
               Western district of Texas, Waco division, Case No. 6:22-cv-00077-ADA
      Matter:  Patent infringement, channel estimation
      Project: Declaration regarding claim construction

L13.  2022      **Fish & Richardson, P.C.**
      Case:     Constellation Designs, LLC v. <u>LG Electronics, Inc. et al.</u>
                Eastern district of Texas, Marshall division, Case No. 2:21-cv-448
      Matter:   Patent infringement, channel coding
      Project:  Invalidity expert report

L14.  2022      **Calfee, Halter & Griswold LLP**
      Case:     Resi Media LLC v. <u>BoxCast  Inc.</u>
                IPR2022-00066; IPR2022-00067
      Matter:   *Inter Partes* Review, autonomous broadcasting
      Project:  Combined declaration to support Patent Owner's response, declaration
                to support Patent Owner's sur-reply, deposition

L15.  2022      **Fish & Richardson, P.C.**
      Case:     <u>FedEx Corporation</u> v. Transcend Shipping Systems, LLC
                IPR2022-01117; IPR2022-01219; IPR2022-01252;
                IPR2022-01261; IPR2022-01314
      Matter:   *Inter Partes* Review, location management
      Project:  Five declarations to support five IPR petitions

L16.  2022      **Finnegan Henderson Farabow Garrett & Dunner LLP**
      Case:     <u>Toyota Motor Corp and Continental Automotive Systems.</u> v.
                Intellectual Ventures II, LLC
                IPR2022-00971; IPR2022-00972; IPR2022-00973; IPR2022-00974;
                IPR2022-01130
      Matter:   *Inter Partes* Review, multicarrier communication
      Project:  Five declarations to support five IPR petitions, four depositions

L17.  2022      **Fenwick & West LLP**
      Case:     TrackThings LLC v. <u>Amazon.com, Inc. et al.</u>
                Western district of Texas, Waco division, Case No. 6:21-cv-00720
      Matter:   Patent infringement, mobile ad-hoc networks
      Project:  Invalidity consulting

L18.  2022      **Fenwick & West LLP**
      Case:     Stingray IP Solutions v. <u>Amazon.com, Inc. et al.</u>
                Eastern district of Texas, Marshall division, Case No. 2:21-cv-00193-
                JRG; Case No. 2:21-cv-00194-JRG
      Matter:   Patent infringement, mobile ad-hoc networks
      Project:  Noninfringement consulting

L19.  2022      **Mayer Brown LLP**
      Case:     <u>Pantech Corp.</u> v. Coolpad Group Ltd.
                Eastern district of Texas, Texarkana division, Case No. 5:21-cv00065
      Matter:   Patent infringement, LTE wireless communication systems
      Project:  Infringement consulting

| L20. | 2022 | **Fitch, Even, Tabin & Flannery** |
| | Case: | <u>L2 Mobile Technologies LLC</u> v. Ford Motor Company |
| | | District of Delaware, Case No. 1:21-cv-01409-JLH |
| | Matter: | Patent infringement, wireless communication systems |
| | Project: | Standard essentiality consulting |

| L21. | 2022 | **Susman Godfrey LLP** |
| | Case: | <u>California Institute of Technology</u> v. Samsung Electronics Co., Ltd. et al. |
| | | Eastern district of Texas, Marshall division, Case No. 2:21-cv-00446-JRG |
| | Matter: | Patent infringement, low-density parity-check codes |
| | Project: | Infringement consulting |

| L22. | 2022 | **Devlin Law Firm** |
| | Case: | Dropbox, Inc. v. <u>Motion Offense, LLC</u>; <u>Motion Offense, LLC</u> v. Dropbox, Inc. |
| | | Western district of Texas, Waco division, Case No. 6:20-cv-00251-ADA; 6:21-cv-00758-ADA |
| | Matter: | Patent infringement, telecommunication systems and networking |
| | Project: | Source code review, infringement expert report, supplemental infringement expert report, validity expert report, supplemental validity expert report, deposition |

| L23. | 2022 | **Bayes PLLC** |
| | Case: | <u>Guangdong OPPO Mobile Telecommunications Corp., Ltd.</u> v. Nokia Solutions and Networks Oy |
| | | IPR2022-00632 |
| | Matter: | *Inter Partes* Review, PDU and SDU |
| | Project: | Declaration to support IPR petition, deposition, supplemental declaration |

| L24. | 2022 | **Finnegan Henderson Farabow Garrett & Dunner LLP** |
| | Case: | <u>NetApp, Inc.</u> v. Proven Networks, LLC |
| | | IPR2022-00644 |
| | Matter: | *Inter Partes* Review, allocating resources |
| | Project: | Declaration to support IPR petition |

| L25. | 2022 | **Devlin Law Firm** |
| | Case: | <u>Motion Offense, LLC</u> v. Google, LLC |
| | | Western district of Texas, Waco division, Case No. 6:21-cv-00514-ADA |
| | Matter: | Patent infringement, telecommunication systems and networking |
| | Project: | Declaration regarding claim construction |

L26.    2022        **Jenner & Block LLP**
        Case:       Netgear, Inc. v. WSOU Investments, LLC
                    IPR2022-00516; IPR2022-00606
        Matter:     *Inter Partes* Review, telecommunication systems
        Project:    Two declarations to support two IPR petitions

L27.    2022        **Calfee, Halter & Griswold LLP**
        Case:       BoxCast Inc. v. Resi Media LLC
                    Eastern district of Texas, Marshall division, Case No. 2:21-cv-00217-JRG
        Matter:     Patent infringement, autonomous broadcasting
        Project:    Source code review, declaration regarding claim construction, declaration regarding validity, declaration regarding infringement, deposition

L28.    2022        **Fish & Richardson, P.C.**
        Case:       Apple Inc. v. Ericsson Inc.
                    IPR2022-00341; IPR2022-00346;
                    IPR2022-*To be assigned*; IPR2022-*To be assigned*;
                    IPR2022-*To be assigned*
        Matter:     *Inter Partes* Review, wireless communication systems
        Project:    Five declarations to support five IPR petitions, deposition

L29.    2022        **Ropes & Gray LLP**
        Case:       Godo Kaisha IP Bridge 1 v. Nokia Corporation, Ericsson Inc. et al.
                    Eastern district of Texas, Marshall division, Case No. 2:21-CV-213-JRG; Case No. 2:21-CV-215-JRG
        Matter:     Patent infringement, wireless communication systems
        Project:    Declaration to support claim construction

L30.    2022        **Fish & Richardson, P.C.**
        Case:       Apple Inc. and HP Inc. v. XR Communication Inc
                    IPR2022-00367; IPR2022-01155
        Matter:     *Inter Partes* Review, adaptive antennas
        Project:    Two declarations to support two IPR petitions, deposition, declaration to support petitioners' reply

L31.    2021        **Fitch, Even, Tabin & Flannery**
        Case:       L2 Mobile Technologies LLC v. Google LLC
                    Western district of Texas, Waco division, Case No. 6:21-cv-00358-ADA
        Matter:     Patent infringement, wireless communication systems
        Project:    Claim construction consulting

L32.   2021      **Morgan Lewis**
       Case:     Intellectual Tech LLC v. Zebra Technologies Corporation
                 Western district of Texas, Waco division, Case No. 6:19-cv-00628-ADA
       Matter:   Patent infringement, RFID tags
       Project:  Source code review, claim construction consulting, invalidity expert report

L33.   2021      **Carter Arnett**
       Case:     Correct Transmission LLC v. Adtran, Inc.
                 Northern district of Alabama, Northeastern division, Case No. 5:21-cv-00690-LCB
       Matter:   Patent infringement, telecommunication systems
       Project:  Declaration to support claim construction

L34.   2021      **Carter Arnett**
       Case:     Juniper Networks, Inc. v. Correct Transmission, LLC
                 IPR2021-00463; IPR2021-00682; IPR2022-00815
       Matter:   *Inter Partes* Review, network communication systems
       Project:  Two declarations to support 2 Patent Owner's responses, two depositions; declaration to support Patent Owner's preliminary response

L35.   2021      **King & Wood Mallesons LLP**
       Case:     ToT Power Control, S.L. v. AT&T Mobility et al.; ToT Power Control, S.L. v. T-Mobile USA, Inc. et al.
                 Western district of Texas, Waco division, Case No. 6:21-CV-00107-ADA; 6:21-CV-00109-ADA
       Matter:   Patent infringement, WCDMA cellular systems
       Project:  Declaration regarding claim construction

L36.   2021      **Finnegan Henderson Farabow Garrett & Dunner LLP**
       Case:     Xiaomi Communications Co., Ltd. v. Koninklijke KPN N.V.
                 IPR2022-00025
       Matter:   *Inter Partes* Review, network communication systems
       Project:  Declaration to support IPR petition

L37.   2021      **Carter Arnett**
       Case:     Juniper Networks, Inc. v. Smart Path Connections, LLC
                 IPR2021-001170; IPR2021-01356; IPR2022-00240; IPR2022-00815
       Matter:   *Inter Partes* Review, network communication systems
       Project:  Declaration to support Patent Owner's preliminary response, three declarations to support three Patent Owner's responses, two depositions

L38.   2021   **Devlin Law Firm**
       Case:   Dyfan LLC v. Target Corporation
              District of Delaware, Case No. 6:19-cv-00179-ADA
       Matter:  Patent infringement, network communications
       Project:  Declaration to support summary judgement, deposition

L39.   2021   **Alston & Bird LLP**
       Case:   Stingray IP Solutions v. Signify N.V., et al.
              Eastern district of Texas, Marshall division, Case No. 2:21-cv-00043-JRG; Case No. 2:21-cv-00044-JRG
       Matter:  Patent infringement, mobile ad-hoc networks
       Project:  Declaration to support claim construction

L40.   2021   **Cole Schotz P.C.**
       Case:   SkyBell Technologies, Inc. v. Vivint Smart Home, Inc., SimpliSafe, Inc., and Arlo Technologies Inc
              In the Matter of Certain IP Camera Systems Including Video Doorbells and Components Thereof, ITC Investigation No. 337-TA-1242
       Matter:  Patent infringement, wireless telecommunication systems
       Project:  Source code review, expert report infringement and domestic industry, rebuttal expert report, three-day deposition

L41.   2021   **Axinn, Veltrop & Harkrider LLP**
       Case:   Koninklijke Philips N.V. v. Thales DIS AIS USA, LLC et al.
              In the Matter of Certain UMTS and LTE Cellular Communication Modules and Products Containing the Same, ITC Investigation No. 337-TA-1240
       Matter:  Patent infringement, wireless communication systems
       Project:  Expert report regarding non-infringement and no domestic industry, deposition, ITC hearing testimony

L42.   2021   **Morgan, Lewis & Bockius LLP**
       Case:   SIPCO, LLC v. Aruba Networks, LLC and Hewlett Packard Enterprise Company
               District of Delaware, Case No. 1:20-cv-00537-MN
       Matter:  Patent infringement, wireless communication systems
       Project:  Declaration regarding claim construction

L43.   2021   **Ropes & Gray LLP**
       Case:   Palo Alto Networks Inc. v. Centripetal Networks, Inc.
               IPR2021-01150, IPR2021-01151, IPR2021-01155, IPR2021-01156, IPR2021-01270, PGR2021-00108, IPR2021-01520, IPR2021-01521
       Matter:  *Inter Partes* Review, network security systems
       Project:  Seven declarations to support seven IPR petitions, declaration to support post grant review, deposition

**CV of Dr. Robert Akl, D.Sc.**
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023
       Page 8

L44.    2021    **Devlin Law Firm**
        Case:    <u>CDN Innovations, LLC</u> v. Grande Communications Networks, LLC
                 Eastern district of Texas, Sherman division, Case No. 4:20-cv-653-SDJ
        Matter:  Patent infringement, telecommunication systems
        Project: Declaration to support infringement contentions

L45.    2021    **Banner Witcoff**
        Case:    Sisvel International S.A., 3G Licensing S.A. v. <u>ZTE (USA) Inc.</u> et al.
                 Northern district of Texas, Case No. 3:20-cv-01289-M
        Matter:  Patent infringement, wireless communication systems
        Project: Declaration to support claim construction, deposition

L46.    2021    **Paul Hastings LLP**
        Case:    G. Holdings Ltd. v. <u>Samsung Electronics Co., et al.</u>
                 Eastern district of Texas, Marshall division, Case No. 2:20-cv-00342-JRG
        Matter:  Patent infringement, electronic payment systems
        Project: Declaration to support claim construction

L47.    2021    **Morgan, Lewis & Bockius LLP**
        Case:    <u>Aruba Networks, LLC and Hewlett Packard Enterprise Company</u> v. SIPCO, LLC
                 IPR2021-00787
        Matter:  *Inter Partes* Review, wireless communication systems
        Project: Declaration to support IPR petition

L48.    2021    **Jenner & Block LLP**
        Case:    Virentem Ventures LLC D/B/A Enounce v. <u>TiVo Corp and Xperi Holding Corporation</u>
                 District of Delaware, Case No. 20-787-MN
        Matter:  Patent infringement, telecommunication systems
        Project: Declaration to support claim construction

L49.    2021    **Carter Arnett**
        Case:    <u>Correct Transmission LLC</u> v. Adtran, Inc. and Juniper Networks, Inc.
                 Western district of Texas, Waco division, Case No. 6:20-cv-669-ADA
        Matter:  Patent infringement, telecommunication systems
        Project: Source code review, declaration to support claim construction

L50.    2021    **Fish & Richardson, P.C.**
        Case:    <u>Quectel Wireless Solutions Co. Ltd.</u> v. Koninklijke Philips N.V.
                 IPR2021-00558, IPR2021-00559, IPR2021-00561
        Matter:  *Inter Partes* Review, wireless communication systems

|  | Project: | Three declarations to support three IPR petitions, declaration to support reply, two depositions |
|---|---|---|

**L51.** 2021 **Goldberg Kohn Ltd**
Case: United States ex. rel. <u>Todd Heath</u> v. Wisconsin Bell, Inc
District of Columbia, Case No. 11-cv-01897
Matter: Networking systems
Project: Technology consulting

**L52.** 2021 **Fish & Richardson, P.C.**
Case: <u>Samsung Electronics Co. Ltd.</u> v. Ericsson Inc.
IPR2021-00447, IPR2021-00588, IPR2021-00613, IPR2021-00614, IPR2021-00643, IPR2021-00645, IPR2021-00684
Matter: *Inter Partes* Review, wireless communication systems
Project: Seven declarations to support seven IPR petitions

