# EXHIBIT 6

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone:  +1.858.720.5700
Facsimile:   +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone:  +1.303.291.2357
Facsimile:   +1.303.291.2457

*Additional Counsel Listed in Signature Block*

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-75-JRG) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-JEM<br><br>Case Transferred from E.D. Texas (2:22-cv-76-JRG)<br><br>**EXPERT DECLARATION OF DR. PAUL G. STEFFES REGARDING CLAIM CONSTRUCTION** |

-1-

I, Dr. Paul G. Steffes, hereby declare:

## I.   OVERVIEW

1.     I am over the age of 18 and am competent to make this Declaration.  I am a citizen of the United States and a resident of the State of Georgia.

2.     I make this declaration at the request of DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH" or Defendants) in connection with claim construction in the above-captioned case.

3.     I am being compensated at my standard consulting rate of $520 per hour for my time spent in connection with preparing this declaration.  My compensation is not dependent on my testimony or the outcome of this proceeding.

## II.   QUALIFICATIONS

4.     I am currently a Professor Emeritus, and I previously served as a Professor and Associate Chair for Research, in the School of Electrical and Computer Engineering at the Georgia Institute of Technology ("Georgia Tech").  I began teaching at Georgia Tech in 1982 and have served on the academic faculty at Georgia Tech for over 40 years.

5.     I also serve as a Science Team Member and Mission Co-Investigator for the NASA Juno Jovian Polar Orbiter and have done so since 2006.  NASA selected the Juno Mission as the second "New Frontiers" mission in 2005.  My Georgia Tech work has involved development of a new microwave laboratory measurement system and application of the new measurements to radiative transfer modeling in support of detection and measurement of water vapor in the deep Jovian atmosphere using passive microwave radiometry.  Juno was successfully launched in August 2011 and entered Jovian orbit in July 2016.

6.     I received a Ph.D. degree in Electrical Engineering from Stanford University in 1982, and S.M. and S.B. degrees in Electrical Engineering from

Massachusetts Institute of Technology in 1977, as shown in my attached curriculum vitae ("CV").

7.      I have worked extensively in the area of radio systems and communications, including satellite communications, and I initiated the graduate course in satellite communications at Georgia Tech.  I have lectured on the topic of satellite communications for more than 20 years.  I have also taught courses in antennas, radio wave propagation, electromagnetics, and electromagnetic design. My technical areas of knowledge pertain directly to the technical material in this proceeding, specifically communications systems, especially satellite communications systems.

8.      In addition to my teaching duties described above, I have been a principal investigator for numerous research activities and programs, including:

- National Science Foundation ("NSF") Grant, "A Spectrum Study and Demonstration of the Role of 'Smart Radios' in the Protection of Passive Scientific Radio Services";
- NASA Planetary Atmospheres Program, "Laboratory Evaluation and Application of Microwave Absorption Properties under Simulated Conditions for Planetary Atmospheres";
- GTE SpaceNet Program, "Satellite Interference Location System (SILS)";
- NASA Pioneer Venus Guest Investigator Program, "Pioneer Venus Radio Occultation (ORO) Data Reduction: Profiles of 13 cm Absorptivity";
- NASA High Resolution Microwave Survey;
- NASA Advanced Communications Technology Satellite Propagation Experiments Program; and
- Science Team Member and Mission Co-Investigator for the NASA Juno (Jovian Polar Orbiter) Mission (2006-2023).

-3-

9.      I have been elected a Fellow of the Institute of Electrical and Electronics Engineers ("IEEE," the leading international organization in Electrical and Electronics Engineering).  Additionally, I have been elected a Fellow of the American Association for the Advancement of Science ("AAAS").

10.     I have served as Chairman of the National Academy of Sciences Committee on Radio Frequencies.

11.     I have received numerous awards, including the following:

- IEEE Judith Resnik Award for Space Engineering;
- The NASA Group Achievement Award (three times);
- The Metro Atlanta Young Engineer of the Year Award;
- Named a Lifetime National Associate of the National Academy of Sciences; and
- Georgia Tech School of Electrical and Computer Engineering Distinguished Faculty Achievement Award.

12.     I am the author or co-author of eighty refereed journal articles, which are listed in my CV.

13.     I have been the presenter or co-presenter of more than 225 conference presentations with published proceedings or abstract, which are also shown in my CV.

14.     In writing this Declaration, I have considered the following: my own extensive knowledge and experience, including my work experience in the fields of satellite and terrestrial radio communications systems; my experience in teaching those subjects; and my experience in working with others involved in those fields.  In addition, I have analyzed the following publications and materials, in addition to other materials I cite in my Declaration:

- U.S. Patent No. 7,130,576 ("the '576 patent");
- U.S. Patent No. 7,542,715 ("the '715 patent");

-4-

- U.S. Patent No. 8,792,008 ("the '008 patent");
- File History for the '576 patent;
- File History for the '715 patent;
- File History for the '008 patent;
- Petition for *inter partes* review in IPR2023-00391;
- Schonfeld declaration in support of petition for *inter partes* review in IPR2023-00391;
- Petition for *inter partes* review in IPR2023-00392;
- Schonfeld declaration in support of petition for *inter partes* review in IPR2023-00392;
- Petition for *inter partes* review in IPR2023-00393;
- Schonfeld declaration in support of petition for *inter partes* review in IPR2023-00393;
- DISH's Disclosure of Proposed Claim Constructions;
- DirecTV and AT&T's Disclosure of Proposed Claim Constructions; and
- Entropic's Disclosure of Proposed Claim Constructions.

15.    I have served as an expert witness in multiple proceedings, including proceedings related to patents before District Courts, the International Trade Commission ("ITC"), and before the Patent Trial and Appeal Board ("PTAB").

## III.   LEGAL PRINCIPLES

16.    I have been informed and understand that claim construction is the process by which the Court determines the proper meaning and scope of the claims.

17.    I am not a patent lawyer, but counsel has informed me about the legal principles that apply in construing patent claims.  As a general matter, I understand that the words of a claim are generally construed to have their plain and ordinary meanings as those words would have been understood by a person of ordinary skill

1    in the art at the time of the invention ("POSITA") based upon that person reading

2    the claim terms themselves, the terms in the context of the claim in which they

3    appear, the context of the entire patent specification, including the figures, and the

4    context of the file history of the patent and related patents.  I also understand that

5    terms must be construed based upon a complete understanding of what the inventor

6    actually invented and intended to be covered (as evidenced in the patent and file

7    history) by the claim in which the terms appear.

8           18.    I also understand that an inventor can use terms in a manner other

9    than in their plain and ordinary meaning by clearly, deliberately, and precisely

10   defining those terms in the patent specification or in the file history.  This is

11   referred to as acting as a "lexicographer."  It is my understanding that if the

12   specification reveals a special definition given to a claim term by the patentee that

13   differs from the ordinary and customary definition of that term, then the patentee's

14   definition applies.  In such cases, the specification acts as a dictionary that defines

15   terms used in the claims.

16          19.    I also understand that the "intrinsic evidence," which includes the

17   claims, the specification, and the file history, including post-grant proceedings

18   before the United States Patent and Trademark Office ("PTO"), are the most

19   important tools for determining the meaning of a claim term, but that "extrinsic

20   evidence," such as dictionaries, textbooks, and other publications, may also

21   provide guidance about the meaning of a claim term.

22          20.    I also understand that if a claim term, read in light of the specification

23   and the prosecution history, fails to inform a POSITA with reasonable certainty

24   about the scope of the invention, then the claim term is indefinite.  My

25   understanding is that a claim is considered indefinite if it does not allow a person

26   of ordinary skill in the relevant art to understand with reasonable certainty the

27   scope of the invention when read in light of the specification.  To meet the

28

1    definiteness requirement, a claim must be sufficiently precise to permit a potential
2    competitor to determine whether they are infringing.

3        21.    I further understand that if a claim contains an element that is
4    indefinite, then the claim is invalid.

5        22.    I also understand that a lack of antecedent basis in a claim can cause
6    indefiniteness.  For example, if a claim refers to "said receiver" or "the receiver,"
7    but the claim or one from which it depends) does not recite "a receiver," the claim
8    is unclear as to what element to which the limitation "said receiver" or "the
9    receiver" refers.  Similarly, if two different receivers, such as an analog receiver
10   and a digital receiver, are recited earlier in the claim, reciting "said receiver" in the
11   same or a subsequent (*e.g.*, a dependent) claim would be unclear if the claim
12   language was otherwise not specific regarding which of the analog or digital
13   receiver to which "said receiver" referred.  I further understand, however, that the
14   failure to provide explicit antecedent basis for terms does not always render a
15   claim indefinite if the claim language is reasonably ascertainable despite the
16   antecedent basis problem.

17   **IV.   OVERVIEW OF THE PATENTS-AT-ISSUE**

18       23.    I understand that Entropic has asserted infringement of three patents.
19   Of the patents at issue, two are related patents, U.S. Patent Nos.7,542,715 ("the
20   '715 patent") and 7,130,576 ("the '576 patent"), and the third patent is U.S. Patent
21   No. 8,792,008 ("the '008 patent").

22       **A.    U.S. Patent No. 7,130,576**

23       24.    The '576 patent is entitled "Signal Selector and Combiner for
24   Broadband Content Distribution."  It issued on October 31, 2006 from Application
25   No. 10/289,011, filed on November 5, 2002.  The '576 patent also claims priority
26   to various provisional applications: 60/345,965 (filed November 7, 2001);

27
28

60/333,722 (filed November 27, 2001); and 60/358,817 (filed on February 22, 2002).

25.     The '576 patent is directed to video distribution systems, specifically how to deliver satellite video signals to more than one integrated receiver decoder ("IRD"), also known as a "set-top box" ("STB"), within a multiroom building such as a house or a hotel.  A conventional satellite video distribution system including an outdoor unit ("ODU"—*i.e.*, the satellite dish itself and associated hardware, such as low-noise block downconverters, also known as "LNBs") and multiple IRDs is depicted in figure 1 of the '576 patent, reproduced below, which the '576 patent admits is prior art.  '576 patent at Fig. 1, 1:19-33, 3:47-48.



**Figure 1 — Video Signal Distribution System (Admitted Prior Art)**

26.     As can be seen in figure 1, a satellite dish can have multiple "feed horn" antennas 130 that receive power focused signals received by the dish 150.

-8-

1    '576 patent at Fig. 1, 1:19-25.  Each of the feed horns can be configured to receive

2    transmissions from different satellite transmitters in orbit.  '576 patent at 1:25-29.

3         27.    In a typical configuration, as depicted in figure 1, each of the feed

4    horns is connected to an LNB, which converts signals in the higher frequency

5    satellite bands to an intermediate frequency that can be used to transmit signals

6    over conventional coaxial cables.  '576 patent at Fig. 1, 1:33-38.  Each LNB may

7    output two different polarizations, meaning that a single satellite dish with two

8    feed horns could output four different 500 MHz signals.  '576 patent at Fig. 1, Fig.

9    2, 1:44-49.  In satellite television systems, each of the signals (labeled A and B in

10   figure 1) would traditionally be divided into multiple transponders, such as into

11   sixteen transponders of 24 MHz each, having guard bands between.  '576 patent at

12   Fig. 3, Fig. 5, 1:49-54.

13        28.    The '576 patent explains that "the conventional" approach to the

14   layout of IRDs required a separate cable between the ODU and each IRD, and that

15   this arrangement was purportedly inconvenient when adding additional IRDs to

16   new locations within a building because it required installing a new cable from

17   inside the house to the ODU to allow for the different IRDs to be tuned to different

18   signals from the LNB outputs.  '576 patent at 1:44-62.  The '576 patent describes

19   transmitting multiple transponder signals (which include television channels, as is

20   discussed further in the next paragraph) as a combined signal to a gateway that can

21   output information to all IRDs.  '576 patent at 2:60-65.  Specifically, the '576

22   patent discloses "selecting" requested satellite signals (*e.g.*, selecting transponder

23   signals from a broadband LNB output signal, such as the channels requested by an

24   IRD), "translating" those transponder signals to various frequencies for

25   transmission within an intermediate frequency ("IF") signal range, and

26   "combining" the selected, translated transponder signals into a composite IF signal

27   for output to the IRDs.  '576 patent at 2:54-3:4.

28

-9-

29.     The '576 patent describes a process for creating a "composite signal" that is illustrated in figure 5 below.



**Figure 5 — The '576 patent's "Composite Signal" For Transmission Over a Single Cable (Annotations and colors added)**

30.     In figure 5 of the '576 patent, each of the numbered frequency blocks represents a transponder channel (i.e., a defined frequency range through which signals traverse), which are distinct from transponder signals, which are the signal payload of one or more transponder channels.  Transponder signals comprise one or more television channels.  The transponder channels are grouped together into four satellite signals (i.e., four broadband LNB outputs), labeled LNB output A-LNB output D, that correspond to the satellite hardware (i.e., transponder) and signal polarization (i.e., left- or right-polarity) of the satellite signals received by the feedhorns on the satellite antenna.  '576 patent at 1:44-54, 2:54-60, 7:32-39. The '576 patent describes, upon receiving these four satellite signals (LNB outputs A-D seen above in figure 5), that selected transponder channels from the within the

-10-

broadband LNB output signals are combined into a "composite" IF signal having a frequency range of 950 to 1450 MHz, equivalent to the range of a single one of the LNB outputs. '576 patent at Fig. 5, 7:32-39.

31. Figure 9 of the '576 patent discloses system components for selection, translation, and combination to create the composite IF signal. '576 patent at 4:1-3.



FIG. 9

**Figure 9 — Tuners and Upconverters Used to Select and Combine Channels (Annotations and colors added)**

32. Figure 9 of the '576 patent illustrates that each LNB output signal carries frequencies corresponding to particular satellite transponder channels that communicate video and audio data. Desired transponder channels are selected by tuners 930. '576 patent at 8:65-9:25. The frequency range for the selected satellite transponder channels is shifted to a different location within the bandwidth of the combined signal by the frequency translating "Upconvert" or up converter blocks

-11-

labeled 940.  '576 patent at 8:65-9:25.  For example, channel 1 from LNB output A might be moved from the 950-974 MHz location to the channel 16 location between 1426-1450MHz in the combined signal.  Then the selected frequency-translated channels are combined by a signal combiner 950 into a single composite signal for distribution over a single cable 970.  '576 patent at 8:65-9:25.

33.    Although figure 9 shows performing the recited functions in the analog domain, the '576 patent teaches that the functions depicted in figure 9 can also be performed in the "digital domain" instead—that is, by using a digital signal processor or other digital processing logic to perform functions that are the digital equivalent of analog components for performing analog signal processing.  '576 patent at 10:60-63, 11:18-23.  Figure 3, for example, depicts a system where the signal selection occurs in the digital domain, as shown below.



**Figure 3 — Signal Selection, Frequency Translation, and Signal Combination in the Digital Domain Rather than the Analog Domain (Fig.9) (Annotations and colors added)**

-12-

34.     As was known by a POSITA in 2001, satellite transponder signals are received via an analog RF carrier, resulting in the digital signal processing embodiment of figure 3 requiring the step of creating a digital representation of the analog signal prior to processing via digital filters (340).  '576 patent at 4:51-64. Because existing IRDs were conventionally configured at the time to receive transponder signals in the format output by an LNB (*i.e.*, as an analog carrier signal), the system in figure 3 that uses digital signal processing further required conversion back into the analog domain before combining and providing to the IRDs (*i.e.*, for display on an end customer's television).  These steps are shown in figure 3 by the "analog to digital" ("A/D") and "digital to analog" ("D/A") converters 330 and 350, respectively.  '576 patent at Fig. 3, 4:51-5:54.

### 1.     Prosecution History of the '576 Patent
#### a.     Original Prosecution

35.     I have reviewed the file history of the '576 patent, including both the original prosecution and the reexamination file history.  In my opinion, the prosecution history of the '576 patent does not have significant bearing on the claim terms I address below.

36.     In the original prosecution of the '576 patent, the Examiner initially found that all of the originally filed claims were not allowable.  Specifically, in a June 9, 2005 non-final rejection, the Examiner found all claims were anticipated by U.S. Patent No. 6,493,873 ("Williams-873"),[1] and/or rendered obvious by Williams-873 in combination with U.S. Patent No. 6,437,837 ("Seo" although the examiner at times referred to this reference as "Sao").  '576 FH, 6/9/2005 Nonfinal Rejection at 2-8.  The Applicant amended the claims in response, adding limitations, including that "*wherein the modulation of the transponder signal is not*

---

[1]   I understand that multiple Williams references may be relevant to validity questions in this matter, so I refer to "Williams-873" specifically, for clarity.

-13-

*altered by the steps of selecting, combining, and transmitting*." '576 FH, 8/11/2005 OA Response at 4.  The Applicant further amended the claims and argued that the claims were distinguished over Williams-873 because "[a]n important distinction between applicant's invention and the Williams reference is that Williams uses transmodulation where the applicant's invention does not transmodulate." '576 FH, 8/11/2005 OA Response at 6.

37.     The Examiner then issued a Final Rejection that found the claims as amended were disclosed or rendered obvious by U.S. Patent No. 6,441,767 ("Shah") and/or Shah in view of Williams.  '576 FH, 11/2/2005 Final Rejection.

38.     In response, the Applicant filed a Request for Continued Examination and further amended its claims to distinguish over the Shah-based rejections.  '576 FH, 1/25/2006 RCE.  Claim 14 was amended such that it required that "*in the ODU, selecting a <u>plurality of</u> transponder signals <u>extracted from the received satellite broadband signals, wherein the selecting is</u> responsive to the transponder request signals*."  '576 FH, 1/25/2006 RCE Amendment at 4.  The Applicant argued this amendment distinguished then-pending claim 14 over Shah.  '576 FH, 1/25/2006 RCE Amendment at 9-10.

39.     The Examiner again rejected the claims based on Shah and other references.  '576 FH, 4/5/2006 Nonfinal Rejection.

40.     Applicant and Examiner had an interview in June 2006.  '576 FH, 7/10/2006 OA Response at 6.  The Applicant then argued the claims were allowable.  '576 FH, 7/10/2006 OA Response at 6-13.  The Examiner subsequently allowed the claims without providing any reasons for allowance. 576 FH, 9/11/2006 Notice of Allowance.

### b.     Reexamination of the '576 Patent

41.     I understand that, in December of 2006, another party filed a request for *ex parte* reexamination challenging the validity of the '576 patent.  The initial

-14-

1  request was incomplete, and so a corrected request was filed in 2007.  After

2  reviewing the request for reexamination, the USPTO agreed that the "Eutelsat

3  Installer Guide" prior art combinations disclosed or rendered obvious the '576

4  patent claims reciting selecting, extracting, and combining of transponder signals

5  to produce to a composite signal for transmission over a single cable without

6  altering the transponder signal's modulation.  '576 Reexam FH, 6/16/2008 Reexam

7  Nonfinal Action at 5-34.

8       42.    In response, Patent Owner narrowed its claims via amendment to

9  avoid a finding of invalidity.  '576 Reexam, 8/14/2008 Amendment and Request

10  for Reconsideration.  Specifically, Patent Owner narrowed the independent claims

11  to recite "*digitizing the plurality of satellite broadband signals*," and added many

12  new claims.  576 Reexam, 8/14/2008 Amendment and Request for Reconsideration

13  at 4.  Patent Owner also argued that Eutelsat did "not teach or suggest broadband

14  digitization of the incoming signal combined with channel selection from that

15  digitized signal in the digital domain," including the step of "extracting selected

16  channels from the digitized broadband signals in the digital domain."  '576

17  Reexam FH, 8/14/2008 Amendment and Request for Reconsideration at 13-14.

18       43.    After this amendment, claims 1-23 were then found patentable as

19  amended, and new dependent claims 24-42 were added.

20                **2.    Assumed Priority Date of the '576 Patent**

21       44.    I have been asked to assume, for the purposes of this stage of the

22  proceedings only, that the '576 patent's priority date is November 7, 2001.

23       **B.    U.S. Patent No. 7,542,715**

24       45.    The '715 patent is entitled "Signal Selector and Combiner for

25  Broadband Content Distribution.  It issued on June 2, 2009 from Application No.

26  11/553,456 filed on October 26, 2006.  It claims priority as a continuation of

27  Application 10/289,011, filed on November 5, 2002, issued as the '576 patent.

28

-15-

The '715 patent also claims priority to various provisional applications: 60/345,965 (filed November 7, 2001); 60/333,722 (filed November 27, 2001); and 60/358,817 (filed on February 22, 2002).

46.     The '715 patent, as a continuation, contains the same specification as the '576 patent.

47.     Of note, portions of the shared specification, *e.g.*, figure 11 depicts a gateway that distributes the signals to multiple set-top boxes ("STBs" or "IRDs") over a digital local area network ("LAN"), *i.e.*, via a wired connection such as LAN or Ethernet, as shown below.  '715 patent at 9:44-48.



**Figure 11 — The '715 Patent's Signal Distribution System Using a Gateway (Annotations and colors added)**

-16-

48.     When distributing the composite signal to the STBs, the '715 patent teaches outputting the combined composite signal received over a single cable through a gateway.  '715 patent at 2:59-65.  The '715 patent explains that the gateway can be very simple, such as "a simple power splitter/summer."  '715 patent at 4:40-41.  A gateway also can be more advanced and provide capability for both "decod[ing] specific programs," and distributing those programs over a digital local area network to the plurality of STBs, as shown in figure 11 (annotated above). '715 patent at 9:44-48.

### 1.     Prosecution History of the '715 Patent

49.     I have reviewed the prosecution history of the '715 patent, which contains no office actions, and believe it has no relevance to this stage of the proceedings.  I have also reviewed the prosecution history and reexamination history for the '576 patent, the parent application of the '715 patent, as discussed above.

### 2.     Assumed Priority Date of the '715 Patent

50.     I have been asked to assume, for the purposes of this stage of the proceedings only, that the '715 patent's priority date is November 7, 2001.

### C.     U.S. Patent No. 8,792,008

51.     The '008 patent is entitled "Method and Apparatus for Spectrum Monitoring.  It issued on July 29, 2014 from Application No. 13/607,916 filed on September 10, 2012.  The '008 patent purports to claim priority back to Provisional Application No. 61/532,098, filed on September 8, 2011.

52.     The '008 patent's "Background of the Invention" section explains a purported problem with network-based services (*i.e.*, television services) is that they may have unacceptable quality if "network parameters fall outside of those for which receivers in the network were designed."  '008 patent at 1:34-36.  For example, if the signal to noise ratio ("SNR") decreases below a certain point,

-17-

1   signal quality could degrade to the point of interfering with the user's viewing
2   experience.  But the '008 patent explains that the existing "[c]onventional methods
3   and apparatuses for monitoring network parameters" were supposedly "too costly
4   and impractical for use in customer-premises equipment (CPE)."  '008 patent at
5   1:42-45.

6       53.   The '008 patent describes and claims a system that receives a signal,
7   digitizes a received signal, selects a first portion and a second portion of the
8   digitized signal, and concurrently outputs the first portion of the digitized signal to
9   a signal monitor/analyzer that analyzes the first portion to determine a signal
10  characteristic and the second portion of the digitized signal to a data processor that
11  recovers content from the second portion of the digitized signal.  '008 patent at
12  Abstract, Fig. 1B, Fig. 1C, Fig. 3, Fig. 4, claims 1, 3, 11.  The '008 patent further
13  discloses communications systems where the source of the received signal is a
14  cable television or a satellite television transmitter.  '008 patent at Abstract, Fig
15  1A, Fig. 1C, 1:34-50, 2:34-48, 3:33-60, 4:51-62, claims 6-8, 14-16.

16      54.   The '008 patent discloses a cable television broadcast system
17  including conventional components, where the cable signal is transmitted from a
18  backend source (*e.g.*, a terrestrial television antenna, satellite dish, or IP network).
19  Figure 1A, for example, illustrates an exemplary and conventional communication
20  system for providing cable television signals to a customer's premise, as shown
21  below.

22
23
24
25
26
27
28

-18-

1
2
3
4
5
6
7
8
9
10
11
12
13
14



**Figure 1A — '008 Patent's Example Cable System**

15
16
17
18

55.     As illustrated in figure 1A, and as discussed in the '008 patent, a cable "headend 108 may receive television signals via the [terrestrial television] antenna 102 and the satellite dish 104, and may receive data via the IP network 106."  '008 patent at 2:44-46, 2:34-38.

19
20
21
22
23
24
25
26

56.     The '008 patent does not explicitly describe details of the headend 108, but a POSITA reviewing the '008 patent and its description of figure 1a as an example cable system would understand that the cable headend 108 is a conventional headend operated by a cable television provider that was widely deployed and in use for cable networks by 2011.  Such a headend is located at a central, operator-controlled location, and collects television signals from a variety of sources (typically satellite sources and terrestrial antenna sources), and then distributes this information to downstream consumer devices.

