# EXHIBIT 7

Page 1

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3

4    ENTROPIC COMMUNICATIONS,      No. 2:22-cv-07775-JWH-JEM
     LLC,

5
          Plaintiff,

6
     vs.

7
     DIRECTV, LLC, and AT&T

8    SERVICES, INC.,

9         Defendants.
     _____/

10   ENTROPIC COMMUNICATIONS,      No. 2:22-cv-07959-JWH-JEM
     LLC,

11
          Plaintiff,

12
     vs.

13
     DISH NETWORK CORPORATION;

14   DISH NETWORK LLC; and DISH
     NETWORK SERVICE, LLC,

15
          Defendants.

16   _____/

17              REMOTE VIDEOTAPED DEPOSITION OF

18                  PAUL G. STEFFES, Ph.D.

19

20       Taken before KIMBERLEY RICHARDSON, RPR, CCRR

21                  OREGON CSR No. 15-0438

                    CALIFORNIA CSR NO. 5915

22                  WASHINGTON CSR No. 3365

23                     April 18, 2023

24

25

Page 2

1               I N D E X
2                              PAGE
3  EXAMINATION BY MR. ENGEL            7
4  EXAMINATION BY MR. KEESE           129
5
6
7
8
9
10          E X H I B I T S
11 PLAINTIFF'S                    PAGE
12 Exhibit 1    Expert Declaration of Dr.    5
              Paul G. Steffes Regarding
13            Claim Construction
14 Exhibit 2    Patent No. US 7,130,576 B1     5
15 Exhibit 3    Patent No. US 7,542,715 B1     5
16 Exhibit 4    Patent No. US 8,792,008 B2     5
17 Exhibit 5    Declaration of Dan Schonfeld,   96
              Ph.D.
18
19 Exhibit 6    Replacement Statement For the   125
              Request For Reexamination of
20            U.S. Patent No. 7,130,576
21
22
23
24
25

Page 3

1       DEPOSITION OF PAUL G. STEFFES, Ph.D.
2
3    BE IT REMEMBERED, that pursuant to Notice, and on
4  the 18th day of April 2023, commencing at the hour of
5  9:38 a.m., before me, KIMBERLEY RICHARDSON, a Certified
6  Shorthand Reporter, remotely appeared PAUL G. STEFFES,
7  Ph.D., produced as a witness in said action, and being
8  by me first duly sworn, was thereupon examined as a
9  witness in said cause.
10
11           ---o0o---
12
13 APPEARANCES:
14 For the Plaintiff:
15    JASON ENGEL
      K & L Gates
16    70 West Madison Street, Suite 3300
      Chicago, Illinois 60602
17    312-807-4236
      jason.engel@klgates.com
18
19    ELIZABETH WEISKOPF
      K & L Gates.
20    925 Fourth Avenue, Suite 2900
      Seattle, Washington 98104
21    206-370-7964
      elizabeth.weiskopf@klgates.com
22
23
24
25

Page 4

1  For the Defendants Dish Network Corporation; Dish, LLC;
   and Dish Network Service:
2
      DANIEL KEESE
3     Perkins Coie, LLP
      1120 NW Couch Street
4     Portland, Oregon 97209.
      206-359-8888
5     dkeese@perkinscoie.com
6
7
8
   ALSO PRESENT:   RICK MAJEWSKI, videographer
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1    TUESDAY, APRIL 18, 2023; 9:38 A.M.
2
3    (Plaintiff's Exhibit Nos. 1-4 marked for
4    Identification.)
5    THE VIDEOGRAPHER:  Good morning.  We are   09:37AM
6  going on the record at 9:38 a.m. on April 18,
7  2023.
8    Please note that microphones are sensitive
9  and may pick up whispering and private
10 conversations.                          09:38AM
11   Please mute your phones at this time.
12   Audio and video recording will continue to
13 take place unless all parties agree to go off the
14 record.
15   This is the media unit 1 of the         09:38AM
16 video-recorded deposition of Dr. Paul Gregory
17 Steffes taken in the matter of Entropic
18 Communications, LLC, versus DIRECTV, LLC, and AT&T
19 Services, Inc., filed in the United States
20 District Court, Central District of California,   09:38AM
21 Case No. 2:22-cv-07775-JWH-JEM.
22   The location of this deposition is One
23 Southwest Columbia Street, suite 1900, Portland,
24 Oregon 97258.
25   My name is Rick Majewski, representing    09:39AM

2 (Pages 2 - 5)

Page 6

1  Veritext, and I'm the videographer.
2      The court reporter is Kim Richardson from
3  the firm Veritext.
4      I am not authorized to administer an oath.
5  I am not related to any party in this action nor   09:39AM
6  am I financially interested in the outcome.
7      If there are any objections to proceeding,
8  please state them at the time of your appearance.
9      Counsel and all present including remotely
10 will now state their appearances and affiliations   09:39AM
11 for the record beginning with the noticing
12 attorney.
13      MR. ENGEL:  Jason Engel from K&L Gates on
14 behalf of the Plaintiff Entropic Communications,
15 LLC, and with me is my partner Elizabeth Weiskopf.   09:39AM
16      MR. KEESE:  Daniel Keese of Perkins Coie,
17 LLP, on behalf of the Dish defendants, Dish
18 Network Corporation; Dish, LLC; and Dish Network
19 Service.  I will also be defending the witness.
20      THE VIDEOGRAPHER:  Will the court reporter   09:39AM
21 please swear in the witness and then counsel may
22 proceed.
23      PAUL G. STEFFES, Ph.D.,
24          sworn as a witness,
25          testified as follows:        09:40AM

Page 7

1  EXAMINATION BY MR. ENGEL:
2   Q.  Good morning, sir.
3   A.  Good morning.
4   Q.  Would you please state your full name for
5  the record.                           09:40AM
6   A.  Yes.  My name is Paul Gregory Steffes.
7   Q.  And what's your city of residence?
8   A.  I reside in Johns Creek, Georgia.
9   Q.  Have you ever been deposed before?
10  A.  Yes, I have.                     09:40AM
11  Q.  A number of times, I take it?
12  A.  Multiple times.
13  Q.  And were all of those in the context of
14 being an expert witness?
15  A.  Yes.                           09:40AM
16  Q.  And about what percentage of those expert
17 witness depositions were related to patent
18 matters?
19  A.  Of the depositions, about 80 percent were
20 related to patent matters.              09:40AM
21  Q.  What did the other 20 percent relate to?
22  A.  Criminal cases involving cell phone
23 location.
24  Q.  Now, your counsel's probably filled you in
25 on some of the ground rules, and you've obviously   09:41AM

Page 8

1  been deposed before, but to make sure we have a
2  clear record, I'd like you to give me an
3  opportunity to finish asking my questions before
4  you answer.
5      Is that fair?                      09:41AM
6   A.  Yes, sir.
7   Q.  And your counsel may make objections, but
8  if you understand the question, you understand you
9  have to answer the question?
10  A.  I do.                          09:41AM
11  Q.  And if you don't understand the question,
12 please ask me to rephrase it.
13      If you answer, we will have to assume that
14 you understood the question.
15      Is that fair?                      09:41AM
16  A.  That's correct.
17  Q.  And the last thing, for the court
18 reporter's sake and those that are reading this
19 later on, is verbal answers to questions, "yes" or
20 "no" versus a head nod.                 09:41AM
21      Is that fair?
22  A.  Certainly.
23  Q.  We have premarked some exhibits.  I'll
24 introduce those now, and if you need to refer to
25 them at any time, feel free to do so.        09:42AM

Page 9

1      Exhibit 1 is your declaration that you've
2  offered regarding claim construction in the
3  Entropic versus Dish and DIRECTV matters; correct?
4   A.  That's correct.
5   Q.  And just for the record, is that your   09:42AM
6  signature that appears at page 41 of Exhibit 1?
7   A.  It is.
8   Q.  Now, I've marked Exhibits 2, 3 and 4 as
9  well, and they are in front of you.  Those are the
10 patents in suit.  I will introduce them for the   09:42AM
11 record.
12      Exhibit 2 is U.S. Patent No. 7130576.
13 We've used a production labeled one that's
14 Entropic_Dish_0010534 through 10561.
15      Are you familiar with Exhibit 2?        09:43AM
16  A.  I am.
17  Q.  Are you fine if we refer to this as the
18 '576 patent?
19  A.  I am.
20  Q.  Exhibit 3 is U.S. Patent No. 7542715.  It   09:43AM
21 has the same preceding production number labels,
22 and it's 10562 through 10586.
23      And you're familiar with Exhibit 3?
24  A.  I am.
25  Q.  And we can refer to that as the '715   09:43AM

3 (Pages 6 - 9)

Page 10

1 patent?
2     A. Yes.
3     Q. Lastly, as Exhibit 4, U.S. Patent No.
4 8792008. Same production preamble, and the
5 production numbers are 10587 through 10598.          09:43AM
6         And you're familiar with Exhibit 4?
7     A. I am.
8     Q. And we can refer to that as the '008
9 patent?
10     A. Yes, that's good.              09:44AM
11     Q. I think we confirmed this earlier, but you
12 have been hired as an expert in patent cases
13 before this one?
14     A. Yes, I have.
15     Q. Do you know approximately how many?      09:44AM
16     A. Approximately 25, in the 20s.
17     Q. Prior to this case or other than this
18 case, have you ever offered claim construction
19 opinions?
20     A. I have.                  09:44AM
21     Q. What cases were those?
22     A. I would need to check all of them.
23 Several involved -- well, at least one involved a
24 case involving Viasat, and the attorneys were Fish
25 & Richardson.                 09:45AM

Page 11

1         There was another case which involved
2 AT&T, and the attorneys were Fish & Richardson.
3         I can pursue that information if you need
4 it. I believe that may be part of -- it's not in
5 my CV, but it may have been provided to you      09:45AM
6 previously. I'm not sure.
7     Q. Now, have you ever been an expert witness
8 in any inter partes review matters or matters
9 before the Patent Trial Appeal Board?
10     A. I have been an expert in an IPR filing. I 09:45AM
11 don't believe I was required to testify. I
12 rendered an opinion regarding -- regarding claim
13 construction.
14     Q. Do you recall who the -- your underlying
15 client was in that case?              09:45AM
16     A. I'm sorry to say I don't.
17     Q. Okay. Do you recall about when that was?
18     A. Yes. I'm thinking approximately 2008.
19     Q. But it's your recollection you submitted a
20 declaration as part of an IPR proceeding but were 09:46AM
21 never deposed?
22     A. In that case, correct, that is correct.
23     Q. Any other IPR matters that you've been
24 involved with?
25     A. No.                  09:46AM

Page 12

1     Q. The balance of your patent work has been
2 District Court cases or do you have ITC cases as
3 well?
4     A. Both District Court and ITC.
5     Q. But the balance of the cases would be both 09:46AM
6 District Court and ITC; correct?
7     A. Yes.
8     Q. What did you do to prepare for your
9 deposition today?
10     A. I reviewed my report and the exhibits that 09:47AM
11 you've provided and I've looked at. I've give in
12 my report a long list of all of the documents
13 considered, and I reviewed those as well to try to
14 be prepared.
15     Q. When you say you reviewed the documents,  09:47AM
16 the long list of documents in your declaration,
17 are you referring to the documents listed at
18 paragraph 14 of Exhibit 1?
19     A. That's correct.
20     Q. Are there any additional materials not     09:47AM
21 listed in paragraph 14 that you reviewed in
22 preparing for your deposition?
23     A. There may have been references in the file
24 history that I reviewed, and I'm not sure if they
25 were integral to the file history or not.      09:48AM

Page 13

1         So there may be additional references
2 referred to in the file history that -- patents,
3 that is, that I may have looked at as well.
4     Q. Okay.
5     A. I believe -- yes. There may have been    09:48AM
6 additional patents.
7     Q. And that makes sense.
8         Other than kind of references that would
9 be either part of or related to the file history,
10 is there any additional category of documents that 09:49AM
11 you looked at in preparation but did not list here
12 in paragraph 14?
13     A. No.
14     Q. When you say "the file history for the
15 '576 patent," did you also review the          09:49AM
16 reexamination file history for the '576 patent or
17 is that not something you reviewed?
18     A. No. I looked at that as well.
19     Q. Just so the record is clear, when you're
20 saying file history for the '576 patent, you're  09:49AM
21 talking about the original underlying file history
22 as well as the separate later reexamination files?
23     A. That's correct.
24     Q. Do you recall who filed the reexamination
25 of the '576? What party?              09:50AM

4 (Pages 10 - 13)

Page 14

1    A. No, I don't. I assume it was Entropic.
2    Q. Why do you assume it was Entropic?
3    A. They are specified as the assignee.
4    Q. You don't have an understanding that it
5  was filed by a third party?                 09:50AM
6    A. I know that there were previous entities
7  that were involved in some of these inventions,
8  but I didn't pursue that.
9    Q. In preparing for your deposition, did you
10 meet with counsel for Dish?                  09:50AM
11   A. Yes, I did.
12   Q. Approximately how many times?
13   A. Live yesterday was the first time.
14   Q. And prior to that it would have been phone
15 calls and video calls?                       09:51AM
16   A. Yes. Just phone or video calls, yes.
17   Q. And how long did you meet with counsel
18 yesterday?
19   A. We met for about six hours.
20   Q. And when you say "counsel," who are you   09:51AM
21 referring to?
22   A. I'm referring to Mr. Keese.
23   Q. Was there anyone else present at that
24 meeting?
25   A. No, there was not.                        09:51AM

Page 15

1    Q. Was there anyone else present on the phone
2  for that meeting?
3    A. No, there was not.
4    Q. Did you meet with any attorneys for
5  DIRECTV in preparing for your deposition?       09:51AM
6    A. No, I did not.
7    Q. And so the record's clear, you are
8  retained by the Dish entities in this case and not
9  by DIRECTV or AT&T?
10   A. That is correct.                           09:51AM
11   Q. You have no kind of -- you have no
12 contract with DIRECTV or AT&T for this case?
13   A. No, sir.
14   Q. And you have not been engaged by -- and
15 you have not been engaged by the law firm Gibson   09:52AM
16 Dunn on behalf of AT&T or DIRECTV for this case?
17   A. No, sir.
18   Q. In preparing your declaration, you
19 reviewed materials that Dr. Schonfeld authored;
20 correct?                                       09:52AM
21   A. I did.
22   Q. Did you meet with Dr. Schonfeld at all to
23 discuss any of his opinions?
24   A. No, sir.
25   Q. Did you meet with him subsequent to        09:52AM

Page 16

1  preparing this declaration?
2    A. No, sir.
3    Q. So you've never met with Dr. Schonfeld to
4  discuss any of the subject matter?
5    A. I've never met him.                        09:53AM
6    Q. Have you ever met him?
7    A. Never.
8    Q. He's a good guy.
9        When were you engaged for this matter?
10   A. For this matter, I was engaged last year.  09:53AM
11 My letter of engagement I believe is dated
12 November.
13   Q. Do you know approximately how much time
14 you spent working on this matter?
15   A. Many, many hours. I would say on the       09:53AM
16 order of 100 hours.
17   Q. And what's your billing rate for this
18 matter?
19   A. For this matter, it's $520 per hour.
20   Q. And do you know how you were located as an 09:54AM
21 expert for this matter?
22   A. I think it was personal reference.
23   Q. Have you ever been engaged on behalf of
24 any Dish entity as an expert before?
25   A. No, I have not.                            09:54AM

Page 17

1    Q. Have you ever been engaged for other
2  clients by the Perkins Coie law firm?
3    A. No, sir.
4    Q. In preparing for your deposition today,
5  were there any errors that you would like to     09:54AM
6  correct in your declaration?
7    A. The only noticeable error was one where a
8  quotation was made from the patent, and the patent
9  already contained the error.
10   Q. Do you recall where that was?               09:55AM
11   A. It was at a location where -- I'm trying
12 to remember exactly.
13       It was the reference to a component in the
14 design -- I believe it was with regard to '008. I
15 will have to look.                              09:55AM
16   Q. I'll tell you what. Why don't we move on,
17 and if at a break, you know, you're able to more
18 easily locate it and want to point it out, that's
19 fine. It sounds like it wasn't a major
20 substantive error.                             09:55AM
21   A. No. It had no effect on my opinion.
22   Q. And no other corrections?
23   A. No others.
24   Q. I did have a question about the
25 attachments to your declaration. Specifically,   09:56AM

5 (Pages 14 - 17)

Page 18

1 there was an Appendix A and an Appendix B.
2     I didn't see either of them referred to in
3 the declaration, so I just want to get an
4 understanding of, you know, what was intended to
5 be attached.                    09:56AM
6     There was a reference to an attached CV,
7 but it wasn't listed as Appendix A.  So can you
8 just confirm that when you say your attached CV in
9 your declaration you're referring to Appendix A?
10     A. Yes, I am.              09:56AM
11     Q. And then if you go about four or five
12 pages from the back, there's an Appendix B.
13     A. Yes.
14     Q. What is that?
15     A. It's an excerpt from a textbook called   09:56AM
16 Principles of Communication Satellites by Gordon &
17 Morgan.
18     Q. And on page 33 -- not 33 -- 31 of your
19 declaration --
20     A. Yes.                    09:57AM
21     Q. -- there is a footnote 3.  Is that
22 referring to Appendix B?
23     A. It does.
24     Q. So that's the reason for attaching that
25 Appendix B, that footnote?          09:57AM

Page 19

1     A. That's correct.
2     Q. And just so the record's clear, paragraph
3 6, page 2 of Exhibit 1, the end of paragraph 6
4 says "As shown in my attached curriculum vitae,"
5 parens quote "CV," that's referring to Appendix A?   09:58AM
6     A. That is.
7     Q. All right.  Let's briefly go over your CV.
8     And specifically is there anything missing
9 from your CV that you think would be relevant to
10 the three patents at issue in this litigation?   09:58AM
11     A. No, sir.
12     Q. Back to your background in paragraph 7 of
13 the declaration.  You discuss that you initiated
14 the graduate course in satellite communications at
15 Georgia Tech.                    09:59AM
16     Do you see that?
17     A. I did.
18     Q. What does that course cover?
19     A. That course covers the structure of
20 satellite communication systems including     09:59AM
21 spacecraft trajectories, spacecraft structures,
22 ground station structures and configurations,
23 system performance evaluation, design of specific
24 components for ground stations such as antennas,
25 amplifiers, modulators, coders, transceivers, and   09:59AM

Page 20

1 also it includes in its current form information
2 about geolocation from satellites.  So that was
3 added later in the course.
4     Q. And when you say "spacecraft," what are
5 you referring to?              10:00AM
6     A. I'm referring to satellites or orbiting
7 objects that are used to either relay or transmit
8 or even just receive information from the ground
9 surrounding the earth.
10     We also discuss the issue of          10:00AM
11 inter-satellite communications which is
12 communications between two satellites either in
13 orbit or in deep space.
14     Q. If we could go to paragraph 64.
15     And this is under section Roman numeral V. 10:00AM
16 This is your proposed definition for the person of
17 ordinary skill in the art for the patents at issue
18 in this case?
19     A. It is.
20     Q. And you've proposed similar but slightly   10:01AM
21 different definitions for on one hand the '715 and
22 '576 patents and on the other hand the '008
23 patent; is that fair?
24     A. Yes.  Just slightly different.
25     Q. And if we could go to -- let's focus on   10:01AM

Page 21

1 paragraph 65.  One of the differences that I
2 noticed for the '008 patent is in romanette iii,
3 you say "a doctoral degree in electrical
4 engineering or a related field, and at least some
5 experience in cable and/or satellite television   10:01AM
6 signal processing and communication systems."
7     Do you see that?
8     A. I do.
9     Q. It seems one of the additions you've made
10 is experience with cable television, signal        10:02AM
11 processing and communication systems?
12     A. Yes.
13     Q. Do you personally have experience with
14 cable television, signal processing and
15 communication systems?              10:02AM
16     A. I do.
17     Q. And what is that?
18     A. I served as a consultant to at least one
19 company years ago that produced inline amplifiers
20 and equipment for cable systems.          10:02AM
21     And also I assisted in the installation of
22 the cable system at Georgia Tech.
23     Q. When you say "the cable system at Georgia
24 Tech," what is that referring to?
25     A. It's a coaxial network that was developed  10:03AM

Page 22

1  in the '90s.
2        Again, nowadays things have changed, but
3  it was a coaxial cable system that was used for
4  distribution of video on the campus.
5        Q. That was like a local cable network that    10:03AM
6  the university set up?
7        A. Yes, it was.
8        Q. Do you have any experience working on
9  behalf of cable operators other than, I guess, the
10 Georgia Tech situation?                              10:03AM
11       A. No, I do not.
12       Q. And do you understand what I mean -- what
13 do you understand "cable operator" to mean just so
14 when we're on the same page?
15       A. I assume cable operator you mean a company  10:04AM
16 or entity that operates a network for either
17 transmission of television or of data via hard
18 line cables that reside in the system.
19       Q. Okay. And so an example would be Comcast?
20       A. Comcast would be one, certainly.            10:04AM
21       Q. So that would fit the definition of "cable
22 operator"?
23       A. Absolutely.
24       Q. Other than the Georgia Tech project, you
25 have not done any work on behalf of cable           10:04AM

Page 23

1  operators?
2        MR. KEESE: Objection to the extent it
3  mischaracterizes previous testimony.
4        THE WITNESS: I don't -- I don't believe
5  I've dealt with other cable operators, no.          10:05AM
6        Excuse me one second.
7  BY MR. ENGEL:
8        Q. Are you good?
9        A. Yes.
10       Q. Now, let's go back to paragraph 14, your    10:05AM
11 materials reviewed. This is in Exhibit 1.
12       Now, in reviewing the file history for the
13 '576 patent, did the examiner reject any claims in
14 the '576 patent as indefinite?
15       A. Not to my -- not to my memory, no.          10:06AM
16       Q. And during the reexamination file history,
17 did the examiner reject any of the claims as being
18 indefinite?
19       A. I remember there was a lot of invalidity.
20 I don't remember indefiniteness being raised or      10:06AM
21 being found as an outcome.
22       Q. So the '576 patent was twice examined by
23 the patent office and to your recollection was
24 never -- none of the claims were ever rejected as
25 indefinite?                                          10:06AM

Page 24

1        A. That's my memory, yes.
2        Q. And you also reviewed Dr. Schonfeld's
3  declaration with respect to the '576 patent IPR;
4  correct?
5        A. I did.                                      10:07AM
6        Q. And did Dr. Schonfeld indicate that any of
7  the claims were indefinite in his declaration?
8        A. My understanding is that in an IPR
9  proceeding indefiniteness cannot be asserted, so I
10 didn't see any discussion of that. I just assumed    10:07AM
11 that was because he wasn't -- it wasn't
12 appropriate to address it in that venue.
13       Q. Let me ask it a different way since you
14 brought up indefiniteness not being applicable in
15 the IPR.                                             10:07AM
16       Dr. Schonfeld had to assume they were --
17 the claims were indefinite for the IPR to be --
18       MR. KEESE: Objection. Calls for a legal
19 conclusion.
20       THE WITNESS: I'm not certain.                  10:07AM
21 BY MR. ENGEL:
22       Q. Based on your review of Dr. Schonfeld's
23 '576 patent IPR declaration, do you recall if he
24 had any trouble understanding the meaning of any
25 of the terms in the '576 patent claims?             10:08AM

Page 25

1        A. I don't remember him -- I remember that he
2  did create structures of -- he created claim
3  construction. I don't remember him addressing the
4  issue of indefiniteness or being unable to
5  understand as a result of indefiniteness.           10:08AM
6        Q. Now, your also reviewed the file history
7  for the '715 patent?
8        A. I did.
9        Q. Did the examiner reject any of the claims
10 as indefinite in the prosecution of the '715        10:09AM
11 patent?
12       A. Not to my memory, but I would have to --
13 again, it's been awhile since I looked at it in
14 detail, and I would probably have to re-review it,
15 but I don't remember any.                            10:09AM
16       Q. And you haven't relied on any of the
17 places in the patent where the '715 was rejected
18 on the basis of indefiniteness?
19       A. I don't remember -- no, I have not.
20       Q. And, again, in Dr. Schonfeld's IPR         10:09AM
21 declaration for the '715 patent, you don't believe
22 that he had any trouble understanding the terms of
23 the '715 patent claims; right?
24       MR. KEESE: Objection. Outside the scope.
25 Calls for a legal conclusion.                        10:10AM

7 (Pages 22 - 25)

Page 26

1     THE WITNESS: Dr. Schonfeld created or
2 authored interpretations of the claim language.
3 And I'm not certain they were consistent with the
4 claims from Entropic.
5 BY MR. ENGEL:                    10:10AM
6   Q. Okay. But Dr. Schonfeld did not say that
7 he could not understand any of the claim terms in
8 the '715 patent in his declaration?
9   A. Since that would have implied
10 indefiniteness, no, I'm certain he didn't.    10:10AM
11   Q. I want to explore that a little bit.
12     You said indefiniteness can't be part of
13 an IPR is your understanding?
14   A. That is my understanding with only one
15 exception.                        10:10AM
16   Q. And where does that come from, your
17 understanding?
18   A. Advice from different counsel.
19   Q. Now, if Dr. Schonfeld didn't understand
20 what the terms meant, then he couldn't have    10:11AM
21 offered his declaration for the '715 patent;
22 right?
23     MR. KEESE: Objection. Beyond the scope.
24     THE WITNESS: I have to talk with him
25 about it.                        10:11AM

Page 27

1 BY MR. ENGEL:
2   Q. Why did you review his declaration?
3   A. To basically get a context for what had
4 been asserted regarding the structure of claim
5 language.                        10:11AM
6   Q. Okay. Is it relevant to the opinions
7 you've offered today?
8   A. No.
9   Q. Okay. So Dr. Schonfeld's three
10 declarations for the inter partes review    10:11AM
11 proceedings you believe are not relevant to the
12 opinions that you've offered today?
13   A. They're relevant, but they're independent.
14   Q. When you say they're relevant, what do you
15 mean?                          10:11AM
16   A. Meaning they -- many of the conclusions
17 are -- or many of the -- many of the topics
18 considered are similar to what is in my
19 declaration, but I did not draw any conclusions
20 based on his declaration.              10:12AM
21   Q. Do you recall if there were any
22 inconsistencies between his declarations and the
23 opinions you've offered in your declaration?
24   A. The only difference that I remember
25 distinctly is that he did not offer indefiniteness  10:12AM

Page 28

1 as a conclusion.
2   Q. Now, during the prosecution of the '008
3 patent, did the examiner reject any of the claims
4 as indefinite?
5   A. I'm not certain.                10:13AM
6   Q. Now, in addition to Dr. Schonfeld's
7 declaration, you did review each of the three
8 inter partes review petitions filed by Dish with
9 respect to each of the three patents at issue in
10 this case?                      10:13AM
11   A. Can you ask the question again? Did I
12 review the --
13   Q. Sure. I'll make it a little bit easier
14 for you.
15     So in paragraph 14 of your declaration on  10:13AM
16 page 5, you say that you reviewed -- this is the
17 fifth bullet point -- petition for inter partes
18 review IPR2023-00391.
19     Do you see that?
20   A. That's correct.                10:14AM
21   Q. I will represent to you that that's the
22 IPR for the '576 patent.
23   A. Correct.
24   Q. And two down is the bullet point for IPR
25 2023-392. Do you see that?            10:14AM

Page 29

1   A. I see it.
2   Q. 392 is the IPR for the '715 patent?
3   A. Yes.
4   Q. Further down below two bullet points is
5 IPR 2023-00393, and that's the IPR for the '008    10:14AM
6 patent?
7   A. That's what I understand, yes.
8   Q. And in any of those proceedings, did Dish
9 offer an assertion that any of the claims are
10 indefinite?                      10:15AM
11   A. Not to my knowledge.
12   Q. And, in fact, didn't Dish assume that
13 everything was a plain and ordinary meaning as
14 asserted by Entropic in the underlying litigation?
15     MR. KEESE: Objection to the extent it    10:15AM
16 mischaracterizes the document and beyond the scope
17 of testimony.
18     THE WITNESS: Again, it was my
19 understanding that indefiniteness was not part of
20 the IPR process.                    10:15AM
21 BY MR. ENGEL:
22   Q. Do you have any understanding as to
23 whether proceedings before the Patent Trial and
24 Appeal Board such as IPRs are part of the
25 intrinsic record for a patent?            10:16AM

8 (Pages 26 - 29)

