# EXHIBIT 8

IEEE.org    IEEE *Xplore*    IEEE SA    IEEE Spectrum    More Sites    Cart    Create Account    Personal Sign In

Browse   My Settings   Help   Access provided by: K & L Gates   File Cabinet   Sign Out Show Usage

Access provided by: K & L Gates   File Cabinet   Sign Out Show Usage

All   ADVANCED SEARCH

Standards

# 802.11-1997 - IEEE Standard for Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications

**Publisher:** IEEE    Cite This    PDF

**Superseded by ANSI/IEEE Std 802.11, 1999 Edition (R2003)**
**Status: Superseded**

<< Results    |    Next >

| 80 Paper Citations | 49 Patent Citations | 8894 Full Text Views |

**Alerts**
Manage Content Alerts
Add to Citation Alerts

Abstract
Figures
References
Citations
Keywords
Definitions
Metrics
**Versions**
Footnotes

Download PDF

**Abstract:** SUPERSEDED BY ISO/IEC 8802-11:1999 The medium access control and physical characteristics for wireless local area networks are specified in this standard, part of a serie... **View more**

**Scope:** To develop a Medium Access Control (MAC) and Physical Layer (PHY) specification for wireless connectivity for fixed, portable and moving stations within a local area.

**Purpose:** To provide wireless connectivity to automatic machinery, equipment or stations that require rapid deployment, which may be portable, or hand-held or which may be mounted ... **View more**

▸ Metadata
First Page of the Article

IEEE Std 802.11-1997

# Information technology—
# Telecommunications and information exchange between systems—
# Local and metropolitan area networks—
# Specific requirements—

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications

Sponsor

**LAN MAN Standards Committee
of the
IEEE Computer Society**

Approved 26 June 1997

**IEEE Standards Board**

**Abstract:** The medium access control (MAC) and physical characteristics for wireless local area networks (LANs) are specified in this standard, part of a series of standards for local and metropolitan area networks. The medium access control unit in this standard is designed to support physical layer units as they may be adopted dependent on the availability of spectrum. This standard contains three physical layer units: two radio units, both operating in the 2400–2500 MHz band, and one baseband infrared unit. One radio unit employs the frequency-hopping spread spectrum technique, and the other employs the direct sequence spread spectrum technique.
**Keywords:** ad hoc network, infrared, LAN, local area network, mobility, radio frequency, wireless

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1997 by the Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1997. Printed in the United States of America.

ISBN 1-55937-935-9

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

**Abstract:**
SUPERSEDED BY ISO/IEC 8802-11:1999 The medium access control and physical characteristics for wireless local area networks are specified in this standard, part of a series of standards for local and metropolitan area networks. The medium access control unit in this standard is designed to support physical layer units as they may be adopted dependent on the availability of spectrum. This standard contains three physical layer units: two radio units, both operating in the 2400-2500 MHz band, and one baseband infrared unit. One radio unit employs the frequency-hopping spread spectrum technique, and the other employs the direct sequence spread spectrum technique.

**Scope:**
To develop a Medium Access Control (MAC) and Physical Layer (PHY) specification for wireless connectivity for fixed, portable and moving stations within a local area.

**Purpose:**

To provide wireless connectivity to automatic machinery, equipment or stations that require rapid deployment, which may be portable, or hand-held or which may be mounted on moving vehicles within a local area. To offer a standard for use by regulatory bodies to standardize access to one or more radio frequency bands for the purpose of local area communication.

**Date of Publication:** 18 November 1997

**Electronic ISBN:** 978-0-7381-3044-6

**DOI:** 10.1109/IEEESTD.1997.85951

**ICS Code:** 35.110 35.100.20 35.100.10 - Networking Data link layer Physical layer

**Persistent Link:** https://ieeexplore.ieee.org/servlet/opac?punumber=5258

**Publisher:** IEEE

First Page of the Article

IEEE Std 802.11-1997

# Information technology—
# Telecommunications and information exchange between systems—
# Local and metropolitan area networks—
# Specific requirements—

