# EXHIBIT 9

IEEE.org    IEEE *Xplore*    IEEE SA    IEEE Spectrum    More Sites          Cart    Create Account    Personal Sign In

Browse    My Settings    Help         Access provided by: K & L Gates    File Cabinet         Sign Out    Show Usage

Access provided by: K & L Gates    File Cabinet    Sign Out    Show Usage

All

ADVANCED SEARCH

Standards

# 802.3-2022 - IEEE Standard for Ethernet

**Publisher:** IEEE    Cite This    PDF

Additional content is available
Revision of IEEE Std 802.3-2018 (Revision of IEEE Std 802.3-2015)
Status: Active  - Approved

Reading Room
View Only Version

**8943**
Full
Text Views

Reading Room
View Only Version

## Alerts

Manage Content Alerts
Add to Citation Alerts

Abstract

Keywords

Metrics

Versions

Down PDF

**Abstract:** Ethernet local area network operation is specified for selected speeds of operation from 1 Mb/s to 400 Gb/s using a common media access control (MAC) specification and ma... **View more**

**Scope:** This standard defines Ethernet local area, access and metropolitan area networks. Ethernet is specified at selected speeds of operation; and uses a common media access co... **View more**

▸ Metadata
**Abstract:**
Ethernet local area network operation is specified for selected speeds of operation from 1 Mb/s to 400 Gb/s using a common media access control (MAC) specification and management information base (MIB). The Carrier Sense Multiple Access with Collision Detection (CSMA/CD) MAC protocol specifies shared medium (half duplex) operation, as well as full duplex operation. Speed specific Media Independent Interfaces (MIIs) allow use of selected Physical Layer devices (PHYs) for operation over coaxial, twisted pair or fiber optic cables, or electrical backplanes. System considerations for multisegment shared access networks describe the use of Repeaters that are defined for operational

Show Details ⌄

● **Draft:** P802.3aq/D3.0 - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3aq/D4.0 - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ap/D2 - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3an/D3.0 - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3REVam_D2.2 Part 5/Apr - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3REVam_D2.2 Part 4/Apr - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3REVam_D2.2 Part 3/Apr - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3REVam_D2.2 Part 1/Apr - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3REVam_D2.2 Part 2/Apr - *January 1, 2005*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ah/D3.3 - *January 1, 2004*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ak/D5.3 - *January 1, 2003*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3aj/D3.1 - *January 1, 2003*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3af/D4.3 - *January 1, 2003*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ae/D5.0 - *January 1, 2002*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ad/D3.1 - *January 1, 2000*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3ab/D6.0 - *January 1, 1999*  Show Details ⌄
Show Details ⌄

Keywords ⌄

Metrics ⌄

**Versions** ⌃

Active

● **Approved:** 802.3cz-2023 - *April 28, 2023*  Show Details ⌄
Show Details ⌄

● **Approved:** 802.3cx-2023 - *April 21, 2023*  Show Details ⌄
Show Details ⌄

● **Draft:** P802.3cy/D3.2, Mar 2023 - *March 27, 2023*  Show Details ⌄
Show Details ⌄

● **Approved:** 802.3de-2022 - *December 30, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3ck-2022 - *December 28, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3db-2022 - *December 20, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cs-2022 - *November 18, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3dd-2022 - *August 31, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3-2022 - *July 29, 2022*  Show Details ⌄  
Show Details ⌄

● **Approved:** 8802-3-2021 - *February 24, 2021*  Show Details ⌄  
Show Details ⌄

● **Draft:** 802.3bv-2017 - *March 5, 2019*  Show Details ⌄  
Show Details ⌄

● **Draft:** 802.3bv-2017 - *March 14, 2017*  Show Details ⌄  
Show Details ⌄

● **Draft:** P802.3bs - *January 1, 2017*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3br-2016 - *October 14, 2016*  Show Details ⌄  
Show Details ⌄

● **Draft:** P802.3/D3.0,Mar 2015 - *July 23, 2015*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3bm-2015 - *March 27, 2015*  Show Details ⌄  
Show Details ⌄

Superseded

● **Approved:** 802.3cp-2021 - *July 16, 2021*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3ct-2021 - *July 9, 2021*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cv-2021 - *May 28, 2021*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cu-2021 - *February 26, 2021*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cr-2021 - *February 24, 2021*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3ca-2020 - *July 3, 2020*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3ch-2020 - *June 30, 2020*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cm-2020 - *March 30, 2020*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cq-2020 - *March 13, 2020*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cg-2019 - *February 5, 2020*  Show Details ⌄  
Show Details ⌄

● **Approved:** 802.3cn-2019 - *December 20, 2019*  Show Details ⌄  
Show Details ⌄

