# EXHIBIT

# D

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,389 | 02/06/2007 | 7130576 | 05JM-127751 | 3367 |

24244      7590      06/16/2008

MICHAEL W LANDRY
5098 SEACHASE STREET
SAN DIEGO, CA  92130

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 06/16/2008

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

Ex. D - 001

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

DANIEL N. YANNUZZI

SHEPPARD, MULLIN,RICHTER &HAMPTON LLP

12275 EL CAMINO REAL, SUITE 200

SAN DIEGO, CA 92130

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. _90/008,389_.

PATENT NO. _7130576_.

ART UNIT _3992_.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | Control No. 90/008,389 | | Patent Under Reexamination 7130576 |
|---|---|---|---|
| | Examiner Fred Ferris | | Art Unit 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☒ Responsive to the communication(s) filed on <u>23 May 2007</u> .　　b ☐ This action is made FINAL.
c ☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I　THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.　　3. ☐ Interview Summary, PTO-474.
2. ☐ Information Disclosure Statement, PTO/SB/08.　　4. ☐ _____.

Part II　SUMMARY OF ACTION

1a. ☒ Claims <u>1-23</u> are subject to reexamination.
1b. ☐ Claims _____ are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☐ Claims _____ are patentable and/or confirmed.
4. ☒ Claims <u>1-23</u> are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a) ☐ approved　(7b) ☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

　　　a) ☐ All　b) ☐ Some*　c) ☐ None　of the certified copies have

　　　1 ☐ been received.
　　　2 ☐ not been received.
　　　3 ☐ been filed in Application No. _____ .
　　　4 ☐ been filed in reexamination Control No. _____.
　　　5 ☐ been received by the International Bureau in PCT application No. _____.

　　　* See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)　　　　　　Office Action in Ex Parte Reexamination　　　　　　Part of Paper No. 20080602

Ex. D - 003

Application/Control Number: 90/008,389                                    Page 2
Art Unit: 3992

## DETAILED ACTION

### I. Summary

This Office Action addresses the claims for which reexamination has been requested and

a substantial new question of patentability has been determined to exist. Specifically, claims 1-23

of U.S. 7,130,576 issued to Gurantz et al.  Claims 1-23 now stand rejected in view of newly

disclosed prior art.

### II. Notice Regarding Certain Reexamination Issues

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 7,130,576 throughout the course of this reexamination proceeding.  See MPEP §§

2207, 2282 and 2286.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "a Patent Applicant" and not to parties in a

reexamination proceeding. Additionally, 35 U.S.C. 305 requires that reexamination proceedings

"will be conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in *ex parte*

reexamination proceedings are provided for in 37 CFR 1.550(c).

Where the IDS citations are submitted but not described, the examiner is only

responsible for cursorily reviewing the references. MPEP 2256 recites the following: "Where

patents, publications, and other such items of information are submitted by a party (patent owner

or requester) in compliance with the requirements of the rules, the requisite degree of

consideration to be given to such information will be normally limited by the degree to which the

party filing the information citation has explained the content and relevance of the information.

Application/Control Number: 90/008,389                                      Page 3

Art Unit: 3992

The initials of the examiner placed adjacent to the citations on the form PTO /SB /08A and 08B

or its equivalent, without an indication to the contrary in the record, do not signify that the

information has been considered by the examiner any further than to the extent noted above."

Accordingly, the IDS submissions have been considered by the Examiner only with the

scope required by MPEP 2256.


### III. References Cited in the Request

"INFORMATION FOR INSTALLERS OF HOT BIRD TM DVB-S SYSTEMS,
VERSION 1.0" (hereinafter "Eutelsat Installers Guide"), EUTELSAT, dated June
7, 1999;

"DIGITAL SATELLITE EQUIPMENT CONTROL (DiSEqC TM) UPDATE
AND RECOMMENDATIONS FOR IMPLEMENTATION, VERSION 2.0"
(hereinafter "Eutelsat DiSEqC Specification"), EUTELSAT, dated April 18,
1997;

United States Patent No. 6,437,837 to Seo (hereinafter "Seo");

United States Patent No. 5,073,390 to Green et al. (hereinafter "Green");

United States Patent No. 6,005,861 to Humplemann (hereinafter "Humplemann");

"A SINGLE CHIP UNIVERSAL DIGITAL SATELLITE RECEIVER WITH
480-Mhz IF INPUT" (hereinafter the "Broadcom Paper");

"PHILLIPS DATA SHEET FOR UAA3202M FREQUENCY SHIFT KEYING
RECEIVER", (hereinafter the "Phillips Data Sheet");

United States Patent No. 5,654,774 to Pugel et al. (hereinafter "Pugel");

United States Patent No. 4,953184 to Simone (hereinafter "Simone");

European Patent No. 1009113 (hereinafter "EPO '113 Patent");

European Patent No. 0757489 (hereinafter "EPO '489 Patent");

Application/Control Number: 90/008,389 Page 4
Art Unit: 3992

United States Patent No. 5,285,284 to Takashima et al. (hereinafter "Takashima");

United States Patent No. 6,353,463 to Seo (hereinafter "Seo")

"RCA DIR CTTV RECEIVER WITH ULTIMATETV SERVICE SETUP GUIDE (hereinafter the "RCA Setup Guide");

United States Patent No. 5,278,837 to Kelley (hereinafter "Kelley").


## IV. Background and Overview

The '576 patent is drawn to a method and system for a satellite receiving system where program channels are selected from one or more broadband signals, and combined with other selected channels and transmitted from a first unit, for example an outdoor unit, to a second unit, for example a gateway, server, or set-top box, using a single cable. Channels can be selected by digitizing the broadband signal then digitally filtering to isolate the desired channels. The outputs of several LNBs can be selected and combined into one signal. Multiple set-top boxes can receive independent signals over a single cable from the outdoor unit.

During prosecution of the '576 patent, the examiner ultimately passed the case to allowance responsive to patent owners arguments that the claimed invention "include[s] the limitation of transponder selection responsive to a signal transmitted by an IRD." And that in the claimed "invention, a single cable can run from the selector and combiner, which can be in the ODU, to the inside of the building. The signal is split inside the building using a gateway or splitter device to distribute a composite signal to IRDs. The IRD commands to the selector requests individual transponder signals from satellite signals output by any one of the LNBs. The signal selector selects the transponder signals requested from each IRD, combines all of the selected transponder signals into a composite signal, then transits the composite signal, sent preferably

Application/Control Number: 90/008,389                                             Page 5
Art Unit: 3992

over a single cable, and tunes its requested transponder signal for decoding and display on a

television connected to the IRD. The composite signal changes based on collection of

transponder select signals from each IRD .... [W]hereas in the applicant's invention and claim,

the frequency translator operates on the signal output from the LNB[.]" (See: Amendment

arguments 7/10/2006)  Against this backdrop the examiner submits that these features are

disclosed in newly cited prior art as set forth in the rejections appearing below.


## V. Claim Rejections – Relevant Statutes

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.


## VI. Detailed Analysis

The requester in the reexamination of the '576 Patent has proposed multiple rejections of the

claims that were requested for reexamination as set forth in the Claim Charts. While the

Application/Control Number: 90/008,389                                             Page 6
Art Unit: 3992

examiner generally concurs that the references all "read on" the claims requested for

rexamination, the teachings appear to be cumulative of the prior art teachings set forth in the

rejections appearing below.  In the interest of simplifying issues in the case only selected

references have been used in the examiners' rejection.

1.      **Claims 1, 6, 8, 9, 11-14, 16, 18, 19, 21 and 22 are rejected under 35 U.S.C. 102(b) as**

**being anticipated by the Eutelsat Installers Guide.**

The Eutelsat Installer's Guide discloses every element of claim 1 of the '576 patent as follows:

a.      **A signal distribution system for distributing a plurality of low noise amplifier and**
**block converter (LNB) signals from a satellite outdoor unit (ODU) over a coaxial cable to**
**an integrated receiver decoder (IRD) comprising**

The Eutelsat Installer's Guide discloses a signal distribution system for distributing a plurality of

low noise amplifier and block converter (LNB) signals from a satellite outdoor unit (ODU) over

a coaxial cable to an integrated receiver decoder (IRD). Figure 11 (page 20) is a diagram

illustrating an example architecture for an RF distribution system including a satellite antenna

having a low noise amplifier and block converter (LNB) that sends signals to a satellite receiver

(i.e., a set top box or IRD). The LNB is illustrated as a Quad LNB with four output lines to

accommodate each of the four band/polarization LNB signals.

For confirmation that the illustrated satellite receiver is an IRD as recited in the claims, the

Eutelsat Installer's Guide refers to the satellite receiver as an IRD (integrated receiver decoder) in

the description of Figure 11 at page 20, and again at page 27.

Application/Control Number: 90/008,389                              Page 7

Art Unit: 3992

of a signaling capability between the IRD and the upstream equipment for remote channel

selection.



**Figure 11 : Architecture of a System with a Remote Controlled Head-End**

**b.     a signal selector that receives a plurality of broadband LNB signals comprising a
plurality of transponder signals**

The Eutelsat Installers Guide teaches a signal selector that receives a plurality of broadband LNB

signals and selects one or more transponder channels. For example, at Figure 11, the Eutelsat

Installers Guide teaches a Satellite IF Distribution unit and subscriber-controlled IF-IF

Application/Control Number: 90/008,389                                    Page 8
Art Unit: 3992

converters configured to receive the broadband LNB outputs. The Eutelsat Installers Guide

further discloses that the satellite transmissions received by the various receive architectures

comprise two frequency bands and two polarizations. See, page 26, second and third paragraphs.

These broadband signals each have a plurality of transponders signals. To illustrate this, the

Eutelsat Installers Guide shows the satellite transmission bands in Figure 7 (reproduced below).

As this figure illustrates, the satellite spectrum is comprised of four broadband signals each

having a plurality of transponder signals (the polygons). Each element of the quad LNB receives

the satellite transmission and outputs its respective broadband LNB signal. The LNB also

amplifies the signal and converts the satellite RF (10.7 to 12.75 GHz in this case) to an

intermediate frequency, or IF (hence the name, low noise amplifier and block converter). Note

that Figure 7 does not show this RF to IF conversion performed by the LNBs. However, RF to IF

conversion is not part of the claims, and is nonetheless well known as part of satellite receiver

systems. As evidence of this, see the Background Section of the '576 patent, which, in discussing

the "Prior Art" Figure 1, describes the RF to IF conversion performed by the LNBs.

Application/Control Number: 90/008,389                                           Page 9
Art Unit: 3992



**Figure 7 : Broadband Signal Spectrum for an IF-IF Distribution Network**

Note that Figure 7 describes IF to IF conversion. Figure 7 is described with reference to Figure 8, which is for channelized IF-IF conversion, rather than for subscriber controlled IF-IF conversion. However, the Eutelsat Installers Guide at page 19, last paragraph, states that the architecture shown in Figure 11 is "similar to that shown in Figure 8 ... except that there must be communication ... so that remote channel selection can be carried out."  Therefore, as the only stated difference is that of the remote channel selection, the architecture of Figure 11 is configured to receive the same broadband signals as the architecture of Figure 8.

**c.     the signal selector is responsive to transponder select information transmitted by an IRD**

The Eutelsat Installers Guide discloses that the signal selector is responsive to transponder select information transmitted by an IRD. Particularly, Figure 11 of the Eutelsat Installers Guide illustrates a Satellite Receiver (IRD) that communicates with the head-end (Outdoor Unit) for

Application/Control Number: 90/008,389                                          Page 10

Art Unit: 3992

channel selection. This is illustrated in Figure 11 by the DiSEqC communications. Additionally, the Eutelsat Installers Guide at page 19 specifies that there is communication between the terminal (IRD) and the head-end (signal selector) "so that remote channel selection can be carried out." (Page 19, last sentence (emphasis added). Additionally, Section 3.5.1.c of the Eutelsat Installers Guide (page 27) describes one signaling protocol that can be used to communicate information from the IRD to the signal selector. The Eutelsat Installers Guide reference refers to the standardized DiSEqC protocol6 that is used to provide selection information to the outdoor unit. At page 27, the Eutelsat Installers Guide states that the "DiSEqC TM system uses the satellite receiver (IRD) as a single master terminal controlling a number of remote devices such as LNBs." The Eutelsat Installers Guide further states that DiSEqC "allows for the switching and control of compatible units such as LNBs, switches and positioners..." *Id.* at 27.

