# EXHIBIT L

# Analog Dialogue

A forum for the exchange of circuits, systems, and software for real-world signal processing

**SINGLE- AND DUAL-AXIS COMPLETE MICROMACHINED ACCELEROMETERS** (page 3)
Electromagnetic compatibility, EU, and RS-232: issues and answers (page 6)
Voltage regulators for power management (page 13)

Complete contents on page 3



Volume 30, Number 4, 1996

**ANALOG DEVICES**

DTV_ENTROPIC-0585651

## Editor's Notes

### THIRTY YEARS OF ANALOG DIALOGUE



In Volume 15-1 (1981), in celebration of 15 years in print, we listed the first 15 years of Analog Dialogue cover features. At that time, we wrote: "... will mark the 15th year of publication of this journal, and the 13th year of our stewardship. While adding a copy of the [most recent] issue to our bulging binder, we nostalgically turned the pages of issues long forgotten. The amount of technological progress reported in them surprised even us. Before the list expands beyond the capacity of this column, we thought you might be interested in seeing a roll of just the cover stories alone, though much significant progress never attained the cover." In this spirit, in celebration of our 30th year in print (and 28th of stewardship), here are the second 15 years of cover themes:

1981 15-2 *D/A converters for graphic displays*
1982 16-1 *High-performance hybrid-circuit isolation amp* (AD293)
     16-2 *Dual monolithic multiplying DACs* (AD7528)
     16-3 *Monolithic instrumentation amplifier* (AD524)
         *and thermocouple preamp* (AD594)
1983 17-1 *CMOS ICs for digital signal processing*
     17-2 *Quad CMOS DAC with buffered voltage outputs*
1984 18-1 *Amplifier noise basics revisited*
     18-2 *Monolithic V-out µP-compatible 12-bit DAC* (AD667)
     18-3 *An intelligent vision system for industrial image analysis*
1985 19-1 *Multifunction analog IC computes $y(z/x)^m$, etc.* (AD538)
1986 20-1 *Low-cost, high-performance, compact iso amps* (AD202/4)
     20-2 *Fast, flexible CMOS DSP µP* (ADSP-2100)
1987 24-1 *Monolithic process-control transmitters* (AD693)
     21-2 *Complete 8-bit 400-ksps analog I/O* (AD7569)
1988 22-1 *Chipset for 50-Mbit/s digital data recovery* (AD890/891)
     22-2 *200-MSPS 8-bit IC ADC with 250-MHz BW* (AD770)
1989 23-1 *Isolated sensor-to-serial with a screwdriver* (6B Series)
     23-2 *Single-chip DSP microcomputer* (ADSP-2101)
     23-3 *DC-120-MHz IC log amp—accurate compression* (AD640)
     23-4 *Pin electronics for high-speed ATE* (AD1315/1521/22)
1990 24-1 *Monolithic 75-MSPS 10-bit flash converter* (AD9060)
     24-2 *Mixed-signal processor: DSP/ADC/DAC* (ADSP-21msp50)
     24-3 *RAM-DAC upgrade enhances VGA graphics* (AD7148)
1991 25-1 *Pro-Logic decoder: Dolby "Surround Sound"* (SSM2125)
     25-2 *ADSP-21020 floating-point high-speed DSP*
1992 26-1 *Mixed-signal chips drive digital radio* (AD7001/7002)
     26-2 *Wideband "linear in dB" VCA* (AD600/602)
1993 27-1 *Fast precise 155-Mbps fiberoptic timing recovery* (AD802)
     27-2 *Single-chip micromachined accelerometer* (ADXL50)
1994 28-1 *Dual-setpoint single-chip temperature controller* (TMP01)
     28-2 *Complete, low-distortion 500-MHz IC mixer* (AD831)
     28-3 *SHARC Floating-point DSP: tops in memory, performance*
1995 29-1 *Integrated stereo codecs for multimedia* (AD1843/1845)
     29-2 *Meeting the challenges of high speed*
     29-3 *Considerations in low-power, single-supply system design*
1996 30-1 *Read-channel processor uses PRML with MR heads*
     30-2 *DSP-based chip set for ac motor control* (ADMC201)
     30-3 *CMOS DACs optimized for transmit path* (AD976x family)
     30-4 *Dual-axis accelerometer* (ADXL250)      A

