# EXHIBIT

# M



DTV_ENTROPIC-0585659

Case 2:22-cv-07775-JWH-KES   Document 234-13   Filed 05/12/23   Page 3 of 4   Page ID #:2658

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
     p.  cm.
   ISBN 0-7356-1495-4
   1.  Computers--Dictionaries.   2.  Microcomputers--Dictionaries.

  AQ76.5. M52267  2002
  004'.03--dc21                             200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

DTV_ENTROPIC-0585660



**L1 cache** *n.* A memory cache built into i486 and higher-level processors to help improve processing speed. The L1 cache, typically containing 8 KB, can be read in a single clock cycle, so it is tried first. The i486 contains one L1 cache; the Pentium contains two, one for code and one for data. *Also called:* level 1 cache, on-chip cache. *See also* cache, i486DX, Pentium. *Compare* L2 cache.

**L2 cache** *n.* A memory cache consisting of static RAM on a motherboard that uses an i486 or higher-level processor. The L2 cache, which typically contains 128 KB to 1 MB, is faster than the system DRAM but slower than the L1 cache built into the CPU chip. *Also called:* level 2 cache. *See also* cache, dynamic RAM, i486DX, static RAM. *Compare* L1 cache.

**L2TP** *n. See* Layer Two Tunneling Protocol.

**L8R** *adv.* Abbreviation for later, as in "See you later," an expression often used in e-mail or Usenet groups as a closing remark.

**label** *n.* An identifier. A label can be a physical item, such as a stick-on tag used to identify disks and other computer equipment, or an electronic label added to floppy disks or hard disks. It can also be a word, symbol, or other group of characters used to identify a file, a storage medium, an element defined in a computer program, or a specific item in a document such as a spreadsheet or a chart. *See also* identifier.

**label edge router** *n. See* MPLS.

**label prefix** *n.* In a spreadsheet, a character at the beginning of a cell entry that identifies the entry to the program as a label.

**label switching** *n. See* MPLS.

**label switch path** *n. See* MPLS.

**label switch router** *n. See* MPLS.

**LACP** *n.* Acronym for Link Aggregation Control Protocol. *See* link aggregation.

**lag** *n.* The time difference between two events. In electronics, a lag is a delay between a change in input and a change in output. On computer displays, a lag is a fading

brightness left on the phosphor coating of the screen after an image changes. *See also* persistence.

**LAN** *n.* Acronym for local area network. A group of computers and other devices dispersed over a relatively limited area and connected by a communications link that enables any device to interact with any other on the network. LANs commonly include PCs and shared resources such as laser printers and large hard disks. The devices on a LAN are known as nodes, and the nodes are connected by cables through which messages are transmitted. *See also* baseband network, broadband network, bus network, client/server architecture, collision detection, communications protocol, contention, CSMA/CD, network, peer-to-peer architecture, ring network, star network. *Compare* WAN.

**landscape mode** *n.* A horizontal print orientation in which text or images are printed "sideways"—that is, the width of the image on the page is greater than the height. *Compare* portrait mode.

**landscape monitor** *n.* A monitor that is wider than it is high. Landscape monitors are usually about 33 percent wider than they are high—roughly the same proportion as a television screen. *Compare* full-page display, portrait monitor.

**LANE** *n.* Acronym for LAN Emulation. *See* ATM (definition 1), communications protocol, LAN.

**LANGID** *n. See* language identifier.

**language** *n. See* programming language.

**language-description language** *n. See* metalanguage.

**language identifier** *n.* A standard international numeric abbreviation for a country or geographical region. A language identifier is a 16-bit value that consists of a primary language identifier and a secondary language identifier. *Acronym:* LANGID. *See also* locale identifier.

**language processor** *n.* A hardware device or a software program designed to accept instructions written in a particular language and translate them into machine code. *See also* compiler (definition 2), interpreter.

304

DTV_ENTROPIC-0585661