# EXHIBIT N

# Microsoft

**Over 3000 Entries!**

Microsoft

# Internet & Networking Dictionary



- Covers key networking and Internet terms you need to know
- Includes current technologies and acronyms from ACK to Zope
- Lists common file extensions, Instant Messaging emoticons, and Internet domains

DTV_ENTROPIC-0585674

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2003 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Internet & Networking Dictionary / Microsoft Press.
    p. cm.
  ISBN 0-7356-1813-5
  1. Computer networks--Dictionaries.  2. Internet--Dictionaries.  I. Microsoft Press.

TK5105.5 .M5474  2002
004.67'8--dc21                                                                 2002075312

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QWE   7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveX, Authenticode, BackOffice, BizTalk, Entourage, FoxPro, FrontPage, Hotmail, JScript, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, NetMeeting, Outlook, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows , Windows Media, Windows NT, and Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes


Body Part No. X08-92505

# L

**L2TP** *n.* *See* Layer Two Tunneling Protocol.

**L8R** *adv.* Abbreviation for later, as in "See you later," an expression often used in e-mail or Usenet groups as a closing remark.

**label switching** *n.* *See* MPLS.

**label switch path** *n.* *See* MPLS.

**label switch router** *n.* *See* MPLS.

**LACP** *n.* Acronym for Link Aggregation Control Protocol. *See* link aggregation.

**LAN** *n.* Acronym for local area network. A group of computers and other devices dispersed over a relatively limited area and connected by a communications link that enables any device to interact with any other on the network. LANs commonly include PCs and shared resources such as laser printers and large hard disks. The devices on a LAN are known as nodes, and the nodes are connected by cables through which messages are transmitted. *See also* baseband network, broadband network, bus network, client/server architecture, communications protocol, contention, CSMA/CD, network, peer-to-peer architecture, ring network, star network. *Compare* WAN.

**LANE** *n.* Acronym for LAN Emulation. *See* ATM (definition 1), communications protocol, LAN.

**LAN Manager** *n.* An older LAN (local area network) technology developed by Microsoft and distributed by Microsoft, IBM (as IBM LAN Server), and other original equipment manufacturers. Superseded by TCP/IP networking protocols in Windows 9x, LAN Manager implemented the NetBEUI protocol and was notable for its small stack size. It was used to connect computers running the MS-DOS, OS/2, or UNIX operating systems to allow users to share files and system resources and to run distributed applications using a client/server architecture. *See also* client/server architecture, LAN, NetBEUI.

**LANtastic** *n.* A network operating system from Artisoft designed to support both peer-to-peer and client/server networks consisting of PCs running a mix of MS-DOS and Windows operating systems.

**last in, first out** *n.* A method of processing a queue in which items are removed in inverse order relative to the order in which they were added—that is, the last in is the first out. *Acronym:* LIFO. *See also* stack. *Compare* first in, first out.

**last mile** *n.* The connection (which may in fact be more or less than one mile) between an end user's system and that of a service provider, such as a telephone company. The "last mile" connection historically has referred to the twisted-pair copper wires used between a home and the telephone company. While this definition remains accurate, "last mile" is now often used more broadly to refer to the link between an



# Microsoft Internet & Networking Dictionary

**Over 3000 Entries!**

### The fast source for accurate Internet and networking information!

Here's the fast, portable resource that describes the Internet and networking terms you're likely to encounter most often. It provides simple, concise definitions to help you understand arcane terms, high-tech acronyms, and jargon. You get clear, easy-to-grasp explanations—with more than 3000 entries that detail the latest technologies, standards, products, and services. From *A-Bone* to *zone transfer* and *10BaseT* to *802.11b*, this handy, accurate dictionary makes the latest terms and technologies accessible to everyone. Don't forget—on the Net, no one can see you reach for your dictionary!

**Know Net terms like a pro with this dictionary!**

**Complete, current content:** Covers everything from *100Base-FX* to *9600*, and from *adaptive routing* to *zoo virus*.

**Includes key terms:** Whether you're a home user or workgroup member, you'll find the terms and concepts you need to know.

**Filled with handy lists:** Appendixes show the latest Internet country codes and domain names, common file extensions, and popular Instant Messaging emoticons and acronyms.

*To learn more about Microsoft Press® products, visit:*
**microsoft.com/mspress**

| | |
|---|---|
| U.S.A. | $19.99 |
| Canada | $28.99 |
| | [Recommended] |

Part No. X08-92522

Computers/Reference

ISBN 0-7356-1813-5



**Microsoft**