# EXHIBIT

# O

# DICTIONARY

## OF

# COMPUTER SCIENCE ENGINEERING AND TECHNOLOGY

### EDITOR-IN-CHIEF

## Phillip A. Laplante

 CRC PRESS

DTV_ENTROPIC-0585655

# DICTIONARY

## OF

# COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY

EDITOR-IN-CHIEF

## Phillip A. Laplante



**CRC Press**

Boca Raton   London   New York   Washington, D.C.

DTV_ENTROPIC-0585656

## Library of Congress Cataloging-in-Publication Data

Dictonary of computer science, engineering, and technology / edited by Phillip Laplante.
    p.  cm.
    Includes bibliographical references and index.
    ISBN 0-8493-2691-5 (alk. paper)
    1. Computer science—Dictionaries. 2. Engineering—Dictionaries. 3.
Technology—Dictionaries. I. Laplante, Phillip A.
QA76.15.D5258   2000
004'.03—dc21                                        00-052882

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the authors and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage or retrieval system, without prior permission in writing from the publisher.

All rights reserved. Authorization to photocopy items for internal or personal use, or the personal or internal use of specific clients, may be granted by CRC Press LLC, provided that $.50 per page photocopied is paid directly to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923 USA The fee code for users of the Transactional Reporting Service is ISBN 0-8493-2691-5/01/$0.00+$.50. The fee is subject to change without notice. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

The consent of CRC Press LLC does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained in writing from CRC Press LLC for such copying.

Direct all inquiries to CRC Press LLC, 2000 N.W. Corporate Blvd., Boca Raton, Florida 33431.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation, without intent to infringe.

**Visit the CRC Press Web site at www.crcpress.com**

© 2001 by CRC Press LLC

No claim to original U.S. Government works
International Standard Book Number 0-8493-2591-5
Library of Congress Card Number 00-052882
2 3 4 5 6 7 8 9 0

**LMS algorithm**

---

**LMS algorithm**   *See* least mean square algorithm.

**load**    (1) to read machine code into main memory in preparation for execution.

(2) the volume of work processed by the system. Load intensity is often expressed in terms of the proportion of time the system is busy processing.

**load balancing**    the process of achieving an equal load at each computing node in an interconnected multiple computer system through task transfers from one node to another.

**load buffer**    a buffer that temporarily holds memory-load (i.e., memory-write) requests.

**load bypass**    a read (or load) request that bypasses a previously issued write (store) request. Read requests stall a processor, whereas writes do not. Therefore, high-performance architectures permit *load bypass*. Typically implemented using write-buffers.

**load dependent server**    a service center whose service rate is a function of the customer population at its queue.

**loader**    a computer program used to load. The loader (typically an operating system), loads executable code into memory and may also perform computations (fixups) required to take into account the actual location into which the code is loaded.

**load factor**    for a hash file, the number of records currently in the hash file divided by the number of records that currently could be stored, i.e., (number of records ÷ (blocking factor × number of blocks)).

**loading**    the operation of copying a program into memory for execution. *See also* loader.

**load instruction**    an instruction that requests a datum from a virtual memory address, to be placed in a specified register.

**load map**    a computer-generated list that identifies the location and size of all or parts of memory resident code and data.

**load module**    a program unit that is the output of a linker, suitable for loading and execution.

**load sharing**    the process of reducing the difference of load among the computing nodes in an inter-connected multiple computer system through task transfers from one node to another.

**load/store architecture**    a system design in which the only processor operations that access memory are simple register loads and stores.

**load/store unit**    a computer based on the load/store architecture.

**LOC**    *See* lines-of-code metric.

**local alignment**    the detection of local similarities among two or more strings.

**local area network (LAN)**    a network of computers and connection devices (such as switches and routers) that are located on a single site. The connections are direct cables (such as UTP or optical fiber) rather than telecommunication lines. The computer network in a university campus is typically a *local area network*.

**local attribute**    the attribute of a class. Opposite of the inherited attributes which are defined in the superclasses.

**local bus**    the set of wires that connects a processor to its local memory module.

**local coordinate system**    a coordinate system defined with respect to some reference coordinate system, usually used to define a part or subassembly within a scene definition.

**local decision unit**    control agent or a part of the controller associated with a given subsystem of a partitioned system; *local decision unit* is usually in charge of the local decision variables and is a component of a decentralized or a hierarchical control system.

282

DTV_ENTROPIC-0585658