# EXHIBIT P



DTV_ENTROPIC-0585670

# COMPREHENSIVE DICTIONARY OF ELECTRICAL ENGINEERING

EDITOR-IN-CHIEF

Phillip A Laplante



CRC Press
Taylor & Francis Group
Boca Raton  London  New York

CRC Press is an imprint of the
Taylor & Francis Group, an **informa** business

DTV_ENTROPIC-0585671

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 1998 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Version Date: 20150212

International Standard Book Number-13: 978-1-4398-7498-1 (eBook - PDF)

This book contains information obtained from authentic and highly regarded sources. Reasonable efforts have been made to publish reliable data and information, but the author and publisher cannot assume responsibility for the validity of all materials or the consequences of their use. The authors and publishers have attempted to trace the copyright holders of all material reproduced in this publication and apologize to copyright holders if permission to publish in this form has not been obtained. If any copyright material has not been acknowledged please write and let us know so we may rectify in any future reprint.

Except as permitted under U.S. Copyright Law, no part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Visit the Taylor & Francis Web site at**
**http://www.taylorandfrancis.com**

**and the CRC Press Web site at**
**http://www.crcpress.com**

DTV_ENTROPIC-0585672

**which** the only processor operations that access memory are simple register loads and stores.

**load/store unit** a computer based on the load/store architecture.

**loaded Q** dimensionless ratio of the average over any period of time ($T = 1/\text{frequency}$) of the ratio of the maximum energy stored ($U_{max}$) to the power absorbed or dissipated ($p_{absorbed} = p_{in} - p_{out}$) in a passive component or circuit, including external loading effects, expressed as a dimensionless ratio. For most applications, the higher the $Q$, the better the part.

**local area network** a network of computers and connection devices (such as switches and routers) that are located on a single site. The connections are direct cables (such as UTP or optical fiber) rather than telecommunication lines. The computer network in a university campus is typically a local area network.

**local bus** the set of wires that connects a processor to its local memory module.

**local controllability of generalized 2-D model** the generalized 2-D model

$$Ex_{i+1,j+1} = A_0 x_{ij} + A_1 x_{i+1,j} + A_2 x_{i,j+1}$$
$$+ B_0 u_{ij} + B_1 u_{i+1,j} + B_2 u_{i,j+1}$$

$i, j \in Z_+$ (the set of nonnegative integers) is called locally controllable in the rectangle $[0, N_1] \times [0, N_2]$ if for admissible boundary conditions $x_{i0}$ for $i \in Z_+$ and $x_{0j}$ for $j \in Z_+$, there exists a sequence of inputs $u_{ij}$ for $0 \leq i \leq N_1 + n_1$ and $0 \leq j \leq N_2 + n_2$ such that $x_{N_1 N_2} = 0$ where $x_{ij} \in R^n$ is the local semistate vector, $u_{ij} \in R^m$ is the input vector, $E$, $A_k$, $B_k$ ($k = 0, 1, 2$) are real matrices with $E$ possibly singular, and ($n_1, n_2$) is the index of model. *See also* local reachability of 2-D general model.

**local decision unit** control agent or a part of the controller associated with a given subsystem of a partitioned system; local decision unit is usually in charge of the local decision variables and is a component of a decentralized or a hierarchical control system.

**local decision variable** control inputs associated with a given subprocess (subsystem) of the considered partitioned process (system); local decision variables can be either set locally by local decision unit, or globally by a centralized controller.

**local field effect** effect associated with the distinction that occurs in condensed matter between the spatially averaged electric field and the field that acts on a representative molecule of the material system. A consideration of local field effects leads to the Lorentz–Lorenz and Clausius–Mossotti relations.

**local memory** memory that can be accessed by only one processor in a multiprocessor or distributed system. In many multiprocessors, each processor has its own local memory. *See also* global memory.

**local minimum** a minimum of a function that is not the global minimum.

**local mode oscillation** this mode of oscillation is associated with the swinging of units at a generating station with respect to the rest of the power system. The oscillations are thus localized to within a small part of the system.

**local observability of 2-D Fornasini–Marchesini model** the 2-D Fornasini–Marchesini model

$$x_{i+1,j+1} = A_1 x_{i+1,j} + A_2 x_{i,j+1}$$
$$+ B_1 u_{i+1,j} + B_2 u_{i,j+1}$$

377

DTV_ENTROPIC-0585673