Name and address:

Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC | CASE NUMBER |
|---|---|
| v.                           Plaintiff(s) | 2:22-cv-07775-JWH-JEM |
| DIRECTV, LLC, et al.         Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fuller, Nathan J.    of    K&L Gates LLP
                            70 W. Madison Street, Suite 3300
*Applicant's Name (Last Name, First Name & Middle Initial)*    Chicago, IL 60602

(312) 807-4313       (312) 827-8000
*Telephone Number*   *Fax Number*

nathan.fuller@klgates.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Entropic Communications, LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Goodrich, Christina N.    of    K&L Gates LLP
                                10100 Santa Monica Boulevard, 8th Floor
*Designee's Name (Last Name, First Name & Middle Initial)*    Los Angeles, CA 90067

261722       (310) 552-5547       (310) 552-5001
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

christina.goodrich@klgates.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                                U.S. District Judge/U.S. Magistrate Judge