1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   *Attorneys for Plaintiff*
7  *Entropic Communications, LLC*

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:22-cv-07775-JWH-JEM |
|---|---|
| Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| v. | **ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING OPPOSITION TO DISH'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1** |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | *[Filed Concurrently with Declaration of Christina N. Goodrich; and [Proposed] Order on Application to Seal]* |
| Plaintiff, | |
| vs. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C, | |
| Defendants. | |

**RECYCLED PAPER**

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing (1) **unredacted** information referenced in Entropic's Opposition to DISH's Motion to Compel Compliance with Local Rule 7.1-1, which contains details related to a confidential agreement reached between Entropic and third-party entities, MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear"), as well as details related to a confidential agreement reached between Entropic Holdings LLC and a third party; and (2) **unredacted** Declaration of Christina N. Goodrich in support of Entropic's Opposition to DISH's Motion to Compel Compliance with Local Rule 7.1-1, which contains the same confidential information.

Each portion of the documents referenced in the chart below have been designated as confidential pursuant to agreements reached between Entropic and third parties or between non-parties to the action. (*See* Decl. of Christina N. Goodrich in Support of Entropic's Application to File Documents Under Seal ("Goodrich Decl."), ¶ 4.) Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Opp. at 2:23-24 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Entropic's Opp. at 4:7-12 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 5:18-21 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 9:7-10 | Terms of confidential agreement between Entropic Holdings LLC and third party |

| | |
|---|---|
| Goodrich Decl. ISO Entropic's Opp., ¶ 4 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Goodrich Decl. ISO Entropic's Opp., ¶ 5 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Goodrich Decl. ISO Entropic's Opp., ¶ 11 | Terms of confidential agreement between Entropic Holdings LLC and third party |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents.

Entropic has complied with the requirements for sealing. The information that Entropic seeks to seal is contained within confidential agreements between Entropic and third parties or between non-parties to the action. *See* Goodrich Decl. ¶¶ 2, 3. The public does not have an interest in accessing this confidential information, which involves the rights of third parties who are not parties to this action. *See Barnes v. Hershey Co.*, 2015 WL 1814293, at *2 (N.D. Cal. Apr. 21, 2015) (finding public's interest in disclosure to be minimal with respect to confidential information about business's strategy and operations); *Watts v. Metro. Life Ins. Co.*, 2010 WL 11508844, at *3 (S.D. Cal. Oct. 7, 2010) (finding compelling reasons to seal confidential and proprietary business records outweighed public's interest in disclosure). Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. *See* Goodrich Decl. ¶¶ 2-5 (Entropic only seeks to seal approximately 15 lines of text in its Opposition and the corresponding information in

the Goodrich Declaration in support of the Opposition).  Counsel for Entropic reached out to counsel for DISH and DirecTV requesting their position on this application.  *See id*. ¶ 6.  DISH's counsel stated that she would provide her position after reviewing the filings, given the timing of the request.  *See id*.  DirecTV's counsel has not yet responded.  *See id*.

In light of the foregoing, good cause exists to seal the highlighted portions of the above documents.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) (sealing defendants' proprietary business records that referred to its agreements with third parties not before the court); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'"); *Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 WL 12976921, at *3 (N.D. Cal. Mar. 31, 2015) (sealing information related to confidential agreements involving third parties not before the court).

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal.  Concurrent with this filing, Entropic has served the unredacted copies on counsel for the defendants and filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private and otherwise non-public information therein.

Dated: May 19, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547

|   |   |
|---|---|
| 1 | Fax: (310) 552-5001 |
| 2 | christina.goodrich@klgates.com |
|   | connor.meggs@klgates.com |
| 3 |   |
| 4 | Peter Soskin (SBN 280347) |
|   | **K&L GATES LLP** |
| 5 | 4 Embarcadero Center, Suite 1200 |
| 6 | San Francisco, CA 94111 |
|   | Tel.: (415) 882-8200 |
| 7 | Fax: (415) 882-8220 |
| 8 | peter.soskin@klgates.com |
| 9 | James Shimota (admitted *pro hac vice*) |
| 10 | Jason Engel (admitted *pro hac vice*) |
|   | George Summerfield (*pro hac vice* |
| 11 | application pending) |
| 12 | **K&L GATES LLP** |
|   | 70 W. Madison Street, Suite 3300 |
| 13 | Chicago, IL 60602 |
| 14 | Tel.: (312) 372-1121 |
|   | Fax: (312) 827-8000 |
| 15 | jim.shimota@klgates.com |
| 16 | jason.engel@klgates.com |
|   | george.summerfield@klgates.com |
| 17 |   |
| 18 | Nicholas F. Lenning |
|   | (admitted *pro hac vice*) |
| 19 | **K&L GATES LLP** |
| 20 | 925 Fourth Avenue, Suite 2900 |
|   | Seattle, WA 98104 |
| 21 | Tel.: (206) 623-7580 |
| 22 | Fax: (206) 370-6006 |
|   | nicholas.lenning@klgates.com |
| 23 |   |
| 24 | Darlene F. Ghavimi |
|   | (admitted *pro hac vice*) |
| 25 | Matthew Blair |
| 26 | (admitted *pro hac vice*) |
|   | **K&L GATES LLP** |
| 27 | 2801 Via Fortuna, Suite #650 |
| 28 | Austin, TX 78746 |

4

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**