# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>  Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C,<br><br>  Defendants. | Case No.: 2:22-cv-07775-JWH-JEM<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE UNDER SEAL**<br><br>*[Filed Concurrently with Application to File Documents Under Seal Regarding Opposition to DISH's Motion to Compel; and Declaration of Christina N. Goodrich in Support Thereof]* |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Opposition to DISH's Motion to Compel Compliance with Local Rule 7.1-1, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted documents as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Entropic's Opp. at 2:23-24 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Entropic's Opp. at 4:7-12 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 5:18-21 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 9:7-10 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Goodrich Decl. ISO Entropic's Opp., ¶ 4 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Goodrich Decl. ISO Entropic's Opp., ¶ 5 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Goodrich Decl. ISO Entropic's Opp., ¶ 11 | Terms of confidential agreement between Entropic Holdings LLC and third party |

Dated:

Hon. John W. Holcomb
United States District Judge