Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional counsel listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | Case No.: 2:22-cv-07775-JWH-JEM <br><br> [Assigned to the Hon. John W. Holcomb] <br><br> **NOTICE OF PROOF OF SERVICE** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C, <br><br> Defendants. <br> fgh | |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** unredacted versions of the following documents have been served on all parties:

1. Entropic Communications, LLC's opposition to DISH's Motion to Compel Compliance with Local rule 7.1-1
2. Declaration of Christina N. Goodrich in Support of Entropic's Opposition to DISH's Motion to Compel Compliance with Local Rule 7.1-1
3. Declaration of Christina N. Goodrich in Support of Entropic's Application to File Under Seal (and attachments thereto).

Attached as <u>**Exhibit A**</u> is a true and correct copy of the proof of service for the above-mentioned documents.

Dated: May 19, 2023

Respectfully Submitted,

By: */s/ Connor J. Meggs*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)

Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Darlene F. Ghavimi
(admitted *pro hac vice*)
Matthew Blair
(admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

# EXHIBIT A

# CERTIFICATE OF SERVICE

**Case No. 2:22-cv-07775-JWH-JEM**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On May 19, 2023, I served the document(s) described as:

- **ENTROPIC'S OPPOSITION TO DISH'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (UNREDACTED)**
- **DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF ENTROPIC'S OPPOSITION TO DISH'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1 (UNREDACTED)**
- **DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF ENTROPIC'S APPLICATION TO FILE UNDER SEAL (UNREDACTED)**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799<br><br>Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140 | *Counsel for DISH* |

| | |
|---|---|
| Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400<br><br>Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 | |
| Jason C. Lo<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue, Suite 5400<br>Los Angeles, CA  90071-3197<br>Telephone:   213.229.7000<br>Facsimile:   213.229.7520<br>jlo@gibsondunn.com<br><br>BENJAMIN HERSHKOWITZ (admitted pro hac vice)<br>bhershkowitz@gibsondunn.com<br>KATHERINE Q. DOMINGUEZ (admitted pro hac vice)<br>kdominguez@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:   212.351.4000<br>Facsimile:   212.351.4035<br><br>BRIAN BUROKER (admitted pro hac vice)<br>    bburoker@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone:  202.955.8500<br><br>NATHAN R. CURTIS (admitted pro hac vice)<br>    ncurtis@gibsondunn.com | *Counsel for DirecTV and AT&T* |

2
**CERTIFICATE OF SERVICE**

| AUDREY YANG (admitted pro hac vice)<br>    ayang@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Suite 2100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | |

☑   **BY ELECTRONIC SERVICE**:  by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2023, at Los Angeles, California.

*/s/ Connor J. Meggs*
Connor J. Meggs