UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>    Defendants. | Case No.:  2:22-cv-07775-JWH-JEM<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE UNDER SEAL**<br><br>*[Filed Concurrently with Application to File Documents Under Seal Regarding Opposition to DISH's Motion to Compel; and Declaration of Christina N. Goodrich in Support Thereof]* |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | |

**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Opposition to DISH's Motion to Compel Compliance with L.R. 7.1-1, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted documents as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Opp. at 2:23-24 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Entropic's Opp. at 4:7-12 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 5:18-21 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Entropic's Opp. at 9:7-10 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Goodrich Decl. ISO Entropic's Opp., ¶ 4 | Terms of confidential agreement reached between Entropic and Maxlinear |
| Goodrich Decl. ISO Entropic's Opp., ¶ 5 | Terms of confidential agreement between Entropic Holdings LLC and third party |
| Goodrich Decl. ISO Entropic's Opp., ¶ 11 | Terms of confidential agreement between Entropic Holdings LLC and third party |

IT IS SO ORDERED.

Dated: May 22, 2023

Hon. John W. Holcomb
United States District Judge