Name and address:

Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Entropic Communications, LLC

v.

DIRECTV, LLC, et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:22-cv-07775-JWH-JEM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Summerfield, George C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 807-4376
*Telephone Number*

(312) 827-8000
*Fax Number*

george.summerfield@klgates.com
*E-Mail Address*

of

K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Entropic Communications, LLC

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Goodrich, Christina N.
*Designee's Name (Last Name, First Name & Middle Initial)*

261722
*Designee's Cal. Bar No.*

(310) 552-5547
*Telephone Number*

(310) 552-5001
*Fax Number*

christina.goodrich@klgates.com
*E-Mail Address*

of

K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**