Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>    Defendants. | Case No.: 2:22-cv-07775-JWH-JEM<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**NOTICE OF ERRATA RE DECLARATION OF BORIS TEKSLER IN SUPPORT OF ENTROPIC'S OPPOSITION TO DISH'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1**<br><br>Date:  June 9, 2023<br>Time:  9:00 a.m.<br>CRTM:  9D (RONALD REAGAN BLDG) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C,<br><br>    Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that due to an inadvertent error by Entropic Communications, LLC ("Entropic") when filing Entropic's Opposition to DISH's Motion to Compel Compliance with Local Rule 7.1-1 on May 19, 2023, Mr. Teksler's declaration incorrectly stated in Paragraph 8(b) the FIG LLC "owns Entropic Holdings LLC." That statement is not correct. Mr. Teksler's declaration should have stated that "FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC." Mr. Teksler has signed a corrected declaration reflecting this correction.

Attached hereto as **Exhibit A** is the corrected declaration of Mr. Boris Teksler.

Dated: June 7, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**