1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  *Attorneys for Plaintiff*
   *Entropic Communications, LLC*

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11               **SOUTHERN DIVISION**

12

| | |
|---|---|
| 13  ENTROPIC COMMUNICATIONS, LLC, | Case No.:  2:22-cv-07775-JWH-JEM |
| 14          Plaintiff, | |
| 15  v. | [Assigned to the Hon. John W. Holcomb] |
| 16  DIRECTV, LLC and AT&T SERVICES, INC., | **CORRECTED DECLARATION OF BORIS TEKSLER IN SUPPORT OF ENTROPIC'S OPPOSITION TO DISH'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1** |
| 17          Defendants. | |
| 18  ENTROPIC COMMUNICATIONS, LLC, | |
| 19          Plaintiff, | |
| 20  vs. | |
| 21  DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; and DISH NETWORK SERVICE L.L.C, | |
| 22 | |
| 23 | |
| 24          Defendants. | |
| 25 | |

26

27

28

**RECYCLED PAPER**

**DECLARATION OF BORIS TEKSLER**

## DECLARATION OF BORIS TEKSLER

I, Boris Teksler, declare as follows:

1.     I am the Chief Executive Officer ("CEO") of Entropic Communications, LLC ("Entropic").  My responsibilities as CEO of Entropic involve, among other things, overseeing the overall and day-to-day operation of the company, as well as keeping apprised of the company's financial and organizational structure. I also lead Entropic's licensing efforts for its foundational, industry-changing patent portfolio from the innovative legacy created by Entropic Communications Inc. and MaxLinear Inc. As such, I am familiar with the facts and business records referred to herein, all of which are maintained in Entropic's files and systems in the ordinary course of business.  I have personal knowledge of the matters set forth in this declaration and could and would competently testify to these matters.

2.     For the majority of my career, I have worked on behalf of large Fortune 100 companies, such as Hewlett-Packard and Apple, and more recently, small companies at different stages of their life cycle, such as Entropic, to implement creative solutions to intellectual property issues. I am not, and never have been, a Fortress employee.

3.     Entropic's rich patent portfolio results from years of cutting-edge research, development, and significant investment that provided foundational technology and processes in the satellite and cable television systems industry.

4.     Entropic is a fully operational company with a board of managers and an executive suite that is engaged in patent portfolio development and licensing. Entropic is managed by or under the direction of a board of managers who may further delegate authority to the Officers or to others to act on behalf of Entropic, subject to Board oversight.

5.     Entropic is owned by Entropic Holdings LLC. Only limited activities, like merger or dissolution, require consent of the parent, Entropic Holdings LLC.

RECYCLED PAPER

**DECLARATION OF BORIS TEKSLER**

Entropic's Officers, including myself and others, are authorized to perform the day to day ordinary course operations of the Company.

6.      In or around March 2023, I was asked to identify all entities and individuals that may have a financial interest in the outcome of this litigation.

7.      In response to this request, my colleagues and I thoroughly reviewed all documents and information within Entropic's possession, custody, and control relating to Entropic's ownership.

8.      I was able to identify the following entities that may have a financial interest in the outcome of this litigation:

   a.      Entropic Holdings LLC, Entropic's parent company;

   b.      FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC;

   c.      MaxLinear, Inc., the prior assignee of one of the patents in suit; and

   d.      MaxLinear Communications LLC, the prior assignee of one of the patents in suit.

9.      I understand that Fortress or its subsidiaries act as investment advisors and manage the funds that in turn own Entropic Holdings LLC. I also understand that Fortress or its subsidiaries manage those funds. Neither I nor any Entropic officer has communicated with anyone regarding those funds and they are not involved in the operation of Entropic.

10.     After a thorough review of Entropic's records, neither I nor any other officer of Entropic has any further knowledge regarding the identities of any individual or institutional investors in those private investment funds. Also, neither I nor any Entropic officer knows the identity of any subsidiary of Fortress.

2

**RECYCLED PAPER**

**DECLARATION OF BORIS TEKSLER**

1        I declare under penalty of perjury of the laws of the United States of America that

2    the foregoing is true and correct. Executed on June 6, 2023.

3

4                       By:_____

5                           Boris Teksler

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RECYCLED PAPER**

**DECLARATION OF BORIS TEKSLER**