| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | Christina.goodrich@klgates.com |
|   | K&L Gates LLP |
| 3 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 4 | Los Angeles, CA  90067 |
|   | Telephone: +1 310 552 5000 |
| 5 | Facsimile: +1 310 552 5001 |
| 6 | |
|   | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 7 | |
|   | [Additional Counsel Listed on Page 2] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ENTROPIC COMMUNICATIONS, LLC, | CASE NO. 2:22-CV-07775-JWH-JEM |
| 12 | | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |
| 13 | Plaintiff, | |
| 14 | v. | **JOINT REPORT REGARDING THE PARTIES TECHNICAL TUTORIAL PRESENTATION** |
| 15 | DIRECTV, LLC and AT&T SERVICES, INC., | |
| 16 | Defendants. | Opening Claim Construction Briefs: Friday, May 12, 2023 |
| 17 | | Responsive Claim Construction Briefs: Friday, June 9, 2023 |
| 18 | | |
| 19 | | Technical Tutorial Presentation Tuesday, June 27, 2023 at 1:00 p.m. |
| 20 | | Claim Construction Hearing: Tuesday, July 11, 2023 at 10:00 a.m. |
| 21 | | |
| 22 | ENTROPIC COMMUNICATIONS, LLC, | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

| | |
|---|---|
| 1 | JASON C. LO, SBN 219030 |
| 2 | jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue, Suite 5400<br>Los Angeles, CA  90071-3197 |
| 4 | Telephone:  213.229.7000<br>Facsimile:   213.229.7520 |
| 5 | |
| 6 | Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc. |
| 7 | Matthew C. Bernstein, Bar No. 199240 |
| 8 | MBernstein@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 10 | Telephone:  +1.858.720.5700<br>Facsimile:   +1.858.720.5799 |
| 11 | |
| 12 | Attorneys for Defendants DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., |
| 13 | [*Additional counsel listed on signature page*] |

Pursuant to the minute order from the Court regarding the Technical Tutorial (ECF No. 224), Plaintiff Entropic Communications, LLC, ("Plaintiff" or "Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc. (collectively, "DTV"), and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") (inclusively, "Defendants") hereby submit this Joint Report apprising the Court of the nature of the parties' presentation at the Technology Tutorial regarding U.S. Patent Nos. 7,130,576 ("the '576 Patent"); 7,542,715 ("the '715 Patent"); and 8,792,008 ("the '008 Patent").

A.  **Identity of the Presenters**

Entropic:
- James Shimota (Lead Counsel for Entropic)
- Jason Engel (Counsel for Entropic)
- Dr. Robert Akl (Expert for Entropic)

Defendants:
- Matthew Bernstein (Lead Counsel for DISH Defendants)
- Trevor Bervik (Counsel for DISH Defendants)
- Dr. Paul Steffes (Expert for DISH Defendants)
- Jason Lo (Lead Counsel for DTV Defendants)

B.  **Media to be used for the Presentation**

Entropic:
- Audio/Visual aids on computer via PowerPoint.
- May have printed poster boards.

Defendants:
- Audio/Visual aids on computer via PowerPoint.
- May have printed poster boards.

**C.  Identification of any scientific treatises, papers, or other non-legal authorities the parties will rely on during the presentation**

<u>Entropic:</u>

- Dictionary definitions cited in the parties' Opening and Response Claim Construction Briefs.

<u>Defendants</u>

- Dictionary definitions cited in the parties' Opening and Response Claim Construction Briefs.

**D.  Order of the Presentation**

<u>Entropic:</u>

Entropic to present first on the '008 Patent, then Defendants will each present on the '008 Patent. After that, Entropic will present on the '576 and '715 Patents, and then Defendants will each present on the '576 and '715 Patents.

<u>Defendants:</u>

Defendants to present first on the '008 Patent, then Entropic will present on the '008 Patent. After that, Defendants will present on the '576 and '715 Patents, and then Entropic will present on the '576 and '715 Patents.

| | | | |
|---|---|---|---|
| Dated: June 9, 2023 | | By: | */s/ Christina N. Goodrich* |

                                                        Christina N. Goodrich (SBN 261722)
                                                        **K&L GATES LLP**
                                                        10100 Santa Monica Blvd., 8th Fl.
                                                        Los Angeles, CA 90067
                                                        Tel: (310) 552-5547
                                                        Fax: (310) 552-5001
                                                        Email: christina.goodrich@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

|   |   |   |
|---|---|---|
| | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

Dated:  June 9, 2023            GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Jason C. Lo
      Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
   bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
   ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
   ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

**Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.**

| | | |
|---|---|---|
| 1 | Dated: June 9, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Matthew C. Bernstein* |
| 4 | | Matthew C. Bernstein, Bar No. 199240 |
| | | MBernstein@perkinscoie.com |
| 5 | | PERKINS COIE LLP |
| | | 11452 El Camino Real, Ste 300 |
| 6 | | San Diego, California 92130-2080 |
| | | Telephone: +1.858.720.5700 |
| 7 | | Facsimile: +1.858.720.5799 |

Dated: June 9, 2023          **PERKINS COIE LLP**

By: */s/ Matthew C. Bernstein*
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Adam G. Hester, Wisconsin 1128794
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
Tel: +1.650.838.4311
Facsimile: +1.650.838.4350

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

# **CERTIFICATE OF SERVICE**

I, Christina N. Goodrich, an attorney, hereby certify that the foregoing document was filed electronically on June 9, 2023 and has been served to all counsel who have consented to electronic service.

By: */s/ Christina N. Goodrich*

Attorney for Plaintiff Entropic Communications, LLC