# EXHIBIT Q

                                                        Page 1

 1                  UNITED STATES DISTRICT COURT
 2                  CENTRAL DISTRICT OF CALIFORNIA
 3
 4    ENTROPIC COMMUNICATIONS,      No. 2:22-cv-07775-JWH-JEM
      LLC,
 5
            Plaintiff,
 6
      vs.
 7
      DIRECTV, LLC, and AT&T
 8    SERVICES, INC.,
 9          Defendants.
      _____/
10    ENTROPIC COMMUNICATIONS,      No. 2:22-cv-07959-JWH-JEM
      LLC,
11
            Plaintiff,
12
      vs.
13
      DISH NETWORK CORPORATION;
14    DISH NETWORK LLC; and DISH
      NETWORK SERVICE, LLC,
15
            Defendants.
16    _____/
17             REMOTE VIDEOTAPED DEPOSITION OF
18                 PAUL G. STEFFES, Ph.D.
19
20       Taken before KIMBERLEY RICHARDSON, RPR, CCRR
21               OREGON CSR No. 15-0438
                 CALIFORNIA CSR NO. 5915
22               WASHINGTON CSR No. 3365
23                  April 18, 2023
24
25

Page 2

1                              I N D E X

2                                                    PAGE

3    EXAMINATION BY MR. ENGEL                           7

4    EXAMINATION BY MR. KEESE                         129

5

6

7

8

9

10                       E X H I B I T S

11   PLAINTIFF'S                                     PAGE

12   Exhibit 1      Expert Declaration of Dr.          5
                    Paul G. Steffes Regarding
13                  Claim Construction

14   Exhibit 2      Patent No. US 7,130,576 B1         5

15   Exhibit 3      Patent No. US 7,542,715 B1         5

16   Exhibit 4      Patent No. US 8,792,008 B2         5

17   Exhibit 5      Declaration of Dan Schonfeld,     96
                    Ph.D.

18

19   Exhibit 6      Replacement Statement For the    125
                    Request For Reexamination of
20                  U.S. Patent No. 7,130,576

