Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-07775-JWH-JEM <br><br> Case Transferred from E.D. Texas (2:22-cv-75-JRG) <br><br> JURY TRIAL DEMANDED <br><br> **DECLARATION OF KATHERINE ALLOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | |

-1-
DECLARATION OF KATHERINE ALLOR IN SUPPORT OF PLAINTIFF'S RESPONSE
TO DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF

# DECLARATION OF KATHERINE ALLOR

I, Katherine L. Allor, declare:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a Partner with the law of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") in the above-captioned matter. I am submitting this declaration in support of Plaintiff's Response to Defendants' Joint Opening Claim Construction Brief.

2. Attached as Exhibit 10 is a true and correct copy of the transcript of deposition of Dr. Robert Akl, held on April 20, 2023.

3. Attached as Exhibit 11 are true and correct excerpts from the Microsoft Press Computer Dictionary, Third Edition.

4. Attached as Exhibit 12 is a true and correct copy of Apple's "About Your AirPort Card" Manual.

5. Attached as Exhibit 13 are true and correct excerpts from Newton's Telecom Dictionary, 16th Edition.

I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 9th day of June, 2023.

_____
Katherine L. Allor