# EXHIBIT 11



Designed for
Microsoft Windows NT
Windows 95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*



Over **2,300** New Terms
With Online Updates Available Quarterly

# Microsoft Press
# Computer Dictionary
## Third Edition

- Over 7,600 terms and definitions
- 345 illustrations and diagrams
- Extensive Internet and Web coverage
- Featured in Microsoft® Bookshelf® 97

*Microsoft* Press

# Microsoft Press
# Computer Dictionary

Third Edition

**Microsoft** Press

Case 2:22-cv-07775-JWH-KES   Document 253-3   Filed 06/09/23   Page 4 of 5   Page ID #:3133

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

**Wintel** \win-tel´\ *adj.* Of, pertaining to, or characteristic of a computer that uses the Microsoft Windows operating system and an Intel central processing unit (CPU). *See also* Windows.

**wired** \wīrd\ *adj.* **1.** Of, pertaining to, or characteristic of an electronic circuit or hardware grouping in which the configuration is determined by the physical interconnection of the components (as opposed to being programmable in software or alterable by a switch). *See also* hardwired (definition 1). **2.** Knowledgeable about Internet resources, systems, and culture. **3.** Having access to the Internet.

**wire-frame model** \wīr´frām mod`əl\ *n.* In computer graphics applications such as CAD programs, a representation of a three-dimensional object using separate lines that resemble strands of wire joined to create a model. *Compare* solid model, surface modeling.

**wireless** \wīr´ləs\ *adj.* Of, pertaining to, or characteristic of communications that take place without the use of interconnecting wires or cables, such as by radio, microwave, or infrared.

**wireless LAN** \wīr`les lan´, L-A-N´\ *n.* A local area network (LAN) that sends and receives data via radio, infrared optical signaling, or some other technology that does not require a physical connection between individual nodes and the hub. Wireless LANs are often used in office or factory settings where a user must carry a portable computer from place to place.

**wire-pin printer** \wīr´pin prin`-tər\ *n. See* dot-matrix printer.

**wire-wrapped circuits** \wīr´rapd sər`kəts\ *n.* Circuits constructed on perforated boards using wire instead of the metal traces found on printed circuit boards. The stripped ends of insulated wires are wrapped around the long pins of special wire-wrap integrated circuit sockets. Wire-wrapped circuits are generally handmade, one-of-a-kind devices used for prototyping and research in electrical engineering. *Compare* printed circuit board.

**wizard** \wiz´ərd\ *n.* **1.** Someone who is adept at making computers perform their "magic." A wizard is an outstanding and creative programmer or a power user. *Compare* guru, UNIX wizard. **2.** A participant in a multiuser dungeon (MUD) who has permission to control the domain, even to delete other players' characters. *See also* MUD. **3.** An interactive help utility within an application that guides the user through each step of a particular task, such as starting up a word processing document in the correct format for a business letter.

**wizzywig** \wiz´ē-wig`\ *n. See* WYSIWYG.

**.wmf** \dot-W`M-F´\ *n.* A file extension that identifies a vector encoded as a Microsoft Windows Metafile.

**WMF** \W`M-F´\ *n. See* Windows Metafile Format.

**word** \wərd\ *n.* The native unit of storage on a particular machine. A word is the largest amount of data that can be handled by the microprocessor in one operation and is also, as a rule, the width of the main data bus. Word sizes of 16 bits and 32 bits are the most common. *Compare* byte, octet.

**word-addressable processor** \wərd`ə-dres-ə-bl pros´es-ər\ *n.* A processor that cannot access an individual byte of memory but can access a larger unit. In order to perform operations on an individual byte, the processor must read and write memory in the larger unit. *See also* central processing unit.

**word processing** \wərd` pros´es-ēng\ *n.* The act of entering and editing text with a word processor. *Acronym:* WP (W-P´).

**word processor** \wərd` pros´es-ər\ *n.* An application program for creating and manipulating text-based documents. A word processor is the electronic equivalent of paper, pen, typewriter, eraser, and, most likely, dictionary and thesaurus. Depending on the program and the equipment in use, word processors can display documents either in text mode (using highlighting, underlining, or color to represent italics, boldfacing, and other such formatting) or in graphics mode (in which formatting and, sometimes, a variety of fonts appear on the screen as they will on the printed page). All word processors offer at least limited facilities for document formatting, such as font changes, page layout, paragraph indentation, and the like. Some word processors can also check spelling, find synonyms, incorporate graphics created with another program, align mathe-