**L53.** 2020 **Kilpatrick Townsend & Stockton LLP**
Case: <u>GREE Inc.</u> v. Supercell Oy
Eastern district of Texas, Marshall division, Case No. 2:19-cv-00413-JRG-RSP
Matter: Patent infringement, mobile gaming
Project: Source code review, infringement expert report, supplemental expert report, validity expert report, deposition

**L54.** 2020 **Banner Witcoff**
Case: Sisvel International S.A., 3G Licensing S.A. v. <u>ZTE (USA) Inc.</u> et al.
Northern district of Texas, Case No. 3:19-cv-01694-N
Matter: Patent infringement, wireless communication systems
Project: Declaration to support claim construction, deposition

**L55.** 2020 **Fish & Richardson, P.C.**
Case: Cellco Partnership D/B/A Verizon Wireless v. <u>Huawei Technologies Co., Ltd</u>
IPR2020-01352, IPR202-01356, IPR2020-01357
Matter: *Inter Partes* Review, network communication systems
Project: Three declarations to support 3 Patent Owner' responses

**L56.** 2020 **Kilpatrick Townsend & Stockton LLP**
Case: <u>GREE Inc.</u> v. Supercell Oy
Eastern district of Texas, Marshall division, Case No. 2:20-cv-00113-JRG-RSP
Matter: Patent infringement, mobile gaming
Project: Source code review, declaration supporting claim construction, infringement expert report, validity expert report, supplemental report, deposition

L57.   2020      **Kilpatrick Townsend & Stockton LLP**
       Case:     GREE Inc. v. Supercell Oy
                 Eastern district of Texas, Marshall division, Case No. 2:19-cv-00200-JRG-RSP, Case No. 2:19-cv-00237-JRG-RSP, Case No. 2:19-cv-00310-JRG-RSP; Case No. 2:19-cv-00311-JRG-RSP
       Matter:   Patent infringement, mobile gaming
       Project:  Source code review, four infringement expert reports, two supplemental infringement expert reports, four validity expert reports, two supplemental expert reports, two second supplemental expert reports, 3-day deposition, jury trial testimony

L58.   2020      **Sheridan Ross P.C.**
       Case:     Justservice.net LLC v. Dropbox, Inc.
                 Western district of Texas, Waco division, Case No. 6:20-CV-00070-ADA
       Matter:   Patent infringement, computer systems and networking
       Project:  Source code review, declaration regarding claim construction

L59.   2020      **Perkins Coie LLP**
       Case:     Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile (US) Inc., and TCL Mobile Communication (HK) Co., Ltd. v. Wi-LAN Inc.
       Matter:   *Ex Partes* Reexamination, QoS enhancements for wireless IP networks
       Project:  Declaration to support Requesters

L60.   2020      **Perkins Coie LLP**
       Case:     Intel Corporation v. UNM Rainforest Innovations
                 IPR2020-01576, IPR2020-01578, IPR2020-*to be assigned*
       Matter:   *Inter Partes* Review, wireless broadband
       Project:  Three declarations to support three IPR petitions

L61.   2020      **Calfee, Halter & Griswold LLP**
       Case:     Motorola Solutions, Inc. v. Hytera Communications Corp. Ltd. et al.
                 Northern district of Illinois, Case No. 1:17-cv-01972
       Matter:   Patent infringement, two-way radios
       Project:  Declaration regarding claim construction, deposition

L62.   2020      **Fish & Richardson, P.C.**
       Case:     Huawei Technologies Co., Ltd et al. v. Verizon Communications, Inc. et al.
                 Western district of Texas, Waco division, Case No. 6-20-cv-00090
       Matter:   Patent infringement, video communication
       Project:  Source code review, declaration regarding claim construction, infringement expert report, validity expert report, deposition

L63.   2020        **Kilpatrick Townsend & Stockton LLP**
       Case:       GREE Inc. v. Supercell Oy
                   Eastern district of Texas, Marshall division, Case No. 2:19-cv-00070-JRG-RSP, Case No. 2:19-cv-00071-JRG-RSP
       Matter:     Patent infringement, mobile gaming
       Project:    Source code review, two infringement expert reports, two supplemental infringement expert reports, two second supplemental infringement expert reports, two rebuttal expert reports on validity, two-day deposition, seven declarations supporting Gree's opposition to Supercell's motions for summary judgement, jury trial testimony

L64.   2020        **Cooley LLP**
       Case:       Saint Lawrence Communications, LLC v. Amazon.com, Inc., et al.
                   Eastern district of Texas, Marshall division, Case No. 2:19-cv-00027-JRG
       Matter:     Patent infringement, AMR-WB, speech compression, coding and decoding
       Project:    Invalidity expert report

L65.   2020        **Prince Lobel Tye LLP**
       Case:       Intellectual Ventures I and II LLC v. VMware, Inc.
                   Western district of Texas, Austin division, Case No. 1:19-cv-01075-ADA
       Matter:     Patent infringement, networking systems
       Project:    Declaration to support claim construction

L66.   2020        **Gibson, Dun & Crutcher LLP**
       Case:       Cellular Evolution LLC v. T-Mobile US, Inc. et al.
                   Eastern district of Texas, Marshall division, Case No. 2:19-cv-232-JRG
       Matter:     Patent infringement, cellular systems
       Project:    Invalidity consulting

L67.   2020        **Faegre Baker Daniels LLP**
       Case:       CommScope, Inc. v. Rosenberger Technology, et al.
                   District of New Jersey, Case No. 19-cv-15962-MCA-LDW
       Matter:     Trade secret software, base station antenna design
       Project:    Declaration, deposition

L68.   2020        **Ropes & Gray LLP**
       Case:       Canon, Inc. v. TCL Electronics Holdings Ltd., et al.
                   Eastern district of Texas, Marshall division, Case No. 2:18-cv-546-JRG
       Matter:     Patent infringement, communication interfaces
       Project:    Source code review, declaration to support claim construction, deposition

L69.   2019   **Perkins Coie LLP**
       Case:   <u>Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile (US) Inc., and TCL Mobile Communication (HK) Co., Ltd.</u> v. Wi-LAN Inc. IPR2020-00302, IPR2020-00303
       Matter:   *Inter Partes* Review, QoS enhancements for wireless IP networks
       Project:   Two declarations to support two IPR petitions

L70.   2019   **Fish & Richardson**
       Case:   Bell Northern Research v. <u>Huawei</u>, et al.
       Southern district of California, Case No. 3:18-cv-1784-CAB-BLM
       Matter:   Patent infringement, wireless networks
       Project:   Invalidity consulting

L71.   2019   **K & L Gates LLP**
       Case:   EVS CODEC Technologies, LLC and Saint Lawrence Communications, LLC v. <u>ZTE Corporation, et al.</u>
       Northern district of Texas, Dallas division, Case No. 3:19-cv-00385-MBH
       Matter:   Patent infringement, EVS, speech compression, coding and decoding
       Project:   Invalidity expert report

L72.   2019   **Feinberg Day Alberti Lim & Belloli LLP**
       Case:   <u>Uniloc 2017 LLC</u> v. AT&T Mobility LLC, et al.
       Eastern district of Texas, Marshall division, Case No. 2:18-cv-00514-JRG
       Matter:   Patent infringement, wireless frequency bands and devices
       Project:   Two declarations to support claim construction, deposition

L73.   2019   **Susman Godfrey LLP**
       Case:   <u>Sol IP, LLC</u> v. AT&T Mobility LLC, et al.
       Eastern district of Texas, Marshall division, Case No. 2:18-cv-00526; 2:18- cv-00527; and 2:18-cv-00528
       Matter:   Patent infringement, Wi-Fi and LTE
       Project:   Validity consulting

L74.   2019   **Ropes & Gray LLP**
       Case:   <u>Huawei Technologies Co. Ltd.</u> v. Harris Global Communications, Inc. IPR2019-01512, IPR2019-01631
       Matter:   *Inter Partes* Review, routing and security in wireless networks
       Project:   Two declarations to support two IPR petitions

L75.   2019   **Ropes & Gray LLP**
       Case:   Harris Corporation v. <u>Huawei Device USA, Inc. et al.</u>
       Eastern district of Texas, Marshall division, Case No. 2:18-cv-00439-JRG
       Matter:   Patent infringement, routing and security in wireless networks

|        |      | Project: | Declaration to support claim construction |
|--------|------|----------|-------------------------------------------|

L76.   2019   **Erise IP**
Case:     Semcon IP Inc. v. <u>ASUSTeK Computer Inc.</u>
          Eastern district of Texas, Marshall division, Case No. 2:18-cv-00193-JRG
Matter:   Patent infringement, adaptive power control
Project:  Non-infringement expert report

L77.   2019   **Cooley LLP**
Case:     <u>Facebook Inc.</u> v. BlackBerry Corp. et al.
          Northern District of California, Oakland division, Case No. 4:18-cv-05434-JSW
Matter:   Patent infringement, mobile computing
Project:  Declaration to support claim construction

L78.   2019   **Sidley Austin LLP**
Case:     Semcon IP Inc. v. <u>Amazon.com, Inc.</u>
          Eastern district of Texas, Marshall division, Case No. 2:18-cv-00192-JRG
Matter:   Patent infringement, adaptive power control
Project:  Expert report regarding patent marking, rebuttal report regarding patent marking, deposition

L79.   2019   **Oblon, McClelland, Maier & Neustadt, LLP**
Case:     MV3 Partners LLC v. <u>Roku, Inc.</u>
          Western district of Texas, Waco division, Case No. 6:18-cv-308-ADA
Matter:   Patent infringement, mobile set top box
Project:  Declaration to support claim construction, deposition, Markman hearing and tech tutorial testimony

L80.   2019   **Banner & Witcoff, LTD.**
Case:     <u>Kathrein USA, Inc</u>. v. Fractus S.A.
          IPR2019-00954, IPR2019-00955, IPR2019-00956, IPR2019-00957
Matter:   *Inter Partes* Review, multiband antenna arrays
Project:  Four declarations to support four IPR petitions

L81.   2019   **Fish & Richardson, P.C.**
Case:     <u>LG Electronics Inc</u>. v. Saint Lawrence Communications LLC
          Southern district of New York, Case No. 1:18-cv-11082-DLC
Matter:   Patent infringement, EVS, speech compression, coding and decoding
Project:  Declaration relating to motion for summary judgment, expert report, deposition

L82.  2019    **Ropes & Gray LLP**
      Case:    SIPCO, LLC v. Emerson Electric Co.
               In the Matter of Certain Wireless Mesh Networking Products and
               Related Components Thereof, ITC Investigation No. 337-TA-1131
      Matter:  Patent infringement, links in wireless networks and remote monitoring
      Project: Source code review, declaration to support claim construction,
               invalidity expert report, rebuttal expert report regarding non-
               infringement and no domestic industry

L83.  2019    **Fish & Richardson, P.C.**
      Case:    Maxell Ltd. v. Huawei Technologies Co. Ltd., ZTE, et al.
               Eastern district of Texas, Texarkana division, Case No. 5:18-cv-0033-
               RWS
      Matter:  Patent infringement, portable computing devices
      Project: Declaration regarding claim construction

L84.  2019    **Ropes & Gray LLP**
      Case:    Emerson Electric Co. v. SIPCO, LLC
               IPR2019-00548, IPR2019-00549
      Matter:  *Inter Partes* Review, routing in wireless networks
      Project: Two declarations to support two IPR petitions

L85.  2018    **Mishcon de Reya New York LLP; King & Wood Mallesons LLP**
      Case:    ChanBond, LLC v. Cox Communications, Inc.
               District of Delaware, Case No. 1:15-cv-00849-RGA
      Matter:  Patent infringement, wideband signal distribution system
      Project: Validity expert report, deposition, sur-reply expert report, second sur-
               reply expert report, second deposition, jury trial with settlement mid-
               trial

L86.  2018    **Fish & Richardson, P.C.**
      Case:    In re: Qualcomm Antitrust Litigation (Client: Apple)
               Southern district of California, Case No. 3:17-cv-00108-GPC-MDD
      Matter:  Qualcomm antitrust litigation
      Project: Two expert rebuttal reports, deposition

L87.  2018    **Susman Godfrey LLP**
      Case:    In re: Qualcomm Antitrust Litigation (Client: Class Action)
               Northern district of California, Case No. 5:17-md-02773-LHK
      Matter:  Qualcomm antitrust litigation
      Project: Expert declaration on standard essential patents, expert report on
               deemed essential patents, rebuttal expert report, deposition

L88.    2018        **284 Partners**
        Case:       Federal Trade Commission. v. Qualcomm Incorporated
                    Northern district of California, Case No. 5:17-cv-00220
        Matter:     Qualcomm antitrust litigation
        Project:    Expert report on standard essential patents, expert rebuttal report,
                    deposition

L89.    2018        **Vorys, Sater, Seymour and Pease LLP**
        Case:       Route1 Inc. v. Airwatch LLC
                    District of Delaware, Case No. 17-331-RGA
        Matter:     Patent infringement, remote access
        Project:    Source code review, declaration regarding claim construction,
                    infringement expert report, validity expert report, reply expert report,
                    deposition, three declarations regarding re-exam

L90.    2018        **Sidley Austin LLP**
        Case:       Samsung Electronics Co., Ltd v. Huawei Technologies Co., Ltd.
                    IPR2017-01471, IPR2017-01474, IPR2017-01475
        Matter:     *Inter Partes* Review, 4G/LTE
        Project:    Three declarations to support three Patent Owner's responses,
                    supplemental declaration, deposition

L91.    2018        **Fitzpatrick Cella Harper & Scinto**
        Case:       IPC Systems, Inc. v. Cloud9 Technologies, LLC
                    District of Delaware, Case No. 16-cv-443-GMS
        Matter:     Patent infringement, telephone stations and trading turrets
        Project:    Source code review, declaration regarding claim construction,
                    supplemental declaration regarding claim construction

L92.    2018        **Haynes and Boone, LLP**
        Case:       LG Electronics Inc., et al. v. Wi-LAN Inc., et al.
                    IPR2018-00673, IPR2018-00674, IPR2018-00704, IPR2018-00705,
                    IPR2018-00709, IPR2018-00710
        Matter:     *Inter Partes* Review, bandwidth allocation
        Project:    Six declarations to support six IPR petitions, two depositions, two
                    reply declarations