27
28

57.     As shown below, Figure 1B of the '008 patent is a block diagram of an example receiver, such as one used by a customer, in a cable communications system.  The cable receiver can receive a signal from a source, such as a cable headend (in Fig. 1A).  The block components of figure 1B's receiver include an RF receive front-end 158, a channelizer 152, a monitoring unit 154 (receiving $C_{J+1}$), and a data processing unit 156 (receiving $C_1$-$C_J$).  '008 patent at Fig. 1B, 3:5-4:10. Figure 1C of the '008 patent, further below, includes a block diagram of a similar receiver in a satellite communications system.



**Figure 1B — '008 Patent's Receiver Circuit (Colors added)**

58.     In the receiver of figure 1B, an RF receive front-end 158 receives a signal "S" from a source (*e.g.*, a television signal from a source, such as a cable headend), and the analog-to-digital converter included in the RF receive front-end digitizes the received signal, converting it from analog to a digital signal ("D"). '008 patent at Fig. 1B, Fig. 2B, 3:11-16.  After the received signal is digitized, the digitized signal "D" is transmitted to a channelizer 152 used to select portions of

the signal corresponding to one or more channels. '008 patent at Fig. 1B, Fig. 2B, element 256, 3:20-28. Channelizer 152 selects portions of the channelized signal and transmits a first selected portion ($C_{J+1}$) to a monitoring module 154, where it is analyzed to determine signal characteristics, such as signal-to-noise ratio, interference levels, and/or power level vs frequency. '008 patent at 3:20-23, 3:57-60, 4:26-50, 6:27-35. After analyzing the signal characteristics, the monitoring module 154 reports that information back to the "source" of the signal (back to a cable headend). '008 patent at Fig. 1B, 1C, 3:20-23, 3:48-60, claims 1, 3, and 11. The channelizer 152 concurrently transmits a second selected portion ($C_1$-$C_J$) to the data processing module 156, where the second selected portion is processed to recover the data. '008 patent at 4:45-47, 6:28-36. As shown below, Figure 4 of the '008 patent illustrates this process.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



**Figure 4 — '008 Patent's Spectrum Analysis Process (Colors added)**

59.     Specifically, as disclosed in the flowchart of figure 4 ("illustrating example steps for spectrum monitoring"), the receiver receives a frequency division multiplexed ("FDM") signal in step 404, digitizes the signal across an entire band from $F_{lo}$ to $F_{hi}$ in step 406, and then, in step 408, the digitized channel is channelized into one or more bands. '008 patent at Fig. 4, 6:19-28.  After channelization, a first portion of the signal is provided to a data processing module in step 410 and a second portion of the signal is concurrently provided to a monitoring module in step 412.  '008 patent at Fig. 4, 6:28-36.  Then in step 414, the data processing module processes the first one or more channels to recover data

on those bands and the monitoring module processes the second one or more channels to determine characteristics of all or a portion of the frequency band. '008 patent at Fig. 4, 6:32-36.

60.     Figure 1C of the '008 patent discloses a similar embodiment related to satellite television systems that also were well-known by 2001 and certainly by 2011.  As depicted in figure 1C of the '008 patent, below, a satellite on a customer premises receives television signals from the satellite broadcasting source via a satellite dish assembly 172.  '008 patent at Fig. 1C, 4:51-53.  The example satellite dish assembly 172 includes a subassembly 174 containing a front-end 158, a channelizer 152, a monitoring module 154, and a data processing module 156 and is located outside of a customer's house or building—specifically within a satellite dish assembly 172.  '008 patent at Fig. 1C, 4:53-56.  In the disclosed satellite system, a signal received via the satellite dish largely undergoes largely the same processes described above in the cable system (*see* Fig. 4), but with additional, satellite-related signal processing steps such as frequency downconversion at LNB 194.  '008 patent at 4:51-5:11.  Because the subassembly 174 is outside the customer's house, however, the '008 patent describes an aspect of traditional satellite systems where an additional gateway 196 is provided to receive data from the subassembly 174 via cable(s) 184.  '008 patent at 5:6-11.



**Figure 1C — '008 Patent's Satellite Receiver Circuit**

### 1.    Prosecution History of the '008 Patent

61.    I have reviewed the prosecution history of the '008 patent, which contains a single office action. The Examiner found that the originally filed claims were not allowable. Specifically, in the only non-final office action, the Examiner

-24-

rejected almost all of the claims as not allowable for anticipation and/or obviousness, but explained that the claims would be allowable if amended to include the signal analysis and reporting limitations recited in certain then-pending dependent claims 5 and 14, which recited: "*analyzing said first portion to determine a characteristic of said received signal*" and "*reporting said determined characteristic to a source of said received signal*." '008 FH, 1/16/14 Non-Final Rejection at 8, '008 FH, 4/10/2012 Claims at 2-4.

62.     The Applicant accepted the Examiner's proposal and amended the claims accordingly ('008 FH, 4/10/14, Amendment and Request for Reconsideration at 2-4), resulting in the '008 patent being allowed and then issued.

## 2.     Assumed Priority Date of the '008 Patent

63.     I have been asked to assume, for the purposes of this part of the proceedings only, that the '008 patent's priority date is September 8, 2011.

# V.   PERSON OF ORDINARY SKILL IN THE ART

64.     Based on my knowledge and experience, the materials and information I have reviewed, and my experience in the technical areas relevant to the '715 and '576 patents, a person of ordinary skill in the art at the time(s) of the alleged inventions of the '715 and '576 patents (about November 2001) would have had at least:  i) a bachelor's degree in electrical engineering, computer engineering, or the equivalent and three or more years of experience with television signal processing and satellite communications; ii) a master's degree in electrical engineering, computer engineering, or a related field and one or more years of experience in television signal processing and satellite communications; or iii) a doctoral degree in electrical engineering, computer engineering, or a related field, and at least some experience in television signal processing and satellite communications.  Additional education may substitute for professional experience, and significant work experience may substitute for formal education.  I understand

-25-

1   that Dr. Schonfeld basically proposed this same definition in the IPR proceedings,

2   and I agree.  He proposed: (i) a bachelor's degree in electrical engineering,

3   computer engineering, or the equivalent, and three or more years of experience

4   with television signal processing and satellite communications; (ii) a master's

5   degree in electrical engineering, computer engineering, or a related field, and at

6   least one year of experience in television signal processing and satellite

7   communications; or (iii) a doctoral degree in electrical engineering, computer

8   engineering, or a related field, and at least some experience in television signal

9   processing and satellite communications. Additional education may substitute for

10   professional experience, and significant work experience may substitute for formal

11   education.  He also discussed various aspects of the technology that a POSITA

12   would have knowledge of.

13        65.    Based on my knowledge and experience, the materials and

14   information I have reviewed, and my experience in the technical areas relevant to

15   the '008 patent, a person of ordinary skill in the art at the time(s) of the alleged

16   inventions of the '008 patent (about September 2011) would have had at least:  i) a

17   bachelor's degree in electrical engineering or the equivalent and three or more

18   years of experience in cable and/or satellite television signal processing and

19   communication systems; ii) a master's degree in electrical engineering or a related

20   field and one or more years of experience in of cable and/or satellite television

21   signal processing and communication systems; or iii) a doctoral degree in electrical

22   engineering or a related field, and at least some experience in cable and/or satellite

23   television signal processing and communication systems.  Additional education

24   may substitute for professional experience, and significant work experience may

25   substitute for formal education.  I understand that Dr. Schonfeld basically proposed

26   this same definition in the IPR proceedings, and I agree.  He proposed: i) a

27   bachelor's degree in electrical engineering or the equivalent, and three or more

28

years of experience in cable and/or satellite television signal processing and communication systems; ii) a master's degree in electrical engineering or a related field, and one or more years of experience in of cable and/or satellite television signal processing and communication systems; or iii) a doctoral degree in electrical engineering or a related field, and at least some experience in cable and/or satellite television signal processing and communication systems.  Additional education may substitute for professional experience, and significant work experience may substitute for formal education. He also discussed various aspects of the technology that a POSITA would have knowledge of.

66.    Satellite communications is a specialized area of technology today, and it was in 2001 and 2011.  Because of the specialized nature of satellite technology, I initiated and have taught a specific course in this area at Georgia Tech for over 20 years.  The person(s) of ordinary skill in the art for the '576 and '715 patents would have needed to have some specific experience and training with satellite systems and communications, so a technical degree specifically in electrical engineering, computer engineering or an equivalent, related discipline as well as particular training and/or work or research experience regarding satellite technology was necessary to gain ordinary skill in the art by 2001.  Education areas of engineering, without specialized focus on satellite technology, and without significant work or specialized training, would not have provided ordinary skill regarding satellite technology, including satellite television systems.

67.    Similarly, for the '008 patent, which has disclosure and claims related to both cable television and satellite television technology, a person would also have needed experience and/or specialized training in cable and/or satellite television signal processing and communications systems to gain ordinary skill with such systems, as well as education in communications such as in electrical engineering or an equivalent, related discipline.  As discussed above, I initiated

-27-

specific coursework at Georgia Tech to provide educational training specific for satellite technology, and I think a person without specific educational training and/or work experience would not have had ordinary skill.

## VI.   ANALYSIS OF CERTAIN DISPUTED CLAIM TERMS

### A.   '576 Patent Claims 16, 17, 21, 39, 41-42 -- "selected [and extracted] transponder channel[s]"

68.     I have reviewed the parties' proposed claim constructions for the "selected [and extracted] transponder channel[s]" term(s).  DISH contends that this term renders claims 16, 17, 21-22, and 41-42 indefinite.  Entropic contends that this term and all other terms should not be given a construction other than "plain and ordinary meaning."

69.     I agree with DISH that this claim language renders these claims indefinite.  As discussed below, the phrase "selected [and extracted] transponder channel[s]" is ambiguous and fails to inform with reasonable certainty a person of skill as to the scope of the claims because of the lack of clear antecedent basis indicating to which of the multiple possible selected (and/or extracted, or non-extracted) transponder channels the language of dependent claims 16-17, 21, 39, and 41-42 refers.

70.     Claim 14 (from which claims 16, 17, 21, 39, 41, and 42 depend), as modified during reexamination, recites the following:

> 14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:
>
> communicating a transponder request to the ODU from the IRD;
>
> in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite

broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 patent *Ex Parte* Reexamination Certificate at 2:7-24 (emphasis and brackets in original).[2]

71.    Claim 14 thus recites steps of selecting and extracting a plurality of transponder **signals** and combining extracted selected transponder signals. Nowhere claim 14 refer to a transponder "channel(s)," "selected transponder channels," or "extracted transponder channels."  In short, claim 14 provides no guidance or antecedent for the "selected transponder channels," "selected and extracted transponder channels," "selected translated transponder channel," and "non-selected transponder channels" that are recited in dependent claims 16, 17, 21, 39, 41, and 42.

72.    Claim 16, which is dependent on claim 14, recites "[t]he method of claim 14 wherein the step of combining comprises frequency translating **the selected and extracted transponder channels** to a variable frequency before combining."  '576 patent *Ex Parte* Reexamination Certificate at 2:30-33.

73.    Claim 42 similarly depends on claim 14, and recites "[t]he method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from **non-selected transponder channels**." '576 patent *Ex Parte* Reexamination Certificate at 4:15-18.

---

[2]   Unless otherwise noted, emphasis in text is throughout this declaration is added.

74.    Claim 15, from which claim 17 depends, recites: "[t]he method of claim 14 wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the band width of the transponder signal." '576 patent *Ex Parte* Reexamination Certificate at 2:25-29.

75.    Claim 17 recites "[t]he method of claim 15, further comprising frequency translating ***the selected transponder channels*** to a predetermined frequency before combining." '576 patent *Ex Parte* Reexamination Certificate at 2:34-36.

76.    Claim 21 recites "[t]he method of claim 14 further comprising the steps of: frequency translating ***the selected transponder channels*** to a variable frequency before combining; and splitting the composite signal inside a home and distributing to a plurality of IRDs." '576 patent at 14:14-20.

77.    Claim 38, from which claims 39 and 41 depend, recites "[t]he method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal." '576 patent *Ex Parte* Reexamination Certificate at 4:1-3.

78.    Claim 39 recites, "[t]he method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate ***a selected transponder channel*** at baseband." '576 patent *Ex Parte* Reexamination Certificate at 4:4-6 (emphasis added).

79.    Claim 41 recites "[t]he method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired ***selected translated transponder channel***." '576 patent *Ex Parte* Reexamination Certificate at 4:12-14.

80.    In each of claims 16, 17, 21, 39, 41, and 42, the claim language references selected and/or non-selected "transponder channel(s)," but there is no

-30-

reference to selecting or not selecting a "transponder *channel*" in claim 14 (nor in any claim from which these six claims depend).  Instead, claim 14 references transponder *signals* being selected and extracted.  Accordingly, there is no antecedent basis in claim 14 for the recited "selected [and extracted] transponder channel[s]" in the claims that depend from it.

81.     Transponder "signals" are not synonymous or equivalent to the transponder "channels" described by the '576 patent, and they would not be understood to be so by a person of ordinary skill in the art.  The '576 patent describes that "selected transponder signals" can be translated to new channel frequencies (*see* '576 patent at 2:54-65), but a transponder signal is *not* synonymous with a transponder channel.  '576 patent at 1:47-54 (discussing transponder bandwidth divided in various ways including having two signals on a single transponder channel), 2:57-60; *see also id.* at Fig. 5, 7:32-54.  Based on my experience and years in the field, a person of ordinary skill in the art would generally understand that the "transponder signal" in common parlance refers to the information *within* a transponder channel, meaning that usually a channel includes *more* than just the information carried in the transponder signal.[3]  In other words, transponder "channels" are a broader concept than transponder "signals," which are more specific.  By analogy, a river channel (a channel) can carry river water (analogous to signals), but also can send leaves, silt, boats, etc. downstream that are not the river itself downstream.

82.     The claim language of independent claim 14 fails to describe which of the transponder *channels*, rather than transponder signals, are selected and/or

---

[3]    For example, it is common for satellite transmitters to modulate several signals onto carriers, and a particular satellite transmission would include more than the signal containing the desired communications (such as television signals).  *See* Gordon and W. Morgan, *Principles of Communication Satellites* John Wiley and Sons, 1993, pp. 114-115.

extracted by the ODU in the "selecting a plurality of transponder signals extracted from the received satellite broadband signals" step of the claim, and thus fails to provide any antecedent basis.  It is unclear, for example, whether the transponder channels recited in the dependent claims includes the entire channel from which a selected and extracted transponder signal comes, only the selected and extracted transponder signals, or totally different transponder channels than the ones related to the selected and extracted transponder signals recited in independent claim 14.  The difference between transponder channels and signals is substantial, as can be seen in the '576 specification.  '576 patent at 5:55-63 (distinguishing between underlying signal information carried on a transponder channel and the channel).

83.     The claim language is thus ambiguous and fails to provide notice regarding the scope of the claims and what would fall within that scope.  In my opinion, the claims are indefinite because of this lack of clarity.

**B.     '715 Patent Claims 9-13 -- "decodes specific programs"**

84.     I have reviewed the parties' proposed constructions for the term "decodes specific programs."  DISH contends that this term renders claims 9-12 indefinite.  Entropic contends that this term and all other terms should not be given a construction other than "plain and ordinary meaning."

85.     I agree with DISH that this claim language renders these claims indefinite as ambiguous because the claim language provides no guidance regarding which programs are decoded and whether the programs that are distributed are only specific (*i.e.*, a subset of) programs or all programs.

86.     Claim 9 of the '715 patent recites:

A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

-32-

> a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;
>
> a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and
>
> a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;
>
> wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, ***decodes specific programs***, and distributes ***the programs*** over a digital local area network (LAN) to STBs.

'715 patent at 12:13-35 (emphasis added).  In relevant part, the claim recites that the gateway receives a "composite signal," which is the output of "a signal combiner" that is modulated with the same modulation as the modulation of the broadband LNB signals received by "a signal selector."  The claim then recites—in the final "wherein" clause—that the gateway "decodes specific programs" and that it "distributes ***the*** programs over a digital local area network (LAN) to STBs."

87.     The claims provide no guidance regarding what kind of "decoding," which is a broad term in the art, falls within the ambit of claim.[4]  For example, an IRD can descramble a received signal, demodulate it, and demultiplex a transponder signal to obtain a specific video stream, *e.g.*, an MPEG video of a television program—each of these is a form of decoding in the satellite signal distribution and processing context.  U.S. Patent No. 6,493,873 to Williams, which

---

[4] For example, the Oxford English Dictionary defines "decode" as to "convert (a coded message) into intelligible language."  In the context of communications signal processing, the "coded message" refers to effectively all communications.

is incorporated by reference into the '715 patent (at 2:7-24), discusses these various operations in the context of an IRD.  *See* U.S. Patent No. 6,493,873 to Williams at 14:11-16:20.  But no specific process for decoding or distributing by the gateway is disclosed in the '715 specification.  It would not be clear to a POSITA whether one, some, all, or more of these types of decoding is required to infringe the claims.  The only discussion of decoding in the context of a gateway mirrors the claim language: "in FIG 11, server/gateway 1160 receives the composite transponder signal, decodes specific programs, and distributes the program information in packetized MPEG over a digital local area network (LAN) 1170 to STBs." '715 patent at 9:44-47.  In other words, the specification does not describe any specific decoding operation or process performed by its gateway.

88.     Further, the claim language provides no guidance regarding what specific programs are decoded and then distributed.  Indeed, the language is unclear regarding whether the specific programs are part of the claimed "composite signal" or can be anything else such as programs received from a different source or stored in gateway memory.  '715 patent at claim 9 (reciting "decodes specific programs" without reciting programs previously in the claim).  And the language is unclear regarding which specific programs are selected to be decoded, or how specific programs are selected.  These clarity issues are in stark contrast with other limitations of the claim, where transponder signals from at least one broadband are selected "based on transponder select information."  Claim 9 provides no such guidance about what the "specific" programs for decoding are, or how they are selected.

89.     A person of ordinary skill reading claim 9 in view of the specification would not be able to discern which specific programs are to be decoded, how those specific programs to be decoded are selected, and whether those specific programs

-34-

are part of the composite signal or not.  Because of this claim 9, and claims 10-12 that depend from claim 9 are indefinite.

**C.    '008 Patent Claims 1, 3, and 11 -- "a source of said received signal"**

90.    I have reviewed the parties' proposed constructions for the term "a source of said received signal."  DISH contends that this term should be construed as "the equipment, *e.g.*, a cable headend or satellite transmitter, that transmitted the received signal."  Entropic contends that this term and all other terms should not be given a construction other than "plain and ordinary meaning."

91.    I agree with DISH's proposed construction for the reasons discussed below.  The claims recite digitizing a received signal, that the digitized signal is monitored or analyzed to determine characteristics of the digitized signal, and that the determined characteristics of the digitized signal are reported to the source of the received signal.  '008 patent at claims 1, 3, and 11.  DISH's proposed construction makes clear that the source of the received signal is the equipment that transmitted or provided the received signal.  The construction clarifies that the receiver-side's signal monitor/signal analyzer sends data regarding characteristics of the received signal to the same equipment that transmitted the signal and that could potentially modify the transmission.

92.    Claims 1, 3, and 11 recite:

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

-35-

*report said determined characteristic to **a source of said received signal***;

a data processor operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

3.  A method comprising:

performing by one or more circuits:

receiving a signal having a bandwidth that spans from a first frequency, Flo, to a second frequency, Fhi, wherein said signal carries a plurality of channels;

digitizing said received signal from Flo to Fhi to generate a digitized signal;

selecting a first portion of said digitized signal;

selecting a second portion of said digitized signal; and

concurrently outputting said selected first portion and said selected second portion, wherein:

said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which *reports said determined one or more characteristics to **a source of said received signal***; and

said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels.

11.  A system comprising:

-36-

one or more circuits that are operable to:

receive a signal having a bandwidth that spans from a first frequency, Flo, to a second frequency, Fhi, wherein said signal carries a plurality of channels;

digitize said received signal from Flo to Fhi to generate a digitized signal;

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said selected first portion and said selected second portion, wherein:

said selected first portion is output to a signal analyzer that is operable to analyze said first portion to determine one or more characteristics of said first portion, and that is operable to *report said determined one or more characteristics to **a source of said received signal***; and

said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels

'008 patent at 7:15-32, 7:35-54, 8:17-36 (emphases added).

93.     The '008 patent describes hardware, *i.e.*, cable headends or satellite transmitters, that can be a source of received signal, i.e. that can transmit a signal that is received by customer equipment (*e.g.*, a cable gateway or a satellite dish). '008 patent at Abstract ("A system, such as a satellite reception assembly or customer premises gateway" used for a "cable television spectrum or satellite television spectrum"), Fig. 1A, Fig. 1B, Fig. 1C, 2:34-59 (cable headend source transmitting signal to gateways), 3:51-60 (reporting that communication parameter(s) "outside acceptable bounds, and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend)"), 4:11-15 (receiving cable television signal), 4:16-25 (receiving satellite television signal), 4:51-5:11, 6:19-26.  Figure 1A, for example shows the source of

-37-

1   the signal received by the gateways (120a and 120b) transmitted by a cable

2   headend source (108).  '008 patent at Fig. 1A (above), 1:34-59, 3:51-60.  Figure

3   1C shows a different embodiment where the source of the signal received by

4   satellite dish assembly (172) would be a satellite transmitter at which the dish

5   assembly is pointed.  '008 patent at Fig. 1C (above), 4:64-5:5.

6       94.    The '008 patent also makes clear that the signal analyzer/signal

7   monitoring module provides data generated from the analysis/monitoring of the

8   signal back to the equipment that provided the signal to the receiver's front end in

9   the first place.  Specifically, in the context of the cable embodiment, the gateway's

10  "monitoring module 154" can be used to report analysis of the characteristics of a

11  received signal back to the transmitting equipment (*i.e.*, the cable headend):

> The monitoring module 154 may be operable to analyze the band $C_{J+1}$ that it receives from the channelizer 102 to measure/determine characteristics such as, for example, signal power level vs. frequency, delay vs. frequency, phase shift vs. frequency, type and/or amount of modulation, code rate, interference levels, signal to noise ratio, a transfer function of the channel of over which the signal was received, an impulse response of the channel over which the signal was received, and/or any other characteristic that may help assess characteristics of the channel over which the signal was received, assess characteristics of the transmitter that sent the signal and/or any otherwise be pertinent to performance of the communication system. The monitoring module may also be operable to generate one or more control signals 160 for configuring the channelizer 102 and/or for configuring the RF front-end 158. Additionally or alternatively, the control signal(s) 160 output by the monitoring module 154 may control the transmission of network management/maintenance messages by the device 150. *Such message may comprise, for example, network status updates indicating whether one or more communication parameters of one or more received television or DOCSIS channels are outside acceptable bounds, **and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend).*** In an example embodiment, the monitoring module 174 may be operable to demodulate signals for measuring one or more characteristics such as signal-to-noise ratio, code rate.

-38-

'008 patent at 3:29-60 (emphasis added).  This can allow the transmitting equipment (e.g., a cable headend) to adapt based on the measurement data provided back to it.  '008 patent at 2:60-3:4, 3:29-60.

95.    The '008 patent describes conveying the information back to a source of the received signal (the cable headend) as an alternative that is different from sending network status updates or using the analysis/monitoring information to configure parts of the receiver, such as the channelizer 102 or the RF front end. '008 patent at 3:45-60; *see also* '008 patent at 2:60-3:4.  The '008 patent also provides the context that the background prior art systems allegedly failed to allow for adequate monitoring of network parameters at customer premises equipment, rather than monitoring implemented using more costly technology at a headend or deployed by technicians.  '008 patent at 1:34-50.

96.    This is the only disclosure in the '008 patent that explicitly discusses transmitting messages back to a source of a signal.  When reviewing the claims in view of the '008 specification and file history, a person of ordinary skill in the art would have understood that reporting back to a source of a signal requires transmitting messages back to the transmitting equipment providing the signal to the receiver.  The '008 patent describes transmitting equipment, *i.e.*, a cable or satellite headend, as "a source of the received signal" that can receive messages from a signal monitoring module ('008 patent at 3:51-57, 2:60-3:4), and distinguishes messages sent to this "source" from using signal monitoring module to generate control signals used by the receiver to configure the channelizer or RF front end (*id.* at 3:45-48).