Page 30

1    A.  Certainly.
2    Q.  So what happens at the PTAB is relevant to
3  claim construction?
4    A.  Of course.
5    Q.  Now, for purposes of your testimony today,  10:16AM
6  is it fair to say you have offered three
7  indefiniteness opinions, one for each of the
8  patents at issue?
9       MR. KEESE:  Objection to the extent it
10  mischaracterizes the document.           10:16AM
11      MR. ENGEL:  Actually, I should take that
12  back.  I don't think it's three.  Let me withdraw
13  the question.
14      THE WITNESS:  Okay.
15  BY MR. ENGEL:                           10:16AM
16    Q.  Let's try it this way.  Let's go to page
17  28 of Exhibit 1.  And this is Roman numeral VI,
18  "Analysis of Certain Disputed Claims"; correct?
19    A.  That's correct.
20    Q.  And for the '576 patent for claims 16, 17,  10:18AM
21  21, 39, 41 and 42, you have offered the opinion
22  that selected and extracted transponder channels,
23  that term is indefinite in your opinion?
24    A.  That is correct.
25    Q.  Were you asked to review the '576 patent  10:18AM

Page 31

1  and determine whether any of the terms in all of
2  the claims were indefinite?
3       MR. KEESE:  I'm going to object and
4  caution the witness not to reveal the contents of
5  any privileged communications.            10:18AM
6       But you can answer.
7       THE WITNESS:  I looked at all of the
8  claims, and, you know, attempted to verify
9  consistency with dependent and independent claims.
10  BY MR. ENGEL:                           10:19AM
11    Q.  Let me ask it a different way.  Were you
12  asked by Dish whether this claim term was
13  indefinite in your opinion?
14      MR. KEESE:  Again, caution the witness not
15  to reveal the contents of any privileged      10:19AM
16  communications, but you can answer.
17      THE WITNESS:  They brought to my attention
18  their concerns about it.
19  BY MR. ENGEL:
20    Q.  Were there any other terms other than    10:19AM
21  what's identified here in section VI A that you
22  looked at and considered to be indefinite?
23    A.  Well, no.  If I did, they'd be here.
24    Q.  Okay.  Fair enough.
25      I do have some potential inconsistencies  10:19AM

Page 32

1  that I noticed from your sections here.  I don't
2  know if we can clean it up.
3       In the heading you have claims 16, 17, 21,
4  39, 41 and 42; right?
5    A.  Correct.                          10:20AM
6    Q.  And paragraph 68, you have claim 22
7  listed, but that's not listed in the heading.
8    A.  That is correct.  Yes, and that's a
9  special case in my mind because 22 is a
10  secondary -- I don't know the legal term, but it  10:21AM
11  depends on a dependent claim.
12    Q.  Okay.
13    A.  And so since claim 21 has been argued to
14  be indefinite, 22 being dependent on that
15  indefinite claim I've also listed as indefinite.  10:21AM
16    Q.  Okay.  There's another area of
17  inconsistency, I guess, I see that 39 is listed in
18  the heading but not in the body of paragraph 68.
19    A.  Yes.  Again, it's the same issue.  The
20  reason 39 is not listed is it is dependent upon    10:22AM
21  claim 38 which --
22    Q.  Well, I think we'll probably have to go
23  through this claim by claim because I'm not
24  following why you listed the claim.  So let's
25  start --                               10:23AM

Page 33

1    A.  I'm trying to resolve whether or not it's
2  a misprint or whether I was using a secondary -- I
3  believe in that case that may be a typo.  I'll
4  have to look at this more carefully.
5    Q.  Okay.  Well, I think we can do it with    10:23AM
6  your declaration.  You can have the patent open as
7  well, but I think we need to confirm what claims
8  you're offering the opinion for that correspond
9  to, and part of the reason I raise it is you've
10  said "selected" and then in brackets you said     10:23AM
11  "[and extracted] transponder channel [s]," and so
12  I think this is a way of referring to this same
13  term that might vary over different claims.
14    A.  That's correct.
15    Q.  "Transponder channel" does show up       10:24AM
16  multiple times, so I just want to make sure that I
17  fully understand your opinion as we go through
18  this.
19    A.  Okay.
20    Q.  So let's go to paragraph 72.  And you're  10:24AM
21  at paragraph 72?
22    A.  I am.
23    Q.  So this would be your -- fair to say your
24  summary for claim 16?
25    A.  That's right.                      10:24AM

9 (Pages 30 - 33)

Page 34

1    Q.  And you bolded the phrase "the selected
2   and extracted transponder channels"?
3    A.  That's correct.
4    Q.  Why did you bold that?
5    A.  Because that reference is not made in       10:25AM
6   claim 14.
7    Q.  But is that -- I guess let me ask it a
8   different way.
9        Is that intended to signify to the reader
10  that that is the term that you believe corresponds  10:25AM
11  to the term in the heading at VI A?
12   A.  Yes.
13   Q.  Okay.  And so the bolding of that term
14  means you intend to offer an opinion that that
15  term is indefinite in claim 16?                     10:25AM
16   A.  That's correct.
17   Q.  Let's move on to claim 42 in paragraph 73.
18       And the bold phrase here is "non selected
19  transponder channels"; correct?
20   A.  Correct.                     10:25AM
21   Q.  And that's different than the phrase in
22  claim 16; right?
23   A.  It is.
24   Q.  And is it fair to say you are offering an
25  opinion that non-selected transponder channels in  10:25AM

Page 35

1   claim 42 is indefinite?
2    A.  I am.
3    Q.  Let's go to paragraph 74.
4        So this is your summary for claim 15?
5    A.  It is.                     10:26AM
6    Q.  There's nothing bolded in that paragraph?
7    A.  That's correct.
8    Q.  So you're not specifically offering an
9   opinion that anything in claim 15 alone is
10  indefinite; correct?                10:26AM
11   A.  No, I am not.
12   Q.  And you've included claim 15, I'm
13  assuming, because claim 17 depends from claim 15
14  and claim 15 depends from claim 14?
15   A.  That's correct.                10:27AM
16   Q.  And paragraph 75 is your summary of claim
17  17; correct?
18   A.  It is.
19   Q.  And here you bolded "the selected
20  transponder channels"?                10:27AM
21   A.  I did.
22   Q.  And that's the phrase in claim 17 that you
23  are saying is indefinite?
24   A.  I do or I did.
25   Q.  And paragraph 76 is your summary for claim  10:27AM

Page 36

1   21?
2    A.  It is.
3    Q.  And the phrase that you bolded is "the
4   selected transponder channels"; correct?
5    A.  That's correct.                10:27AM
6    Q.  And that is the phrase you're saying is
7   indefinite in claim 21?
8    A.  It is.
9    Q.  And moving on to paragraph 77, you have
10  summary of claim 38 there?               10:27AM
11   A.  I do.
12   Q.  And you do not have anything bolded in
13  paragraph 77; correct?
14   A.  That is correct.
15   Q.  And you've included claim 38 here because  10:27AM
16  claims 39 and 41 depend from claim 48 which
17  depends from claim 14?
18   A.  That's correct.
19   Q.  And to confirm, you do not separately have
20  an opinion that any of the text specifically in    10:28AM
21  claim 38 that's not otherwise in claim 14 is
22  indefinite?
23   A.  That is correct.
24   Q.  Moving on to paragraph 78, claim 39, the
25  phrase that you have bolded here is "a selected    10:28AM

Page 37

1   transponder channel"; correct?
2    A.  That is correct.
3    Q.  And that is different from all of the
4   terms we have thus far discussed in claims 14 --
5   sorry, claims 16, 42, 17 and 21; correct?       10:28AM
6    A.  Well, the only difference regarding 17 is
7   plural versus singular, but you're right.  They're
8   not exactly the same.  There is one letter "s"
9   that is different.
10   Q.  Well, isn't there an "a" at the beginning  10:29AM
11  instead of a "the"?
12   A.  Oh, yes, yes, you're right.
13   Q.  Does that have any meaning in patent law
14  to your understanding, the use of "a" versus
15  "the"?                     10:29AM
16   A.  It's a nonspecific article, yes.  "The"
17  and "a" are difference, difference in specificity.
18   Q.  Doesn't "a" offer an antecedent basis for
19  something that later is referred to as "the"?
20   A.  I'm not sure.                10:29AM
21   Q.  All right.  Moving on to claim 41 in
22  paragraph 79.  That's your summary for claim 41;
23  correct?
24   A.  It is.
25   Q.  And the bolded phrase is "selected        10:30AM

10 (Pages 34 - 37)

Page 38

1 translated transponder channel"; correct?

2   A. That's correct.

3   Q. And that is the phrase that you're saying

4 is indefinite in claim 41?

5   A. It is.                    10:30AM

6   Q. So I think we can confirm based on the

7 bolded claim phrases in the claims we walked

8 through that you're intending to offer an opinion

9 specifically that the bolded claim phrases for

10 claim 16, 17, 21, 39, 41 and 42 all have    10:30AM

11 indefinite claim phrases contained therein?

12   A. That is correct.

13   Q. And so when you're referring at the

14 beginning of this in the heading that "selected

15 and extracted transponder channels" at the    10:31AM

16 brackets, that's intended to cover all the bolded

17 phrases in paragraphs 72, 73, 75, 76, 78 and 79?

18   A. Can you ask that again?

19   Q. Sure. So in Roman numeral V A you have

20 the heading that includes the quoted language with  10:31AM

21 the brackets "selected and extracted transponder

22 channels."

23   A. That's section VI A.

24   Q. Correct. The heading for this section on

25 page 28.                    10:31AM

Page 39

1   A. Right.

2   Q. I can ask it a different way. Look at

3 paragraph 68 --

4     MR. KEESE: I'm sorry. I think you said V

5 A. That's what he was --        10:31AM

6     MR. ENGEL: I'm sorry, VI A. My bad.

7 BY MR. ENGEL:

8   Q. Let me ask it a different way. In

9 paragraph 68 you say "I have reviewed the parties'

10 proposed claim constructions for the selected and  10:32AM

11 extracted transponder channel terms."

12     Do you see that?

13   A. Yes.

14   Q. And that language that's quoted and has

15 the brackets contained therein, that is intended   10:32AM

16 to cover the bolded claim language that you have

17 repeated in paragraph 72, 73, 75, 76, 78 and 79;

18 correct?

19   A. Yes.

20   Q. Okay. Let's go to paragraph 30 of your   10:32AM

21 declaration.

22     So you say here "In figure 5 of the '576

23 patent, each of the numbered frequency blocks

24 represents a transponder channel, i.e., a defined

25 frequency range through which signals traverse,   10:33AM

Page 40

1 which are distinct from the transponder signals,

2 which are the signal payload of one or more

3 transponder channels."

4     Is that fair?

5   A. That's correct.            10:33AM

6   Q. And I think what you're trying to say here

7 is that the signal is the payload or content that

8 can be contained at one or more transponder

9 channels; is that fair?

10   A. Yes. But it could also include multiple  10:33AM

11 signals on a single transponder.

12   Q. On a single transponder channel?

13   A. Yes. There could be multiple signals on a

14 transponder channel.

15   Q. There could also be no signals on a    10:34AM

16 transponder channel?

17   A. If it's not being used, of course.

18   Q. So if you selected a transponder channel

19 with zero payload, you would recover nothing;

20 right?                    10:34AM

21   A. That's correct.

22   Q. Do you agree that a signal traversing

23 within a transponder channel is a transponder

24 signal; correct?

25   A. Yes. A signal that is being carried    10:34AM

Page 41

1 through a transponder channel is, in fact, being

2 carried by that transponder channel, and it is a

3 signal, so it is a transponder signal.

4   Q. And I believe you said earlier that a

5 transponder channel could have -- could contain   10:35AM

6 more than one transponder signal; correct?

7   A. Correct.

8   Q. And let's assume we have a transponder

9 channel with two transponder signals contained

10 inside of it.                  10:35AM

11   A. Uh-huh.

12   Q. If I only want one of those, I have to

13 find a way to select one of those signals;

14 correct?

15   A. Yes, if you only want one, you have to    10:35AM

16 find a way.

17   Q. And if I just selected the entire channel,

18 I would be select both signals inside of the

19 channel; correct?

20     MR. KEESE: Objection. Vague and    10:35AM

21 ambiguous.

22     THE WITNESS: Yes. I'm -- the question is

23 what do you mean by "select"? You could receive

24 both simultaneously, and then you could have them

25 completely available and then decide which one you  10:35AM

11 (Pages 38 - 41)

Page 42

1 wanted to watch.
2 BY MR. ENGEL:
3    Q. Okay.
4    A. So it depends what you mean by "select."
5    Q. Do you have an understanding what "select" 10:36AM
6 means in the patent?
7    A. I'd have to study more in terms of whether
8 "select" refers to -- what technically what steps
9 would be involved in the selection of signals
10 within a transponder. I don't know that that's    10:36AM
11 actually addressed in the patent.
12    Q. You don't believe the patent discusses
13 selecting signals within a transponder?
14    A. There's a reference to multiple signals,
15 but I don't know that there's a reference to    10:36AM
16 selection of those multiple signals.
17    Q. Let's go back to the situation where if
18 you have two signals contained in a channel, and
19 you only want one of them, you could apply a
20 filter to filter out the unwanted signal; correct? 10:37AM
21    A. One could.
22    Q. And if you apply that filter, you then
23 would have the same channel but with only the
24 signal you did not filter out; correct?
25    A. No. In that the -- what's being carried  10:37AM

Page 43

1 on the transponder is more than just the signal.
2 There's typically a carrier, a waveform that's
3 involved as well. So there's not just simply one
4 signal or the other. Those signals are, you know,
5 modulated onto a radiofrequency carrier.        10:37AM
6    Q. Okay.
7    A. So there's more than just signals.
8    Q. Understood. Understood. But let's focus
9 on the two modulated signals.
10     If you apply a filter to remove one of the 10:38AM
11 modulated signals, you would have a channel now
12 that has one modulated signal and perhaps other
13 things, but you've removed that one modulated
14 channel; correct?
15    A. You used the word "modulated channel." I 10:38AM
16 view the channel --
17    Q. I didn't intend to, so I'll rephrase my
18 question.
19     You have a transponder channel. It has
20 two transponder signals which you say are     10:38AM
21 modulated signals; correct?
22    A. Yes. The signals are modulated onto
23 radiofrequency carriers.
24    Q. And if you apply a filter to remove one of
25 those transponder signals, you would then be left 10:38AM

Page 44

1 with a transponder channel that has one
2 transponder signal on it; correct?
3    A. There would be one signal, yes, in
4 addition to the other components of the
5 modulation, so there would be, yes, there would be 10:39AM
6 signal, but there would also be a radiofrequency
7 carrier. There could be other aspects to it that
8 would not include the signal itself.
9    Q. Okay. Those are things that are well
10 understood in satellite communication?        10:39AM
11    A. Certainly.
12    Q. And if you, then, frequency translated
13 that channel, that transponder channel to a new
14 frequency, you would move everything contained on
15 there including that signal that you did not    10:39AM
16 filter out; correct?
17    A. If one translated, yes, if one translated
18 the entire -- the entire channel, then, yes, one
19 would have all of the signals and other things
20 like noise and carrier that are contained in that 10:40AM
21 channel.
22    Q. But the signal that was filtered out would
23 not be moved when the channel was moved; correct?
24    A. If one prefiltered it, the carrier bearing
25 that signal could potentially be excluded, yes.  10:40AM

Page 45

1    Q. So you agree in the context of the '576
2 patent that a transponder signal must be
3 communicated at at least one frequency channel?
4    A. Can you ask the question one more time?
5    Q. In the context of the '576 patent, do you 10:41AM
6 agree that a transponder signal must be
7 communicated at at least one frequency channel?
8    A. I'm not exactly sure what you mean by
9 "frequency channel."
10    Q. Sure. I'll ask it differently.        10:41AM
11     Would you agree that a transponder signal
12 must be communicated at at least one transponder
13 channel?
14    A. Yes.
15    Q. And looking at figure 5, which you've    10:42AM
16 annotated in your declaration at paragraph 29, the
17 Rhomboid shapes shown there, each of those are
18 transponder channels; is that correct?
19    A. Yes, they are.
20    Q. And those channels could contain one or  10:42AM
21 more transponder signals within each channel;
22 correct?
23    A. Or even less. It could be less than that.
24    Q. Could you just answer the question I
25 asked, please?                     10:42AM

12 (Pages 42 - 45)

Page 46

1    A. You asked one or more.
2    Q. I asked if they could contain one or more.
3 Is that a true statement?
4    A. Yes.
5    Q. They could -- and I guess what you said    10:42AM
6 they could contain less than one transponder
7 signal; correct?
8    A. Yes.
9    Q. They could contain no transponder signals;
10 correct?                                         10:42AM
11    A. Correct.
12    Q. You could also have one transponder signal
13 taking up two of those transponder channels;
14 correct?
15    A. That's correct.                            10:43AM
16    Q. Being provided across two --
17    A. That's correct.
18    Q. Let's go to --
19       MR. KEESE: We've been on for a little
20 over an hour. Are we at a breaking point?        10:43AM
21       MR. ENGEL: No, that's fine. I'm good.
22       THE VIDEOGRAPHER: The time is 10:44 a.m.,
23 and we are off the record.
24          (Brief recess taken.)
25       THE VIDEOGRAPHER: The time is 10:56 a.m., 10:56AM

Page 47

1 and we are back on the record.
2 BY MR. ENGEL:
3    Q. Do you have the '576 patent in front of
4 you, Exhibit 2?
5    A. I do.                                       10:56AM
6    Q. And in claim 14 -- let me just ask a
7 different question.
8       You did review the entirety of claim 14
9 even though you're offering opinions regarding
10 dependent claims?                               10:56AM
11    A. Yes.
12    Q. You have an understanding of what's
13 covered in claim 14?
14    A. Yes, I do.
15    Q. And in the claim 14, the second element of 10:57AM
16 the methods step, it says "in the ODU, digitizing
17 the plurality of satellite broadband signals."
18       Do you see that?
19    A. Yes.
20    Q. So it's your understanding that there is a 10:57AM
21 requirement that plurality of all broadband
22 signals be digitized in the outdoor unit?
23    A. Yes.
24    Q. And then the element after that is
25 "selecting and extracting a plurality of          10:57AM

Page 48

1 responders signals."
2       Do you see that?
3    A. Yes.
4    Q. You're not offering the opinion that
5 selecting and extracting a plurality of           10:57AM
6 transponder signals is indefinite; right?
7    A. I have not offered that.
8    Q. Is it your understanding that that
9 selection and extraction of the transponder
10 signals is done in the digital domain per the    10:58AM
11 claim?
12    A. Yes, per the claim it is.
13    Q. All right. Let's go to -- let's go to
14 paragraph 32 -- 31. 31 of your declaration,
15 Exhibit 1. Are you there?                         10:58AM
16    A. I am.
17    Q. And this is part of your overview of the
18 '576 patent; correct?
19    A. It is.
20    Q. And here you're referring to figure 9 of  10:58AM
21 the patent; correct?
22    A. That's correct.
23    Q. And in figure 9 is -- is any of the
24 channel selection in figure 9 being done in the
25 digital domain?                                   10:59AM

Page 49

1    A. It potentially can be. Let me review the
2 definition of tuner.
3    Q. Let's go -- I'll make it easier for you.
4 Let's go to column 8, line 65.
5       And it says "Figure 9 shows another         11:00AM
6 alternative for analog tuners 930 select desired
7 transponder channels that are upconverted by
8 upconverter 940.
9       Do you see that?
10    A. Yes, I do.                                  11:00AM
11    Q. So this is analog tuning?
12    A. That's correct.
13    Q. This embodiment doesn't appear to be
14 relevant to claim 14; correct?
15       MR. KEESE: Objection to the extent that    11:00AM
16 mischaracterizes the document. Vague. Ambiguous.
17       THE WITNESS: It's relevant only in the
18 sense that the function described in figure 9 is
19 applicable to both the digital and the analog
20 format.                                           11:00AM
21 BY MR. ENGEL:
22    Q. Why do you say that?
23    A. Because one can conduct the function of
24 tuning by digitizing a signal and then filtering
25 it. So the tuning function can also be the        11:00AM

13 (Pages 46 - 49)

Page 50

1 channel selection function can also be
2 accomplished digitally as well as in an analog
3 format.
4     Q. But that's not what the patent says figure
5 9 shows is digital tuning; right?          11:01AM
6     MR. KEESE: Objection to the extent it
7 mischaracterizes the document.
8     THE WITNESS: The patent refers to figure
9 as showing an analog implementation.
10 BY MR. ENGEL:          11:01AM
11     Q. Okay. And I think in paragraph 33 of your
12 declaration, I think you point to what you just
13 discussed which is that figure 9 is an analog
14 domain but figure 3 is an example of some
15 functions being performed in a digital domain;     11:02AM
16 correct?
17     A. That's correct.
18     Q. And in figure 3 there is conversion to the
19 digital domain and then signal selection in the
20 digital domain; correct?          11:02AM
21     A. That's correct.
22     Q. And then there is conversion back to the
23 analog domain; correct?
24     A. That is correct.
25     Q. And then frequency translation and signal  11:02AM

Page 51

1 combination happens after that?
2     A. That's correct.
3     Q. And I think at paragraph 34, you say as
4 much about five lines from the bottom, you say
5 "The system in figure 3 that uses digital signal    11:02AM
6 processing further required conversion back into
7 the analog domain before combining and providing
8 to the IRDs."
9     Do you see that?
10     A. Yes. The system that's described in     11:03AM
11 figure 3 does that.
12     Q. Okay. Other than figure 9 and figure 3,
13 did you rely on any of the other embodiments of
14 the '576 patent to arrive at your opinions?
15     A. I certainly considered the other     11:03AM
16 embodiments, but I did not rely on them in my
17 declaration.
18     Q. Okay. But aren't you relying on the
19 embodiments of figure 9 and figure 3 as part of
20 your indefiniteness analysis for the '576 patent?  11:04AM
21     A. They are certainly part of that,
22 certainly.
23     Q. Did you consider figure 17 at all as part
24 of your analysis for the '576 patent?
25     A. I certainly reviewed it. I did not     11:05AM

Page 52

1 include it specifically in the analysis.
2     Q. Why not?
3     A. It seemed redundant to the information
4 provided on figure 3.
5     Q. Okay. But in figure 3 you said it     11:05AM
6 required conversion to the analog domain before
7 combining; right?
8     A. That's true. And the summing -- the
9 combination is being done electronically or
10 digitally in this implementation.     11:06AM
11     Q. And figure 17 is what you mean when you
12 say "this implementation"?
13     A. That's correct, yes.
14     Q. Figure 17 is an example of tuning and     11:06AM
15 frequency translation and filtering and summing
16 all of the digital domain?
17     A. That is correct.
18     Q. Did you consider figure 13 at all as part
19 of your analysis?
20     A. I did.          11:07AM
21     Q. It's not specifically discussed in your
22 declaration?
23     A. No, but it certainly considered it with
24 regard to how translation or techniques for
25 translation are being implemented in the     11:08AM

Page 53

1 invention.
2     Q. And is it your understanding that figure
3 17 is a block diagram of the processing elements
4 of the steps from figure 13?
5     A. The steps could be implemented with the     11:08AM
6 hardwired figure step 17. The steps shown in
7 figure 13 can be implemented, again reminding you
8 that this is only one of 16 input samplers that
9 would be included in such a large product so --
10 rather that there's 16 -- I'm sorry -- 16 channels  11:09AM
11 of input are provided and would -- individually
12 each channel would need to be processed in this
13 system.
14     Q. And if you look at figure -- excuse me,
15 column 6 of Exhibit 2 around line 11.     11:09AM
16     A. Yes.
17     Q. It says "an example of a digital combining
18 embodiment."
19     Do you see that?
20     A. Yes.          11:09AM
21     Q. And below that is figure 13; correct? The
22 distinction of figure 13; correct?
23     A. That's correct.
24     Q. And immediately below that, it says
25 "Figure 17 shows a block diagram of the processing  11:10AM

14 (Pages 50 - 53)

Page 54

1 elements to perform these steps."
2        Do you see that?
3        A. That's correct.
4        Q. So it's your understanding that figures 13
5 and figure 17 where they're placed here are        11:10AM
6 intended to be an example of a digital combining
7 element?
8        A. The combining element is shown in figure
9 17. Figure 13 is only showing the function, not
10 the -- none of the hardware that's involved.        11:10AM
11        Q. Okay. That's fair enough.
12        Let's go to column 6, around line 14.
13        Do you see where it says "Each transponder
14 channel may be frequency translated to the desired
15 new carrier frequency, then filtered to produce a        11:11AM
16 single transponder signal that can be combined
17 with other similarly selected transponder
18 channels."
19        Do you see that?
20        A. Yes.                11:11AM
21        Q. Does that sentence make sense to you?
22        A. It only makes sense in the sense that
23 they're combining a signal with channels. That
24 combination is not consistent.
25        Whether the channels themselves represent 11:11AM

Page 55

1 radiofrequency channels, the signal that is being
2 produced appears to be a digital signal, but the
3 transponder channels with which they're combined,
4 it's not clear whether or not -- I mean, it would
5 be -- it could, in fact, be some sort of hybrid.    11:12AM
6 It's not clear.
7        Q. I mean, isn't it shown in figure 13?
8        MR. KEESE: Objection. Vague and
9 ambiguous.
10        THE WITNESS: Signals are not identified  11:12AM
11 in figure 13. Only channels.
12 BY MR. ENGEL:
13        Q. I disagree with you there. Let's walk
14 through figure 13.
15        So I have another copy of the patent if    11:13AM
16 you want to put the figure next to the text if
17 that would be helpful for you.
18        A. That would be helpful. Thank you. Thank
19 you.
20        Q. Do you have figure 13 in front of you as  11:14AM
21 well as column 6 of the '576 patent?
22        A. I do.
23        Q. So figure -- the discussion of figure 13
24 is at line 19 which is directly underneath the
25 part we were just talking about. It says "The  11:14AM

Page 56

1 original spectrum 1 is frequency translated to
2 locate the transponder channel at the desired
3 frequency as shown in spectrum 2."
4        Do you see that?
5        A. Yes, I do.                11:14AM
6        Q. It says 1 is referring to the top line 1
7 it says "original spectrum figure 13"; correct?
8        A. That's correct.
9        Q. And that spectrum has been frequency
10 translated pictorially to the right on line 2    11:14AM
11 where it says "translate"?
12        A. That is correct.
13        Q. And then it says "A band pass filter then
14 passes one transponder channel and removes signal
15 information from other transponder channels shown  11:14AM
16 in figure 3."
17        Do you see that?
18        Sorry. In spectrum 3.
19        A. I see that, yes.
20        Q. And so there is reference to signal      11:15AM
21 information there with respect to figure 13;
22 correct?
23        A. Yes, which is removed signal information
24 from the transponder channel.
25        Q. The other transponder channels?        11:15AM

Page 57

1        A. Well, it says -- the other transponder
2 channels, that's right.
3        Q. So the implied connotation is there would
4 be signal information contained at the channel
5 that's labeled B in figure 13; correct?        11:15AM
6        MR. KEESE: Objection. Vague and
7 ambiguous.
8        THE WITNESS: Can you ask the question
9 again?
10 BY MR. ENGEL:                11:16AM
11        Q. Sure. Do you read the description of
12 figure 13 as saying there would be signal
13 information that's not removed from the channel
14 that's labeled B, figure 13?
15        A. Signal information that would not be      11:16AM
16 removed from channel B. It appears as if channel
17 B is being added from a sample stream from another
18 filtering section.
19        Q. What does that mean?
20        A. I'm just quoting the patent.        11:17AM
21        Q. Okay. Well, let's walk through the rest
22 of the language here.
23        It says at column 25, which is just past
24 the information we were reading about removing
25 signal information from other transponder        11:17AM

15 (Pages 54 - 57)

Page 58

1  channels, it says "This filtering operation
2  selects one transponder."
3      Do you see that?
4  A. I do.
5  Q. And this example transponder B, channel B  11:17AM
6  is selected.
7      Do you see that?
8  A. Yes, I do.
9  Q. The patent is referring to the filtering
10 operation as the selection of transponder channel  11:17AM
11 B; correct?
12 A. That's correct.
13 Q. And whatever signal information is
14 contained on channel B would also still be in that
15 channel; correct?  11:18AM
16     MR. KEESE: Objection. Vague. Ambiguous.
17     THE WITNESS: It would be included, yes.
18 BY MR. ENGEL:
19 Q. And then it goes on to say that "The
20 selected channel, B, is added to the stream from  11:18AM
21 other filtering sections represented in spectrum 4
22 to produce a composite sample stream in spectrum
23 5."
24     Do you see that?
25 A. It says that, yes.  11:18AM

Page 59

1  Q. And in spectrum 5, which is at the bottom
2  of figure 13, it says "Other selected channels are
3  represented by the channels labeled X"; correct?
4  A. That's what it says, yes.
5  Q. And isn't that entirely consistent with  11:18AM
6  the passage that we read up above at 614 where it
7  talked about each transponder channel may be
8  frequency translated to the desired new frequency
9  and filtered to produce a single transponder
10 channel and then that can be combined with other  11:18AM
11 similarly selected transponder channels?
12 A. As written, no.
13 Q. Why not?
14 A. Because you're not combining signals with
15 transponder channels. You're combining  11:19AM
16 transponder channels with transponder channels.
17 Q. You're combining transponder channels that
18 contain signals with other transponder channels
19 that contain signals?
20 A. Right. They contain signals plus other  11:19AM
21 noise, radiofrequency carrier, other aspects of
22 the carrier.
23 Q. Other aspects that those with skill in the
24 art know how to process, deal with, filter out if
25 needed?  11:19AM