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications

Sponsor

**LAN MAN Standards Committee
of the
IEEE Computer Society**

Approved 26 June 1997

**IEEE Standards Board**

**Abstract:** The medium access control (MAC) and physical characteristics for wireless local area networks (LANs) are specified in this standard, part of a series of standards for local and metropolitan area networks. The medium access control unit in this standard is designed to support physical layer units as they may be adopted dependent on the availability of spectrum. This standard contains three physical layer units: two radio units, both operating in the 2400–2500 MHz band, and one baseband infrared unit. One radio unit employs the frequency-hopping spread spectrum technique, and the other employs the direct sequence spread spectrum technique.
**Keywords:** ad hoc network, infrared, LAN, local area network, mobility, radio frequency, wireless

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1997 by the Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1997. Printed in the United States of America.

ISBN 1-55937-935-9

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

Hide First Page Preview ︿

Active

● **Draft:** P802.11bf/D1.0, Jan 2023 - *May 1, 2023*  Show Details ⌄
Show Details ⌄

● **Approved:** 802.11bd-2022 - *March 10, 2023*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.11bb/D7.0, Mar 2023 - *March 6, 2023*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.11bc/D7.0, Mar 2023 - *March 6, 2023*  Show Details ⌄
Show Details ⌄

- **Approved:** 802.11az-2022 - *March 3, 2023* — Show Details ⌄ / Show Details ⌄
- **Draft:** 802.11be - *March 1, 2023* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11-2020/Cor 1-2022 - *December 27, 2022* — Show Details ⌄ / Show Details ⌄
- **Approved:** 8802-11-2022 - *October 26, 2022* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ba-2021 - *October 8, 2021* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ay-2021 - *July 28, 2021* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ax-2021 - *May 19, 2021* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11-2020 - *February 26, 2021* — Show Details ⌄ / Show Details ⌄
- **Redline:** 802.11-2020 - *February 26, 2021* — Show Details ⌄ / Show Details ⌄
- **Draft:** P802.11ah/D7.0, Mar 2016 - *January 1, 2016* — Show Details ⌄ / Show Details ⌄
- **Draft:** P802.11ai/D8.0, Jun 201 - *January 1, 2016* — Show Details ⌄ / Show Details ⌄
- **Draft:** P802.11ai/D4.0, Feb 2015 - *July 1, 2015* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ac-2013 - *December 18, 2013* — Show Details ⌄ / Show Details ⌄
- **Redline:** 802.11-2012 - *March 29, 2012* — Show Details ⌄ / Show Details ⌄
- 802.11h-2003 - *October 14, 2003* — Show Details ⌄ / Show Details ⌄

Superseded

- **Approved:** 802.11aq-2018 - *August 31, 2018* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ak-2018 - *June 15, 2018* — Show Details ⌄ / Show Details ⌄
- **Approved:** 8802-11-2018 - *May 15, 2018* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11aj-2018 - *April 18, 2018* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ah-2016 - *May 5, 2017* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11ai-2016 - *December 30, 2016* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.11-2016 - *December 14, 2016* — Show Details ⌄ / Show Details ⌄
- 802.11af-2013 - *February 21, 2014* — Show Details ⌄ / Show Details ⌄
- 802.11ac-2013 - *December 18, 2013* — Show Details ⌄ / Show Details ⌄