- **Approved:** 802.3cd-2018 - *February 14, 2019* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.3bt-2018 - *January 31, 2019* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.3cb-2018 - *January 4, 2019* — Show Details ⌄ / Show Details ⌄
- **Approved:** 802.3-2018 - *August 31, 2018* — Show Details ⌄ / Show Details ⌄
- **Redline:** 802.3-2018 - *August 31, 2018* — Show Details ⌄ / Show Details ⌄
- 802.3cc-2017 - *January 15, 2018* — Show Details ⌄ / Show Details ⌄
- 802.3bs-2017 - *December 12, 2017* — Show Details ⌄ / Show Details ⌄
- 802.3-2015/Cor 1-2017 - *April 21, 2017* — Show Details ⌄ / Show Details ⌄
- 802.3bu-2016 - *February 7, 2017* — Show Details ⌄ / Show Details ⌄
- 802.3bn-2016 - *December 7, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3bz-2016 - *October 18, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3br-2016 - *October 14, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3bp-2016 - *September 20, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3bq-2016 - *September 8, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3by-2016 - *July 29, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3bw-2015 - *March 7, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3-2015 - *March 4, 2016* — Show Details ⌄ / Show Details ⌄
- 802.3bm-2015 - *March 27, 2015* — Show Details ⌄ / Show Details ⌄
- 802.3bj-2014 - *September 3, 2014* — Show Details ⌄ / Show Details ⌄
- **Approved:** 8802-3-2014 - *April 1, 2014* — Show Details ⌄ / Show Details ⌄
- 802.3bk-2013 - *August 30, 2013* — Show Details ⌄ / Show Details ⌄
- 802.3-2012 - *December 28, 2012* — Show Details ⌄ / Show Details ⌄
- 802.3bd-2011 - *August 10, 2011* — Show Details ⌄ / Show Details ⌄
- 802.3bf-2011 - *July 15, 2011* — Show Details ⌄ / Show Details ⌄
- 802.3bg-2011 - *March 31, 2011* — Show Details ⌄

- 802.3az-2010 - *October 27, 2010*
- 802.3ba-2010 - *June 22, 2010*
- 802.3-2008/Cor 1-2009 - *February 1, 2010*
- 802.3av-2009 - *October 30, 2009*
- 802.3at-2009 - *October 30, 2009*
- 802.3bc-2009 - *September 28, 2009*
- 802.3-2008 - *December 26, 2008*
- 802.3-2005/Cor 2-2007 - *August 17, 2007*
- 802.3ap-2007 - *May 22, 2007*
- 802.3as-2006 - *November 13, 2006*
- 802.3aq-2006 - *October 16, 2006*
- 802.3an-2006 - *September 1, 2006*
- 802.3-2005/Cor 1-2006 - *June 26, 2006*
- 802.3-2005 - *December 9, 2005*
- 802.3ah-2004 - *September 7, 2004*
- 802.3ak-2004 - *March 1, 2004*
- 802.3aj-2003 - *September 26, 2003*
- 802.3af-2003 - *June 17, 2003*
- 802.3ae-2002 - *August 26, 2002*
- 802.3-2002 - *March 8, 2002*
- 802.3-2000 - *October 16, 2000*
- 802.3ad-2000 - *June 28, 2000*
- 802.3ab-1999 - *July 26, 1999*
- 802.3ac-1998 - *November 6, 1998*

Each entry shows "Show Details" toggles.

- 802.3-1998 - *September 28, 1998*  Show Details ⌄
  Show Details ⌄

- 802.3x-1997 - *November 18, 1997*  Show Details ⌄
  Show Details ⌄

- 802.3r-1996 - *December 9, 1996*  Show Details ⌄
  Show Details ⌄

- 802.3u-1995 - *October 26, 1995*  Show Details ⌄
  Show Details ⌄

- 802.3j-1993 - *October 12, 1993*  Show Details ⌄
  Show Details ⌄

- 802.3p,q-1993 - *September 22, 1993*  Show Details ⌄
  Show Details ⌄

- 802.3k-1992 - *November 9, 1992*  Show Details ⌄
  Show Details ⌄

- 802.3i-1990 - *December 30, 1990*  Show Details ⌄
  Show Details ⌄

- 802.3a,b,c,e-1988 - *December 28, 1987*  Show Details ⌄
  Show Details ⌄

- 802.3-1985 - *January 1, 1985*  Show Details ⌄
  Show Details ⌄

- 802.3-1985 - *December 31, 1984*  Show Details ⌄
  Show Details ⌄

Inactive

- **Draft:** P802.3cy/D3.1,Feb 2023 - *February 13, 2023*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cy/D3.0, Oct 2022 - *November 23, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cx/D3.2, Nov 2022 - *November 23, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cx/D3.1, Oct 2022 - *October 26, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3db/D3.2, Jul 2022 - *September 23, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3ck/D3.3, Jun 2022 - *September 23, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cz/D3.01, Sept 2022 - *September 5, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cx/D3.0, Jul 2022 - *July 29, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3de/D3.1, May 2022 - *June 17, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3db/D3.1, Jun 2022 - *June 8, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cs/D3.4, May 20, 2022 - *May 31, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cs/D3.3, Apr 2022 - *April 25, 2022*  Show Details ⌄
  Show Details ⌄

- **Draft:** P802.3cx/D3.3, Dec 2022 - *April 5, 2022*  Show Details ⌄
  Show Details ⌄