**d.     and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;**

As stated above, Figure 11 illustrates a receive architecture that allows remote channel selection. As stated above, page 19 of the Eutelsat Installers Guide, specifies that there is communication between the terminal (IRD) and the head-end (selector) "so that remote channel selection can be carried out." Id., at page 19, last sentence. Additionally, the second-to-last paragraph on page 19 states that the user's terminal (IRD) can remotely tune to a channel by controlling an IF-IF converter.

Application/Control Number: 90/008,389                                      Page 11
Art Unit: 3992

Thus, the Eutelsat Installers Guide teaches that the Subscriber-controlled IF-IF conversion unit

(signal selector) selects the appropriate transponder signal(s) from the selected LNB band, based

on a DiSEqC command from the IRD.


**e.    a frequency translator coupled to the signal selector that is capable of shifting the
selected transponder signals to new carrier frequencies to produce RF signals;**

Figure 11 (above) of the Eutelsat Installers Guide illustrates a Subscriber controlled IF-IF

conversion box. As the name suggests, the IF-IF converters convert, or frequency translate, an

incoming IF signal at one carrier frequency to an IF signal at another carrier frequency. This IF-

IF conversion takes the selected transponder signals (Channels) at the received IF frequency, and

converts them to a different IF frequency for placement in a composite signal and distribution to

the set top box (IRD).

Additionally, Section 3.4.1.c at page 15 states that the IF-to-IF conversion systems rebuild the

satellite IF spectrum so that it is suitable for distribution via a single cable. In other words, the

selected transponder signals arrive from the LNBs at a given IF center frequency and are

relocated to a new IF center frequency for placement on the composite signal. Although 3.4.1 .c

is for channelized IF-to-IF conversion, the IF-IF conversion in Figure 11 operates the same,

except that it is remote controlled (See, page 19, last paragraph).

Figure 7 (above) provides an example of frequency translation wherein selected transponder

signals (the individually shaded polygons) are translated from their original broadband

frequencies to the new IF carrier frequencies suitable for placement in a composite signal.

The Eutelsat Installers Guide also teaches the signal combiner as recited in Claim 1. Particularly,

at Figure 11, the Eutelsat Installers Guide discloses an RF Combining and Amplification unit

Application/Control Number: 90/008,389                                    Page 12
Art Unit: 3992

that accepts multiple RF signals from the Subscriber-controlled IF-IF conversion, and combines them into a single composite output signal.

**g.     wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals;**

The Eutelsat Installers Guide teaches this element of claim 1. Particularly, the Eutelsat Installers Guide discloses architectures that receive QPSK modulated signals, perform the IF-IF frequency translation and provide QPSK signals. Support for this can also be found at Figure 7, which illustrates QPSK signals from the satellite transmission, and selected QPSK transponder signals combined on the composite signal.

**h.     and wherein the composite signal is transmitted on the coaxial cable;**

The Eutelsat Installers Guide teaches that the composite signal is transmitted on the coaxial cable. At Figure 11, the Eutelsat Installers Guide shows the composite signal routed to the IRDs via a signal path. One of ordinary skill in the art would have understood that satellite TV signals are routed on coaxial cable. Indeed, the Eutelsat Installers Guide reference specifically refers to this signal path of Figure 11 as coaxial cable. Particularly, at page 27, the Eutelsat Installers Guide references the DiSEqC signaling path as using a coaxial cable. As stated above, this DiSEqC signaling path is the same path as the composite signal path. As such, the Eutelsat Installers Guide teaches that the composite signal path is a coaxial cable.

**i.     whereby the composite signal is transmitted to the IRD**

The Eutelsat Installers Guide teaches that the composite signal is transmitted to the IRD. Still referring to Figure 11, the output of the RF combiner (a composite signal) is sent to the satellite

Application/Control Number: 90/008,389                                    Page 13
Art Unit: 3992

receiver (set top box or IRD). Accordingly, each element of claim 1 of the '576 patent is

anticipated by the Eutelsat Installers Guide reference.

Per claim 6:

**a.      The signal distribution system of claim 1 wherein the transponder select
information is transmitted over the same cable as the composite signal**

The Eutelsat Installers Guide teaches that the channel select information is sent over the

same cable as the composite signal. Referring still to Figure 11, the Eutelsat Installers Guide

discloses that the DiSEqC signaling information that is used to select the channels (i.e., to select

the transponders) is sent over the same cable as the composite signal.

Also note that the Eutelsat Installers Guide teaches that with conventional signaling

systems, the received satellite signals (composite signal) and the control signals are sent over the

same cable (page 26, first paragraph after bullets), and that DiSEqC is compatible with these

conventional methods (page 27, second-to-last paragraph).

Accordingly, Claim 6 of the '576 patent anticipated by the Eutelsat Installers Guide reference.

Per claim 8:

**a.      A signal distribution system for distributing signals comprising a
plurality of channels from a plurality of sources between a first unit and
a second unit over a communication medium comprising:**

As stated previously, the Eutelsat Installers Guide reference is directed toward a plurality of

receiver system architectures and signaling protocols for satellite TV systems.

Application/Control Number: 90/008,389                                      Page 14
Art Unit: 3992

As also stated above with respect to Claim 1, the Eutelsat Installers Guide discloses a plurality of

signal distribution systems for satellite TV. The Eutelsat Installers Guide teaches various

architectures for distributing signals (Satellite TV signals) comprising a plurality of channels

from a plurality of sources between a first unit (the Outdoor Unit) and a second unit (the IRD).

One example of such an architecture is that illustrated in Figure 11 of the Eutelsat Installers

Guide (reproduced above with reference to claim 1).


**b.      means in the first unit [ODU] responsive to information transmitted by
the second unit [IRD] for extracting selected channels from each of the
plurality of sources**

The Eutelsat Installers Guide reference teaches this element of claim 1. Particularly, the Eutelsat

Installers Guide reference teaches that the IRD is configured to send information to the outdoor

unit to perform channel selection from satellite signals. Specifically, the Eutelsat Installers Guide

at page 29 states that the architecture shown in Figure 11 provides "communication, preferably

two-way, between each terminal and the head-end so that remote channel selection can be

carried out." (See the last sentence of page 29).


**c.      and combining the selected channels into a composite signal**

The Eutelsat Installers Guide also teaches combining the selected channels into a

composite signal. As discussed above with respect to Claim 1, Figure 11 of the Eutelsat

Installers Guide discloses an RF Combining and Amplification unit that accepts multiple RF

signals from the Subscriber-controlled IF-IF conversion unit, and combines these IF signals into

Application/Control Number: 90/008,389                                         Page 15
Art Unit: 3992

a composite output signal.

### d.      without demodulating channels and without changing the modulation of the channels

The Eutelsat Installers Guide discloses that the signals are selected and combined without changing the modulation of the channels. As discussed above with respect to claim 1, the Eutelsat Installers Guide discloses that QPSK signals are received from the satellite and the signals are distributed to the satellite receiver (IRD) as QPSK signals. As such, no transmodulation is performed. Additionally, the signals are not demodulated either, as they remain QPSK-modulated signals.

### e.      and transmitting the composite signal over the medium;

The Eutelsat Installers Guide teaches that the composite signal is transmitted to the IRD. At Figure 11, the Eutelsat Installers Guide shows the composite signal routed to the IRDs via a coaxial cable signal path.

### f.      and means in the second unit [IRD] for receiving the composite signal and demodulating and decoding at least one channel;

The IRD is defined by the Eutelsat reference as a satellite receiver. Receivers are well known to those of ordinary skill in the art to receive communication signals and to demodulate and decode the signals. Indeed, the Eutelsat Installers Guide discloses that the output of the Satellite Receiver is connected to the television set. As such, one of ordinary skill in the art would have understood that the satellite receiver must demodulate and decode the signal, as television sets

Application/Control Number: 90/008,389                                      Page 16
Art Unit: 3992

are not configured to handle satellite signals in the IF spectrum as distributed from the combiner.

As further evidence of what one of ordinary skill in the art would have understood regarding

satellite television receivers, reference is made to the Background Section of the '576 patent. At

Column 1, lines 39 - 44, with reference to the "Prior Art" Figure 1, the IRD (Integrated Receiver

Decoder) is described as tuning, demodulating and decoding the received satellite signal.

**g.      and means in the first unit and second units for bi-directionally communicating
control information between the second unit and the first unit.**

The Eutelsat Installers Guide teaches bidirectional communication between the IRD and the

switching equipment. Figure 11 (above) illustrates a bidirectional communication path between

the IRD (through the wall jack) and the switching equipment. Additionally, Section 3.5.1.c of the

Eutelsat Installers Guide at page 27 discloses Two-way (bidirectional) signaling.

Accordingly, Claim 8 of the '576 patent anticipated by the Eutelsat Installers Guide reference.

Per claim 9:

**a.      The signal distribution system of claim 8 wherein the control information comprises
channel selection requests originating from the second unit**

The Eutelsat Installers Guide reference teaches control information comprising channel selection

requests. Particularly, at page 19, the Eutelsat Installers Guide reference states that

communication "between each terminal and the head end so that remote channel selection can be

carried out." *Id.*, at 19 (emphasis added).

Application/Control Number: 90/008,389                                         Page 17
Art Unit: 3992

**b.      and the control information comprises channel mapping information originating
from the first unit.**

The Eutelsat Installers Guide reference teaches that the control information also comprises

channel mapping information from the switching equipment to the IRD. For example, at page 27

the Eutelsat Installers Guide reference discloses that "[t]wo-way DiSEqC TM (DiSEqC TM

2.0/2.1) further enhances the standard by allowing remote units to report their possible and actual

configurations.

One of ordinary skill in the art would have understood that configuration information can

include, for example, an identification of the LNB local oscillator frequency or an identification

of the frequencies used by one or more of the IF-IF converters so the IRD can determine which

frequency to tune to receive the converter output in the composite signal.

As evidence of what one of ordinary skill in the art would have understood at the time of the

purported invention, reference is made to United States Patent No. 5,073,930, to Green et. al.,

which teaches that the term frequency mapping is used to map the conversion of an IF signal in a

wideband LNB output to an IF signal at a translated frequency for placement in the composite

signal. See, Green at Column 10, lines 4 - 43. As such, one of ordinary skill in the art at the time

would have understood that configuration information for the IF-IF converters includes

information regarding channel mapping.

Accordingly, Claim 9 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.


Per claim 11:

**a.      The signal distribution system of claim 8 wherein the first unit is a satellite outdoor
unit and the second unit is a satellite integrated receiver decoder unit.**

Application/Control Number: 90/008,389                                         Page 18
Art Unit: 3992

The Eutelsat Installers Guide reference teaches an outdoor unit and a satellite integrated receiver

decoder unit (IRD). Figure 11 of the Eutelsat Installers Guide reference discloses a Satellite

Receiver. The Satellite Receiver is referenced in various places in the Eutelsat Installers Guide

reference as an IRD. For example, page 20 refers to the communication between the wall outlet

and the "IRD." Likewise, Section 3.5.1 .c states that the signaling systems uses the "satellite

receiver (IRD)..." *Id.*, at 27.

Figure 11 (above) also illustrates the LNBs and other switching and distribution equipment,

which one of ordinary skill in the art would understand to be outdoor equipment. Also, at the

top of page 27, the reference refers to the two-way communications between the IRD and the

selection units as signaling "between the outdoor and indoor units."

Furthermore, as further evidence of what was understood by one of ordinary skill in the art at the

time, Figure 1 of the '576 patent (labeled as "Prior Art") and the accompanying description

disclose that the satellite antenna, LNBs and switches are an outdoor unit, and the description

accompanying prior art Figure 1 describes the IRD as a set top box located inside a building.

Accordingly, Claim 11 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.