*Dan.Sheingold@analog.com*

## THE AUTHORS



**Howard Samuels** (page 3) is a Product Development Engineer in ADI's Micromachined Products Division in Wilmington, MA. He joined Analog after graduating from Carnegie Mellon University in 1982 with a BS in EE and Applied Mathematics. He holds several patents and has published articles in trade magazines. Howard has designed signal conditioners and isolators, including the AD210 3-port isolator. When not at work, he enjoys caring for and taking pictures of his new baby.



**Matt Smith** (page 6) is a Senior Applications Engineer at our Limerick, Ireland, facility. He is responsible for Interface and Supervisory products. He holds a B.Eng from the University of Limerick. His leisure interests include playing squash, motor maintenance and more recently, woodworking.



**Bill Slattery** (page 9) has marketing responsibility for products of the Digital Video Group at ADI's Limerick facility, including video DACs, RAM-DACs, and video encoders & decoders. Earlier, he worked as a Senior Engineer in the Applications Group in Limerick. Bill has a BSc (Eng) degree from the University of Dublin (Trinity College) and an MBA from the University of Limerick. A licensed private pilot, he enjoys flying his airplane.



**Jürgen Kühnel** (page 13) is a Senior Marketing Engineer for Power Management products, located in Munich. Since joining ADI in 1984, he has had various roles in Sales and Marketing in Central Europe. His Dipl. Ing. is from the Technische Fachhochschule in Berlin, and he worked for several years as a system designer in medical and chemical instrumentation. In his spare time he likes riding on two wheels (powered or not) and designing electronic systems for his model railroad.

[*More authors on page 22*]

**Cover:** The cover illustration was designed and executed by **Shelley Miles**, of *Design Encounters*, Hingham MA.

### Analog Dialogue

**One Technology Way, P.O. Box 9106, Norwood, MA 02062-9106**

Published by Analog Devices, Inc. and available at no charge to engineers and scientists who use or think about I.C. or discrete analog, conversion, data handling and DSP circuits and systems. Correspondence is welcome and should be addressed to Editor, *Analog Dialogue*, at the above address. Analog Devices, Inc., has representatives, sales offices, and distributors throughout the world. Our web site is **http://www.analog.com/**. For information regarding our products and their applications, you are invited to use the enclosed reply card, write to the above address, or phone 617-937-1428, 1-800-262-5643 (U.S.A. only) or fax 617-821-4273.

# Advanced Digital Video Encoders

## CCIR-601 YCrCb to NTSC/PAL: studio quality digital video at consumer video prices

by Bill Slattery

The ADV7175/ADV7176* digital video encoders convert digital video data into standard analog baseband (NTSC/PAL) television signals. These low-cost, high-performance devices encode digital YUV (CCIR-601/656—4:2:2) and square pixel component video; and they can drive EuroSCART(RGB), S-Video (Y/C) and YUV analog video signals, as well as supporting closed-captioning and Teletext. The AD7175 also includes Macrovision® antitaping (license required from Macrovision, Inc.) The digital input section interfaces gluelessly to all standard MPEG (1 & 2) Decoders. Applications encompass TV settop boxes, VideoCD, DVD, Internet/Network Computers, WebTVs and Multimedia PC Video, as well as professional broadcast/studio video equipment. Packaging in a tiny 44-Lead PQFP. Prices (10,000) start at $7.59.