21

22

23

24

25

```
                                              Page 3
 1            DEPOSITION OF PAUL G. STEFFES, Ph.D.
 2
 3       BE IT REMEMBERED, that pursuant to Notice, and on
 4   the 18th day of April 2023, commencing at the hour of
 5   9:38 a.m., before me, KIMBERLEY RICHARDSON, a Certified
 6   Shorthand Reporter, remotely appeared PAUL G. STEFFES,
 7   Ph.D., produced as a witness in said action, and being
 8   by me first duly sworn, was thereupon examined as a
 9   witness in said cause.
10
11                         ---o0o---
12
13   APPEARANCES:
14   For the Plaintiff:
15            JASON ENGEL
              K & L Gates
16            70 West Madison Street, Suite 3300
              Chicago, Illinois 60602
17            312-807-4236
              jason.engel@klgates.com
18
19            ELIZABETH WEISKOPF
              K & L Gates.
20            925 Fourth Avenue, Suite 2900
              Seattle, Washington 98104
21            206-370-7964
              elizabeth.weiskopf@klgates.com
22
23
24
25
```

```
                                          Page 4
 1   For the Defendants Dish Network Corporation; Dish, LLC;

     and Dish Network Service:
 2
             DANIEL KEESE
 3           Perkins Coie, LLP
             1120 NW Couch Street
 4           Portland, Oregon 97209.
             206-359-8888
 5           dkeese@perkinscoie.com
 6

 7

 8
     ALSO PRESENT:   RICK MAJEWSKI, videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 93

1      Q.   Is MPEG video a type of video that can be

2  encoded and decoded?

3      A.   It can.

4      Q.   Can you look at claim 9 of the '715

5  patent.                                              01:42PM

6          So in claim 9, the decoding functionality

7  is something that the gateway does; correct?

8      A.   That is correct.

9      Q.   Okay.  And it specifically says "The

10  gateway receives the composite signal, decodes      01:42PM

11  specific programs, and distributes the programs

12  over a digital local area network."

13          Do you see that language?

14      A.   Yes.

15      Q.   I don't know if you offer an opinion on     01:43PM

16  this or not, but do you understand that the

17  antecedent basis for the program is the specific

18  programs previous to that?

19      A.   You're saying the specific programs in the

20  claim limitation?  Those words "specific programs   01:43PM

21  in the claim limitation"?

22      Q.   Yes.  I understand you take issue as to

23  specific programs as to what that means.

24      A.   Yes.

25      Q.   Do you agree whatever those are, those are  01:43PM

Page 94

1    the programs that are distributed over the LAN?

2         A.  Well, they don't need to be.  I mean, you

3    could decode a whole bunch of them and then based

4    on the specific ones that you want to provide them

5    to the LAN.  You could go ahead and simply decode      01:44PM

6    everything or decode some group that you might

7    think might be popular among your user base and

8    then provide the ones that are requested.

9         So decoding specific programs does not

10   necessarily mean that they're going to show up on      01:44PM

11   the LAN.

12        Q.  Okay.  Let's look at the language

13   "distributes the programs over digital local area

14   network."

15        Do you see that?                                   01:44PM

16        A.  Yes.

17        Q.  And in front of "programs" is the word

18   "the"; correct?

19        A.  That's correct.

20        Q.  So it's not the word "a"; correct?            01:45PM

21        A.  That's correct.

22        Q.  And so based on your understanding of

23   antecedent basis, there should be an antecedent

24   basis for the word "programs" preceding "the

25   programs"; right?                                       01:45PM

Page 95

1          A.   There's an antecedent basis if specific

2     programs are identified.

3          Q.   Let me ask it differently.

4               Does the word "programs" appear anywhere

5     in claim 9 before the "programs" at the end of the    01:45PM

6     claim.

7          A.   Yes, it does.  In the previous sentence.

8          Q.   The specific programs?

9          A.   Right, decode specific programs.

10         Q.   So that word "programs," the first time it  01:46PM

11    shows up is there, and the second time it shows up

12    is distributes the programs; correct?

13         A.   Correct.

14         Q.   So is it your understanding that the

15    programs is referring to the specific programs       01:46PM

16    that are decoded just previous to that element?

17         A.   I'm not -- I'm not sure.  It doesn't

18    necessarily mean to me, but, again, I am not an

19    expert in the law, that all the programs that are

20    decoded must be simultaneously delivered.            01:47PM

21         Q.   I don't know if they need to be

22    simultaneously delivered, but I'm just asking if

23    you agree that the programs, whatever they are,

24    that are decoded by the gateway are the same ones

25    that are distributed over the LAN.  Is that your     01:47PM

Page 96

1    understanding of claim 9?

2         A.  Yes, it is.

3         Q.  Okay.  So, if I understand, your primary

4    concern with decode specific programs is you

5    cannot tell whether those specific programs are        01:48PM

6    part of the composite signal or not; is that

7    accurate?

8              MR. KEESE:  Objection to the extent it

9    mischaracterizes the document.

10             THE WITNESS:  That's correct.              01:48PM

11             MR. ENGEL:  Okay.

12             (Plaintiff's Exhibit No. 5 marked for

13             Identification.)

14   BY MR. ENGEL:

15        Q.  I've handed you what's been marked as        01:49PM

16   Exhibit 5.  And are you familiar with this

17   exhibit?

18        A.  Yes, I am.

19        Q.  And this is Dr. Schonfeld's declaration

20   for the IPR concerning the '715 patent; correct?      01:49PM

21        A.  That is correct.

22        Q.  Can you turn to paragraph 81 of Dr.

23   Schonfeld's declaration.  It is at page 52 of the

24   declaration.

25             And for the record, this is the            01:50PM

Page 97

1    declaration of Dr. Dan Schonfeld for IPR

2    2023-00392.  It's an IPR of the U.S. Patent No.

3    7542715 and preceding a Dish Exhibit 1002.  In

4    this proceeding, it is Exhibit 5 to Dr. Steffes'

5    declaration -- or deposition, excuse me.          01:50PM

6            So are you at paragraph 81?

7       A.  I am.

8       Q.  And so here Dr. Schonfeld is talking about

9    the '715 patent; correct?

10      A.  That's correct.                             01:50PM

11      Q.  And specifically at the bottom of

12   paragraph 81, he talks about the gateway can be

13   more advanced and capable of both decoding

14   specific programs and distributing those programs

15   over a digital local area network to the plurality 01:51PM

16   of set top boxes as shown in figure 11?

17      A.  That's correct.

18      Q.  So this is consistent with what we just

19   discussed, the programs that are decoded, whatever

20   they are, those are the ones that are distributed  01:51PM

21   over the local area network according to claim 9?

22           MR. KEESE:  Objection.  Mischaracterizes

23   the document.

24           THE WITNESS:  Yes, that appears to be the

25   case.                                              01:52PM

Page 98