L93.    2018        **Pillsbury Winthrop Shaw Pittman LLP**
        Case:       Cellular Communications Equipment v. ZTE, HTC Corporation, et al.
                    Eastern district of Texas, Case No. 6:16-cv-475-RWS
        Matter:     Patent infringement, LTE, power control, emergency notification
        Project:    Invalidity expert report, deposition

L94.  2018    **Finnegan Henderson Farabow Garrett & Dunner LLP**
      Case:   FanDuel, Inc. DraftKings, Inc., and Bwin.Party Digital Entertainment
              PLC. v. <u>CG Technology Development, LLC</u>
              IPR2017-00902, IPR2017-01333, IPR2017-01491, IPR2017-01532
      Matter: *Inter Partes* Review, location-based gaming
      Project: Four declarations to support four Patent Owner's responses, two
              supplemental declarations, four depositions


L95.  2018    **Calfee, Halter & Griswold LLP**
      Case:   <u>Hytera Communications Corp. Ltd.</u> v. Motorola Solutions, Inc.
              Northern district of Ohio, Case No. 1:17-cv-01794-DNC
      Matter: Patent infringement, two-way radios
      Project: Source code review, declaration regarding claim construction, rebuttal
              declaration regarding claim construction, deposition, infringement
              expert report, validity expert report, two-day deposition


L96.  2017    **Covington & Burling LLP**
      Case:   Sharp Corporation, et al. v. <u>Hisense Co., Ltd., et al.</u>
              In the Matter of Certain Wi-Fi Enabled Electronic Devices and
              Components Thereof, ITC Investigation No. 337-TA-1072
      Matter: Patent infringement, Wi-Fi, OFDMA
      Project: Declaration regarding claim construction


L97.  2017    **Vorys, Sater, Seymour and Pease LLP**
      Case:   Airwatch LLC and VMWare Inc. v. <u>Route1 Inc.</u>
              IPR2017-02145
      Matter: *Inter Partes* Review, remote access
      Project: Declaration to support Patent Owner's response


L98.  2017    **Arnold & Porter Kaye Scholer**
      Case:   Uniloc USA, Inc. v. <u>Google, Inc.</u>
              Eastern district of Texas, Marshall division, Case No. 2:17-cv-0214-
              JRG, 2:17-cv-0224-JRG, 2:17-cv-0231-JRG, 2:17-cv-0465-JRG,
              2:17-cv-0466-JRG, 2:17-cv-0467JRG
      Matter: Patent infringement, VoIP messaging
      Project: Invalidity consulting


L99.  2017    **Simpson Thacher & Bartlett LLP**
      Case:   XR Communications, LLC. v. <u>Ubiquiti Networks, Inc.</u>
              Central district of California, Case No. 2:17-cv-02968-AG(JCGx)
      Matter: Patent infringement, Wi-Fi and adaptive antennas
      Project: Declaration regarding claim construction, deposition

L100. 2017    **Covington & Burling LLP**
Case:    <u>Huawei Device USA Inc.</u> v. Hitachi Maxell, Ltd.
     IPR2018-00209, IPR2018-00210
Matter:    *Inter Partes* Review, base station selection, GPS/Cellular location
Project:    Two declarations to support two IPR petitions

L101. 2017    **Calfee, Halter & Griswold LLP**
Case:    <u>Hytera Communications Corp. Ltd.</u> v. Motorola Solutions, Inc.
     IPR2018-00128, IPR2017-02183
Matter:    *Inter Partes* Review, two-way radios
Project:    Declaration to support IPR petition, deposition, two supplemental declarations, two depositions

L102. 2017    **Finnegan Henderson Farabow Garrett & Dunner LLP**
Case:    <u>Hytera Communications Corp. Ltd.</u> v. Motorola Solutions, Inc.
     IPR2017-02179, IPR2017-02183
Matter:    *Inter Partes* Review, two-way radios
Project:    Two declarations to support two IPR petitions, deposition

L103. 2017    **Mayer Brown LLP**
Case:    <u>Silver Spring Networks, Inc.</u> v. Sunrise Technologies, Inc.
     <u>Silver Spring Networks, Inc.</u> v. Weatherproof Wireless, LLC
     IPR2017-*To Be Assigned*, IPR2017-*To Be Assigned*
Matter:    *Inter Partes* Review, power meter
Project:    Two declarations to support two IPR petitions

L104. 2017    **Covington & Burling LLP**
Case:    Hitachi Maxell, Ltd. v. <u>Huawei Device USA Inc. et al.</u>
     Eastern district of Texas, Texarkana division, Case No. 5:16-cv-00178-RWS
Matter:    Patent infringement, 3G/4G
Project:    Source code review, declaration regarding claim construction, invalidity expert report, non-infringement expert report, non-infringing alternatives expert report, two depositions

L105. 2017    **Finnegan Henderson Farabow Garrett & Dunner LLP**
Case:    <u>LG Electronics, Inc. et al.</u> v. BLU Products, Inc. and CT Miami, LLC
     In the Matter of Certain LTE Wireless Communication Devices and Components Thereof, ITC Investigation No. 337-TA-1051
Matter:    Patent infringement, 4G/LTE
Project:    Declaration regarding claim construction, second declaration regarding claim construction

**CV of Dr. Robert Akl, D.Sc.**      Page 18
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023

L106. 2017     **Sidley Austin LLP**
    Case:     <u>Huawei Technologies Co., Ltd.</u> v. Samsung Electronics Co., Ltd.
          IPR2017-01979, IPR2017-01980, IPR2017-01986
    Matter:     *Inter Partes* Review, 4G/LTE
    Project:     Three declarations to support three IPR petitions, deposition

L107. 2017     **Finnegan Henderson Farabow Garrett & Dunner LLP**
    Case:     Motorola Solutions, Inc. v. <u>Hytera Communications Corp. Ltd. et al.</u>
          In the Matter of Certain Two-way Radio Equipment Systems, Related
          Software and Components Thereof, ITC Investigation No. 337-TA-1053
    Matter:     Patent infringement, two-way radio
    Project:     Source code review, declaration regarding claim construction, invalidity expert report, non-infringement expert report, deposition, ITC hearing testimony

L108. 2017     **Haynes and Boone, LLP**
    Case:     <u>Rackspace US, Inc.</u> v. Realtime Data LLC
          IPR2017-01691
    Matter:     *Inter Partes* Review, data compression
    Project:     Declaration to support IPR petition

L109. 2017     **Pillsbury Winthrop Shaw Pittman LLP**
    Case:     <u>ZTE (USA)</u>, <u>HTC Corporation</u>, et al. v. Cellular Communications Equipment
          IPR2017-01508, IPR2017-01509
    Matter:     *Inter Partes* Review, LTE, power control, emergency notification
    Project:     Two declarations to support two IPR petitions, two depositions

L110. 2017     **Alston & Bird LLP; Womble Carlyle Sandridge & Rice LLP**
    Case:     <u>Itron, Inc. and Duke Energy Corp.</u> v. Smart Meter Technologies
          IPR2017-01199
    Matter:     *Inter Partes* Review, power meter
    Project:     Declaration to support IPR petition, deposition

L111. 2017     **Haynes and Boone, LLP**
    Case:     <u>Ericsson Inc.</u> v. Regents of the University of Minnesota
          IPR2017-01186, IPR2017-01200, IPR2017-01213
    Matter:     *Inter Partes* Review, OFDM and MIMO
    Project:     Three declarations to support three IPR petitions

L112. 2017     **Quinn Emanuel Urquhart & Sullivan, LLP**
    Case:     GENBAND US, LLC v. <u>Metaswitch Networks Ltd, et al.</u>
          Eastern district of Texas, Marshall division, Case No. 2:16-cv-582-JRG-RSP
    Matter:     Patent infringement, Internet protocols and VoIP

**CV of Dr. Robert Akl, D.Sc.**           Page 19
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023

| | | |
|---|---|---|
| | Project: | Expert report regarding essentiality |

L113. 2017     **Mayer Brown LLP**
     Case:     Uniloc USA, Inc. et al. v. Avaya Inc., ShoreTel, Inc., et al.
                 Eastern district of Texas, Tyler division, Case Nos. 6:15-cv-1168-JRG
     Matter:    Patent infringement, instant messaging and conference calling
     Project:    Source code review, non-infringement consulting

L114. 2017     **Fish & Richardson P.C.**
     Case:     Nokia Solutions and Networks US LLC, et al. v. Huawei
                 Technologies Co. Ltd., et al.
                 Eastern district of Texas, Marshall division, Case Nos. 2:16-cv-753-JRG-RSP, 2:16-cv-754
     Matter:    Patent infringement, 4G/LTE
     Project:    Claim construction, two declarations

L115. 2017     **Rothwell Figg Ernst & Manbeck, PC; Pepper Hamilton LLP**
     Case:     Samsung Electronics, et al. v. Rembrandt Wireless Technologies, LP
                 IPR2015-00555
     Matter:    *Ex Parte* Reexamination, Bluetooth
     Project:    Two declarations to support two Patent Owner's responses, supplemental declaration to support Patent Owner's reply

L116. 2016     **Sidley Austin LLP**
     Case:     Huawei Technologies Co., et al. v. Samsung Electronics Co, et al. and Samsung Research America v. Hisilicon Technologies Co, LTD
                 Northern district of California, San Francisco division, Case No. 3:16-cv-2787-WHO
     Matter:    Patent infringement, 3G/4G/LTE
     Project:    Source code review, declaration regarding claim construction, declaration opposing summary judgement, infringement expert report, invalidity expert report, non-infringement expert report, validity expert report, two depositions

L117. 2016     **Bragalone Conroy PC**
     Case:     Securus Technologies, Inc. v. Global Tel*Link Corporation
                 CBM2017-00034
     Matter:    Covered Business Method Review, call monitoring and recording
     Project:    Declaration to support CBM petition, deposition

L118. 2016     **Braxton, Hilton & Perrone PLLC**
     Case:     Biosonix, LLC. v. Hydrowave, LLC et al.
                 Eastern district of Texas, Case No. 2:16-cv-139-RC
     Matter:    Patent infringement, underwater transceivers
     Project:    Claim construction, Markman hearing and tech tutorial testimony

**CV of Dr. Robert Akl, D.Sc.**             Page 20
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023

L119. 2016 **Gray Reed & McGraw**
Case: <u>Optis Cellular Technology, LLC and PanOptis Patent Management, LLC.</u> v. Blackberry Corporation, et al.
Eastern district of Texas, Marshall division, Case No. 2:16-cv-59-JRG-RSP, Case No. 2:16-cv-61-JRG-RSP, Case No. 2:16-cv-62-JRG-RSP
Matter: Patent infringement, LTE
Project: Claim construction, three declarations regarding claim construction, deposition

L120. 2016 **Ropes & Gray LLP; Davidson Berquist Jackson & Gowdey**
Case: SIPCO, LLC et al v. <u>Emerson Electric Co. et al</u>
Eastern district of Texas, Tyler division, Case No. 6:15-cv-907
<u>Emerson Electric Co. et al</u> v. SIPCO, LLC et al.
Northern district of Georgia, Atlanta division, Case No. 1:15-cv-00319-AT
Matter: Patent infringement, links in wireless networks and remote monitoring
Project: Source code review, invalidity consulting

L121. 2016 **McKool Smith**
Case: Regents of University of Minnesota v. <u>AT&T Mobility LLC</u>, et al.
District of Minnesota, Case No. 0:14-cv-04666-JRT-TNL
Matter: Patent infringement, LTE and MIMO
Project: Non-infringement and invalidity consulting

L122. 2016 **EIP US LLP**
Case: GENBAND US, LLC et al. v. <u>Metaswitch Networks Ltd</u>
IPR2015-01456, IPR2015-01457
Matter: *Inter Partes* Review, media gateways
Project: Two declarations to support Patent Owner's responses, two depositions

L123. 2016 **Haynes and Boone, LLP**
Case: Cox Communications, Inc. v. <u>AT&T Intellectual Property I, II, LP</u>
IPR2015-01187, IPR2015-01227, IPR2015-01273, IPR2015-01536
Matter: *Inter Partes* Review, cable networks
Project: Four declarations to support Patent Owner's responses, four depositions

L124. 2016 **Mayer Brown LLP**
Case: Odyssey Wireless v. <u>Motorola Mobility LLC</u>
Eastern district of North Carolina, Western division, Case No. 5:14-cv-491-D
Southern district of California, Case No. 3:15-cv-01741-H-RBB
Matter: Patent infringement, LTE
Project: Source code review, non-infringement consulting

L125.  2016        **Cooley LLP; Finnegan LLP**
       Case:       Saint Lawrence Comm. LLC v. <u>Motorola Mobility LLC</u>, <u>ZTE (USA) Inc.</u>, et al.
                   Eastern district of Texas, Marshall division, Case No. 2:15-cv-000351-JRG, Case No. 2:15-cv-000349-JRG
       Matter:     Patent infringement, speech compression, coding and decoding
       Project:    Invalidity expert report, expert report regarding AMR-WB standard, expert report regarding Opus and Silk, supplemental expert report regarding invalidity, two-day depositions, jury trial testimony for Motorola

L126.  2015        **Sidley Austin LLP**
       Case:       Evolved Wireless, LLC v. <u>Microsoft Corp, et al.</u>
                   District of Delaware, Case No. 15-cv-546
       Matter:     Patent infringement, LTE
       Project:    Prior art and invalidity consulting

L127.  2015        **McKool Smith**
       Case:       <u>Optis Wireless Technology, LLC and PanOptis Patent Management, LLC.</u> v. ZTE Corporation and ZTE (USA) Inc.
                   Eastern district of Texas, Marshall division, Case No. 2:15-cv-300-JRG-RSP
       Matter:     Patent infringement, cellular messages and multimedia attachments
       Project:    Source code review, claim construction, declaration

L128.  2015        **Fish & Richardson, P.C.**
       Case:       Saint Lawrence Comm. LLC v. <u>LG Elec., Inc. et al.</u>
                   Eastern district of Texas, Marshall division, Case No. 2:14-cv-1055-JRG
       Matter:     Patent infringement, speech compression, coding and decoding
       Project:    Invalidity expert report

L129.  2015        **Finnegan Henderson Farabow Garrett & Dunner LLP**
       Case:       <u>LG Electronics, Inc.</u> v. Cellular Communications Equipment LLC IPR2016-00178
       Matter:     *Inter Partes* Review, LTE
       Project:    Declaration to support IPR petition