97.    The file history of the '008 patent also supports this construction.  The '008 specification describes reporting back to a source of a received signal as "conveying measured/determined characteristics back to a source of the received signal (*e.g.*, back to a cable headend)."  '008 patent at 3:55-57.  This was the point

-39-

of novelty that secured allowance of the claims. *See* Section 4(C)(a), above (analysis of at least a portion of the received signal "to determine one or more characteristics of said first portion" and "to report said determined one or more characteristics to a source of said received signal" was added to secure allowance of the independent claims). At the time (*i.e.*, by 2011), using signal analysis to determine how to tune a receiver based on the measured signal characteristics would not have distinguished the claims, as the Examiner apparently concluded the language "*report said determined one or more characteristics to a source of said received signal*" did. *See* '008 FH, 1/16/14 Non-Final Rejection at 8, '008 FH, 4/10/2012 Claims at 2-4 (original rejected claims 1, 3, and 11 amended to recite the reporting back to a source of said received signal limitation rather than just determining characteristics). For example, original claim 1 recited a "signal monitor operable to analyze a signal to determine a characteristic of said signal," and a POSITA would understand that the analysis to determine a characteristic would be used in some way, such as to modify the receiver's settings, e.g. to tune the receiver. *See* '008 patent at 3:45-48 ("monitoring module may also be operable to generate one or more control signals 160 for configuring the channelizer102 and/or for configuring the RF front-end 158.") It was the addition of "to report said determined characteristics to a source of said received signal" that secured allowance of the claims. '008 FH, 4/10/2012 Claims at 2-4 (original rejected claims 1, 3, and 11 amended to recite the reporting back to a source of said received signal limitation rather than just determining characteristics).

98.     For example, the prior art the Examiner cited, U.S. Patent 6,038,435 ("Zhang"), in rejecting original claim 1 disclosed modifying a receiver's gain setting based on analysis of a digitized signal (*see, e.g.* Zhang at Abstract, 2:6-26, 2:47-3:2), but the examiner found original claims 5 and 14 that required reporting back to be patentable over this art. Accordingly, the file history indicates that

using performing a signal analysis to modify receiver settings would not be patentable, but the Examiner believed that sending the resulting information back to the source of the received signal was.

99.   DISH's proposed construction captures this aspect of the '008 patent claims requiring that the same equipment that transmitted the received signal is the equipment to which the data regarding "characteristics of the received signal" is reported back, as required by the description in the specification. This provides clarity that Entropic's proposed plain-and-ordinary meaning construction lacks. The term "a source of said received signal" should mean "the equipment, *e.g.*, a cable headend or satellite transmitter, that transmitted the received signal."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  March 7, 2023          By: *Paul H. Steffes*

Paul Steffes, Ph.D.

# APPENDICES

## to

# EXPERT DECLARATION OF

# DR. PAUL G. STEFFES REGARDING

# CLAIM CONSTRUCTION

# APPENDIX

# A

## BIOGRAPHICAL SKETCH

PAUL G. STEFFES
PROFESSOR EMERITUS
SCHOOL OF ELECTRICAL AND COMPUTER ENGINEERING
GEORGIA INSTITUTE OF TECHNOLOGY
ATLANTA, GEORGIA 30332-0250

## EDUCATION

S.B.   Electrical Engineering   1977
S.M.   Electrical Engineering   1977
       Massachusetts Institute  of  Technology
Ph.D.  Electrical Engineering   1982
       Stanford University

## EMPLOYMENT HISTORY

Massachusetts Institute of Technology, Research Laboratory
of Electronics, Radio Astronomy and Remote Sensing Group
        Graduate Research Assistant      1976-1977

Watkins-Johnson Company, Sensor Development, San Jose,
California
        Member of the Technical Staff          1977-1982

Stanford University, Electronics Laboratory,
Center for Radar Astronomy, Stanford, California
        Graduate Research Assistant      1979-1982

Georgia Institute of Technology, School of Electrical and Computer Engineering,
Atlanta, Georgia
        Assistant Professor                    1982-1988
        Associate Professor                    1988-1994
        Associate Chair for Graduate Affairs   2004-2006
        Associate Chair for Research           2006-2013
        Professor                              1994-2020
        Professor Emeritus                     2020-present

## EXPERIENCE SUMMARY

At Massachusetts Institute of Technology

Responsible for development, operation, and data analysis for an 8-channel, 118 GHz radiometer system flown aboard the NASA Flying Laboratory (CV-990) as an engineering model for a meteorological sensing satellite. Duties included hardware development of millimeter-wave, microwave, analog, and A to D segments of the system, in addition to airborne operation and reduction of data. The research resulted in a Master's thesis entitled "Atmospheric Absorption at 118 GHz," detailing the first airborne measurement of high altitude atmospheric absorption in the 2.5 millimeter wavelength range, due to atmospheric oxygen.

At Watkins-Johnson Company

Responsibilities included proposals and system design and development, particularly in the area of millimeter-wave systems. Responsibility for millimeter-wave systems development included government sponsored study and development of ELINT (Electronic Intelligence) and radar warning receiving systems to frequencies as high as 110 GHz, as well as internal company sponsored development projects including a 60 GHz communications system and millimeter-wave downconverters.

At Stanford University

Research was concentrated in the area of microwave radio occultation experiments from Voyager and Mariner spacecraft, with specific interest in microwave absorption in planetary atmospheres. Work included computer-based theoretical development of microwave absorption coefficients for planetary atmospheres, to facilitate the use of radio occultation-derived microwave absorption profiles in determining constituent densities. Additional work included the development of a fully instrumented experimental facility for use in measuring the microwave properties of planetary atmospheres under simulated planetary conditions. The research resulted in a Ph.D. dissertation entitled "Abundances of Cloud-Related Gases in the Venus Atmosphere as Inferred from Observed Radio Opacity."

At Georgia Tech

Research Activities: Principal Investigator of the National Science Foundation (NSF) grant, "Remote Sensing of Clouds Bearing Acid Rain." This research studied and designed a microwave/millimeter-wave system for remotely sensing the pH of acidic clouds (1982-1983). Principal Investigator for the NASA Planetary Atmospheres Program grant, "Laboratory Evaluation and Application of Microwave Absorption Properties under Simulated Conditions for Planetary Atmospheres." This research involves laboratory study of the interaction between atmospheric constituents and electromagnetic waves, with application to microwave remote sensing of the atmospheres of Venus and the outer planets using both spacecraft and radio telescopes (1984-2015). This project (31 years continuous support, $2.533M) was acknowledged by Georgia Tech President Peterson as the longest single-topic research activity supported by any NASA science program. Principal Investigator of the GTE Spacenet Program, "Satellite Interference Location System (SILS)." The program involved location of uplink signals on the surface of the earth without disrupting regular satellite operations (1986-1990). Principal Investigator of the Emory University/Georgia Tech Biomedical Technology Research Center project, "Research in Development of a Non-Invasive Blood Glucose Monitoring Technique." This research involved the use of active infrared systems to determine glucose levels in the human eye and bloodstream (1988-1989), with subsequent support (1990-1991) from Lifescan, Inc. Principal Investigator of the NASA Pioneer Venus Guest Investigator Program, "Pioneer Venus Radio Occultation (ORO) Data Reduction: Profiles of 13 cm Absorptivity." This research inferred 13 cm wavelength absorptivity profiles using the Pioneer Venus Orbiter, and then used such profiles to characterize abundance profiles for gaseous $H_2SO_4$ in the Venus atmosphere (1988-1990). Principal Investigator/Team Member of NASA High Resolution Microwave Survey (HRMS). This research involved development and operation of the world's most sensitive receiving system used for a 1-10 GHz Sky Survey (1991-1994). Subsequent support was provided by the SETI Institute (1994-2000) and involved development of a 30-meter radio telescope system at Woodbury, Georgia and a database containing all earth orbiting transmitters. Developer of atmospheric radio occultation experiments conducted with the Magellan (Venus) Spacecraft (1991-1994). Director of the Georgia Tech Satellite Earth Station System. Responsible for development of a Ku-band uplink/downlink system for use in inter-university networks (1985-1995).  Principal investigator in the NASA/ACTS Propagation Experiments Program (1994-1999).  This research involved study of Ka-Band propagation effects on CDMA satellite communications systems. Developed prototype Ka-Band CDMA satellite terminal for Raytheon/TI systems, and assisted in evaluation and testing (1997-99). Principal Investigator of the NSF Division of Astronomical Sciences Grant, "A Spectrum Study and Demonstration of the Role

1

of "Smart Radios" in the Protection of Passive Scientific Radio Services." This research involved development of a Radio Spectrum Evaluation System (RSES) and studies of spectrum usage and compatibility (2003-05). Co-investigator on project with NASA Jet Propulsion Laboratory (JPL) entitled "Improved Radio Occultation Retrievals" supporting characterization of atmospheric effects on propagation of GPS signals (2015-2016). Principal Investigator for the NASA Solar System Workings Program grant, "Laboratory Evaluation and Application of the Millimeter-Wavelength Absorption Properties of Gaseous Sulfuric Acid under Simulated Venus Conditions." This research involves laboratory study of the interaction between sulfuric acid vapor and millimeter-waves, with application to remote sensing of the atmosphere of Venus using both spacecraft and radio telescopes (2016-2020, $473K).

Science Team Member and Mission Co-Investigator for the NASA Juno (Jovian Polar Orbiter) Mission (2006-2023): NASA selected the Juno Mission as the second "New Frontiers" mission in 2005. The Georgia Tech activity has involved development of a new microwave laboratory measurement system and application of the new measurements to radiative transfer modeling in support of detection and measurement of water vapor in the deep Jovian atmosphere using passive microwave radiometry. Juno was successfully launched in August 2011, and entered Jovian orbit in July 2016. Before orbital entry, we completed the laboratory measurement component of our activity, and now focus on application of microwave radiative transfer retrieval algorithms developed in our lab, which allow near real-time interpretation of data returned from the Juno microwave radiometer (MWR).  (Support level through current date, $2M)

Teaching Activities:   Was Principal Professor for "Satellite Communications and Navigation Systems" (graduate course) and for "Electromagnetics Design" (undergraduate design experience). Also served as developer and coordinating Professor for "Professional Communications Seminar" (for Ph.D. students). Coordinated the School's student seminar, providing guidance to both undergrads and first year grad students on career paths and on a wide range of professional and research topics. Have also taught "Electromagnetics" (Junior level course required of all EE students), "Antennas," "Introduction to Radar," "Electromagnetics I and II," "Electromagnetics Applications," "Signals and Systems," and "Survey of Remote Sensing."

Administrative Activities:   Chairman, School of ECE Electromagnetics Technical Group, 1990-1996. Associate Chair for Graduate Affairs, 2004-2006, was responsible for graduate admissions and all aspects of the graduate program operation including admissions, GTA assignments, advising, fellowship awards, and chairing the Graduate Recruitment committee. This involved a program of over 1000 graduate students. Associate Chair for Research, 2006-2013, responsible for administration of the $60M+/yr research operation for the School of ECE including proposal support, deliverable monitoring, intellectual property and faculty new-start innovation, and research program development. Was also responsible for resolution of issues with industrial research contracts, including conflict-of-interest resolution and non-disclosure agreements.

## HONORS AND AWARDS
-Fellow, IEEE (Member of 6 IEEE Societies).
-Fellow, American Association for the Advancement of Science (AAAS)
-Recipient of the Stewart Award (MIT for exceptional contribution to student extra-curricular life, 1977).
-Recipient of the Metro Atlanta Young Engineer of the Year Award, presented by the Society of Professional Engineers, 1985.
-Recipient of the Sigma Xi Young Faculty Research Award, 1988.
-Associate Editor, Journal for Geophysical Research (JGR-Atmospheres), 1984-1989.
-Appointed Member of the NASA Management and Operations Working Group for the Planetary Atmospheres Program (1986-1990).
-Recipient of the Sigma Xi Best Faculty Paper Award, 1991.

-Recipient of the NASA Group Achievement Award, "For outstanding contribution to the design, development, and operation of the High Resolution Microwave Survey Project, and its successful inauguration," March 1993.

-Recipient of the 1996 IEEE Judith A. Resnik Award, "For contributions to an understanding of the Venus atmosphere through innovative microwave measurements," January 1996.

-Named to the Editor's list of distinguished reviewers for the journal ICARUS (International Journal of Solar System Exploration), ICARUS, v. 134, p185 (August 1998).

-National Research Council / Space Studies Board Certificate of Appreciation for outstanding service as a member of the Task Group on NASA Research and Analysis Programs (1998).

-Recipient of the "2000-2001 Professor of the Year Award" by the Georgia Tech Graduate Student Senate.

-Named a lifetime National Associate of the National Academy of Sciences, in recognition of service to the National Academies, December 2001.

-Recipient of the Georgia Tech School of ECE Distinguished Faculty Achievement Award, April 2010.

-Georgia Tech Research Corporation 75th Anniversary Award for Excellence, December 2011.

-Member, Eta Kappa Nu.

-Member, Sigma Xi.

-Recipient of the NASA Group Achievement Award, "For exceptional contributions to the Juno Step 1 and Step 2 exemplary winning proposal efforts leading to the start of mission development," August 2012.

-Recipient of the NASA Group Achievement Award, "For outstanding contributions to the Juno mission leading to successful development, launch, and early operations," August 2012.

-Recipient of the Georgia Tech D. Scott Wills ECE Distinguished Mentor Award, April 2015.

-Named the 2016 Hans Liebe lecturer by the International Union of Radio Scientists (URSI/USNC).

**OTHER PROFESSIONAL AFFILIATIONS**
Member, American Astronomical Society, Division for Planetary Sciences.
Member, American Geophysical Union.
Member, American Institute of Physics.
Member, American Society for Engineering Education.
Member (Elected), International Union of Radio Scientists (URSI), Commission J (Radio Astronomy).
Chairman, Atlanta Chapter, IEEE Antennas and Propagation Society and Microwave Theory and Techniques Society, 1986-1988. Director, IEEE Atlanta Section, 1988-1989.
Georgia Tech Chapter, Sigma Xi, Vice President, 1990-1991; President 1991-1992; Past-President, 1992-1993.
Chairman, Publicity Committee, 1993 IEEE International Microwave Symposium.
Local Arrangements Committee, 2001 American Astronomical Society/ Division for Planetary Sciences Meeting.

**OTHER PROFESSIONAL ACTIVITIES**
-Member of Executive Committee, NASA Venus Exploration Analysis Group )VEXAG, 2015-2018.
-Member of the Planetary Science Subcommittee (PSS) of the NASA Advisory Council (NAC), 2010-2014.
-Chairman, National Research Council (NAS/NAE) Committee on Radio Frequencies, 1998-2001. (Member, 1995-98; Past-Chair, 2001-02).
-Member, National Research Council (NAS/NAE) Task Group reviewing the NASA Research and Analysis Programs. 1996-1998.
-Member of the selection committee for the IEEE Judith E. Resnik Award, 2007-present.
-Proposal Reviewer and Panelist for the NASA Solar Systems Observation Program, the NASA Planetary Astronomy Program, the NASA Planetary Atmospheres Program, the NASA Planetary Instrument Definition and Development Program, the NASA Planetary  Data Analysis Programs, the NASA Exobiology Program, the NASA Discovery Program, the NASA Pluto-Kuiper Express Mission, the

3

NASA Pluto-Kuiper Belt Mission, the NASA/ESA Rosetta Mission,  the NASA Microgravity Biotechnology Program, the NSF Communications Research Program, the NIH SBIR Program, the CDC Technology Development Grants Program, and the Juvenile Diabetes Foundation International Grants Program..

-Reviewer/Referee for *Icarus* (International Journal of Solar System Studies), *Journal of Geophysical Research*, *RadioScience*, *IEEE Microwave and Guided Wave Letters*, *Science*, *Diabetes Technology and Therapeutics, IEEE Transactions on Geoscience and Remote Sensing, IEEE Transactions on Microwave Theory and Techniques, Earth and Planetary Science Letters, Astronomical Journal, Astrophysical Journal* and for several textbooks in the area of electromagnetics.

-Consultant to industry in the areas of microwave, millimeter-wave, and RF systems for communications, detection, and monitoring. This includes satellite communications, antenna systems, and propagation. Also consult in the area of non-invasive glucose detection systems. Expert witness in cases involving antenna/communications system performance, and the effects of environmental factors on such systems. Has been a principal expert witness in the area of cellular telephone position estimation. Testimony was heavily cited in the September 2000 Georgia Supreme Court decision which allowed use of reception records from cell towers to be used in determination of handset location (Pullin v. the State of Georgia, S00A1063, Supreme Court of Georgia).

## PATENTS

E. H. Orr and P. G. Steffes, "Method and System for Detecting Water Depth and Piloting Vessels," Patent # 4,757,481, issued July 12, 1988.

R. V. Tarr and P. G. Steffes, "Non-Invasive Blood Glucose Measurement System," Patent #5,243,983, issued September 14, 1993.

P.G. Steffes, "Non-Invasive Blood Glucose Measurement System and Method Using Optical Refractometry," Patent  #6,442,410, issued August 27, 2002.

## PUBLICATIONS

Theses

P. G. Steffes, "A Microwave (UHF) Television Repeater System," S.B. Thesis, Massachusetts Institute of Technology, 1976.

P. G. Steffes, "Atmospheric Absorption at 118 GHz," S.M. Thesis, Massachusetts Institute of Technology, 1977.

P. G. Steffes, "Abundances of Cloud-Related Gases in the Venus Atmosphere as Inferred from Observed Radio Opacity," Ph.D. Dissertation, Stanford University, 1982.

Books

A.W. England, P. G. Steffes *et al.*, Supporting Research and Data Analysis in NASA's Science Programs: Engines for Innovation and Synthesis.  National Academy Press, Washington, D. C.  ISBN 0-309-06275-6, 1998.

P. G. Steffes and J. Stratigos "Satellite Technologies Serving as Last-Mile Solutions," in *Broadband Last Mile: Access Technologies for Multimedia Communications*, ed. Nikil Jayant, Taylor and Francis Books, USA , CRC Press, Boca Raton, FL, ISBN: 0-824-75886-2, May 2005.

R.E. Deemer, P. G. Steffes *et al.*, Review of the Space Communications Program of NASA's Space Operations Mission Directorate  National Academy Press, Washington, D. C.  ISBN 0-309-10297-9, 2006.

P.G. Steffes, T.R. Hanley, B.M. Karpowicz, K. Devaraj, S. Noorizadeh, D. Duong, G. Chinsomboon, A. Bellotti, M.A. Janssen, and S.J. Bolton, "High-Precision Laboratory Measurements Supporting Retrieval of Water Vapor, Gaseous Ammonia, and Aqueous Ammonia Clouds with the JUNO Microwave Radiometer (MWR)," in *The Juno Mission* , S. Bolton, Editor, pp. 627-644, Springer Nature BV (ISBN 978-94-024-1559-9) 2018.

Janssen, M.A., J.E. Oswald, S.T. Brown, S. Gulkis, S.M. Levin, S.J. Bolton, , M.D. Allison, , S.K. Atreya, D. Gautier, , A.P. Ingersoll, J.I. Lunine, G.S. Orton, T. Owen, P.G. Steffes, V. Adumitroaie, A. Bellotti, L. A. Jewell, C. Li, L. Li, S. Misra, F.A. Oyafuso, D. Santos-Costa, E. Sarkissian, R. Williamson, J.K. Arballo, A. Kitiyakara, A. Ulloa-Severino, J.C.  Chen, F.W. Maiwald, A.S. Sahakian, P.J. Pingree, K.A. Lee, A.S. Mazer, R. Redick, R.E. Hodges, R.C. Hughes, , G. Bedrosian, D.E. Dawson, W.A. Hatch, D.S. Russel, N.F. Chamberlain, M.S. Zawadski, B. Khayatian, B.R. Franklin, H.A. Conley, J.G. Kempenaar, M.S. Loo, E.T. Sunada, V.P. Vorperion, C.C. Wang, "MWR: Microwave Radiometer for the Juno Mission to Jupiter," in *The Juno Mission* , S. Bolton, Editor, pp. 123-169, Springer Nature BV. (ISBN 978-94-024-1559-9) 2018.

Journal Publications

P. G. Steffes and R. A. Meck, "Prototype Tests Secure Millimeter Communications," Microwave Systems News, vol. 10, pp. 59-68, October 1980.

V. R. Eshleman, D. O. Muhleman, P. D. Nicholson, and P. G. Steffes, "Comment on Absorbing Regions in the Atmosphere of Venus as Measured by Radio Occultation," Icarus, vol. 44, pp. 793-803, December 1980.

P. G. Steffes and V. R. Eshleman, "Sulfur Dioxide and Other Cloud-Related Gases as the Source of the Microwave Opacity of the Middle Atmosphere of Venus," Icarus, vol. 46, pp. 127-131, April 1981.

P. G. Steffes and V. R. Eshleman, "Laboratory Measurements of the Microwave Opacity of Sulfur Dioxide and Other Cloud-Related Gases Under Simulated Conditions for the Middle Atmosphere of Venus," Icarus, vol. 48, pp. 181-187, November 1981.

P. G. Steffes and V. R. Eshleman, "Sulfuric Acid Vapor and Other Cloud-Related Gases in the Venus Atmosphere: Abundances Inferred from Observed Radio Opacity," Icarus, vol. 51, pp. 322-333, August 1982.

P. G. Steffes, "Millimeter-Wavelength Remote Sensing of Stratospheric Sulfur Dioxide," EOS, vol. 64, pp. 198-199, May 1983.

P. G. Steffes, "Laboratory Measurements of the Microwave Opacity and Vapor Pressure of Sulfuric Acid Under Simulated Conditions for the Middle Atmosphere of Venus," Icarus, vol. 64, pp. 576-585, December 1985.

5

P. G. Steffes, "Evaluation of the Microwave Spectrum of Venus in the 1.2 to 22 cm Wavelength Range Based on Laboratory Measurements of Constituent Gas Opacities," <u>Astrophysical Journal</u>, vol. 310, pp. 482-489, November 1, 1986.

P. G. Steffes and J. M. Jenkins, "Laboratory Measurements of the Microwave Opacity of Gaseous Ammonia (NH3) Under Simulated Conditions for the Jovian Atmosphere," <u>Icarus</u>, vol. 52, pp. 35-47, October 1987.

J. M. Jenkins and P. G. Steffes, "Constraints on the Microwave Opacity of Gaseous Methane and Water Vapor in the Jovian Atmosphere," <u>Icarus</u>, vol. 76, December 1988.

J. Joiner, P. G. Steffes, and J. M. Jenkins, "Laboratory Measurements of the 7.5-9.38 mm Absorption of Gaseous Ammonia (NH3) Under Simulated Jovian Conditions," <u>Icarus</u>, vol. 81, pp. 386-395, 1989.

W. W. Smith and P. G. Steffes, "Time Delay Techniques for a Satellite Interference Location System," <u>IEEE Transactions on Aerospace and Electronic Systems</u>, vol. 25, pp. 224-231, March 1989.

P. G. Steffes, M. J. Klein, and J. M. Jenkins, "Observation of the Microwave Emission of Venus from 1.3 to 3.6 cm," <u>Icarus</u>, vol. 84, pp. 83-92, March 1990.

J. M. Jenkins and P. G. Steffes, "Results for 13 cm Absorptivity and H2SO4 Abundance Profiles from the Season 10 (1986) Pioneer-Venus Orbiter Radio Occultation Experiment," <u>Icarus</u>, vol. 90, pp. 129-138, March 1991.

W. W. Smith, Jr. and P. G. Steffes, "A Satellite Interference Location System Using Differential Time and Phase Measurement Techniques," <u>IEEE Aerospace and Electronic Systems Magazine</u>, vol. 6, pp. 3-7, March 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurement of the Millimeter-Wave Properties of Liquid Sulfuric Acid (H2SO4)," <u>Journal of Geophysical Research (Planets)</u>, vol. 96, pp. 17,471-17,476, September 25, 1991.

J. Joiner and P. G. Steffes, "Modeling of the Millimeter-Wave Emission of Jupiter Utilizing Laboratory Measurements of Ammonia (NH3) Opacity," <u>Journal of Geophysical Research (Planets)</u>, vol. 96, pp. 17,463-17,470, September 25, 1991.

P. G. Steffes and G. P. Rodrigue, "Comment on Rapid Pulsed Microwave Propagation," <u>IEEE Microwave and Guided Wave Letters</u>, vol. 2, pp. 200-201, May 1992.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Microwave and Millimeter-Wave Opacity of Gaseous Sulfur Dioxide (SO2) under Simulated Conditions for the Venus Atmosphere," <u>Icarus</u>, vol. 97, pp. 200-210, June 1992.

A.J. Gasiewski and P.G. Steffes, "University Profile: The Laboratory for Radioscience and Remote Sensing at the Georgia Institute of Technology, <u>IEEE Geoscience and Remote Sensing Society Newsletter</u>, vol. 88, pp. 16-21, September 1993.

J. Joiner, P. G. Steffes, and K. S. Noll, "Search for Sulfur (H2S) on Jupiter at Millimeter Wavelengths," <u>IEEE Transactions on Microwave Theory and Techniques</u>, vol. 40, pp. 1101-1109, June 1992.