Page 60

1  A. Again, it's not clear whether you can even
2  combine the signal with the channels without
3  first, you know, modulating it and making sure
4  that it is at the proper frequency. They show
5  that the frequency's here, but they don't -- they  11:20AM
6  don't articulate rendering the signal in the
7  format required for combining channels.
8  Q. Isn't the whole point of claim 14 is that
9  there is no change in the modulation?
10     MR. KEESE: Objection. Calls for a legal  11:20AM
11 conclusion. Vague and ambiguous.
12 BY MR. ENGEL:
13 Q. Go to claim 14.
14     The last element says "transmitting the
15 composite signal over the single cable from the  11:21AM
16 ODU to the IRDs where in the modulation of the
17 transponder signal is not altered by the step of
18 selecting and transmitting."
19 A. Again, they're referring to a composite
20 signal which involves transponder signals. You're  11:21AM
21 saying that modulation is not altered. Then that
22 implies that there's still potentially other
23 aspects to what is being carried through rather
24 than just the signal itself.
25 Q. Understood. But I guess why are you  11:22AM

Page 61

1  focusing on the things that are not part of the
2  claim?
3  A. Because definitiveness implies that
4  someone of state in the art can reproduce this,
5  and it's not at all obvious to me that one can do  11:22AM
6  that the way this is stated.
7  Q. Okay. Have you ever worked with satellite
8  channel stacking equipment before?
9  A. Sure.
10 Q. You're familiar with that?  11:23AM
11 A. Absolutely.
12 Q. And in what context?
13 A. We were responsible for doing all of the
14 video at our ground station at Georgia Tech for
15 national broadcasting company NBC during the  11:23AM
16 Olympics in 1996, and we went through very
17 interesting games of channel stacking to bring
18 multiple news feeds through satellites to our
19 production center on Georgia Tech campus.
20 Q. What time frame was that?  11:23AM
21 A. 1996.
22 Q. Was that done analogically?
23 A. We did it analog. We were working toward
24 digital, but at that point the art was dominantly
25 analog.  11:24AM

16 (Pages 58 - 61)

Page 62

1   Q.  Okay.  And did you ever work with digital
2  channel stacking solutions?
3   A.  Yes, we did.  When we were the first to
4  introduce CDMA multiple access on the NASA Ax
5  satellite for Ka-Band.  We were the first in the   11:24AM
6  world to accomplish that in the late '90s.
7   Q.  Did you ever do that in the context of
8  delivering satellite television to home, for
9  example?
10   A.  No.  Not to the home.   11:24AM
11   Q.  Did you ever work with any channel
12  stacking equipment that exists in the outdoor unit
13  for a satellite system?
14   A.  I have not personally worked with stacking
15  equipment for home satellite receivers.  I've   11:25AM
16  worked on all of the components for it but not on
17  the individual -- rather not on the aggregate
18  stacking device.
19   Q.  Are you familiar with a company called RF
20  Magic?   11:25AM
21   A.  No, I'm not.
22   Q.  Had you been familiar with Entropic
23  Communications, Inc., at all prior to this case?
24   A.  No, I'm not.
25   Q.  So you're not aware of what the offerings   11:25AM

Page 63

1  were in the analog or digital channel stacking
2  market?
3   A.  No.
4   Q.  Are you familiar with what DIRECTV calls
5  SWM?   11:25AM
6   A.  I've heard it before, yes.
7   Q.  Do you know what it is?
8   A.  No, I have not.
9   Q.  Are you familiar with what Dish calls its
10  Dish Pro Hybrid system?   11:25AM
11   A.  I've seen it advertised, but I don't know
12  the details.
13   Q.  Okay.  Do you know when the first digital
14  channel stacking solution was launched for the
15  consumer satellite market?   11:26AM
16   A.  Not precisely.  I know it was sometime in
17  the mid 2000s.
18   Q.  Do you know when Dish first launched its
19  digital channel stacking solution?
20   A.  No, I don't.   11:26AM
21   Q.  Do you know when DIRECTV first launched
22  its channel stacking solution -- digital channel
23  stacking solution?
24   A.  Again, sometime in the mid 2000s.
25   Q.  Would it surprise you that DIRECTV didn't   11:26AM

Page 64

1  launch digital channel stacking solution in its
2  outdoor unit until 2013?
3   A.  I'm not surprised, no, because it takes
4  awhile to develop such products.
5   Q.  Would it surprise you that Dish didn't   11:26AM
6  launch a digital channel stacking solution until
7  about 2015?
8   A.  I'm not surprised.  Again, it has, I'm
9  sure, to do with market forces.
10   Q.  Let's go to paragraph 81 of your   11:27AM
11  declaration.
12      Go about midway through paragraph 81 is a
13  sentence that starts "Based on my experience."
14      Do you see that?
15   A.  Yes.   11:28AM
16   Q.  Line 13?
17   A.  Uh-huh.
18   Q.  If you could read that sentence to
19  yourself, please.
20   A.  Yes, I read it.   11:28AM
21   Q.  This is talking about that concept you
22  were discussing just previous that a channel can
23  include more than just the information carried in
24  the transponder signal; correct?
25   A.  That's correct.   11:28AM

Page 65

1   Q.  And you cite in footnote 3 the
2  communications text that you attached at Appendix
3  B; correct?
4   A.  That's correct.
5   Q.  And I read the footnote, and I read the   11:28AM
6  text, and I didn't understand why you were citing
7  the text to support the footnotes, so maybe you
8  could explain that to me.
9   A.  I will quote from the second paragraph of
10  page 114 from Gordon & Morgan, "To send any signal   11:29AM
11  through a communication satellite, the information
12  must be superimposed upon a high frequency
13  radiofrequency signal carrier.  This is called
14  modulation.
15      "Satellite link will normally relay many   11:30AM
16  signals from a single work station keeping the
17  signals separate avoids interference requiring
18  multiplexing."
19   Q.  I have no idea where you're reading from.
20   A.  The second paragraph of 114 of the   11:30AM
21  attached reference from Morgan & Gordon.
22      But the idea is that essentially signals
23  are not the equivalent of modulated radiofrequency
24  carriers.  It requires extra steps.
25   Q.  I guess I'm still not following the   11:30AM

17 (Pages 62 - 65)

Page 66

1 footnote. Let's go back to the footnote and see
2 what it says.
3      Footnote 3 on page 31, it says "For
4 example, it is common for satellite transmitters
5 to modulate several signals on to carrier and a      11:31AM
6 particular satellite transmission would include
7 more than the signal containing the desired
8 communications such as television signals."
9      So I guess my first question is what is
10 the "such as television channels" intending to      11:31AM
11 modify there?
12      MR. KEESE:  I'm sorry.  Can you read back
13 what the last sentence was.
14      (Record read.)
15      MR. ENGEL:  It should be such as      11:31AM
16 television signals intending to modify there.
17      THE WITNESS:  It is modifying the state --
18 it's modifying the words "signal containing the
19 desired communications."
20 BY MR. ENGEL:      11:32AM
21      Q.  Okay.  So is the television signal the
22 desired communication or is it something that's in
23 addition to the signal containing the desired
24 communication?
25      A.  It could be either.  In this example, the  11:32AM

Page 67

1 desired communication would be the television
2 signal.
3      Q.  Okay.  And then what are you citing this
4 text for saying would be the more, I guess?
5      A.  In the third paragraph in the beginning of 11:33AM
6 chapter 5, there are several methods of modulation
7 multiplexing and multiple access with some
8 overlapping.
9      Multiplexing implies multiple signals on a
10 single carrier channel or satellite channel.      11:33AM
11      Q.  Okay.  So if it's multiplexed, it could
12 contain more than one signal on a transponder
13 channel is what you're saying?
14      A.  Absolutely.
15      Q.  And those with skill in the art would know 11:33AM
16 how to deal with multiplex signals when they're
17 receiving them at the ODU?
18      MR. KEESE:  Objection.  Vague and
19 ambiguous.
20      THE WITNESS:  Possibly.  I can't say if   11:34AM
21 someone -- depending on the nature of the signals,
22 you know, they may or may not -- someone even with
23 skill in the art may or may not be set up to
24 handle that problem.
25 BY MR. ENGEL:      11:34AM

Page 68

1      Q.  Claim 14 of the '576 patent doesn't
2 discuss multiplexing, does it?
3      A.  It is not mentioned in the text of the
4 claim, no.
5      Q.  Is that concept mentioned at all in the   11:35AM
6 patent?
7      A.  Yes.  There is a mention in the patent of
8 multiple carriers on a transponder channel.  I'll
9 have to look up and see the location, but I'm
10 pretty certain that it is referred to in the      11:35AM
11 specification.
12      Q.  Do you know where?
13      A.  Yes.  Column 2, lines 57 through 60.
14      Q.  Column 2, lines 57 through 60 you think
15 supports what you just said?      11:36AM
16      A.  Hold on.  I may be off.
17      Yes, it says transponder channel or
18 channels -- I may be off on that one.  Yes, I was
19 incorrect there.  I should have said column 1,
20 lines 47 through 54.  The signal's comprised of 10  11:36AM
21 transponder signals.  Yes, it says with the single
22 channel or shared by two TV signals.  It's
23 referring to a transponder with 54 megahertz
24 bandwidth.
25      This is an old analog style transponder,  11:37AM

Page 69

1 and this is basically saying the channel is shared
2 by two TV signals, and that's --
3      Q.  Okay.  And that's --
4      A.  That's column 1, line 54.
5      Q.  And that's talking about other bandwidths 11:37AM
6 that could be used in other satellite
7 communication?
8      A.  Other transponder bandwidths, yes.
9      Q.  And up above that it says "The 500
10 megahertz signal is typically comprised of 16      11:38AM
11 transponder signals of 24 megahertz bandwidth each
12 with a guard band in between each transponder
13 signal."
14      A.  That's contained in this paragraph.
15      Q.  Does that make sense to you?      11:38AM
16      A.  That's one example of a wide range of
17 transponder bandwidth selections.
18      Q.  Other than the reference to multiplexing
19 in Appendix B, is there any other discussion that
20 supports your concept that there could be more      11:38AM
21 than transponder signals on the channel?
22      MR. KEESE:  Objection.  Vague and
23 ambiguous.
24      THE WITNESS:  Well, practically speaking,
25 one in different scenarios would have more than a  11:39AM

18 (Pages 66 - 69)

Page 70

1 single transponder signal carried on a channel,
2 yes.
3 BY MR. ENGEL:
4    Q. Okay. I'm still -- I apologize. I'm not
5 trying to be difficult. When I read your          11:39AM
6 description at paragraph 81 that references
7 footnote 3 that then relies on two pages of the
8 text, I just wasn't sure where in that text you
9 were finding support for that statement in
10 footnote 3. And I don't know if you can clarify   11:40AM
11 that for us on the record.
12    A. Certainly. In paragraph 3, page 114,
13 there's reference to methods of modulation,
14 multiplexing and multiple access.
15    Q. Any other portion of pages 114 to 115 that  11:40AM
16 you intend it to refer to?
17    A. With regard to -- with regard to paragraph
18 81, the first sentence of the second paragraph "To
19 send any signal, the information must be
20 superimposed on a high frequency radiofrequency RF 11:41AM
21 signal carrier."
22       And keeping these signals separate and
23 avoiding interference requires multiplexing.
24       So, again, I'm also referring to that
25 second paragraph.                                 11:41AM

Page 71

1    Q. Okay. Looking at figure 5 of the '576
2 patent, do you know if the signals that are
3 discussed, I guess the LNB outputs, are those --
4 are those multiplexed in any way?
5    A. Multiple frequency channels are used to    11:43AM
6 multiplex signals carried on those channels.
7    Q. Can you repeat that?
8    A. Figure 5 shows multiple frequency channels
9 being used to carry their accompanying signals in
10 a composite format.                               11:43AM
11    Q. I think when you were talking about
12 multiplexed earlier in satellite communications
13 referencing the text, you said that would mean
14 that multiple signals would be carried on a single
15 channel. Is that right?                           11:44AM
16    A. On a single transponder channel, that is
17 one approach, yes. Sometimes you can use multiple
18 transponders in such a multiplex system, but very
19 often back even into the 1970s and '80s single
20 transponders were used for multiple signals.      11:44AM
21    Q. How would you demultiplex that channel at
22 the -- where would the demultiplexing take place?
23 Would it occur in the ODU?
24    A. It depends. It could be done after the
25 ODU creates a composite intermediate frequency    11:44AM

Page 72

1 signal.
2       In other words, the outputs of the ODU,
3 those outputs could be fed to a demultiplexer. It
4 could be located in a whole number of different
5 places.                                           11:45AM
6       If you digitize the signal, you could
7 demultiplex them in the digital format.
8       In this case, the digital system would
9 be -- they show it here as stream demultiplexers,
10 so those are shown in figure 10, so one could --  11:45AM
11 one could demodulate or rather demultiplex at the
12 output of the outdoor unit.
13    Q. Let's go to paragraph 82.
14       Now, one of the, I guess, uncertainties
15 that you proffer here in paragraph 82 in talking   11:47AM
16 about the transponder channels is you're unsure
17 whether it's referring to -- this is at line 6 on
18 page 32 -- "totally different transponder channels
19 than the ones related to the selected and
20 extracted transponder signals recited in the      11:48AM
21 independent claim 14."
22       Do you see that?
23    A. Yes, I do.
24    Q. And let's go to the summary of the
25 invention of the '576 patent. Column 2, line 54.  11:48AM

Page 73

1    A. Oh, in the patent.
2    Q. In column 2, line 54, says "A channel
3 selecting and combining solution is used in the
4 outdoor unit where one or more transponder
5 channels are selected from each LNB output."       11:49AM
6       Do you see that?
7    A. I do.
8    Q. And further down it says "Those selected
9 transponder channels are combined to form a
10 composite signal."                                11:49AM
11       Do you see that?
12    A. Yes, I do.
13    Q. Is there anywhere in the '576 patent that
14 it discusses selecting transponder channels for
15 any purpose other than selecting signals to form   11:49AM
16 the ultimate composite signal?
17    A. Can you ask the question again?
18    Q. Sure. Is there anywhere in the '576
19 patent that discusses selecting transponder
20 channels for any purpose other than combining them 11:50AM
21 to form the composite signal?
22    A. I would ask what you mean by "composite
23 signal."
24    Q. Composite signal claimed in claim 14 and
25 discussed in the summary of the invention where we 11:51AM

19 (Pages 70 - 73)

Page 74

1 were just looking.
2    A. Okay, that composite signal. Then I would
3 suggest that figure 10 suggests an alternative
4 that does not form the composite signal.
5    Q. Do you have any -- is figure 10 covered by   11:51AM
6 claim 14?
7    A. You asked if any were in the patent that
8 was raised.
9       But with respect to claim 14 -- yes,
10 rather figure 10 does show a limitation of        11:52AM
11 combining extracted selected transponder signals
12 into a composite signal. That is shown in figure
13 10.
14    Q. Where are you reading from?
15    A. From claim 14, the third limitation where   11:53AM
16 it says "Combining extracted selected transponder
17 signals into a composite signal."
18    Q. How is that shown in figure 10?
19    A. The composite signal emanates from the
20 data combiner, and the individual transponder     11:53AM
21 signals are being received through the outdoor
22 unit.
23    Q. Okay. But the text of the patent doesn't
24 call 1040 -- it doesn't call what comes out of
25 1030 a composite signal, does it?               11:53AM

Page 75

1    A. In the paragraph column 9, lines 26
2 through 33, it's stated that figure 10 shows an
3 alternative or signal selector selects a
4 transponder signal and where signal selector 1010
5 selects a transponder's channel. I said signal.   11:55AM
6 I meant channel.
7       Then MPEG transports stream -- MPEG is
8 M-P-E-G -- transports stream demultiplexer 1020,
9 extracts a specific video program that is combined
10 by the data combiner 1030. Several MPEG streams   11:55AM
11 are multiplexed as needed and packets are
12 formatted for transmission on a digital network.
13       That is certainly a combining of signals.
14    Q. Combining of signals because there would
15 be signal information contained in the selected    11:55AM
16 transponder channel?
17    A. Correct.
18    Q. And in this instance, it's selecting
19 transponder channels, and those channels are what
20 are combined on the ultimate output; right?        11:56AM
21    A. No. The ultimate output is the signals.
22    Q. Because it's an MPEG transport stream?
23    A. That's correct.
24    Q. Which is different than what claim 14
25 talks about?                                    11:56AM

Page 76

1       MR. KEESE: Objection. Calls for a legal
2 conclusion.
3       THE WITNESS: No. I believe the MPEG 14
4 data streams are, in fact, the extracted selected
5 transponder signals.                          11:56AM
6 BY MR. ENGEL:
7    Q. In claim 14?
8    A. Yes. Limitation 3.
9    Q. Did you apply any particular definition
10 for composite signal when you were rendering your  11:57AM
11 opinions?
12    A. I recited what was in the patent.
13       I did refer to composite signal as
14 referenced in figure 5.
15    Q. What paragraph are you looking at?         11:58AM
16    A. Paragraph 29 of my report.
17    Q. And that composite signal is made up of
18 multiple transponder channels; correct?
19    A. Multiple signals being carried on multiple
20 transponders.                                11:59AM
21    Q. In figure 5 where it's labeled "composite
22 signal," there is a diagram that has purple, red,
23 blue, green, orange and pink Rhombus shapes there?
24    A. Yes.
25    Q. Each one of those colored shapes is a      11:59AM

Page 77

1 transponder channel?
2    A. That's correct.
3    Q. And it's intended to contain transponder
4 signal information inside of the channels?
5    A. That's correct.                          11:59AM
6    Q. What is depicted there and labeled as a
7 composite signal is your understanding of the
8 composite signal for the '576 patent?
9    A. Yes.
10    Q. And is there a name for the peak between   12:00PM
11 those channels where it dips down? What's the
12 purpose of that?
13    A. That is -- there is a word. Guard band
14 sometimes it's referred to or transponder spacing,
15 and it just is configured so as to allow          12:00PM
16 separation of signals being carried on different
17 transponders.
18       MR. ENGEL: Why don't we go on break.
19       THE VIDEOGRAPHER: The time is 12:01 p.m.,
20 and we are off the record.                     12:00PM
21       (Lunch recess taken.)
22       THE VIDEOGRAPHER: The time is 1:12 p.m.,
23 and we are back on the record.
24 BY MR. ENGEL:
25    Q. Can we go to paragraph 22 of your         01:12PM

20 (Pages 74 - 77)

Page 78

1 declaration. Do you have paragraph 22?
2   A. Yes, I do.
3   Q. And in this paragraph you're talking about
4 lack of antecedent basis potentially causing a
5 claim to be indefinite.          01:13PM
6      Do you see that?
7   A. Yes, I do.
8   Q. Does the second sentence accurately
9 reflect your understanding of what antecedent
10 basis or lack of antecedent bases?          01:13PM
11   A. Yes, it does.
12   Q. And is it fair to say that if a claim says
13 "said receiver" or say "the receiver," but the
14 claim from which it depends does not say "a
15 receiver," then the claim can lack antecedent          01:13PM
16 basis?
17   A. Correct.
18   Q. Are any of the indefiniteness positions
19 you're providing in this declaration based on lack
20 of antecedent basis?          01:14PM
21   A. Yes.
22   Q. Which ones?
23   A. With regard to '576, claims 16, 17, 21, 39
24 and 41 through 42 all lack antecedent basis.
25   Q. For the selected and extracted transponder 01:14PM

Page 79

1 channels term?
2   A. Correct.
3   Q. And you're looking at paragraph 69 of your
4 declaration?
5   A. That's right.          01:15PM
6   Q. And the corresponding terms for each claim
7 are the bolded language that we discussed earlier
8 at paragraph 72, 73, 75, 76, 78 and 79; correct?
9   A. Yes.
10   Q. Okay. Let's go to claim 39. And that's   01:15PM
11 paragraph 78 of your report, or you can look at
12 the patent itself. It's up to you.
13      And the term that you have bolded here is
14 "a selected transponder channel." Correct?
15   A. Yes.          01:15PM
16   Q. Why does that lack antecedent basis?
17   A. Because the -- it's dependent on claim 38,
18 and claim 38 is dependent on claim 14, and so
19 claim 14 does not identify selected transponder
20 channel. It identifies transponder signal.          01:16PM
21   Q. Okay. But claim 38 doesn't mention the
22 word "transponder channel" at all; right?
23   A. That's correct.
24   Q. And claim 14 doesn't mention the word
25 "transponder signal" at all; correct?          01:16PM

Page 80

1   A. That's correct.
2   Q. And the first time the transponder channel
3 is introduced is in claim 39; right?
4   A. Well, no. I mean, it's -- it's used in
5 claim 17.          01:16PM
6   Q. Yeah, but --
7   A. I'm sorry, selected transponder channels.
8   Q. We're looking at claim 39 which depends on
9 claim 38 which depends on claim 14, so claim 17 is
10 not part of this discussion?          01:17PM
11   A. That's correct.
12   Q. Looking at claim 39, when selected
13 transponder channel is introduced in claim 39,
14 it's introduced as a selected transponder;
15 correct?          01:17PM
16   A. That's correct.
17   Q. So there is proper antecedent basis for
18 that term in claim 39?
19      MR. KEESE: Objection. Calls for a legal
20 conclusion.          01:17PM
21      THE WITNESS: Why would there be
22 antecedent basis as far as the transponder channel
23 is not mentioned anywhere.
24 BY MR. ENGEL:
25   Q. Well, it's mentioned in claim 39. The   01:17PM

Page 81

1 first time it shows up, it's introduced with A,
2 not B.
3   A. So you're saying that somewhere else a
4 selected transponder channel appears in the
5 independent claim?          01:17PM
6   Q. It doesn't have to appear in the
7 independent claim. It's -- the first time the
8 term is introduced, it has to be introduced as "a"
9 rather than "the" or said.
10   A. Okay.          01:18PM
11   Q. So it can be appear in the independent
12 claim or the dependent claim.
13   A. I see.
14   Q. So I just want to see if you agree with me
15 that selected transponder channel when introduced   01:18PM
16 in claim 39 has an "a" in front of it rather than
17 a "the."
18   A. It does.
19   Q. And that's the first time in this lineage
20 of claims, which is 39 depends from 38, 38 depends  01:18PM
21 from 14, that's the first time that any term using
22 "transponder channel" is introduced in that claim
23 39 lineage?
24   A. That's correct.
25   Q. Okay. So, as you sit here today, are you  01:18PM

21 (Pages 78 - 81)

Page 82

1 offering an opinion that a selected transponder
2 channel in claim 39 is indefinite because it lacks
3 antecedent basis?
4     A. Yes.
5     Q. Despite that being contrary to the law of  01:18PM
6 claim construction?
7         MR. KEESE: Objection. Argumentative.
8 Calls for a legal conclusion.
9         THE WITNESS: I don't see the presence of
10 an antecedent.                    01:18PM
11 BY MR. ENGEL:
12     Q. What do you need to see to have an
13 antecedent basis?
14     A. The term.
15     Q. Where?                    01:19PM
16     A. In the independent claim from which this
17 descends.
18     Q. So is it your opinion that to have proper
19 antecedent basis for any term in an independent
20 claim that they have to have antecedent basis for  01:19PM
21 the independent claim?
22     A. I am not equipped to answer that as far as
23 I'm not a lawyer.
24     Q. But you've offered the opinion, so you
25 either have to withdraw the opinion or answer the  01:19PM

Page 83

1 question.
2     A. My opinion is based on that. My opinion
3 is based on the lack of any antecedent structure
4 in the language of the claims in the chain.
5     Q. And when you say "claims in the chain,"  01:19PM
6 are you talking about the dependent claim 38 or
7 just independent claim 14?
8     A. 38 and 14.
9     Q. Okay. But 38 is a dependent claim, so why
10 can't 39 introduce a new element to the claim?  01:20PM
11     A. It could introduce a new element, but it's
12 not described in any way.
13     Q. Do you know what a transponder channel is?
14     A. Yes.
15     Q. So that by itself is not indefinite;  01:20PM
16 right?
17     A. A transponder channel is not referenced --
18 I guess you're making a legal argument that I'm
19 ill-equipped to advise.
20         I'll tell you my logic is. My logic is  01:20PM
21 neither 38 nor 14 from which it comes make any
22 mention of selected transponder channel or any
23 identification that the transponder signal that is
24 identified in claim 14 is, in fact -- how in any
25 way that it's reflected or how it's likely in any  01:21PM

Page 84

1 selected transponder channel.
2         MR. KEESE: Could you read that answer
3 back, please.
4         (Record read.)
5 BY MR. ENGEL:                    01:21PM
6     Q. Other than paragraph 69 and paragraph 78,
7 do you have any opinion anywhere in this
8 declaration that explains why a selected
9 transponder channel in claim 39 lacks antecedent
10 basis?                    01:23PM
11         I guess maybe let me say is paragraph 80
12 your ultimate analysis of the antecedent basis
13 issue for those claims including claim 39?
14     A. That's correct.
15     Q. So specifically you're saying because  01:23PM
16 transponder channel does not appear in claim 14 or
17 in any of the claims from which claim 39 depends
18 that the introduction of a selected transponder
19 channel in claim 39 lacks antecedent basis?
20     A. That's correct.                    01:24PM
21     Q. Is that understanding based on any
22 technical expertise of yours or is that based on
23 your understanding of the law related to claim
24 construction?
25     A. It's largely due to the technical issue of 01:24PM

Page 85

1 the ambiguity.
2     Q. What ambiguity is that?
3     A. That they're not relating the channel to
4 the transponder signal.
5     Q. Who is "they"?                    01:24PM
6     A. The authors. The petitioners for the
7 patent.
8     Q. So you're saying nowhere in the '576
9 patent is there a discussion of transponder signal
10 and transponder channel such that you can  01:25PM
11 understand what they mean?
12     A. It is left ambiguous.
13     Q. Okay. But we looked at claim 39, and you
14 said you understand what a transponder channel is
15 in the context of claim 39.                    01:25PM
16     A. Yes.
17     Q. Is your ambiguity that you don't
18 understand how that selected channel relates to
19 the selected signal in claim 14?
20     A. There's a disconnect. It's not spelled  01:25PM
21 out.
22     Q. How explicitly does it have to spell it
23 out?
24     A. At least -- well, one way would be -- I
25 mean, I would be speculating as to how to rewrite  01:25PM

22 (Pages 82 - 85)

Page 86

1 the claim 14, but certainly making some connection
2 between signals and channels would be a good
3 start.
4     Q. The patent makes a connection between
5 signals and channels; right?                01:26PM
6     A. Not unambiguously.
7     Q. So claim 38 depends from claim 39; right?
8     MR. KEESE: Objection. Mischaracterizes
9 the document.
10 BY MR. ENGEL:                               01:26PM
11    Q. Claim 39 depends from claim 38?
12    A. Yes.
13    Q. And claim 38 introduces a new step for the
14 first time; correct?
15    A. Yes, it appears to.                   01:28PM
16    Q. And that step is frequency translating the
17 digitized broadband signal prior to selecting and
18 extracting transponder signal; right?
19    A. Correct.
20    Q. And then claim 39 is talking about that   01:28PM
21 frequency translating step specifically; right?
22    A. It's talking about frequency translating.
23 But locating a selected transponder channel at
24 baseband is kind of crazy. It makes no sense.
25    Q. It makes no sense?                    01:28PM

Page 87

1     A. No, because without the transponder
2 channel, if it's converted to baseband, there will
3 be no carrier there, and there would be no face
4 information. I mean --
5     Q. But what you just said is not any part of   01:29PM
6 your opinion in your declaration; right?
7     A. No. All I said in the declaration was
8 what I said.
9     Q. Let's look at claim 41. Claim 41 also
10 depends from claim 38.                       01:30PM
11    A. It does.
12    Q. And the phrase that you take issue with
13 here is "a desired selected translated transponder
14 channel"?
15    A. Yes.                                   01:30PM
16    Q. And there is an "a" before that ultimate
17 term; right?
18    A. Yes.
19    Q. And why do you think that that term lacks
20 antecedent basis?                           01:31PM
21    A. Because of its dependence on claim 14
22 because there doesn't appear to be an
23 interconnection between the transponder signal
24 identified in claim 14 and the transponder
25 channel.                                    01:31PM

Page 88

1     Q. Does allowing an IRD to tune to a
2 transponder channel make sense to you?
3     A. Yes.
4     Q. And an IRD can tune to a transponder
5 channel even if it was frequency translated from   01:32PM
6 its original location; correct?
7     A. As long as it was translated to a
8 frequency within the frequency range of the IRD.
9     Q. Shift gears, we're going to move on to the
10 '715 patent. You can set the '576 patent aside if   01:33PM
11 you'd like.
12     So your opinion of the '715 patent starts
13 at page 32, paragraph 84 of your declaration; is
14 that right?
15    A. Yes.                                   01:34PM
16    Q. And this opinion is not based on a lack of
17 antecedent basis, is it?
18    A. To me it does. I mean, it essentially is
19 referring to an undefined action indicated in that
20 claim.                                      01:34PM
21    Q. Okay. Well, let's parse that. The term
22 that you take issue is decode specific code;
23 right?
24    A. Yes.
25    Q. And you offer some opinion regarding      01:34PM