- 802.11ad-2012 - *December 28, 2012* — Show Details ⌄ / Show Details ⌄
- **Redline:** 8802-11-2012 - *November 21, 2012* — Show Details ⌄ / Show Details ⌄
- 8802-11-2012 - *November 21, 2012* — Show Details ⌄ / Show Details ⌄
- 802.11aa-2012 - *May 29, 2012* — Show Details ⌄ / Show Details ⌄
- 802.11ae-2012 - *April 6, 2012* — Show Details ⌄ / Show Details ⌄
- 802.11-2012 - *March 29, 2012* — Show Details ⌄ / Show Details ⌄
- 802.11s-2011 - *September 10, 2011* — Show Details ⌄ / Show Details ⌄
- 802.11u-2011 - *February 25, 2011* — Show Details ⌄ / Show Details ⌄
- 802.11v-2011 - *February 9, 2011* — Show Details ⌄ / Show Details ⌄
- 802.11z-2010 - *October 14, 2010* — Show Details ⌄ / Show Details ⌄
- 802.11p-2010 - *July 15, 2010* — Show Details ⌄ / Show Details ⌄
- 802.11n-2009 - *October 29, 2009* — Show Details ⌄ / Show Details ⌄
- 802.11w-2009 - *September 30, 2009* — Show Details ⌄ / Show Details ⌄
- 802.11y-2008 - *November 3, 2008* — Show Details ⌄ / Show Details ⌄
- 802.11r-2008 - *July 15, 2008* — Show Details ⌄ / Show Details ⌄
- 802.11k-2008 - *June 12, 2008* — Show Details ⌄ / Show Details ⌄
- **Redline:** 802.11-2007 - *June 12, 2007* — Show Details ⌄ / Show Details ⌄
- 802.11-2007 - *June 12, 2007* — Show Details ⌄ / Show Details ⌄
- 802.11e-2005 - *November 11, 2005* — Show Details ⌄ / Show Details ⌄
- 802.11j-2004 - *October 29, 2004* — Show Details ⌄ / Show Details ⌄
- 802.11i-2004 - *July 24, 2004* — Show Details ⌄ / Show Details ⌄
- 802.11g-2003 - *June 27, 2003* — Show Details ⌄ / Show Details ⌄
- 802.11-1999 - *January 1, 2003* — Show Details ⌄ / Show Details ⌄
- 802.11b-1999/Cor 1-2001 - *November 7, 2001* — Show Details ⌄ / Show Details ⌄
- 802.11d-2001 - *July 13, 2001* — Show Details ⌄

Show Details

- 802.11b-1999 - *January 20, 2000*

Show Details
Show Details

- 802.11a-1999 - *December 30, 1999*

Show Details
Show Details

- 802.11-1999 - *November 30, 1998*

Show Details
Show Details

- 802.11-1997 - *November 18, 1997*

Show Details
Show Details

Inactive

- **Draft:** P802.11bb/D6.0, Jan 2023 - *February 9, 2023*

Show Details
Show Details

- **Draft:** P802.11bc D6.0, Jan 2023 - *February 2, 2023*

Show Details
Show Details

- **Draft:** P802.11bc/D5.0, Dec 2022 - *December 19, 2022*

Show Details
Show Details

- **Draft:** P802.11bb/D5.0, Dec 2022 - *December 16, 2022*

Show Details
Show Details

- **Draft:** P802.11bd/D8.0, Oct 2022 - *December 9, 2022*

Show Details
Show Details

- **Draft:** P802.11az/D7.0, Sept 2022 - *December 9, 2022*

Show Details
Show Details

- **Draft:** P802.11bb/D4.1, Oct 2022 - *October 5, 2022*

Show Details
Show Details

- **Draft:** P802.11bd/D7.0, Sept 2022 - *September 21, 2022*

Show Details
Show Details

- **Draft:** P802.11bc/D4.0, Aug 2022 - *September 15, 2022*

Show Details
Show Details

- **Draft:** P802.11az/D6.0, Aug 2022 - *August 26, 2022*

Show Details
Show Details

- **Draft:** P802.11bd/D6.0, Aug 2022 - *August 16, 2022*

Show Details
Show Details

- **Draft:** P802.11bd/D5.0, Jun 2022 - *June 21, 2022*

Show Details
Show Details

- **Draft:** P802.11-2020/Cor 1, May 2022 - *June 9, 2022*

Show Details
Show Details

- **Draft:** P802.11az/D5.0, May 2022 - *May 31, 2022*

Show Details
Show Details

- **Draft:** P802.11bc/D3.0, Mar 2022 - *May 16, 2022*

Show Details
Show Details

- **Draft:** P802.11bd/D4.0, Mar 2022 - *April 6, 2022*

Show Details
Show Details

- **Draft:** P802.11bc /D2.0, Oct 2021 - *December 13, 2021*

Show Details
Show Details

- **Draft:** P802.11az/D4.0, Aug 2021 - *October 7, 2021*

Show Details
Show Details

- **Draft:** P802.11az/D3.0, Jan 2021 - *May 19, 2021*

Show Details
Show Details

- **Draft:** P802.11ba/D8.0, Dec 2020 - *March 29, 2021*

Show Details