Per claim 12:

**a.      The signal distribution system of claim 11 wherein the communication
medium consists of a single coaxial cable connected to the satellite outdoor unit.**

As discussed above with respect to Claim 1, the Eutelsat Installers Guide at page 27 teaches that

the communication medium over which the signal is distributed is a coaxial cable. Accordingly,

Claim 12 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.

Application/Control Number: 90/008,389                                                    Page 19
Art Unit: 3992

Per claim 13:

a.      **The signal distribution system of claim 12 wherein the means for communicating
uses the same communication medium as the composite signal**

In this claim, "means for communicating" refers to the bi-directional communication of control

information as recited in the preamble of independent claim 8 from which this claim ultimately

depends. The Eutelsat Installers Guide reference teaches that the control information is

communicated along the same signal path as the composite signal. This was discussed above

with respect to claim 1, for which Figure 11 of the Eutelsat Installers Guide reference was cited

as showing bi-directional signaling capabilities along the same signal path as the composite

signal.

Accordingly, Claim 13 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.


Per claim 14:

a.      **A method of communicating a plurality of transponder signals from a satellite
outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated
receiver decoder (IRD) over a single cable connected to the ODU, the method comprising
the steps of."**

The Eutelsat Installers Guide reference teaches communicating a plurality of transponder signals

from a satellite outdoor unit that receives satellite broadband signals and communicates these

signals to an IRD over a single cable connected to the outdoor unit. As discussed above with

respect to Claim 1, Figure 11 shows a satellite antenna, LNBs and switching equipment that

makes up an outdoor unit for receiving satellite broadband signals. The switching equipment

selects a plurality of transponder signals in response to DiSEqC commands from the satellite

Application/Control Number: 90/008,389                                    Page 20
Art Unit: 3992

receiver (IRD) and communicates the selected transponder signals to the IRD.

**b.      communicating a transponder request signal to the ODU from the IRD;**

Figure 11 of the Eutelsat Installers Guide reference illustrates signaling information between the

satellite receiver (IRD) and the switching equipment (ODU). Additionally, the Eutelsat Installers

Guide reference discloses a signaling protocol referred to as DiSEqC signaling that can provide

one-way or two-way communication between the IRD and ODU. The Eutelsat Installers Guide

also states that this communication allows "remote channel selection" to be carried out. See, page

19, last sentence.

Later in this claim 14, the transponder signals extracted from the broadband LNB signal are

selected based on the transponder request signal. As such, the transponder request signal is

taught by the Eutelsat Installers Guide reference to the DiSEqC signal used to carry out remote

channel selection.

**c.      in the ODU, selecting a plurality of transponder signals extracted from the received
satellite broadband signals, wherein the selecting is responsive to the transponder request
signals;**

The Eutelsat Installers Guide reference teaches selecting transponder signals, or channels. As

discussed above with respect to claim 1, and with reference to Figures 7 and 11, the transponder

signals are extracted from the received satellite broadband signal.

As also discussed above with respect to claim 1, the selection of the transponder signals is in

response to signals from the IRD (transponder request signals).

Application/Control Number: 90/008,389                                    Page 21
Art Unit: 3992

**d.      combining selected transponder signals into a composite signal;**

The Eutelsat Installers Guide reference teaches combining selected transponder signals into a

composite signal. As discussed above with respect to claim 1, Figure 11 of the Eutelsat Installers

Guide reference illustrates an RF combining and amplification unit that combines the selected

transponder signals into a composite output on a single communication path from the combiner

to the IRD(s).

**e.      transmitting the composite signal over the single cable from the ODU to the IRDs,**

The Eutelsat Installers Guide reference teaches transmitting the composite signal over the single

cable from the ODU to the IRDs. As discussed above with respect to Claim 1, the composite

signal is illustrated in Figure 11 as being transmitted over a single communication path to the

IRD(s). As also discussed above, Figure 11 illustrates multiple wall outlets. One of ordinary skill

in the art reading the Eutelsat Installers Guide reference would understand that a satellite

receiver, or IRD, can be hooked up to each wall outlet.

**f.      wherein the modulation of the transponder signal is not altered by the steps of
selecting, combining, and transmitting.**

The Eutelsat Installers Guide reference teaches that the modulation of the transponder signal is

not altered by the steps of selecting, combining, and transmitting. As discussed above with

respect to Claim 1, the Eutelsat Installers Guide reference teaches that a QPSK-modulated signal

is received from the satellite, and that the selected transponder signals, or channels, are

distributed to the IRD(s) as QPSK modulated signals. As such, a system that does not alter the

Application/Control Number: 90/008,389                                      Page 22
Art Unit: 3992

modulation is taught.

Accordingly, Claim 14 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.

Per claim 16:

**a.      The method of claim 14 wherein the step of combining comprises frequency
translating the selected transponder channels to a variable frequency before combining.**

The Eutelsat Installers Guide reference teaches frequency translating the selected transponder

channels to a variable frequency before combining. As discussed above with respect to claim 1,

the Eutelsat Installers Guide reference shows in Figure 7 that the transponder channels are

frequency translated from their respective center frequencies in the broadband satellite signal to

their new respective center frequencies in the satellite IF distribution channel.

One of ordinary skill in the art would understand that the frequency translation would occur

before combination as the signals will need to be reassigned to their new frequency allocation

within the bandwidth of the composite signal. One of ordinary skill in the art would also

understand that the assignment would be variable to accommodate allocation of multiple selected

signals into the available bandwidth.

Accordingly, Claim 16 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.

Per claim 18:

**a. The method of claim 14 further comprising the step of splitting the composite signal
inside a home and distributing to a plurality of IRDs.**

The Eutelsat Installers Guide reference teaches splitting the composite signal inside a home and

distributing to a plurality of IR s. Particularly, Figure 11 illustrates that the composite signal is

Application/Control Number: 90/008,389                                      Page 23
Art Unit: 3992

split out to a plurality of wall units and distributed to each of the wall units. As stated above, one

of ordinary skill in the art would understand that, as in the first unit, an IRD can be connected to

each of the other wall units. As such, Figure 11 illustrates splitting the signal and distributing it

to a plurality of IRDs. Also note that the claim references splitting the signal inside a home.

Figure 11 illustrates that the signal is split prior to distribution to the wall units. One of ordinary

skill in the art would understand that the wall outlets are in the walls of the building (whether it

be a home, office, or other building), and that the splitting can occur inside the home.

Accordingly, Claim 18 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.


Per claim 19:

**a.     The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD**

The Eutelsat Installers Guide reference teaches the transponder request signal is transmitted over

the cable from an IRD. As discussed above with respect to claim 2, Figure 11 illustrates that the

DiSEqC signal (transponder request signal) is transmitted over the cable from the IRD to the

switching equipment.


**b.     and all IRDs receive the same composite signal**

The Eutelsat Installers Guide reference teaches that all IRDs receive the same composite signal.

As discussed above with respect to claim 2, Figure 11 illustrates that the composite signal is

distributed via a single cable to the wall outlets, and that an IRE) can be connected to each wall

outlet. Accordingly, Claim 19 of the '576 patent is anticipated by the Eutelsat Installers Guide

Application/Control Number: 90/008,389                                    Page 24

Art Unit: 3992

reference.

Per claim 21:

**a.      The method of claim 14 further comprising the steps of frequency translating the
selected transponder channels to a variable frequency before combining;**

As discussed above with respect to claim 16, the Eutelsat Installers Guide reference teaches

translating the selected transponder channels to a variable frequency before combining.

**b.      and splitting the composite signal inside a home and distributing to a plurality of
IRDs.**

As discussed above with respect to claim 18, the Eutelsat Installers Guide reference teaches

splitting the composite signal inside a home and distributing to a plurality of IRDs.

Accordingly, Claim 21 of the '576 patent is anticipated by the Eutelsat Installers Guide reference.

Per claim 22:

**a.      The method of claim 21 wherein the transponder request signal is transmitted over
the cable from an IRD.**

Claim 21 from which this claim depends, is taught by the Eutelsat Installers Guide as described

with reference to Claim 21. As discussed above with respect to claim 19, The Eutelsat

Installers Guide reference teaches that the transponder request signal is transmitted over the

cable from an IRD. (Fig. 11)  Accordingly, Claim 22 of the '576 patent is anticipated by the

Eutelsat Installers Guide reference.

Application/Control Number: 90/008,389                                    Page 25

Art Unit: 3992

2.      **Claim 2 is rejected under 35 U.S.C. 102(b) as anticipated by or, in the alternative, under 35 U.S.C. 103(a) as obvious over the Eutelsat Installers Guide reference in view of Humpleman.**

Per claim 2:

a.      **The signal distribution system of claim 1 further comprising a plurality of IRDs**

The Eutelsat Installers Guide teaches that a plurality of IRDs can be provided. Particularly, Figure 11 illustrates multiple wall outlets. One of ordinary skill in the art would have understood that multiple wall outlets are used to support additional IRDs. For example, one IRD can be connected to each additional wall outlet, just as the illustrated IRE) is connected to the first wall outlet.

b.      **and wherein the composite signal is transmitted on a single cable connected to the ODU**

Figure 11 also illustrates that the composite signal from the combiner is transmitted on a single cable.

c.      **and all IRDs receive channels extracted from the composite signal**

Figure 11 also illustrates that the IRDs receive channels from the composite signal. As illustrated, the composite signal is distributed to the IRDs. Particularly, the composite signal is distributed to all the wall outlets (each of which can support an IRD) so that all IRDs connected thereto receive the channels in the composite signal.

Accordingly, Claim 2 of the '576 patent anticipated by the Eutelsat Installers Guide reference.

Application/Control Number: 90/008,389                                    Page 26
Art Unit: 3992

In the alternative, claim 2 is rejected under 103(a) as being obvious in view of

Humpleman. The alternative rejection is necessitated the limitation reciting "channels extracted

form the composite signal" that, in an alternate interpretation, could be interpreted to include

gateway functionality. (See: '576 at 2:62)

Analogous art Humpleman, discloses a multimedia network architecture for in-premises

distribution of satellite television signals. Humpleman teaches that cable or satellite television

signals (Col. 3, lines 28-31) are received at the home and distributed by network 10 to one or

more televisions 12, 14 or other video equipment (VCR 16).  With reference to Figure 1,

Humpleman discloses that a network interface unit 32 (i.e., Gateway) receives an external

satellite broadcast signal (Col. 3, lines 21 - 35), and that the external signals are distributed via a

network 34 (Col. 3, lines 49 - 55). With particular regard to television signals, Humpleman

teaches with reference to Figure 4 that the network interface unit (NIU) 32, or gateway, receives

the external video signal and distributes it to the set top box 40 (Column 7, lines 18 - 34).

Humpleman also teaches that the gateway (NIU 32) can extract channels from the

composite signal before the signal is distributed throughout the home to the set top boxes. See,

for example, Column 7, lines 35 - 52, where Humpleman discloses demultiplexing the channel

from a multiple channel stream.

A skilled artisan would have knowingly modified the teachings of the Eutelsat Installer

Guide to include the gateway teachings of Humpleman since using a gateway for channel

extraction would have been part of the ordinary capabilities of a skilled artisan and there would

have been a reasonable expectation of success based on similar uses of gateways in the same

technological arena.

Application/Control Number: 90/008,389                                              Page 27
Art Unit: 3992

Accordingly, Claim 2 of the '576 patent is rendered obvious by Humpleman's teachings of a

gateway in combination with the Eutelsat Installers Guide reference.


**3.     Claim 3 is rejected under 35 U.S.C. 103(a) as being unpatentable over the Eutelsat**

**Installers Guide in view of Kelly.**

        Per claim 3:  As cited above, the Eutelsat Installers Guide teaches every element of

independent claim 1.

        Eutelsat Installers Guide does not explicitly disclose a digital filter.

Analogous art Kelley, teaches a digital receiver with digital channel selection. At Figure 8,

Kelley teaches a digital receiver with an analog to digital converter ADC 106 that digitizes the

RF input signal and provides it to a digital tuner. Col. 6, lines 31-34. The output of mixer 18 is

provided to a digital IF filter 34 to isolate the desired IF signal. Col. 7, lines 34 - 40.