**Digital video:** Television signals are, in the main, transmitted in standard analog format; the signal is received over an outdoor or indoor antenna, or over a cable distribution system that may have a local analog settop box to enable pay-TV channels. This system, based on the composite analog NTSC (North America, Japan) and PAL (Europe) formats, has existed for 40 years or more and has served consumers quite well worldwide. Recently, however, television broadcasting has undergone revolutionary changes. Intent on permitting existing equipment and program material to continue in use, broadcasters have had to maintain backward compatibility of the existing format but transmit and distribute it with digital processing. Analogous to the evolution from black-and-white TV to color TV, this change will allow complete backward compatibility and transparency for both program makers and television viewers. Only the medium of delivery has changed.

This digital revolution offers a new and very significant feature to viewers. The ability to compress the digital video data means that a great many more viewing channels become available to the consumer using a standard TV set. Up to six channels can now be transmitted in the bandwidth that was previously required for just one. In addition to more channels, the signal quality available in a digital system results in vastly improved displayed pictures.

Figure 1 shows the array of reception options that the home viewer has in the digital video world, including DBS (direct-broadcast satellite), digital cable (coaxial, fiberoptic, etc.) and what is oxymoronically termed wireless cable—in essence, a microwave line-of-sight distribution system, known also as MMDS (multipoint microwave distribution system). The major broadcasting networks have plans to introduce a digital version of the traditional antenna-based transmission system. Besides video broadcasts, the viewer may have local video sources, such as video CD, game console or, indeed, the emerging DVD format.

The received digitally coded TV signal must first be converted back to the traditional NTSC or PAL signal, capable of being understood by the standard TV. The settop box, or integrated receiver decoder (IRD), which interfaces (bridges the gap) between analog and digital worlds, implements these functions:
- Receive and demodulate digital signal (QAM/QPSK receiver)
- Decompress the digital data (MPEG-2 Decoder)
- Convert the digital data into standard TV Signal (NTSC/PAL digital video encoder).

This last function is implemented by the ADV7175/ADV7176. In addition to performing the basic D/A conversion, the device also encodes the component YUV data into the analog composite (CVBS) or S-Video (Y/C) signals for standard analog TVs.

**Multimedia PC application:** The ADV7175/ADV7176 are also ideally suited for video editing on PCs. *Analog Dialogue* 30-2 (1996) introduced the ADV601 integrated Wavelet Video Codec; combined with the ADV7175/ADV7176 and a video decoder, it provides a complete, low-cost video-capture/editing system on a PC. Like the interface to MPEG encoders, it needs no additional glue logic.



Figure 2. Encoder provides analog output of decompressed video in PC application.

**Advanced NTSC/PAL digital encoder:** The ADV7175/ADV7176 has been developed in close cooperation with digital video end customers. The resulting parts integrate all the required functionality and features, plus the optimum level of performance at the price levels demanded in the consumer electronics industry.

Beyond four 10-bit DACs, the encoder incorporates our DDS (direct digital synthesis) technology with a 32-bit-wide accumulator to accurately regenerate the color sub-carrier. An extensive input port translates the digital input samples of 4:2:2 YCrCb data into the appropriate luma (Y) and chroma (UV) video signals. A two-wire, $I^2C$-compatible port allows all functions to be programmed.



Figure 1. In home digital video architectures, the encoder is key, whatever the source.

*For technical data, visit our Web site, http://www.analog.com. Data is also available in North America around the clock by Analogfax™, 1-800-446-6212; request **1948**; or use the reply card. Circle **5**
®Registered trademark of Macrovision, Inc.

DTV_ENTROPIC-0585653



The output circuitry enables the part to support the ubiquitous standard composite video formats as well as the increasingly popular performance S-Video (Y/C) video mode. The four outputs mean that the part can simultaneously drive a variety of combinations of CVBS and S-Video. For example:

|  | Simultaneous composite video and SVHS | | SCART format | Professional studio |
|---|---|---|---|---|
|  | Option 1 | Option 2 | Option 3 | Option 4 |
| DAC A | CVBS | Y | CVBS | — |
| DAC B | CVBS | CVBS | B | U |
| DAC C | C | C | R | V |
| DAC D | Y | CVBS | G | Y |

For the European market, in which the SCART connector format has become a requirement, the ADV7175/ADV7176 is capable of driving R,G,B & CVBS outputs simultaneously (see Option 3).