```
 1    BY MR. ENGEL:
 2        Q.  So please read over paragraph 81 to
 3    yourself and, you know, look at figure 11 on page
 4    52 of Exhibit 5.  I'm going to go to a later
 5    paragraph, and I just want you to have this        01:52PM
 6    context before we go there.
 7        A.  Okay.
 8        Q.  And if we can go to paragraph 136 of Dr.
 9    Schonfeld's declaration.  That appears at page 91
10    of Exhibit 5.                                       01:53PM
11          Are you there?
12        A.  I am.
13        Q.  Okay.  And this paragraph 136 appears
14    under what Dr. Schonfeld has called element 9[g],
15    and this is the element that says "and the gateway 01:54PM
16    receives the composite signal, decodes specific
17    programs, and distributes the programs over a
18    digital local area network (LAN) to STBs"; right?
19        A.  Yes.
20        Q.  And this is the phrase where the decode    01:54PM
21    specific program shows up in the claim 9?
22        A.  That's correct.
23        Q.  And if you could read 136 to yourself, I
24    have some questions about it.
25          MR. KEESE:  I'm going to object to this      01:54PM
```

```
                                                    Page 99
 1    entire line as beyond the scope.
 2              THE WITNESS:  So I've read 136, but it's
 3    hard to put into context without the Fisk patent
 4    in front of me.  I have not reviewed the Fisk
 5    patent.                                         01:56PM
 6    BY MR. ENGEL:
 7         Q.  But you reviewed this declaration; right?
 8         A.  I did.
 9         Q.  Why?
10         A.  Excuse me?                             01:56PM
11         Q.  Why?
12         A.  To gain information about the structure of
13    the claims that were asserted and about the nature
14    of the -- the nature of the claims themselves.
15         Q.  Do you have an understanding from reading  01:56PM
16    paragraph 136 that Dr. Schonfeld is saying that
17    the composite signal includes selected satellite
18    television programs?
19         A.  Can you ask that question again?
20         Q.  Sure.  Do you understand Dr. Schonfeld to   01:57PM
21    be saying in this paragraph that the -- what he
22    calls the gateway receives selected satellite
23    television programs as part of the composite
24    signal?
25         A.  Yes, selected television programs are    01:58PM
```

Page 100