L130.  2015        **McKool Smith**
       Case:       <u>AT&T, et al.</u> v. Cox Communication, Inc., et al.
                   District of Delaware, Case No. 14-1106-GMS
       Matter:     Patent infringement, cable networks
       Project:    Claim construction, declaration

L131. 2015        **McKool Smith**
        Case:     Ericsson Inc., et al. v. TCL Communication, et al.
                  Eastern district of Texas, Marshall division, Case No. 2:15-cv-00011-RSP
        Matter:   Patent infringement, wireless devices and systems
        Project:  Source code review, claim construction, declaration, infringement expert report, validity expert report, two-day depositions

L132. 2015        **Foley & Lardner LLP**
        Case:     Kyocera Communications, Inc. v. Cellular Communications Equipment LLC
                  IPR2015-01559, IPR2015-01564
        Matter:   *Inter Partes* Review, LTE, power control, emergency notification
        Project:  Two declarations to support two IPR petitions

L133. 2015        **Fish & Richardson, P.C.**
        Case:     Fairfield Industries Inc. v. Wireless Seismic, Inc.
                  Southern district of Texas, Case No. 4:14-cv-02972-KPE
        Matter:   Patent infringement, wireless sensor networks
        Project:  Non-infringement expert report

L134. 2015        **Quinn Emanuel Urquhart & Sullivan, LLP**
        Case:     GENBAND US, LLC v. Metaswitch Networks Ltd, et al.
                  Eastern district of Texas, Marshall division, Case No. 2:14-cv-33-JRG-RSP
        Matter:   Patent infringement, Internet protocols and VoIP
        Project:  Expert report regarding essentiality, non-infringement expert report, rebuttal expert report regarding non-practice, supplemental rebuttal expert report, three-day depositions, jury trial testimony

L135. 2015        **Duane Morris LLP; Foley & Lardner LLP**
        Case:     Mobile Telecommunications Technologies, LLC v. Leap Wireless International, Cricket Communications, Inc.
                  Eastern district of Texas, Marshall division, Case No. 2:13-cv-00885-RSP
        Matter:   Patent infringement, OFDM and MIMO
        Project:  Non-infringement expert report, deposition

L136. 2015        **Hogan Lovells US LLP; Kenyon & Kenyon LLP**
        Case:     One-E-Way v. Beats Electronics, LLC, Sony Corporation, et al.
                  In the Matter of Certain Wireless Headsets, ITC Investigation No. 337-TA-943
        Matter:   Patent infringement, wireless communication
        Project:  Claim construction, declaration

L137. 2015     **McKool Smith**
     Case:     Solocron Media, LLC v. AT&T Inc., et al.
              Eastern district of Texas, Marshall division, Case No. 2:13-cv-1059-JRG
     Matter:    Patent infringement, ringtone download
     Project:    Claim construction, invalidity expert report

L138. 2015     **EIP US LLP**
     Case:     Good Technology Software, Inc. v. Mobile Iron, Inc.
              IPR2015-00833, IPR2015-00836, IPR2015-01090
     Matter:    *Inter Partes* Review, software management in wireless devices
     Project:    Three declarations to support three IPR petitions

L139. 2015     **McKool Smith**
     Case:     AirWatch LLC v. Good Technology Corp
              Northern district of Georgia, Case No. 1:14-cv-02281-SCJ
     Matter:    Patent infringement, software management in wireless devices
     Project:    Claim construction, declaration

L140. 2015     **Simpson Thacher & Bartlett LLP**
     Case:     IXI Mobile (R&D) Ltd. et al. v. Apple Inc.
              Southern district of New York, Case No. 14-cv-7594-RJS
     Matter:    Patent infringement, PDA and Bluetooth
     Project:    Invalidity consulting

L141. 2014     **Bragalone Conroy PC**
     Case:     Global Tel*Link Corporation v. Securus Technologies, Inc.
              IPR2014-00785, IPR2014-00810, IPR2014-00824, IPR2014-00825, IPR2014-01278, IPR2014-01282, IPR2014-01283
     Matter:    *Inter Partes* Review, VoIP call monitoring and recording, allocating telecommunication resources and information systems
     Project:    Seven declarations to support seven Patent Owner's responses, five depositions

L142. 2014     **Orrick, Herrington & Sutcliffe LLP**
     Case:     Shopkick, Inc. v. Novitaz, Inc.
              IPR2015-00277, IPR2015-00278
     Matter:    *Inter Partes* Review, wireless customer service management
     Project:    Two declarations to support two IPR petitions

L143. 2014     **Paul Hastings LLP**
     Case:     Cellular Communications Equipment LLC v. AT&T, et al.
              Eastern district of Texas, Tyler division, Case No. 6:13-cv-507-LED (Lead Case for Consolidation)
     Matter:    Patent infringement, 3G cellular communication
     Project:    Claim construction, declaration

**CV of Dr. Robert Akl, D.Sc.**                  Page 24
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023

L144.   2014      **Baker Botts LLP**
        Case:     Orlando Communications LLC v. <u>AT&T</u>, et al.
                  M.D. Florida, Case No. 6:14-cv-01021
        Matter:   Patent infringement, 3G/4G cellular communication
        Project:  Non-infringement and claim construction consulting

L145.   2014      **EIP US LLP**
        Case:     <u>Good Technology Software, Inc.</u> v. AirWatch, LLC
                  IPR2015-00248, IPR2015-00875
        Matter:   *Inter Partes* Review, software management in wireless devices
        Project:  Two declarations to support two IPR petitions

L146.   2014      **Bragalone Conroy PC**
        Case:     <u>Securus Technologies, Inc.</u> v. Global Tel*Link Corporation
                  IPR2015-00153, IPR2015-00155, IPR2015-00156
        Matter:   *Inter Partes* Review, VoIP call monitoring and recording
        Project:  Three declarations to support three IPR petitions, two depositions

L147.   2014      **Andrews Kurth LLP**
        Case:     <u>Sony Mobile Communications (USA)</u> v. Adaptix Inc.
                  IPR2014-01524, IPR2014-01525
        Matter:   *Inter Partes* Review, subcarrier selection in LTE
        Project:  Two declarations to support two IPR petitions, deposition

L148.   2014      **Steptoe & Johnson LLP; Baker & McKenzie LLP**
        Case:     <u>VTech Communications, Inc. and Uniden America Corporations</u> v.
                  Spherix Incorporated
                  IPR2014-01432
        Matter:   *Inter Partes* Review, IP telephony
        Project:  Declaration to support IPR petition, deposition, reply declaration,
                  deposition

L149.   2014      **Steptoe & Johnson LLP; Baker & McKenzie LLP**
        Case:     Spherix Inc. v. <u>VTech Telecommunications Ltd., et al.</u>
                  Spherix Inc. v. <u>Uniden Corp, et al.</u>
                  Northern district of Texas, Dallas Division, Case No. 3:13-cv-3494
                  and 3:13-cv-3496
        Matter:   Patent infringement, IP telephony
        Project:  Claim construction, declaration, deposition

L150.   2014      **McKool Smith**
        Case:     <u>Good Technology Corp.</u> v. MobileIron, Inc.
                  Northern district of California, Case No. 5:12-cv-05826-PSG
        Matter:   Patent infringement, software management in wireless devices

|  | Project: | Claim construction, three declarations, claim invalidity expert report, non-infringement expert report, deposition, jury trial testimony |

L151.   2014   **Lee & Hayes**
Case:      Broadcom Corp. v. <u>Ericsson, Inc.</u>
           IPR2013-00601, IPR2013-00602, and IPR2013-00636
Matter:    *Inter Partes* Review, ARQ protocols
Project:   Three declarations to support Patent Owner's responses, two declarations to support Patent Owner's Motion to Amend, deposition, two reply declarations

L152.   2014   **Sidley Austin LLP**
Case:      Adaptix, Inc. v. <u>Huawei Technologies Co.</u>, et al.
           Eastern district of Texas, Case No. 6:13-cv-00438, 439, 440 and 441
Matter:    Patent infringement, subcarrier selection in LTE
Project:   Source code review, non-infringement consulting

L153.   2014   **Finnegan Henderson Farabow Garrett & Dunner LLP**
Case:      Cell and Network Selection LLC v. <u>Huawei Technologies Co.</u>, et al.
           Eastern district of Texas, Case No. 6:13-cv-00404-LED-JDL
Matter:    Patent infringement, base station selection in LTE
Project:   Non-infringement consulting

L154.   2014   **Feinberg Day Alberti & Thompson LLP**
Case:      DSS Technology Management, Inc. v. <u>Apple Inc.</u>
           Eastern district of Texas, Tyler division, Case No. 6:13-cv-00919-JDL
Matter:    Patent infringement, PDA and Bluetooth
Project:   Claim construction and invalidity consulting

L155.   2014   **Sheppard Mullin Richter & Hampton LLP**
Case:      Digcom Inc. v. <u>ZTE (USA), Inc.</u>
           District of Nevada, Case No. 3:13-cv-00178-RCJ-WGC
Matter:    Patent infringement, cellular communication
Project:   Claim construction consulting

L156.   2014   **Lott & Fischer**
Case:      Zenith Electronics, LLC, et al. v. <u>Craig Electronics, Inc.</u>
           Southern district of Florida, Case No. 9:13-cv-80567-DMM/DLB
Matter:    Patent infringement, HDTV transmission and reception
Project:   Opening expert report regarding nonessentiality

L157.   2013   **McKool Smith**
Case:      Zenith Electronics, LLC, et al. v. <u>Curtis International Ltd.</u>
           Southern district of Florida, Case No. 9:13-cv-80568-DMM/DLB
Matter:    Patent infringement, HDTV transmission and reception
Project:   Claim construction, declaration, deposition

L158.  2013        **Gibson Dunn**
      Case:      Straight Path IP Group v. <u>Sharp Corp. and Sharp Electronics Corp.</u>
              In the Matter of Certain Point-to-Point Network Communication Devices and Products Containing Same, ITC Investigation No. 337-TA-892
      Matter:    Patent infringement, point-to-point network communication
      Project:   Non-infringement consulting

L159.  2013        **Kilpatrick Townsend & Stockton LLP; Cooley LLP**
      Case:      Monec Holding AG v. <u>Motorola Mobility LLC</u>, <u>HTC</u>, et al.
              District of Delaware, Case No. 1:11-cv-798-LPS-SRF
      Matter:    Patent infringement, displaying books on tablets
      Project:   Non-infringement expert report for Motorola, non-infringement expert report for HTC, deposition

L160.  2013        **Gartman Law Group**
      Case:      <u>Lone Star WiFi LLC</u> v. Legacy Stonebriar Hotel, Ltd; et al.
              Eastern district Of Texas, Tyler, Case No. 6:12-cv-957
      Matter:    Patent infringement, levels of access in Wi-Fi networks
      Project:   Claim validity consulting

L161.  2013        **White & Case, LLP**
      Case:      Nokia Corp and Nokia, Inc. v. <u>HTC Corp and HTC America, Inc. and Google, Inc.</u>
              In the Matter of Certain Portable Electronic Communication Devices, Including Mobile Phones and Components Thereof, ITC Investigation No. 337-TA-885
      Matter:    Patent infringement, App download and installation
      Project:   Non-infringement consulting

L162.  2013        **Heim, Payne & Chorush, LLP**
      Case:      <u>Rembrandt Wireless</u> v. Samsung Electronics Co., et al.
              Eastern district of Texas, Marshall, Case No. 2:13-cv-213-JRG-RSP
      Matter:    Patent infringement, Bluetooth
      Project:   Expert report regarding validity, deposition, jury trial

L163.  2013        **Baker Hostetler; Davis Polk & Wardwell LLP**
      Case:      <u>Comcast</u> v. Sprint; and Nextel Inc.
              Eastern district of Pennsylvania, Case No. 2:12-cv-00859-JD
      Matter:    Patent infringement, SMS/MMS in Cellular Networks
      Project:   Infringement expert report, validity expert report, reply expert report, declaration, two-day depositions, jury trial testimony

L164. 2013    **McKool Smith**
     Case:    Samsung Electronics America v. Ericsson Inc.
              In the Matter of Certain Wireless Communications Equipment and Articles Therein, ITC Investigation No. 337-TA-866
     Matter:    Patent infringement, LTE uplink and downlink
     Project:    Source code review, prior art research, claim construction, claim invalidity expert report, non-infringement expert report, ITC hearing testimony

L165. 2012    **DLA Piper US LLP**
     Case:    CSR Technology Inc. v. Freescale Semiconductor, Inc.
              USDC-San Francisco, Case No. 3:12-cv-02619-RS
     Matter:    Patent infringement, radio transceivers
     Project:    Claim construction, declaration

L166. 2012    **Fish & Richardson P.C.**
     Case:    GPNE Corp. v. Apple, Inc.; et al.
              USDC-ND California, Case No. 5:12-cv-02885-LHK
     Matter:    Patent infringement, resource allocation in wireless networks
     Project:    Prior art research consulting

L167. 2012    **Polsinelli Shughart PC**
     Case:    Single Touch Interactive, Inc. v. Zoove Corporation
              Northern district of California, Case No. 3:12-cv-00831-JSC
     Matter:    Patent infringement, abbreviated dialing, information delivery
     Project:    Claim construction, Markman hearing and tech tutorial testimony, two declarations

L168. 2012    **K & L Gates**
     Case:    EON Corp. IP Holdings, LLC v. Novatel Wireless, Inc.; et al.
              DC-Tyler, Texas, Case No. 6:11-cv-00015-LED-JDL
     Matter:    Patent infringement, wireless modem and 3G services
     Project:    Non-infringement expert report, deposition

L169. 2012    **Simpson Thacher & Bartlett LLP**
     Case:    CSR Technology, Inc. v. Bandspeed, Inc.
              Western district of Texas, Case No. 1:12-cv-297-LY
     Matter:    Patent infringement, packet identification in 2.4 GHz and 5 GHz
     Project:    Source code review, Markman hearing and tech tutorial testimony, infringement expert report

L170. 2012    **Sheppard Mullin Richter & Hampton LLP**
     Case:    Wi-LAN v. HTC America, Inc., et al.
              Eastern district of Texas, Case No. 6:10-cv-521-LED
     Matter:    Patent infringement, CDMA, Orthogonal Codes

**CV of Dr. Robert Akl, D.Sc.**           Page 28
(214) 972-1972; robert.akl@ashumcorp.com
Updated: April 2023

|   |   |   |
|---|---|---|
| | Project: | Source code review, non-infringement expert report, deposition, jury trial testimony |