P. G. Steffes and D. R. DeBoer, "A SETI Search of Nearby Solar-Type Stars at the 203 GHz Positronium Hyperfine Resonance," <u>Icarus</u> , vol. 107, pp. 215-218, January, 1994.

D. R. DeBoer,  and P.G. Steffes, "Laboratory Measurements of the Microwave Properties of H2S under Simulated Jovian Conditions with an Application to Neptune", Icarus, Vol. 109, pp. 352-366, June 1994.

P. G. Steffes, J. M. Jenkins, R. S. Austin, S. W. Asmar, D. T. Lyons, E. H. Seale, and G. L. Tyler, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft. 1. Experiment Description and Performance," Icarus, vol. 110, pg. 71-78, July 1994.

J. M. Jenkins, P. G. Steffes, J. Twicken, D. P. Hinson, and G. L. Tyler, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft 2. Results from the October 1991 Experiment" Icarus, vol. 110, pg. 79-94, July 1994.

D. R. DeBoer and P. G. Steffes, "The Georgia Tech High Sensitivity Microwave Measurement System," Astrophysics and Space Science, Vol. 236, pp. 111-124, February 1996.

S. H. Suleiman, M. A. Kolodner, and P. G. Steffes, "Laboratory Measurement of the Temperature Dependence of Gaseous Sulfur Dioxide (SO2) Microwave Absorption with Application to the Venus Atmosphere," Journal of Geophysical Research, Vol. 101, Number E2, pp. 4623-4635, February 1996.

D. R. DeBoer and P. G. Steffes, "Estimates of the Trospheric Vertical Structure of Neptune Based on Microwave Radiative Transfer Studies," Icarus, vol. 123, pp. 324-335, October 1996.

M. S. Alouini, S. A. Borgsmiller, and P. G. Steffes, "Channel Characterization and Modeling for Ka-Band Very Small Aperture Terminals," Proceedings of the IEEE, vol. 85, pp. 981-997, June 1997.

M. A. Kolodner and P. G. Steffes,   "The Microwave Absorption and Abundance of Sulfuric Acid Vapor in the Venus Atmosphere based on New Laboratory Measurements," Icarus, vol. 132, pp. 151-169, March 1998.

R. V. Tarr and P. G. Steffes (invited), "The Non-Invasive Measure of D-glucose in the Ocular Aqueous Humor using Stimulated Raman Spectroscopy," IEEE LEOS Newsletter, vol. 12, pp. 22-27, April 1998.

P.G. Steffes (invited), "Laser-Based Measurement of Glucose in the Ocular Aqueous Humor: An Efficacious Portal for Determination of Serum Glucose Levels," Diabetes Technology and Therapeutics, vol. 1, pp.129-133, Summer 1999.

J. P. Hoffman, P.G. Steffes, and D.R. DeBoer, "Laboratory Measurements of Phosphine's Microwave Opacity: Implications for Planetary Radio Science," Icarus, vol. 140, pp. 235-238, July 1999.

D.R. DeBoer and P. G. Steffes, "Performance and Uses of a Refurbished 30-m Former Satellite Communications Antenna: The Georgia Tech Woodbury Research Facility," RadioScience, vol. 34, pp. 991-1003, July-August 1999.

J.P. Hoffman, P.G. Steffes, and D.R. DeBoer, "The Microwave Absorption and Abundance of Phosphine in the Atmospheres of Saturn and Neptune Based on New Laboratory Measurements." Icarus, vol. 152, pp. 172-184, July 2001.

B.J. Butler, P.G. Steffes, S.H. Suleiman, M.A. Kolodner and J.M. Jenkins, "Accurate and Consistent Microwave Observations of Venus and Their Implications." Icarus, vol. 154, pp. 226-238, December 2001.

J.M. Jenkins, M.A. Kolodner, B.J. Butler, S.H. Suleiman, and P.G. Steffes, "Microwave Remote Sensing of the Temperature and Distribution of Sulfur Compounds in the Lower Atmosphere of Venus." Icarus, vol. 158, pp. 312-328, August 2002.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the Ka-band (7.5mm to 9.2mm) Opacity of Phosphine ($PH_3$) and Ammonia ($NH_3$) under Simulated Conditions for the Cassini-Saturn Encounter." Icarus, vol. 166, pp. 425-435, December 2003.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the W-band (3.2 mm) Properties of Phosphine ($PH_3$) and Ammonia ($NH_3$) under Simulated Conditions for the Outer Planets." Journal of Geophysical Research, vol 109, no. E07S13, pp 1-9, July 2004.

T.R. Hanley and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Hydrochloric Acid Vapor in a Carbon Dioxide Atmosphere," Icarus, vol. 177, pp. 286-290, September 2005.

T. R. Hanley and P.G. Steffes, "A High-Sensitivity Laboratory System for Measuring the Microwave Properties of Gases under Simulated Conditions for Planetary Atmospheres," Radio Science, vol 42, RS6010, pp.1-12, November-December 2007.

W.C. Barott and P.G. Steffes, "A 3-D Pattern-Space Representation for Volumetric Arrays," IEEE Antennas and Wireless Propagation Letters, vol.7, pp. 527-530, December 2008.

T. R. Hanley, P.G. Steffes, and B.M. Karpowicz, "A New Model of the Hydrogen and Helium-Broadened Microwave Opacity of Ammonia Based on Extensive Laboratory Measurements," Icarus, vol. 202, pp. 316-335, July 2009.

W.C. Barott and P.G. Steffes, "Grating Lobe Reduction in Aperiodic Linear Arrays of Physically Large Antennas," IEEE Antennas and Wireless Propagation Letters, vol. 8, pp 406-408, December 2009.

W.C. Barott, M.A. Ingram, and P.G. Steffes, "Scan Loss Pattern Synthesis for Single- and Multi-satellite Tracking LEO Ground Stations That Use Adaptive Arrays," IEEE Transactions on Aerospace and Electronic Systems, vol. 46, pp. 1140-1152, July 2010.

K. Devaraj and P.G. Steffes, "The Georgia Tech Millimeter-Wavelength Measurement System and Some Applications to the Study of Planetary Atmospheres" Radio Science, vol. 46, RS2014, pp. 1-16, March-April 2011.

B.M. Karpowicz and P.G. Steffes, "In Search of Water Vapor on Jupiter: Laboratory Measurements of the Microwave Properties of Water Vapor under Simulated Jovian Conditions," Icarus, vol. 212, pp. 210-223, March 2011.

K. Devaraj, P.G. Steffes, and B.M. Karpowicz, "Reconciling the Centimeter and Millimeter-Wavelength Ammonia Absorption Spectra Under Jovian Conditions: Extensive Millimeter-Wavelength Measurements and a Consistent Model," Icarus, vol. 212, pp. 224-235, March 2011.

B.M. Karpowicz and P.G. Steffes, "Corrigendum to 'In Search of Water Vapor on Jupiter: Laboratory Measurements of the Microwave Properties of Water Vapor under Simulated Jovian Conditions' [Icarus 212 (2011) 210-223]," Icarus, vol. 214, p. 783, August 2011.

B.M. Karpowicz and P.G. Steffes, "Investigating the $H_2$-He-$H_2O$-$CH_4$ Equation of State in the Deep Troposphere of Jupiter," Icarus, vol. 223. pp. 277-297, March 2013.

D. Duong, P.G. Steffes, and S. Noorizadeh, "The Microwave Properties of the Jovian Clouds: A New Model for the Complex Dielectric Constant of Aqueous Ammonia," Icarus, vol. 229, pp. 121-130, February 2014.

K. Devaraj, P.G. Steffes, and D. Duong, "The Centimeter-Wavelength Opacity of Ammonia under Deep Jovian Conditions," Icarus, vol. 241, pp. 165-179, October 2014.

P.G. Steffes, P. Shahan, G.C. Barisich, and A. Bellotti, "Laboratory Measurements of the 3.7-20 cm Wavelength Opacity of Sulfur Dioxide and Carbon Dioxide under Simulated Conditions for the Deep Atmosphere of Venus," Icarus, vol 245, pp. 153-161, January 2015.

A. Bellotti and P.G. Steffes, "The Millimeter-Wavelength Sulfur Dioxide Absorption Spectra Measured Under Simulated Venus Conditions," Icarus, vol 254, pp. 24-33, July 2015.

Bellotti A., P.G. Steffes, and G. Chinsomboon "Laboratory Measurements of the 5-20 cm Wavelength Opacity of Ammonia, Water Vapor, and Methane under Simulated conditions for the Deep Jovian Atmosphere," Icarus, vol. 280, pp. 255-267, December 2016. ( doi: 10.1016/j.icarus.2016.07.013.)

Bellotti A., P.G. Steffes, and G. Chinsomboon "Corrigendum to 'Laboratory Measurements of the 5-20 cm Wavelength Opacity of Ammonia, Water Vapor, and Methane under Simulated conditions for the Deep Jovian Atmosphere' [Icarus 280 (2016) 255-267]" Icarus, vol. 284, pp. 491-492, March 2017. (doi: 10.1016/j.icarus.2016.11.006.)

Bolton, S.J., A. Adriani, V. Adumitroaie, J. Anderson, M. Allison, J. Anderson, S. Atreya, J. Bloxham, S. Brown, J. E.P. Connerney, E. DeJong, W. Folkner, D. Gautier, D. Grassi, S. Gulkis, T. Guillot, C. Hansen, W.B. Hubbard, L. Iess, A. Ingersoll, M. Janssen, J. Jorgensen, Y. Kaspi, S. M. Levin, C. Li, J. Lunine, Y. Miguel, A. Mura, G. Orton, T. Owen, M. Ravine, E. Smith, P. Steffes, E. Stone, D. Stevenson, R. Thorne, J. Waite, D. Durante, R.W. Ebert, T.K. Greathouse, V. Hue, M. Parisi, J. Szalay, R. Wilson "Jupiter's interior and deep atmosphere: The initial pole-to-pole passes with the Juno spacecraft," Science, vol. 356, Issue 6340, pp. 821-825, May 26, 2017. (doi: 10.1126/science.aal2108)

Li, C., A. Ingersoll, M.A. Janssen, S.M. Levin, S.J. Bolton, V. Adumitroaie, M. Allison, J. Arballo, A. Bellotti, S. Brown, S.P. Ewald, L.A. Jewell, S. Misra, G.S. Orton, F.A. Oyafuso, P. Steffes, R. Williamson "The distribution of ammonia on Jupiter from a preliminary inversion of Juno Microwave Radiometer data," Geophysical Research Letters, Vol 44, Issue 11, pp. 5317-5325, June 16, 2017 (doi: 10.1002/2017GL073159).

Ingersoll, A.P., V. Adumitroaie, M.D. Allison, S. Atreya, A. A. Bellotti, S.J. Bolton, S.T. Brown, S. Gulkis, M.A. Janssen, S.M. Levin, C. Li, L. Li, J.I. Lunine, G.S. Orton, F.A. Oyafuso, P.G. Steffes "Implications of the ammonia distribution on Jupiter from 1 to 100 bars as measured by the Juno microwave radiometer," Geophysical Research Letters, Vol 45, Issue 1, pp. 317-325, August 5, 2017 (doi: 10.1002/2017GL074277).

P.G. Steffes, T.R. Hanley, B.M. Karpowicz, K. Devaraj, S. Noorizadeh, D. Duong, G. Chinsomboon, A. Bellotti, M.A. Janssen, and S.J. Bolton, "High-Precision Laboratory Measurements Supporting Retrieval of Water Vapor, Gaseous Ammonia, and Aqueous Ammonia Clouds with the JUNO Microwave Radiometer (MWR)," Space Science Reviews, vol. 213, no.1-4, pp. 187-204, November 2017. (doi:10.1007/s11214-016-0265-0) .

Janssen, M.A., J.E. Oswald, S.T. Brown, S. Gulkis, S.M. Levin, S.J. Bolton, , M.D. Allison, , S.K. Atreya, D. Gautier, , A.P. Ingersoll, J.I. Lunine, G.S. Orton, T. Owen, P.G. Steffes, V. Adumitroaie, A. Bellotti, L. A. Jewell, C. Li, L. Li, S. Misra, F.A. Oyafuso, D. Santos-Costa, E. Sarkissian, R. Williamson, J.K. Arballo, A. Kitiyakara, A. Ulloa-Severino, J.C. Chen, F.W. Maiwald, A.S. Sahakian, P.J. Pingree, K.A. Lee, A.S. Mazer, R. Redick, R.E. Hodges, R.C. Hughes, , G. Bedrosian, D.E. Dawson, W.A. Hatch, D.S. Russel, N.F. Chamberlain, M.S. Zawadski, B. Khayatian, B.R. Franklin, H.A. Conley, J.G. Kempenaar, M.S. Loo, E.T. Sunada, V.P. Vorperion, C.C. Wang, "MWR: Microwave Radiometer for the Juno Mission to Jupiter," *Space Science Reviews*, vol. 213, no. 1-4, pp. 139-185, November 2017 (doi:10.1007/s11214-017-0349-5) .

Brown, S., M. Janssen, V. Adumitroaie, S. Atreya, S. Bolton, S. Gulkis , A. Ingersoll, S. Levin, C. Li, L. Li, J. Lunine, S. Misra, G. Orton, P. Steffes, F. Tabataba-Vakili, I. Kolmasova, M. Imai, O. Santolik, W. Kurth, G. Hospodarsky, D. Gurnett, and J. Connerney, "Prevalent lightning sferics at 600 megahertz near Jupiter's poles," *Nature*, vol. 558, issue no. 7708, pp. 87-90, June 6, 2018. (doi: 10.1038.s41586-018-0156-5).

Mendez Harper, J., P. Steffes, J. Dufek, and A. Akins, "The effect of electrostatic charge on the propagation of GPS (L-band) signals through volcanic plumes," *Journal of Geophysical Research-Atmospheres*, vol 124, pp 1-16, February 2019. (doi: http://dx.doi.org/10.1029/2018JD029076)

Akins, A.B. and P.G. Steffes, "The Millimeter-Wavelength Absorption of Sulfuric Acid Vapor measured Under Simulated Venus Conditions," *Icarus*, vol. 326, pp.18-28, July 2019. (doi: 10.1016/j.icarus.2019.02.031).

Li, C., A. Ingersoll, S. Bolton, S. Levin, M. Janssen, S. Atreya, J. Lunine, P. Steffes, S. Brown, T. Guillot, M. Allison, J. Arballo, A. Bellotti V. Adumitroaie, , S. Gulkis, A. Hodges, L. Li, S. Misra, G. Orton, , F. Oyafuso, D. Santos-Costa, H. Waite, and Z. Zhang, "The water abundance in Jupiter's equatorial zone," *Nature Astronomy*, vol. 4, no. 6, pp.609-616, June 2020. (doi: 10.1038/s41550-020-1009-3).

Becker, H.N., Alexander, S.K. Atreya, S.J. Bolton, M.J. Brennan, S.T. Brown, A. Guillaume, T. Guillot, A.P.Ingersoll, S.M. Levin, J.I. Lunine, and P.G.Steffes, "Small Jovian lightning flashes indicating shallow electrical storms," *Nature*, vol. 584, issue 7819, pp. 55-58, August 6, 2020.

Guillot, Tristan, Cheng Li, Scott J. Bolton, Shannon T. Brown, Andrew P. Ingersoll, Michael A. Janssen, Steven M. Levin, Jonathan I. Lunine, Glenn S. Orton, Paul G. Steffes, David J. Stevenson, "Storms and the Depletion of Ammonia in Jupiter: II. Explaining the Juno Observations," *Journal of Geophysical Research: Planets*, vol 125. e2020JE006404. (https://doi.org/10.1029/2020JE006404), August 2020.

Akins, A.B. and P.G. Steffes, "Measurements of the Ka Band Opacity of Sulfuric Acid Vapor with Application towards Radio Occultations of Venus," *Icarus*, vol 351, article 113928, pp. 1-17, November 15, 2020.
(https://doi.org/10.1016/j.icarus.2020.113928)

Hodges, A., P. Steffes, A. Bellotti, J.H. Waite, S. Brown, F. Oyafuso, G. Orton, J. Arballo, G.R. Gladstone, S. Levin, and S. Bolton, "Observations and Electron Density Retrievals of Jupiter's Discrete Auroral Arcs Using the Juno Microwave Radiometer," *Journal of Geophysical Research: Planets*, vol. 125, e2019JE006293. (https://doi.org/10.1029/2019JE006293), pp. 1-9, August 2020.

Zhang, Z., S. Atreya, M. Allison, J. Arballo, V. Adumitroaie, Y. Aglyamov, H. Becker, S. Bolton, A. Bellotti, S. Brown, G. Bjoraker, L. Fletcher, T. Guillot, S. Gulkis, C. Glein, A. Hodges, A. Ingersoll, M. Janssen, S. Levin, C. Li, J. Lunine, L. Li, S. Misra, K. Miller, G. Orton, F. Oyafuso, M. Roy, D. Santos-Costa, E. Sarkissian, P. Steffes, H. Waite, M. Wong, "Residual Study: Testing Jupiter Atmosphere Models Against Juno MWR Observations," *Earth and Space Sciences*, vol 7, e2020EA001229. (https://doi.org/10.1029/2020EA001229), August 2020.

Oyafuso, F., S. Levin, G. Orton, S. Brown, V. Adumitroaie, M. Janssen, M. H. Wong, L. N. Fletcher, P. Steffes, C. Li, S. Gulkis, S. Atreya, S.Misra, S. Bolton, "Angular Dependence and Spatial Distribution of Jupiter's Centimeter-Wave Thermal Emission from Juno's Microwave Radiometer," *Earth and Space Sciences*, vol 7, e2020EA001254 (https://doi.org/10.1029/2020EA001254), pp. 1-26, October 2020.

Akins, Alex B., Andrew P. Lincowski, Victoria S. Meadows, Paul G. Steffes, "Complications in the ALMA Detection of Phosphine at Venus," *Astrophysical Journal Letters,* vol. 907, no. 2, paper L-27 (7pp.), February 1, 2021.

Lincowski, Andrew P., Victoria S. Meadows, David Crisp, Alex B. Akins, Edward W. Schwieterman, Giada N. Arney, Michael L. Wong, Paul G. Steffes, M. Niki Parenteau, Shawn Domagal-Goldman, "Claimed detection of $PH_3$ in the Clouds of Venus is Consistent with Mesospheric $SO_2$," *Astrophysical Journal Letters* vol. 908, no. 2, paper L-44 (9pp.), February 20, 2021.

Bolton, S., S. Levin, T. Guillot, C. Li, Y. Kaspi, G. Orton, M.H. Wong, F. Oyafuso, M. Allison, J. Arballo, S. Atreya, H.N. Becker, J. Bloxam, S. Brown, L. Fletcher, E. Galanti, S. Gulkis, M. Janssen, A. Ingersoll, J. Lunine, S. Misra, P. Steffes, D. Stevenson, H. Waite, R.K. Yadav, Z. Zhang, "Microwave observations reveal the deep extent and structure of Jupiter's atmospheric vortices," *Science*, vol. 374, Issue 6570, pp. 968-972, November 19, 2021. 10.1126/science.abf1015.

Buccino, D., M. Parisi, R. Park, E. Graminga , L. Gomez-Casajus, P. Tortora, M. Zannoni, A. Caruso, R.S. Park, P. Steffes, A. Hodges, S. Levin, and S. Bolton, "Ganymede's Ionosphere observed by a Dual-Frequency Radio Occultation with Juno," *Geophysical Research Letters*, vol. 49, e2922GL.098420, May 3, 2022, doi: 10.1029/2022GL098420.

Gupta, Pranika, Sushil K. Atreya, Paul G. Steffes, Leigh N. Fletcher, Tristan Guillot, Michael D. Allison, Scott J. Bolton, Ravit Helled, Steven Levin, Cheng Li, Jonathan I. Lunine, Yamila Miguel, Glenn S. Orton, J. Hunter Waite, and Paul Withers, "Jupiter's Temperature Structure: A Reassessment of the Voyager Radio Occultation Measurements," *Planetary Science Journal (PSJ)*, vol. 3, paper 159 (11pp), July 2022.

Bolton, S.J., C.J. Hansen, S. M. Levin, S. Brown, D. Steven son, Z. Zhang, A. I. Ermakov, H.N. Becker, L. Gomez-Casajus, J. T. Keane, S. Misra, L Bonnefoy, D. R. Buccino, P.M. Schenk, M.A. Ravine, J. W. Alexander, J.K. Arballo, M. J. Brennan, M.A. Caplinger, G.C. Collins, D. Durante, J. Feng, M. M. Florence, J.B. Garvin, E. Gramigna, A. Guillaume, P. Hartogh, A. Hodges, D. J. Krysak, L. Lipkaman-Vittling, J. I. Lunine, A. Mura, M. Parisi, R.S. Park, M. Siegler, P. Steffes, A. Caruso, P. Tortora, F. Tosi, P. Withers, M. Zannoni, and R.P. Zimdar, "Ganymede's Surface and Subsurface: Results from Juno's close flyby," submitted to *Geophysical Research Letters*, October 2022.

Li, Cheng, Michael Allison, Sushil Atreya, Ananyo Bhattacharya, Leigh Fletcher, Eli Galanti, Andrew Ingersoll, Yohai Kaspi, Liming Li, Jonathan Lunine, Glenn Orton, Fabiano Oyafuso, Paul Steffes, Michael H. Wong, Zhimeng Zhang, Steven Levin and Scott Bolton, "Jupiter's tropospheric temperature and composition revealed by the Juno Microwave Radiometer," submitted to *Nature Astronomy*, October 2022.

Bhattacharya, Ananyo, Cheng Li, Sushil K. Atreya, Paul G. Steffes, Steven M. Levin, Scott Bolton, Tristan Guillot, Pranika Gupta, Andrew Ingersoll, Johnathan Lunine, Glenn Orton, Fabiano Oyafuso, Hunter Waite, and Michael Wong . "Highly depleted alkali metals in Jupiter's deep atmosphere," submitted to *Geophysical Research Letters*, March 2023.

Steffes, P.G., A. Bellotti, M.D. Sprouse, K.G. Phillips, D.G. Gerges, P. Cembellin, S.M. Levin, and S.J. Bolton. "Laboratory Measurements of the 15-64 cm Wavelength Opacity of Water Vapor under Temperature Conditions Characteristic of the Deep Atmosphere of Jupiter," submitted to *ICARUS*, March 2023.

<u>Conference Presentations with Published Proceedings or Abstracts</u>

P. G. Steffes, "Sulfur Dioxide and Other Cloud-Related Gases as Microwave Absorbers in the Middle Atmosphere of Venus," <u>Bulletin of the American Astronomical Society</u>, vol. 12, pg. 719, 1980.

P. G. Steffes and V. R. Eshleman, "Laboratory Measurements of the Microwave Opacity of Cloud Related Gases Under Simulated Conditions for the Venus Atmosphere," <u>Bulletin of the American Astronomical Society,</u> vol. 13, pg. 716, 1981.

P. G. Steffes and V. R. Eshleman, "Abundances of Cloud-Related Gases in the Venus Atmosphere: Implications from Observed Radio Opacity," <u>Proceedings of the International Conference on the Venus Environment</u>, Palo Alto, California, vol. 1, pg. 20, November 1981.

P. G. Steffes and V. R. Eshleman, "Sulfuric Acid Vapor and Other Cloud-Related Gases in the Venus Atmosphere: Abundances Inferred from Observed Radio Opacity," <u>Abstracts of the Fourth Annual Meeting of Planetary Atmospheres Principal Investigators</u>, University of Michigan, vol. 1, pp. 20-21, April 21-23, 1982.

P. G. Steffes, "Microwave Remote Sensing of Gases and Clouds Involved in the Formation of Acid Precipitation," <u>Digest of 1983 International Geoscience and Remote Sensing Symposium (IGARSS '83)</u>, San Francisco, Califomia, vol. 2, no. FA-4, pp. 3.1-3.4, 1983.

P. G. Steffes, "A Millimeter-Wave System for the Remote Sensing of Acidic Clouds and Precursor Gases in the Troposphere," <u>Digest of the Eighth Intemational Conference on Infrared and Millimeter Waves</u>, Miami Beach, Florida, vol. 1, pp. 264-265, December 16, 1983.

P. G. Steffes, P. S. Stellitano, and R. C. Lott, "Measurements of the Microwave Opacity and Vapor Pressure of Gaseous Sulfuric, Acid Under Simulated Venus Conditions," <u>Bulletin of the American Astronomical Society</u>, vol. 16, pg. 694, 1984.  Presented at the 16th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, Hawaii, October 1984.