Page 89

1 decodes, but I can't tell if that's the basis for
2 your opinion or if it's your opinion as to the
3 lack of clarity as to specific programs or both.
4     So could you clear that up for me?
5     MR. KEESE: Objection. Compound. Vague   01:35PM
6 and ambiguous.
7     THE WITNESS: I --
8     MR. ENGEL: It's fine. We'll move on.
9 I'll take it up separately.
10     In paragraph 87 you say "The claims       01:35PM
11 provide no guidance regarding what kind of
12 decoding, which is a broad term in the art, falls
13 within the ambit of claim."
14     THE WITNESS: That's correct.
15 BY MR. ENGEL:                               01:35PM
16    Q. I understand that should be claim 9.
17    A. That's correct.
18    Q. Is it your opinion that the claim has to
19 specify what type of decoding it requires?
20    A. In this context, yes.                  01:36PM
21    Q. Why?
22    A. Because someone of, you know, a person of
23 skill in the art wouldn't be able to know how to
24 build it if they didn't know the type of coding
25 that -- decoding that was necessary to retrieve   01:36PM

Page 90

1 the signal.
2    Q.  Okay.  But isn't the purpose of claiming
3 this broadly is that it would cover any type of
4 decoding?
5       MR. KEESE:  Objection.  Calls for a legal  01:36PM
6 conclusion.  Outside the scope.
7       THE WITNESS:  Without specificity, I mean,
8 I'm certain that without specificity one would not
9 be able to implement this invention.  And the
10 claim -- I mean, I'm not a lawyer.  I'm not able  01:37PM
11 to, you know, determine whether or not the
12 broadness of a claim -- I mean, obviously the
13 nature of the claims are being reviewed by the
14 patent examiners and being negotiated as it goes
15 through prosecution.                            01:37PM
16     I just find it so broad that it is not
17 clear in any way what is going to be -- what is
18 the function that's being described in this claim.
19 BY MR. ENGEL:
20    Q.  Well, you've given three types of things  01:38PM
21 you think are decoding, correct, which is
22 descrambling, receive signal, demodulating and
23 receive signal multiplexing; correct?
24    A.  Those are all types.  Yeah, those are all
25 functions that can be included in a decoder.    01:38PM

Page 91

1    Q.  So if you received an FM modulated signal,
2 you could demodulate that signal; correct?
3    A.  Correct.
4    Q.  And that would be an example of decoding?
5    A.  Demodulation might also include something  01:38PM
6 called deemphasis which is changing the spectrum
7 of the modulated signal so as to render a better
8 signal to noise ratio on the modulated signal.
9       So there's a whole number of functions
10 that are included in this besides simple         01:39PM
11 demodulation for an FM signal.
12    Q.  But demodulating an FM signal is an
13 example of decoding?
14    A.  That's one part of the decoding process.
15       Again, for someone who has worked in this  01:39PM
16 field for 40 years, demodulation without
17 deemphasis would be considered kind of not
18 completing it.  There would be a -- you'd be
19 suffering from spectral distortion.
20    Q.  Do you think that as of October 2001 that  01:39PM
21 decoding was a well understood term of art in the
22 satellite communications industry?
23       MR. KEESE:  Objection.  Calls for a legal
24 conclusion.
25       THE WITNESS:  It meant a lot of different  01:40PM

Page 92

1 things to a lot of different people.  Decoding
2 could be used in a broad spectrum of applications
3 in the sat com industry in 2001.
4 BY MR. ENGEL:
5    Q.  You provided a definition at footnote 4 on  01:40PM
6 page 33 of decode; correct?
7    A.  Yes.
8    Q.  And the definition converts a coded
9 message into intelligible language.
10    A.  Uh-huh.                                    01:40PM
11    Q.  Is that an accurate definition of
12 decoding?
13    A.  That is an accurate definition with regard
14 to language, yes, or with regard to spoken or
15 textual information.                             01:40PM
16       As I say in the second sentence, "In the
17 context of communications signal processing, the
18 coded message refers to effectively all
19 communications."
20    Q.  Because if you're not able to decode the  01:40PM
21 messages received, you're not able to understand
22 them; correct?
23    A.  Understand, yes.
24    Q.  Are you familiar with MPEG video?
25    A.  I am.                                      01:41PM

Page 93

1    Q.  Is MPEG video a type of video that can be
2 encoded and decoded?
3    A.  It can.
4    Q.  Can you look at claim 9 of the '715
5 patent.                                          01:42PM
6       So in claim 9, the decoding functionality
7 is something that the gateway does; correct?
8    A.  That is correct.
9    Q.  Okay.  And it specifically says "The
10 gateway receives the composite signal, decodes    01:42PM
11 specific programs, and distributes the programs
12 over a digital local area network."
13       Do you see that language?
14    A.  Yes.
15    Q.  I don't know if you offer an opinion on   01:43PM
16 this or not, but do you understand that the
17 antecedent basis for the program is the specific
18 programs previous to that?
19    A.  You're saying the specific programs in the
20 claim limitation?  Those words "specific programs  01:43PM
21 in the claim limitation"?
22    Q.  Yes.  I understand you take issue as to
23 specific programs as to what that means.
24    A.  Yes.
25    Q.  Do you agree whatever those are, those are 01:43PM

24 (Pages 90 - 93)

Page 94

1 the programs that are distributed over the LAN?
2    A. Well, they don't need to be. I mean, you
3 could decode a whole bunch of them and then based
4 on the specific ones that you want to provide them
5 to the LAN. You could go ahead and simply decode   01:44PM
6 everything or decode some group that you might
7 think might be popular among your user base and
8 then provide the ones that are requested.
9        So decoding specific programs does not
10 necessarily mean that they're going to show up on   01:44PM
11 the LAN.
12    Q. Okay. Let's look at the language
13 "distributes the programs over digital local area
14 network."
15        Do you see that?            01:44PM
16    A. Yes.
17    Q. And in front of "programs" is the word
18 "the"; correct?
19    A. That's correct.
20    Q. So it's not the word "a"; correct?      01:45PM
21    A. That's correct.
22    Q. And so based on your understanding of
23 antecedent basis, there should be an antecedent
24 basis for the word "programs" preceding "the
25 programs"; right?            01:45PM

Page 95

1    A. There's an antecedent basis if specific
2 programs are identified.
3    Q. Let me ask it differently.
4        Does the word "programs" appear anywhere
5 in claim 9 before the "programs" at the end of the   01:45PM
6 claim.
7    A. Yes, it does. In the previous sentence.
8    Q. The specific programs?
9    A. Right, decode specific programs.
10    Q. So that word "programs," the first time it   01:46PM
11 shows up is there, and the second time it shows up
12 is distributes the programs; correct?
13    A. Correct.
14    Q. So is it your understanding that the
15 programs is referring to the specific programs      01:46PM
16 that are decoded just previous to that element?
17    A. I'm not -- I'm not sure. It doesn't
18 necessarily mean to me, but, again, I am not an
19 expert in the law, that all the programs that are
20 decoded must be simultaneously delivered.      01:47PM
21    Q. I don't know if they need to be
22 simultaneously delivered, but I'm just asking if
23 you agree that the programs, whatever they are,
24 that are decoded by the gateway are the same ones
25 that are distributed over the LAN. Is that your   01:47PM

Page 96

1 understanding of claim 9?
2    A. Yes, it is.
3    Q. Okay. So, if I understand, your primary
4 concern with decode specific programs is you
5 cannot tell whether those specific programs are      01:48PM
6 part of the composite signal or not; is that
7 accurate?
8        MR. KEESE: Objection to the extent it
9 mischaracterizes the document.
10        THE WITNESS: That's correct.        01:48PM
11        MR. ENGEL: Okay.
12        (Plaintiff's Exhibit No. 5 marked for
13        Identification.)
14 BY MR. ENGEL:
15    Q. I've handed you what's been marked as      01:49PM
16 Exhibit 5. And are you familiar with this
17 exhibit?
18    A. Yes, I am.
19    Q. And this is Dr. Schonfeld's declaration
20 for the IPR concerning the '715 patent; correct?   01:49PM
21    A. That is correct.
22    Q. Can you turn to paragraph 81 of Dr.
23 Schonfeld's declaration. It is at page 52 of the
24 declaration.
25        And for the record, this is the      01:50PM

Page 97

1 declaration of Dr. Dan Schonfeld for IPR
2 2023-00392. It's an IPR of the U.S. Patent No.
3 7542715 and preceding a Dish Exhibit 1002. In
4 this proceeding, it is Exhibit 5 to Dr. Steffes'
5 declaration -- or deposition, excuse me.      01:50PM
6        So are you at paragraph 81?
7    A. I am.
8    Q. And so here Dr. Schonfeld is talking about
9 the '715 patent; correct?
10    A. That's correct.            01:50PM
11    Q. And specifically at the bottom of
12 paragraph 81, he talks about the gateway can be
13 more advanced and capable of both decoding
14 specific programs and distributing those programs
15 over a digital local area network to the plurality   01:51PM
16 of set top boxes as shown in figure 11?
17    A. That's correct.
18    Q. So this is consistent with what we just
19 discussed, the programs that are decoded, whatever
20 they are, those are the ones that are distributed   01:51PM
21 over the local area network according to claim 9?
22        MR. KEESE: Objection. Mischaracterizes
23 the document.
24        THE WITNESS: Yes, that appears to be the
25 case.               01:52PM

25 (Pages 94 - 97)

Page 98

1 BY MR. ENGEL:
2   Q.  So please read over paragraph 81 to
3 yourself and, you know, look at figure 11 on page
4 52 of Exhibit 5.  I'm going to go to a later
5 paragraph, and I just want to have this          01:52PM
6 context before we go there.
7   A.  Okay.
8   Q.  And if we can go to paragraph 136 of Dr.
9 Schonfeld's declaration.  That appears at page 91
10 of Exhibit 5.                                     01:53PM
11     Are you there?
12   A.  I am.
13   Q.  Okay.  And this paragraph 136 appears
14 under what Dr. Schonfeld has called element 9[g],
15 and this is the element that says "and the gateway 01:54PM
16 receives the composite signal, decodes specific
17 programs, and distributes the programs over a
18 digital local area network (LAN) to STBs"; right?
19   A.  Yes.
20   Q.  And this is the phrase where the decode   01:54PM
21 specific program shows up in the claim 9?
22   A.  That's correct.
23   Q.  And if you could read 136 to yourself, I
24 have some questions about it.
25     MR. KEESE:  I'm going to object to this    01:54PM

Page 99

1 entire line as beyond the scope.
2     THE WITNESS:  So I've read 136, but it's
3 hard to put into context without the Fisk patent
4 in front of me.  I have not reviewed the Fisk
5 patent.                                           01:56PM
6 BY MR. ENGEL:
7   Q.  But you reviewed this declaration; right?
8   A.  I did.
9   Q.  Why?
10   A.  Excuse me?                                 01:56PM
11   Q.  Why?
12   A.  To gain information about the structure of
13 the claims that were asserted and about the nature
14 of the -- the nature of the claims themselves.
15   Q.  Do you have an understanding from reading 01:56PM
16 paragraph 136 that Dr. Schonfeld is saying that
17 the composite signal includes selected satellite
18 television programs?
19   A.  Can you ask that question again?
20   Q.  Sure.  Do you understand Dr. Schonfeld to 01:57PM
21 be saying in this paragraph that he -- what he
22 calls the gateway receives selected satellite
23 television programs as part of the composite
24 signal?
25   A.  Yes, selected television programs are     01:58PM

Page 100

1 contained within the composite signal.
2   Q.  Okay.  And then in paragraph 137, isn't
3 Dr. Schonfeld saying that those received satellite
4 television programs are the programs that are
5 decoded and contained in the composite signal?    01:58PM
6   A.  You're referring to paragraph 137; right?
7   Q.  I think 137 is a continuation of 136, yes.
8 It contains the relevant part of my question.
9   A.  Okay.  Can you repeat the question?
10   Q.  Sure.  I think if you take 136 and 137    01:59PM
11 together, my understanding is that Dr. Schonfeld
12 is saying that the specific programs that are
13 decoded are programs that are contained in the
14 composite signal received at the gateway.
15     Do you agree or disagree with that?          01:59PM
16     MR. KEESE:  Objection.  Vague and
17 ambiguous.
18     THE WITNESS:  They are contained within
19 the composite signal, yes.  I believe I've already
20 answered that.                                    01:59PM
21 BY MR. ENGEL:
22   Q.  Okay.  But isn't that one of your issues
23 with the '715 patent itself is you can't tell if
24 the programs that are decoded are part of the
25 composite signal or not?                          02:00PM

Page 101

1   A.  They're not identified as such.
2   Q.  Well, isn't that the way that Dr.
3 Schonfeld is reading this claim limitation?
4   A.  I think he's assuming that the information
5 regarding the selection of the programs has been  02:00PM
6 provided.  So that's an assumption he's making.
7   Q.  What do you mean by the selection has been
8 provided?
9   A.  The selected -- rather the specific
10 programs are identified as being described in the 02:01PM
11 Fisk patent.  I don't see that specific
12 information being provided in the '715 patent.
13   Q.  Let me ask it a different way.
14     A composite signal can be a signal made up
15 of multiple transponder channels, for example?    02:02PM
16   A.  The composite signal contains the
17 transponder, right, the multiple -- the signals
18 contained within multiple transponder channels.
19   Q.  Okay.
20   A.  As we discussed earlier.                    02:02PM
21   Q.  So an example of the composite signal
22 could be ten transponder channels, and each of
23 those transponder channels could contain one
24 signal; correct?
25   A.  It could.                                   02:03PM

26 (Pages 98 - 101)

Page 102

1    Q. And I could decide to decode two of those
2  channels to obtain the information contained in
3  the signal within those two channels, and that
4  would be decoding two programs effectively;    right?
5    A. That would be decoding two channels,    02:03PM
6  that's correct, or two programs.
7    Q. Alternatively I could decode all ten of
8  those channels to recover the program; correct?
9    A. Yes.
10   Q. So why isn't either of those situations    02:03PM
11 the most reasonable interpretation of claim 9?
12   A. If we make an assumption that information
13 about the desired programs or the specific
14 programs are provided in some way.  And there's
15 no -- there's no pathway for that in this claim.    02:04PM
16   Q. There's no pathway or it's not
17 specifically spelled out?
18   A. It's not spelled out.
19   Q. Okay.  Because there is a pathway; right?
20 The set top boxes are connected to the gateway by    02:04PM
21 a local area network?
22   A. Yes, but it's not spelled out.
23   Q. And local area network means communication
24 can take place between the devices on the network?
25   A. Yes, but as described here, it's mainly a    02:04PM

Page 103

1  one-way path from here.
2    Q. When you say "described here," do you mean
3  in claim 9 or in the patent as a whole?
4    A. In claim 9, the only reference to LAN,
5  local area network, is to deliver or to distribute    02:05PM
6  the programs rather than to receive transmissions
7  from the individual set top boxes or IRDs.
8    Q. Well, doesn't it say the first element to
9  gateway and communication was to decode view and
10 at least one set top box?    02:06PM
11   A. Yes, it does.
12   Q. Does that imply one-way or two-way
13 communication?
14   A. It implies two way but not necessarily for
15 the LAN.    02:06PM
16   Q. Okay.  But that could be a separate
17 mechanism for the set top box to communicate
18 information to the gateway; correct?
19   A. Yes.
20   Q. But you're requiring the claim to spell    02:07PM
21 out why the gateway decoded specific programs and
22 where it obtained information to decode those
23 programs from?
24   A. Yes.
25   Q. Why?    02:07PM

Page 104

1    A. It's not stated in the claim.
2    Q. So is it your requirement that a claim has
3  to state every possible configuration of how to
4  implement the claim?
5    A. No, but at least give an example.    02:08PM
6    Q. So a person of ordinary skill in the art
7  would not understand that the communication to the
8  gateway of specific programs to be decoded could
9  come from the set top box?
10   A. That's one possibility, but it's not    02:08PM
11 specific.  It could be coming from another --
12 another basis, another reference of what channels
13 had been paid for by the consumer.
14   Q. Any other basis?
15   A. Quality of service.    02:09PM
16   MR. ENGEL:  Why don't we take a quick
17 break.
18   THE WITNESS:  Sure.
19   THE VIDEOGRAPHER:  The time is 2:09 p.m.,
20 and we're off the record.    02:09PM
21     (Brief recess taken.)
22   THE VIDEOGRAPHER:  The time is 2:26 p.m.,
23 and we are back on the record.
24 BY MR. ENGEL:
25   Q. Dr. Steffes, in the '715 patent, Exhibit    02:25PM

Page 105

1  3, is it your understanding that figure 11 and the
2  text discussing figure 11 includes the embodiment
3  of claim 9?
4    A. I'm not certain because it does not appear
5  to involve a frequency translator.    02:28PM
6    Q. Well, wouldn't the frequency translator
7  potentially be part of the outdoor unit that is
8  shown in figure 11?
9    A. Certainly the low noise block converter
10 involves frequency translation, but the statement    02:28PM
11 in claim 9 -- or rather claim 9 -- it refers to
12 LNB separately from claim 9, and then the
13 following limitation it says a frequency
14 translator coupled to the signal selector that is
15 capable of shifting the selected transponder    02:29PM
16 signals.
17     I cannot say and to me there is some
18 uncertainty as to whether or not 12 meets all of
19 the implementation requirements indicated in
20 figure 9 -- rather than in claim 9.    02:29PM
21   Q. Whether figure 11 meets all of the
22 limitations of claim 9?
23   A. Yes, figure 11.
24   Q. Well, let's look at -- let's look at claim
25 9 for a second here.    02:29PM

27 (Pages 102 - 105)

Page 106

1    A. Uh-huh.
2    Q. Claim 9 requires a gateway; right?
3    A. Yes.
4    Q. And it's a system claim specifically;
5  right?                                02:29PM
6    A. It is at the system level, but it was more
7  detailed than that.
8    Q. I mean, the claim is a signal distribution
9  system?
10    A. That is correct.                02:30PM
11    Q. Comprising various elements.
12    A. Correct.
13    Q. And the first one is a gateway in
14  communication with the ODU; correct?
15    A. Correct.                        02:30PM
16    Q. And that gateway is also in communication
17  with at least one set top box; correct?
18    A. That is correct.
19    Q. Okay. The gateway receives a composite
20  signal; correct?                     02:30PM
21    A. It does.
22    Q. The gateway decodes specific programs;
23  correct? And I'm not asking for an admission the
24  specific programs are known. I'm just asking one
25  of the functions of the gateway that's discussed  02:30PM

Page 107

1  is decoding specific programs?
2    A. That's true. It discusses it.
3    Q. And then the gateway distributes the
4  programs over a digital LAN to set top boxes;
5  correct?                             02:31PM
6    A. After frequency translation and combining.
7    Q. Yes. The signal selection frequency
8  translation and combining functions are also
9  elements of the system?
10    A. Correct.                        02:31PM
11    Q. Okay. Now, the description accompanying
12  figure 11 at column 9, line 44, that's the portion
13  of the '715 patent that most likely lines up with
14  the gateway elements that we discussed earlier,
15  the receiving of the composite signal, decoding  02:31PM
16  specific programs distributing the program
17  information over a digital LAN; right?
18    A. It's another alternative for doing that,
19  yes.
20    Q. Is there another alternative discussed  02:32PM
21  that includes a gateway for receiving a composite
22  signal, decoding specific programs and
23  distributing them over the LAN?
24    A. I believe figure 10 does.
25    Q. What's the gateway in figure 10?   02:32PM

Page 108

1    A. The gateway is not spelled out in 12
2  either, but as a gateway it selects signals and
3  demodulates them, demultiplexes them and then
4  combines them.
5    Q. The gateway is in figure 11, not figure 12  02:33PM
6  first.
7    A. Yes. But, again, the server gateway
8  provides interconnection with the local area
9  network which the data combiner here does as well.
10    Q. Yeah, but isn't figure 10 describing a  02:33PM
11  situation where all of that -- everything shown in
12  figure 10 is in the outdoor unit?
13    A. I did not draw that conclusion whatsoever.
14    Q. Did you read column 9, lines 15 to 22?
15    A. Yes, you're correct. The ODU does include  02:34PM
16  all the way -- all the components up to the LAN.
17    Q. So looking back at figure 11 and keeping
18  in mind column 9, line 44, which has the numerals
19  1160, 1170 and 1180, so 1160 is the gateway;
20  right?                               02:35PM
21    A. That is correct.
22    Q. 1180 is set top box?
23    A. That is correct.
24    Q. And 1170 is a digital LAN; right?
25    A. That is correct.                 02:35PM

Page 109

1    Q. Okay. Now, what's interesting about
2  figure 11, if you notice there are -- I basically
3  say three implementations here. There is one up
4  at the top where you have legacy set 207 boxes.
5    Do you see that?                    02:35PM
6    A. I do.
7    Q. It's indicating in figure 11 that there is
8  no communication between the outdoor unit and the
9  set top box; right?
10    A. That's correct.                  02:35PM
11    Q. Because the set top box receives what it
12  receives; right?
13    A. That's correct.
14    Q. And in the bottom two there is
15  communication between the outdoor unit and the set  02:36PM
16  top box because that's what's indicated by the
17  communication arrow there?
18    A. That's what's indicated, yes.
19    Q. So there is an embodiment where you have
20  new set top boxes, the middle embodiment that are  02:36PM
21  connected by a simple splitter 1150; right?
22    A. Yes.
23    Q. That's a situation where the new set top
24  boxes can receive a composite signal from the
25  outdoor unit and communicate with the outdoor  02:36PM

28 (Pages 106 - 109)

Page 110

1 unit; right?
2    A. I need to get a better understanding.
3 There is a line that says "communication," but the
4 output for the ODU appears to be a microwave link
5 -- rather a link of radiofrequency signals rather  02:36PM
6 than a two-way communication link. I need to look
7 at that. I'll need to look at that.
8    Q. Is that with respect to figure 11?
9    A. Yes. Figure 11 it would -- there's a
10 indicator that there's communication on the line  02:37PM
11 that goes to the -- from the outdoor unit to the
12 new ODU or the new STBs.
13    Q. Is that what you're talking about at
14 column 9, line 60?
15    A. Yes, it is.                02:38PM
16    Q. And so it says that any known technique
17 for two-way communication by multiple devices over
18 a signal channel could be utilized?
19    A. Any -- yes, any other known technique for
20 two-way communication by multiple devices over a  02:38PM
21 signal channel, yes.
22    Q. One example is to use an extension -- do
23 you know what that protocol is called? Do you
24 know how to pronounce?
25    A. DiSEqC.                    02:38PM

Page 111

1    Q. And that would be one example of how the
2 set top boxes could communicate with the ODU?
3    A. Yes, it can.
4    Q. And the lower -- going back to figure 11,
5 the lowermost embodiment in my mind appears to map  02:39PM
6 most closely to figure 9 because you have a
7 gateway in communication with three set top boxes
8 over a LAN and also in communication with the ODU.
9 Do you believe that that structurally describes
10 the elements in claim 9?            02:39PM
11    MR. KEESE: Objection to the extent it
12 mischaracterizes the document. Vague and
13 ambiguous.
14    THE WITNESS: I'm still having difficulty
15 locating the signal transport -- the signal -- I'm  02:41PM
16 sorry -- the frequency translator component.
17 BY MR. ENGEL:
18    Q. I think, you know, one example of that is
19 figure 17 which includes, you know, signal
20 selection, frequency translator and combiner, and  02:41PM
21 if you read the patent in its whole, those are
22 elements that could be in the ODU. I think figure
23 11, you know, is using the intelligence that the
24 ODU can include the signal collector, binary
25 packs, and that's what figure 11 says.      02:42PM

Page 112

1    A. Yes, I agree.
2    Q. All right. There's a passage in your
3 declaration on paragraph 47 when you're describing
4 the '715 patent, and you're talking about figure
5 11.                          02:42PM
6    A. Yes.
7    Q. And you say that figure 11 depicts a
8 gateway that distribute the signals from multiple
9 set top boxes over digital local area network, and
10 then you say "i.e. via a wired connection."     02:42PM
11    Do you see that?
12    A. Yes.
13    Q. Why did you use the word "wire"?
14    A. Because in the time period of this, you
15 know, patent, LANs were ubiquitously wire     02:43PM
16 connections. This patent is filed in 2006, and
17 there wasn't a lot of wifi then.
18    Q. Are you saying that a wireless LAN was not
19 known networking technology in 2001?
20    A. Not at these data rates.       02:43PM
21    Q. Okay. But was it known as a LAN
22 technology?
23    A. Yes.
24    Q. And when it discusses the -- when it
25 discusses the technology, I want to point to   02:44PM

Page 113

1 exactly what it says in the '715 patent. It's
2 column 9, line 47.
3    It says "Ethernet or other LAN technology
4 is suitable for this function"; right?
5    A. Yes.                    02:44PM
6    Q. Would you agree that in 2001 other LAN
7 technology included wireless LAN technology?
8    A. Not for these data rates, no.
9    Q. Let's put the data rates aside.
10    Do you agree that it was a known LAN    02:44PM
11 technology in 2001?
12    A. It was a known technology for LANs at
13 extremely low rates.
14    Q. So a patent cannot claim something that
15 develops in the future to be faster?        02:45PM
16    MR. KEESE: Objection. Calls for a legal
17 conclusion.
18    THE WITNESS: Yeah, that's -- I'm sorry.
19 I can't answer that one. I don't know.
20 BY MR. ENGEL:                 02:45PM
21    Q. Okay, so you can agree that other LAN
22 technology in 2001 include wireless LAN
23 technology, just that it was not fast enough at
24 the time you believe to implement this invention?
25    A. Absolutely not.            02:45PM

29 (Pages 110 - 113)

Page 114

1    Q. At what point in time would it have been
2  fast enough to implement this invention?
3    A. I would think around 2006 or '-7, about
4  the time the -- it would be about the time that
5  the ieee 802.11 A, as in alpha, standard became    02:46PM
6  widely available in hardware.
7    Q. And 802 -- ieee 802.11 is the wifi
8  standard?
9    A. There are a whole number of 802.11
10  standards, and the first one that received wide    02:47PM
11  acceptance was the B format, B as in bravo, but
12  that could not support these sorts of data rates
13  necessarily for delivery of video, so we went --
14  there was an 802.11 A which was implemented later
15  than B, in the vast majority, and that had much    02:47PM
16  more data capacity that would be compatible with
17  video.
18    Since, of course, life has changed, and
19  802.11 G, as in golf, provides a much higher data
20  rate for the wireless LANs.    02:47PM
21    Q. And the 802.11-A standard was adopted in
22  '99?
23    A. The standard was, but it was not readily
24  available for quite a while and was considered --
25  it was not readily available most -- it was only    02:48PM

Page 115

1  supported by a limited number of wireless cards.
2    Q. When the standard was adopted, there would
3  have been the availability to make an 802.11 A
4  capable system?
5    A. It would have been prototypical since the    02:48PM
6  standards were usually created before hardware was
7  developed to implement them.
8    Q. Turning back to -- one other question
9  about Dr. Schonfeld's declaration, Exhibit 5.
10  Specifically paragraph 137 we were looking at    02:49PM
11  earlier.
12    A. Yes.
13    Q. And Dr. Schonfeld gives examples of what
14  he believed -- believes decode can refer to; is
15  that correct?    02:49PM
16    A. That's correct.
17    Q. And like you, he says decode is a broad
18  term; correct?
19    A. That is correct.
20    Q. And are the examples that he gives:    02:49PM
21  descrambling, demodulating and demultiplexing, are
22  those consistent of examples of decoding that you
23  provided in your declaration?
24    A. Yes.
25    Q. Are there any other standard decoding    02:50PM

Page 116

1  techniques you can think of other than those three
2  that both of you have cited to that are relevant
3  to satellite communications?
4    A. Yes, there are others such as -- there are
5  other related functions. I was thinking    02:50PM
6  specifically of quality of service measurement
7  that is very often implemented in a decoder.
8    Q. All right. We can move on to the '008
9  patent.
10    And referring back to Exhibit 1, if we    02:51PM
11  could go to paragraph 91.
12    And I guess let's start at paragraph 90.
13  This is the beginning of your substantive opinion
14  on the claim term for the '008 which is in dispute
15  which is a source of said received signal?    02:51PM
16    A. That's correct.
17    Q. And specifically you agree with Dish's
18  construction that the equipment, for example, a
19  cable headend or satellite transmitter, that
20  transmitted the received signal is the source of    02:51PM
21  said received signal?
22    A. That's correct.
23    Q. What definition of signal are you applying
24  for your opinion?
25    A. I'm applying the same definition that is    02:52PM