A skilled artisan would have knowingly modified the teachings of the Eutelsat Installer Guide to

include the digital filter teachings of Kelly since using a digital filter and analog to digital

converter would have been part of the ordinary capabilities of a skilled artisan and there would

have been a reasonable expectation of success based on similar uses of the devices in the same

technological arena.  Accordingly, Claim 3 of the '576 patent is rendered obvious by the Eutelsat

Installers Guide in combination with Kelley.


**4.     Claims 4, and 10 are rejected under 35 U.S.C. 103(a) as being unpatentable over the**

**Eutelsat Installers Guide in view of Green.**

        Per claim 4:

Application/Control Number: 90/008,389         Page 28

Art Unit: 3992

a.     **The signal distribution system of claim 1 wherein the signal selector comprises a tuner.**

As cited above, the Eutelsat Installers Guide teaches every element of independent claim 1. However, the Eutelsat Installers Guide does not explicitly disclose a tuner to select the transponder signals. Tuners for channels selection in television receivers are notoriously well known.

Analogous art Green et. al., discloses a satellite receiver system that uses a tuner to perform IF channel selection, and combining a plurality of selected channels into a composite signal for transmission to a set top box. At Figure 1A, Green discloses a plurality of broadband LNB output signals 104, 106 having a plurality of transponder channels. IF-IF converters 113 are comprised of a plurality of transponder processors 112 that each receive a broadband LNB signal from which one of the constituent transponder signals will be chosen. Thus, these transponder processors 112 are signal selectors. These signal selectors are described with reference to Figure 3 as including a tuner.

A skilled artisan would have knowingly modified the teachings of the Eutelsat Installer Guide to include the tuner teachings of Green since using tuners for channels selection in television receivers is notoriously well known would have been part of the ordinary capabilities of a skilled artisan. Accordingly, Claim 3 of the '576 patent is rendered obvious by the Eutelsat Installers Guide in combination with Kelley.

Per claim 10

a.     **The signal distribution system of claim 8, further comprising a means in the first unit for carrier offset correction.**

Application/Control Number: 90/008,389                                   Page 29
Art Unit: 3992

The Eutelsat Installers Guide reference teaches every element of claim 8 as cited above.

However, the Eutelsat Installers Guide does not explicitly teach carrier offset correction.

Analogous art Green, et al., teaches carrier offset correction in a satellite receiver system. At

Column 12, lines 40 - 45, Green discloses carrier offset correction to correct for frequency errors.

Note that one would have looked to Green when implementing satellite receiver system

architectures. Particularly, Figure 1A of Green illustrates a plurality of selected broadband

satellite signals on a bus 110 are sent to transponder units 112 for channel selection, and that the

selected transponder channels are then combined by combiners 114. Figure 2 of Green illustrates

that the selected transponder channels are mapped into and combined into a single composite

signal (labeled as transponder bank output). This is directed toward solving the same goal of

channel selection in a satellite receiver system as are the '576 patent and the Eutelsat Installers

Guide.  Hence, a skilled artisan would have knowingly modified the teachings of the Eutelsat

Installer Guide to include carrier offset correction teachings of Green and there would have been

a reasonable expectation of success. Accordingly, Claim 10 of the '576 patent is rendered

obvious by the Eutelsat Installers Guide in combination with Green.


5.      **Claim 5 is rejected under 35 U.S.C. 103(a) as being unpatentable over the Eutelsat**

**Installers Guide in view of the RCA Setup Guide.**

Per claim 5:

a.      **The signal distribution system of claim 1 further comprising an integrated receiver
decoder (IRD) connected to the coaxial cable with a plurality of tuners within the IRD,
wherein each tuner within the IRD receives the composite signal and each tuner uses at
least one transponder signal.**

Application/Control Number: 90/008,389                                         Page 30

Art Unit: 3992

As cited above, the Eutelsat Installers Guide teaches every element of independent claim 1.

Also, as illustrated in Figure 19 (page 26), the Eutelsat Installers Guide discloses a satellite

receiver or IRD connected to the coaxial cable. However, the Eutelsat Installers Guide does not

explicitly disclose a plurality of tuners within the IRD.

The concept of two tuners in a television receiver was well known at the time of the purported

invention to allow features such as picture-in-picture and watch-and-record. As evidence of what

would be known by one of ordinary skill in the art the RCA Setup Guide discloses a satellite set

top box, or IRD, with multiple tuners. For example, the Figure on page 6 and the accompanying

note teaches two tuners to enable picture-in-picture or watch-and-record capabilities.



Application/Control Number: 90/008,389                                    Page 31

Art Unit: 3992

A skilled artisan would have knowingly modified the teachings of the Eutelsat Installer Guide to

include the multiple tuner teachings as evidenced by the RCA Setup Guide since using multiple

tuners was notoriously well known in the art and would have been part of the ordinary

capabilities of a skilled artisan.  Accordingly, Claim 5 of the '576 patent is rendered obvious by

the Eutelsat Installers Guide in combination with the RCA Setup Guide.

**6.      Claims 7, 20, and 23 are rejected under 35 U.S.C. 103(a) as being unpatentable over**

**the Eutelsat Installers Guide in view of the Philips Data Sheet.**

Per claims 7 and 20:

**a.  (claim 7) The signal distribution system of claim 1 wherein the transponder select**
**information is transmitted over a wireless link.**

**b. (claim 20) The method of claim 14 wherein the transponder request signal is**
**transmitted over a wireless link to the ODU.**

As cited above, the Eutelsat Installers Guide teaches every element of claims 1 and 14. However,

the Eutelsat Installers Guide does not explicitly state that the transponder select information or

request signal (i.e., the DiSEqC command) can be sent over a wireless link. Wireless

communications as an alternative to wired communications were very well known at the time of

the invention.

The Philips Data Sheet for the UAA3202M Frequency Shift Keying Receiver illustrates a single-

chip wireless receiver for VHF and UHF systems. (See, General Description on page 2.)

Described applications for the wireless receiver are listed as remote control systems, telemetry

systems and wireless data transmission (page 2). As such, it would have been obvious to use this

or other commonly available wireless technology to communicate transponder select information

over a wireless link. Hence, a skilled artisan would have knowingly modified the teachings of the

Ex. D - 033

Application/Control Number: 90/008,389                                    Page 32
Art Unit: 3992

Eutelsat Installer Guide to include the wireless technology of the Philips Data Sheet since this

technology would have been part of the capabilities of a skilled artisan at the time of the

invention.  Accordingly, claims 7 and 20 of the '576 patent are rendered obvious by the Eutelsat

Installers Guide in combination with the Philips Data Sheet.


Per claim 23:

**a.      The method of claim 21 wherein the transponder request signal is transmitted over
a wireless link to the ODU.**

Claim 21 elements are taught by the Eutelsat Installers Guide as previously cited above. As also

cited above, the Philips Data Sheet for the UAA3202M Frequency Shift Keying Receiver

illustrates a single-chip wireless receiver for VHF and UHF systems. (See, General Description

on page 2.) Described applications for the wireless receiver are listed as remote control systems,

telemetry systems and wireless data transmission (page 2). As such, it would have been obvious

to use this or other commonly available wireless technology to communicate transponder select

information over a wireless link. Hence, a skilled artisan would have knowingly modified the

teachings of the Eutelsat Installer Guide to include the wireless technology of the Philips Data

Sheet since this technology would have been part of the capabilities of a skilled artisan at the

time of the invention.  Accordingly, claim 23 is rendered obvious by the Eutelsat Installers Guide

in combination with the Philips Data Sheet.


**7.      Claim 15 is rejected under 35 U.S.C. 103(a) as being unpatentable over the Eutelsat
Installers Guide in view of the Broadcom Digital Satellite Receiver Paper.**

Application/Control Number: 90/008,389                                              Page 33
Art Unit: 3992

Per claim 15:

**a.      The method of claim 14 wherein the step of selecting a transponder signal comprises the step of filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% TO 100% wider than the bandwidth of the transponder signal**

The Eutelsat Installers Guide reference teaches every element of claim 14, from which claim 10

depends. The Broadcom Digital Satellite Receiver Paper discloses a 55Mhz bandwidth filter

(page 1639, bottom of Col. 1) that is used in a digital satellite receiver capable of supporting

variable symbol rates of 1 - 45 Mbaud (i.e., 1 - 45 MHz). Thus, depending on the chosen

operating symbol rate, the bandwidth of the filter can range from approximately 20% wider than

the signal bandwidth to well more than 100% wider. A skilled artisan would have knowingly

modified the teachings of the Eutelsat Installer Guide to include the filter teachings of the

Broadcom Digital Satellite Receiver Paper the use of filters is very well known in the art and

would have been part of the ordinary capabilities of a skilled artisan. Further, a skilled artisan

implementing a filter for the transponder signal would have had a reasonable expectation of

success. Accordingly, Claim 15 of the '576 patent is rendered obvious by the Eutelsat Installers

Guide in combination with Broadcom Digital Satellite Receiver Paper.


**8.      Claim 17 is rejected under 35 U.S.C. 103(a) as being unpatentable over the Eutelsat**

**Installers Guide in view of Broadcom Digital Satellite Receiver in further view of Green.**

Per claim 17:

**a.      The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.**

As discussed above, The Eutelsat Installers Guide and Broadcom references teach every element

of claim 15. Additionally, as discussed above with respect to claim 1, the Eutelsat Installers

Application/Control Number: 90/008,389                                      Page 34
Art Unit: 3992

Guide teaches frequency translating the selected transponder channels (for example, Figure 19 illustrates that the IF to IF frequency translation occurs prior to the signal combining). However, it is unclear if the translation is to a predetermined frequency before combining.

Green specifically teaches translation of transponder channels to a predetermined frequency prior to combining. Figure 1A of Green illustrates a plurality of selected broadband satellite signals on a bus 110 are sent to transponder units 112 for channel selection, and that the selected transponder channels are then combined by combiners 114. Figure 2 of Green illustrates that the selected transponder channels are mapped into and combined into a single composite signal (labeled as transponder bank output). Although the transponder processor can map to a variable frequency (as discussed with respect to Claim 16), Green also teaches that once a mapping of transponder channels into the combined signal is decided, the processors can be preprogrammed to output on a given frequency. See, Column 10, lines 20 - 23. Thus, the processors translate to a predetermined frequency prior to signal combining. Accordingly, Claim 17 of the '576 patent is rendered obvious by the Eutelsat Installers Guide reference in combination with Green.


## VII. Conclusion

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action. Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR 41.33 after appeal, which will be strictly enforced.

Application/Control Number: 90/008,389                                      Page 35
Art Unit: 3992

     Any paper filed with the USPTO, i.e., any submission made, by either the Patent Owner

or the Third Party Requester must be served on every other party in the reexamination

proceeding, including any other third party requester that is part of the proceeding due to merger

of the reexamination proceedings. As proof of service, the party submitting the paper to the

Office must attach a Certificate of Service to the paper, which sets forth the name and address of

the party served and the method of service. Papers filed without the required Certificate of

Service may be denied consideration. 37 CFR 1.903; MPEP 2666.06.


Please mail any communications to:
Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450

Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA 22314


     Any inquiry concerning this communication or earlier communications from the

examiner, or as to the status of this proceeding, should be directed to the Central Reexamination

Unit at telephone number (571) 272-7705.