The input port enables the device to process industry-standard, CCIR-601 (D1) video data configured in accordance with CCIR-656. The port can be configured for the traditional 16-bit YUV format or the more modern 8-bit format. The associated timing signals of FIELD/VSYNC, HSYNC and BLANK, and the part's ability to operate in a variety of master and slave configurations, means a glueless interface (no additional logic—see Figure 4) between the device and its driving source (e.g., MPEG decoders).



Figure 4. Connection to MPEG decoder.

The ADV7175/ADV7176 is the industry's most comprehensively specified part in terms of functionality, features and performance. Its differential gain (0.8%) and –phase (0.8°) specs are suitable to benefit consumer video applications, and to provide professional studio and broadcasters with a low-cost, highly integrated video encoder. For the benefit of professionals, the part is configurable to output their usual analog YUV format.

**Video quality:** Performance features also include on-board color enhancements technology, including 2× oversampling, luma low-pass filters, and notch chroma filtering. Oversampling (2 × 13.5 MHz) reduces the requirements on any external low-pass filtering by shifting the out-of-band signals up the spectrum, permitting a lower-order external filter. Figure 5 shows a vectorscope plot of the device output. The proximity of the vertices to the centers of the square boxes, and the linearity of the lines between the vertices, illustrate the device's performance, including the ability to reproduce the required color output values.

**Additional features:** Also supported are other key functions, programmed via the 2-wire serial ($I^2C$-compatible) MPU Port.

- *Square Pixel:* in addition to the standard CCIR-601 pixels, square pixel mode is needed to ensure correct aspect ratio when displaying computer-generated images, using a standard TV screen as a computer monitor.

| Required sampling frequency | Format | Pixels/line |
|---|---|---|
| 13.5 MHz | CCIR601 (NTSC/PAL) | 720 |
| 12.27 MHz | NTSC Square Pixel | 640 |
| 14.75 MHz | PAL Square Pixel | 768 |

- *Genlock/RTC:* Enables coherent synchronization between two color sub-carrier frequencies of simultaneously displayed video signals (necessary to maintain backward compatibility for simultaneously transmitted traditional analog TV signals)
- *On-board color bar generator:* For system test/diagnostics
- *Programmable luma delay* (for CVBS signal to RF tuner)
- *Closed captioning:* Legal requirement to provide support to display subtitles on television programming
- *VBI (Vertical blanking interval) passthrough:* The VBI consists of transmitted lines with no video information. Not only is it used to transmit teletext data, closed caption data and test/control bits; this portion of the video signal is also being deployed to deliver Internet or Web Page data to the TV viewer
- *Programmable frequency and phase:* Ensures that all terrestrial variants of PAL and NTSC can be configured.

**Thermally enhanced packaging:** Fitting such functionality into a tiny 44-lead PQFP package demands advanced techniques in both chip and package design. The device is specified, worst case, to drive full video outputs from all four DACs without needing external buffering. Advanced current switching techniques, which minimize dissipation during the display of low brightness scenes, coupled with a patented thermal-coastline lead-frame design within the package, ensure that the complete functionality of the part is made available to the user in all environmental conditions. Additional programming, allowing the selective turning off and on of each of the 4 DACs, offers yet more configuration options to minimize total power consumption.

Though specified to run from 5-V supplies, measured data shows that it will satisfy the video specs with negligible degradation at 3.3 V. The ADV7175/76 is available from stock. An evaluation board can also be ordered. Device prices (10,000) start at $7.59.

*The ADV7175 was developed in Limerick, Ireland, by a cross-functional team led by Joe Canning, Colin Prendergast, and John Purcell.*   A



Figure 5. Vectorscope measurements (PAL).

DTV_ENTROPIC-0585654