```
 1   contained within the composite signal.
 2       Q.  Okay.  And then in paragraph 137, isn't
 3   Dr. Schonfeld saying that those received satellite
 4   television programs are the programs that are
 5   decoded and contained in the composite signal?    01:58PM
 6       A.  You're referring to paragraph 137; right?
 7       Q.  I think 137 is a continuation of 136, yes.
 8   It contains the relevant part of my question.
 9       A.  Okay.  Can you repeat the question?
10       Q.  Sure.  I think if you take 136 and 137    01:59PM
11   together, my understanding is that Dr. Schonfeld
12   is saying that the specific programs that are
13   decoded are programs that are contained in the
14   composite signal received at the gateway.
15          Do you agree or disagree with that?    01:59PM
16          MR. KEESE:  Objection.  Vague and
17   ambiguous.
18          THE WITNESS:  They are contained within
19   the composite signal, yes.  I believe I've already
20   answered that.                                   01:59PM
21   BY MR. ENGEL:
22       Q.  Okay.  But isn't that one of your issues
23   with the '715 patent itself is you can't tell if
24   the programs that are decoded are part of the
25   composite signal or not?                         02:00PM
```

Page 101

1        A.  They're not identified as such.

2        Q.  Well, isn't that the way that Dr.

3   Schonfeld is reading this claim limitation?

4        A.  I think he's assuming that the information

5   regarding the selection of the programs has been     02:00PM

6   provided.  So that's an assumption he's making.

7        Q.  What do you mean by the selection has been

8   provided?

9        A.  The selected -- rather the specific

10  programs are identified as being described in the    02:01PM

11  Fisk patent.  I don't see that specific

12  information being provided in the '715 patent.

13       Q.  Let me ask it a different way.

14           A composite signal can be a signal made up

15  of multiple transponder channels, for example?       02:02PM

16       A.  The composite signal contains the

17  transponder, right, the multiple -- the signals

18  contained within multiple transponder channels.

19       Q.  Okay.

20       A.  As we discussed earlier.                     02:02PM

21       Q.  So an example of the composite signal

22  could be ten transponder channels, and each of

23  those transponder channels could contain one

24  signal; correct?

25       A.  It could.                                    02:03PM

Page 102

1      Q.  And I could decide to decode two of those

2   channels to obtain the information contained in

3   the signal within those two channels, and that

4   would be decoding two programs effectively; right?

5      A.  That would be decoding two channels,        02:03PM

6   that's correct, or two programs.

7      Q.  Alternatively I could decode all ten of

8   those channels to recover the program; correct?

9      A.  Yes.

10     Q.  So why isn't either of those situations      02:03PM

11  the most reasonable interpretation of claim 9?

12     A.  If we make an assumption that information

13  about the desired programs or the specific

14  programs are provided in some way.  And there's

15  no -- there's no pathway for that in this claim.    02:04PM

16     Q.  There's no pathway or it's not

17  specifically spelled out?

18     A.  It's not spelled out.

19     Q.  Okay.  Because there is a pathway; right?

20  The set top boxes are connected to the gateway by   02:04PM

21  a local area network?

22     A.  Yes, but it's not spelled out.

23     Q.  And local area network means communication

24  can take place between the devices on the network?

25     A.  Yes, but as described here, it's mainly a    02:04PM

Page 103

1    one-way path from here.

2         Q.   When you say "described here," do you mean

3    in claim 9 or in the patent as a whole?

4         A.   In claim 9, the only reference to LAN,

5    local area network, is to deliver or to distribute   02:05PM

6    the programs rather than to receive transmissions

7    from the individual set top boxes or IRDs.

8         Q.   Well, doesn't it say the first element to

9    gateway and communication was to decode view and

10   at least one set top box?                            02:06PM

11        A.   Yes, it does.

12        Q.   Does that imply one-way or two-way

13   communication?

14        A.   It implies two way but not necessarily for

15   the LAN.                                             02:06PM

16        Q.   Okay.  But that could be a separate

17   mechanism for the set top box to communicate

18   information to the gateway; correct?

19        A.   Yes.

20        Q.   But you're requiring the claim to spell   02:07PM

21   out why the gateway decoded specific programs and

22   where it obtained information to decode those

23   programs from?

24        A.   Yes.

25        Q.   Why?                                       02:07PM

Page 104

1          A.   It's not stated in the claim.

2          Q.   So is it your requirement that a claim has

3     to state every possible configuration of how to

4     implement the claim?

5          A.   No, but at least give an example.          02:08PM

6          Q.   So a person of ordinary skill in the art

7     would not understand that the communication to the

8     gateway of specific programs to be decoded could

9     come from the set top box?

10         A.   That's one possibility, but it's not        02:08PM

11    specific.  It could be coming from another --