L171. 2012 **Dechert LLP**
    Case: Hitachi v. TPV and Vizio, Inc.; and Vizio v. Hitachi, LTD.
            Eastern district of Texas, Case No. 2:10-cv-260
    Matter: Patent infringement, HD television transmission and reception
    Project: Prior art research, claim invalidity consulting

L172. 2012 **Fish & Richardson P.C.; Covington & Burling; Alston & Bird; Brinks Hofer Gilson & Lione**
    Case: InterDigital Commc'n, LLC v. Huawei Tech. Co. LTD; LG Electronics, Inc.; Nokia, Inc.; and ZTE (USA) Inc.
            Certain Wireless Devices With 3G Capabilities and Components Thereof, ITC Investigation No. 337-TA-800
    Matter: Patent infringement, channel coding in UMTS, HSDPA
    Project: Non-infringement consulting

L173. 2012 **Fish & Richardson P.C.; Covington & Burling; Alston & Bird; Brinks Hofer Gilson & Lione**
    Case: InterDigital Commc'n, LLC v. Huawei Tech. Co. LTD; LG Electronics, Inc.; Nokia, Inc.; and ZTE (USA) Inc.
            District of Delaware, Case No. 1:11-cv-00654-UNA
    Matter: Patent infringement, channel coding in UMTS, HSDPA
    Project: Non-infringement consulting

L174. 2011 **O'Melveny & Myers LLP**
    Case: MobileMedia Ideas, LLC v. Apple, Inc.
            District of Delaware, Case No. 1:10-cv-00258-SLR-MPT
    Matter: Patent infringement, voice control, call rejection in mobile phones
    Project: Source code review, prior art research, declaration, claim invalidity expert report, non-infringement expert report, deposition, jury trial testimony

L175. 2011 **Wilmer Cutler Pickering Hale and Dorr**
    Case: Apple, Inc. v. Samsung Electronics Co.
            Northern district of California, Case No. 5:11-cv-01846-LHK
    Matter: Patent infringement, channel coding in CDMA, E-AGCH, TFCI
    Project: Prior art research, claim construction consulting

L176. 2011 **Weil, Gotshal & Manges LLP**
    Case: Vizio, Inc. v. Renesas Electronics America, Inc.
            ITC Investigation No. 337-TA-789
    Matter: Patent infringement, HD television transmission and reception
    Project: Claim invalidity consulting

L177. 2011 **Shapiro Cohen**
      Case:    TenXc Wireless Inc. v. Andrew LLC
               TenXc Wireless Inc. v. Mobi Antenna Technologies Ltd.
      Matter:  Patent infringement, antenna design, sectorized cellular network
      Project: Claim validity consulting

L178. 2010 **Fish & Richardson P.C.**
      Case:    Vizio, Inc., v. LG Electronics, Inc.
               ITC Investigation No. 337-TA-733
      Matter:  Patent infringement, HD television transmission and reception
      Project: Claim charts, claim construction expert report, deposition

L179. 2010 **Fish & Richardson P.C.**
      Case:    Vizio, Inc., v. LG Electronics, Inc.
               District of Maryland, Case No. 1:09-cv-1481-BEL
      Matter:  Patent infringement, HD television transmission and reception
      Project: Claim charts, claim construction expert report, deposition

L180. 2008 **Kaye Scholer LLP**
      Case:    eBay Inc. v. IDT.
               Western district of Arkansas, Case No. 4:08-cv-4015-HFB
      Matter:  Patent infringement, long distance communication using Internet
      Project: Prior art research, claim construction consulting

L181. 2008 **Simpson Thacher & Bartlett LLP**
      Case:    Commil USA, LLC v. Cisco Systems, Inc.
               Eastern district of Texas, Case No. 2:07-cv-00341-DF-CE
      Matter:  Patent infringement, two-level wireless protocol
      Project: Prior art research

L182. 2006 **Woodfill and Pressler**
      Case:    Charles Russell v. Interinsurance Exchange of the Auto Club
               Harris County, Texas, Case No. 2005-19706
      Matter:  House fire and insurance claim
      Project: Determining user location using cellular phone records, expert report,
               deposition, jury trial testimony

## Consulting History

From:   11/2022    **Abe, Ikubo & Katayama (Client: ASUS Japan K.K.)**
To:     12/2022    Japan
        Duties:    Analyze 3GPP standards contribution.

From:   8/2022     **JLP Enterprise Holdings LLC**
To:     8/2022     Dallas, TX
        Duties:    Analyze patents for essentiality to 5G standards.

| From: | 5/2022 | **Washington Utilities and Transportation Commission DOCKET UT-181051** |
|---|---|---|
| To: | 12/2022 | Olympia, WA |
| | Duties: | Analyze cause(s) of network failure, provide testimony on behalf of Staff, deposition, hearing testimony |

| From: | 8/2021 | **Carter Arnett (Client: G+ Communications)** |
|---|---|---|
| To: | 5/2022 | Dallas, TX |
| | Duties: | Analyze patents for essentiality to 4G and 5G standards. |

| From: | 2/2021 | **ExpertsDirect Pty Ltd** |
|---|---|---|
| To: | 3/2021 | Australia |
| | Duties: | Analyze antenna arrays. |

| From: | 11/2020 | **Licks Attorneys** |
|---|---|---|
| To: | 1/2021 | Brazil |
| | Duties: | Analyze patents for essentiality to 4G standards. |

| From: | 6/2019 | **Fish & Richardson, P.C. (Client: Huawei)** |
|---|---|---|
| To: | 5/2022 | Dallas, TX |
| | Duties: | Analyze patents for essentiality to 3G, 4G, and 5G standards. |

| From: | 1/2013 | **Heim, Payne & Chorush, LLP** |
|---|---|---|
| To: | 3/2013 | Houston, TX |
| | Duties: | Analyze patents on wireless technologies. |

| From: | 4/2007 | **Collin County Sheriff's Office** |
|---|---|---|
| To: | 5/2007 | McKinney, TX |
| | Duties: | Analyzed cellular record data and determined user location in a double-homicide investigation. |

| From: | 4/2004 | **Allegiant Integrated Solutions** |
|---|---|---|
| To: | 5/2004 | Fort Worth, TX |
| | Duties: | Designed and developed an integrated set of tools for fast deployment of wireless networks. The tools optimize the placement of Access Points and determine their respective channel allocations to minimize interference and maximize capacity. |

| From: | 3/2002 | **Input/Output Incorporated** |
|---|---|---|
| To: | 4/2002 | New Orleans, LA |
| | Duties: | Designed and implemented an algorithm in MATLAB for optimizing the frequency selection process used by sonar for scanning the bottom of the ocean. |

| From: | 6/1998 | **Teleware Corporation** |
|---|---|---|

To:       7/1998     Seoul, South Korea
Duties:              Designed and developed a software package for analyzing the capacity in a CDMA network to maximize the number of subscribers.

## Employment History

From:     1/2015     **University of North Texas**
To:       8/2021     Denton, TX
          Position:  *Associate Chair of Graduate Studies Department of Computer Science and Engineering*
                     In charge of all administrative duties related to the Master's and Ph.D. programs in the department.

From:     5/2008     **University of North Texas**
To:       Present    Denton, TX
          Position:  *Tenured Associate Professor Department of Computer Science and Engineering*
                     Conducting research on cellular networks and wireless sensor networks. Teaching wireless communication courses. Advising graduate and undergraduate students.

From:     9/2002     **University of North Texas**
To:       5/2008     Denton, TX
          Position:  *Assistant Professor Department of Computer Science and Engineering*
                     Conducting research on WCDMA/UMTS wireless networks. Teaching wireless communication and computer architecture courses. Advising graduate and undergraduate students.

From:     1/2002     **University of New Orleans**
To:       8/2002     New Orleans, LA
          Position:  *Assistant Professor Department of Electrical Engineering*
                     Designed and taught two new courses "Computer Systems Design I and II". Developed a Computer Engineering Curriculum with strong hardware-design emphasis. Formed a wireless research group. Advised graduate and undergraduate students.

From:     10/2000    **Comspace Corporation**
To:       12/2001    Coppell, TX
          Position:  *Senior Systems Engineer*
                     Designed, coded (in Matlab), and simulated Viterbi decoding, Turbo coding, trellis coded modulation (TCM), and Reed-Muller codes. Optimized soft decision parameters and interleavers for additive white Gaussian and Rayleigh faded channels. Extended the control and trunking of push-to-talk Logic Trunked Radio (LTR) to include one-to-one and one-to-many voice and data messaging.

| From: | 8/1996 | **MinMax Corporation** |
|---|---|---|
| To: | 8/2000 | Saint Louis, MO |
| | Position: | *Research Associate* |

Designed software packages that provide the tools to flexibly allocate capacity in a CDMA network and maximize the number of subscribers. Analyzed and simulated different audio compression schemes. Validated, simulated (logical and timing), and developed the hardware architecture for an ATM switch capable of channel group switching.

| From: | 8/1994 | **Washington University** |
|---|---|---|
| To: | 8/2000 | Saint Louis, MO |
| | Position: | *Research and Teaching Assistant* |

Taught, consulted, and graded Circuit Analysis at the undergraduate level and Network Design at the graduate level.

## Publications

### Conference Proceedings

C1.  U.K. Dey, **R. Akl**, R. Chataut, "Performance Improvement in Cellular V2X (CV2X) by Using Massive MIMO Jacobi Detector," *2022 IEEE 19th International Conference on Smart Communities: Improving Quality of Life Using ICT, IoT and AI (HONET)*, December 2022, pp. 122-127.

C2.  U.K. Dey, **R. Akl**, R. Chataut, "Performance Improvement in Cellular V2X (CV2X) by Using Low Density Parity Check (LDPC) Code," *2022 IEEE 13th Annual Ubiquitous Computing, Electronics & Mobile Communication Conference (UEMCON)*, October 2022, pp. 296-302.

C3.  M. Robaei, **R. Akl**, "Distributed Compressed Sensing Karhunen-Loéve Expansion - Application to Millimeter-Wave Resource Allocation Through Group Beamforming," *2022 IEEE International Workshop Technical Committee on Communications Quality and Reliability (CQR)*, September 2022, pp. 7-12.

C4.  R. Chataut, **R. Akl**, U.K. Dey, "Massive MIMO Uplink Signal Detector for 5G and Beyond Networks," *2022 IEEE Texas Symposium on Wireless and Microwave Circuits and Systems (WMCS)*, April 2022, 7 pgs.

C5.  M. Robaei, **R. Akl**, R. Chataut, U.K. Dey, "Adaptive Millimeter-Wave Channel Estimation and Tracking," *2022 24th International Conference on Advanced Communication Technology (ICACT)*, February 2022, pp. 23-28.

C6.  U.K. Dey, **R. Akl**, R. Chataut, "Throughput Improvement in Vehicular Communication by Using Low Density Parity Check (LDPC) Code," *IEEE CCWC 2022 The 12th Annual Computing and Communication Workshop and Conference*, January 2022, pp. 836-843.

C7. U.K. Dey, **R. Akl**, R. Chataut, M. Robaei, "Selective MIMO in Vehicular Communication for Reliable Safety Services and High Speed Non-Safety Services," *2021 IEEE 12th Annual Ubiquitous Computing, Electronics & Mobile Communication Conference (UEMCON)*, 2021, pp. 785-790, 6 pgs.

C8. R. Chataut, **R. Akl**, U.K. Dey, "An Efficient and Fast-convergent Detector for 5G and Beyond Massive MIMO Systems," *2021 IEEE 12th Annual Ubiquitous Computing, Electronics & Mobile Communication Conference (UEMCON)*, 2021, pp. 866-872, 7 pgs.

C9. M. Robaei, **R. Akl**, "Millimeter-Wave Blockage Modeling And Mitigation," *2021 IEEE International Workshop Technical Committee on Communications Quality and Reliability (CQR 2021)*, 2021, 6 pgs.

C10. M. Robaei, **R. Akl**, "Characterizing Non-Stationary Millimeter-Wave Communication Using Fuzzy Entropy," *2021 55th Annual Conference on Information Sciences and Systems (CISS)*, 2021, 6 pgs.

C11. M. Robaei, **R. Akl**, R. Chataut, U.K. Dey, "Adaptive Millimeter-Wave Channel Estimation and Tracking," *2021 23rd International Conference on Advanced Communication Technology (ICACT)*, February 2021, pp. 23-28, 6 pgs.

C12. U.K. Dey, **R. Akl**, R. Chataut, M. Robaei, "Modified PHY Layer for High Performance V2X Communication using 5G NR," *IEEE UEMCON 11th IEEE Annual Ubiquitous Computing, Electronics & Mobile Communication Conference*, October 2020, pp. 137-142, 6 pgs.

C13. R. Chataut, **R. Akl**, "An Efficient and Fair Scheduling for Downlink 5G Massive MIMO Systems," *IEEE Texas Symposium on Wireless and Microwave Circuits and Systems*, June 2020, paper no.TSWMCS2020-39, 8 pgs.

C14. R. Chataut, **R. Akl**, "Efficient and Low-Complexity Iterative Detectors for 5G Massive MIMO Systems," *IEEE DCOSS 2020 International Conference on Distributed Computing in Sensor Systems*, May 2020, pp. 442-449, 8 pgs.

C15. U.K. Dey, **R. Akl**, R. Chataut, "High Throughput Vehicular Communication Using Spatial Multiplexing MIMO," *IEEE CCWC 2020 The 10th Annual Computing and Communication Workshop and Conference*, January 2020, paper no. 1570613408, 6 pgs.

C16. R. Chataut, **R. Akl**, M. Robaei, "Accelerated and Preconditioned Refinement of Gauss-Seidel Method for Uplink Signal Detection in 5G Massive MIMO Systems," *IEEE CCWC 2020 The 10th Annual Computing and Communication Workshop and Conference*, January 2020, paper no. 1570605343, 7 pgs.

C17. M. Robaei, **R. Akl**, "Examining Spatial Consistency for Millimeter-Wave Massive MIMO Channel Estimation in 5G-NR," *IEEE ICCE 2020 The 38th International Conference on Consumer Electronics*, January 2020, paper no. 1570596880, 6 pages.

C18. R. Chataut, **R. Akl**, "Channel Gain Based User Scheduling for 5G Massive MIMO Systems," *IEEE HONET-ICT 2019 The 16th International Conference on Smart Cities: Improving Quality of Life Using ICT & IoT and AI*, October 2019, paper no. 1570565594, 5 pgs.