P. G. Steffes, "Laboratory Measurements of Microwave Absorption from Gaseous Constituents Under Conditions for the Outer Planets," presented at the Conference on the Jovian Atmospheres, New York, published in <u>The Jovian Atmospheres</u>, NASA Conference Publication 2441, pp. 111- 116, May 1985.

P. G. Steffes, "Microwave Absorption from Cloud-Related Gases in Planetary Atmospheres," Proceedings of the 1985 Joint Assembly of the International Association of Meteorology and Atmospheric Physics (IAMAP) and the International Association of Physical Sciences of the Ocean (IAPSO), Paper No. M10-13, pg. 96, August 1985. (invited)

P. G. Steffes and D. H. Watson, "Constraints on Constituent Abundances in the Venus Atmosphere from the Microwave Emission Spectrum in the 1 to 20 cm Wavelength Range," Bulletin of the American Astronomical Society, vol. 17, pg. 720, 1985.  Presented at the 17th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Baltimore, Maryland, October 1985.

P. G. Steffes, "Microwave Properties of the Atmospheres of the Outer Planets: Laboratory Measurements with the Georgia Tech Planetary Atmospheres Simulator," Proceedings of the Laboratory Measurements for Planetary Science Workshop, Meudon, France, pg. L-6, November 3, 1986.

P. G. Steffes, J. M. Jenkins, M. F. Selman, and W. W. Gregory, "Laboratory Measurements of the Microwave Opacity of Gaseous Ammonia (NH3) under Simulated Conditions for Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 18, pg. 787, 1986.  Presented at the 18th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, France, November 5, 1986.

P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave Absorption from Gaseous Constituents Under Simulated Conditions for the Outer Planets," Proceedings of the Laboratory Measurements for Planetary Science II Workshop, Pasadena, California, pp. 6-7 through 6-8, November 9, 1987.

J. M. Jenkins and P. G. Steffes, "Limits of the Microwave Absorption of H20 and CH4 in the Jovian Atmosphere," Bulletin of the American Astronomical Society, vol. 19, pg. 695, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

J. Joiner, J. M. Jenkins, and P. G. Steffes, "Laboratory Measurements of the Opacity of Gaseous Ammonia (NH3) in the 7.3-8.3 mm (36-41 GHz) Range Under Simulated Conditions for Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 19, pg. 694, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

P. G. Steffes, J. M. Jenkins, and M. J. Klein, "Observation of the Microwave Emission Spectrum of Venus from 1.3 to 3.6 cm," Bulletin of the American Astronomical Society, vol. 19, pg. 780, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

J. M. Jenkins and P. G. Steffes, "Preliminary Results for 13-cm Absorptivity Observed During Pioneer-Venus Radio Occultation Season #10 (1986-87)," Bulletin of the American Astronomical Society, vol. 20, pg. 834, 1988.  Presented at the 20th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Austin, Texas, November 1, 1988.

J. Joiner, J. M. Jenkins, and P. G. Steffes, "Millimeter-Wave Measurements of the Opacity of Gaseous Ammonia (NH3) Under Simulated Conditions for the Jovian Atmosphere," Bulletin of the American Astronomical Society, vol. 20, pg. 867, 1988.  Presented at the 20th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Austin, Texas, November 3, 1988.

P. G. Steffes, "Laboratory Measurements of Microwave and Millimeter-Wave Properties of Planetary Atmospheric Constituents," Laboratory Research for Planetary Atmospheres, NASA Conference

Publication CP-3077, pp. 5-26, 1990.  Presented at the First International Conference for Laboratory Research for Planetary Atmospheres, Bowie, Maryland, October 1989. (invited)

J. M. Jenkins and P. G. Steffes, "Potential Variability of the Abundance and Distribution of Gaseous Sulfuric Acid Vapor below the Main Cloud Deck in the Venus Atmosphere," Bulletin of the American Astronomical Society, vol. 21, pg. 925, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, October 31, 1989.

P. G. Steffes, "Evidence for Temporal Variations in S02 Abundance in the Sub-Cloud Region of the Venus Atmosphere," Bulletin of the American Astronomical Society, vol. 21, pg. 925, 1989.  Presented at the 2lst Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, October 31, 1989.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Dissociation Factor of Gaseous Sulfuric Acid (H2SO4)," Bulletin of the American Astronomical Society, vol. 21, pg. 927, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, November 1, 1989.

J. Joiner and P. G. Steffes, "Models of the Millimeter-Wave Emission of the Jovian Atmosphere Utilizing Laboratory Measurements of Gaseous Ammonia (NH3)," Bulletin of the American Astronomical Society, vol. 21, pg. 945, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, November 1, 1989.

W. W. Smith and P. G. Steffes, "A Satellite Interference Location System using Differential Time and Phase Measurement Techniques," Proceedings of the IEEE International Carnahan Conference on Security Technology: Crime Countermeasures, publ. no. 90CH2892-8, pps. 38-41, 1990.  Presented at the IEEE Intemational Carnahan Conference on Security Technology: Crime Countermeasures, Lexington, Kentucky, October  11, 1990.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the 1.3 and 13.3 cm Opacity of Gaseous SO2 under Simulated Conditions of the Middle Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 22, pg. 1032, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October  22, 1990.

A. K. Fahd and P. G. Steffes, "Laboratory Measurement of the Millimeter-Wave Properties of Liquid Sulfuric Acid (H2SO4) Between 90 and 100 GHz," Bulletin of the American Astronomical Society, vol. 22, pg. 1035, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 22, 1990.

J. Joiner and P. G. Steffes, "Study of Millimeter-Wave Absorbing Constituents in the Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 22, pg. 1032, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 22, 1990.

J. M. Jenkins and P. G. Steffes, "Sulfuric Acid Vapor Profiles for the Atmosphere of Venus Below the Main Cloud Deck," Bulletin of the American Astronomical Society, vol. 22, pg. 1055, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 23, 1990.

P. G. Steffes and J. M. Jenkins, "Atmospheric Radio Occultation Measurements with Magellan at Venus," JPL Publication, JPL-D-8581, pp. B I-B8, 1991.  Presented at the Magellan Atmospheric Science and Science Contingency Workshop, Pasadena, Califomia, May 7, 1991.

14

P. G. Steffes, "The Potential for Millimeter-Wave SETI," <u>Third Decennial USA- USSR Conference on SETI - A.S.P. Conference Series</u>, vol. 47, pp. 367-371, 1993.  Presented at the USA- USSR Joint Conference on the Search for Extraterrestrial Intelligent Life, Santa Cruz, Califomia, August 9, 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave Opacity of Gaseous Sulfuric Acid (H2SO4) under Venus-Like Conditions," <u>Program of the Third International Conference on Laboratory Research for Planetary Atmospheres</u>.  Presented at the Third Intemational Conference on Laboratory Research for Planetary Atmospheres, Palo Alto, California, Paper SP-20, November 3, 1991.

B. Ragent, L. Travis, D. Crisp. D. Allen, P. Steffes, J. Jenkins, G. Deardorff, and Y. Hung, "Correlations of Earth-Based NIR Imagery and Pioneer-Venus Orbiter Imagery and Data," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1192, November 1991.  Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave (3 mm) Opacity of Gaseous SO2 under Simulated Conditions of the Middle Atmosphere of Venus," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1194, November 1991.  Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

J. M. Jenkins and P. G. Steffes, "Comparison of Kalman and Wiener Filtering Techniques for Processing Pioneer Venus Radio Occultation Data," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1195, November 1991.  Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, Califomia, November 6, 1991.

P. G. Steffes, J. M. Jenkins, R. S. Austin, G. L. Tyler, and E. H. Seale, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1196, November 1991.  Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, Califomia, November 6, 1991.

J. Joiner and P. G. Steffes, "Search for H2S on Jupiter at Millimeter Wavelengths: Observations and Laboratory Measurements," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1135, November 1991.  Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, Califomia, November 4, 1991.

A. K. Fahd and P. G. Steffes, "Understanding the Variation in the Millimeter-Wave Emission of Venus," <u>International Colloquium on Venus</u>, LPI Contribution No. 789, pp. 32-34, August 1992.  Presented at the Intemational Colloquium on Venus, Pasadena, California, August 10, 1992.

J. M. Jenkins and P. G. Steffes, "Long-Term, Variations in the Abundance and Distribution of Sulfuric Acid Vapor in the Venus Atmosphere Inferred from Pioneer Venus and Magellan Radio Occultation Studies," <u>International Colloquium on Venus</u>, LPI Contribution No. 789, pp. 50-51, August 1992.  Presented at the International Colloquium on Venus, Pasadena, Califomia, August 10, 1992.

P. G. Steffes, G.O. Hirvela, and D. G. Lashley, "Preliminary Results from Laboratory Measurements of the Centimeter Wavelength Opacity of Hydrogen Sulfide (H2S) Under Simulated Conditions for the Outer Planets," <u>Program of the Fourth International Conference on Laboratory Research for Planetary Atmospheres</u>, pg. S 1, October 1992.  Presented at the Fourth International Conference on Laboratory Research for Planetary Atmospheres, Munich, Germany, October 10-11, 1992.

P. G. Steffes, J. M. Jenkins, G. L. Tyler, J. Twicken, R. S. Austin, and S. W. Asmar, "Preliminary Results from the October 1991 Magellan Radio Occultation Experiment," <u>Bulletin of the American Astronomical Society</u>, vol. 24, pg. 1003, October 1992.  Presented at the 24th Meeting of the Divisionfor Planetary Sciences of the American Astronomical Society, Munich, Germany, October 19, 1992.

D. R. DeBoer and P. G. Steffes, "The Georgia Tech Spacebome Transmitter Database and Its Uses in SETI and Radio Astronomy," International Union of Radio Science Programs and Abstracts: 1993 National Radio Science Meeting, pg. 224, January 1993.  Presented at the 1993 National Radio Science Meeting, Boulder, Colorado, January 8, 1993.

P. G. Steffes and D. R. DeBoer, "A SETI Search of Nearby Solar-Type Stars at the 203 GHz Positronium Hyperfine Resonance."     Presented at the Bioastronomy Symposium: Progress in the Search for Extraterrestrial Life, Santa Cruz, California, page 30, August 17, 1993.

D. R. DeBoer and P. G. Steffes, "Laboratory Measurements of the Centimeter-Wave Characteristics of $H_2S$ under Simulated Conditions for the Outer Planets."  Program of the Fifth International Conference on Laboratory Research for Planetary Atmospheres, Boulder, CO, pg. SP-06, October 1993.

D. R. DeBoer and P. G. Steffes, "Effects of the Centimeter Wavelength Opacity of $H_2S$ on Propagation and Emission in the Atmospheres of the Outer Planets." Bulletin of the American Astronomical Society, vol. 25, pg. 1080, October 1993.  Presented at the 25th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Boulder, CO, October 20, 1993.

J. M. Jenkins, P. G. Steffes, J. Twicken, D. P. Hinson, and G. L. Tyler, "Atmospheric Profiles and Sulfuric Acid Vapor ($H_2SO_4$) Profiles from the October 1991 Magellan Orbiter Radio Occultation Experiments at Venus." Bulletin of the American Astronomical Society, vol. 25, pg. 1093, October, 1993. Presented at the 25th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Boulder, CO, October 20, 1993.

D.R. DeBoer and P.G. Steffes, "The Georgia Tech High Sensitivity Microwave Measurement System." Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg. 28, October 1994.  Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

M.A. Kolodner and P.G. Steffes, "On the Saturation Vapor Pressure of Sulfuric Acid ($H2SO4$)."  Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg. 35, October 1994.     Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

S.H. Suleiman and P.G. Steffes, "Laboratory Measurement of the Temperature Dependence of Gaseous Sulfur Dioxide ($SO2$) Microwave Absorption under Simulated Conditions for the Venus Atmosphere." Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg. 29, October 1994.  Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

D.R. DeBoer and P.G. Steffes, "Radiative Transfer Results from Neptune Microwave Emission." Bulletin of the American Astronomical Society, vol. 26, pg. 1094, October 1994.  Presented at the 26th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Bethesda, MD,  November 1, 1994.

P.G. Steffes, D.R. DeBoer, and W.W. Smith, "Observations of the Jovian Microwave (5cm) Emission During and Subsequent to the Collision with Comet Shoemaker-Levy 9."   Bulletin of the American Astronomical Society, vol. 26, pg. 1586, December 1994.  Presented at the 26th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Bethesda, MD, October 31, 1994.

D.H. Howard and P.G. Steffes, "Georgia Tech ACTS Class II Experiment," Presentations of the Sixth ACTS Propagation Studies Workshop (APSW V1), JPL Report:  JPL-D-12350, pp. 159-177, December

16

1994.  Presented at the Sixth ACTS Propagation Studies Workshop, Clearwater Beach, FL, November 29, 1994.

D. H. Howard and P. G. Steffes, "Georgia Tech ACTS Propagation Experiment", <u>Proceedings of the Nineteenth NASA Propagation Experimenters Meeting (NAPEX XIX) and the Seventh ACTS Propagation Studies Workshop (APSW VII)</u>, JPL publication 95-15, pp. 273-281, August 1995. Presented at the NASA Propagation Experimenters Meeting (NAPEX XIX), Fort Collins, CO, June 15, 1995.

D.H. Howard, D.J. Collins, M.A. Hoover, P.G. Steffes, M.S. Alouini, and S.A. Borgsmiller, "ACTS Propagation Measurements and System Modeling of Phase Fluctuation Effects in Phase Shift Keyed Communications Systems," <u>Proceedings of the Advanced Communication Technology Satellite (ACTS) Results Conference</u>, September 1995. Presented at the NASA ACTS Results Conference, Cleveland, OH, September 12, 1995

M. S. Alouini and P. G. Steffes, "Impact of Tropospheric Scintillations on Direct-Sequence Spread-Spectrum Satellite Communication Networks." <u>Proceedings of the URSI International Symposium on Signals, Systems, and Electronics (ISSSE '95)</u>, pp. 67-70, October 1995.  Presented at the URSI International Symposium on Signals, Systems and Electronics, San Francisco, October 25, 1995.

M. A. Kolodner and P. G. Steffes, "New Laboratory Measurements of  the Microwave Opacity of Sulfuric Acid under Simulated Venus Conditions." <u>Bulletin of the American Astronomical Society</u>, vol. 27, no.3, pp 1071-1072, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 9, 1995.

S. H. Suleiman and P.G. Steffes, "Radiative Transfer Models for Venus Microwave and Millimeter-Wave Emission using a Ben-Reuven Formalism for SO2  Absorption", <u>Bulletin of the American Astronomical Society</u>, vol 27, pg.1071, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 9, 1995.

D. R. DeBoer and P. G. Steffes, "Potential Effect of Phosphine (PH3) on the Microwave and Millimeter Wave Opacity and Emission from the Atmosphere of Neptune", <u>Bulletin of the American Astronomical Society</u>, vol. 27, pg. 1087, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 10, 1995.

P. G. Steffes and D. R. DeBoer, "The Georgia Tech Spaceborne Transmitter Database and Its Use during the 1995 Project Phoenix L-band and S-band Campaign. <u>International Union of Radio Science Programs and Abstracts:  1996 National Radio Science Meeting</u>, page 115, Jan. 1996.  Presented at the 1996 National Radio Science Meeting, Boulder, Co, January 11, 1996.

M. A. Kolodner and P. G. Steffes, "The Microwave Absorption of Sulfuric Acid Vapor in the Venus Atmosphere," <u>Bulletin of the American Astronomical Society</u>, vol. 28, pp. 1116-1117.  Presented at the 28th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, October 24, 1996.

S. H. Suleiman, M. A. Kolodner, B. J. Butler, and P. G. Steffes, "VLA Images of Venus at 1.3 cm and 2 cm Wavelengths," <u>Bulletin of the American Astronomical Society</u>, vol. 28, pg 1117.  Presented  at the 28th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, October 24, 1996.

M. A. Kolodner, S. H. Suleiman, B. J. Butler, and P. G. Steffes.  "The Abundance and Distribution of Sulfur-Bearing Compounds in the Lower Venus Atmosphere."  <u>EOS Trans. AGU</u>, vol. 77, No. 46, Fall

Meet. Suppl., p. F439.  Presented at the Fall Meeting of the American Geophysical Union, San Francisco, CA, December 16, 1996.

S. A. Borgsmiller and P. G. Steffes, "Measurements of Ka-Band Amplitude and Phase Scintillation", Proceedings of the Twenty-First NASA Propagation Experimenters Meeting (NAPEX XXI), JPL Publication 97-13, pp. 3.1 - 3.16.   Presented at the NASA Propagation Experimenters Meeting (NAPEX XXI), El Segundo, CA, June 12, 1997.

M. A. Kolodner, S. H. Suleiman, B. J. Butler, and P. G. Steffes.  "Latitudinal Variations of Sulfur Compounds in the Venus Atmosphere Based on the Correlation between VLA Observations and Radio Occultation Results."  Bulletin of the American Astronomical Society 29, 1042-1043.  Presented at the 29th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, MA, August 1, 1997.

S. A. Borgsmiller and P. G. Steffes, "BER Performance of DS-CDMA Systems in the Presence of Scintillation," Presentations of the Twelfth ACTS Propagation Studies Workshop (APSW XII). Presented at the 12th ACTS Propagation Studies Workshop, Fort Lauderdale, FL, November 19, 1997.

D. R. DeBoer, P. G. Steffes, and J. M. Glowacki, "Conversion of a 30 Meter Former Satellite Communications Antenna to a Radio Telescope," Proceedings of the SPIE: Telescope Control Systems III, vol. 3351, pp. 157-164.    Presented at the SPIE Conference on Astronomical Telescopes and Instrumentation, Kona, HI, March 20, 1998.

P. G. Steffes, "The Non-Invasive Measure of D-glucose in the Ocular Aqueous Humor using Stimulated Raman Spectroscopy," (invited).  Proceedings of the NASA/JDF Workshop on Non/Minimally Invasve Measurement of Physiological Analytes, p. 5.  Presented April 7, 1998, Washington, D. C.

D. R. DeBoer and P. G. Steffes, "Performance and Potential Applications of Refurbished 30 Meter Former Satellite Communications Facilities," USNC/URSI National Radio Science Meeting:  1998 Digest, p. 256, 1998.  Presented at the 1998 AP-S International Symposium and URSI National Radip Scoemce Meeting, Atlanta, GA, June 25, 1998.

D. R. DeBoer and P. G. Steffes, "Opportunistic Astronomy:  Uses of Vintage Communications Antennas for Radio Astronomy and SETI, "Abstracts of the 49th International Astronautical Congress.  Presented September 1998, Melbourne, Australia.

J.P . Hoffman, P. G. Steffes, and D. R. DeBoer, "Preliminary Results of Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Conditions for the Outer Planets," Bulletin of the American Astronomical Society, vol. 30 no. 3, 1998.  p. 1102.  Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 15, 1998

B.J. Butler, J.M. Jenkins, and P.G. Steffes, "Whole-disk Microwave Brightness Temperature Spectrum of Venus," Bulletin of the American Astronomical Society, vol. 30, no. 3, pp. 1105-1106. Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 16, 1998.

J.M. Jenkins, B.J. Butler, P.G. Steffes, and M.A. Kolodner, "Retrievals of Sulfur-Bearing Gas Abundances from Microwave Emission Maps of Venus Obtained at the VLA," Bulletin of the American Astronomical Society, vol. 30, no. 4, pp. 1449. Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 16, 1998.

P.G. Steffes, "Non-Invasive Measure of D-glucose in the Aqueous Humor," (invited). Presented at the Children's Diabetes Foundation/ Carousel of Hope Symposium, October 23, 1998, Beverly Hills, CA.

W. Chalodhorn, D.R. DeBoer, and P.G. Steffes, "Microwave Holographic Measurements of the Georgia Tech Woodbury Research Facility," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 119, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 5, 1999.

P.G. Steffes, "Current Issues in Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 243, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 6, 1999.

J.P. Hoffman and P.G. Steffes, "Preliminary Results of Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Conditions for the Outer Planets," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 286, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 7, 1999.

D.R. DeBoer and P.G. Steffes, "The Georgia Tech Woodbury Research Facility for Radio Astronomy," International Union of Radio Science Abstracts: 26th General Assembly, p. 595, August 1999. Presented at the URSI 26th General Assembly, Toronto, Canada, August 17, 1999.

P.G. Steffes and D.R. DeBoer, "The Georgia Tech Spaceborne Transmitter Database and Its Use in Managing Spaceborne RFI in Radio Astronomical and SETI Observations," International Union of Radio Science Abstracts: 26th General Assembly, p. 829, August 1999. Presented at the URSI 26th General Assembly, Toronto, Canada, August 18, 1999.

J.P. Hoffman and P.G. Steffes, "Low Temperature Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Outer Planet Conditions," Bulletin of the American Astronomical Society, vol. 31, no. 4, 1999.  p. 1169.  Presented at the 31st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Padova, Italy, October 14, 1999.

P.G. Steffes, "Current Issues in Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2000 National Radio Science Meeting, p. 206, Jan. 2000. Presented at the National Radio Science Meeting, Boulder, CO, January 7, 2000.

P.G. Steffes, "Recent Results in the Use of Non-Invasive Sensing of Glucose in the Aqueous Humor as a Measure of Serum Glucose," (invited). PITTCON 2000 Book of Abstracts, p. 1356. Presented at the Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, New Orleans, LA, March 17, 2000.

J.P. Hoffman and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Phosphine: Opacity Formalism and Applications to the Atmospheres of the Outer Planets," Bulletin of the American Astronomical Society, vol. 32, no. 3, 2000, p. 1110. Presented at the 32nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 26, 2000.

P.G. Steffes, "Current Issues in Domestic Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2001 National Radio Science Meeting, p. 328, Jan. 2001. Presented at the National Radio Science Meeting, Boulder, CO, January 11, 2001.

J.P. Hoffman and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Phosphine: Opacity Formalism and Applications to the Atmospheres of the Outer Planets," Presented at the National Radio Science Meeting, Boulder, CO, January 9, 2001. (First Place for Hoffman in URSI Student Paper Competition.)

J.P. Hoffman and P.G. Steffes, "Will Cassini Detect Phosphine? Results from a Ray Tracing Based Radiative Transfer Model of Saturn's Atmosphere," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1045. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, November 27, 2001.

J.M Jenkins, M. A. Kolodner, B.J. Butler, S.H. Suleiman, and P.G. Steffes, "Microwave Remote Sensing of the Temperature and Distribution of Sulfur Compounds in the Lower Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1038. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, November 27, 2001.

P.N. Mohammed and P.G. Steffes, "Preliminary Laboratory Measurements of the Millimeter Wavelength Properties of Phosphine ($PH_3$) under Simulated Outer Planet Conditions," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1141. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, December 1, 2001.

P.G. Steffes, "Scientific Uses of the Spectrum and Spectrum Policy," Invited Tutorial given at the Federal Communications Commission, Washington, DC and nationally webcast. (May 29, 2001)

P.G. Steffes, *Invited Panelist,* National Summit on Broadband Deployment: 2001 A Digital Odyssey, "How Can Spectrum Policy Accelerate Broadband Deployment?" Washington, DC, October 25, 2001.

P.G. Steffes, "Current Issues in Domestic Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2002 National Radio Science Meeting, p. 181, Jan. 2002. Presented at the National Radio Science Meeting, Boulder, CO, January 10, 2002.

P.G. Steffes, *Invited Panelist,* FCC Spectrum Policy Task Force Public Workshop on Interference Protection. *FCC DA –2-1816, ET Docket No. 02-135,* released July 26, 2002, presented in Washington, DC, August 2, 2002.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the Ka-band (7.5mm to 9.2 mm) Opacity of Phosphine ($PH_3$) and Ammonia ($NH_3$) Under Simulated for the Cassini-Saturn Encounter," Bulletin of the American Astronomical Society, vol. 34, no. 3, 2002, p.910. Presented at the 34th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Birmingham, AL, October 11, 2002

P.G. Steffes and P.N. Mohammed, "Study of Cassini Radio Occultation Sensitivity to Atmospheric Constituents Based on New Laboratory Measurements," Bulletin of the American Astronomical Society, vol 34, no. 3, 2002, p.910. Presented at the 34th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Birmingham, AL, October 11, 2002

A.J. Petrin and P.G. Steffes, "System Architecture for a Dynamic-Spectrum Radio," Proceedings of the 2003 International Symposium on Advanced Radio Technologies, *NTIA Special Publication SP-03-401,*

2003, pp. 47-53. Presented at the 2003 International Symposium on Advanced Radio Technologies, Boulder, CO, March 5, 2003.

A.J. Petrin and P.G. Steffes, "A Spectrum Study of Usage in and Adjacent to Passive Scientific Bands," URSI Digest – 2003 IEEE International Antennas and Propagation Symposium and USNC/CNC/URSI North American Radio Science Meeting, p. 648. Presented at the 2003 IEEE International Antennas and Propagation Symposium and USNC/CNC/URSI North American Radio Science Meeting, Columbus, OH, June 26, 2003.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the W-band (3.2 mm) Properties of Phosphine ($PH_3$) and Ammonia ($NH_3$) Under Simulated Conditions for the Outer Planets," Bulletin of the American Astronomical Society, vol. 35, no. 3, 2003, p.713. Presented at the 35th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Monterey, CA, September 2, 2003.