Page 117

1  used in the patent which is -- in this case I'm
2  using "signal" as being the radiofrequency signal
3  that is received by the -- either the satellite
4  dish which is shown as one possible source or the
5  radiofrequency signal that is propagated through    02:54PM
6  the cable system that is also shown as a source of
7  video or source of programs.
8    Q. And radiofrequency signal is also
9  sometimes referred to as RF signal; is that fair?
10    A. That is correct.    02:54PM
11    Q. What is your understanding of what an
12  radiofrequency signal or an RF signal is?
13    A. It's a signal that functions in a spectral
14  range between tens of kilohertz up to -- up one
15  terahertz, and it is a signal that contains    02:54PM
16  information that has been modulated -- modulated
17  upon a carrier.
18    Q. So that's a term that should be well
19  understood to a person of skill in the art reading
20  this patent, for example?    02:55PM
21    A. Yes.
22    Q. So going back to your opinion, I think
23  that a cable headend is understood in view of the
24  '008 patent, but I guess what I wasn't sure was
25  what's a satellite transmitter?    02:55PM

30 (Pages 114 - 117)

Page 118

1    A.  A satellite transmitter is a transmitter
2  which carries information to or from a satellite.
3    Q.  Where would a satellite transmitter be
4  located?
5    A.  The uplink transmitter is located on the   02:56PM
6  ground which is feeding information to the
7  satellite transponder.
8      The downlink satellite transmitter is
9  aboard the spacecraft and transmits energy to the
10  ground.                              02:56PM
11    Q.  Okay.  So when you are requiring satellite
12  transmitter to be the source, are you saying it
13  could be the earth transmitter or the one in space
14  or both?
15    A.  It could be both.              02:56PM
16    Q.  Or either, I guess.
17    A.  Either, yes.
18    Q.  I think you used the phrase "satellite
19  headend."
20    A.  Yes.                          02:57PM
21    Q.  And in that instance is the satellite
22  headend located at the earth uplink or the space
23  transmitter or both?
24    A.  Both.
25    Q.  So you could call either of those the   02:57PM

Page 119

1  satellite headend?
2    A.  They are both parts of it, yes.
3    Q.  Do you know in the time period this patent
4  was filed, September 2011, did commercial
5  satellite television dishes have uplink      02:58PM
6  capabilities?
7    A.  At the time there were a limited number
8  that did, but the majority did not.
9    Q.  Typically when you had a satellite
10  Internet; right?                      02:58PM
11    A.  Right.
12    Q.  So with satellite television, there
13  wouldn't be necessarily requirement to have an
14  uplink capability?
15    A.  That's right.                  02:58PM
16    Q.  All right.  In the '008 patent, do you
17  recall the mechanism or the structure by which the
18  customer premises equipment communicates back to
19  the headend?
20      MR. KEESE:  Objection.  Vague and     02:59PM
21  ambiguous.
22      MR. ENGEL:  I can direct you to a specific
23  spot if that would help.  Look at figure 1 A in
24  column 2, line 60 to 67 of the '008 patent.
25      THE WITNESS:  Yes, they mention a wide   02:59PM

Page 120

1  area network as being a possible way.
2  BY MR. ENGEL:
3    Q.  So in figure 1, for example, the -- what
4  it's calling gateways 120 A and B can send network
5  messages to the cable headend via the WAN or wide   03:00PM
6  area network 118; right?
7    A.  Yes.  Yes, that's true.
8    Q.  And does the satellite embodiment also
9  include a WAN?
10    A.  Certainly it can.              03:00PM
11    Q.  Doesn't figure 1 include a wider area
12  network or WAN 192?
13    A.  Yes, it does.
14    Q.  And specifically at column 5, line 6 to
15  11, it talks about the gateway 196 receiving data   03:01PM
16  from the satellite dish assembly 174 via cables
17  184, so that would be receiving information from a
18  satellite transmitter through the satellite dish.
19    A.  Yes.
20    Q.  And it goes on to say "The gateway may   03:01PM
21  transmit data onto and receive data from the WAN
22  192 via broadband connection 188"; correct?
23    A.  Correct.
24    Q.  And so is that a mechanism by which the
25  satellite embodiment can communicate information   03:01PM

Page 121

1  back to a satellite transmitter via the WAN?
2    A.  Yes.
3    Q.  Do you understand one example of a WAN
4  giving a broadband connection to be the Internet?
5    A.  It certainly can be.  Yes, it certainly   03:02PM
6  can be.
7    Q.  The Internet is a wide area network?
8    A.  Absolutely.
9      MR. ENGEL:  I'm close to done.
10      MR. KEESE:  Do you want to take a      03:02PM
11  ten-minute break and collect everything?
12      MR. ENGEL:  Yes.
13      THE VIDEOGRAPHER:  The time is 3:03 p.m.,
14  and we are off the record.
15      (Brief recess taken.)             03:02PM
16      THE VIDEOGRAPHER:  The time is 3:26 p.m.,
17  and we are back on the record.
18  BY MR. ENGEL:
19    Q.  All right, before the break, we were
20  talking about the '008 patent, and I wanted to   03:25PM
21  circle back to that.
22      You know, the -- one of the examples you
23  gave for the construction of source was the cable
24  headend; correct?
25    A.  That's correct.                03:26PM

31 (Pages 118 - 121)

Page 122

1    Q. And the cable headend as depicted in
2  figure 1 A of the '08 patent there is a dashed box
3  to show what they consider to be the headend?
4    A. That's correct.
5    Q. Included in that is various equipment such   03:26PM
6  as the CMGS 114?
7    A. That's correct.
8    Q. The cable headend is the location that's
9  under the control of a cable operator typically?
10    A. Typically it is, yes. It's typically   03:26PM
11  under the control of either the cable operator or
12  if it's a large building the landlord, that sort
13  of thing.
14    Q. Okay. But one way this would work a cable
15  operator would lease out a place and install   03:27PM
16  equipment to create their headend for a certain
17  geographical location?
18    A. That's correct.
19    Q. And in a satellite context, the equivalent
20  to a satellite headend is essentially the   03:27PM
21  earth-based uplink center?
22    A. It can be. But some of the satellite
23  headends use multiple earth-based uplink
24  transmitters, and in that case they refer to it as
25  the headend in the sky, so the headend is up on   03:27PM

Page 123

1  the spacecraft. The pathway is from ground-based
2  transmitters.
3    Q. I mean in the cable context, there's not
4  one headend for a cable company particularly.
5  There is multiple headends to serve different   03:28PM
6  geographic regions; right?
7    A. That's correct.
8    Q. In the satellite context, it sounds like
9  you could have multiple earth-based headends as
10  well.   03:28PM
11    A. That's correct.
12    Q. Okay. And the satellite headend or uplink
13  center, that includes equipment operated by the
14  satellite operator?
15    A. Yes.   03:28PM
16    Q. And that location you would consider to be
17  controlled by the satellite operator?
18    A. Yes.
19    Q. When you were opining on the '08 patent,
20  going back to figure 3, you know we discussed that   03:28PM
21  there is a broadband connection 188? Do you see
22  that?
23    A. Figure 3.
24    Q. I'm sorry, figure 1 C. The third figure
25  of the patent, figure 1 C.   03:29PM

Page 124

1    A. Right. Okay. And your question again?
2    Q. Sure. We discussed there's a broadband
3  connection 188 there?
4    A. That's correct.
5    Q. And the Internet can be an example of a   03:29PM
6  broadband connection?
7    A. The wide area network, yes.
8    Q. Did you ever consider that the wide area
9  network 192 was the wide area network of the
10  satellite operator?   03:29PM
11    A. It could be if the satellite operator was
12  so equipped.
13    Q. And in the cable example, the figure 1 A,
14  what they're calling 118, that wide area network,
15  that hybrid fiber coaxial network, that's a wide   03:30PM
16  area network that the cable operators maintain;
17  right?
18    A. That's one -- one implementation. It's
19  not required, but that's one that can -- could
20  exist.   03:30PM
21    Q. I mean, the typical -- the typical
22  implementation would be that the cable network
23  operators are responsible for deploying the fiber
24  connections and the coaxial connections to deliver
25  content to their customers; right?   03:31PM

Page 125

1    A. That's very common, yes.
2    Q. And that's similar to the example you used
3  earlier with Georgia Tech when you implemented
4  that cable network, that was Georgia Tech's
5  network; right?   03:31PM
6    A. That's correct.
7    MR. ENGEL: I'm going to mark one more
8  exhibit.
9    (Plaintiff's Exhibit No. 6 marked for
10    Identification.)   03:32PM
11  BY MR. ENGEL:
12    Q. I will represent to you Exhibit 6 is part
13  of the file history from the '576 re-exam. If you
14  want me to get you a copy of the entire file
15  history, I will. It was quite large, so I didn't   03:32PM
16  want to reprint the whole thing.
17    Exhibit 6 is the replacement statement for
18  the request for reexamination of the '576 patent;
19  correct?
20    A. Yes.   03:32PM
21    Q. And this was filed by RF Magic, Inc.;
22  correct?
23    A. That's correct.
24    Q. That's a -- do you know if at the time
25  that was a different company than Entropic?   03:32PM

32 (Pages 122 - 125)

Page 126

1     A. I'm not certain about that at this date.
2  I'm not certain whether there were acquisitions
3  and there were two versions of Entropic, so I'm
4  not exactly sure what the status was when this was
5  filed.                                    03:33PM
6     Q. Perfectly fine.
7        So I did want to turn your attention to
8  page 10. And specifically under the heading Roman
9  numeral V and section A there it says "The
10 published '576 Patent is directed to a satellite   03:33PM
11 receiving system where transponder signals
12 (sometimes referred to as transponder channels)
13 from a broadband satellite signal are selected and
14 combined."
15     Do you see that?                        03:33PM
16    A. Yes, I see that statement.
17    Q. Did you consider this statement by RF
18 Magic that transponder signals are sometimes
19 referred to transponder channels at all during the
20 formation of your opinions in this case?        03:33PM
21    A. I did not.
22    Q. Why not?
23    A. Because my experience shows me that
24 signals and channels are not identical. After 40
25 years of teaching in this field, signals and       03:34PM

Page 127

1  channels are not identical.
2     Q. Are they related at all?
3     A. Well, as I mentioned extensively, the
4  channel can contain multiple signals, and the
5  channel may also involve, you know, effects of     03:34PM
6  noise, of all sorts of different and physical
7  effects that affect its performance, the structure
8  of antennas, whatever.
9        So the channel is a physical layer. The
10 transponder signals are, in fact, information that  03:35PM
11 have been modulated onto a radiofrequency carrier
12 and therefore provides transmission of the
13 information but does not reflect the physical
14 nature of the channel.
15    Q. But those are set at -- sent at physical   03:35PM
16 layer channels; the transponder signals are sent
17 at physical layer channels?
18    A. They are sent through physical layer
19 channels, yes, exactly right.
20    Q. But the opposite is not true -- I guess,   03:35PM
21 strike that.
22       A channel can exist without a signal on
23 it; right?
24    A. That is correct.
25    Q. Now, did you consider for the '08 patent   03:35PM

Page 128

1  whether the source of the received signal could be
2  the cable operator or the satellite operator?
3     A. Yes.
4     Q. And do you think it could be?
5     A. The source could be either, yes.         03:36PM
6        MR. ENGEL: Let me just confer with
7  counsel. I think we're almost done.
8        (Discussion held off the record.)
9  BY MR. ENGEL:
10    Q. One last question. We are still on.      03:37PM
11       So are you planning to or have you been
12 asked to do a tech tutorial for this case?
13    A. I have.
14    Q. And at this point do you know if it's
15 going to contain information that's not already in  03:37PM
16 your declaration?
17    A. At this point I think it will contain
18 mostly that information in my declaration. There
19 will probably, since it is tutorial for the judge,
20 it will probably contain some additional            03:37PM
21 information, but it will be largely based on this
22 report -- or on this declaration, I should say.
23       MR. ENGEL: I have no further questions
24 for this witness at this time.
25       MR. KEESE: I only have a couple.         03:38PM

Page 129

1  EXAMINATION BY MR. KEESE:
2     Q. Dr. Steffes, do you recall when counsel
3  asked you about paragraph 47 of your declaration?
4     A. Yes, I do.
5     Q. And specifically when counsel asked you  03:38PM
6  about whether a local area network would be a wire
7  connection.
8        Do you recall that?
9     A. I do.
10    Q. And do you recall when counsel asked you  03:38PM
11 about the '715 patent and whether -- sorry, the
12 '715 patent at column 9?
13    A. Yes, I do.
14    Q. My question is in 2001 or 2002 would it
15 have been common to specify that a network was a   03:39PM
16 wireless LAN if you were talking about anything
17 other than a wired local area network?
18       MR. ENGEL: Objection. Leading.
19       THE WITNESS: A wireless LAN would have
20 been special and would have been identified as      03:39PM
21 such.
22 BY MR. KEESE:
23    Q. And do you recall when you were asked
24 about figure 11 of the '715 patent, Dr. Steffes?
25    A. Yes.                                  03:39PM

33 (Pages 126 - 129)

Page 130

1    Q.  And specifically when you were asked about
2  elements 1160, 1170 and 1180 described in the '715
3  patent?
4    A.  Yes, I remember those questions.
5    Q.  Does the description in column 9 discuss   03:40PM
6  or disclose that the STBs labeled 1180 communicate
7  back to the ODU?
8       MR. ENGEL:  Objection.  Leading.
9       THE WITNESS:  Yes, it does.
10 BY MR. KEESE:                        03:40PM
11   Q.  Where does it discuss that?
12   A.  With regard to figure -- with regard to
13  figure 10, it does.  I'm sorry.  With regard to
14  figure 11.
15      No, I don't see it in the description of   03:41PM
16  figure 11.
17      MR. KEESE:  No further questions.
18      MR. ENGEL:  I think we're done.
19      THE VIDEOGRAPHER:  The time is 3:41 p.m.,
20  and that concludes the deposition.          03:41PM
21      (Whereupon, the deposition was concluded
22       at 3:41 p.m.)
23
24
25

Page 131

1  STATE OF CALIFORNIA    )
2                   )  ss.
3  COUNTY OF ALAMEDA      )
4
5       I, KIMBERLEY RICHARDSON, a Shorthand
6  Reporter, State of California, do hereby certify:
7       That PAUL G. STEFFES, Ph.D., in the
8  foregoing deposition named, was present and by me
9  sworn as a witness in the above-entitled action at
10  the time and place therein specified;
11      That said deposition was taken before me at
12  said time and place, and was taken down in
13  shorthand by me, a Certified Shorthand Reporter of
14  the State of California, and was thereafter
15  transcribed into typewriting, and that the
16  foregoing transcript constitutes a full, true and
17  correct report of said deposition and of the
18  proceedings that took place;
19      That before completion of the proceedings,
20  review of the transcript was requested.
21      IN WITNESS WHEREOF, I have hereunder
22  subscribed my hand this 29th day of April 2023.
23
24      KIMBERLEY RICHARDSON
        State of California, CSR No. 5915
25      Oregon CSR No. 15-0438

34 (Pages 130 - 131)

[& - 2]

| & | | | |
|---|---|---|---|
| **&**   3:15,19 10:25 11:2 18:16 65:10,21 | **1002**   97:3 **1010**   75:4 **1020**   75:8 **1030**   74:25 75:10 | **1180**   108:19,22 130:2,6 **12**   105:18 108:1,5 | 87:21,24 **15**   35:4,9,12,13 35:14 108:14 **15-0438**   1:21 131:25 |

**0**

| | | | |
|---|---|---|---|
| **0010534**   9:14 **008**   10:8 17:14 20:22 21:2 28:2 29:5 116:8,14 117:24 119:16 119:24 121:20 **07775**   1:4 5:21 **07959**   1:10 **08**   122:2 123:19 127:25 | **1040**   74:24 **10561**   9:14 **10562**   9:22 **10586**   9:22 **10587**   10:5 **10598**   10:5 **10:44**   46:22 **10:56**   46:25 **11**   53:15 97:16 98:3 105:1,2,8 105:21,23 107:12 108:5 | **120**   120:4 **125**   2:19 **129**   2:4 **12:01**   77:19 **13**   52:18 53:4,7 53:21,22 54:4 54:9 55:7,11 55:14,20,23 56:7,21 57:5 57:12,14 59:2 64:16 | **16**   30:20 32:3 33:24 34:15,22 37:5 38:10 53:8,10,10 69:10 78:23 **17**   30:20 32:3 35:13,17,22 37:5,6 38:10 51:23 52:11,14 53:3,6,25 54:5 54:9 78:23 |

**1**

| | | | |
|---|---|---|---|
| **1**   2:12 5:15 9:1 9:6 12:18 19:3 23:11 30:17 48:15 56:1,6,6 68:19 69:4 116:10 119:23 120:3,11 122:2 123:24,25 124:13 **1-4**   5:3 **10**   68:20 72:10 74:3,5,10,13,18 75:2 107:24,25 108:10,12 126:8 130:13 **100**   16:16 | 108:17 109:2,7 110:8,9 111:4 111:23,25 112:5,7 120:15 129:24 130:14 130:16 **1120**   4:3 **114**   65:10,20 70:12,15 122:6 **115**   70:15 **1150**   109:21 **1160**   108:19,19 130:2 **1170**   108:19,24 130:2 **118**   120:6 124:14 | **136**   98:8,13,23 99:2,16 100:7 100:10 **137**   100:2,6,7 100:10 115:10 **14**   12:18,21 13:12 23:10 28:15 34:6 35:14 36:17,21 37:4 47:6,8,13 47:15 49:14 54:12 60:8,13 68:1 72:21 73:24 74:6,9 74:15 75:24 76:3,7 79:18 79:19,24 80:9 81:21 83:7,8 83:21,24 84:16 85:19 86:1 | 80:5,9 111:19 **174**   120:16 **18**   1:23 5:1,6 **184**   120:17 **188**   120:22 123:21 124:3 **18th**   3:4 **19**   55:24 **1900**   5:23 **192**   120:12,22 124:9 **196**   120:15 **1970s**   71:19 **1996**   61:16,21 **1:12**   77:22 |

**2**

| |
|---|
| **2**   2:14 9:8,12 9:15 19:3 47:4 53:15 56:3,10 |

68:13,14 72:25
73:2 119:24
**20**   7:21
**2000s**   63:17,24
**2001**   91:20
92:3 112:19
113:6,11,22
129:14
**2002**   129:14
**2006**   112:16
114:3
**2008**   11:18
**2011**   119:4
**2013**   64:2
**2015**   64:7
**2023**   1:23 3:4
5:1,7 131:22
**2023-00392**
97:2
**2023-00393**
29:5
**2023-392**   28:25
**206-359-8888**
4:4
**206-370-7964**
3:21
**207**   109:4
**20s**   10:16
**21**   30:21 32:3
32:13 36:1,7
37:5 38:10
78:23
**21376**   131:23
**22**   32:6,9,14
77:25 78:1

108:14
**24**   69:11
**25**   10:16 57:23
**26**   75:1
**28**   30:17 38:25
**29**   45:16 76:16
**2900**   3:20
**29th**   131:22
**2:09**   104:19
**2:22**   1:4,10
5:21
**2:26**   104:22

---

**3**

**3**   2:15 9:8,20
9:23 18:21
50:14,18 51:5
51:11,12,19
52:4,5 56:16
56:18 65:1
66:3 70:7,10
70:12 76:8
105:1 123:20
123:23
**30**   39:20
**31**   18:18 48:14
48:14 66:3
**312-807-4236**
3:17
**32**   48:14 72:18
88:13
**33**   18:18,18
50:11 75:2
92:6
**3300**   3:16

**3365**   1:22
**34**   51:3
**38**   32:21 36:10
36:15,21 79:17
79:18,21 80:9
81:20,20 83:6
83:8,9,21 86:7
86:11,13 87:10
**39**   30:21 32:4
32:17,20 36:16
36:24 38:10
78:23 79:10
80:3,8,12,13,18
80:25 81:16,20
81:23 82:2
83:10 84:9,13
84:17,19 85:13
85:15 86:7,11
86:20
**392**   29:2
**3:03**   121:13
**3:26**   121:16
**3:41**   130:19,22

---

**4**

**4**   2:16 9:8 10:3
10:6 58:21
92:5
**40**   91:16
126:24
**41**   9:6 30:21
32:4 36:16
37:21,22 38:4
38:10 78:24
87:9,9

**42**   30:21 32:4
34:17 35:1
37:5 38:10
78:24
**44**   107:12
108:18
**47**   68:20 112:3
113:2 129:3
**48**   36:16

---

**5**

**5**   2:12,14,15,16
2:17 28:16
39:22 45:15
58:23 59:1
67:6 71:1,8
76:14,21 96:12
96:16 97:4
98:4,10 115:9
120:14
**500**   69:9
**52**   96:23 98:4
**520**   16:19
**54**   68:20,23
69:4 72:25
73:2
**57**   68:13,14
**576**   9:18 13:15
13:16,20,25
20:22 23:13,14
23:22 24:3,23
24:25 28:22
30:20,25 39:22
45:1,5 47:3
48:18 51:14,20
51:24 55:21

68:1 71:1
72:25 73:13,18
77:8 78:23
85:8 88:10
125:13,18
126:10
**5915**   1:21
131:24

## 6

**6**   2:19 19:3,3
53:15 54:12
55:21 72:17
120:14 125:9
125:12,17
**60**   68:13,14
110:14 119:24
**60602**   3:16
**614**   59:6
**64**   20:14
**65**   21:1 49:4
**67**   119:24
**68**   32:6,18 39:3
39:9
**69**   79:3 84:6

## 7

**7**   2:3 19:12
114:3
**7,130,576**   2:14
2:20
**7,542,715**   2:15
**70**   3:16
**7130576**   9:12
**715**   9:25 20:21
25:7,10,17,21

25:23 26:8,21
29:2 88:10,12
93:4 96:20
97:9 100:23
101:12 104:25
107:13 112:4
113:1 129:11
129:12,24
130:2
**72**   33:20,21
38:17 39:17
79:8
**73**   34:17 38:17
39:17 79:8
**74**   35:3
**75**   35:16 38:17
39:17 79:8
**7542715**   9:20
97:3
**76**   35:25 38:17
39:17 79:8
**77**   36:9,13
**78**   36:24 38:17
39:17 79:8,11
84:6
**79**   37:22 38:17
39:17 79:8

## 8

**8**   49:4
**8,792,008**   2:16
**80**   7:19 84:11
**802**   114:7
**802.11**   114:5,7
114:9,14,19,21
115:3

**80s**   71:19
**81**   64:10,12
70:6,18 96:22
97:6,12 98:2
**82**   72:13,15
**84**   88:13
**87**   89:10
**8792008**   10:4

## 9

**9**   48:20,23,24
49:5,18 50:5,9
50:13 51:12,19
75:1 89:16
93:4,6 95:5
96:1 97:21
98:14,21
102:11 103:3,4
105:3,11,11,12
105:20,20,22
105:25 106:2
107:12 108:14
108:18 110:14
111:6,10 113:2
129:12 130:5
**90**   116:12
**90s**   22:1 62:6
**91**   98:9 116:11
**925**   3:20
**930**   49:6
**940**   49:8
**96**   2:17
**97209**   4:4
**97258**   5:24
**98104**   3:20

**99**   114:22
**9:38**   3:5 5:1,6

## a

**a.m.**   3:5 5:1,6
46:22,25
**able**   17:17
89:23 90:9,10
92:20,21
**aboard**   118:9
**above**   59:6
69:9 131:9
**absolutely**
22:23 61:11
67:14 113:25
121:8
**acceptance**
114:11
**access**   62:4
67:7 70:14
**accompanying**
71:9 107:11
**accomplish**
62:6
**accomplished**
50:2
**accurate**   92:11
92:13 96:7
**accurately**   78:8
**acquisitions**
126:2
**action**   3:7 6:5
88:19 131:9
**actually**   30:11
42:11

[added - area]                                                    Page 4

**added**  20:3
  57:17 58:20
**addition**  28:6
  44:4 66:23
**additional**
  12:20 13:1,6
  13:10 128:20
**additions**  21:9
**address**  24:12
**addressed**
  42:11
**addressing**
  25:3
**administer**  6:4
**admission**
  106:23
**adopted**  114:21
  115:2
**advanced**
  97:13
**advertised**
  63:11
**advice**  26:18
**advise**  83:19
**affect**  127:7
**affiliations**
  6:10
**aggregate**
  62:17
**ago**  21:19
**agree**  5:13
  40:22 45:1,6
  45:11 81:14
  93:25 95:23
  100:15 112:1

113:6,10,21
  116:17
**ahead**  94:5
**alameda**  131:3
**allow**  77:15
**allowing**  88:1
**alpha**  114:5
**altered**  60:17
  60:21
**alternative**
  49:6 74:3 75:3
  107:18,20
**alternatively**
  102:7
**ambiguity**  85:1
  85:2,17
**ambiguous**
  41:21 49:16
  55:9 57:7
  58:16 60:11
  67:19 69:23
  85:12 89:6
  100:17 111:13
  119:21
**ambit**  89:13
**amplifiers**
  19:25 21:19
**analog**  49:6,11
  49:19 50:2,9
  50:13,23 51:7
  52:6 61:23,25
  63:1 68:25
**analogically**
  61:22

**analysis**  30:18
  51:20,24 52:1
  52:19 84:12
**annotated**
  45:16
**answer**  8:4,9
  8:13 31:6,16
  45:24 82:22,25
  84:2 113:19
**answered**
  100:20
**answers**  8:19
**antecedent**
  37:18 78:4,9
  78:10,15,20,24
  79:16 80:17,22
  82:3,10,13,19
  82:20 83:3
  84:9,12,19
  87:20 88:17
  93:17 94:23,23
  95:1
**antennas**  19:24
  127:8
**apologize**  70:4
**appeal**  11:9
  29:24
**appear**  49:13
  81:6,11 84:16
  87:22 95:4
  105:4
**appearance**  6:8
**appearances**
  3:13 6:10

**appeared**  3:6
**appears**  9:6
  55:2 57:16
  81:4 86:15
  97:24 98:9,13
  110:4 111:5
**appendix**  18:1
  18:1,7,9,12,22
  18:25 19:5
  65:2 69:19
**applicable**
  24:14 49:19
**applications**
  92:2
**apply**  42:19,22
  43:10,24 76:9
**applying**
  116:23,25
**approach**
  71:17
**appropriate**
  24:12
**approximately**
  10:15,16 11:18
  14:12 16:13
**april**  1:23 3:4
  5:1,6 131:22
**area**  32:16
  93:12 94:13
  97:15,21 98:18
  102:21,23
  103:5 108:8
  112:9 120:1,6
  120:11 121:7
  124:7,8,9,14,16

**[area - behalf]**                                                                 Page 5

129:6,17
**argued**  32:13
**argument**
   83:18
**argumentative**
   82:7
**arrive**  51:14
**arrow**  109:17
**art**  20:17 59:24
   61:4,24 67:15
   67:23 89:12,23
   91:21 104:6
   117:19
**article**  37:16
**articulate**  60:6
**aside**  88:10
   113:9
**asked**  30:25
   31:12 45:25
   46:1,2 74:7
   128:12 129:3,5
   129:10,23
   130:1
**asking**  8:3
   95:22 106:23
   106:24
**aspects**  44:7
   59:21,23 60:23
**assembly**
   120:16
**asserted**  24:9
   27:4 29:14
   99:13
**assertion**  29:9

**assignee**  14:3
**assisted**  21:21
**assume**  8:13
   14:1,2 22:15
   24:16 29:12
   41:8
**assumed**  24:10
**assuming**  35:13
   101:4
**assumption**
   101:6 102:12
**at&t**  1:7 5:18
   11:2 15:9,12
   15:16
**attached**  18:5,6
   18:8 19:4 65:2
   65:21
**attaching**  18:24
**attachments**
   17:25
**attempted**  31:8
**attention**  31:17
   126:7
**attorney**  6:12
**attorneys**  10:24
   11:2 15:4
**audio**  5:12
**authored**  15:19
   26:2
**authorized**  6:4
**authors**  85:6
**availability**
   115:3
**available**  41:25
   114:6,24,25

**avenue**  3:20
**avoiding**  70:23
**avoids**  65:17
**aware**  62:25
**awhile**  25:13
   64:4
**ax**  62:4

**b**

**b**  2:10 18:1,12
   18:22,25 57:5
   57:14,16,17
   58:5,5,11,14,20
   65:3 69:19
   81:2 114:11,11
   114:15 120:4
**b1**  2:14,15
**b2**  2:16
**back**  18:12
   19:12 23:10
   30:12 42:17
   47:1 50:22
   51:6 66:1,12
   71:19 77:23
   84:3 104:23
   108:17 111:4
   115:8 116:10
   117:22 119:18
   121:1,17,21
   123:20 130:7
**background**
   19:12
**bad**  39:6
**balance**  12:1,5
**band**  56:13
   62:5 69:12