Fred Ferris                                        Conferees:
Primary Examiner                                        *ESK*
AU 3992
                                                        *MV*

| *Reexamination* | Application/Control No.<br>90/008,389 | Applicant(s)/Patent Under Reexamination<br>7130576 |
|---|---|---|
| | Certificate Date | Certificate Number |

| Requester | Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|---|

DANIEL N. YANNUZZI
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

| LITIGATION REVIEW ☒ | FOF<br>(examiner initials) | 6/3/08<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| None | | *Lee Heard For LMM* |
| | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| **TYPE OF PROCEEDING** | **NUMBER** |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office

DOC. CODE RXFILJKT

Ex. D - 038

08/14/2008 17:46 FAX 858 509 3691          DEL MAR SMR&H                                      ☑001



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

Suite 200 | 12275 El Camino Real | San Diego, CA 92130-2006
858-720-8900 office | 858-509-3691 fax | www.sheppardmullin.com

FAX RECEIVED

AUG 1 4 2008

CENTRAL REEXAMINATION UNIT

# F A C S I M I L E   C O V E R   S H E E T

## ** THIS FACSIMILE TRANSMISSION WILL NOT BE MAILED **

Date:   August 14, 2008

File Number: 05JM-139053

Total number of pages:
(including 1-page cover sheet)       17

If all pages are not received, please call
Lester J. Anderson at (858) 720-8900

| TO: | Facsimile No. | Telephone No. |
|---|---|---|
| U.S. Patent & Trademark Office Central Reexamination Unit | (571) 273-9900 | |

From:   Lester J. Anderson

Re:     U.S. Patent No.: 7,130,576

## MESSAGE:

**Certificate of Transmission under 37 CFR 1.8**
I hereby certify that this correspondence is being facsimile transmitted
to the United States Patent and Trademark Office on **August 14, 2008**.

*L. de la Garza*

Linda M. de la Garza

1.   **Amendment and Response to Office Action in Ex Parte Reexamination**

| | |
|---|---|
| In re Patent Application of: | Gurantz, et al. |
| Title: | SIGNAL SELECTOR AND COMBINER FOR BROADBAND CONTENT DISTRIBUTION |
| Patent No.: | 7,130,576 |
| Examiner: | Ferris III, Fred O. |
| Our Docket No.: | 05JM-139053 |
| Client: | Entropic Communications, Inc. |
| Atty/Sec.: | Yannuzzi/de la Garza |

Filed: February 06, 2007
Group Art Unit: 3992
**Date Faxed: August 14, 2008**
**Date Due: August 16, 2008**

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

W02-WEST:6DNY1\400990543.1

Ex. D - 039

FAX RECEIVED

AUG 1 4 2008

CENTRAL REEXAMINATION UNIT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re Patent Application of:<br>Gurantz, *et al.* | Attorney Docket No.: 05JM-139053 |
|---|---|
| Control No.: 90/008,389<br>Patent No.: 7,130,576 | Confirmation No.: 3367 |
| Filed: February 06, 2007 | Art Unit: 3992 |
| For:    Signal Selector and Combiner for<br>Broadband Content Distribution | Examiner: Ferris III, Fred O. |

### Amendment and Response to Office Action in Ex Parte Reexamination

Via facsimile
Box Reexamination
(571) 273-9900
Central Reexamination Unit

### INTRODUCTORY COMMENTS

This is in response to the Office Action in Ex Parte Reexamination mailed June 16, 2008, time for response to which is set to expire August 16, 2008.   The considered claims, claims 1-23, stand rejected.   Careful consideration has been given to the grounds for rejection, and the following amendment and discussion are offered in response. Reconsideration is respectfully requested.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

Ex. D - 040

08/14/2008 17:46 FAX 858 509 3691          DEL MAR SMR&H                          ☑003

Application No.: 90/008,389                          Docket No.: 05JM-139053

## AMENDMENTS TO THE CLAIMS

1.      (Currently Amended) A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) signals from satellite outdoor unit (ODU) over a coaxial cable to an integrated receiver decoder (IRD) comprising:

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals and digitizes the received broadband LNB signals, the signal selector is responsive to transponder select information transmitted by an IRD and selects a plurality of transponder signals in the digital domain from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is [capable of shifting] configured to shift the selected transponder signals to new carrier frequencies and a converter configured to convert the shifted selected transponder signals to produce RF signals; and

a combiner communicatively coupled to at least one frequency translator, the combiner configured to combine[capable of combining] at least two of the shifted selected RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as modulation of the broadband LNB signals and wherein the composite signal is transmitted on the coaxial cable;

whereby the composite signal is transmitted to the IRD.

2.      (Original) The signal distribution system of claim 1 further comprising a plurality of IRDs and wherein the composite signal is transmitted on a single cable connected to the ODU and all IRDs receive channels extracted from the composite signal.

3.      (Original) The signal distribution system of claim 1 wherein the signal selector comprises an analog to digital converter and a digital filter.

4.      (Original) The signal distribution system of claim 1 wherein the signal selector comprises a tuner.

Ex. D - 041

08/14/2008 17:47 FAX 858 509 3691          DEL MAR SMR&H                              ☑004

Application No.: 90/008,389                                    Docket No.: 05JM-139053

5.      (Original) The signal distribution system of claim 1 further comprising an integrated
receiver decoder (IRD) connected to the coaxial cable with a plurality of tuners within the
IRD, wherein each tuner within the IRD receives the composite signal and each tuner uses at
least one transponder signal.

6.      (Original) The signal distribution system of claim 1 wherein transponder select
information is transmitted over the same cable as the composite signal.

7.      (Original) The signal distribution system of claim 1 wherein transponder select
information is transmitted over a wireless link.

8.      (Currently Amended) A signal distribution system for distributing signals comprising
a plurality of satellite transponder channels of a broadband signal from a plurality of sources
between a first unit and a second unit over a communication medium comprising:
        means in the first unit for digitizing the broadband signal from each of the plurality
of sources;
        means in the first unit responsive to information transmitted by the second unit for
extracting selected channels from [each of the plurality of sources] the digitized broadband
signals in the digital domain; and
        means in the first unit for combining the selected channels into a composite signal
without demodulating channels and without changing the modulation of the channels and
transmitting the composite signal over the medium; and
        means in the second unit for receiving the composite signal and demodulating and
decoding at least one channel; and
        means in the first unit and second units for bi-directionally communicating control
information between the second unit and the first unit.

9.      (Original) The signal distribution system of claim 8 wherein the control information
comprises channel selection requests originating from the second unit and the control
information comprises channel mapping information originating from the first unit.

PAGE 4/18 * RCVD AT 8/14/2008 7:33:27 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/20 * DNIS:2739900 * CSID:858 509 3691 * DURATION (mm-ss):07-06

Ex. D - 042

08/14/2008 17:47 FAX 858 509 3691          DEL MAR SMR&H                                    ☒005

Application No.: 90/008,389                                    Docket No.: 05JM-139053

10.    (Original) The signal distribution system of claim 8, further comprising a means in the first unit for carrier offset correction.

11.    (Original) The signal distribution system of claim 8 wherein the first unit is a satellite outdoor unit and the second unit is a satellite integrated receiver decoder unit.

12.    (Original) The signal distribution system of claim 11 wherein the communication medium consists of a single coaxial cable connected to the satellite outdoor unit.

13.    (Original) The signal distribution system of claim 12 wherein the means for communicating uses the same communication medium as the composite signal.

14.    (Currently Amended) A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

        communicating a transponder request signal to the ODU from the IRD;

        in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals [extracted] from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

        combining extracted selected transponder signals into a composite signal;

        transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

15.    (Currently Amended) The method of claim 14 wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal.

16.    (Currently Amended) The method of claim 14 wherein the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining.

W02-WEST:6DNY1\400985869.4                        -4-

Ex. D - 043

Application No.: 90/008,389                           Docket No.: 05JM-139053

36.   (Newly Added) The method of claim 14, wherein the combining is performed in the digital domain.

37.   (Newly Added) The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency.

38.   (Newly Added) The method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal.

39.   (Newly Added) The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.

40.   (Newly Added) The method of claim 14, further comprising maintaining a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal.

41.   (Newly Added) The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.

42.   (Newly Added) The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels.

Ex. D - 044

08/14/2008 17:48 FAX 858 509 3691          DEL MAR SMR&H                                    ☑006

Application No.: 90/008,389                                    Docket No.: 05JM-139053

17.     (Currently Amended) The method of claim 15, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.

18.     (Original) The method of claim 14 further comprising the step of splitting the composite signal inside a home and distributing to a plurality of IRDs.

19.     (Original) The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal.

20.     (Original) The method of claim 14 wherein the transponder request signal is transmitted over a wireless link to the ODU.

21.     (Original) The method of claim 14 further comprising the steps of: frequency translating the selected transponder channels to a variable frequency before combining; and splitting the composite signal inside a home and distributing to a plurality of IRDs.

22.     (Original) The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD.

23.     (Original) The method of claim 21 wherein the transponder request signal is transmitted over a wireless link to the ODU.

24.     (Newly Added) The signal distribution system of claim 1, wherein the signal selector comprises a digital filter configured to apply a pass band filter transfer function to the digitized broadband signal to isolate a transponder channel.

25.     (Newly Added) The signal distribution system of claim 1, wherein the converter comprises a digital-to-analog converter configured to convert the selected and frequency translated signal to an analog signal prior to combining.

26.     (Newly Added) The signal distribution system of claim 1, wherein the frequency translator comprises a digital mixer configured to apply a rotating phasor to the data samples to translate their frequency.

W02-WEST:6DNY1\400985869.4                            -5-

Ex. D - 045

Application No.: 90/008,389                                    Docket No.: 05JM-139053

27.   (Newly Added) The signal distribution system of claim 1, wherein shifting a selected transponder signal to a new carrier frequency comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.

28.   (Newly Added) The signal distribution system of claim 1, wherein the channels combined in the composite signal are combined at a sample rate substantially equal to the composite output rate.

29.   (Newly Added) The signal distribution system of claim 1, further comprising a controller to control the signal selector, frequency translator and converter and combiner.

30.   (Newly Added) The signal distribution system of claim 29, wherein the controller, signal selector, frequency translator and combiner are part of a satellite outdoor unit.

31.   (Newly Added) The signal distribution system of claim 29, further comprising a channel translation table maintained by the controller and specifying assigned frequency slots for transponder channels in the composite signal.

32.   (Newly Added) The signal distribution system of claim 31, wherein the channel translation table is provided to the IRD to allow the IRD to tune to a desired selected translated transponder channel.

33.   (Newly Added) The signal distribution system of claim 1, wherein the new carrier frequencies to which the selected transponder channels are shifted is determined such that the translated channels are placed at respective center frequencies where they will be positioned in the composite signal.

34.   (Newly Added) The method of claim 14, wherein selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal.

35.   (Newly Added) The method of claim 14, further comprising converting the selected signal to an analog signal using a digital to analog converter prior to combining.

Application No.: 90/008,389                                    Docket No.: 05JM-139053

## REMARKS

Upon entry of the foregoing amendments, claims 1 - 41 are pending in the application. Claims 1, 8 and 14 – 17 are amended and new claims 24 – 42 are added by the above amendments. These changes are believed to introduce no new matter, and their entry is respectfully requested. Support for the above amendments can be found at Column 4, line 28 through Column 6, line 50, *inter alios*, and in the drawings accompanying that description.

In view of the above amendments and following remarks, each of the presently pending claims in this application is believed to be in immediate condition for allowance. Accordingly, the Examiner is respectfully requested to reconsider and withdraw the outstanding rejections of the claims and to pass this application to issue. If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

The Original claims were rejected under 35 U.S.C. § 102(b) and under 35 U.S.C. § 103 as being anticipated or rendered obvious. The above amendments to the claims render these grounds of rejection moot. The currently pending claims are patentably distinct from cited references, whether taken either alone or in combination, for at least the reasons set forth below.

In responding to the rejection, the Patentee adopts the same shorthand definitions set forth in the Office Action. These are reproduced below for convenience:

"INFORMATION FOR INSTALLERS OF HOT BIRD TM DVB-S SYSTEMS,VERSION 1.0" (hereinafter "Eutelsat Installers' Guide"), EUTELSAT, dated June 7, 1999;

"DIGITAL SATELLITE EQUIPMENT CONTROL (DiSEqC TM) UPDATE AND RECOMMENDATIONS FOR IMPLEMENTATION,

Ex. D - 047

Application No.: 90/008,389                                     Docket No.: 05JM-139053

VERSION 2.0" (hereinafter "Eutelsat DiSEqC Specification"), dated April 18, 1997;

United States Patent No. 6,437,837 to Seo (hereinafter "Seo");

United States Patent No. 5,073,390 to Green et al. (hereinafter "Green");

United States Patent No. 6,005,861 to Humplemann (hereinafter "Humplemann");

"A SINGLE CHIP UNIVERSAL DIGITAL SATELLITE RECEIVER WITH480-Mhz IF INPUT" (hereinafter the "Broadcom Paper");

"PHILLIPS DATA SHEET FOR UAA3202M FREQUENCY SHIFT KEYING RECEIVER", (hereinafter the "Phillips Data Sheet");

United States Patent No. 5,654,774 to Pugel et al. (hereinafter "Pugel");

United States Patent No. 4,953184 to Simone (hereinafter "Simone");

European Patent No. 1009113 (hereinafter "EPO '113 Patent");

European Patent No. 0757489 (hereinafter "EPO '489 Patent");

United States Patent No. 5,285,284 to Takashima et al. (hereinafter "Takashima");

United States Patent No. 6,353,463 to Seo (hereinafter "Seo")

"RCA DIR CTTV RECEIVER WITH ULTIMATETV SERVICE SETUP GUIDE (hereinafter the "RCA Setup Guide");

United States Patent No. 5,278,837 to Kelley (hereinafter "Kelley").