12    another basis, another reference of what channels

13    had been paid for by the consumer.

14         Q.   Any other basis?

15         A.   Quality of service.                          02:09PM

16              MR. ENGEL:  Why don't we take a quick

17    break.

18              THE WITNESS:  Sure.

19              THE VIDEOGRAPHER:  The time is 2:09 p.m.,

20    and we're off the record.                              02:09PM

21                   (Brief recess taken.)

22              THE VIDEOGRAPHER:  The time is 2:26 p.m.,

23    and we are back on the record.

24    BY MR. ENGEL:

25         Q.   Dr. Steffes, in the '715 patent, Exhibit    02:25PM

Page 105

1    3, is it your understanding that figure 11 and the

2    text discussing figure 11 includes the embodiment

3    of claim 9?

4         A.  I'm not certain because it does not appear

5    to involve a frequency translator.              02:28PM

6         Q.  Well, wouldn't the frequency translator

7    potentially be part of the outdoor unit that is

8    shown in figure 11?

9         A.  Certainly the low noise block converter

10   involves frequency translation, but the statement   02:28PM

11   in claim 9 -- or rather claim 9 -- it refers to

12   LNB separately from claim 9, and then the

13   following limitation it says a frequency

14   translator coupled to the signal selector that is

15   capable of shifting the selected transponder         02:29PM

16   signals.

17          I cannot say and to me there is some

18   uncertainty as to whether or not 12 meets all of

19   the implementation requirements indicated in

20   figure 9 -- rather than in claim 9.              02:29PM

21        Q.  Whether figure 11 meets all of the

22   limitations of claim 9?

23        A.  Yes, figure 11.

24        Q.  Well, let's look at -- let's look at claim

25   9 for a second here.                             02:29PM

Page 114

1       Q.  At what point in time would it have been

2    fast enough to implement this invention?

3       A.  I would think around 2006 or '-7, about

4    the time the -- it would be about the time that

5    the ieee 802.11 A, as in alpha, standard became      02:46PM

6    widely available in hardware.

7       Q.  And 802 -- ieee 802.11 is the wifi

8    standard?

9       A.  There are a whole number of 802.11

10   standards, and the first one that received wide      02:47PM

11   acceptance was the B format, B as in bravo, but

12   that could not support these sorts of data rates

13   necessarily for delivery of video, so we went --

14   there was an 802.11 A which was implemented later

15   than B, in the vast majority, and that had much      02:47PM

16   more data capacity that would be compatible with

17   video.

18          Since, of course, life has changed, and

19   802.11 G, as in golf, provides a much higher data

20   rate for the wireless LANs.                          02:47PM

21      Q.  And the 802.11-A standard was adopted in

22   '99?

23      A.  The standard was, but it was not readily

24   available for quite a while and was considered --

25   it was not readily available most -- it was only    02:48PM

Page 115

1    supported by a limited number of wireless cards.

2         Q.  When the standard was adopted, there would

3    have been the availability to make an 802.11 A

4    capable system?

5         A.  It would have been prototypical since the   02:48PM

6    standards were usually created before hardware was

7    developed to implement them.

8         Q.  Turning back to -- one other question

9    about Dr. Schonfeld's declaration, Exhibit 5.

10   Specifically paragraph 137 we were looking at        02:49PM

11   earlier.

12        A.  Yes.

13        Q.  And Dr. Schonfeld gives examples of what

14   he believed -- believes decode can refer to; is

15   that correct?                                        02:49PM

16        A.  That's correct.

17        Q.  And like you, he says decode is a broad

18   term; correct?

19        A.  That is correct.

20        Q.  And are the examples that he gives:         02:49PM

21   descrambling, demodulating and demultiplexing, are

22   those consistent of examples of decoding that you

23   provided in your declaration?

24        A.  Yes.

25        Q.  Are there any other standard decoding       02:50PM

Page 116

1    techniques you can think of other than those three

2    that both of you have cited to that are relevant

3    to satellite communications?

4         A.  Yes, there are others such as -- there are

5    other related functions.  I was thinking              02:50PM

6    specifically of quality of service measurement

7    that is very often implemented in a decoder.

8         Q.  All right.  We can move on to the '008

9    patent.

10            And referring back to Exhibit 1, if we       02:51PM

11   could go to paragraph 91.

12            And I guess let's start at paragraph 90.

13   This is the beginning of your substantive opinion

14   on the claim term for the '008 which is in dispute

15   which is a source of said received signal?           02:51PM

16        A.  That's correct.

17        Q.  And specifically you agree with Dish's

18   construction that the equipment, for example, a

19   cable headend or satellite transmitter, that

20   transmitted the received signal is the source of    02:51PM

21   said received signal?

22        A.  That's correct.

23        Q.  What definition of signal are you applying

24   for your opinion?

25        A.  I'm applying the same definition that is    02:52PM

Page 117