C19. M. Robaei, **R. Akl**, "Time-Variant Broadband mmWave Channel Estimation Based on Compressed Sensing," *IEEE UEMCON 2019 The 10th Annual Ubiquitous Computing, Electronics & Mobile Communication Conference*, October 2019, paper no. 1570577430, 7 pages.

C20. R. Chataut, **R. Akl**, U. Dey, "Least Square Regressor Selection Based Detection for Uplink 5G Massive MIMO Systems," *IEEE WAMICON 2019 The 20th Annual IEEE Wireless and Microwave Technology Conference*, April 2019, paper no. 1570524727, 6 pgs.

C21. R. Chataut, **R. Akl**, "Huber Fitting Based ADMM Detection for Uplink 5G Massive MIMO Systems," *IEEE UEMCON 2018 The 9th Annual Ubiquitous Computing, Electronics & Mobile Communication Conference*, November 2018, paper no. 1570492416, 5 pgs.

C22. R. Chataut, **R. Akl**, "Efficient and Low Complex Uplink Detection for 5G Massive MIMO Systems," *IEEE WAMICON 2018 The 19th Annual Wireless and Microwave Technology Conference*, April 2018, paper no. 1570431593, 6 pgs.

C23. R. Chataut, **R. Akl**, "Optimal Pilot Reuse Factor Based on User Environments in 5G Massive MIMO," *IEEE CCWC 2018 The 8th Annual Computing and Communication Workshop Conference*, January 2018, paper no. 1570413394, 6 pgs.

C24. S. Alotaibi, **R. Akl**, "Radio Resource Management in LTE Femtocell Networks," *IEEE NCA '17 International Symposium on Network Computing and Applications*, November 2017, paper no. 117, 5 pgs.

C25. U. Sawant, **R. Akl**, "Subcarrier Allocation in LTE Network Deployment with Mobility," *IEEE UEMCON 2017 8th Annual Ubiquitous Computing, Electronics and Mobile Communication Conference*, October 2017, paper no. 1570349184, 8 pgs.

C26. S. Alotaibi, **R. Akl**, "Packet Scheduling Bandwidth Type-Based Mechanism for LTE," *IEEE UEMCON 2017 8th Annual Ubiquitous Computing, Electronics and Mobile Communication Conference*, October 2017, paper no. 1570394639, 6 pgs.

C27. S. Alotaibi, **R. Akl**, "Dynamic Fractional Frequency Reuse (FFR) Scheme for Two-Tier Network in LTE," *IEEE UEMCON 2017 8th Annual Ubiquitous Computing, Electronics and Mobile Communication Conference*, October 2017, paper no. 1570394969, 6 pgs.

C28. U. Sawant, **R. Akl**, "Evaluation of Adaptive and Non Adaptive LTE Fractional Frequency Reuse Mechanisms," *IEEE WOCC 2017 The 26th Annual Wireless and Optical Communications Conference*, April 2017, paper no. 1570341174, 6 pgs.

C29. S. Alotaibi, **R. Akl**, "Range-Based Scheme for Adjusting Transmission Power for Femtocells in Co-Channel Deployment," *IEEE WTS 2017 The 16th Annual Wireless Telecommunications Symposium*, April 2017, paper no. 1570334744, 5 pgs.

C30. U. Sawant, **R. Akl**, "A Novel Metric to Study the Performance of Sectorized Fractional Frequency Reuse Techniques in LTE," *IEEE WTS 2017 The 16th Annual Wireless Telecommunications Symposium*, April 2017, paper no. 1570338498, 7 pgs.

C31. S. Alotaibi, **R. Akl**, "Dynamic Frequency Partitioning Scheme for LTE HetNet Networks Using Fractional Frequency Reuse," *IEEE WCNC '17 Wireless Communications and Networking Conference*, March 2017, paper no. 1570332420, 5 pgs., demo and poster.

C32. U. Sawant, **R. Akl**, "Performance Evaluation of Network Productivity for LTE Heterogenous Networks with Reward-Penalty Weights Assessment," *IEEE CCWC 2017 The 7th Annual Computing and Communication Workshop Conference*, January 2017, paper no. 1570328396, 6 pgs.

C33. S. Alotaibi, **R. Akl**, "Self-Adjustment Downlink Transmission Power for Femtocells in Co-Channel Deployment in Heterogeneous Networks," *IEEE CCWC 2017 The 7th Annual Computing and Communication Workshop Conference*, January 2017, paper no. 1570326815, 6 pgs.

C34. U. Sawant, **R. Akl**, "Performance Evaluation of Sectorized Fractional Frequency Reuse Techniques Using Novel Metric," *IEEE ISCC 2016 The Twenty-First IEEE Symposium on Computers and Communications*, June 2016, paper no. 1570275270, 7 pgs.

C35. R. Tidwell, S. Akumalla, S. Karlaputi, **R. Akl**, K. Kavi, and D. Struble, "Evaluating the Feasibility of EMG and Bend Sensors for Classifying Hand Gestures," *1st International Conference on Multimedia and Human Computer Interaction*, July 2013, paper no. 63, 8 pgs.

C36. **R. Akl**, K. Pasupathy, and M. Haidar, "Anchor Nodes Placement for Effective Passive Localization," *2011 IEEE International Conference on Selected Topics in Mobile and Wireless Networks (iCOST)*, October 2011, paper no. 1569490799, pp. 127 - 132.

C37. **R. Akl**, P. Kadiyala, and M. Haidar, "Non-Uniform Grid-Based Routing in Sensor Networks," *9th IEEE Malaysia International Conference on Communications*, December 2009, paper no. 1569243649, pp. 536 - 540.

C38. M. Haidar, M. Al-Rizzo, Y. Chan, **R. Akl**, M. Bouharras, "Throughput Validation of an Advanced Channel Assignment Algorithm in IEEE 802.11 WLAN," *ICCSN 2009 – International Conference on Communication Software and Networks*, February 2009, paper no. P385, pp. 801 - 806.

C39. **R. Akl** and D. Keathly, "Robocamp: Encouraging Young Women to Embrace STEM," 4th Annual TETC Best Practices Conference, February 2009, 13 pgs.

C40. M. Haidar, R. Ghimire, M. Al-Rizzo, **R. Akl**, Y. Chan, "Channel Assignment in an IEEE 802.11 WLAN Based on Signal-to-interference Ratio," *IEEE CCECE – Canadian Conference on Electrical and Computer Engineering: Communications and Networking*, May 2008, paper no. 1569092894, pp. 1169 - 1174.

C41. H. Al-Rizzo, M. Haidar, **R. Akl**, and Y. Chan, "Enhanced Channel Assignment and Load Distribution in IEEE 802.11 WLANs," *IEEE International Conference on Signal Processing and Communication*, November 2007, paper no. 1569042132, pp. 768 - 771.

C42. **R. Akl** and Y. Saravanos, "Hybrid Energy-Aware Synchronization Algorithm in Wireless Sensor Networks," *18th Annual IEEE International Symposium on Personal, Indoor and Mobile Radio Communications*, September 2007, paper no 692, 5 pgs.

C43. M. Haidar, **R. Akl**, and H. Al-Rizzo, "Channel Assignment and Load Distribution in a Power-Managed WLAN," *18th Annual IEEE International Symposium on Personal, Indoor and Mobile Radio Communications*, September 2007, paper no. 463, 5 pgs.

C44. D. Keathly and **R. Akl,** "Attracting and Retaining Women in Computer Science and Engineering: Evaluating the Results," *Proceedings of American Society for Engineering Education: ASEE Annual Conference*, June 2007, paper no. AC 2007-1229, 10 pgs.

C45. M. Haidar, **R. Akl**, H. Al-Rizzo, Y. Chan, R. Adada, "Optimal Load Distribution in Large Scale WLAN Networks Utilizing a Power Management Algorithm," *Proceedings of IEEE Sarnoff Symposium*, May 2007, 5 pgs.

C46. R. Dantu, P. Kolan, **R. Akl,** and K. Loper, "Classification of Attributes and Behavior in Risk Management Using Bayesian Networks," *Proceedings of IEEE Intelligence and Security Informatics Conference*, May 2007, pp. 71-74.

C47. **R. Akl** and A. Arepally, "Dynamic Channel Assignment in IEEE 802.11 Networks," *Proceedings of IEEE Portable 2007: International Conference on Portable Information Devices*, March 2007, pp 309-313.

C48. **R. Akl** and U. Sawant, "Grid-based Coordinated Routing in Wireless Sensor Networks," *Proceedings of IEEE CCNC 2007: Consumer Communications and Networking Conference*, January 2007, pp. 860-864.

C49. **R. Akl** and A. Arepally, "Simulation of Throughput in UMTS Networks with Different Spreading Factors," *Proceedings of IEEE VTC Fall 2006: Vehicular Technology Conference,* September 2006, pp. C1-5.

C50. A. Alhabsi, H. Al-Rizzo, and **R. Akl,** "Parity Assisted Decision Making for QAM Modulation," *International Conference on Mobile Computing and Wireless Communications*, September 2006, paper no. 1568988776, 5 pgs.

C51. **R. Akl** and R. Garlick**,** "Retention and Recruitment of Women in Computer Engineering," *ICEE 2006: International Conference on Engineering Education,* July 2006, paper no. 3318, 5 pgs.

C52. R. Garlick and **R. Akl,** "Intra-Class Competitive Assignments in CS2: A One-Year Study," *ICEE 2006: International Conference on Engineering Education,* July 2006, paper no. 3325, 5 pgs.

C53. **R. Akl**, D. Tummala, and X. Li, "Indoor Propagation Modeling at 2.4 GHz for IEEE 802.11 Networks," *WNET 2006: Wireless Networks and Emerging Technologies,* July 2006, paper no. 510-014, 6 pgs.

C54. P. Chen, K. Kavi, and **R. Akl,** "Performance Enhancement by Eliminating Redundant Function Execution," *Proceedings of IEEE: 39th Annual Simulation Symposium*, April 2006, pp. 143-150.

C55. **R. Akl** and S. Nguyen, "Capacity Allocation in Multi-cell UMTS Networks for Different Spreading Factors with Perfect and Imperfect Power Control," *Proceedings of IEEE CCNC 2006: Consumer Communications and Networking Conference*, January 2006, vol. 2, pp. 928-932.

C56. W. Li, K. Kavi, and **R. Akl**, "An Efficient Non-Preemptive Real-Time Scheduling," *18th International Conference on Parallel and Distributed Computing Systems*, Las Vegas, NV, September 2005, pp. 154-160.

C57. S. Nguyen and **R. Akl**, "Approximating User Distributions in WCDMA Networks

Using 2-D Gaussian," *CCCC20T 05: International Conference on Computing, Communications, and Control Technologies*, July 2005, 5 pgs.

C58. **R. Akl** and S. Park, "Optimal Access Point Selection and Traffic Allocation in IEEE 802.11 Networks," *Proceedings of 9th World Multiconference on Systemics, Cybernetics and Informatics (WMSCI 2005): Communication and Network Systems, Technologies and Applications*, July 2005, vol. 8, pp. 75-79.

C59. **R. Akl**, M. Naraghi-Pour, M. Hegde, "Throughput Optimization in Multi-Cell CDMA Networks," *IEEE WCNC 2005 - Wireless Communications, and Networking Conference*, March 2005, vol. 3, pp. 1292-1297.

C60. **R. Akl**, "Subscriber Maximization in CDMA Cellular Networks," *Proceedings of CCCT 04: International Conference on Computing, Communications, and Control Technologies*, August 2004, vol. 3, pp. 234-239.

C61. **R. Akl** and A. Parvez, "Global versus Local Call Admission Control in CDMA Cellular Networks," *Proceedings of CITSA 04: Communications, Information and Control Systems, Technologies and Applications*, July 2004, vol. 2, pp. 283-288.

C62. **R. Akl** and A. Parvez, "Impact of Interference Model on Capacity in CDMA Cellular Networks," *Proceedings of SCI 04: Communication and Network Systems, Technologies and Applications*, July 2004, vol. 3, pp. 404-408. Selected as **best paper** of those presented in the session: Tele-Communication Systems, Technologies and Application II.

C63. **R.G. Akl**, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Call Admission Control Scheme for Arbitrary Traffic Distribution in CDMA Cellular Systems," *IEEE Wireless Communications and Networking Conference*, September 2000, vol. 1, pp. 465-470.

C64. **R.G. Akl**, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Cell Placement in a CDMA Network," *IEEE Wireless Communications and Networking Conference*, September 1999, vol. 2, pp. 903-907.

C65. **R.G. Akl**, M.V. Hegde, P.S. Min, "Effects of Call Arrival Rate and Mobility on Network Throughput in Multi-Cell CDMA," *IEEE International Conference on Communications*, June 1999, vol. 3, pp. 1763-1767.

C66. **R.G. Akl**, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Flexible Allocation of Capacity in Multi-Cell CDMA Networks," *IEEE Vehicular Technology Conference*, May 1999, vol. 2, pp. 1643-1647.

**Journal Publications**

J1.   M. Robaei, **R. Akl**, "Quadratic Displacement Operators—Theory and Application

to Millimeter-Wave Channel Tracking," *IEEE Transactions on Wireless Communications,* January 2023, Vol. 22, No. 1, 15 pgs.

J2.   M. Robaei, R. Akl, "Continuous Compressed Sensing Hilbert-Schmidt Integral Operator," IEEE Access, August 2022, pp. 80264-80276.

J3.   R. Chataut, **R. Akl**, U.K. Dey,  M. Robaei, "SSOR Preconditioned Gauss-Seidel Detection and Its Hardware Architecture for 5G and beyond Massive MIMO Networks," *Electronics 2021 ISSN 2079-9292*, 10(5), 578, *Special Issue MIMO for Next Generation Wireless Systems,* March 2021, 17 pgs.

J4.   R. Chataut, **R. Akl**, "Massive MIMO Systems for 5G and Beyond Networks – Overview, Recent Trends, Challenges, and Future Research Direction," *Sensors 2020*, 20(10), 2753, May 2020.

J5.   R. Chataut, **R. Akl,** "Massive MIMO Systems for 5G," *Encyclopedia 2020*, doi:10.32545, 2020, (ISSN 2309-3366).

J6.   S. Alotaibi, **R. Akl**, "Range-Based Scheme for Adjusting Transmission Power of Femtocell in Co-Channel Deployment," *International Journal of Interdisciplinary Telecommunications and Networking*, IJITN Vol. 10, No. 4, pgs. 14-24, 2018.