A. Petrin and P.G. Steffes, "Study of Spectrum Usage and Potential Interference in the UHF and Microwave Radio Astronomy Bands," Bulletin of the American Astronomical Society, vol. 35, no. 5, 2003, p.1268. Presented at the 203rd Meeting of the American Astronomical Society, Atlanta, GA, January 6, 2004.

A.J. Petrin and P.G. Steffes, "Measurement and Analysis of Urban Spectrum Usage," Proceedings of the 2004 International Symposium on Advanced Radio Technologies, NTIA Special Publication SP-04-409, 2004, pp. 45-48. Presented at the 2004 International Symposium on Advanced Radio Technologies, Boulder, CO, March 3, 2004.

P.G. Steffes and A.J. Petrin, "Study of Spectrum Usage and Potential Interference to Passive Remote Sensing Activities in the 4.5 cm and 21 cm Bands," 2004 IEEE International Geoscience and Remote Sensing Symposium Proceedings, vol. III, pp. 1679-1682. Presented at the 2004 IEEE International Geoscience and Remote Sensing Symposium, Anchorage, AK, September 23, 2004 (invited).

B. Bienstock, D. Atkinson, K. Baines, P. Mahaffy, P.Steffes, S. Atreya, A. Stern, H. Willenberg, "Neptune Polar Orbiter with Probes," Proceedings of the 55th International Astronautical Congress -2004, paper IAC-04-IAA.3.6.4.06. Presented at the 55th International Astronautical Congress, Vancouver, BC, Canada, October 7, 2004.

D.H. Atkinson, B. Bienstock, K.H. Baines, P. Mahaffy, P.Steffes, S. Atreya, A. Stern, and M. Wright, " A Neptune Vision Mission using Nuclear Electric Propulsion," Bulletin of the American Astronomical Society, vol. 36, no. 4, 2004, p.1093. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 9, 2004.

P.N. Mohammed and P.G. Steffes, "Simulations of the Cassini Radio Occultation Experiments for the Atmosphere of Saturn Based on Recent Laboratory Measurements," Bulletin of the American Astronomical Society, vol. 36, no. 4, 2004, p.1107. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 9, 2004.

P.G. Steffes and T.R. Hanley, "Preliminary Results for the Centimeter Wavelength Opacity of Water Vapor Under Jovian Conditions Based on New Laboratory Measurements," Bulletin of the American Astronomical Society, vol 36, no. 4, 2004, p. 1154. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 11, 2004.

T.R. Hanley and P.G. Steffes, "The Microwave Absorption Properties of Hydrochloric Acid Vapor in the Venus Atmosphere," Bulletin of the American Astronomical Society, vol 36, no. 4, 2004, p. 1165.

Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American
Astronomical Society, Louisville, KY, November 11, 2004.

A. Petrin and P.G. Steffes, "Radio Spectrum Occupancy Model," Proceedings of the 2004 Software
Defined Radio Technical Conference, vol. B, pp. 111. Presented at the 2004 Software Defined Radio
Technical Conference, Scottsdale, AZ, November 17, 2004.

P. Steffes, B. Bienstock, D.H. Atkinson, K.H. Baines, P. Mahaffy, S. Atreya, A. Stern, and M. Wright, "A
Neptune/Triton Vision Mission Using Nuclear Electric Propulsion," EOS (Trans. AGU), vol 85, no. 47,
2004, Fall Meeting Supplement Abstract P51B-1439. Presented at the Fall 2004 Meeting of the AGU
(American Geophysical Union), December 16, 2004.

W.C. Barott and P.G. Steffes, "Antenna and Topology Choices for a Large N Array for LEO Satellite
Downlink," International Union of Radio Science Programs and Abstracts: 2005 National Radio Science
Meeting, pp. 59. Presented at the 2005 URSI National Radio Science Meeting, Boulder, CO, January 5,
2005

A. Petrin and P.G. Steffes, "Comparison of Radio Spectrum Usage in Urban and Rural Environments for
Radio Astronomy and Passive Remote Sensing Bands," International Union of Radio Science Programs
and Abstracts: 2005 National Radio Science Meeting, pp. 217. Presented at the 2005 URSI National
Radio Science Meeting, Boulder, CO, January 7, 2005.

A. Petrin and P.G. Steffes, "Maximizing the Utility of Radio Spectrum," Presentation, Federal
Communications Commission, Washington, DC February 2, 2005 (invited).

A. Petrin and P.G. Steffes, "Analysis and Comparison of Spectrum Measurements performed in Urban
and Rural Areas to Determine the Total Amount of Spectrum Usage," Proceedings of the 2005
International Symposium on Advanced Radio Technologies, NTIA Special Publication SP-05-418, 2005,
pp. 9-12. Presented at the 2005 International Symposium on Advanced Radio Technologies, Boulder, CO,
March 1, 2005.

W.C. Barott and P.G. Steffes, "Using Genetic Algorithms to Remove Grating Lobes from the Patterns of
Various Thinned Linear Arrays," Proceedings of the 2005 IEEE International Antennas and Propagation
Symposium and USNC/URSI Radio Science Meeting, p. 170, paper P53.3. Presented at the 2005 IEEE
International Antennas and Propagation Symposium and USNC/URSI North American Radio Science
Meeting, Washington, DC, July 5, 2005.

A. Kliore, N. Rappaport, A. Anabtawi, S. Asmar, J. Armstrong, E. Barbinis, G. Goltz, D. Johnston, D.
Fleischman, D. Rochblatt, J. Anderson, E. Marouf, K. Wong, F. Thomson, F.M. Flasar, P. Schinder, R.
French, C. McGhee, P. Mohammed, P. Steffes, A. Nagy, L. Iess, P. Tortora, R. Ambrosini, and E.
Flamini,  "An Overview of Cassini Radio Science," Bulletin of the American Astronomical Society, vol.
37, no. 3, 2005, p. 626. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of
the American Astronomical Society, Cambridge, UK, September 5, 2005.

B. Bienstock, D.H. Atkinson, K.H. Baines, P. Mahaffy,  S. Atreya,  A. Stern, P.Steffes, and M. Wright,
"A NEPtune/Triton Vision Mission using Nuclear Electric Propulsion," Bulletin of the American
Astronomical Society, vol. 37, no. 3, 2005, p. 649. Presented at the 37th Annual Meeting of the Division
for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 5, 2005.

P.N. Mohammed, P.G. Steffes, A. Kliore, A. Anabtawi, S. Asmar, E. Barbinis, G. Goltz, D. Johnston, and
E.A. Marouf, "Vertical Profiles of Phosphine and Ammonia on Saturn Derived from the first Cassini RSS
Occultation Observation using Forward Modeling," Bulletin of the American Astronomical Society, vol.

22

37, no. 3, 2005, p. 657. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 6, 2005.

T.R. Hanley and P.G. Steffes, "New Laboratory Measurements of the Microwave Absorption of Ammonia under Jovian Conditions," Bulletin of the American Astronomical Society, vol. 37, no. 3, 2005, p. 774. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 9, 2005.

W.C. Barott, M.A. Ingram, and P.G. Steffes, "Maximizing Ground Station Download Capacity for LEO Satellites using Genetic Algorithms," International Union of Radio Science Programs and Abstracts: 2006 National Radio Science Meeting, pp. 53. Presented at the 2006 URSI National Radio Science Meeting, Boulder, CO, January 4, 2006.

T.R. Hanley and P.G. Steffes, "Method of Characterizing Ammonia Opacity in Jovian Atmospheres with Application to Entry Probe Radio Links," Proceedings of the 4th International Planetary Probe Workshop (IPPW-4), 7 pages. Presented at the 4th International Planetary Probes Workshop, Pasadena, CA, June 28, 2006.

W.C. Barott and P.G. Steffes, "Optimizing Radiation Pattern and Sidelobes in a Genetic Wire Array," Proceedings of the 2006 IEEE International Antennas and Propagation Symposium with USNC/URSI Radio Science and AMEREM Meetings, p. 2055-2058. Presented at the 2006 IEEE International Antennas and Propagation Symposium with USNC/URSI North American Radio Science and AMEREM Meetings, Albuquerque, DC, July 12, 2006.

T.R. Hanley and P.G. Steffes, "New High-Precision Laboratory Measurements of the Hydrogen and Helium Broadened Microwave Absorption of Ammonia under Simulated Jovian Conditions," Bulletin of the American Astronomical Society, vol. 38, no. 3, 2006, p. 608. Presented at the 38th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 12, 2006.

P.G. Steffes and T.R. Hanley, "An Enhanced System for Laboratory Measurements of the Centimeter-Wave Properties of Ammonia under Simulated Conditions for the Outer Planets," Bulletin of the American Astronomical Society, vol. 38, no. 3, 2006, pp. 608-609. Presented at the 38th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 12, 2006.

B.M. Karpowicz, P.G. Steffes, and J.P. Hoffman, "A View of Outer Planet Composition from Orbiting Spacecraft via Microwave Emission: Results from a New Hybrid Ray-Tracing Radiative Transfer Model," Bulletin of the American Astronomical Society, vol. 39, no. 3, 2007, p. 414. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 8, 2007.

K. Devaraj and P.G. Steffes, "Preliminary Results for the 2-4 Millimeter Wavelength Continuum Opacity of Ammonia based on New Laboratory Measurements under Simulated Jovian Conditions," Bulletin of the American Astronomical Society, vol. 39, no. 3, 2007, p. 447. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007

T.R. Hanley and P.G. Steffes, "New High-Precision Laboratory Measurements of the Hydrogen and Helium Broadened Microwave Opacity of Ammonia under Simulated Deeper Atmospheric Jovian Conditions," Bulletin of the American Astronomical Society, vol. 39, no. 3, 2007, p. 447. Presented at the

39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007.

P.G. Steffes B.M. Karpowicz, and T.R. Hanley, "A Laboratory System for Measurement of the Centimeter-Wave Properties of Gases under Simulated Conditions for Deep Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 39, no. 3, 2007, p. 447. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007.

P.G. Steffes, T.R. Hanley, B.M. Karpowicz, and K. Devaraj, "Laboratory Measurements of the Microwave and Millimeter-Wave Properties of Planetary Atmospheric Constituents: The Georgia Tech System," In *Workshop on Planetary Atmospheres*, pp. 117-118. LPI Contribution No. 1376, Lunar and Planetary Institute, Houston. Presented at the 2007 Workshop on Planetary Atmospheres, Greenbelt, MD, November 6, 2007.

K. Devaraj and P.G. Steffes, "Laboratory Measurements of W-band Continuum Opacity of Ammonia Using a Fully Confocal Fabry-Perot Resonator," International Union of Radio Science Programs and Abstracts: 2008 National Radio Science Meeting, pp. J1-4. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

T.R. Hanley and P.G. Steffes, "New Laboratory Measurements of the Microwave Absorption Coefficient of Ammonia and Water Vapor under Jovian Conditions," International Union of Radio Science Programs and Abstracts: 2008 National Radio Science Meeting, pp. J1-5. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

B.M. Karpowicz and P.G. Steffes, "From Modeling to Laboratory Measurements: Simulated Microwave Radiometer Sensitivity to Water Vapor Abundance and a New High Pressure System to Measure Water Vapor under Jovian Conditions," International Union of Radio Science Programs and Abstracts: 2008 National Radio Science Meeting, pp. J1-6. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

B.M. Karpowicz, P.G. Steffes, and T.R. Hanley, "A Laboratory System for Simulation of Extreme Atmospheric Conditions in the Deep Atmospheres of Venus, Jupiter, and Beyond," Proceedings of the 6th International Planetary Probes Workshop, p. 28 (program)  full paper: http://hdl.handle.net/1853/26395, pages 1-9.  Presented at the 6th International Planetary Probes Workshop, Atlanta, GA, June 25, 2008.

P.G. Steffes, "Microwave Remote Sensing of Planetary Atmospheres: From Staelin and Barrett to the NASA Juno Mission," 2008 IEEE International Geoscience and Remote Sensing Symposium Proceedings, vol. I, pp. 679-682. Presented at the 2008 IEEE International Geoscience and Remote Sensing Symposium, Boston, MA, July 7, 2008 (invited).

B.M. Karpowicz, P.G. Steffes, and T.R. Hanley, "Measurements of the Centimeter-Wave Properties of Gases under Simulated Conditions for Deep Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 414. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 13, 2008.

K. Devaraj and P.G. Steffes, "A New Laboratory System for Measurement of the Millimeter-Wave Properties of Gases and Preliminary Results for the Continuum Opacity of Ammonia," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 497. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 14, 2008.

24

T.R. Hanley, P.G. Steffes, and B.M. Karpowicz, "A New Model of the Hydrogen and Helium-Broadened Microwave Opacity of Ammonia Based on Extensive Laboratory Measurements," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 497. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 14, 2008.

B.M. Karpowicz and P.G. Steffes, "Measurements of the Centimeter-Wave Properties of $H_2O$ under Simulated Conditions for Deep Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 41, no. 3, 2009, p. 1010. Presented at the 41st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Fajardo, PR, October 6, 2009.

K. Devaraj and P.G. Steffes, "The 2-4 Millimeter-Wave Opacity of Ammonia: Extensive Laboratory Measurements and a New Model," Bulletin of the American Astronomical Society, vol. 41, no. 3, 2009, p. 1049. Presented at the 41st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Fajardo, PR, October 7, 2009.

B.J. Butler, K. Devaraj, P.G. Steffes, and B. Hesman, "Observations of the Jupiter Impact with the VLA," Bulletin of the American Astronomical Society, vol. 41, no. 4, 2009, p. 1194. Presented at the 41st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Fajardo, PR, October 7, 2009.

K. Devaraj and P.G. Steffes, "Laboratory Measurements of the Microwave Properties of Ammonia under Deep Jovian Atmospheric Conditions," Lunar and Planetary Institute, Contribution No. 1553, page 1875 - 1876. Presented at the 41st Lunar and Planetary Science Conference, The Woodlands, TX, March 4, 2010.

K. Devaraj, and P. G. Steffes, "The 2-4 Millimeter-Wavelength Opacity of Ammonia," EGU General Assembly, Geophysical Research Abstracts, Vol. 12, 7675, May 2010, Vienna, Austria.

K. Devaraj, B. Butler, B. Hesman, P. G. Steffes, and R. Sault, "VLA Observations of the Jupiter Impact", EGU General Assembly, Geophysical Research Abstracts, Vol. 12, 7661, May 2010, Vienna, Austria.

D. Duong and P.G. Steffes, "The Microwave Properties of Jovian Clouds: Laboratory Measurement of Aqueous Ammonia (NH4OH) Between 2-8.5 GHz," Bulletin of the American Astronomical Society, vol. 42, no. 4, 2010, p. 972. Presented at the 42nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 4, 2010.

K. Devaraj and P.G. Steffes, "New Laboratory Measurements of the Centimeter-Wavelength Properties of Ammonia Under Deep Jovian Atmospheric Conditions," Bulletin of the American Astronomical Society, vol. 42, no. 4, 2010, p. 1040. Presented at the 42nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 7, 2010.

P.G. Steffes and K. Devaraj, "VLA Observations of Venus at X Band," Abstracts of the 9th VEXAG Meeting and International Science Workshop, p. 37. Presented at the 9th VEXAG Meeting and International Workshop, Chantilly, VA, August 31, 2011.
http://venus.wisc.edu/workshop/vexag/2011/9thVEXAG_Abstract_Booklet.pdf

K. Devaraj, D. Duong, and P.G. Steffes, "Preliminary Results for the 5-20 cm Wavelength Opacity of Ammonia Pressure Broadened by Water Vapor under Jovian Conditions," EPSC Abstracts, Vol. 6, EPSC-DPS2011-717, 2011. Presented at the Joint Meeting of the European Planetary Science Conference and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2011), Nantes, France, October 3, 2011.

D. Duong, P.G. Steffes, and S. Noorizadeh, "The Microwave Properties of Jovian Clouds: Laboratory Measurement of Aqueous Ammonia (NH4OH) Between 2-8.5 GHz," EPSC Abstracts, Vol. 6, EPSC-DPS2011-1042, 2011. Presented at the Joint Meeting of the European Planetary Science Congress and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2011), Nantes, France, October 3, 2011.

K. Devaraj and P.G. Steffes, "Laboratory Measurements and a Consistent Model of the Microwave Properties of Ammonia under Jovian Conditions," EPSC Abstracts, Vol. 6, EPSC-DPS2011-702, 2011. Presented at the Joint Meeting of the European Planetary Science Congress and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2011), Nantes, France, October 7, 2011.
.
G. Chinsomboon and P.G. Steffes, "Laboratory Measurements of the 5-20 cm Wavelength Opacity of Ammonia Pressure Broadened by Methane under Simulated Jovian Conditions," Bulletin of the American Astronomical Society, vol. 44, no. 5, 2012, pp. 226. Presented at the 44th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Reno, NV, October 18, 2012.

P.G. Steffes and Christopher Barisich, "Laboratory Measurements of the 3.7-20 cm Wavelength Opacity of Sulfur Dioxide and Carbon Dioxide under Simulated Conditions for the Deep Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 44, no. 5, 2012, pp. 241. Presented at the 44th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Reno, NV, October 18, 2012.

K. Devaraj and P.G. Steffes, "The Centimeter-Wavelength Opacity of Ammonia Broadened by Water Vapor under Deep Jovian Atmospheric Conditions," Bulletin of the American Astronomical Society, vol. 44, no. 5, 2012, pp. 244-245. Presented at the 44th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Reno, NV, October 19, 2012.

P.G. Steffes, "Microwave Remote Sensing of Planetary Atmospheres: The 50 Years from Mariner 2 to NASA-Juno," Bulletin of the American Astronomical Society, vol. 45, no. 9, 2013, p. 23. Presented at the 45th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Denver, CO, October 7, 2013.

P.G. Steffes and P.M. Shahan, "Models of the Centimeter-Wavelength of Sulfur Dioxide and Carbon Dioxide based on Laboratory Measurements Conducted under Simulated Conditions for the Deep Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 45, no. 9, 2013, p. 57. Presented at the 45th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Denver, CO, October 8, 2013.

P.G. Steffes, K. Devaraj and  B. J. Butler, "X-Band Microwave Radiometry as a Tool for Understanding the Deep Atmosphere of Venus,"  Program of the American Geophysical Union Fall Meeting 2013, P41D-1954. Presented at the 2013 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 12, 2013.

P.G. Steffes, "Planetary Radio Astronomy: The 60 Years from Burke and Franklin to ALMA," Bulletin of the American Astronomical Society, vol. 46, no. 5, 2014, p. 22-23. Presented at the 46th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, November 10, 2014.

A.A. Bellotti and P.G. Steffes, "Laboratory Measurements of the Millimeter-Wavelength Sulfur Dioxide Absorption Spectrum under Simulated Venus Conditions," Bulletin of the American Astronomical

Society, vol. 46, no. 5, 2014, p. 113-114. Presented at the 46th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, November 12, 2014.

P.G. Steffes, "Laboratory Measurements of the 2-4 mm Opacity of Sulfuric Acid Vapor under Simulated Venus Conditions,"  Program :Venus Science Priorities Workshop for Laboratory Measurements and Instrument Definition, LPI Contribution No. 1838, p.4026, presented April 7, 2015, Hampton, VA. 2015LPICo1838.4026S

A.A. Bellotti and P.G. Steffes , "Laboratory Measurements in Support of Millimeter-wavelength Observations of the Venus Atmosphere," Abstracts of the 13th VEXAG Meeting and International Science Workshop, p. 37. Presented at the 13th VEXAG Meeting and International Workshop, Washington, DC, October 28, 2015.
http://www.lpi.usra.edu/vexag/meetings/archive/vexag_13/presentations/17-Bellotti.pdf

A.A. Bellotti and P.G. Steffes, "Laboratory Measurements of the 5-20 cm Wavelength Opacity of Ammonia and Water Vapor under High-Temperature Conditions characteristic of the Deep Jovian Atmosphere," Bulletin of the American Astronomical Society, vol. 47, no. 5, 2015, p.109  (paper # 403.04). Presented at the 47th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, National Harbor, MD, November 12, 2015.

P.G. Steffes, "Microwave Remote Sensing of Planetary Atmospheres from Spacecraft: The 50 Years from Mariner 2 to NASA-Juno," Third Annual Hans Liebe Lecture (Invited), USNC-URSI National Radio Science Meeting, University of Colorado, Boulder, January 8, 2016.

A.A. Bellotti and P.G. Steffes, "Modeling the Potential Effects of Virga on the Microwave Emission from the Jovian Atmosphere in Support of the Juno Microwave Radiometer (MWR)," Bulletin of the American Astronomical Society, vol. 48, no. 7, 2016, p.242  (paper # 421.06). Presented at the Joint Meeting of the European Planetary Science Conference and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2016), Pasadena, CA, October 20, 2016.

Michael A Janssen, Shannon Thomas Brown, Samuel Gulkis, Steve Levin, Scott J Bolton, John E P Connerney, Michael D Allison, Sushil K Atreya, Andrew P. Ingersoll, Jonathan I Lunine, Glenn S Orton, Tobias C Owen, Paul G Steffes, Virgil Adumitroaie, Amadeo Bellotti, Laura Alisic Jewell, Cheng Li, Sidharth Misra, Fabiano A Oyafuso, Maarten Roos, Daniel Santos-Costa, Edwin Sarkissian, Ross Williamson, John E Oswald, Amarit Kitiyakara, Richard Redick, Alan S Mazer and John K. Arballo "First Results at Jupiter from the Microwave Radiometer Investigation" (Invited) Program of the American Geophysical Union Fall Meeting 2016, U22A-07. Presented at the 2016 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 13, 2016.

A.A. Bellotti and P.G. Steffes, "Quicklook Constituent Abundance and Stretch Parameter Retrieval for the Juno Microwave Radiometer using Neural Networks ," Program of the American Geophysical Union Fall Meeting 2016, P33C-2171. Presented at the 2016 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 14, 2016.

Michael A. Janssen, Scott J. Bolton , Steve M. Levin, Virgil Adumitroaie, Michael D. Allison, John K. Arballo, Sushil K. Atreya, Amadeo Bellotti, Shannon T. Brown, Samuel Gulkis, Andrew P.Ingersoll, Laura A. Jewell, Cheng Li, Liming Li, Jonathan Lunine, Sidharth Misra, Glenn S. Orton, Tobias C. Owen, Fabiano A. Oyafuso, Maarten Roos, Daniel Santos-Costa, Edwin Sarkissian, Paul G. Steffes, and Ross Williamson, "Early Observations of Jupiter with Juno's Microwave Radiometer (MWR)" (invited),

International Union of Radio Science Programs and Abstracts: 2017 National Radio Science Meeting, J7-1. Presented (by Steffes) at the 2017 URSI National Radio Science Meeting, Boulder, CO, January 6, 2017.

Amadeo Bellotti, Paul G. Steffes, Michael A. Janssen, Steven M. Levin, and Samuel Gulkis, "Use of the Juno Microwave Radiometer (MWR) in the Study of Jovian Atmospheric Composition, Structure, and Dynamics," International Union of Radio Science Programs and Abstracts: 2017 National Radio Science Meeting, J7-2. Presented at the 2017 URSI National Radio Science Meeting, Boulder, CO, January 6, 2017.

Amadeo Bellotti, Paul Steffes, Michael Janssen, Steven Levin, and Fabiano Oyafuso, "Methods of Retrieving the Ammonia Abundance Profile from Data Taken with the Juno Microwave Radiometer," Geophysical Research Abstracts Vol. 19, EGU2017-5531-1, 2017. Presented at the 2017 EGU (European Geosciences Union) General Assembly, Vienna, Austria, April 25, 2017.

A.B. Akins, A. Bellotti, and P.G. Steffes, "Simulations of the Atmospheric Microwave and Millimeter Wave Emission from Venus using a Radiative Transfer Model based on Laboratory Measurements" Program :Venus Modeling Workshop 2017, presentation 8009, presented May 9, 2017, Cleveland,OH (https://www.hou.usra.edu/meetings/venusmodeling2017/pdf/8009.pdf).

Michael Janssen, Scott Bolton, Steven Levin, Michael Allison, Sushil Atreya, Amadeo Bellotti, Shannon Brown, Andrew Ingersoll, Cheng Li, Virgil Adumitroaie, John Arballo, Laura Jewell, Liming Li, Samuel Gulkis, Siddarth Misra, Glenn Orton, Tobias Owen, Fabiano Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul Steffes, Ross Williamson, Jonathan Lunine,  "Preliminary Results on Jupiter's Atmosphere Using the Juno Microwave Radiometer" Program of the 14th Annual Meeting of the Asia-Oceania Geosciences Society  paper PS08-D5-AM1-331-003, PS08-101 p. 358, presented August 11, 2017, Singapore.