77:13
**bandwidth**
   68:24 69:11,17
**bandwidths**
   69:5,8
**base**  94:7
**baseband**
   86:24 87:2
**based**  24:22
   27:20 38:6
   64:13 78:19
   83:2,3 84:21
   84:22 88:16
   94:3,22 122:21
   122:23 123:1,9
   128:21
**bases**  78:10
**basically**  27:3
   69:1 109:2
**basis**  25:18
   37:18 78:4,10
   78:16,20,24
   79:16 80:17,22
   82:3,13,19,20
   84:10,12,19
   87:20 88:17
   89:1 93:17
   94:23,24 95:1
   104:12,14
**bearing**  44:24
**beginning**  6:11
   37:10 38:14
   67:5 116:13
**behalf**  6:14,17
   15:16 16:23

[behalf - carries]

22:9,25
**believe** 11:4,11
  13:5 16:11
  17:14 23:4
  25:21 27:11
  33:3 34:10
  41:4 42:12
  76:3 100:19
  107:24 111:9
  113:24
**believed** 115:14
**believes** 115:14
**better** 91:7
  110:2
**beyond** 26:23
  29:16 99:1
**billing** 16:17
**binary** 111:24
**bit** 26:11 28:13
**block** 53:3,25
  105:9
**blocks** 39:23
**blue** 76:23
**board** 11:9
  29:24
**body** 32:18
**bold** 34:4,18
**bolded** 34:1
  35:6,19 36:3
  36:12,25 37:25
  38:7,9,16
  39:16 79:7,13
**bolding** 34:13
**bottom** 51:4
  59:1 97:11

109:14
**box** 103:10,17
  104:9 106:17
  108:22 109:9
  109:11,16
  122:2
**boxes** 97:16
  102:20 103:7
  107:4 109:4,20
  109:24 111:2,7
  112:9
**brackets** 33:10
  38:16,21 39:15
**bravo** 114:11
**break** 17:17
  77:18 104:17
  121:11,19
**breaking** 46:20
**brief** 46:24
  104:21 121:15
**briefly** 19:7
**bring** 61:17
**broad** 89:12
  90:16 92:2
  115:17
**broadband**
  47:17,21 86:17
  120:22 121:4
  123:21 124:2,6
  126:13
**broadcasting**
  61:15
**broadly** 90:3
**broadness**
  90:12

**brought** 24:14
  31:17
**build** 89:24
**building**
  122:12
**bullet** 28:17,24
  29:4
**bunch** 94:3

**c**

**c** 123:24,25
**cable** 21:5,10
  21:14,20,22,23
  22:3,5,9,13,15
  22:21,25 23:5
  60:15 116:19
  117:6,23 120:5
  121:23 122:1,8
  122:9,11,14
  123:3,4 124:13
  124:16,22
  125:4 128:2
**cables** 22:18
  120:16
**california** 1:2
  1:21 5:20
  131:1,6,14,24
**call** 74:24,24
  118:25
**called** 18:15
  62:19 65:13
  91:6 98:14
  110:23
**calling** 120:4
  124:14

**calls** 14:15,15
  14:16 24:18
  25:25 60:10
  63:4,9 76:1
  80:19 82:8
  90:5 91:23
  99:22 113:16
**campus** 22:4
  61:19
**capabilities**
  119:6
**capability**
  119:14
**capable** 97:13
  105:15 115:4
**capacity**
  114:16
**cards** 115:1
**carefully** 33:4
**carried** 40:25
  41:2 42:25
  60:23 64:23
  70:1 71:6,14
  76:19 77:16
**carrier** 43:2,5
  44:7,20,24
  54:15 59:21,22
  65:13 66:5
  67:10 70:21
  87:3 117:17
  127:11
**carriers** 43:23
  65:24 68:8
**carries** 118:2

**[carry - claim]**                                                                     Page 7

| | | | |
|---|---|---|---|
| **carry**  71:9 | **certified**  3:5 | 79:22 80:2,13 | **chapter**  67:6 |
| **case**  5:21 10:17 | 131:13 | 80:22 81:4,15 | **check**  10:22 |
| 10:18,24 11:1 | **certify**  131:6 | 81:22 82:2 | **chicago**  3:16 |
| 11:15,22 15:8 | **chain**  83:4,5 | 83:13,17,22 | **circle**  121:21 |
| 15:12,16 20:18 | **change**  60:9 | 84:1,9,16,19 | **cite**  65:1 |
| 28:10 32:9 | **changed**  22:2 | 85:3,10,14,18 | **cited**  116:2 |
| 33:3 62:23 | 114:18 | 86:23 87:2,14 | **citing**  65:6 67:3 |
| 72:8 97:25 | **changing**  91:6 | 87:25 88:2,5 | **city**  7:7 |
| 117:1 122:24 | **channel**  33:11 | 110:18,21 | **claim**  2:13 9:2 |
| 126:20 128:12 | 33:15 37:1 | 127:4,5,9,14,22 | 10:18 11:12 |
| **cases**  7:22 | 38:1 39:11,24 | **channels**  30:22 | 25:2 26:2,7 |
| 10:12,21 12:2 | 40:12,14,16,18 | 34:2,19,25 | 27:4 30:3 |
| 12:2,5 | 40:23 41:1,2,5 | 35:20 36:4 | 31:12 32:6,11 |
| **category**  13:10 | 41:9,17,19 | 38:15,22 40:3 | 32:13,15,21,23 |
| **cause**  3:9 | 42:18,23 43:11 | 40:9 45:18,20 | 32:23,24 33:24 |
| **causing**  78:4 | 43:14,15,16,19 | 46:13 49:7 | 34:6,15,17,22 |
| **caution**  31:4,14 | 44:1,13,13,18 | 53:10 54:18,23 | 35:1,4,9,12,13 |
| **ccrr**  1:20 | 44:21,23 45:3 | 54:25 55:1,3 | 35:13,14,14,16 |
| **cdma**  62:4 | 45:7,9,13,21 | 55:11 56:15,25 | 35:22,25 36:7 |
| **cell**  7:22 | 48:24 50:1 | 57:2 58:1 59:2 | 36:10,15,16,17 |
| **center**  61:19 | 53:12 54:14 | 59:3,11,15,16 | 36:21,21,24 |
| 122:21 123:13 | 56:2,14,24 | 59:16,17,18 | 37:21,22 38:4 |
| **central**  1:2 5:20 | 57:4,13,16,16 | 60:2,7 66:10 | 38:7,9,10,11 |
| **certain**  24:20 | 58:5,10,14,15 | 68:18 71:5,6,8 | 39:10,16 47:6 |
| 26:3,10 28:5 | 58:20 59:7,10 | 72:16,18 73:5 | 47:8,13,15 |
| 30:18 68:10 | 61:8,17 62:2 | 73:9,14,20 | 48:11,12 49:14 |
| 90:8 105:4 | 62:11 63:1,14 | 75:19,19 76:18 | 60:8,13 61:2 |
| 122:16 126:1,2 | 63:19,22,22 | 77:4,11 79:1 | 68:1,4 72:21 |
| **certainly**  8:22 | 64:1,6,22 | 80:7 86:2,5 | 73:24 74:6,9 |
| 22:20 30:1 | 67:10,10,13 | 101:15,18,22 | 74:15 75:24 |
| 44:11 51:15,21 | 68:8,17,22 | 101:23 102:2,3 | 76:7 78:5,12 |
| 51:22,25 52:23 | 69:1,21 70:1 | 102:5,8 104:12 | 78:14,15 79:6 |
| 70:12 75:13 | 71:15,16,21 | 126:12,19,24 | 79:10,17,18,18 |
| 86:1 105:9 | 73:2 75:5,6,16 | 127:1,16,17,19 | 79:19,21,24 |
| 120:10 121:5,5 | 77:1 79:14,20 | | 80:3,5,8,9,9,9 |

**[claim - company]**

80:12,13,18,25
81:5,7,12,12,16
81:22 82:2,6
82:16,20,21
83:6,7,9,10,24
84:9,13,16,17
84:19,23 85:13
85:15,19 86:1
86:7,7,11,11,13
86:20 87:9,9
87:10,21,24
88:20 89:13,16
89:18 90:10,12
90:18 93:4,6
93:20,21 95:5
95:6 96:1
97:21 98:21
101:3 102:11
102:15 103:3,4
103:20 104:1,2
104:4 105:3,11
105:11,12,20
105:22,24
106:2,4,8
111:10 113:14
116:14
**claimed**  73:24
**claiming**  90:2
**claims**  23:13,17
23:24 24:7,17
24:25 25:9,23
26:4 28:3 29:9
30:18,20 31:2
31:8,9 32:3
33:7,13 36:16

37:4,5 38:7
47:10 78:23
81:20 83:4,5
84:13,17 89:10
90:13 99:13,14
**clarify**  70:10
**clarity**  89:3
**clean**  32:2
**clear**  8:2 13:19
15:7 19:2 55:4
55:6 60:1 89:4
90:17
**client**  11:15
**clients**  17:2
**close**  121:9
**closely**  111:6
**cmgs**  122:6
**coaxial**  21:25
22:3 124:15,24
**code**  88:22
**coded**  92:8,18
**coders**  19:25
**coding**  89:24
**coie**  4:3 6:16
17:2
**collect**  121:11
**collector**
111:24
**colored**  76:25
**columbia**  5:23
**column**  49:4
53:15 54:12
55:21 57:23
68:13,14,19
69:4 72:25

73:2 75:1
107:12 108:14
108:18 110:14
113:2 119:24
120:14 129:12
130:5
**com**  92:3
**combination**
51:1 52:9
54:24
**combine**  60:2
**combined**
54:16 55:3
59:10 73:9
75:9,20 126:14
**combiner**  74:20
75:10 108:9
111:20
**combines**  108:4
**combining**  51:7
52:7 53:17
54:6,8,23
59:14,15,17
60:7 73:3,20
74:11,16 75:13
75:14 107:6,8
**comcast**  22:19
22:20
**come**  26:16
104:9
**comes**  74:24
83:21
**coming**  104:11
**commencing**
3:4

**commercial**
119:4
**common**  66:4
125:1 129:15
**communicate**
103:17 109:25
111:2 120:25
130:6
**communicated**
45:3,7,12
**communicates**
119:18
**communication**
18:16 19:20
21:6,11,15
44:10 65:11
66:22,24 67:1
69:7 102:23
103:9,13 104:7
106:14,16
109:8,15,17
110:3,6,10,17
110:20 111:7,8
**communicati...**
1:4,10 5:18
6:14 19:14
20:11,12 31:5
31:16 62:23
65:2 66:8,19
71:12 91:22
92:17,19 116:3
**company**  21:19
22:15 61:15
62:19 123:4
125:25

compatible
  114:16
completely
  41:25
completing
  91:18
completion
  131:19
component
  17:13 111:16
components
  19:24 44:4
  62:16 108:16
composite
  58:22 60:15,19
  71:10,25 73:10
  73:16,21,22,24
  74:2,4,12,17,19
  74:25 76:10,13
  76:17,21 77:7
  77:8 93:10
  96:6 98:16
  99:17,23 100:1
  100:5,14,19,25
  101:14,16,21
  106:19 107:15
  107:21 109:24
compound   89:5
comprised
  68:20 69:10
comprising
  106:11
concept   64:21
  68:5 69:20

concern   96:4
concerning
  96:20
concerns   31:18
concluded
  130:21
concludes
  130:20
conclusion
  24:19 25:25
  28:1 60:11
  76:2 80:20
  82:8 90:6
  91:24 108:13
  113:17
conclusions
  27:16,19
conduct   49:23
confer   128:6
configuration
  104:3
configurations
  19:22
configured
  77:15
confirm   18:8
  33:7 36:19
  38:6
confirmed
  10:11
connected
  102:20 109:21
connection
  86:1,4 112:10
  120:22 121:4

123:21 124:3,6
  129:7
connections
  112:16 124:24
  124:24
connotation
  57:3
consider   51:23
  52:18 122:3
  123:16 124:8
  126:17 127:25
considered
  12:13 27:18
  31:22 51:15
  52:23 91:17
  114:24
consistency
  31:9
consistent   26:3
  54:24 59:5
  97:18 115:22
constitutes
  131:16
construction
  2:13 9:2 10:18
  11:13 25:3
  30:3 82:6
  84:24 116:18
  121:23
constructions
  39:10
consultant
  21:18
consumer
  63:15 104:13

contain   41:5
  45:20 46:2,6,9
  59:18,19,20
  67:12 77:3
  101:23 127:4
  128:15,17,20
contained   17:9
  38:11 39:15
  40:8 41:9
  42:18 44:14,20
  57:4 58:14
  69:14 75:15
  100:1,5,13,18
  101:18 102:2
containing   66:7
  66:18,23
contains   100:8
  101:16 117:15
content   40:7
  124:25
contents   31:4
  31:15
context   7:13
  27:3 45:1,5
  61:12 62:7
  85:15 89:20
  92:17 98:6
  99:3 122:19
  123:3,8
continuation
  100:7
continue   5:12
contract   15:12
contrary   82:5

[control - data]                                                      Page 10

**control**   122:9
   122:11
**controlled**
   123:17
**conversations**
   5:10
**conversion**
   50:18,22 51:6
   52:6
**converted**   87:2
**converter**
   105:9
**converts**   92:8
**copy**   55:15
   125:14
**corporation**
   1:13 4:1 6:18
**correct**   8:16
   9:3,4 11:22,22
   12:6,19 13:23
   15:10,20 17:6
   19:1 24:4
   28:20,23 30:18
   30:19,24 32:5
   32:8 33:14
   34:3,16,19,20
   35:7,10,15,17
   36:4,5,13,14,18
   36:23 37:1,2,5
   37:23 38:1,2
   38:12,24 39:18
   40:5,21,24
   41:6,7,14,19
   42:20,24 43:14
   43:21 44:2,16

44:23 45:18,22
46:7,10,11,14
46:15,17 48:18
48:21,22 49:12
49:14 50:16,17
50:20,21,23,24
51:2 52:13,17
53:21,22,23
54:3 56:7,8,12
56:22 57:5
58:11,12,15
59:3 64:24,25
65:3,4 75:17
75:23 76:18
77:2,5 78:17
79:2,8,14,23,25
80:1,11,15,16
81:24 84:14,20
86:14,19 88:6
89:14,17 90:21
90:23 91:2,3
92:6,22 93:7,8
94:18,19,20,21
95:12,13 96:10
96:20,21 97:9
97:10,17 98:22
101:24 102:6,8
103:18 106:10
106:12,14,15
106:17,18,20
106:23 107:5
107:10 108:15
108:21,23,25
109:10,13
115:15,16,18

115:19 116:16
116:22 117:10
120:22,23
121:24,25
122:4,7,18
123:7,11 124:4
125:6,19,22,23
127:24 131:17
**corrections**
   17:22
**correspond**
   33:8
**corresponding**
   79:6
**corresponds**
   34:10
**couch**   4:3
**counsel**   6:9,21
   8:7 14:10,17
   14:20 26:18
   128:7 129:2,5
   129:10
**counsel's**   7:24
**county**   131:3
**couple**   128:25
**coupled**   105:14
**course**   19:14,18
   19:19 20:3
   30:4 40:17
   114:18
**court**   1:1 5:20
   6:2,20 8:17
   12:2,4,6
**cover**   19:18
   38:16 39:16

90:3
**covered**   47:13
   74:5
**covers**   19:19
**crazy**   86:24
**create**   25:2
   122:16
**created**   25:2
   26:1 115:6
**creates**   71:25
**creek**   7:8
**criminal**   7:22
**csr**   1:21,21,22
   131:24,25
**current**   20:1
**curriculum**
   19:4
**customer**
   119:18
**customers**
   124:25
**cv**   1:4,10 5:21
   11:5 18:6,8
   19:5,7,9

**d**

**d**   2:1
**dan**   2:17 97:1
**daniel**   4:2 6:16
**dashed**   122:2
**data**   22:17
   74:20 75:10
   76:4 108:9
   112:20 113:8,9
   114:12,16,19
   120:15,21,21

date   126:1
dated   16:11
day   3:4 131:22
deal   59:24
   67:16
dealt   23:5
decide   41:25
   102:1
declaration
   2:12,17 9:1
   11:20 12:16
   15:18 16:1
   17:6,25 18:3,9
   18:19 19:13
   24:3,7,23
   25:21 26:8,21
   27:2,19,20,23
   28:7,15 33:6
   39:21 45:16
   48:14 50:12
   51:17 52:22
   64:11 78:1,19
   79:4 84:8 87:6
   87:7 88:13
   96:19,23,24
   97:1,5 98:9
   99:7 112:3
   115:9,23
   128:16,18,22
   129:3
declarations
   27:10,22
decode   88:22
   92:6,20 94:3,5
   94:6 95:9 96:4

98:20 102:1,7
   103:9,22
   115:14,17
decoded   93:2
   95:16,20,24
   97:19 100:5,13
   100:24 103:21
   104:8
decoder   90:25
   116:7
decodes   89:1
   93:10 98:16
   106:22
decoding   89:12
   89:19,25 90:4
   90:21 91:4,13
   91:14,21 92:1
   92:12 93:6
   94:9 97:13
   102:4,5 107:1
   107:15,22
   115:22,25
deemphasis
   91:6,17
deep   20:13
defendants   1:9
   1:15 4:1 6:17
defending   6:19
defined   39:24
definition
   20:16 22:21
   49:2 76:9 92:5
   92:8,11,13
   116:23,25

definitions
   20:21
definitiveness
   61:3
degree   21:3
deliver   103:5
   124:24
delivered   95:20
   95:22
delivering   62:8
delivery   114:13
demodulate
   72:11 91:2
demodulates
   108:3
demodulating
   90:22 91:12
   115:21
demodulation
   91:5,11,16
demultiplex
   71:21 72:7,11
demultiplexer
   72:3 75:8
demultiplexers
   72:9
demultiplexes
   108:3
demultiplexing
   71:22 115:21
depend   36:16
dependence
   87:21
dependent   31:9
   32:11,14,20

47:10 79:17,18
   81:12 83:6,9
depending
   67:21
depends   32:11
   35:13,14 36:17
   42:4 71:24
   78:14 80:8,9
   81:20,20 84:17
   86:7,11 87:10
depicted   77:6
   122:1
depicts   112:7
deploying
   124:23
deposed   7:9 8:1
   11:21
deposition   1:17
   3:1 5:16,22
   12:9,22 14:9
   15:5 17:4 97:5
   130:20,21
   131:8,11,17
depositions
   7:17,19
descends   82:17
descrambling
   90:22 115:21
described
   49:18 51:10
   83:12 90:18
   101:10 102:25
   103:2 130:2
describes   111:9

**[describing - distribution]**                                         Page 12

| | | | |
|---|---|---|---|
| **describing** 108:10 112:3 | **different** 20:21 20:24 24:13 26:18 31:11 33:13 34:8,21 37:3,9 39:2,8 47:7 69:25 72:4,18 75:24 77:16 91:25 92:1 101:13 123:5 125:25 127:6 | **dips** 77:11 | **dish** 1:13,14,14 4:1,1,1 6:17,17 6:18,18 9:3,14 14:10 15:8 16:24 28:8 29:8,12 31:12 63:9,10,18 64:5 97:3 117:4 120:16 120:18 |
| **description** 57:11 70:6 107:11 130:5 130:15 | | **direct** 119:22 | |
| | | **directed** 126:10 | |
| | | **directly** 55:24 | |
| **design** 17:14 19:23 | | **directv** 1:7 5:18 9:3 15:5,9,12 15:16 63:4,21 63:25 | |
| **desired** 49:6 54:14 56:2 59:8 66:7,19 66:22,23 67:1 87:13 102:13 | | | |
| | **differently** 45:10 95:3 | **disagree** 55:13 100:15 | **dish's** 116:17 |
| | | | **dishes** 119:5 |
| | **difficult** 70:5 | **disclose** 130:6 | **dispute** 116:14 |
| **despite** 82:5 | **difficulty** 111:14 | **disconnect** 85:20 | **disputed** 30:18 |
| **detail** 25:14 | | | **distinct** 40:1 |
| **detailed** 106:7 | **digital** 48:10,25 49:19 50:5,15 50:19,20 51:5 52:16 53:17 54:6 55:2 61:24 62:1 63:1,13,19,22 64:1,6 72:7,8 75:12 93:12 94:13 97:15 98:18 107:4,17 108:24 112:9 | **discuss** 15:23 16:4 19:13 20:10 68:2 130:5,11 | **distinction** 53:22 |
| **details** 63:12 | | | |
| **determine** 31:1 90:11 | | **discussed** 37:4 50:13 52:21 71:3 73:25 79:7 97:19 101:20 106:25 107:14,20 123:20 124:2 | **distinctly** 27:25 |
| **develop** 64:4 | | | **distortion** 91:19 |
| **developed** 21:25 115:7 | | | **distribute** 103:5 112:8 |
| **develops** 113:15 | | **discusses** 42:12 73:14,19 107:2 112:24,25 | **distributed** 94:1 95:25 97:20 |
| **device** 62:18 | | | |
| **devices** 102:24 110:17,20 | | **discussing** 64:22 105:2 | **distributes** 93:11 94:13 95:12 98:17 107:3 |
| | **digitally** 50:2 52:10 | | |
| **diagram** 53:3 53:25 76:22 | **digitize** 72:6 | **discussion** 24:10 55:23 69:19 80:10 85:9 128:8 | **distributing** 97:14 107:16 107:23 |
| | **digitized** 47:22 86:17 | | |
| **difference** 27:24 37:6,17 37:17 | | | |
| | **digitizing** 47:16 49:24 | **diseqc** 110:25 | **distribution** 22:4 106:8 |
| **differences** 21:1 | | | |

| | | | |
|---|---|---|---|
| **district** 1:1,2 5:20,20 12:2,4 12:6 | **draw** 27:19 108:13 | 60:14 83:10,11 95:16 98:14,15 103:8 | 49:21 50:10 55:12 57:10 58:18 60:12 |
| **dkeese** 4:5 | **due** 84:25 | **elements** 53:3 | 66:15,20 67:25 |
| **doctoral** 21:3 | **duly** 3:8 | 54:1 106:11 | 70:3 76:6 |
| **document** 29:16 30:10 49:16 50:7 86:9 96:9 97:23 111:12 | **dunn** 15:16 | 107:9,14 111:10,22 130:2 | 77:18,24 80:24 82:11 84:5 86:10 89:8,15 90:19 92:4 |
| | **e** | | |
| | **e** 2:1,10 75:8 | **elizabeth** 3:19 6:15 | |
| **documents** 12:12,15,16,17 13:10 | **earlier** 10:11 41:4 71:12 79:7 101:20 107:14 115:11 125:3 | **elizabeth.wei...** 3:21 | 96:11,14 98:1 99:6 100:21 104:16,24 111:17 113:20 119:22 120:2 121:9,12,18 |
| **doing** 61:13 107:18 | | **emanates** 74:19 | |
| **domain** 48:10 48:25 50:14,15 50:19,20,23 51:7 52:6,16 | **earth** 20:9 118:13,22 122:21,23 123:9 | **embodiment** 49:13 53:18 105:2 109:19 109:20 111:5 120:8,25 | 125:7,11 128:6 128:9,23 129:18 130:8 130:18 |
| **dominantly** 61:24 | **easier** 28:13 49:3 | **embodiments** 51:13,16,19 | **engineering** 21:4 |
| **downlink** 118:8 | **easily** 17:18 | **encoded** 93:2 | **entire** 41:17 44:18,18 99:1 125:14 |
| **dr** 2:12 5:16 15:19,22 16:3 24:2,6,16,22 25:20 26:1,6 26:19 27:9 28:6 96:19,22 97:1,4,8 98:8 98:14 99:16,20 100:3,11 101:2 104:25 115:9 115:13 129:2 129:24 | **effect** 17:21 | **energy** 118:9 | |
| | **effectively** 92:18 102:4 | **engaged** 15:14 15:15 16:9,10 16:23 17:1 | **entirely** 59:5 |
| | **effects** 127:5,7 | | **entirety** 47:8 |
| | **either** 13:9 18:2 20:7,12 22:16 66:25 82:25 102:10 108:2 117:3 118:16 118:17,25 122:11 128:5 | **engagement** 16:11 | **entities** 14:6 15:8 |
| | | **engel** 2:3 3:15 6:13,13 7:1 23:7 24:21 26:5 27:1 29:21 30:11,15 31:10,19 39:6 39:7 42:2 46:21 47:2 | **entitled** 131:9 |
| | | | **entity** 16:24 22:16 |
| | **electrical** 21:3 | | **entropic** 1:4,10 5:17 6:14 9:3 9:14 14:1,2 26:4 29:14 |
| | **electronically** 52:9 | | |
| | **element** 47:15 47:24 54:7,8 | | |

62:22 125:25
126:3
**equipment**
21:20 61:8
62:12,15
116:18 119:18
122:5,16
123:13
**equipped**  82:22
83:19 124:12
**equivalent**
65:23 122:19
**error**  17:7,9,20
**errors**  17:5
**essentially**
65:22 88:18
122:20
**ethernet**  113:3
**evaluation**
19:23
**exactly**  17:12
37:8 45:8
113:1 126:4
127:19
**exam**  125:13
**examination**
2:3,4 7:1 129:1
**examined**  3:8
23:22
**examiner**  23:13
23:17 25:9
28:3
**examiners**
90:14

**example**  22:19
50:14 52:14
53:17 54:6
58:5 62:9 66:4
66:25 69:16
91:4,13 101:15
101:21 104:5
110:22 111:1
111:18 116:18
117:20 120:3
121:3 124:5,13
125:2
**examples**
115:13,20,22
121:22
**exception**
26:15
**excerpt**  18:15
**excluded**  44:25
**excuse**  23:6
53:14 97:5
99:10
**exhibit**  2:12,14
2:15,16,17,19
5:3 9:1,6,12,15
9:20,23 10:3,6
12:18 19:3
23:11 30:17
47:4 48:15
53:15 96:12,16
96:17 97:3,4
98:4,10 104:25
115:9 116:10
125:8,9,12,17

**exhibits**  8:23
9:8 12:10
**exist**  124:20
127:22
**exists**  62:12
**experience**  21:5
21:10,13 22:8
64:13 126:23
**expert**  2:12
7:14,16 10:12
11:7,10 16:21
16:24 95:19
**expertise**  84:22
**explain**  65:8
**explains**  84:8
**explicitly**  85:22
**explore**  26:11
**extension**
110:22
**extensively**
127:3
**extent**  23:2
29:15 30:9
49:15 50:6
96:8 111:11
**extra**  65:24
**extracted**  30:22
33:11 34:2
38:15,21 39:11
72:20 74:11,16
76:4 78:25
**extracting**
47:25 48:5
86:18

**extraction**  48:9
**extracts**  75:9
**extremely**
113:13

**f**

**face**  87:3
**fact**  29:12 41:1
55:5 76:4
83:24 127:10
**fair**  8:5,15,21
20:23 30:6
31:24 33:23
34:24 40:4,9
54:11 78:12
117:9
**falls**  89:12
**familiar**  9:15
9:23 10:6
61:10 62:19,22
63:4,9 92:24
96:16
**far**  37:4 80:22
82:22
**fast**  113:23
114:2
**faster**  113:15
**fed**  72:3
**feeding**  118:6
**feeds**  61:18
**feel**  8:25
**fiber**  124:15,23
**field**  21:4 91:16
126:25
**fifth**  28:17

**[figure - further]**                                                    Page 15

figure 39:22
  45:15 48:20,23
  48:24 49:5,18
  50:4,8,13,14,18
  51:5,11,12,12
  51:19,19,23
  52:4,5,11,14,18
  53:2,4,6,7,14
  53:21,22,25
  54:5,8,9 55:7
  55:11,14,16,20
  55:23,23 56:7
  56:16,21 57:5
  57:12,14 59:2
  71:1,8 72:10
  74:3,5,10,12,18
  75:2 76:14,21
  97:16 98:3
  105:1,2,8,20,21
  105:23 107:12
  107:24,25
  108:5,5,10,12
  108:17 109:2,7
  110:8,9 111:4
  111:6,19,22,25
  112:4,7 119:23
  120:3,11 122:2
  123:20,23,24
  123:24,25
  124:13 129:24
  130:12,13,14
  130:16
figures 54:4
file 12:23,25
  13:2,9,14,16,20

  13:21 23:12,16
  25:6 125:13,14
filed 5:19 13:24
  14:5 28:8
  112:16 119:4
  125:21 126:5
files 13:22
filing 11:10
filled 7:24
filter 42:20,20
  42:22,24 43:10
  43:24 44:16
  56:13 59:24
filtered 44:22
  54:15 59:9
filtering 49:24
  52:15 57:18
  58:1,9,21
financially 6:6
find 41:13,16
  90:16
finding 70:9
fine 9:17 17:19
  46:21 89:8
  126:6
finish 8:3
firm 6:3 15:15
  17:2
first 3:8 14:13
  60:3 62:3,5
  63:13,18,21
  66:9 70:18
  80:2 81:1,7,19
  81:21 86:14
  95:10 103:8