1.   **Rejection of claims Claims 1, 6, 8, 9, 11-14, 16, 18, 19, 21 and 22 under 35 U.S.C. 102(b) as being anticipated by the Eutelsat Installers Guide.**

A patent claim is anticipated under 35 U.S.C. § 102 if and only if each and every limitation of that claim is found either expressly or inherently in a single prior art reference. *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631, 2 USPQ2d 1051, 1053 (Fed. Cir. 1987). However, where inherency is relied on, such inherency may not be established by 'probabilities or possibilities.' *Continental Can Co. USA v. Monsanto Co.*,

08/14/2008 17:49 FAX 858 509 3691          DEL MAR SMR&H                    ☑011

Application No.: 90/008,389                                    Docket No.: 05JM-139053

948 F.2d 264, 1268 (Fed. Cir. 1991).  "The identical invention must be shown in as complete detail as is contained in the ... claim." *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1236, 9 USPQ2d 1913, 1920 (Fed. Cir. 1989).  Furthermore, for a rejection to be proper under 35 U.S.C. § 102, the reference must describe the claimed invention with sufficient clarity and detail to establish that the invention existed and was known by those of ordinary skill in the art. *Diversitech Corp. v. Century Steps, Inc.*, 850 F.2d 675, 677 (Fed. Cir. 1988).  Such a person of ordinary skill must perceive 'no difference between the claimed invention and the reference disclosure.' *Suzuki Motor Co.*, at 1236-37.

**a. Independent Claims 1, 8 and 14 and Their Respective Dependent Claims, 2-7, 9-13, and 15-23.**

Independent Claims 1 and 14 have been amended to recite that the system or method includes digitizing the broadband signal and the claims as amended are generally directed toward systems and methods of signal distribution of a plurality of satellite transponder channels of a broadband signal, wherein the broadband signal is digitized, and desired transponder channels are translated and selected in the digital domain.  This is in contrast to the cited references, which do not teach or suggest digitizing the broadband satellite signal and operating on that digitized content.

**i.   Claim 1 and its Originally Dependent Claims, Claims 2-7**

Claim 1, as amended, now recites that the signal selector also "digitizes the received broadband LNB signals" and that the channel selection is performed "in the digital domain." These features of digitizing the broadband signal and performing channel selection in the digital domain represent a significant departure from the prior art at the time of the invention, which only taught operating in the RF and IF domains.  Moreover, the digitization of the broadband signal – *i.e.*, digitizing a complete band – is not obvious in light of the prior art because broadband digitization results in an architecture that is substantially different from that achievable through conventionally known technologies such as those found in the cited art.  These differences in architecture represent a significant departure from conventional

W02-WEST:6DNY1\400985869.4                     -10-

Ex. D - 049

08/14/2008 17:50 FAX 858 509 3691          DEL MAR SMR&H                              ☑012

Application No.: 90/008,389                                    Docket No.: 05JM-139053

implementations.  For example, digitization of the broadband signal prior to channel selection enables an architecture that can be implemented without the costly, large and maintenance-intensive matrix switches.  It also allows for simplification of translation, and channel selection (filtering).  Also, digitizing a complete band allows the avoidance of channel-by-channel digitization, which would require duplication of hardware to perform this digitization for each channel.  As yet another distinction, prior art teachings, such as IF-IF conversion require down conversion and up conversion, which requires multiple local oscillators.  Digitizing the broadband signal allows frequency translation to be performed using digital mixing without requiring multiple local oscillators to convert a transponder channel to its position in the composite signal.

As noted above, these features – digitizing the broadband LNB signals and performing channel selection in the digital domain – are neither taught nor suggested by the cited references or by the other references presented in the original reexamination request.  Indeed, these patentable features stand in stark contrast to the teachings of the art at the time of the invention.  For example, the Eutelsat references teach reception systems performing channel selection and combining in the RF and/or IF domains, and do not teach or suggest broadband digitization of the incoming signal combined with channel selection from that digitized signal in the digital domain.  Particularly, the Eutelsat Installers' Guide describes, in Section 3.4, the six contemplated collective reception architectures: FM/QPSK to AM re-modulation; Switched IF Systems, IF – IF conversion; IF – RF – IF conversion; Remote controlled head-ends; and QPSK to QAM re-modulation.  The FM/QPSK to AM re-modulation, IF – IF conversion, IF – RF – IF conversion and QPSK to QAM remodulation architectures perform distribution, channelization and combining in the RF and/or IF domains.  The Switched IF systems do not perform channelization and combining, but instead distribute multiple broadband signals in "parallel" to a plurality of IRDs.  This deficiency is not cured by the Eutelsat DiSEqC Specification reference, which only describes the specifications and operation of the DiSEqC commands and switches.

Indeed, the only discussion relating to the digital domain in the Eutelsat references is limited to the remote control of the head end via the DiSEqC ™ (Digital Satellite Equipment Control) signal that is used by the IRDs to control the LNBs.  *See*, Eutelsat Installers' Guide,

W02-WEST:6DNY1\400985869.4                          -11-

Ex. D - 050

Application No.: 90/008,389                                    Docket No.: 05JM-139053

pp 26 – 27.  However, this is only the control-signaling methodolgy between the IRD and the LNBs and, as stated above, distribution, channelization and combining are still performed in the RF and/or IF domains.

None of the other references cited in these reexamination proceedings teach or suggest a signal distribution system for distributing a plurality of LNB signals from a satellite outdoor unit to an integrated receiver decocer (IRD) that includes a signal selector that digitizes the received broadband LNB signals in response to transponder select information transmitted by the IRD and that selects a plurality of transponder signals in the digital domain from a broadband LNB signal based on the transponder select information.

Accordingly, for at least these reasons, Claim 1 of the '576 patent recites patentable subject matter and respondents respectfully request that the Examiner pass Claim 1 and the claims that depend therefrom to allowance.

Additionally, Claim 1 as amended further recites a converter configured to convert the shifted selected transponder signals back into the analog domain prior to combining them into the composite signal.  This feature is also neither taught nor suggested by the prior art references, which, as outlined above, are limited to performing their operations in the RF and/or IF domains.

Accordingly, for at least this additional reason, Claim 1 of the '576 patent recites patentable subject matter and respondents respectfully request that the Examiner pass Claim 1 and the claims that depend therefrom to allowance.

i.    **Claim 8 and its Originally Dependent Claims, Claims 9-13**

Claim 8 as amended recites a signal distribution system for distributing signals comprising a plurality of satellite transponder channels of a broadband signal that includes a means for digitizing the broadband signal from each of a plurality of sources and a means for extracting selected channels from the digitized broadband signals in the digital domain.  As described above with reference to Claim 1, broadband digitization and digital channel

08/14/2008 17:51 FAX 858 509 3691          DEL MAR SMR&H                    ☑014

Application No.: 90/008,389                          Docket No.: 05JM-139053

selection represent a significant departure from the prior art. As also stated above, the
Eutelsat references teach reception systems performing channel selection and combining in
the RF and/or IF domains, and do not teach or suggest broadband digitization of the
incoming signal combined with channel selection from that digitized signal in the digital
domain. Particularly, the Eutelsat Installers' Guide describes, in Section 3.4, the six
contemplated collective reception architectures, none of which teach or suggest digitizing the
broadband signal from each of a plurality of sources and a means for extracting selected
channels from the digitized broadband signals in the digital domain.

None of the other references cited in these reexamination proceedings teach or
suggest a signal distribution system for distributing signals comprising a plurality of satellite
transponder channels of a broadband signal from a plurality of sources between a first unit
and a second unit over a communication medium that includes a means in the first unit for
digitizing the broadband signal from each of the plurality of sources, and a means in the first
unit for combining the selected channels into a composite signal without demodulating
channels and without changing the modulation of the channels and transmitting the
composite signal over the medium.

Accordingly, for at least these reasons, Claim 8 of the '576 patent recites patentable
subject matter and respondents respectfully request that the Examiner pass Claim 8 and the
claims that depend therefrom to allowance.

ii.   **Claim 14 and its Originally Dependent Claims, Claims 15-23**

Claim 14 as amended recites a method of communicating a plurality of transponder
signals from a satellite outdoor unit (ODU) to an integrated receiver decoder (IRD) where the
method includes "digitizing the plurality of satellite broadband signals," and "selecting and
extracting a plurality of transponder signals from the received digitized satellite broadband
signals." As described above with reference to Claim 1, broadband digitization and digital
channel selection represent a significant departure from the prior art. As also stated above,
the Eutelsat references teach reception systems performing channel selection and combining

PAGE 14/18 * RCVD AT 8/14/2008 7:33:27 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/20 * DNIS:2739900 * CSID:858 509 3691 * DURATION (mm-ss):07-06

Ex. D - 052

08/14/2008 17:51 FAX 858 509 3691          DEL MAR SMR&H                                    ☑015

Application No.: 90/008,389                                    Docket No.: 05JM-139053

in the RF and/or IF domains, and do not teach or suggest broadband digitization of the incoming signal combined with channel selection from that digitized signal in the digital domain.  Particularly, the Eutelsat Installers' Guide describes, in Section 3.4, the six contemplated collective reception architectures, none of which teach or suggest digitizing the broadband signal from each of a plurality of sources and a means for extracting selected channels from the digitized broadband signals in the digital domain.

        None of the other references cited in these reexamination proceedings teach or suggest a method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, that includes communicating a transponder request signal to the ODU from the IRD; in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; combining extracted selected transponder signals into a composite signal; transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

        Accordingly, for at least these reasons, Claim 14 of the '576 patent recites patentable subject matter and respondents respectfully request that the Examiner pass Claim 14 and the claims that depend therefrom to allowance.


        **b.  Newly Added Claims 24 - 42**


        Patentee has added new dependent claims 24 – 42.  Claims 24 – 33 directly or indirectly depend from Independent Claim 1.  New Claims 34 – 42 directly or indirectly depend from Independent Claim 14.  Because each of these claims depends from and adds additional limitiations to their respective base claim (Claim 1 or Claim 14) these new claims also recite patentable subject matter and should be passed to allowance.