```
 1   used in the patent which is -- in this case I'm

 2   using "signal" as being the radiofrequency signal

 3   that is received by the -- either the satellite

 4   dish which is shown as one possible source or the

 5   radiofrequency signal that is propagated through      02:54PM

 6   the cable system that is also shown as a source of

 7   video or source of programs.

 8        Q.  And radiofrequency signal is also

 9   sometimes referred to as RF signal; is that fair?

10        A.  That is correct.                             02:54PM

11        Q.  What is your understanding of what an

12   radiofrequency signal or an RF signal is?

13        A.  It's a signal that functions in a spectral

14   range between tens of kilohertz up to -- up one

15   terahertz, and it is a signal that contains          02:54PM

16   information that has been modulated -- modulated

17   upon a carrier.

18        Q.  So that's a term that should be well

19   understood to a person of skill in the art reading

20   this patent, for example?                            02:55PM

21        A.  Yes.

22        Q.  So going back to your opinion, I think

23   that a cable headend is understood in view of the

24   '008 patent, but I guess what I wasn't sure was

25   what's a satellite transmitter?                      02:55PM
```

Page 118

1      A.   A satellite transmitter is a transmitter

2   which carries information to or from a satellite.

3      Q.   Where would a satellite transmitter be

4   located?

5      A.   The uplink transmitter is located on the     02:56PM

6   ground which is feeding information to the

7   satellite transponder.

8           The downlink satellite transmitter is

9   aboard the spacecraft and transmits energy to the

10  ground.                                              02:56PM

11     Q.   Okay.  So when you are requiring satellite

12  transmitter to be the source, are you saying it

13  could be the earth transmitter or the one in space

14  or both?

15     A.   It could be both.                            02:56PM

16     Q.   Or either, I guess.

17     A.   Either, yes.

18     Q.   I think you used the phrase "satellite

19  headend."

20     A.   Yes.                                         02:57PM

21     Q.   And in that instance is the satellite

22  headend located at the earth uplink or the space

23  transmitter or both?

24     A.   Both.

25     Q.   So you could call either of those the       02:57PM

Page 119

1    satellite headend?

2          A.   They are both parts of it, yes.

3          Q.   Do you know in the time period this patent

4    was filed, September 2011, did commercial

5    satellite television dishes have uplink            02:58PM

6    capabilities?

7          A.   At the time there were a limited number

8    that did, but the majority did not.

9          Q.   Typically when you had a satellite

10   Internet; right?                                    02:58PM

11         A.   Right.

12         Q.   So with satellite television, there

13   wouldn't be necessarily requirement to have an

14   uplink capability?

15         A.   That's right.                            02:58PM

16         Q.   All right.  In the '008 patent, do you

17   recall the mechanism or the structure by which the

18   customer premises equipment communicates back to

19   the headend?

20              MR. KEESE:  Objection.  Vague and        02:59PM

21   ambiguous.

22              MR. ENGEL:  I can direct you to a specific

23   spot if that would help.  Look at figure 1 A in

24   column 2, line 60 to 67 of the '008 patent.

25              THE WITNESS:  Yes, they mention a wide    02:59PM

Page 120

1   area network as being a possible way.

2   BY MR. ENGEL:

3        Q.  So in figure 1, for example, the -- what

4   it's calling gateways 120 A and B can send network

5   messages to the cable headend via the WAN or wide      03:00PM

6   area network 118; right?

7        A.  Yes.  Yes, that's true.

8        Q.  And does the satellite embodiment also

9   include a WAN?

10       A.  Certainly it can.                              03:00PM

11       Q.  Doesn't figure 1 include a wider area

12   network or WAN 192?

13       A.  Yes, it does.

14       Q.  And specifically at column 5, line 6 to

15   11, it talks about the gateway 196 receiving data      03:01PM

16   from the satellite dish assembly 174 via cables

17   184, so that would be receiving information from a

18   satellite transmitter through the satellite dish.

19       A.  Yes.

20       Q.  And it goes on to say "The gateway may         03:01PM

21   transmit data onto and receive data from the WAN

22   192 via broadband connection 188"; correct?

23       A.  Correct.

24       Q.  And so is that a mechanism by which the