J7.   U. Sawant, **R. Akl**, "Adaptive and Non Adaptive LTE Fractional Frequency Reuse Mechanisms Mobility Performance," *Advances in Science, Technology and Engineering Systems Journal*, ASTES Vol. 3, No. 3, 02-11, 11 pgs., 2018.

J8.   M. Haidar, H.M. Al-Rizzo, **R. Akl**, and Z. Elbazzal, "The Effect of an Enhanced Channel Assignment Algorithm in an IEEE 802.11 WLAN," *World Scientific and Engineering Academy and Society Transactions on Communications*, WSEAS, Vol. 8, Issue 12, December 2009.

J9.   **R. Akl**, P. Kadiyala, and M. Haidar, "Non-Uniform Grid-Based Coordinated Routing in Wireless Sensor Networks," *Journal of Sensors*, article ID 491349, volume 2009, 11 pages.

J10.  M. Haidar, M. Al-Rizzo, Y. Chan, **R. Akl**, "User-Based Channel Assignment Algorithm in a Load-Balanced IEEE 802.11 WLAN," *International Journal of Interdisciplinary Telecommunications & Networking (IJITN)*, April-June 2009, 1(2), pp. 66-81.

J11.  **R. Akl**, D. Keathly, and R. Garlick, "Strategies for Retention and Recruitment of Women and Minorities in Computer Science and Engineering," *iNEER Special Volume: Innovations 2007- World Innovations in Engineering Education and Research*, 9 pgs., 2007.

J12.   R. Garlick and **R. Akl**, "Motivating and Retaining CS2 Students with a Competitive Game Programming Project," *iNEER Special Volume: Innovations 2007- World Innovations in Engineering Education and Research*, 9 pgs., 2007.

J13.   **R. Akl** and S. Nguyen, "UMTS Capacity and Throughput Maximization for Different Spreading Factors," *Journal of Networks*, July 2006, vol. 1, issue 3, pp. 40-49. ISSN: 1796-2056

J14.   W. Li, K. Kavi, and **R. Akl**, "A Non-preemptive Scheduling Algorithm for Soft Real-time Systems," *Journal of Computer and Electrical Engineering,* 2006, vol. 32, 18 pgs. ISSN: 0045-7906

J15.   **R. Akl**, A. Parvez, and S. Nguyen, "Effects of Interference on Capacity in Multi-Cell CDMA Networks," *Journal of Systemics, Cybernetics and Informatics*, 2006, vol. 3, no. 1, p825612, 7 pgs. ISSN: 1690-4524

J16.   **R.G. Akl**, M. Hegde and M. Naraghi-Pour, "Mobility-based CAC Algorithm for Arbitrary Traffic Distribution in CDMA Cellular Systems," *IEEE Transactions on Vehicular Technology,* March 2005*,* vol. 54, no. 2, pp. 639-651.

J17.   **R.G. Akl**, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Multi-Cell CDMA Network Design," *IEEE Transactions on Vehicular Technology*, May 2001, vol. 50, no. 3, pp. 711-722.

## Technical Papers

T1.   J. Williams, **R. Akl**, et al, "Flight Control Subsystem," *The Eagle Feather*, Special Section: Undergraduate Research Initiative in Engineering, University of North Texas, Vol. 7, 2010.

T2.   **R.G. Akl**, M.V. Hegde, A. Chandra, P.S. Min, "CDMA Capacity Allocation and Planning," Technical Document, Washington University Department of Electrical Engineering WUEE-98, April 1998.

## Book Chapters

B1.   R. Akl, Y. Saravanos, and M. Haidar, "Chapter 18: Hybrid Approach for Energy-Aware Synchronization in Sensor Networks," *Sustainable Wireless Sensor Networks*, December 2010, pgs. 413-429, ISBN: 978-953-307-297-5.

B2.   K. Kavi, **R. Akl** and A. Hurson, "Real-Time Systems: An Introduction and the State-of-the-Art," *Encyclopedia of Computer Science and Engineering*, John Wiley & Sons, Volume 4, January 2009, pgs. 2369-2377.

B3.   **R. Akl** and K. Kavi, "Chapter 12: Modeling and Analysis using Computational Tools," *Introduction to Queuing Theory: Modeling and Analysis*, Birkhauser

Boston, December 2008, pgs. 295-320.

**Technical Presentations**

P1.   "Bio-Com Project," Raytheon, Richardson TX, May 2012, (invited).

P2.   "Bio-Com Project," Net-Centric Software and Systems I/UCRC Meeting, Denton TX, December 2011, (invited).

P3.   "Student Outreach Report: Robocamp," College of Engineering Advisory Board Meeting, Denton TX, May 2011, (invited).

P4.   "Robocamp: Encouraging Young Women to Embrace STEM," 4th Annual TETC Best Practices Conference, Austin TX, February 2009, (invited).

P5.   "Self-Configuring Wireless MEMS Network (demo)," Southern Methodist University, Dallas TX, January 2008, (invited).

P6.   "Energy-aware Routing and Hybrid Synchronization in Sensor Networks," *Southern Methodist University,* Dallas TX, September 2007, (invited).

P7.   "Retention and Recruitment of Women in Computer Engineering," *ICEE 2006: International Conference on Engineering Education,* Puerto Rico, July 2006, (refereed).

P8.   "Capacity Allocation in Multi-cell UMTS Networks for Different Spreading Factors with Perfect and Imperfect Power Control," *IEEE CCNC 2006: Consumer Communications and Networking Conference*, Las Vegas, NV, January 2006, (refereed).

P9.   "Research, Teaching, and Outreach," CSE Advisory Council Meeting, *UNT Research Park*, Denton, TX, December 2005, (invited).

P10.  "Wi-Fi and WCDMA Network Design," *University of Arkansas*, Little Rock, AR, April 2005, (invited).

P11.  "Wi-Fi and WCDMA Network Design," *Southern Methodist University*, Dallas, TX, March 2005, (invited).

P12.  "Current Research in Wireless at UNT," *Nortel Networks*, Richardson, TX, October 2004, (invited).

P13.  "Subscriber Maximization in CDMA Cellular Networks," *International Conference on Computing, Communications, and Control Technologies*, Austin, TX, August 2004, (refereed).

P14.  "Global versus Local Call Admission Control in CDMA Cellular Networks," *International Conference on Cybernetics and Information Technologies, Systems and Applications*, Orlando, FL, July 2004, (refereed).

P15.  "Impact of Interference Model on Capacity in CDMA Cellular Networks," *8th World Multi-Conference on Systemics, Cybernetics, and Informatics*, Orlando, FL, July 2004, (refereed).

P16.  "CDMA Network Design," IEEE Communications Society – New Orleans Chapter, New Orleans, LA, May 2002, (invited).

P17.  "Cell Design to Maximize Capacity in CDMA Networks," Louisiana State University, Baton Rouge, LA, April 2002, (invited).

P18.  "Call Admission Control Scheme for Arbitrary Traffic Distribution in CDMA Cellular Systems," *IEEE Wireless Communications and Networking Conference*, Chicago, IL, September 2000, (refereed).

P19.  "Cell Placement in a CDMA Network," *IEEE Wireless Communications and Networking Conference*, September 1999, (refereed).

P20.  "Effects of Call Arrival Rate and Mobility on Network Throughput in Multi-Cell CDMA," *IEEE International Conference on Communications*, June 1999, (refereed).

P21.  "Flexible Allocation of Capacity in Multi-Cell CDMA Networks," *IEEE Vehicular Technology Conference*, May 1999, (refereed).

P22.  "CCAP: A Strategic Tool for Managing Capacity of CDMA Networks," Teleware Co. Ltd., Seoul, South Korea, 1998, (invited).

## Courses Developed

- CSCE 5933: LTE Physical Layer Using MATLAB.
  Research issues in the design of LTE physical layer and simulate using MATLAB. Topics include modulation and coding, OFDM, channel modeling, MIMO, and link adaption.

- CSCE 6590: Advanced Topics in Wireless Communications & Networks: 4G/LTE. Research issues in the design of next generation wireless networks: cellular systems, medium access techniques, signaling, mobility management, control and management for mobile networks, wireless data networks, Internet mobility, quality-of-service for multimedia applications, caching for wireless web access, and ad hoc networks.

- CSCE 5933: Fundamentals of VoIP.

Fundamentals of VoIP, with emphasis on network infrastructure implementation and security. Topics include IP protocol suite, SS7, speech-coding techniques, quality of service, session initiation protocol, and security issues.

- CSCE 5540: Introduction to Sensor Networks.
  Topics include: design implications of energy (hardware and software), and otherwise resource-constrained nodes; network self-configuration; services such as routing under network dynamics, localization, time-synchronization and calibration; distributed data management, in-network aggregation and collaborative signal processing, programming tools and language support.

- CSCE 5510. Wireless Communication.
  Point-to-point signal transmission through a wireless channel, channel capacity, channel encoding, and multi-user transmissions. First, second, and third generation cellular systems, and mobility management.

- CSCE 3510. Introduction to Wireless Communication.
  Fundamentals of wireless communications and networking, with emphasis on first, second, and third generation cellular systems. Topics include point-to-point signal transmission through a wireless channel, cellular capacity, multi-user transmissions, and mobility management.

- CSCE 3020. Communications Systems.
  Introduction to the concepts of transmission of information via communication channels. Amplitude and angle modulation for the transmission of continuous-time signals. Analog-to-digital conversion and pulse code modulation. Transmission of digital data. Introduction to random signals and noise and their effects on communication. Optimum detection systems in the presence of noise.

- ENEE 3583. Computer Systems Design I (UNO).
  The design process of digital computer systems is studied from the instruction set level, system architecture level, and digital logic level. Topics include machine organization, register transfer notation, processor design, memory design, and input/output considerations. Includes semester project.

- ENEE 3584. Computer Systems Design II (UNO).
  The design and evaluation of contemporary computer systems are analyzed to compare the performance of different architectures. Topics include performance metrics, computer arithmetic, pipelining, memory hierarchies, and multiprocessor systems.

- ENEE 3514. Computer Architecture Laboratory (UNO).
  Selected experiments examining programmable logic, VHDL and logic synthesis, and including a final design project, to accompany and complement the lecture course ENEE 3584. Three hours of laboratory.

## Courses Taught

Spring 2023
- CSCE 3020.1: Communication Systems (evaluation not available yet)

Fall 2022
- CSCE 3010.1: Signals and Systems (4.4 / 5.0)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2022
- CSCE 3020.1: Communication Systems (4.2 / 5.0)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2021
- CSCE 3010.1: Signals and Systems (4.2 / 5.0)
- CSCE 5933.1: LTE Physical Layer Using MATLAB (5.0 / 5.0)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2021
- CSCE 2610.2: Computer Organization (4.0 / 5.0)
- CSCE 3020.1: Communication Systems (4.2 / 5.0)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2020
- CSCE 3010.1: Signals and Systems (4.1 / 5.0)
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2020
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2019
- CSCE 5933.3: LTE Physical Layer Using MATLAB (4.3 / 5.0)
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2019
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6940.743: Software Defined Radios (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2018
- CSCE 5933.3: LTE Physical Layer Using MATLAB (4.8 / 5.0)
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2018
- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6940.743: Jitter-buffer Management and Interference in VoIP (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2017
- CSCE 5933.3: LTE Physical Layer Using MATLAB (4.9 / 5.0)

- CSCE 6940.743: 5G MIMO Systems (no evaluation done)
- CSCE 6940.743: VoLTE and VoWiFi (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2017
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2016
- CSCE 5933.3: LTE Physical Layer Using MATLAB (4.7 / 5.0)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2016
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2015
- CSCE 3010.1: Signals and Systems (5.7 / 7.0)
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2015
- CSCE 5934.743: Directed Study (no evaluation done)
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2014
- CSCE 3010.1: Signals and Systems (3.32 / 4.00)
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)
- CSCE 6590.1: Advanced Topics in Wireless Communications & Networks: 4G/LTE (3.79 / 4.00)

Spring 2014
- CSCE 3510.1: Intro to Wireless Communication (808 – Highly Effective)
- CSCE 5510.1: Wireless Communications (808 – Highly Effective)
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2013
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)
- CSCE 6590.1: Advanced Topics in Wireless Communications & Networks: 4G/LTE (804 – Highly Effective)

Spring 2013
- CSCE 4890.743: Directed Study (no evaluation done)
- CSCE 5950.743: Thesis (no evaluation done)
- CSCE 6940.743: Individual Research (no evaluation done)
- CSCE 6950.743: Dissertation (no evaluation done)

Fall 2012
- CSCE 3010.1: Signals and Systems (793 – Highly Effective)
- CSCE 5540.1: Intro to Sensor Networks (814 – Highly Effective)
- CSCE 5950.743: Thesis (no evaluation done)

- CSCE 6950.743: Dissertation (no evaluation done)

Spring 2012
- CSCE 3020.1: Communication Systems (809 – Highly Effective)
- CSCE 3510.1: Intro to Wireless Communication (811 – Highly Effective)
- CSCE 5510.1: Wireless Communications (817 – Highly Effective)
- EENG 3810.1: Communication Systems (801 – Highly Effective)

Fall 2011
- CSCE 3010.1: Signals and Systems (793 – Highly Effective)
- CSCE 5540.1: Intro to Sensor Networks (824 – Highly Effective)

Spring 2011
- CSCE 3020.1: Communication Systems (820 – Highly Effective)
- CSCE 3510.1: Intro to Wireless Communication (812 – Highly Effective)
- CSCE 5510.1: Wireless Communications (812 – Highly Effective)
- EENG 3810.1: Communication Systems (826 – Highly Effective)

Fall 2010
- CSCE 3010.1: Signals and Systems (857 – Highly Effective)
- CSCE 5540.1: Intro to Sensor Networks (831 – Highly Effective)

Spring 2010
- CSCE 3020.1: Communication Systems (792 – Highly Effective)
- CSCE 3510.1: Intro to Wireless Communication (793 – Highly Effective)
- CSCE 5510.1: Wireless Communications (834 – Highly Effective)
- EENG 3810.1: Communication Systems (854 – Highly Effective)

Fall 2009
- CSCE 3010.1: Signals and Systems (4.40 / 5.00)
- CSCE 5540.1: Intro to Sensor Networks (4.70 / 5.00)
- EENG 2620.1: Signals and Systems (4.40 / 5.00)

Spring 2009
- CSCE 3020.1: Communication Systems (4.87 / 5.00)
- CSCE 3510.1: Intro to Wireless Communication (4.65 / 5.00)
- CSCE 5510.1: Wireless Communications (4.79 / 5.00)