Janssen, Michael A., Scott J. Bolton, Steve M. Levin, Virgil Adumitroaie, Michael D. Allison, John K. Arballo, Sushil K. Atreya, Amadeo Bellotti, Shannon T. Brown, Samuel Gulkis, Andrew P.Ingersoll, Laura A. Jewell, Cheng Li, Liming Li, Jonathan Lunine, Sidharth Misra, Glenn S. Orton, Fabiano A. Oyafuso, Daniel Santos -Costa, Edwin Sarkissian, Paul G. Steffes, Ross Williamson, and Zhimeng Zhang. "Latest Results on Jupiter's Atmosphere and Radiation Belts from the Juno Microwave Radiometer". European Planetary Science Congress. Vol. 11, EPSC2017-108, 2017. Presented at the European Planetary Science Congress (EPSC), Riga, Latvia, September 20, 2017.

P.G. Steffes, "How the Search for Extraterrestrial Intelligence has Evolved in the First Two Decades of the 21st Century." Keynote Presentation for the Georgia Tech Astrobiology Workshop, "Life in the Cosmos: Past, Present, and Future: A Celebration of Astrobiology at Georgia Tech," Atlanta, GA, presented September 23, 2017.

A.A. Bellotti and P.G. Steffes, "Utilizing Neural Networks in the retrieval of Jovian constituent profiles using data from the Juno MWR," Bulletin of the American Astronomical Society, vol. 49, no. 9, 2017, p.43  (paper # 118.03). Presented at the 49th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Provo, UT, October 16, 2017.

Balcerski, J., P. Steffes, G. Arney, R. Ghent, T. Thompson "Venus Modeling Workshop Summary," Program of the 15th Meeting of the Venus Exploration Analysis Group (VEXAG) 2017, presentation 8042, presented November 16, 2017, Columbia, MD.
https://www.hou.usra.edu/meetings/vexag2017/pdf/8042.pdf

A.B. Akins and P.G. Steffes, "Laboratory Measurements of Sulfuric Acid Vapor at Millimeter-Wavelengths under Venus Conditions" <u>Bulletin of the American Astronomical Society</u>, vol. 49,  no. 9, 2017,  p. 139 (paper # 417.04). Presented at the 49th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Provo, UT, October 19, 2017.

Joshua Mendez Harper, P.G. Steffes, and Josef Dufek "The propagation of GPS signals through charged plumes," <u>Program of the American Geophysical Union Fall Meeting  2017</u>, V13C-0397. Presented at the 2017 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 11, 2017.

Michael A. Janssen, Scott Bolton, Steven Levin, Virgil Adumitroaie, Michael Allison, John Arballo, Sushil Atreya, Amadeo Bellotti, Shannon Brown, Samuel Gulkis, Andrew Ingersoll, Cheng Li, Liming Li, Jonathan Lunine,  Siddarth Misra, Glenn Orton, Fabiano Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul Steffes, Zhimeng Zhang,  "Results on Jupiter's Atmosphere from the Juno Microwave Radiometer" (Invited) ," <u>Program of the American Geophysical Union Fall Meeting  2017</u>, U21A-05. Presented at the 2017 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 12, 2017.

A.A. Bellotti, P.G. Steffes, M.A. Janssen, S.M. Levin, F. Oyafuso "Studying and Understanding the Jovian Aurora Based on Measurements from the Juno MWR Taken during Perijove 5," <u>Program of the American Geophysical Union Fall Meeting  2017</u>, P31C-2835. Presented at the 2017 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 13, 2017.

Daniel Santos-Costa, Amadeo Bellotti,  Michael A. Janssen, Samuel Gulkis, Andrew Ingersoll, Steven Levin, Paul Steffes , Shannon Brown, Virgil Adumitroaie, Fabiano Oyafuso, George B. Clark, Barry Mauk, Heidi N. Becker, John Jorgensen, Alberto Adriani, John E.P. Connerney, Randy Gladstone, Vincent Hue, Denis C Grodent, Bertrand Bonfond, Robert W Ebert, Philip W Valek, Scott Bolton, Richard A.Thorne  "Systematic capture of MeV electron beams by MWR ," <u>Program of the American Geophysical Union Fall Meeting  2017</u>, P31C-2828. Presented at the 2017 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 13, 2017

A.B. Akins and P.G. Steffes, "Millimeter Wavelength Opacity of $H_2SO_4$ Vapor at Venus: Initial Results" <u>Program: 49th Lunar and Planetary Science Conference 2018</u>, LPI Contribution No. 2083, p.2306, presented March 20, 2018, The Woodlands, TX.
<u>https://www.hou.usra.edu/meetings/lpsc2018/pdf/2306.pdf</u>

Amadeo Bellotti, Paul Steffes, Steven Levin and Michael Janssen, "Retrieval of Jovian Constituent Profiles using Data from the Juno MWR," <u>Program of the 15th Annual Meeting of the Asia Oceania Geosciences Society</u>, PS07-D1-EVE-P-023/ PS07-A0008, p. 101.  Presented  June 4, 2018, Honolulu, HI.

Daniel Santos-Costa, Steven Levin, Samuel Gulkis, Michael Janssen , Paul Steffes, Amadeo Bellotti, Fabiano Oyafuso, Shannon Brown, Virgil Adumitroaie, Scott Bolton,  and John Connerney, "Non-Thermal Radio Sources of Jupiter's Magnetosphere as Identified by JUNO/MWR," <u>Program of the 15th Annual Meeting of the Asia Oceania Geosciences Society</u>, PS07-D1-EVE-P-021/ PS07-A0004, p. 101. Presented  June 4, 2018, Honolulu, HI.

Michael A. Janssen, Scott Bolton, Steven Levin, Shannon Brown, Virgil Adumitroaie, Michael Allison, John Arballo, Sushil Atreya, Amadeo Bellotti, Samuel Gulkis, Andrew Ingersoll, Cheng Li,  Jonathan Lunine,  Siddarth Misra, Glenn Orton, Fabiano Oyafuso, Daniel Santos-Costa, Paul Steffes, Fachreddin Tabataba-Vakili,  Zhimeng Zhang,  "The Juno Microwave Radiometer for the Investigation of Jupiter" (Invited) ,"  <u>Program of the 15th Annual Meeting of the Asia Oceania Geosciences Society</u>, PS03-D4-AM1-304A-002/ PS03-A030, p. 312.  Presented  June 7, 2018, Honolulu, HI.

29

Steven Levin, Michael A. Janssen, Scott Bolton, J.E.P. Connerney, Virgil Adumitroaie, Michael Allison, John Arballo, Sushil Atreya, Amadeo Bellotti, , Shannon Brown, Samuel Gulkis, Andrew Ingersoll, Cheng Li,  Jonathan Lunine,  Siddarth Misra, Glenn Orton, Fabiano Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul Steffes, Fachreddin Tabataba-Vakili,  Zhimeng Zhang,  "Results from the Juno MWR Instrument ," Program of the 15th Annual Meeting of the Asia Oceania Geosciences Society, PS07-D4-PM1-323B-010/ PS07-A005, p. 315.  Presented  June 7, 2018, Honolulu, HI.

S. J. Bolton, Alberto Adriani, M. Allison, J. Anderson, S. Asmar, S. Atreya, F. Bagenal, M. Blanc, J. Bloxham, J. Connerney, S. Cowley, D. Gautier, G. R. Gladstone, S. Gulkis, T. Guillot, C. Hansen, W. Hubbard, A. Ingersoll, M. Janssen, W. Kurth, S. Levin, J. Lunine, B. Mauk, D. McComas, N. Murphy, G. Orton, E. Smith, P. Steffes, D. Stevenson, E. Stone, R. Thorne, P. Valek, P. Zarka, C. Paranicas, D. Santos-Costa, W. Folkner, D. Grodent, J.C. Gerard, L. Iess, J. Joergensen, M. Malin, M. Ravine, S. Brown, J.H. Waite, P. Louarn, F. Allegrini, G. Hospodarsky, R. Ebert, R. Wilson, G. Clarke, D. Haggerty, M. Imai, V. Hue, T. Greathouse, A. Mura, S. Tetrik, D. Gurnett, H. Becker, E. Bunce, P. Kollmann, B. Bonfond, M. Caplinger, V. Adumitroaie, F. Oyafuso, C. Li, B. Militzer, Y. Kaspi, D. Hamilton, E. Galanti, S. Wahl, Y. Miguel, D. Durante, M. Parisi, H. Cao, R. Park, A. Milani, D. Grassi, D. Ranquist, Peter Joergensen, Jose Merayo, Matija Herceg, Mathias Benn, D. Gershman,  "The New Jupiter," 42nd COSPAR Scientific Assembly Abstracts, B5.1-0001-18, p. 506. Presented at the 42nd Assembly of the Committee on Space Research (COSPAR) July 17, 2018, Pasadena, CA.

Brown, Shannon; Janssen, Michael; Bolton, Scott; Levin, Steven; Adumitroaie, Virgil; Allison, Michael; Arballo, John; Atreya, Sushil K.; Bellotti, Amadeo; Gulkis, Samuel; Ingersoll, Andrew; Li, Cheng; Li, Liming; Lunine, Jonathan; Misra, Sidharth; Orton, Glenn; Oyafuso, Fabiano; Santos-Costa, Daniel; Sarkissian, Edwin; Steffes,Paul "The (Unexpected) Results from the Juno Microwave Radiometer through Twelve Orbits," 42nd COSPAR Scientific Assembly Abstracts, B5.1-0009-18, p. 513. Presented at the 42nd Assembly of the Committee on Space Research (COSPAR) July 17, 2018, Pasadena, CA.

Santos-Costa, Daniel; Bunce, E.; Bagenal, Fran; Bolton, Scott; Levin, Steven; Oyafuso, Fabiano; Brown, Shannon; Janssen, Michael; Gulkis, Samuel; Bellotti, Amadeo; Steffes, Paul; Adumitroaie, Virgil; Connerney, John E.P.; Clark, George; Mauk, Barry; Becker, Heidi; Jorgensen, John; Hue, Vincent; Kammer, Joshua; Gladstone, Randy; Bonfond, Bertrand; Greathouse, Thomas; Allegrini, Frederic; Valek, Philip; Kurth, William; Hospodarsky, George, "Juno/MWR's Supportive Observations of Downward Field-Aligned MEV Electrons at Jupiter," 42nd COSPAR Scientific Assembly Abstracts, B5.1-0021-18 ( WT-086), p. 524-525. Presented at the 42nd Assembly of the Committee on Space Research (COSPAR) July 18, 2018, Pasadena, CA.

Amadeo Bellotti,  Paul Steffes, Steven Levin and Michael Janssen, "Retrieval Accuracy of Jovian Constituent Profiles Developed Using a Neural Network Surrogate Applied to Data from the Juno MWR," 42nd COSPAR Scientific Assembly Abstracts, B5.1-0023-18 ( WT-088), p. 526. Presented at the 42nd Assembly of the Committee on Space Research (COSPAR) July 18, 2018, Pasadena, CA.

Alex Akins and Paul Steffes, "Sulfuric Acid Vapor Absorption at Millimeter Wavelengths: Implications for Venus Observations," 42nd COSPAR Scientific Assembly Abstracts, C3.1-0029-18 (FS-202), p. 906. Presented at the 42nd Assembly of the Committee on Space Research (COSPAR) July 20, 2018, Pasadena, CA.

A.B. Akins and P.G. Steffes, "Reconciling Models for the Centimeter-Wavelength and Millimeter-Wavelength Sulfuric Acid Vapor Absorption for future Radio Sounding at Venus," Bulletin of the American Astronomical Society, vol. 50,  no. 5, 2018,  paper # 118.01). Presented at the 50th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Knoxville, TN, October 22, 2018.

Paul Steffes , Michael Janssen, Scott J. Bolton , Steven M. Levin, Shannon T. Brown , Virgil Adumitroaie, Michael Allison, John Arballo , Sushil Atreya , Amadeo Bellotti , Samuel Gulkis , Andrew Ingersoll , Cheng Li , Jonathan Lunine, Sidharth Misra , Glenn Orton , Fabiano Oyafuso , Daniel Santos-Costa, Fachreddin Tabataba-Vakili , Zhimeng Zhang, "The Juno Microwave Radiometer for the Investigation of Jupiter,"  Bulletin of the American Astronomical Society, vol. 50,  no. 5, 2018,  paper # 503.03). Presented at the 50th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Knoxville, TN, October 26, 2018.

Steven Levin, Michael A Janssen, Scott J Bolton, John E P Connerney, Virgil Adumitroaie, Sushil K Atreya, Shannon Thomas Brown, Samuel Gulkis, Andrew P. Ingersoll, Cheng Li, Sidharth Misra, Glenn S Orton, Fabiano A Oyafuso, Daniel Santos-Costa, Edwin Sarkissian  and Paul G.  Steffes, "Results from the Juno MWR Instrument," Program of the American Geophysical Union Fall Meeting  2018, P24B-02. Presented at the 2018 Fall Meeting of the American Geophysical Union (AGU), Washington, DC, December 11, 2018.

Shannon Thomas Brown, Michael A Janssen, Sushil K Atreya, Scott J Bolton, Andrew P. Ingersoll, Steven Levin, Cheng Li, Jonathan I Lunine, Glenn S Orton and Paul G Steffes, "Cloud Morphology Associated with Jovian Lightning," Program of the American Geophysical Union Fall Meeting  2018, P33F-3894. Presented at the 2018 Fall Meeting of the American Geophysical Union (AGU), Washington, DC, December 12, 2018.

Cheng Li, Fabiano A Oyafuso, Shannon Thomas Brown, Virgil Adumitroaie, Amadeo Bellotti, John K. Arballo, Yury Salavatovich Aglyamov, Michael Allison, Sushil K Atreya, Samuel Gulkis, Andrew P. Ingersoll, Michael A Janssen, Jonathan I Lunine, Sidharth Misra, Glenn S Orton, Daniel Santos-Costa, Edwin Sarkissian, Paul G Steffes, Steven Levin and Scott J Bolton, "Microwave observations of Jupiter's atmosphere from 1 bar to 200 bar," Program of the American Geophysical Union Fall Meeting  2018, P33F-3884. Presented at the 2018 Fall Meeting of the American Geophysical Union (AGU), Washington, DC, December 12, 2018.

Virgil Adumitroaie, John K. Arballo, Shannon Thomas Brown, Sam Gulkis, Steven Levin, Michael A Janssen, Glenn Orton, Fabiano A Oyafuso, Cheng Li, Andrew P. Ingersoll, Michael D Allison, John E P Connerney, Paul G Steffes, Sushil K Atreya, Scott J Bolton and Daniel Santos-Costa, "Towards improved simulations of the Jovian synchrotron radiation belts as seen by Juno's MWR,"  Program of the American Geophysical Union Fall Meeting  2018, P33F-3895. Presented at the 2018 Fall Meeting of the American Geophysical Union (AGU), Washington, DC, December 12, 2018.

Levin, Steven, Michael Janssen, Scott Bolton, J.E.P. Connerney, Virgil Adumitroaie,  Sushil Atreya, Amadeo Bellotti, Shannon Brown, Samuel Gulkis, Amoree Hodges, Andrew P.Ingersoll,  Cheng Li, Jonathan Lunine, Sidharth Misra, Glenn S. Orton, Fabiano A. Oyafuso, Daniel Santos -Costa, Edwin Sarkissian, Paul Steffes,  Zhimeng Zhang. "Latest Results from the Juno MWR Instrument." Geophysical Research Abstracts Vol. 21, EGU2019-6109. Presented at the 2019 EGU (European Geosciences Union) General Assembly, Vienna, Austria, April 8, 2019.

Alex Akins and Paul Steffes, "Ka Band Opacity of Sulfuric Acid Vapor at Venus: Initial Results," Program of the 74th Fujihara Seminar / International Venus Conference 2019 (P49 IVC2019-0046). Presented at the 74th Fujihara Seminar / International Venus Conference, Niseko, Hokkaido, Japan, June 1, 2019.

Adumitroaie, Virgil, Steven Levin, Michael A. Janssen, J.E.P. Connerney, Michael Allison, John Arballo, Sushil Atreya,  Heidi Becker, Shannon Brown, Samuel Gulkis, Amoree Hodges, Andrew Ingersoll, Cheng Li,  Jonathan Lunine,  Siddarth Misra, Fabiano Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul Steffes, J. Hunter Waite,  Zhimeng Zhang,  "The Newest Results from the Juno MWR Instrument" (Invited).  Program of the 16th Annual Meeting of the Asia Oceania Geosciences Society, PS03-D4-AM1-304A-002/ PS12-A006, p. 312.  Presented  July 31, 2019, Singapore.

Alex Akins, Kiruthika Devaraj, Statia Luszcz-Cook, Imke dePater, and Paul Steffes, "CARMA observations of Venus: 3-millimeter images of lower cloud continuum emission" EPSC Abstracts, Vol. 13, EPSC-DPS2019-95-1, 2019. Presented at the Joint Meeting of the European Planetary Science Congress and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2019), Geneva, Switzerland, September 19, 2019.

Amoree Hodges, Paul Steffes, Amadeo  Bellotti, Shannon Brown, Scott Bolton, Steven Levin, "Observing Jupiter's Aurorae using the Juno Microwave Radiometer" EPSC Abstracts, Vol. 13, EPSC-DPS2019-371-1, 2019. Presented at the Joint Meeting of the European Planetary Science Congress and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2019), Geneva, Switzerland, September 19, 2019.

Heidi N. Becker, Martin J. Brennan, James W. Alexander, Alexandre Guillaume, Shannon Brown, Andrew Ingersoll, Michael Janssen, Scott J. Bolton, Sushil Atreya, Steven M. Levin, Paul G. Steffes, and John E.P. Connerney, "Highlights of scientific imagery from Juno's Stellar Reference Unit" EPSC Abstracts, Vol. 13, EPSC-DPS2019-107-1, 2019. Presented at the Joint Meeting of the European Planetary Science Congress and the Division for Planetary Sciences of the American Astronomical Society (EPSC-DPS 2019), Geneva, Switzerland, September 18, 2019.

Akins, A.B. and P.G, Steffes, "Progress on laboratory studies of sulfuric acid vapor opacity with application to Ka Band radio occultations of Venus. Program of the 17th Meeting of the Venus Exploration Analysis Group (VEXAG) 2019, LPI Contribution No. 2193 Presentation 8018, presented November 6, 2019, Boulder, CO. https://www.hou.usra.edu/meetings/vexag2019/pdf/8018.pdf

Shannon Thomas Brown, Michael A Janssen, Sushil K Atreya, Scott J Bolton, Andrew P. Ingersoll, Steven Levin, Cheng Li, Jonathan I Lunine, Glenn Orton and Paul G Steffes, "Distribution of Storms and Moist Convection on Jupiter derived from Juno MWR data," Program of the American Geophysical Union Fall Meeting  2019, P21G-3454. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 10, 2019.

Z. Zhang, S. Atreya, M. Allison, J. Arballo, V. Adumitroaie, Y. Aglyamov, H. Becker, S. Bolton, A. Bellotti, S. Brown, G. Bjoraker, L. Fletcher, T. Guillot, S. Gulkis, C. Glein, A. Hodges, A. Ingersoll, M. Janssen, S. Levin, C. Li, J. Lunine, L. Li, S. Misra, K. Miller, G. Orton, F. Oyafuso, M. Roy, D. Santos-Costa, E. Sarkissian, P. Steffes, H. Waite, M. Wong, "Residual Study: Testing Jupiter Atmosphere Models Against Juno MWR Observations," Program of the American Geophysical Union Fall Meeting 2019, P21G-3456. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 10, 2019.

Paul G. Steffes and Alexander B. Akins, "The Potential for Ka-Band Radio Occultation Measurements in the Study of the Venus Atmosphere," Program of the American Geophysical Union Fall Meeting 2019, P34A-03. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 11, 2019.

Amoree L.Hodges, Paul G. Steffes, Amadeo Bellotti, Shannon T. Brown, S. Bolton and S. Levin, "Measuring Effects of Jupiter's Aurorae using the Juno Microwave Radiometer," Program of the American Geophysical Union Fall Meeting  2019, SM33G-3292. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 11, 2019.

Virgil Adumitroaie, Michael A Janssen, Samuel Gulkis, Shannon Thomas Brown, Steven Levin, Glenn Orton, Fabiano A Oyafuso, John K. Arballo, Cheng Li, Andrew P. Ingersoll, Michael D Allison, Paul G Steffes, Sushil K Atreya, and Scott J Bolton, "Synchrotron radiation belts at Jupiter - Juno's MWR observations versus modeling results," Program of the American Geophysical Union Fall Meeting  2019, P41A-3399. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 12, 2019.

Heidi N. Becker, J.W. Alexander, S.K. Atreya, S.J. Bolton, M.J. Brennan, S.T. Brown, A. Guillaume, A.P.Ingersoll, S.M. Levin, P.G.Steffes and T. Guillot,  "Results from Juno's Stellar Reference Unit Survey of Jovian Lightning,"Program of the American Geophysical Union Fall Meeting  2019, P41A-3397. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 12, 2019.

Steven Levin, Virgil Adumitroaie, Michael Allison, John Arballo, Sushil Atreya, Heidi Becker, Scott Bolton, Shannon Brown, John E.P. Connerney, Tristan Guillot, Sam Gulkis, Amoree Hodges, Andrew Ingersoll, Michael A. Janssen, Cheng Li,  Liming Li, Jonathan Lunine,  Siddarth Misra, Glenn Orton, Fabiano Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul Steffes, Jack H. Waite, and Zhimeng Zhang,  "Jupiter As Seen By The Juno Microwave Radiometer: A Progress Report," Program of the American Geophysical Union Fall Meeting  2019, P41A-3397. Presented at the 2019 Fall Meeting of the American Geophysical Union (AGU), San Francisco, CA, December 12, 2019.

Guillot, T., Stevenson, D. J., Bolton, S. J., Li, C., Atreya, S. K., Becker, H. N., Brown, S. T., Ingersoll, A. P., Janssen, M. A., Orton, G. S., Levin, S. M., Steffes, P. G., and Wong, M.: "A depletion of ammonia and water by storms in the deep atmosphere of Jupiter," Europlanet Science Congress 2020, online, 21 September–9 Oct 2020, EPSC2020-512, 2020

H. N. Becker, J. W. Alexander, S. K. Atreya, S. J. Bolton, M. J. Brennan, S. Brown, M. Florence, A. Guillaume, T. Guillot, A. Ingersoll, S.M. Levin, J. I. Lunine, P. G. Steffes, Y. S. Aglyamov, "Observations of Jupiter's Atmosphere by Juno's Stellar Reference Unit," Presented at the 11th Moscow Solar System Symposium 2020, online, 6 October 2020, 11MS3-GP-13 ORAL.

S. Levin and The Juno MWR Team, "Results from the Juno Microwave Radiometer at Jupiter," Bulletin of the American Astronomical Society, vol. 52, no. 5, 2020,  paper # 100.02). Presented at the 52nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, online, October 26, 2020.

Heidi N Becker, James W Alexander, Sushil K Atreya, Scott J Bolton, Martin J Brennan, Shannon Thomas Brown, Meghan Florence, Alexandre Guillaume, Tristan Guillot, Andrew P. Ingersoll, Steven Levin, Jonathan I Lunine, Paul G Steffes and Yury Salavatovich Aglyamov, "Observations of Jovian electrical storms by Juno's SRU." Program of the American Geophysical Union Fall Meeting  2020,

P005-0002. Presented at the 2020 Fall Meeting of the American Geophysical Union (AGU), (Virtual), December 7, 2020.

Zhimeng Zhang, Steven Levin, Virgil Adumitroaie, Michael D Allison, John K. Arballo, Sushil K Atreya, Heidi N Becker, Gordon L Bjoraker, Scott J Bolton, Shannon T. Brown, Leigh N. Fletcher, Tristan Guillot, Samuel Gulkis, Amoree L Hodges, Andrew P. Ingersoll, Michael A Janssen, Cheng Li, Liming Li, Jonathan I Lunine, Sidharth Misra, Glenn Orton, Fabiano A Oyafuso, Daniel Santos-Costa, Edwin Sarkissian, Paul G Steffes, Hunter Waite Jr and Michael H. Wong, "Determining the Global Water Abundance in Jupiter from Juno MWR." Program of the American Geophysical Union Fall Meeting 2020, P005-0005. Presented at the 2020 Fall Meeting of the American Geophysical Union (AGU), (Virtual), December 7, 2020.