  106:13 108:6
  114:10
fish 10:24 11:2
fisk 99:3,4
  101:11
fit 22:21
five 18:11 51:4
fm 91:1,11,12
focus 20:25
  43:8
focusing 61:1
following 32:24
  65:25 105:13
follows 6:25
footnote 18:21
  18:25 65:1,5
  66:1,1,3 70:7
  70:10 92:5
footnotes 65:7
forces 64:9
foregoing
  131:8,16
form 20:1 73:9
  73:15,21 74:4
format 49:20
  50:3 60:7
  71:10 72:7
  114:11
formation
  126:20
formatted
  75:12
found 23:21
four 18:11

fourth 3:20
frame 61:20
free 8:25
frequency
  39:23,25 44:12
  44:14 45:3,7,9
  50:25 52:15
  54:14,15 56:1
  56:3,9 59:8,8
  60:4 65:12
  70:20 71:5,8
  71:25 86:16,21
  86:22 88:5,8,8
  105:5,6,10,13
  107:6,7 111:16
  111:20
frequency's
  60:5
front 9:9 47:3
  55:20 81:16
  94:17 99:4
full 7:4 131:16
fully 33:17
function 49:18
  49:23,25 50:1
  54:9 90:18
  113:4
functionality
  93:6
functions 50:15
  90:25 91:9
  106:25 107:8
  116:5 117:13
further 29:4
  51:6 73:8

**[further - history]**                                                              Page 16

128:23 130:17
**future** 113:15

**g**

**g** 1:18 2:12 3:1
3:6 6:23 75:8
98:14 114:19
131:7
**gain** 99:12
**games** 61:17
**gates** 3:15,19
6:13
**gateway** 93:7
93:10 95:24
97:12 98:15
99:22 100:14
102:20 103:9
103:18,21
104:8 106:2,13
106:16,19,22
106:25 107:3
107:14,21,25
108:1,2,5,7,19
111:7 112:8
120:15,20
**gateways** 120:4
**gears** 88:9
**geographic**
123:6
**geographical**
122:17
**geolocation**
20:2
**georgia** 7:8
19:15 21:22,23
22:10,24 61:14

61:19 125:3,4
**gibson** 15:15
**give** 8:2 12:11
104:5
**given** 90:20
**gives** 115:13,20
**giving** 121:4
**go** 5:13 18:11
19:7 20:14,25
23:10 30:16
32:22 33:17,20
35:3 39:20
42:17 46:18
48:13,13 49:3
49:4 54:12
60:13 64:10,12
66:1 72:13,24
77:18,25 79:10
94:5 98:4,6,8
116:11
**goes** 58:19
90:14 110:11
120:20
**going** 5:6 31:3
88:9 90:17
94:10 98:4,25
111:4 117:22
123:20 125:7
128:15
**golf** 114:19
**good** 5:5 7:2,3
10:10 16:8
23:8 46:21
86:2

**gordon** 18:16
65:10,21
**graduate** 19:14
**green** 76:23
**gregory** 5:16
7:6
**ground** 7:25
19:22,24 20:8
61:14 118:6,10
123:1
**group** 94:6
**guard** 69:12
77:13
**guess** 22:9
32:17 34:7
46:5 60:25
65:25 66:9
67:4 71:3
72:14 83:18
84:11 116:12
117:24 118:16
127:20
**guidance** 89:11
**guy** 16:8

**h**

**h** 2:10
**hand** 20:21,22
131:22
**handed** 96:15
**handle** 67:24
**happens** 30:2
51:1
**hard** 22:17
99:3

**gordon**... 
**hardware**
54:10 114:6
115:6
**hardwired** 53:6
**head** 8:20
**headend**
116:19 117:23
118:19,22
119:1,19 120:5
121:24 122:1,3
122:8,16,20,25
122:25 123:4
123:12
**headends**
122:23 123:5,9
**heading** 32:3,7
32:18 34:11
38:14,20,24
126:8
**heard** 63:6
**held** 128:8
**help** 119:23
**helpful** 55:17
55:18
**hereunder**
131:21
**high** 65:12
70:20
**higher** 114:19
**hired** 10:12
**history** 12:24
12:25 13:2,9
13:14,16,20,21
23:12,16 25:6
125:13,15

**[hold - installation]**                                                    Page 17

**hold** 68:16
**home** 62:8,10
  62:15
**hour** 3:4 16:19
  46:20
**hours** 14:19
  16:15,16
**huh** 41:11
  64:17 92:10
  106:1
**hybrid** 55:5
  63:10 124:15

**i**

**i.e.** 39:24
  112:10
**idea** 65:19,22
**identical**
  126:24 127:1
**identification**
  5:4 83:23
  96:13 125:10
**identified**
  31:21 55:10
  83:24 87:24
  95:2 101:1,10
  129:20
**identifies** 79:20
**identify** 79:19
**ieee** 114:5,7
**iii** 21:2
**illinois** 3:16
**immediately**
  53:24
**implement** 90:9
  104:4 113:24

114:2 115:7
**implementati...**
  50:9 52:10,12
  105:19 124:18
  124:22
**implementati...**
  109:3
**implemented**
  52:25 53:5,7
  114:14 116:7
  125:3
**implied** 26:9
  57:3
**implies** 60:22
  61:3 67:9
  103:14
**imply** 103:12
**include** 40:10
  44:8 52:1
  64:23 66:6
  91:5 108:15
  111:24 113:22
  120:9,11
**included** 35:12
  36:15 53:9
  58:17 90:25
  91:10 113:7
  122:5
**includes** 20:1
  38:20 99:17
  105:2 107:21
  111:19 123:13
**including** 6:9
  19:20 44:15
  84:13

**inconsistencies**
  27:22 31:25
**inconsistency**
  32:17
**incorrect** 68:19
**indefinite**
  23:14,18,25
  24:7,17 25:10
  28:4 29:10
  30:23 31:2,13
  31:22 32:14,15
  32:15 34:15
  35:1,10,23
  36:7,22 38:4
  38:11 48:6
  78:5 82:2
  83:15
**indefiniteness**
  23:20 24:9,14
  25:4,5,18
  26:10,12 27:25
  29:19 30:7
  51:20 78:18
**independent**
  27:13 31:9
  72:21 81:5,7
  81:11 82:16,19
  82:21 83:7
**indicate** 24:6
**indicated** 88:19
  105:19 109:16
  109:18
**indicating**
  109:7

**indicator**
  110:10
**individual**
  62:17 74:20
  103:7
**individually**
  53:11
**industry** 91:22
  92:3
**information**
  11:3 20:1,8
  52:3 56:15,21
  56:23 57:4,13
  57:15,24,25
  58:13 64:23
  65:11 70:19
  75:15 77:4
  87:4 92:15
  99:12 101:4,12
  102:2,12
  103:18,22
  107:17 117:16
  118:2,6 120:17
  120:25 127:10
  127:13 128:15
  128:18,21
**initiated** 19:13
**inline** 21:19
**input** 53:8,11
**inside** 41:10,18
  77:4
**install** 122:15
**installation**
  21:21

**[instance - know]**                                                    Page 18

instance   75:18
  118:21
integral   12:25
intelligence
  111:23
intelligible   92:9
intend   34:14
  43:17 70:16
intended   18:4
  34:9 38:16
  39:15 54:6
  77:3
intending   38:8
  66:10,16
inter   11:8
  20:11 27:10
  28:8,17
interconnecti...
  87:23 108:8
interested   6:6
interesting
  61:17 109:1
interference
  65:17 70:23
intermediate
  71:25
internet   119:10
  121:4,7 124:5
interpretation
  102:11
interpretations
  26:2
intrinsic   29:25
introduce   8:24
  9:10 62:4

83:10,11
introduced
  80:3,13,14
  81:1,8,8,15,22
introduces
  86:13
introduction
  84:18
invalidity
  23:19
invention   53:1
  72:25 73:25
  90:9 113:24
  114:2
inventions   14:7
involve   105:5
  127:5
involved   10:23
  10:23 11:1,24
  14:7 42:9 43:3
  54:10
involves   60:20
  105:10
involving   7:22
  10:24
ipr   11:10,20,23
  24:3,8,15,17,23
  25:20 26:13
  28:22,24 29:2
  29:5,5,20
  96:20 97:1,2
ipr2023-00391
  28:18
iprs   29:24

ird   88:1,4,8
irds   51:8 60:16
  103:7
issue   19:10
  20:10,17 25:4
  28:9 30:8
  32:19 84:13,25
  87:12 88:22
  93:22
issues   100:22
itc   12:2,4,6

**j**

jason   3:15 6:13
jason.engel
  3:17
jem   1:4,10 5:21
johns   7:8
judge   128:19
jwh   1:4,10 5:21

**k**

k   3:15,19
k&l   6:13
ka   62:5
keeping   65:16
  70:22 108:17
keese   2:4 4:2
  6:16,16 14:22
  23:2 24:18
  25:24 26:23
  29:15 30:9
  31:3,14 39:4
  41:20 46:19
  49:15 50:6
  55:8 57:6

58:16 60:10
  66:12 67:18
  69:22 76:1
  80:19 82:7
  84:2 86:8 89:5
  90:5 91:23
  96:8 97:22
  98:25 100:16
  111:11 113:16
  119:20 121:10
  128:25 129:1
  129:22 130:10
  130:17
kilohertz
  117:14
kim   6:2
kimberley   1:20
  3:5 131:5,24
kind   13:8 15:11
  86:24 89:11
  91:17
klgates.com
  3:17,21
know   10:15
  14:6 16:13,20
  17:17 18:4
  31:8 32:2,10
  42:10,15 43:4
  59:24 60:3
  63:7,11,13,16
  63:18,21 67:15
  67:22 68:12
  70:10 71:2
  83:13 89:22,23
  89:24 90:11

93:15 95:21
98:3 110:23,24
111:18,19,23
112:15 113:19
119:3 121:22
123:20 125:24
127:5 128:14
**knowledge**
29:11
**known** 106:24
110:16,19
112:19,21
113:10,12

**l**

**l** 3:15,19
**labeled** 9:13
57:5,14 59:3
76:21 77:6
130:6
**labels** 9:21
**lack** 78:4,10,15
78:19,24 79:16
83:3 88:16
89:3
**lacks** 82:2 84:9
84:19 87:19
**lan** 94:1,5,11
95:25 98:18
103:4,15 107:4
107:17,23
108:16,24
111:8 112:18
112:21 113:3,6
113:7,10,21,22
129:16,19

**landlord**
122:12
**language** 26:2
27:5 38:20
39:14,16 57:22
79:7 83:4 92:9
92:14 93:13
94:12
**lans** 112:15
113:12 114:20
**large** 53:9
122:12 125:15
**largely** 84:25
128:21
**lastly** 10:3
**late** 62:6
**launch** 64:1,6
**launched** 63:14
63:18,21
**law** 15:15 17:2
37:13 82:5
84:23 95:19
**lawyer** 82:23
90:10
**layer** 127:9,16
127:17,18
**leading** 129:18
130:8
**lease** 122:15
**left** 43:25 85:12
**legacy** 109:4
**legal** 24:18
25:25 32:10
60:10 76:1
80:19 82:8

83:18 90:5
91:23 113:16
**letter** 16:11
37:8
**level** 106:6
**life** 114:18
**likely** 83:25
107:13
**limitation**
74:10,15 76:8
93:20,21 101:3
105:13
**limitations**
105:22
**limited** 115:1
119:7
**line** 22:18 49:4
53:15 54:12
55:24 56:6,10
64:16 69:4
72:17,25 73:2
99:1 107:12
108:18 110:3
110:10,14
113:2 119:24
120:14
**lineage** 81:19
81:23
**lines** 51:4 68:13
68:14,20 75:1
107:13 108:14
**link** 65:15
110:4,5,6
**list** 12:12,16
13:11

**listed** 12:17,21
18:7 32:7,7,15
32:17,20,24
**litigation** 19:10
29:14
**little** 26:11
28:13 46:19
**live** 14:13
**llc** 1:4,7,10,14
1:14 4:1 5:18
5:18 6:15,18
**llp** 4:3 6:17
**lnb** 71:3 73:5
105:12
**local** 22:5
93:12 94:13
97:15,21 98:18
102:21,23
103:5 108:8
112:9 129:6,17
**locate** 17:18
56:2
**located** 16:20
72:4 118:4,5
118:22
**locating** 86:23
111:15
**location** 5:22
7:23 17:11
68:9 88:6
122:8,17
123:16
**logic** 83:20,20
**long** 12:12,16
14:17 88:7

**[look - modulated]**

Page 20

**look** 17:15 33:4
  39:2 53:14
  68:9 79:11
  87:9 93:4
  94:12 98:3
  105:24,24
  110:6,7 119:23
**looked** 12:11
  13:3,11,18
  25:13 31:7,22
  85:13
**looking** 45:15
  71:1 74:1
  76:15 79:3
  80:8,12 108:17
  115:10
**lot** 23:19 91:25
  92:1 112:17
**low** 105:9
  113:13
**lower** 111:4
**lowermost**
  111:5
**lunch** 77:21

**m**

**m** 75:8
**made** 17:8 21:9
  34:5 76:17
  101:14
**madison** 3:16
**magic** 62:20
  125:21 126:18
**maintain**
  124:16

**majewski** 4:8
  5:25
**major** 17:19
**majority**
  114:15 119:8
**make** 8:1,7
  28:13 33:16
  49:3 54:21
  69:15 83:21
  88:2 102:12
  115:3
**makes** 13:7
  54:22 86:4,24
  86:25
**making** 60:3
  83:18 86:1
  101:6
**map** 111:5
**mark** 125:7
**marked** 5:3 9:8
  96:12,15 125:9
**market** 63:2,15
  64:9
**materials** 12:20
  15:19 23:11
**matter** 5:17
  16:4,9,10,14,18
  16:19,21
**matters** 7:18,20
  9:3 11:8,8,23
**mean** 22:12,13
  22:15 27:15
  41:23 42:4
  45:8 52:11
  55:4,7 57:19

  71:13 73:22
  80:4 85:11,25
  87:4 88:18
  90:7,10,12
  94:2,10 95:18
  101:7 103:2
  106:8 123:3
  124:21
**meaning** 24:24
  27:16 29:13
  37:13
**means** 34:14
  42:6 93:23
  102:23
**meant** 26:20
  75:6 91:25
**measurement**
  116:6
**mechanism**
  103:17 119:17
  120:24
**media** 5:15
**meet** 14:10,17
  15:4,22,25
**meeting** 14:24
  15:2
**meets** 105:18
  105:21
**megahertz**
  68:23 69:10,11
**memory** 23:15
  24:1 25:12
**mention** 68:7
  79:21,24 83:22
  119:25

**mentioned** 68:3
  68:5 80:23,25
  127:3
**message** 92:9
  92:18
**messages** 92:21
  120:5
**met** 14:19 16:3
  16:5,6
**methods** 47:16
  67:6 70:13
**microphones**
  5:8
**microwave**
  110:4
**mid** 63:17,24
**middle** 109:20
**midway** 64:12
**mind** 32:9
  108:18 111:5
**minute** 121:11
**mischaracteri...**
  23:3 29:16
  30:10 49:16
  50:7 86:8 96:9
  97:22 111:12
**misprint** 33:2
**missing** 19:8
**modify** 66:11
  66:16
**modifying**
  66:17,18
**modulate** 66:5
**modulated**
  43:5,9,11,12,13

43:15,21,22
65:23 91:1,7,8
117:16,16
127:11
**modulating**
60:3
**modulation**
44:5 60:9,16
60:21 65:14
67:6 70:13
**modulators**
19:25
**morgan**  18:17
65:10,21
**morning**  5:5
7:2,3
**move**  17:16
34:17 44:14
88:9 89:8
116:8
**moved**  44:23
44:23
**moving**  36:9,24
37:21
**mpeg**  75:7,7,10
75:22 76:3
92:24 93:1
**multiple**  7:12
33:16 40:10,13
42:14,16 61:18
62:4 67:7,9
68:8 70:14
71:5,8,14,17,20
76:18,19,19
101:15,17,18

110:17,20
112:8 122:23
123:5,9 127:4
**multiplex**
67:16 71:6,18
**multiplexed**
67:11 71:4,12
75:11
**multiplexing**
65:18 67:7,9
68:2 69:18
70:14,23 90:23
**mute**  5:11

**n**

**n**  2:1
**name**  5:25 7:4
7:6 77:10
**named**  131:8
**nasa**  62:4
**national**  61:15
**nature**  67:21
90:13 99:13,14
127:14
**nbc**  61:15
**necessarily**
94:10 95:18
103:14 114:13
119:13
**necessary**
89:25
**need**  8:24 10:22
11:3 33:7
53:12 82:12
94:2 95:21
110:2,6,7

**needed**  59:25
75:11
**negotiated**
90:14
**neither**  83:21
**network**  1:13
1:14,14 4:1,1
6:18,18 21:25
22:5,16 75:12
93:12 94:14
97:15,21 98:18
102:21,23,24
103:5 108:9
112:9 120:1,4
120:6,12 121:7
124:7,9,9,14,15
124:16,22
125:4,5 129:6
129:15,17
**networking**
112:19
**never**  11:21
16:3,5,7 23:24
**new**  44:13
54:15 59:8
83:10,11 86:13
109:20,23
110:12,12
**news**  61:18
**nod**  8:20
**noise**  44:20
59:21 91:8
105:9 127:6
**non**  34:18,25

**nonspecific**
37:16
**normally**  65:15
**nos**  5:3
**note**  5:8
**notice**  3:3
109:2
**noticeable**  17:7
**noticed**  21:2
32:1
**noticing**  6:11
**november**
16:12
**nowadays**  22:2
**number**  7:11
9:21 72:4 91:9
114:9 115:1
119:7
**numbered**
39:23
**numbers**  10:5
**numeral**  20:15
30:17 38:19
126:9
**numerals**
108:18
**nw**  4:3

**o**

**o0o**  3:11
**oath**  6:4
**object**  31:3
98:25
**objection**  23:2
24:18 25:24
26:23 29:15

**[objection - outputs]**                                                    Page 22

30:9 41:20
49:15 50:6
55:8 57:6
58:16 60:10
67:18 69:22
76:1 80:19
82:7 86:8 89:5
90:5 91:23
96:8 97:22
100:16 111:11
113:16 119:20
129:18 130:8
**objections**  6:7
8:7
**objects**  20:7
**obtain**  102:2
**obtained**
103:22
**obvious**  61:5
**obviously**  7:25
90:12
**occur**  71:23
**october**  91:20
**odu**  47:16
60:16 67:17
71:23,25 72:2
106:14 108:15
110:4,12 111:2
111:8,22,24
130:7
**offer**  27:25
29:9 34:14
37:18 38:8
88:25 93:15

**offered**  9:2
10:18 26:21
27:7,12,23
30:6,21 48:7
82:24
**offering**  33:8
34:24 35:8
47:9 48:4 82:1
**offerings**  62:25
**office**  23:23
**oh**  37:12 73:1
**okay**  11:17
13:4 22:19
26:6 27:6,9
30:14 31:24
32:12,16 33:5
33:19 34:13
39:20 42:3
43:6 44:9
50:11 51:12,18
52:5 54:11
57:21 61:7
62:1 63:13
66:21 67:3,11
69:3 70:4 71:1
74:2,23 79:10
79:21 81:10,25
83:9 85:13
88:21 90:2
93:9 94:12
96:3,11 98:7
98:13 100:2,9
100:22 101:19
102:19 103:16
106:19 107:11

109:1 112:21
113:21 118:11
122:14 123:12
124:1
**old**  68:25
**olympics**  61:16
**ones**  72:19
78:22 94:4,8
95:24 97:20
**open**  33:6
**operated**
123:13
**operates**  22:16
**operation**  58:1
58:10
**operator**  22:13
22:15,22 122:9
122:11,15
123:14,17
124:10,11
128:2,2
**operators**  22:9
23:1,5 124:16
124:23
**opining**  123:19
**opinion**  11:12
17:21 30:21,23
31:13 33:8,17
34:14,25 35:9
36:20 38:8
48:4 82:1,18
82:24,25 83:2
83:2 84:7 87:6
88:12,16,25
89:2,2,18

93:15 116:13
116:24 117:22
**opinions**  10:19
15:23 27:6,12
27:23 30:7
47:9 51:14
76:11 126:20
**opportunity**
8:3
**opposite**
127:20
**orange**  76:23
**orbit**  20:13
**orbiting**  20:6
**order**  16:16
**ordinary**  20:17
29:13 104:6
**oregon**  1:21 4:4
5:24 131:25
**original**  13:21
56:1,7 88:6
**outcome**  6:6
23:21
**outdoor**  47:22
62:12 64:2
72:12 73:4
74:21 105:7
108:12 109:8
109:15,25,25
110:11
**output**  72:12
73:5 75:20,21
110:4
**outputs**  71:3
72:2,3

[outside - paul]                                                                   Page 23

| | | | |
|---|---|---|---|
| **outside** 25:24 | 39:17,20 45:16 | **particular** 66:6 | 51:24 55:15,21 |
| 90:6 | 48:14 50:11 | 76:9 | 57:20 58:9 |
| **overlapping** | 51:3 64:10,12 | **particularly** | 68:1,6,7 71:2 |
| 67:8 | 65:9,20 67:5 | 123:4 | 72:25 73:1,13 |
| **overview** 48:17 | 69:14 70:6,12 | **parties** 5:13 | 73:19 74:7,23 |
| | 70:17,18,25 | 39:9 | 76:12 77:8 |
| **p** | 72:13,15 75:1 | **partner** 6:15 | 79:12 85:7,9 |
| **p** 75:8 | 76:15,16 77:25 | **parts** 119:2 | 86:4 88:10,10 |
| **p.m.** 77:19,22 | 78:1,3 79:3,8 | **party** 6:5 13:25 | 88:12 90:14 |
| 104:19,22 | 79:11 84:6,6 | 14:5 | 93:5 96:20 |
| 121:13,16 | 84:11 88:13 | **pass** 56:13 | 97:2,9 99:3,5 |
| 130:19,22 | 89:10 96:22 | **passage** 59:6 | 100:23 101:11 |
| **packets** 75:11 | 97:6,12 98:2,5 | 112:2 | 101:12 103:3 |
| **packs** 111:25 | 98:8,13 99:16 | **passes** 56:14 | 104:25 107:13 |
| **page** 2:2,11 9:6 | 99:21 100:2,6 | **past** 57:23 | 111:21 112:4 |
| 18:18 19:3 | 112:3 115:10 | **patent** 2:14,15 | 112:15,16 |
| 22:14 28:16 | 116:11,12 | 2:16,20 7:17 | 113:1,14 116:9 |
| 30:16 38:25 | 129:3 | 7:20 9:12,18 | 117:1,20,24 |
| 65:10 66:3 | **paragraphs** | 9:20 10:1,3,9 | 119:3,16,24 |
| 70:12 72:18 | 38:17 | 10:12 11:9 | 121:20 122:2 |
| 88:13 92:6 | **parens** 19:5 | 12:1 13:15,16 | 123:19,25 |
| 96:23 98:3,9 | **parse** 88:21 | 13:20 17:8,8 | 125:18 126:10 |
| 126:8 | **part** 11:4,20 | 20:23 21:2 | 127:25 129:11 |
| **pages** 18:12 | 13:9 26:12 | 23:13,14,22,23 | 129:12,24 |
| 70:7,15 | 29:19,24 33:9 | 24:3,23,25 | 130:3 |
| **paid** 104:13 | 48:17 51:19,21 | 25:7,11,17,21 | **patents** 9:10 |
| **paragraph** | 51:23 52:18 | 25:23 26:8,21 | 13:2,6 19:10 |
| 12:18,21 13:12 | 55:25 61:1 | 28:3,22 29:2,6 | 20:17,22 28:9 |
| 19:2,3,12 | 80:10 87:5 | 29:23,25 30:20 | 30:8 |
| 20:14 21:1 | 91:14 96:6 | 30:25 33:6 | **path** 103:1 |
| 23:10 28:15 | 99:23 100:8,24 | 37:13 39:23 | **pathway** |
| 32:6,18 33:20 | 105:7 125:12 | 42:6,11,12 | 102:15,16,19 |
| 33:21 34:17 | **partes** 11:8 | 45:2,5 47:3 | 123:1 |
| 35:3,6,16,25 | 27:10 28:8,17 | 48:18,21 50:4 | **paul** 1:18 2:12 |
| 36:9,13,24 | | 50:8 51:14,20 | 3:1,6 5:16 6:23 |
| 37:22 39:3,9 | | | |

**[paul - probably]**                                                           Page 24

7:6 131:7
**payload**  40:2,7
   40:19
**peak**  77:10
**people**  92:1
**percent**  7:19,21
**percentage**
   7:16
**perfectly**  126:6
**perform**  54:1
**performance**
   19:23 127:7
**performed**
   50:15
**period**  112:14
   119:3
**perkins**  4:3
   6:16 17:2
**perkinscoie.c...**
   4:5
**person**  20:16
   89:22 104:6
   117:19
**personal**  16:22
**personally**
   21:13 62:14
**petition**  28:17
**petitioners**
   85:6
**petitions**  28:8
**ph.d.**  1:18 2:17
   3:1,7 6:23
   131:7
**phone**  7:22
   14:14,16 15:1

**phones**  5:11
**phrase**  34:1,18
   34:21 35:22
   36:3,6,25
   37:25 38:3
   87:12 98:20
   118:18
**phrases**  38:7,9
   38:11,17
**physical**  127:6
   127:9,13,15,17
   127:18
**pick**  5:9
**pictorially**
   56:10
**pink**  76:23
**place**  5:13
   71:22 102:24
   122:15 131:10
   131:12,18
**placed**  54:5
**places**  25:17
   72:5
**plain**  29:13
**plaintiff**  1:5,11
   3:14 6:14
**plaintiff's**  2:11
   5:3 96:12
   125:9
**planning**
   128:11
**please**  5:8,11
   6:8,21 7:4 8:12
   45:25 64:19
   84:3 98:2

**plural**  37:7
**plurality**  47:17
   47:21,25 48:5
   97:15
**plus**  59:20
**point**  17:18
   28:17,24 46:20
   50:12 60:8
   61:24 112:25
   114:1 128:14
   128:17
**points**  29:4
**popular**  94:7
**portion**  70:15
   107:12
**portland**  4:4
   5:23
**positions**  78:18
**possibility**
   104:10
**possible**  104:3
   117:4 120:1
**possibly**  67:20
**potential**  31:25
**potentially**
   44:25 49:1
   60:22 78:4
   105:7
**practically**
   69:24
**preamble**  10:4
**preceding**  9:21
   94:24 97:3
**precisely**  63:16

**prefiltered**
   44:24
**premarked**
   8:23
**premises**
   119:18
**preparation**
   13:11
**prepare**  12:8
**prepared**  12:14
**preparing**
   12:22 14:9
   15:5,18 16:1
   17:4
**presence**  82:9
**present**  4:8 6:9
   14:23 15:1
   131:8
**pretty**  68:10
**previous**  14:6
   23:3 64:22
   93:18 95:7,16
**previously**  11:6
**primary**  96:3
**principles**
   18:16
**prior**  10:17
   14:14 62:23
   86:17
**private**  5:9
**privileged**  31:5
   31:15
**pro**  63:10
**probably**  7:24
   25:14 32:22

[probably - rather]                                                                    Page 25

128:19,20
**problem**  67:24
**proceed**  6:22
**proceeding**  6:7
  11:20 24:9
  97:4
**proceedings**
  27:11 29:8,23
  131:18,19
**process**  29:20
  59:24 91:14
**processed**
  53:12
**processing**  21:6
  21:11,14 51:6
  53:3,25 92:17
**produce**  54:15
  58:22 59:9
**produced**  3:7
  21:19 55:2
**product**  53:9
**production**
  9:13,21 10:4,5
  61:19
**products**  64:4
**proffer**  72:15
**program**  75:9
  93:17 98:21
  102:8 107:16
**programs**  89:3
  93:11,11,18,19
  93:20,23 94:1
  94:9,13,17,24
  94:25 95:2,4,5
  95:8,9,10,12,15

95:15,19,23
96:4,5 97:14
97:14,19 98:17
98:17 99:18,23
99:25 100:4,4
100:12,13,24
101:5,10 102:4
102:6,13,14
103:6,21,23
104:8 106:22
106:24 107:1,4
107:16,22
117:7
**project**  22:24
**pronounce**
  110:24
**propagated**
  117:5
**proper**  60:4
  80:17 82:18
**proposed**  20:16
  20:20 39:10
**prosecution**
  25:10 28:2
  90:15
**protocol**
  110:23
**prototypical**
  115:5
**provide**  89:11
  94:4,8
**provided**  11:5
  12:11 46:16
  52:4 53:11
  92:5 101:6,8