PAGE 15/18 ª RCVD AT 8/14/2008 7:33:27 PM [Eastern Daylight Time] ª SVR:USPTO-EFXRF-6/20 ª DNIS:2739900 ª CSID:858 509 3691 ª DURATION (mm-ss):07-06

Ex. D - 053

08/14/2008 17:51 FAX 858 509 3691          DEL MAR SMR&H                          ☑016

Application No.: 90/008,389                          Docket No.: 05JM-139053

PAGE 16/18 * RCVD AT 8/14/2008 7:33:27 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/20 * DNIS:2739900 * CSID:858 509 3691 * DURATION (mm-ss):07-06

Ex. D - 054

Application No.: 90/008,389                          Docket No.: 05JM-139053

## CONCLUSION

In view of the above, each of the presently pending claims in this application is believed to be in immediate condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to issue. If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

In the event the U.S. Patent and Trademark office determines that an extension and/or other relief is required, applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to Deposit Account No. 18-1953 referencing *19-1953* Docket No. 05JM-139053. However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated:  August 14, 2008                    Respectfully submitted,

                                           By: _____
                                               Lester J. Anderson
                                               Registration No.: 45,833

                                           SHEPPARD MULLIN RICHTER &
                                           HAMPTON LLP
                                           333 South Hope Street, 48th Floor
                                           Los Angeles, CA 90071-1448
                                           Telephone: (858) 720-8900
                                           Facsimile: (858) 509-3691

W02-WEST:6DNY1\400985869.4                    -16-

Ex. D - 055

08/14/2008 17:52 FAX 858 509 3691          DEL MAR SMR&H                          ☑018

FAX RECEIVED

AUG 1 4 2008

CENTRAL REEXAMINATION UNIT

## Certificate of Service

I _Lester J. Anderson_ hereby certify that on the 14th day of August, 2008, I caused a copy of the Amendment and Response to be served, by hand, on the following:

> Daniel N. Yannuzzi
> 12275 El Camino Real
> Suite 200
> San Diego, CA 92130

by:

Date: _8/14/2008_

W02-WEST:6DNY1\400985869.4

-16-

Ex. D - 056



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,389 | 02/06/2007 | 7130576 | 05JM-127751 | 3367 |

24244     7590     01/07/2009

MICHAEL W LANDRY
5098 SEACHASE STREET
SAN DIEGO, CA  92130

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 01/07/2009

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

Ex. D - 057

| | Control Number | Patent Under Reexamination |
|---|---|---|
| ***Notice Of Defective Paper In Ex Parte Reexamination*** | 90/008,389 | 7130576 |
| | Examiner | Art Unit |
| | Fred Ferris | 3992 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

1. ☐ Since no proof of service was included with the paper filed on _____ , it fails to comply with 37 CFR 1.248 and 1.540. Proof of service is required within ONE (1) MONTH or THIRTY (30) DAYS from the mailing date of this letter, whichever is longer. Failure to provide proof of service may result in a refusal to consider the paper. If the failure to comply with this requirement results in a patent owner failure to file a timely and appropriate response to any Office action or any written statement of an interview required under 37 CFR 1.560(b), the prosecution of the reexamination proceeding will be terminated under 37 CFR 1.550(d).

2. ☐ The paper filed on _____ is unsigned. A duplicate paper or ratification, properly signed, is required within ONE (1) MONTH or THIRTY (30) DAYS from the mailing date of this letter, whichever is longer. Failure to comply with this requirement will result in the paper not being considered. If the failure to comply results in a patent owner failure to file a timely and appropriate response to any Office action or any written statement of an interview required under 37 CFR 1.560(b), the prosecution of the reexamination proceeding will be terminated under 37 CFR 1.550(d).

3. ☐ The paper filed on _____ is signed by _____ , who is not of record. A duplicate paper or ratification signed by a person of record, a person made of record by way of a new power of attorney, is required within ONE (1) MONTH or THIRTY (30) DAYS from the mailing date of this letter, whichever is longer. Failure to comply with this requirement will result in the paper not being considered. If the failure to comply results in a patent owner failure to file a timely and appropriate response to any Office action or any written statement of an interview required under § 1.560(b), the prosecution of the reexamination proceeding will be terminated under 37 CFR 1.550(d).

4. ☒ The Amendment filed on <u>14 August 2008</u> does not comply with 37 CFR 1.530(d)-(j). Patent owner is given ONE (1) MONTH or THIRTY (30) DAYS from the mailing date of this letter, whichever is longer to correct this informality; otherwise, the prosecution of the the reexamination proceeding will be terminated under (37 CFR 1.550(d)).

5. ☐ The amendment filed by patent owner on _____ , does not comply with 37 CFR ☐1.20(c)(3) and/or ☐1.20(c)(4), as to excess claim fees. Patent owner is given a time period of ONE (1) MONTH or THIRTY (30) DAYS from the mailing date of this letter, whichever is longer, to correct this fee deficiency, or the prosecution of the reexamination proceeding will be terminated under 37 CFR 1.550(d), to effect the "abandonment" set forth in 37 CFR 1.20(c)(5).

6. ☒ Other :
By the amendment of 14 August 2008 Patent owner has now added new claims 24-42 and amended claims 1, 8, and 14-17. Patent owner's response merely broadly refers to col. 4, line 26 to col. 6, line 50 of the specification and the drawings (all) as support for these new limitations. (See: page 6, first paragraph)  This is insufficient to meet the requirements of CFR 1.530(e) which requires an explanation of the support in the disclosure for changes made to the claims.

**NOTE: EXTENSION OF TIME ARE GOVERNED BY 37 CFR 1.550(c). If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.**

cc: Requester (if third party requester)

Ex. D - 058

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re Patent Application of:<br>    Gurantz, *et al.* | Attorney Docket No.: 05JM-139053 |
|---|---|
| Control No.:  90/008,389<br>Patent No.:  7,130,576 | Confirmation No.:  3367 |
| Filed:  February 06, 2007 | Art Unit:  3992 |
| For:    Signal Selector and Combiner for<br>    Broadband Content Distribution | Examiner:  Ferris III, Fred O. |

**Amendment and Response to Office Action in *Ex Parte* Reexamination**

Mail Stop Reexamination
Commissioner for Patents
P. O. Box 1450
Alexandria, VA  22313-1450

**INTRODUCTORY COMMENTS**

This is in response to the Office Action in *Ex Parte* Reexamination mailed January 7, 2009, time for response to which is set to expire February 9, 2009.   The considered claims, claims 1-23, stand rejected.  Careful consideration has been given to the grounds for rejection, and the following amendment and discussion are offered in response. Reconsideration is respectfully requested.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

Ex. D - 059

Application No.: 90/008,389                    Docket No.: 05JM-139053

## <u>AMENDMENTS TO THE CLAIMS</u>

1.      (Previously presented) A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) signals from satellite outdoor unit (ODU) over a coaxial cable to an integrated receiver decoder (IRD) comprising:

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals and digitizes the received broadband LNB signals, the signal selector is responsive to transponder select information transmitted by an IRD and selects a plurality of transponder signals in the digital domain from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is configured to shift the selected transponder signals to new carrier frequencies and a converter configured to convert the shifted selected transponder signals to produce RF signals; and

a combiner communicatively coupled to at least one frequency translator, the combiner configured to combine at least two of the shifted selected RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as modulation of the broadband LNB signals and wherein the composite signal is transmitted on the coaxial cable;

whereby the composite signal is transmitted to the IRD.

2.      (Currently amended) The signal distribution system of claim 1, further comprising a plurality of IRDs and wherein the composite signal is transmitted on a single cable connected to the ODU and all IRDs receive channels extracted from the composite signal.

3.      (Currently amended) The signal distribution system of claim 1, wherein the signal selector comprises an analog to digital converter and a digital filter.

4.      (Currently amended) The signal distribution system of claim 1, wherein the signal selector comprises a tuner.

Ex. D - 060

Application No.: 90/008,389                           Docket No.: 05JM-139053

5.     (Currently amended) The signal distribution system of claim 1, further comprising an integrated receiver decoder (IRD) connected to the coaxial cable with a plurality of tuners within the IRD, wherein each tuner within the IRD receives the composite signal and each tuner uses at least one transponder signal.

6.     (Currently amended) The signal distribution system of claim 1, wherein transponder select information is transmitted over the same cable as the composite signal.

7.     (Currently amended) The signal distribution system of claim 1, wherein transponder select information is transmitted over a wireless link.

8.     (Previously presented) A signal distribution system for distributing signals comprising a plurality of satellite transponder channels of a broadband signal from a plurality of sources between a first unit and a second unit over a communication medium comprising:

       means in the first unit for digitizing  the broadband signal from each of the plurality of sources;

       means in the first unit responsive to information transmitted by the second unit for extracting selected channels from the digitized broadband signals in the digital domain; and

       means in the first unit for combining the selected channels into a composite signal without demodulating channels and without changing the modulation of the channels and transmitting the composite signal over the medium; and

       means in the second unit for receiving the composite signal and demodulating and decoding at least one channel; and

       means in the first unit and second units for bi-directionally communicating control information between the second unit and the first unit.

9.     (Currently amended) The signal distribution system of claim 8, wherein the control information comprises channel selection requests originating from the second unit and the control information comprises channel mapping information originating from the first unit.

10.    (Original) The signal distribution system of claim 8, further comprising a means in the first unit for carrier offset correction.

Ex. D - 061

Application No.: 90/008,389                    Docket No.: 05JM-139053

11.     (Currently amended) The signal distribution system of claim 8, wherein the first unit is a satellite outdoor unit and the second unit is a satellite integrated receiver decoder unit.

12.     (Currently amended) The signal distribution system of claim 11, wherein the communication medium consists of a single coaxial cable connected to the satellite outdoor unit.

13.     (Currently amended) The signal distribution system of claim 12, wherein the means for communicating uses the same communication medium as the composite signal.

14.     (Previously presented) A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:
        communicating a transponder request signal to the ODU from the IRD;
        in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals [extracted] from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals;
        combining extracted selected transponder signals into a composite signal;
        transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

15.     (Currently amended) The method of claim 14, wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal.

16.     (Currently amended) The method of claim 14, wherein the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining.

Ex. D - 062

Application No.: 90/008,389                                    Docket No.: 05JM-139053

17.     (Previously presented) The method of claim 15, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.

18.     (Currently amended) The method of claim 14, further comprising the step of splitting the composite signal inside a home and distributing to a plurality of IRDs.

19.     (Currently amended) The method of claim 14, wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal.

20.     (Currently amended) The method of claim 14, wherein the transponder request signal is transmitted over a wireless link to the ODU.

21.     (Currently amended) The method of claim 14, further comprising the steps of: frequency translating the selected transponder channels to a variable frequency before combining; and splitting the composite signal inside a home and distributing to a plurality of IRDs.

22.     (Currently amended) The method of claim 21, wherein the transponder request signal is transmitted over the cable from an IRD.

23.     (Currently amended) The method of claim 21, wherein the transponder request signal is transmitted over a wireless link to the ODU.

24.     (Previously presented) The signal distribution system of claim 1, wherein the signal selector comprises a digital filter configured to apply a pass band filter transfer function to the digitized broadband signal to isolate a transponder channel.

25.     (Previously presented) The signal distribution system of claim 1, wherein the converter comprises a digital-to-analog converter configured to convert the selected and frequency translated signal to an analog signal prior to combining.

Ex. D - 063

Application No.:  90/008,389                                          Docket No.:  05JM-139053

26.     (Previously presented) The signal distribution system of claim 1, wherein the frequency translator comprises a digital mixer configured to apply a rotating phasor to the data samples to translate their frequency.

27.     (Previously presented) The signal distribution system of claim 1, wherein shifting a selected transponder signal to a new carrier frequency comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.

28.     (Previously presented) The signal distribution system of claim 1, wherein the channels combined in the composite signal are combined at a sample rate substantially equal to the composite output rate.

29.     (Previously presented) The signal distribution system of claim 1, further comprising a controller to control the signal selector, frequency translator and converter and combiner.

30.     (Previously presented) The signal distribution system of claim 29, wherein the controller, signal selector, frequency translator and combiner are part of a satellite outdoor unit.

31.     (Previously presented) The signal distribution system of claim 29, further comprising a channel translation table maintained by the controller and specifying assigned frequency slots for transponder channels in the composite signal.

32.     (Previously presented) The signal distribution system of claim 31, wherein the channel translation table is provided to the IRD to allow the IRD to tune to a desired selected translated transponder channel.

33.     (Previously presented) The signal distribution system of claim 1, wherein the new carrier frequencies to which the selected transponder channels are shifted is determined such that the translated channels are placed at respective center frequencies where they will be positioned in the composite signal.

Ex. D - 064

Application No.:  90/008,389                              Docket No.:  05JM-139053

34.      (Previously presented) The method of claim 14, wherein selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal.

35.      (Previously presented) The method of claim 14, further comprising converting the selected signal to an analog signal using a digital to analog converter prior to combining.

36.      (Previously presented) The method of claim 14, wherein the combining is performed in the digital domain.

37.      (Previously presented) The method of claim 17, wherein frequency translating comprises  using a digital mixer to apply a rotating phasor to the data samples to translate their frequency.