25   satellite embodiment can communicate information       03:01PM

Page 121

1   back to a satellite transmitter via the WAN?

2        A.  Yes.

3        Q.  Do you understand one example of a WAN

4   giving a broadband connection to be the Internet?

5        A.  It certainly can be.  Yes, it certainly   03:02PM

6   can be.

7        Q.  The Internet is a wide area network?

8        A.  Absolutely.

9            MR. ENGEL:  I'm close to done.

10           MR. KEESE:  Do you want to take a          03:02PM

11   ten-minute break and collect everything?

12           MR. ENGEL:  Yes.

13           THE VIDEOGRAPHER:  The time is 3:03 p.m.,

14   and we are off the record.

15               (Brief recess taken.)                  03:02PM

16           THE VIDEOGRAPHER:  The time is 3:26 p.m.,

17   and we are back on the record.

18   BY MR. ENGEL:

19       Q.  All right, before the break, we were

20   talking about the '008 patent, and I wanted to     03:25PM

21   circle back to that.

22           You know, the -- one of the examples you

23   gave for the construction of source was the cable

24   headend; correct?

25       A.  That's correct.                            03:26PM

1      Q.  And the cable headend as depicted in

2  figure 1 A of the '08 patent there is a dashed box

3  to show what they consider to be the headend?

4      A.  That's correct.

5      Q.  Included in that is various equipment such 03:26PM

6  as the CMGS 114?

7      A.  That's correct.

8      Q.  The cable headend is the location that's

9  under the control of a cable operator typically?

10     A.  Typically it is, yes.  It's typically        03:26PM

11  under the control of either the cable operator or

12  if it's a large building the landlord, that sort

13  of thing.

14     Q.  Okay.  But one way this would work a cable

15  operator would lease out a place and install        03:27PM

16  equipment to create their headend for a certain

17  geographical location?

18     A.  That's correct.

19     Q.  And in a satellite context, the equivalent

20  to a satellite headend is essentially the           03:27PM

21  earth-based uplink center?

22     A.   It can be.  But some of the satellite

23  headends use multiple earth-based uplink

24  transmitters, and in that case they refer to it as

25  the headend in the sky, so the headend is up on     03:27PM

Page 123

1    the spacecraft.  The pathway is from ground-based

2    transmitters.

3         Q.  I mean in the cable context, there's not

4    one headend for a cable company particularly.

5    There is multiple headends to serve different        03:28PM

6    geographic regions; right?

7         A.  That's correct.

8         Q.  In the satellite context, it sounds like

9    you could have multiple earth-based headends as

10   well.                                                 03:28PM

11        A.  That's correct.

12        Q.  Okay.  And the satellite headend or uplink

13   center, that includes equipment operated by the

14   satellite operator?

15        A.  Yes.                                         03:28PM

16        Q.  And that location you would consider to be

17   controlled by the satellite operator?

18        A.  Yes.

19        Q.  When you were opining on the '08 patent,

20   going back to figure 3, you know we discussed that   03:28PM

21   there is a broadband connection 188?  Do you see

22   that?

23        A.  Figure 3.

24        Q.  I'm sorry, figure 1 C.  The third figure

25   of the patent, figure 1 C.                            03:29PM

Page 125

1       A.   That's very common, yes.

2       Q.   And that's similar to the example you used

3    earlier with Georgia Tech when you implemented

4    that cable network, that was Georgia Tech's

5    network; right?                                    03:31PM

6       A.   That's correct.

7            MR. ENGEL:  I'm going to mark one more

8    exhibit.

9            (Plaintiff's Exhibit No. 6 marked for

10           Identification.)                           03:32PM

11   BY MR. ENGEL:

12      Q.   I will represent to you Exhibit 6 is part

13   of the file history from the '576 re-exam.  If you

14   want me to get you a copy of the entire file

15   history, I will.  It was quite large, so I didn't  03:32PM

16   want to reprint the whole thing.

17           Exhibit 6 is the replacement statement for

18   the request for reexamination of the '576 patent;

19   correct?

20      A.   Yes.                                       03:32PM

21      Q.   And this was filed by RF Magic, Inc.;

22   correct?

23      A.   That's correct.

24      Q.   That's a -- do you know if at the time

25   that was a different company than Entropic?        03:32PM

Page 126