Fall 2008
- CSCE 3010.1: Signals and Systems (4.91 / 5.00)
- CSCE 5540.2: Intro to Sensor Networks (4.10 / 5.00)
- EENG 2620.3: Signals and Systems (4.91 / 5.00)

Spring 2008
- CSCE 3020.1: Communication Systems (4.68 / 5.00)
- CSCE 3510.1: Intro to Wireless Communication (3.96 / 5.00)
- CSCE 5510.1: Wireless Communications (4.75 / 5.00)

Fall 2007
- CSCE 3010.1: Signals and Systems (4.57 / 5.00)
- CSCE 5540.2: Intro to Sensor Networks (4.01 /5.00)

Summer 2007
- CSCE 3020.1: Fund. of Communication Theory (no evaluation done)
- EENG 3810.1: Communication Systems (no evaluation done)

Spring 2007
- CSCE 5510.2: Wireless Communications (4.75 / 5.00)
- CSCE 5933.6: Fundamentals of VoIP (4.70 / 5.00)

Fall 2006
- CSCE 3010.1: Signals and Systems (4.58 / 5.00)
- CSCE 5540.1: Intro to Sensor Networks (4.70 / 5.00)
- EENG 2620.1: Signals and Systems (4.58 / 5.00)

Summer 2006
- CSCE 3020.1: Fund. of Communication Theory (no evaluation done)
- CSCE 3510.21: Intro to Wireless Communications (no evaluation done)
- CSCE 5510.21: Intro to Wireless Communications (no evaluation done)
- EENG 3810.1: Communication Systems (no evaluation done)

Spring 2006
- CSCE 2610.2: Computer Organization (3.69 / 5.00)
- CSCE 3010.1: Signals and Systems (4.41 / 5.00)
- EENG 2620.1: Signals and Systems (4.41 / 5.00)

Fall 2005
- CSCE 3510.1: Intro to Wireless Communications (4.52 / 5.00)
- CSCE 5510.1: Wireless Communications (4.46 / 5.00)
- CSCE 5933.6: Intro to Sensor Networks (4.60 / 5.00)

Summer 2005
- CSCE 3010.21: Signals and Systems (no evaluation done)
- CSCE 3510.21: Intro to Wireless Communications (no evaluation done)

Spring 2005
- CSCE 3510.02: Intro to Wireless Communications (4.46 / 5.00)
- CSCI 3100.02: Computer Organization (4.14 / 5.00)

Fall 2004
- CSCE 3510.01: Intro to Wireless Communications (4.15 / 5.00)
- CSCI 4510.01: Machine Structures (4.55 / 5.00)
- CSCI 5330.02: Intro to Wireless Communications (4.05 / 5.00)

Summer 2004
- CSCI 4330.22: Intro to Wireless Communications (no evaluation done)
- CSCI 4330.23: Intro to Wireless Communications (no evaluation done)
- CSCI 5330.22: Intro to Wireless Communications (no evaluation done)

Spring 2004
- CSCI 3100: Computer Organization (4.64 / 5.00)
- CSCI 4330: Intro to Wireless Communications (4.22 / 5.00)

Fall 2003
- CSCI 4510: Machine Structures (4.49 / 5.00)
- CSCI 5330: Intro to Wireless Communications (4.83 / 5.00)

Summer 2003
- CSCI 3100: Computer Organization (no evaluation done)

Spring 2003
- CSCI 3100: Computer Organization (3.84 / 5.00)

Fall 2002

- CSCI 4510: Machine Structures (4.38 / 5.00)

## Funded Proposals

R1. "I/UCRC Industrial Membership - Ashum Corp," 2020. Krishna Kavi (PI), Robert Akl (co-PI), **$52,000.**

R2. "I/UCRC Industrial Membership - Ashum Corp," 2019. Krishna Kavi (PI), Robert Akl (co-PI), **$60,900.**

R3. "I/UCRC Industrial Membership - Ashum Corp," 2018. Krishna Kavi (PI), Robert Akl (co-PI), **$57,700.**

R4. "Robotics and App Design Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $11,727. Submitted 5/5/17. Robert Akl (PI), **$11,727.**

R5. "I/UCRC Industrial Membership - Ashum Corp," 2017. Krishna Kavi (PI), Robert Akl (co-PI), **$50,000.**

R6. "UNT GenCyber Summer Program: Inspiring the Next Generation of Cyber Stars in North Texas," National Security Agency (NSA). Requested amount is $85,000. Submitted 11/4/2016. Robert Akl (co-PI), **$85,000**.

R7. "App Design Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $12,900. Submitted 5/6/16. Robert Akl (PI), **$12,900.**

R8. "I/UCRC Industrial Membership - Ashum Corp," 2016. Krishna Kavi (PI), Robert Akl (co-PI), **$65,000.**

R9. "Robotics, Game and App Programming Summer Camps" under Texas Workforce Commission: Summer Merit Program. Requested amount is $63,000. Submitted 11/16/15. Robert Akl (PI), **$63,000**.

R10. "App Design Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $13,998. Submitted 5/1/15. Robert Akl (PI), **$13,988**.

R11. "I/UCRC Industrial Membership - Ashum Corp," 2015. Krishna Kavi (PI), Robert Akl (co-PI), **$40,000.**

R12. "App Design Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $12,500. Submitted 5/2/14. Robert Akl (PI), **$12,500**.

R13. "I/UCRC Industrial Membership - Ashum Corp," 2014. Krishna Kavi (PI), Robert Akl (co-PI), **$46,000.**

R14. "I/UCRC Industrial Membership - Ashum Corp," 2013. Krishna Kavi (PI), Robert Akl (co-PI), **$38,500.**

R15. "Robotics, Game and App Programming Summer Camps" under Texas Workforce Commission: Summer Merit Program. Requested amount is $63,000. Submitted 12/14/12. Robert Akl (PI), **$63,000**.

R16. "Bio-Com Project," funded by Raytheon under Net-Centric Software and Systems I/UCRC 2nd year. Requested amount is $30,000. Submitted 5/12/12. Krishna Kavi (PI), Robert Akl (co-PI), **$30,000.**

R17. "Bio-Com Project," funded by Raytheon under Net-Centric Software and Systems I/UCRC. Requested amount is $30,000. Submitted 5/12/11. Krishna Kavi (PI), Robert Akl (co-PI), **$30,000.**

R18. "Game Programming for Xbox 360 Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $20,000. Submitted 3/21/11. Robert Akl (PI), **$20,000**.

R19. "RoboCamps and Game Programming Summer Camps" under Texas Workforce Commission: Summer Merit Program. Requested amount is $63,000. Submitted 2/17/11. Robert Akl (PI), **$63,000**.

R20. "Game Programming for Xbox 360 Summer Camp" under Texas Higher Education Coordinating Board: Engineering Summer Program. Requested amount is $13,000. Submitted 2/22/10. Robert Akl (PI), **$18,000.**

R21. "Robotics and Game Programming Summer Camps" under Texas Workforce Commission: Summer Merit Program. Requested amount is $63,000. Submitted 10/16/09. Robert Akl (PI), **$63,000**.

R22. "Micro Air Vehicle Design: A Collaborative Undergraduate Project for Electrical Engineering, Computer Engineering, and Computer Science Students," under UNT Undergraduate Research Initiative. Submitted 9/25/2009. Robert Akl (co-PI), **$8,000**.

R23. "Summer Merit Program" under Texas Workforce Commission. Requested amount is $42,000. Submitted 3/20/09. Robert Akl (PI), **$42,000**.

R24. "Robocamp at Stewpot" under Dallas Women's Foundation. Requested amount is $20,000. Submitted 2/23/09. Robert Akl (PI), **$18,600**.

R25. "Robocamp Jump Start" under Motorola Foundation Innovation Generation

Grant. Requested amount is $29,852. Submitted 2/12/09. Robert Akl (PI), **$30,700**.

R26. "Engineering Summer Program" under Texas Higher Education Coordinating Board. Requested amount is $7,944. Submitted 2/13/09. Robert Akl (PI), **$11,111**.

R27. "Texas Youth in Technology" under Texas Workforce Commission. Requested amount is $152,393. Submitted 11/10/08. Robert Akl (PI), **$152,393**.

R28. "I/UCRC Center Proposal: Net-Centric Software and Systems," under NSF-07-537: Industry/University Cooperative Research Centers. Requested amount is $349,482. Submitted 9/26/08. Krishna Kavi (PI), Robert Akl (co-PI), **$60,000 per year for 5 years**.

R29. "Robocamp and Beyond" under Motorola Foundation Innovation Generation Grant. Requested amount is $30,000. Submitted 6/20/08. Robert Akl (PI), **$30,000**.

R30. Texas Youth in Technology" under Texas Workforce Commission. Requested amount is $30,000. Submitted 2/27/08. Robert Akl (PI), **$31,500**.

R31. "Robocamp Program for Young Women" under RGK foundation. Requested amount is $30,000. Submitted 11/5/07. Robert Akl (PI), **$15,000**.

R32. "Texas Youth in Technology" under Texas Workforce Commission. Requested amount is $102,514. Submitted 10/22/07. Robert Akl (PI), **$102,514**.

R33. "Women Art Technology" under Hispanic and Global Studies Initiatives Fund. Requested amount is $14,125. Submitted 9/30/07. Jennifer Way (PI), Robert Akl (co-PI), **$12,785**.

R34. "Robocamp Mobile Unit" under Motorola Foundation Innovation Generation Grant. Requested amount is $35,000. Submitted 6/20/07. Robert Akl (PI), **$30,000**.

R35. "ICER: UNT Engineering Challenge Camps" under NSF 0547299. Requested amount is $35,000. Submitted 4/27/07. Oscar Garcia (PI), Robert Akl (senior personnel), **$32,792**.

R36. "I/UCRC-Planning Proposal: UNT Research Site Proposal to join Embedded Systems I/UCRC," under NSF-01-116: Industry/University Cooperative Research Centers. Requested amount is $10,000. Submitted 3/31/07. Krishna Kavi (PI), Robert Akl (co-PI), **$10,000**.

R37. "High-assurance NCCS: Ultra Dependability Integration Engineering," Department of Defense. Requested amount is $20,000. Submitted 3/12/07.

Krishna Kavi (PI), Robert Akl (co-PI), **$20,000**.

R38. "Recruiting and Retention Strategies for Computer Science at UNT" under Texas Technology Workforce Development Grant Program – 2005. Requested amount is $163,322. Submitted 3/17/05. Robert Akl (PI), **$125,322**.

R39. UNT Faculty Research Grant for Fall 2003, Robert Akl (PI), $5,000, **$4,000**.

R40. UNT Junior Faculty Summer Research Fellowship for Summer 2003, Robert Akl (PI), $5,000, **$5,000**.

## Professional Associations and Achievements

### Membership in Professional Organizations

- Senior Member IEEE
- Member, Federation Council of North Texas Universities
- Member, Eta Kappa Nu Electrical Engineering Honor Society
- Member, Golden Key National Honor Society
- Member, Tau Beta Pi Engineering Honor Society

### Offices and Committee Assignments in Professional Organizations

- Technical Program Committee Member, IEEE Wireless Communications and Networking Conference, IEEE WCNC
- Technical Program Committee Member, International Wireless Symposium, IWS
- Technical Program Committee Member, IEEE International Conference on Computational Science, IEEE ICCS
- Technical Program Committee Member, IASTED International Conference on Wireless Communications, WC
- Technical Program Committee Member, WTS Wireless Telecommunications Symposium
- Technical Program Committee Member, Mosharaka International Conference on Computer Science and Engineering, Amman
- Invitation to serve as an NSF reviewer/panelist for Engineering Research Centers (ERC) proposals
- Technical Program Committee Member, 18th IEEE International Symposium on Personal, Indoor and Mobile Radio Communication, Greece
- International Program Committee, IASTED International Conference on Wireless and Optical Communication, Canada
- Program Committee Member, Fifth Annual Wireless Telecommunications Symposium, CA
- Technical Publications Chair, IEEE Vehicular Technology Conference, Dallas TX
- Session Chair, International Conference on Computing, Commun. and Control Tech., Austin TX

- Session Chair, International Conference on Cybernetics and Information Technologies, Orlando FL
- Session Chair, 8th World Multi Conference on Systemics, Cybernetic, and Informatics, Orlando FL

**Additional Responsibilities and Activities**

- Reviewer, *Wireless Communications and Mobile Computing*, 2012 – present
- Reviewer, *Journal of Sensor and Actuator Networks*, 2012 – present
- Reviewer, *IEEE Transactions on Vehicular Technology*, 2011 – present
- Reviewer, *Elsevier Journal of Computers & Electrical Engineering*, 2008 – present
- Reviewer, *IEEE Globecom*, 2007 – present
- Reviewer, *IEEE International Conference on Advanced Networks and Telecommunication Systems (ANTS)*, 2008 – present
- Reviewer, *The International Wireless Communications and Mobile Computing Conference*, 2007 – present
- Reviewer, *Journal on Wireless Communications and Networking*, 2007 – present
- Reviewer, *IEEE Transactions on Communications*, 2007 - present
- Reviewer, *International Journal of Communication Systems*, 2007 – present
- Reviewer, *IEEE Communications Magazine*, 2005 – present
- Reviewer, *Journal of Wireless Networks*, 2004 – present
- Reviewer, *IEEE Transactions on Mobile Computing*, 2004 – present
- Reviewer, *IEEE Transactions on Wireless Communications*, 2004 – present
- Reviewer, *ACM Crossroads*, 2004 – present

**Honors and Awards**

- Who's Who in America, 2012 Edition
- Winner of Tech Titan of the Future – University Level Award for UNT Robocamps for Girls, Metroplex Technology Business Council, 2010 with **$15,000 cash prize**.
- IEEE Professionalism Award, Ft Worth Chapter, 2008
- UNT College of Engineering Outstanding Teacher Award, 2008
- Certificate of Appreciation: IEEE Vehicular Technology Conference, Dallas, TX, 2005
- Certificate of Appreciation: Denton County Boosting Engineering, Science and Technology (BEST) Robotics Competition, 2004
- Summa Cum Laude Graduate, Ranked First in Undergraduate Class
- The Computer Science Departmental Award for Academic Excellence, Washington University, 1993
- The Dual Degree Engineering Award for Outstanding Senior, Washington University, 1993
- The 1992 Technical Writing Competition Award, The Society for Technical Communication