Amoree L Hodges, Paul G Steffes, Randy Gladstone, William M Folkner, Dustin Buccino, Scott J Bolton and Steven Levin, "Simulations of Potential Radio Occultation Studies of Jupiter's Atmosphere using the Juno Spacecraft." Program of the American Geophysical Union Fall Meeting 2020, P012-07. Presented at the 2020 Fall Meeting of the American Geophysical Union (AGU), (Virtual), December 7, 2020.

Cheng Li, Leigh N. Fletcher, Michael H. Wong, Michael D Allison, Sushil K Atreya, Gordon L Bjoraker, Scott J Bolton, Tristan Guillot, Andrew P. Ingersol[1], Michael A Janssen, Steven Levin, Liming Li, Glenn Orton, Fabiano A Oyafuso, Paul G Steffes and Zhimeng Zhang, "The Internal Structure of Jupiter's Great Red Spot." Program of the American Geophysical Union Fall Meeting 2020, A06-17. Presented at the 2020 Fall Meeting of the American Geophysical Union (AGU), (Virtual), December 9, 2020.

Buccino, D., M. Parisi, R. Park, E. Graminga , L. Gomez-Casajus, P. Tortora, M. Zannoni, P. Steffes, A. Hodges, S. Levin, and S. Bolton, "A Dual-Frequency Radio Occultation of Ganymede's Ionosphere with Juno," Europlanet Science Congress 2021, online, 13-24 September 2021, EPSC2021-360; OPS6: Environments of outer planet moons: particles and fields, September 23, 2021.

Bhattacharya, A., C. Li, S. Atreya, P. Gupta, P. Steffes, S. Levin and S. Bolton. "Alkali metals in the deep atmosphere of Jupiter," Bulletin of the American Astronomical Society, vol. 53, no. 7, 2021, paper # 212.01. Presented at the 53nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, online, October 5, 2021.

Cheng Li, Leigh N. Fletcher, Tristan Guillot, Scott J Bolton, Michael D Allison, Sushil K Atreya, Gordon L Bjoraker, Eli Galanti, Andrew P. Ingersoll, Michael A Janssen, Yohai Kaspi, Steven Levin, Liming Li, Glenn Orton, Fabiano A Oyafuso, Paul G Steffes, Michael H. Wong, and Zhimeng Zhang, "The Internal Structure of Vortices on Jupiter as Observed by the Juno Microwave Radiometer." Program of the American Geophysical Union Fall Meeting 2021, P23A-01. Presented at the 2021 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 14, 2021.

Zhimeng Zhang, Virgil Adumitroaie, Michael D Allison, John K. Arballo, Sushil K Atreya, Gordon L Bjoraker, Scott J Bolton, Shannon T. Brown, Leigh N. Fletcher, Tristan Guillot, Samuel Gulkis, Amoree L Hodges, Andrew P. Ingersoll, Michael A Janssen, Steven Levin, Cheng Li, Liming Li, Jonathan I Lunine, Sidharth Misra, Glenn Orton, Fabiano A Oyafuso, Paul G Steffes, and Michael H. Wong, "Juno MWR Revealed Points-of-interest from Error Analysis." Program of the American Geophysical Union Fall Meeting 2021, P25D-2181. Presented at the 2021 Fall Meeting of the American Geophysical Union (AGU), New Orleans, LA, December 14, 2021.

Cheng Li, Ananyo Bhattacharya, Sushil Atreya, Steven Levin, Scott Bolton, Tristan Guillot, Pranika Gupta, Andrew Ingersoll, Jonathan Lunine,  Glenn Orton, Paul Steffes, Hunter Waite, and Michael H. Wong, "Alkali metals in Jupiter's atmosphere." Program of the American Geophysical Union Fall

34

Meeting 2021, P51A-05. Presented at the 2021 Fall Meeting of the American Geophysical Union (AGU),
New Orleans, LA, December 17, 2021.

Amoree L.Hodges, Paul G. Steffes, Shannon T. Brown, Randy Gladstone, Hunter Waite, Fran Bagenal,
Abigail Rymer, Jamey R. Szalay, Scott Bolton and Steven Levin, "Modeling the Composition and
Structure of Jupiter's Northern Aurora based on Juno's MWR Maps." Program of the American
Geophysical Union Fall Meeting 2021, SM35F-2027. Presented at the 2021 Fall Meeting of the
American Geophysical Union (AGU), New Orleans, LA, December 15, 2021.

Dustin Buccino, Marzia Parisi, Edoardo Graminga , Luis Gomez-Casajus, Paolo Tortora, Marco Zannoni,
Andrea Caruso, Ryan Park, Paul Steffes, Amoree Hodges, Steven Levin, and Scott Bolton, "Observations
of Ganymede's Ionosphere from a Dual-Frequency Radio Occultation with Juno," ." Program of the
American Geophysical Union Fall Meeting 2021, P25H-2241. Presented at the 2021 Fall Meeting of the
American Geophysical Union (AGU), New Orleans, LA, December 14, 2021.

Gupta, P., Atreya, S. K., Steffes, P. G., Allison, M. D., Bolton, S. J., Fletcher, L. N., Guillot, T., Helled,
R., Levin, S., Li, C., Lunine, J. I., Miguel, Y., Orton, G. S., Waite, J. H., and Withers, P.: Jupiter's
Temperature Structure: A Reassessment of the Voyager Radio Occultation Results , EGU General
Assembly 2022, Vienna, Austria, 26 May 2022, EGU22-966, https://doi.org/10.5194/egusphere-egu22-
966.

Hodges, A., Steffes, P., Greathouse, T., Mura, A., Gladstone, R., Waite, H., Oyafuso, F., Brown, S.,
Levin, S., and Bolton, S.: A Comparative Analysis of Jupiter's Northern Aurora using Juno's MWR,
UVS, and JIRAM Instruments, EGU General Assembly 2022, Vienna, Austria, 26 May 2022, EGU22-
10177, https://doi.org/10.5194/egusphere-egu22-10177

Paul Steffes, Cheng Li, Ananyo Bhattacharya, Sushil K. Atreya, Steven Levin, Scott Bolton, Tristan
Guillot, Pranika Gupta, Andrew Ingersol, Jonathan Lunine, Glenn Orton, Hunter Waite, and Michael
Wong, "Limb darkening of Jupiter's atmosphere at 600 MHz measured by the Juno Microwave
Radiometer," 44th COSPAR Scientific Assembly Abstracts, B5.3-0027-22. Presented at the 44th
Assembly of the Committee on Space Research (COSPAR) July 19, 2022, Athens, Greece.

Paul Steffes, Scott Bolton, and Steven Levin, "Laboratory Measurements of the Microwave Opacity of
Water Vapor under Temperature Conditions Characteristic of the Deep Atmosphere of Jupiter," 44th
COSPAR Scientific Assembly Abstracts, B5.3-0028-22. Presented at the 44th Assembly of the
Committee on Space Research (COSPAR) July 19, 2022, Athens, Greece.

Paul Steffes, Scott Bolton, and Steven Levin, "Laboratory Measurements of the Microwave Opacity of
Water Vapor under Temperature Conditions Characteristic of the Deep Atmosphere of Jupiter," **Invited,**
Bulletin of the American Astronomical Society, vol. 54, no. 7, 2022, paper # 205.04. Presented at the
54th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, online
and in London, Ontario Canada, October 4, 2022.

Bhattacharya, Ananyo, Cheng Li, Sushil Atreya, Paul Steffes, Steven Levin, Scott Bolton, Tristan
Guillot, Pranika Gupta, Andrew Ingersoll, Jonathan Lunine, Glenn Orton, Fabiano Oyafuso, Amadeo
Bellotti, Hunter Waite, and Michael H. Wong,, "Low Metallicity Alkali Metals Inferred from Juno MWR
Observations," Bulletin of the American Astronomical Society, vol. 54, no. 7, 2022, paper # 306.05.
Presented at the 54th Annual Meeting of the Division for Planetary Sciences of the American
Astronomical Society, online and in London, Ontario Canada, October 5, 2022.

Cheng Li, Michael D Allison, Sushil K Atreya, Leigh N. Fletcher, Eli Galanti ,Tristan Guillot, Andrew P. Ingersoll, Yohai Kaspi, Liming Li, Jonathan I. Lunine, , Glenn Orton, Fabiano A Oyafuso, Paul G Steffes, Michael H. Wong, Zhimeng Zhang, Steven Levin, and Scott J Bolton,  "Jupiter's tropospheric temperature and composition." Program of the American Geophysical Union Fall Meeting  2022, P32C-1854. Presented at the 2022 Fall Meeting of the American Geophysical Union (AGU), Chicago, IL, December 14, 2022.

Dustin Buccino, Marzia Parisi, Edoardo Gramigna, Luis Gomez Casajus, Paolo Tortora, Marco Zannoni, Andrea Caruso, Paul Withers, Ryan S Park, Paul G Steffes, Steven Levin and Scott J Bolton, "Ionosphere of Europa from an X-band Radio Occultation with the Juno Spacecraft." Program of the American Geophysical Union Fall Meeting  2022, P45F-2526. Presented at the 2022 Fall Meeting of the American Geophysical Union (AGU), Chicago, IL, December 15, 2022.

Paul G Steffes, Amoree L Hodges, Dustin Buccino, Marzia Parisi, Randy Gladstone, William B Hubbard, Ryan S Park, Scott J Bolton and Steven Levin, "Radio Occultation Studies of Jupiter's Atmosphere, Ionosphere, and Aurorae using the Juno Spacecraft." Program of the American Geophysical Union Fall Meeting  2022, P35B-09. Presented at the 2022 Fall Meeting of the American Geophysical Union (AGU), Chicago, IL, December 14, 2022.

Zhimeng Zhang, Virgil Adumitroaie, Michael Allison, John K. Arballo, Sushil K Atreya, Gordon L Bjoraker, Scott J Bolton, Shannon T. Brown, Leigh N. Fletcher, Tristan Guillot, Samuel Gulkis, Andrew P. Ingersoll, Michael A Janssen, Steven Levin, Cheng Li, Jonathan I Lunine, Glenn Orton, Fabiano A Oyafuso, Paul G Steffes and Michael H. Wong, "Spatial- and Temporal- Variations in Jupiter's Atmosphere. Program of the American Geophysical Union Fall Meeting  2022, P32C-1851. Presented at the 2022 Fall Meeting of the American Geophysical Union (AGU), Chicago, IL, December 14, 2022.


Research Technical Reports

P. G. Steffes, "Millimeter-Wave Converter Techniques," Report to Watkins-Johnson Company, Report Recon R780224, 1978.

P. G. Steffes, "Millimeter-Wave Intercept System," Report to Watkins-Johnson Company, Report Recon R780714, 1978.

P. G. Steffes, F. A. Sutter, and R. A. Meck, "Modular Millimeter-Wave Receiving System," Report to Watkins-Johnson Company, Report Recon R790911, 1979.

P. G. Steffes, "Technical Evaluation of Doppler Direction Finding (D/F) System," Report to Watkins-Johnson Company, January 1985.

P. G. Steffes, "Laboratory Evaluation and Application of Microwave Absorption Properties Under Simulated Conditions for Planetary Atmospheres," Annual Status Reports to NASA, Grant NAGW-533: December 1984, December 1985, October 1986, November 1987, November 1988, October 1989, July 1990, July 1991, October 1992, August 1993, July 1994, May 1995, and July 1996.  Grant NAG5-4190: August 1997, May 1998, September 1999, September 2000, May 2001, and May 2002. Grant NAG5-12122: February 2003, February 2004, and May 2005. Grant NNG05GQ87G: August 2006. Grant NNG6GF34G: May 2007, April 2008, July 2009, and September 2010. Grant NNX11AD66G: September 2011, October 2012, October 2013, and December 2015 (Final).

P. G. Steffes, "Research in Development of Satellite Interference Location System (SILS) at Georgia Tech," Annual Report for Contract C- 10070 to GTE Spaecenet Corporation, January 1988, January 1989, December 1989, and June 1990.

P. G. Steffes, "Pioneer-Venus Radio Occultation (ORO) Data Reduction: Profiles of 13 cm Absorptivity," Quarterly Report to NASA Ames Research Center, Grant NAG 2-515, September 1988, December 1988, March 1989, September 1989, December 1989, March 1990, June 1990 and September 1990.

P. G. Steffes, "Search for Extraterrestrial Intelligence High Resolution Microwave Survey Team Member," Semiannual Status Reports to NASA, Grant NAG2-700, August 1991, February 1992, August 1992, December 1992, and August 1993. Final Report, August 1994.

D.H. Howard and P.G. Steffes, "RF Propagation Effects and ACTS Satellite Channel Characterization," Quarterly Report to NASA Lewis Research Center, Contract NAS3-27361, December 1994 - December 1995. Annual Reports: September 1996, September 1997, September 1998 Final Report: September 1999.

P. G. Steffes, "Managing Effects of Spaceborne Radio Frequency Interference (RFI) in the Project Phoenix Deployment at Parkes, Australia," Final Report to the SETI Institute, January 1996.

P. G. Steffes, " Laboratory Measurements of the Microwave Opacity of Ammonia and Water Vapor under Simulated Conditions for the Jovian Atmosphere in Support of the JUNO/MWR Instrument – Results from Phase B Activity," Report for Phase B of Subcontract 699054X from the Southwest Research Institute supporting the Juno Science Team under NASA Contract NNM06AA75C from the Marshall Space Flight Center, September 2008. Report for Phase C/D and Plan for Phase E: March 2011.

P. G. Steffes, "Laboratory Evaluation and Application of Millimeter-Wavelength Absorption Properties of Gaseous Sulfuric Acid under Simulated Venus Conditions," Annual Status Reports to NASA, Grant NNX17AB19G: July 2017, July 2018, August 2019, and June 2020 (Final).

<u>Federal Filings</u>
(The following filings were authored in response to FCC notices, and were submitted to the FCC by the National Academies' (NAS/NAE) Committee on Radio Frequencies (CORF), for which Professor Steffes was Chair from 1998-2001. He is the principal technical author of these filings. As per National Research Council (NRC) policy, all of these filings were subject to independent, external peer-review. The text of these filings may be found at www.nas.edu/bpa/corf. )

*In the Matter of Amendment of Part 27 of the Commission's Rules to Revise Rules for Services in the 2.3 GHz Band and to Include Licensing of Services in the 47 GHz Band (WT Docket No. 98-136).* NRC Committee on Radio Frequencies. 17 Pages. Filed September 21, 1998.

*In the Matter of Amendment of Parts 27, 25 and 97 of the Commission's Rules with regard to the Mobile Satellite Service Above 1 GHz (ET Docket No. 98-142).* NRC Committee on Radio Frequencies. 8 Pages. Filed September 21, 1998.

*In the Matter of Amendment of Parts 2 and 25 of the Commission's Rules to Permit Operation of NGSO FSS Systems Co-Frequency with GSO and Terrestrial Systems in the Ku-Band Frequency Range, and Amendment of the Commission's Rules to Authorize Subsidiary Terrestrial Use of the 12.2-12.7 GHz Band by Direct Broadcast Satellite Licensees and Their Affiliates (ET Docket No. 98-206).* NRC Committee on Radio Frequencies. 5 Pages. Filed March 2, 1999.

*In the Matter of Amendment of Parts 2 and 25 to Implement the Global Mobile Personal Communications by Satellite (GMPCS) Memorandum of Understanding and Arrangements and Petition of the National Telecommunications and Information Administration to Amend Part 25 of the Commission's Rules To Establish Emission Limits for Mobile and Portable Earth Stations Operating in the 1610-1660.5 MHz Band (IB Docket No. 99-67).* NRC Committee on Radio Frequencies. 8 pages. Filed June 21, 1999.

*In the Matter of The Establishment of Policies and Service Rules for the Mobile Satellite Service in the 2 GHz Band (ET Docket No. 99-81).* NRC Committee on Radio Frequencies. 7 pages. Filed on June 24, 1999.

*In the Matter of Amendment of Parts 2 and 95 of the Commission's Rules to Create a Wireless Medical Telemetry Service (ET Docket No. 99-255).* NRC Committee on Radio Frequencies. 6 pages. Filed on September 30, 1999.

*In the Matter of Amendment of Part 2 of the Commission's Rules to Allocate Additional Spectrum to the Inter-Satellite, Fixed, and Mobile Services and to Permit Unlicensed Devices to Use Certain Segments in the 50.2-50.4 GHz and 51.4-71.0 GHz Bands.* NRC Committee on Radio Frequencies. 6 pages. Filed on September 30, 1999.

*In the Matter of Proceeding to Address Satellite Network Unwanted Emissions (RM-9740).* NRC Committee on Radio Frequencies. 8 pages. Filed on December 20, 1999.

*In the Matter of the 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32).* NRC Committee on Radio Frequencies. 6 pages. Filed on April 26, 2000.

*In the Matter of Amendment of the Commission's Rules With Regard to the 3650-3700 MHz Government Transfer Band (ET Docket No. 98-237 and RM-9411) and The 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32).* NRC Committee on Radio Frequencies. 11 pages. Filed December 19, 2000.

*In the Matter of Reallocation of the 216-220 MHz, 1390-1395 MHz, 1427-1429 MHz, 1429-1432 MHz, 1432-1435 MHz, 1670-1675 MHz, and 2385-2390 MHz Government Transfer Bands (ET Docket No. 00-221).* NRC Committee on Radio Frequencies. 8 pages. Filed February 20, 2001.

*In the Matter of Amendment of Part 2 of the Commission's rules to Allocate Spectrum Below 3 GHz for Mobile and Fixed Services to Support the Introduction of New Advanced Wireless Services, including Third Generation Wireless Systems (ET Docket No. 00-258); Petition for Rulemaking of the Cellular Telecommunications Industry Association Concerning Implementation of WRC-2000: Review of Spectrum and Regulatory Requirements for IMT-2000 (RM-9920); Amendment of the U.S. Table of Frequency Allocations to Designate the 2500-2520/2670-2690 MHz Frequency Bands for the Mobile-Satellite Service (RM-9911).* NRC Committee on Radio Frequencies. 5 pages, Filed March 9, 2001.

*In the Matter of Allocation and Designation of Spectrum for Fixed-Satellite Services in the 37.5-38.5 GHz, 40.5-41.5 GHz, and 48.2-50.2 GHz Frequency Bands; Allocation of Spectrum to Upgrade Fixed and Mobile Allocations in the 40.5-42.5 GHz Frequency Band; Allocation of Spectrum in the 46.9-47.0 GHz Frequency Band for Wireless Services; and Allocation of Spectrum in the 37.0-38.0 GHz and 40.0-40.5 GHz for Government Operations.* NRC Committee on Radio Frequencies. 8 pages, Filed September 4, 2001.

*In the Matter of the 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32/Further Notice of Proposed Rulemaking).* NRC Committee on Radio Frequencies. 6 pages. Filed on July 1, 2002.

**March 2023**

# APPENDIX

# B

Prov
tions
form
empl
as it
unite
able

*Prin*
*ellite*
com
in-d
grap
the
clea
ava
thre
and
—th
min
tra
ear

Th
*Co*
the
sat
the
tec
sul
sul
liti
de
rei
to
na

Fe
ea
*ca*
fie
fo
gl

A
G
C
T
S
t:

This text is printed on acid-free paper.

Copyright © 1993 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012.

*Library of Congress Cataloging in Publication Data:*
Gordon, Gary D.
　　Principles of Communications Satellites / Gary D. Gordon and Walter L. Morgan.
　　　p.　　cm.
　　Includes index.
　　ISBN 0-471-55796-X
　　1. Artificial satellites in telecommunication.　I. Morgan, Walter L.　II. Title.
TK5104.G67　1993
621.382′5–dc20　　　　　　　　　　　　　　92-29459
　　　　　　　　　　　　　　　　　　　　　　　　CIP

Printed in the United States of America

# FOREWO

In the past, when teaching a course or giving a seminar on satell cations, I have always, out of necessity, used several texts. U experience has uncovered no single work that adequately addre from the numerous perspectives of the satellite communication design, engineering, technical and business operations, marketi a few. Furthermore, most texts written by engineers have emph others written by marketing or operations people have appealed intuition. None that I know are expansive and patient enoug both intuitively and rigorously.

In marked contrast to others, this new text gives a delightfu inside view of the satellite communications business from seve view. It is sure to be satisfying to teachers and students as well ing professionals. The organization and approach to the subje orderly, effective, and stimulating. Its well-integrated use of text, tables, graphs, equations, and clearly stated exercises cons ceeds in producing insight at a satisfying pace—that conduciv without overwhelming the reader with volume, detail, and co progression through the subject matter is especially useful, gettin the subject of link budgets and removing much of the apparent myth from predicting satellite performance. The text's presenta trative link budgets for various single and multicarrier transpond adds a helpful operational perspective to the subject of satellit

I commend this book equally to teachers and students, and technically educated professionals who suddenly find themselve sory or executive positions in the satellite communications bus as satellite builders or physi matics, regulatory information, and operational experience. Fr spective both as a teacher and practitioner, this text is a highly u ment. It is big and complete, it is well-organized, and it is a rea of the satellite communications field. All other texts now occ place on my bookshelf. This one is the leader; it is an excellent, that truly educates the reader.

PAUL R. D

# 5

# MODULATION, MULTIPLEXING, AND MULTIPLE ACCESS

The emphasis of this book is the satellite and its performance, rather than the details of the communications going through the satellite. These two aspects of satellite communications, however, are not independent. The signals transmitted by the satellite affect both the operation and the construction of the satellite. This chapter discusses briefly the handling of signals. There are many references that discuss this important topic in detail.

To send any signal through a communications satellite, the information must be superimposed on the high-frequency radio frequency (RF) signal (carrier). This is called *modulation*. A satellite link will normally relay many signals from a single earth station. Keeping these signals separate, and avoiding interference, require *multiplexing*. Finally, a satellite often handles signals from more than one earth station; this is known as *multiple access*.

There are several methods of modulation, multiplexing, and multiple access, with some overlapping. Multiplexing and multiple access require sharing the resources in the satellite. Resources are shared based on spectrum assignments (frequencies), by taking turns (time domain), or by spatial separation (antenna beams and polarization).

Signals such as telephone and television may be analog or digital. Theoretically any method can be used for analog or digital signals. In practice, time division is easier with digital signals, while frequency division is easier with analog signals.

## 5.1   MODULATION METHODS

Signals need to be impressed on an RF carrier for transmission through the satellite. This process is known as modulation. There are three basic modu-

lation methods which change the amplitude (AM), frequency (FM), or phase (PM) of a carrier.

Modulation may also be used at very low frequencies. One of the more common forms of modulation is various forms of phase shift keying (PSK).

Modulation is often done on a carrier with a lower frequency than the transmission frequency, for example, 70 MHz. This frequency is then up-converted to the satellite frequency, such as 6 or 14 GHz, for amplification and transmission.

Satellites built in the 1980's and early 1990's do not change the received modulation before retransmission. Satellites are now being designed to allow one modulation method to be used in the uplink and another for the downlink. Hence, each link can be optimized.

### 5.1.1   Amplitude Modulation (AM)

In this form of modulation the amplitude of the carrier is varied in proportion to the input signal. This is one of the oldest (after Morse code) modulation forms. It usually requires much more power than FM but occupies less spectrum. AM signals are more susceptible to interference, noise, and non-linearities.

In AM the detector output signal-to-noise ratio ($S/N$) and the detector input carrier-to-noise ratio ($C/N$) are related as follows:

$$(S/N) = m^2(C/N) \qquad \text{(ratio)} \qquad (5.1)$$

where $m$ is the AM modulation index (in the range of 0 to 1.0). The modulation index is the difference between the maximum carrier amplitude and the minimum, divided by their sum.

In pure AM the intelligence is in the sidebands (the frequencies on each side of the carrier frequency), and the power at the carrier frequency is wasted. Double (or single) sideband suppressed carrier (DSBSC and SSBSC) modulation makes good use of the power by eliminating the carrier.

High channel capacities have been achieved using companded single side-band (CSSB) satellite channels and large earth stations. Unfortunately, the quality is definitely poorer. This poorer quality eventually resulted in the elimination of CSSB for domestic U.S. telephone service.

### 5.1.2   Frequency Modulation (FM)

In FM, the modulating signal varies the frequency of the carrier. FM has the advantage of being much more robust (less susceptible to noise and interference). Power and bandwidth can be traded to reduce satellite transponder power requirements. FM is the predominant transmission method used for satellites.

In FM the signal-to-noise ratio ($S/N$) is greater than the carrier-to-noise ratio ($C/N$) by the ratio of the baseband and transmission bandwidths.

# PRINCIPLES OF COMMUNICATIONS SATELLITES

Gary D. Gordon

and

Walter L. Morgan



A WILEY-INTERSCIENCE PUBLICATION

**JOHN WILEY & SONS, INC.**

New York / Chichester / Brisbane / Toronto / Singapore