101:12 102:14
115:23
**provides**  108:8
  114:19 127:12
**providing**  51:7
  78:19
**ptab**  30:2
**published**
  126:10
**purple**  76:22
**purpose**  73:15
  73:20 77:12
  90:2
**purposes**  30:5
**pursuant**  3:3
**pursue**  11:3
  14:8
**put**  55:16 99:3
  113:9

**q**

**quality**  104:15
  116:6
**question**  8:8,9
  8:11,14 17:24
  28:11 30:13
  41:22 43:18
  45:4,24 47:7
  57:8 66:9
  73:17 83:1
  99:19 100:8,9
  115:8 124:1
  128:10 129:14
**questions**  8:3
  8:19 98:24
  128:23 130:4

130:17
**quick**  104:16
**quite**  114:24
  125:15
**quotation**  17:8
**quote**  19:5 65:9
**quoted**  38:20
  39:14
**quoting**  57:20

**r**

**radiofrequency**
  43:5,23 44:6
  55:1 59:21
  65:13,23 70:20
  110:5 117:2,5
  117:8,12
  127:11
**raise**  33:9
**raised**  23:20
  74:8
**range**  39:25
  69:16 88:8
  117:14
**rate**  16:17
  114:20
**rates**  112:20
  113:8,9,13
  114:12
**rather**  53:10
  60:23 62:17
  72:11 74:10
  81:9,16 101:9
  103:6 105:11
  105:20 110:5,5

**ratio** 91:8
**read** 57:11 59:6
  64:18,20 65:5
  65:5 66:12,14
  70:5 84:2,4
  98:2,23 99:2
  108:14 111:21
**reader** 34:9
**readily** 114:23
  114:25
**reading** 8:18
  57:24 65:19
  74:14 99:15
  101:3 117:19
**reason** 18:24
  32:20 33:9
**reasonable**
  102:11
**recall** 11:14,17
  13:24 17:10
  24:23 27:21
  119:17 129:2,8
  129:10,23
**receive** 20:8
  41:23 90:22,23
  103:6 109:24
  120:21
**received** 74:21
  91:1 92:21
  100:3,14
  114:10 116:15
  116:20,21
  117:3 128:1
**receiver** 78:13
  78:13,15

**receivers** 62:15
**receives** 93:10
  98:16 99:22
  106:19 109:11
  109:12
**receiving** 67:17
  107:15,21
  120:15,17
  126:11
**recess** 46:24
  77:21 104:21
  121:15
**recited** 72:20
  76:12
**recollection**
  11:19 23:23
**record** 5:6,14
  6:11 7:5 8:2
  9:5,11 13:19
  29:25 46:23
  47:1 66:14
  70:11 77:20,23
  84:4 96:25
  104:20,23
  121:14,17
  128:8
**record's** 15:7
  19:2
**recorded** 5:16
**recording** 5:12
**recover** 40:19
  102:8
**red** 76:22
**redundant** 52:3

**reexamination**
  2:19 13:16,22
  13:24 23:16
  125:18
**refer** 8:24 9:17
  9:25 10:8
  70:16 76:13
  115:14 122:24
**reference** 16:22
  17:13 18:6
  34:5 42:14,15
  56:20 65:21
  69:18 70:13
  103:4 104:12
**referenced**
  76:14 83:17
**references**
  12:23 13:1,8
  70:6
**referencing**
  71:13
**referred** 13:2
  18:2 37:19
  68:10 77:14
  117:9 126:12
  126:19
**referring** 12:17
  14:21,22 18:9
  18:22 19:5
  20:5,6 21:24
  33:12 38:13
  48:20 56:6
  58:9 60:19
  68:23 70:24
  72:17 88:19

  95:15 100:6
  116:10
**refers** 42:8 50:8
  92:18 105:11
**reflect** 78:9
  127:13
**reflected** 83:25
**regard** 17:14
  52:24 70:17,17
  78:23 92:13,14
  130:12,12,13
**regarding** 2:12
  9:2 11:12,12
  27:4 37:6 47:9
  88:25 89:11
  101:5
**regions** 123:6
**reject** 23:13,17
  25:9 28:3
**rejected** 23:24
  25:17
**relate** 7:21
**related** 6:5 7:17
  7:20 13:9 21:4
  72:19 84:23
  116:5 127:2
**relates** 85:18
**relating** 85:3
**relay** 20:7
  65:15
**relevant** 19:9
  27:6,11,13,14
  30:2 49:14,17
  100:8 116:2

relied  25:16
relies  70:7
rely  51:13,16
relying  51:18
remember
   17:12 23:19,20
   25:1,1,3,15,19
   27:24 130:4
remembered
   3:3
reminding  53:7
remote  1:17
remotely  3:6
   6:9
remove  43:10
   43:24
removed  43:13
   56:23 57:13,16
removes  56:14
removing
   57:24
render  91:7
rendered  11:12
rendering  60:6
   76:10
repeat  71:7
   100:9
repeated  39:17
rephrase  8:12
   43:17
replacement
   2:19 125:17
report  12:10,12
   76:16 79:11
   128:22 131:17

reporter  3:6
   6:2,20 131:6
   131:13
reporter's  8:18
represent
   28:21 54:25
   125:12
represented
   58:21 59:3
representing
   5:25
represents
   39:24
reprint  125:16
reproduce  61:4
request  2:19
   125:18
requested  94:8
   131:20
required  11:11
   51:6 52:6 60:7
   124:19
requirement
   47:21 104:2
   119:13
requirements
   105:19
requires  65:24
   70:23 89:19
   106:2
requiring
   65:17 103:20
   118:11
reside  7:8
   22:18

residence  7:7
resolve  33:1
respect  24:3
   28:9 56:21
   74:9 110:8
responders
   48:1
responsible
   61:13 124:23
rest  57:21
result  25:5
retained  15:8
retrieve  89:25
reveal  31:4,15
review  11:8
   13:15 24:22
   25:14 27:2,10
   28:7,8,12,18
   49:1 131:20
reviewed  12:10
   12:13,15,21,24
   13:17 15:19
   23:11 24:2
   25:6 28:16
   39:9 51:25
   90:13 99:4,7
reviewing
   23:12
rewrite  85:25
rf  62:19 70:20
   117:9,12
   125:21 126:17
rhomboid
   45:17

rhombus  76:23
richardson
   1:20 3:5 6:2
   10:25 11:2
   131:5,24
rick  4:8 5:25
right  19:7
   25:23 26:22
   32:4 33:25
   34:22 37:7,12
   37:21 39:1
   40:20 48:6,13
   50:5 52:7
   56:10 57:2
   59:20 71:15
   75:20 79:5,22
   80:3 83:16
   86:5,7,18,21
   87:6,17 88:14
   88:23 94:25
   95:9 98:18
   99:7 100:6
   101:17 102:4
   102:19 106:2,5
   107:17 108:20
   108:24 109:9
   109:12,21
   110:1 112:2
   113:4 116:8
   119:10,11,15
   119:16 120:6
   121:19 123:6
   124:1,17,25
   125:5 127:19
   127:23

| | | | |
|---|---|---|---|
| **roman** 20:15 30:17 38:19 126:8 | **satellites** 18:16 20:2,6,12 61:18 | **schonfeld's** 24:2,22 25:20 27:9 28:6 96:19,23 98:9 115:9 | 94:15 101:11 109:5 112:11 123:21 126:15 126:16 130:15 |
| **romanette** 21:2 | **saying** 13:20 35:23 36:6 | **scope** 25:24 26:23 29:16 | **seemed** 52:3 |
| **rpr** 1:20 | 38:3 57:12 | 90:6 99:1 | **seems** 21:9 |
| **rules** 7:25 | 60:21 67:4,13 69:1 81:3 | **seattle** 3:20 | **seen** 63:11 |
| **s** | 84:15 85:8 93:19 99:16,21 | **second** 23:6 47:15 65:9,20 | **select** 41:13,18 41:23 42:4,5,8 49:6 |
| **s** 2:10 33:11 37:8 | 100:3,12 112:18 118:12 | 70:18,25 78:8 92:16 95:11 | **selected** 30:22 33:10 34:1,18 |
| **sake** 8:18 | **says** 19:4 47:16 49:5 50:4 | 105:25 | 34:25 35:19 36:4,25 37:25 |
| **sample** 57:17 58:22 | 53:17,24 54:13 55:25 56:6,7 | **secondary** 32:10 33:2 | 38:14,21 39:10 40:18 41:17 |
| **samplers** 53:8 | 56:11,13 57:1 57:23 58:1,25 | **section** 20:15 31:21 38:23,24 | 54:17 58:6,20 59:2,11 72:19 |
| **sat** 92:3 | 59:2,4 60:14 66:2,3 68:17 | 57:18 126:9 | 73:5,8 74:11 74:16 75:15 |
| **satellite** 19:14 19:20 20:11 | 68:21 69:9 73:2,8 74:16 | **sections** 32:1 58:21 | 76:4 78:25 79:14,19 80:7 |
| 21:5 44:10 47:17 61:7 | 78:12 93:9 98:15 105:13 | **see** 18:2 19:16 21:7 24:10 | 80:12,14 81:4 81:15 82:1 |
| 62:5,8,13,15 63:15 65:11,15 | 110:3,16 111:25 113:1,3 | 28:19,25 29:1 32:17 39:12 | 83:22 84:1,8 84:18 85:18,19 |
| 66:4,6 67:10 69:6 71:12 | 115:17 126:9 | 47:18 48:2 49:9 51:9 | 86:23 87:13 99:17,22,25 |
| 91:22 99:17,22 100:3 116:3,19 | **scenarios** 69:25 | 53:19 54:2,13 54:19 56:4,17 | 101:9 105:15 126:13 |
| 117:3,25 118:1 118:2,3,7,8,11 | **schonfeld** 2:17 15:19,22 16:3 | 56:19 58:3,7 58:24 64:14 | **selecting** 42:13 47:25 48:5 |
| 118:18,21 119:1,5,9,12 | 24:6,16 26:1,6 26:19 97:1,8 | 66:1 68:9 72:22 73:6,11 | 60:18 73:3,14 73:15,19 75:18 |
| 120:8,16,18,18 120:25 121:1 | 98:14 99:16,20 100:3,11 101:3 | 78:6 81:13,14 82:9,12 93:13 | 86:17 |
| 122:19,20,22 123:8,12,14,17 | 115:13 | | |
| 124:10,11 126:10,13 128:2 | | | |

selection  42:9
42:16 48:9,24
50:1,19 58:10
101:5,7 107:7
111:20
selections
69:17
selector  75:3,4
105:14
selects  58:2
75:3,5 108:2
send  65:10
70:19 120:4
sense  13:7
49:18 54:21,22
54:22 69:15
86:24,25 88:2
sensitive  5:8
sent  127:15,16
127:18
sentence  54:21
64:13,18 66:13
70:18 78:8
92:16 95:7
separate  13:22
65:17 70:22
103:16
separately
36:19 89:9
105:12
separation
77:16
september
119:4

serve  123:5
served  21:18
server  108:7
service  1:14 4:1
6:19 104:15
116:6
services  1:8
5:19
set  22:6 67:23
88:10 97:16
102:20 103:7
103:10,17
104:9 106:17
107:4 108:22
109:4,9,11,15
109:20,23
111:2,7 112:9
127:15
several  10:23
66:5 67:6
75:10
shapes  45:17
76:23,25
shared  68:22
69:1
shift  88:9
shifting  105:15
shorthand  3:6
131:5,13,13
show  33:15
60:4 72:9
74:10 94:10
122:3
showing  50:9
54:9

shown  19:4
45:17 53:6
54:8 55:7 56:3
56:15 72:10
74:12,18 97:16
105:8 108:11
117:4,6
shows  49:5
50:5 53:25
71:8 75:2 81:1
95:11,11 98:21
126:23
signal  21:6,10
21:14 40:2,7
40:22,24,25
41:3,3,6 42:20
42:24 43:1,4
43:12 44:2,3,6
44:8,15,22,25
45:2,6,11 46:7
46:12 49:24
50:19,25 51:5
54:16,23 55:1
55:2 56:14,20
56:23 57:4,12
57:15,25 58:13
60:2,6,15,17,20
60:24 64:24
65:10,13 66:7
66:18,21,23
67:2,12 69:10
69:13 70:1,19
70:21 72:1,6
73:10,16,21,23
73:24 74:2,4

74:12,17,19,25
75:3,4,4,5,15
76:10,13,17,22
77:4,7,8 79:20
79:25 83:23
85:4,9,19
86:17,18 87:23
90:1,22,23
91:1,2,7,8,8,11
91:12 92:17
93:10 96:6
98:16 99:17,24
100:1,5,14,19
100:25 101:14
101:14,16,21
101:24 102:3
105:14 106:8
106:20 107:7
107:15,22
109:24 110:18
110:21 111:15
111:15,19,24
116:15,20,21
116:23 117:2,2
117:5,8,9,12,12
117:13,15
126:13 127:22
128:1
signal's  68:20
signals  39:25
40:1,11,13,15
41:9,13,18
42:9,13,14,16
42:18 43:4,7,9
43:11,20,21,22

**[signals - splitter]** Page 30

43:25 44:19
45:21 46:9
47:17,22 48:1
48:6,10 55:10
59:14,18,19,20
60:20 65:16,17
65:22 66:5,8
66:16 67:9,16
67:21 68:21,22
69:2,11,21
70:22 71:2,6,9
71:14,20 72:20
73:15 74:11,17
74:21 75:13,14
75:21 76:5,19
77:16 86:2,5
101:17 105:16
108:2 110:5
112:8 126:11
126:18,24,25
127:4,10,16
**signature** 9:6
131:23
**signify** 34:9
**similar** 20:20
27:18 125:2
**similarly** 54:17
59:11
**simple** 91:10
109:21
**simply** 43:3
94:5
**simultaneously**
41:24 95:20,22

**single** 40:11,12
54:16 59:9
60:15 65:16
67:10 68:21
70:1 71:14,16
71:19
**singular** 37:7
**sir** 7:2 8:6
15:13,17,24
16:2 17:3
19:11
**sit** 81:25
**situation** 22:10
42:17 108:11
109:23
**situations**
102:10
**six** 14:19
**skill** 20:17
59:23 67:15,23
89:23 104:6
117:19
**sky** 122:25
**slightly** 20:20
20:24
**solution** 63:14
63:19,22,23
64:1,6 73:3
**solutions** 62:2
**sorry** 11:16
37:5 39:4,6
53:10 56:18
66:12 80:7
111:16 113:18
123:24 129:11

130:13
**sort** 55:5
122:12
**sorts** 114:12
127:6
**sounds** 17:19
123:8
**source** 116:15
116:20 117:4,6
117:7 118:12
121:23 128:1,5
**southwest** 5:23
**space** 20:13
118:13,22
**spacecraft**
19:21,21 20:4
118:9 123:1
**spacing** 77:14
**speaking** 69:24
**special** 32:9
129:20
**specific** 19:23
75:9 88:22
89:3 93:11,17
93:19,20,23
94:4,9 95:1,8,9
95:15 96:4,5
97:14 98:16,21
100:12 101:9
101:11 102:13
103:21 104:8
104:11 106:22
106:24 107:1
107:16,22
119:22

**specifically**
17:25 19:8
35:8 36:20
38:9 52:1,21
84:15 86:21
93:9 97:11
102:17 106:4
115:10 116:6
116:17 120:14
126:8 129:5
130:1
**specification**
68:11
**specificity**
37:17 90:7,8
**specified** 14:3
131:10
**specify** 89:19
129:15
**spectral** 91:19
117:13
**spectrum** 56:1
56:3,7,9,18
58:21,22 59:1
91:6 92:2
**speculating**
85:25
**spell** 85:22
103:20
**spelled** 85:20
102:17,18,22
108:1
**spent** 16:14
**splitter** 109:21

**[spoken - talk]**

spoken  92:14
spot  119:23
ss  131:2
stacking  61:8
  61:17 62:2,12
  62:14,18 63:1
  63:14,19,22,23
  64:1,6
standard  114:5
  114:8,21,23
  115:2,25
standards
  114:10 115:6
start  32:25
  86:3 116:12
starts  64:13
  88:12
state  6:8,10 7:4
  61:4 66:17
  104:3 131:1,6
  131:14,24
stated  61:6
  75:2 104:1
statement  2:19
  46:3 70:9
  105:10 125:17
  126:16,17
states  1:1 5:19
station  19:22
  61:14 65:16
stations  19:24
status  126:4
stbs  98:18
  110:12 130:6

steffes  1:18
  2:12 3:1,6 5:17
  6:23 7:6 97:4
  104:25 129:2
  129:24 131:7
step  47:16 53:6
  60:17 86:13,16
  86:21
steps  42:8 53:4
  53:5,6 54:1
  65:24
stream  57:17
  58:20,22 72:9
  75:7,8,22
streams  75:10
  76:4
street  3:16 4:3
  5:23
strike  127:21
structurally
  111:9
structure  19:19
  27:4 83:3
  99:12 119:17
  127:7
structures
  19:21,22 25:2
study  42:7
style  68:25
subject  16:4
submitted
  11:19
subscribed
  131:22

subsequent
  15:25
substantive
  17:20 116:13
suffering  91:19
suggest  74:3
suggests  74:3
suit  9:10
suitable  113:4
suite  3:16,20
  5:23
summary  33:24
  35:4,16,25
  36:10 37:22
  72:24 73:25
summing  52:8
  52:15
superimposed
  65:12 70:20
support  65:7
  70:9 114:12
supported
  115:1
supports  68:15
  69:20
sure  8:1 11:6
  12:24 28:13
  33:16 37:20
  38:19 45:8,10
  57:11 60:3
  61:9 64:9 70:8
  73:18 95:17
  99:20 100:10
  104:18 117:24
  124:2 126:4

surprise  63:25
  64:5
surprised  64:3
  64:8
surrounding
  20:9
swear  6:21
swm  63:5
sworn  3:8 6:24
  131:9
system  19:23
  21:22,23 22:3
  22:18 51:5,10
  53:13 62:13
  63:10 71:18
  72:8 106:4,6,9
  107:9 115:4
  117:6 126:11
systems  19:20
  21:6,11,15,20

**t**

t  2:10
take  5:13 7:11
  30:11 71:22
  87:12 88:22
  89:9 93:22
  100:10 102:24
  104:16 121:10
taken  1:20 5:17
  46:24 77:21
  104:21 121:15
  131:11,12
takes  64:3
talk  26:24

**talked** 59:7
**talking** 13:21
55:25 64:21
69:5 71:11
72:15 78:3
83:6 86:20,22
97:8 110:13
112:4 121:20
129:16
**talks** 75:25
97:12 120:15
**teaching**
126:25
**tech** 19:15
21:22,24 22:10
22:24 61:14,19
125:3 128:12
**tech's** 125:4
**technical** 84:22
84:25
**technically**
42:8
**technique**
110:16,19
**techniques**
52:24 116:1
**technology**
112:19,22,25
113:3,7,7,11,12
113:22,23
**television** 21:5
21:10,14 22:17
62:8 66:8,10
66:16,21 67:1
99:18,23,25

100:4 119:5,12
**tell** 17:16 83:20
89:1 96:5
100:23
**ten** 101:22
102:7 121:11
**tens** 117:14
**terahertz**
117:15
**term** 30:23
31:12 32:10
33:13 34:10,11
34:13,15 79:1
79:13 80:18
81:8,21 82:14
82:19 87:17,19
88:21 89:12
91:21 115:18
116:14 117:18
**terms** 24:25
25:22 26:7,20
31:1,20 37:4
39:11 42:7
79:6
**testified** 6:25
**testify** 11:11
**testimony** 23:3
29:17 30:5
**text** 36:20
55:16 65:2,6,7
67:4 68:3 70:8
70:8 71:13
74:23 105:2
**textbook** 18:15

**textual** 92:15
**thank** 55:18,18
**thing** 8:17
122:13 125:16
**things** 22:2
43:13 44:9,19
61:1 90:20
92:1
**think** 10:11
16:22 19:9
30:12 32:22
33:5,7,12 38:6
39:4 40:6
50:11,12 51:3
68:14 71:11
87:19 90:21
91:20 94:7
100:7,10 101:4
111:18,22
114:3 116:1
117:22 118:18
128:4,7,17
130:18
**thinking** 11:18
116:5
**third** 14:5 67:5
74:15 123:24
**three** 19:10
27:9 28:7,9
30:6,12 90:20
109:3 111:7
116:1
**time** 5:11 6:8
8:25 14:13
16:13 45:4

46:22,25 61:20
77:19,22 80:2
81:1,7,19,21
86:14 95:10,11
104:19,22
112:14 113:24
114:1,4,4
119:3,7 121:13
121:16 125:24
128:24 130:19
131:10,12
**times** 7:11,12
14:12 33:16
**today** 12:9 17:4
27:7,12 30:5
81:25
**together**
100:11
**took** 131:18
**top** 56:6 97:16
102:20 103:7
103:10,17
104:9 106:17
107:4 108:22
109:4,9,11,16
109:20,23
111:2,7 112:9
**topics** 27:17
**totally** 72:18
**toward** 61:23
**trajectories**
19:21
**transceivers**
19:25

| | | | |
|---|---|---|---|
| **transcribed** 131:15 | **transmitters** 66:4 122:24 123:2 | 72:20 73:4,9 73:14,19 74:11 74:16,20 75:4 | **trial** 11:9 29:23 **trouble** 24:24 25:22 |
| **transcript** 131:16,20 | **transmitting** 60:14,18 | 75:16,19 76:5 76:18 77:1,3 | **true** 46:3 52:8 107:2 120:7 |
| **translate** 56:11 | **transponder** | 77:14 78:25 | 127:20 131:16 |
| **translated** 38:1 44:12,17,17 54:14 56:1,10 59:8 87:13 88:5,7 | 30:22 33:11,15 34:2,19,25 35:20 36:4 37:1 38:1,15 38:21 39:11,24 | 79:14,19,20,22 79:25 80:2,7 80:13,14,22 81:4,15,22 82:1 83:13,17 | **try** 12:13 30:16 **trying** 17:11 33:1 40:6 70:5 **tuesday** 5:1 **tune** 88:1,4 |
| **translating** 86:16,21,22 | 40:1,3,8,11,12 40:14,16,18,23 | 83:22,23 84:1 84:9,16,18 | **tuner** 49:2 **tuners** 49:6 |
| **translation** 50:25 52:15,24 52:25 105:10 107:6,8 | 40:23 41:1,2,3 41:5,6,8,9 42:10,13 43:1 43:19,20,25 | 85:4,9,10,14 86:18,23 87:1 87:13,23,24 88:2,4 101:15 | **tuning** 49:11 49:24,25 50:5 52:14 **turn** 96:22 |
| **translator** 105:5,6,14 111:16,20 | 44:1,2,13 45:2 45:6,11,12,18 45:21 46:6,9 | 101:17,18,22 101:23 105:15 118:7 126:11 | 126:7 **turning** 115:8 **tutorial** 128:12 |
| **transmission** 22:17 66:6 75:12 127:12 | 46:12,13 48:6 48:9 49:7 54:13,16,17 | 126:12,18,19 127:10,16 **transponder's** | 128:19 **tv** 68:22 69:2 **twice** 23:22 |
| **transmissions** 103:6 | 55:3 56:2,14 56:15,24,25 | 75:5 **transponders** | **two** 20:12 28:24 29:4 |
| **transmit** 20:7 120:21 | 57:1,25 58:2,5 58:10 59:7,9 | 71:18,20 76:20 77:17 | 41:9 42:18 43:9,20 46:13 |
| **transmits** 118:9 | 59:11,15,16,16 59:17,18 60:17 | **transport** 75:22 111:15 | 46:16 68:22 69:2 70:7 |
| **transmitted** 116:20 | 60:20 64:24 67:12 68:8,17 | **transports** 75:7 75:8 | 102:1,3,4,5,6 103:12,14 |
| **transmitter** 116:19 117:25 118:1,1,3,5,8 118:12,13,23 120:18 121:1 | 68:21,23,25 69:8,11,12,17 69:21 70:1 71:16 72:16,18 | **traverse** 39:25 **traversing** 40:22 | 109:14 110:6 110:17,20 126:3 |

type  89:19,24
  90:3 93:1
types  90:20,24
typewriting
  131:15
typical  124:21
  124:21
typically  43:2
  69:10 119:9
  122:9,10,10
typo  33:3

**u**

u.s.  2:20 9:12
  9:20 10:3 97:2
ubiquitously
  112:15
uh  41:11 64:17
  92:10 106:1
ultimate  73:16
  75:20,21 84:12
  87:16
unable  25:4
unambiguously
  86:6
uncertainties
  72:14
uncertainty
  105:18
undefined
  88:19
under  20:15
  98:14 122:9,11
  126:8
underlying
  11:14 13:21

29:14
underneath
  55:24
understand  8:8
  8:8,11 22:12
  22:13 25:5
  26:7,19 29:7
  33:17 65:6
  85:11,14,18
  89:16 92:21,23
  93:16,22 96:3
  99:20 104:7
  121:3
understanding
  14:4 18:4 24:8
  24:24 25:22
  26:13,14,17
  29:19,22 37:14
  42:5 47:12,20
  48:8 53:2 54:4
  77:7 78:9
  84:21,23 94:22
  95:14 96:1
  99:15 100:11
  105:1 110:2
  117:11
understood
  8:14 43:8,8
  44:10 60:25
  91:21 117:19
  117:23
unit  5:15 47:22
  62:12 64:2
  72:12 73:4
  74:22 105:7

108:12 109:8
  109:15,25
  110:1,11
united  1:1 5:19
university  22:6
unsure  72:16
unwanted
  42:20
upconverted
  49:7
upconverter
  49:8
uplink  118:5,22
  119:5,14
  122:21,23
  123:12
use  37:14 71:17
  110:22 112:13
  122:23
used  9:13 20:7
  22:3 40:17
  43:15 69:6
  71:5,9,20 73:3
  80:4 92:2
  117:1 118:18
  125:2
user  94:7
uses  51:5
using  33:2
  81:21 111:23
  117:2
usually  115:6
utilized  110:18

**v**

v  20:15 38:19
  39:4 126:9
vague  41:20
  49:16 55:8
  57:6 58:16
  60:11 67:18
  69:22 89:5
  100:16 111:12
  119:20
various  106:11
  122:5
vary  33:13
vast  114:15
venue  24:12
verbal  8:19
verify  31:8
veritext  6:1,3
versions  126:3
versus  5:18
  8:20 9:3 37:7
  37:14
vi  30:17 31:21
  34:11 38:23
  39:6
viasat  10:24
video  5:12,16
  14:15,16 22:4
  61:14 75:9
  92:24 93:1,1
  114:13,17
  117:7
videographer
  4:8 5:5 6:1,20
  46:22,25 77:19

**[videographer - zero]**                                                Page 35

77:22 104:19
104:22 121:13
121:16 130:19
**videotaped**
1:17
**view**  43:16
103:9 117:23
**vitae**  19:4
**vs**  1:6,12

**w**

**walk**  55:13
57:21
**walked**  38:7
**wan**  120:5,9,12
120:21 121:1,3
**want**  17:18
18:3 26:11
33:16 41:12,15
42:19 55:16
81:14 94:4
98:5 112:25
121:10 125:14
125:16 126:7
**wanted**  42:1
121:20
**washington**
1:22 3:20
**watch**  42:1
**waveform**  43:2
**way**  24:13
30:16 31:11
33:12 34:8
39:2,8 41:13
41:16 61:6
71:4 83:12,25

85:24 90:17
101:2,13
102:14 103:1
103:12,12,14
108:16 110:6
110:17,20
120:1 122:14
**we've**  9:13
46:19
**weiskopf**  3:19
6:15
**went**  61:16
114:13
**west**  3:16
**whatsoever**
108:13
**whereof**  131:21
**whispering**  5:9
**wide**  69:16
114:10 119:25
120:5 121:7
124:7,8,9,14,15
**widely**  114:6
**wider**  120:11
**wifi**  112:17
114:7
**wire**  112:13,15
129:6
**wired**  112:10
129:17
**wireless**  112:18
113:7,22
114:20 115:1
129:16,19

**withdraw**
30:12 82:25
**witness**  3:7,9
6:19,21,24
7:14,17 11:7
23:4 24:20
26:1,24 29:18
30:14 31:4,7
31:14,17 41:22
49:17 50:8
55:10 57:8
58:17 66:17
67:20 69:24
76:3 80:21
82:9 89:7,14
90:7 91:25
96:10 97:24
99:2 100:18
104:18 111:14
113:18 119:25
128:24 129:19
130:9 131:9,21
**word**  43:15
77:13 79:22,24
94:17,20,24
95:4,10 112:13
**words**  66:18
72:2 93:20
**work**  12:1
22:25 62:1,11
65:16 122:14
**worked**  61:7
62:14,16 91:15
**working**  16:14
22:8 61:23

**world**  62:6
**written**  59:12

**x**

**x**  2:1,10 59:3

**y**

**yeah**  80:6
90:24 108:10
113:18
**year**  16:10
**years**  21:19
91:16 126:25
**yesterday**
14:13,18

**z**

**zero**  40:19

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.