38.      (Previously presented) The method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal.

39.      (Previously presented) The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.

40.      (Previously presented) The method of claim 14, further comprising maintaining a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal.

41.      (Previously presented) The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.

42.      (Previously presented) The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels.

Ex. D - 065

Application No.: 90/008,389                           Docket No.: 05JM-139053

## **REMARKS**

Claims 1-4, 6-8, 10-15, 17-20, 22-33, 35, 46-53, 55-63, and 65 are pending in the application.  Claims 5, 9, 16, 21, 34, 36-45, 54, and 64 were canceled in a previous response. Claims 2-7, 9, and 15-23 have been amended to correct informalities in the punctuation of the claims.  No new matter has been added.  In view of the above amendments, the following remarks, and the remarks in the previous Response to the Office Action that was mailed November 21, 2008, each of the presently pending claims in this application is believed to be in immediate condition for allowance.  Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejections of the claims and to pass this application to issue.  If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

## **Objection based on 37 C.F.R. § 1.530(e)**

The Notice of Defective Paper in *Ex Parte* Reexamination objects to the support provided for the amendments to claims 1, 8, and 14-17, stating that the support "is insufficient to meet the requirements of CFR 1.530(e) which requires an explanation of the support in the disclosure for changes made to the claims."  This explanation is provided below on a claim-by-claim basis.

The Applicants would like to thank the Examiner for taking the time to discuss the Office Action in *Ex Parte* Reexamination mailed January 7, 2009.  During that discussion the requirements of 37 CFR § 1.530(e) were clarified for the Applicants.  The Examiner stated

Ex. D - 066

Application No.:  90/008,389                                Docket No.:  05JM-139053

that more specific cites to each of the claim amendments were needed.  This response is believed to comply with those requirements.

**Claim 1**

Claim 1 includes the recitation of "a signal selector that . . . digitizes the received broadband LNB signals."  Support for this recitation is found in the specification in at least column 7, lines 25-31; Figures 6, 7, and 8; and column 4, lines 60-61.

Claim 1 includes the recitation of "select[ing] a plurality of transponder signals in the digital domain."  Support for this recitation is found in the specification in at least column 6, lines 1-5 and lines 11-18; and Figures 6, 7, and 8.

Claim 1 includes the recitation of "a frequency translator coupled to the signal selector that is configured to shift the selected transponder signals to new carrier frequencies."  Support for this recitation is found in the specification in at least claim 1 of U.S. 7,130,576, which includes the recitation "capable of shifting"; and Figure 3, mixer 360.

Claim 1 includes the recitation of "a converter configured to convert the shifted selected transponder signals to produce RF signals."  Support for this recitation is found in the specification from at least column 8, line 61 to column 9, line 25; and the upconverters in Figures 8 and 9.

Claim 1 includes the recitation of "a combiner communicatively coupled to at least one frequency translator, the combiner configured to combine at least two of the shifted selected RF signals to produce a composite signal."  Support for this recitation is found in the specification in at least claim 1 of U.S. 7,130,576 "capable of combining"; combiner 1030, Figure 10; and combiner 1220, Figure 12.

**Claim 8**

Ex. D - 067

Application No.: 90/008,389                                    Docket No.: 05JM-139053

Claim 8 includes the recitation "signal distribution system for distributing signals comprising a plurality of satellite transponder channels of a broadband signal from a plurality of sources between a first unit and a second unit over a communication medium." Support for this recitation is found in the specification in at least column 10, lines 19-45; and Figure 12.

Claim 8 includes the recitation "means in the first unit for digitizing the broadband signal from each of the plurality of sources." Support for this recitation is found in the specification in at least column 7, lines 25-31; column 4, lines 60-61; and Figures 6, 7, and 8.

Claim 8 includes the recitation "means in the first unit responsive to information transmitted by the second unit for extracting selected channels from the digitized broadband signals in the digital domain." Support for this recitation is found in the specification in at least column 4, lines 60-61.

Claim 8 includes the recitation "means in the first unit for combining the selected channels into a composite signal without demodulating channels and without changing the modulation of the channels and transmitting the composite signal over the medium." Support for this recitation is found in claim 8 of U.S. 7,130,576 "means in the first unit" and the specification in at least column 6, lines 26-30; and Figures 5, 13, and 17.

**Claim 14**

Claim 14 includes the recitation "digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals [extracted] from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals." Support for this recitation is found in the specification in at

Ex. D - 068

Application No.: 90/008,389                    Docket No.: 05JM-139053

least column 7, lines 25-31; Figures 6, 7, and 8; and column 4, lines 60-61.  Support is also found in claim 14 of U.S. 7,130,576 "extracted."

Claim 14 includes the recitation "combining extracted selected transponder signals into a composite signal."  Support for this recitation is found in the specification in at least column 4, lines 30-33, 49-50; column 9, lines 27-29; and Figures 2 and 10.  Support is also found in claim 14 of U.S. 7,130,576 "extracted."

**Claim 15**

Claim 15 includes the recitation "selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal."  Support for this recitation is found in the specification in at least column 4, lines 30-33, 49-50; column 9, lines 27-29; and Figures 2 and 10.  Support is also found in claim 14 of U.S. 7,130,576 "extracted."

**Claim 16**

Claim 16 includes the recitation "extracted transponder channels to a variable frequency before combining."  Support for this recitation is found in the specification in at least column 4, lines 30-33, 49-50; column 9, lines 27-29; and Figures 2 and 10.  Support is also found in claim 14 of U.S. 7,130,576 "extracted."

**Claim 17**

The amendment of claim 17 involved a change in punctuation.  No new matter was submitted by this change.

**Claim 24**

Ex. D - 069

Application No.: 90/008,389                              Docket No.: 05JM-139053

Claim 24 includes the recitation "<u>signal selector comprises a digital filter configured to apply a pass band filter transfer function to the digitized broadband signal to isolate a transponder channel</u>."  Support for this recitation is found in the specification in at least column 5, lines 12-29; column 6, lines 36-38; and column 5, lines 15 and 50.

**Claim 25**

Claim 25 includes the recitation of a "<u>converter comprises a digital-to-analog converter configured to convert the selected and frequency translated signal to an analog signal prior to combining</u>."  Support for this recitation is found in the specification in at least column 5, lines 30-38, and lines 66-67; and Figure 3, 350 and 380.

**Claim 26**

Claim 26 includes the recitation of a "<u>frequency translator comprises a digital mixer configured to apply a rotating phasor to the data samples to translate their frequency</u>."  Support for this recitation is found in the specification in at least column 5, lines 37-41 and column 6, lines 49-50.

**Claim 27**

Claim 27 includes the recitation of "<u>shifting a selected transponder signal to a new carrier frequency comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband</u>."  Support for this recitation is found in the specification in at least column 5, lines 46-54 and column 6, lines 47-49.

**Claim 28**

Claim 28 includes the recitation of "<u>channels combined in the composite signal are combined at a sample rate substantially equal to the composite output rate</u>."  Support for this recitation is found in the specification in at least column 6, lines 1-5.

Ex. D - 070

Application No.:  90/008,389                    Docket No.:  05JM-139053

**Claim 29**

Claim 29 includes the recitation of "a controller to control the signal selector,
frequency translator and converter and combiner.  Support for this recitation is found in the
specification in at least column 7, line 45, column 9, lines 9-11; column 9, lines 6-13; column
4, lines 34-40; and Figure 2, 255 and Figure 9, 960.

**Claim 30**

Claim 30 includes the recitation of a "controller, signal selector, frequency translator
and combiner are part of a satellite outdoor unit."  Support for this recitation is found in the
specification in at least Figure 2, 210 and column 4, lines 31-41.

**Claim 31**

Claim 31 includes the recitation of "a channel translation table maintained by the
controller and specifying assigned frequency slots for transponder channels in the composite
signal."  Support for this recitation is found in the specification in at least column 4, lines 35-
41 and column 7, lines 42-47.

**Claim 32**

Claim 32 includes the recitation of a "channel translation table is provided to the IRD
to allow the IRD to tune to a desired selected translated transponder channel."  Support for
this recitation is found in the specification in at least column 4, lines 35-41; column 6, line 67
to column 7, lines 1-2; and column 7, lines 42-47.

**Claim 33**

Claim 33 includes the recitation of "new carrier frequencies to which the selected
transponder channels are shifted is determined such that the translated channels are placed at
respective center frequencies where they will be positioned in the composite signal."

Ex. D - 071

Application No.: 90/008,389                    Docket No.: 05JM-139053

Support for this recitation is found in the specification in at least column 4, lines 47-49; column 5, line 31-32; column 8, line 19-35; column 9, lines 39-43; and Figures 5 and 15.

**Claim 34**

Claim 34 includes the recitation of "<u>selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal</u>."  Support for this recitation is found in the specification in at least column 2, line 54 to column 3, line 4.

**Claim 35**

Claim 35 includes the recitation of "<u>converting the selected signal to an analog signal using a digital to analog converter prior to combining</u>."  Support for this recitation is found in the specification in at least column 5, lines 66-67; column 6, lines 5-10; Figure 3, 350, 380; and Figures 6, 7, 8.

**Claim 36**

Claim 36 includes the recitation wherein "<u>combining is performed in the digital domain</u>." Support for this recitation is found in the specification in at least column 5, lines 66-67; column 6, lines 1-5 and 11-18.

**Claim 37**

Claim 37 includes the recitation wherein "<u>frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency</u>." Support for this recitation is found in the specification in at least column 5, lines 37-41; column 6, lines 49-50.

Ex. D - 072

Application No.: 90/008,389                         Docket No.: 05JM-139053

**Claim 38**

Claim 38 includes the recitation of "<u>frequency translating the digitized broadband signal prior to selecting and extracting transponder signal</u>." Support for this recitation is found in the specification in at least column 5, lines 12-29; and column 6, lines 46-49.

**Claim 39**

Claim 39 includes the recitation of "<u>frequency translating compris[ing] translating the original digitized broadband signal to locate a selected transponder channel at baseband</u>." Support for this recitation is found in the specification in at least column 5, lines 46-63; and Figure 14.

**Claim 40**

Claim 40 includes the recitation of "<u>maintaining a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal</u>." Support for this recitation is found in the specification in at least column 2, line 66 to column 3, line 2; column 4, lines 29-39, lines 35-41, and lines 48-50; and column 7, lines 42-47.

**Claim 41**

Claim 41 includes the recitation of "<u>providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel</u>." Support for this recitation is found in the specification in at least column 4, lines 35-41 and column 7, lines 42-47.

**Claim 42**

Claim 42 includes the recitation of "<u>selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal</u>

Ex. D - 073

Application No.:  90/008,389                    Docket No.:  05JM-139053

information from non-selected transponder channels." Support for this recitation is found in the specification in at least column 2, line 54 to column 3, line 4; column 4, lines 48-49; and column 5, lines 12-29 and 46-54.

Ex. D - 074

Application No.: 90/008,389                    Docket No.: 05JM-139053

## CONCLUSION

In view of the above, each of the presently pending claims in this application is believed to be in immediate condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to issue. If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

In the event the U.S. Patent and Trademark office determines that an extension and/or other relief is required, applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to Deposit Account No. 18-1953 referencing Docket No. 05JM-139053. However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated: February 6, 2009                    Respectfully submitted,

                                           By: _____
                                                Lester J. Anderson
                                                Registration No.: 45,833

                                           SHEPPARD MULLIN RICHTER &
                                           HAMPTON LLP
                                           333 South Hope Street, 48th Floor
                                           Los Angeles, CA 90071-1448
                                           Telephone: (858) 720-8900
                                           Facsimile: (858) 509-3691

W02-WEST:6LJA1\401333395.1                 -17-

Ex. D - 075

**<u>Certificate of Service</u>**

I *Lester J. Anderson* hereby certify that on the 6 day of February, 2009, I caused a copy of the Amendment and Response to be served, by hand, on the following:

>       Daniel N. Yannuzzi
>       12275 El Camino Real
>       Suite 200
>       San Diego, CA 92130

by:

Date: 02/06/2009

Ex. D - 076