```
1        A.  I'm not certain about that at this date.
2   I'm not certain whether there were acquisitions
3   and there were two versions of Entropic, so I'm
4   not exactly sure what the status was when this was
5   filed.                                        03:33PM
6        Q.  Perfectly fine.
7            So I did want to turn your attention to
8   page 10.  And specifically under the heading Roman
9   numeral V and section A there it says "The
10  published '576 Patent is directed to a satellite   03:33PM
11  receiving system where transponder signals
12  (sometimes referred to as transponder channels)
13  from a broadband satellite signal are selected and
14  combined."
15           Do you see that?                      03:33PM
16       A.  Yes, I see that statement.
17       Q.  Did you consider this statement by RF
18  Magic that transponder signals are sometimes
19  referred to transponder channels at all during the
20  formation of your opinions in this case?        03:33PM
21       A.  I did not.
22       Q.  Why not?
23       A.  Because my experience shows me that
24  signals and channels are not identical.  After 40
25  years of teaching in this field, signals and     03:34PM
```

Page 127

1    channels are not identical.

2         Q.  Are they related at all?

3         A.  Well, as I mentioned extensively, the

4    channel can contain multiple signals, and the

5    channel may also involve, you know, effects of        03:34PM

6    noise, of all sorts of different and physical

7    effects that affect its performance, the structure

8    of antennas, whatever.

9              So the channel is a physical layer.  The

10   transponder signals are, in fact, information that    03:35PM

11   have been modulated onto a radiofrequency carrier

12   and therefore provides transmission of the

13   information but does not reflect the physical

14   nature of the channel.

15        Q.  But those are set at -- sent at physical      03:35PM

16   layer channels; the transponder signals are sent

17   at physical layer channels?

18        A.  They are sent through physical layer

19   channels, yes, exactly right.

20        Q.  But the opposite is not true -- I guess,      03:35PM

21   strike that.

22             A channel can exist without a signal on

23   it; right?

24        A.  That is correct.

25        Q.  Now, did you consider for the '08 patent      03:35PM

                                                    Page 128

1    whether the source of the received signal could be

2    the cable operator or the satellite operator?

3         A.   Yes.

4         Q.   And do you think it could be?

5         A.   The source could be either, yes.        03:36PM

6              MR. ENGEL:  Let me just confer with

7    counsel.  I think we're almost done.

8              (Discussion held off the record.)

9    BY MR. ENGEL:

10        Q.   One last question.  We are still on.      03:37PM

11             So are you planning to or have you been

12   asked to do a tech tutorial for this case?

13        A.   I have.

14        Q.   And at this point do you know if it's

15   going to contain information that's not already in  03:37PM

16   your declaration?

17        A.   At this point I think it will contain

18   mostly that information in my declaration.  There

19   will probably, since it is tutorial for the judge,

20   it will probably contain some additional            03:37PM

21   information, but it will be largely based on this

22   report -- or on this declaration, I should say.

23             MR. ENGEL:  I have no further questions

24   for this witness at this time.

25             MR. KEESE:  I only have a couple.         03:38PM

Page 129

1   EXAMINATION BY MR. KEESE:

2       Q.  Dr. Steffes, do you recall when counsel

3   asked you about paragraph 47 of your declaration?

4       A.  Yes, I do.

5       Q.  And specifically when counsel asked you      03:38PM

6   about whether a local area network would be a wire

7   connection.

8           Do you recall that?

9       A.  I do.

10      Q.  And do you recall when counsel asked you      03:38PM

11  about the '715 patent and whether -- sorry, the

12  '715 patent at column 9?

13      A.  Yes, I do.

14      Q.  My question is in 2001 or 2002 would it

15  have been common to specify that a network was a      03:39PM

16  wireless LAN if you were talking about anything

17  other than a wired local area network?

18          MR. ENGEL:  Objection.  Leading.

19          THE WITNESS:  A wireless LAN would have

20  been special and would have been identified as      03:39PM

21  such.

22  BY MR. KEESE:

23      Q.  And do you recall when you were asked

24  about figure 11 of the '715 patent, Dr. Steffes?

25      A.  Yes.                                          03:39PM