# EXHIBIT 13

**#1 Best Seller**
**Over 350,000 Sold**

# NEWTON'S TELECOM DICTIONARY

The Official Dictionary of Telecommunications Networking and the Internet

**16th EXPANDED & UPDATED EDITION**

BY HARRY NEWTON

# NEWTON'S TELECOM DICTIONARY

copyright © 2000 Harry Newton
Email: Harry Newton@TechnologyInvestor.com
Personal web site: www.HarryNewton.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published by Telecom Books
An imprint of CMP Media Inc.
12 West 21 Street
New York, NY 10010

ISBN # 1-57820-053-9

Sixteenth Edition, Expanded and Updated, February 2000

For individual orders, and for information on special discounts for quantity orders, please contact:

Telecom Books
6600 Silacci Way
Gilroy, CA 95020
Tel: 800-LIBRARY or 408-848-3854
FAX: 408-848-5784
Email: telecom@rushorder.com

Distributed to the book trade in the U.S. and Canada by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710

Manufactured in the United States of America

# NEWTON's TELECOM DICTIONARY

The Official Dictionary of Telecommunications & the Internet

**16th Updated, Expanded and Much Improved Edition**

:om

d Pan-American Copyright conventions, portions thereof in any form whatsoever.

ruary 2000

ecial discounts for quantity orders,

ada by

ound Separator.
Group Switch Selector.
**runk** Ground Start Trunk. A trunk on which the communications system, after verifying that the trunk is idle (no id on tip), transmits a request for service (puts ground ng) to a telephone company. The other and more common type of trunk is called a Loop Start Trunk.
General Services Administration.
**N** See Global Software Defined Network.
See Generic Services Framework.
**I** GSM originally stood for Groupe Speciale Mobile. But it's known as Global System for Mobile munications. It is the standard digital cellular phone service you will find in Europe, Japan, Australia and elsewhere a total of 85 countries around the world. GSM actually is of ETSI standards specifying the infrastructure for a digital cellular service. ETSI has trademarked ETSI. To ensure operability between countries, these ETSI standards ress much of the network wireless infrastructure, including the radio interface (900 MHz), switching, signaling, and lligent network. An 1,800 MHz version, DCS1800, has n defined to facilitate implementation in some countries, ticularly the UK. Since GSM is limited to technical standards, an association of GSM operators called the morandum of Understanding (MoU) ensures service interoperability, allowing subscribers to roam across networks. M has gained widespread acceptance. As of mid-1999, re were operational GSM networks in 133 countries, with er 170 million customers — more than all the Internet subscribers in the world. GSM accounted for 65 percent of the orld's cellular users.
SM subscriber data is carried on a Subscriber Identity odule (SIM) or "smartcard" which is inserted into the phone get it going. As a result, the subscriber potentially has the otion of either SIM card mobility or terminal mobility across ultiple networks.
here are now four frequency flavors of GSM: 450 MHz upgrade of old NMT systems in Scandinavia), 900 MHz original flavor everywhere except North America and most ountries in South America), 1800 MHz (new flavor everywhere except North and South America — brought in to add capacity and competition), and 1900 MHz (North America and much of South America, i.e. the "PCS" frequencies. IN the United States, the GSM frequencies are 1850-1910 MHz and 1930-1990 MHz.
Here's the technology of GSM: Access method: mixed TDMA & FDMA with optional frequency hopping. Security: Optional radio interface encryption. Carrier frequency division: 200 KHz. Users per carrier frequency: 8. Speech bit rate (transfer rate): full rate (13 kbps) or half rate. Total bit rate: 21 Kbps. Bandwidth per channel: 25 KHz. The audio encoding subset of the GSM standard is best known to computer users because its data compression and decompression techniques are also being user for Web phone communication and encoding .wav and .aiff files.
The best book on GSM is "The GSM System for Mobile Communications" by Michael Mouly and Marie-Bernadette Pautet, both of France. The authors contributed to the development of GSM. See also BSS, which stands for Base Station System. See also SIM Card.
**GSM-900** Global System for Mobile Communications at 900 MHz. A wireless telecommunications term. A GSM (Global System for Mobile Communications) standard for cellular phone systems operating at 900 Megahertz. See GSM.

**GSN** 1. Gigabyte System Network. See HIPPI.
2. Global Subscriber Number. See UIFN.
**GSTN** General Switched Telephone Network. Same as public telephone network.
**GT** 1. Global Title. An address such as customer-dialed digits that does not explicitly contain information that would allow routing in the SS7 signaling network. The GTT translation function is required. See GTT.
2. Gain Transfer.
**GTA** 1. Government Telecommunications Association. An association of local, state and federal telecommunications professionals in Washington, D.C.
2. The former Canadian Government Telecommunications Agency is now called GTIS (pronounced "GEE-tiss", Government Telecommunications and Informatics Service) and is part of the department called PWGSC (Public Works and Government Services Canada).
**GTE** General Telephone and Electronics. A major telecommunications company, whose main business is owning and operating "independent" (i.e. non Bell) local telephone companies. It used to own part of Sprint, the long distance company, but no longer owns any part of it. On July 28, 1999, Bell Atlantic announced that it was buying GTE.
**GTE Sprint** A long distance service once provided by GTE Sprint, then a 50-50 joint venture of GTE and United Telecom. In 1989 it became majority owned (80.1%) by United Telecom and 19.9% GTE. In 1991 United bought the remaining 19.9% of Sprint from GTE. For a while, GTE Sprint was just called Sprint and was no longer longer owned at all by GTE. But then MCIWorldcom in 1999 bought it and that was effectively the end of an independent Sprint.
**gTLD** Generic Top Level Domain. An Internet term. The idea of gTLD is to allow web sites with creative, descriptive names such as www.RayHorakConsulting.firm and www.MargaretHorakAstrology.web (these are not real). gTLD names were slated to become operational in March, 1998. CORE, the Council Of REgistrars, was to be the organization charged with the responsibility for establishing and maintaining a new set of gTLDs (generic Top Level Domains) for the Internet. Effective March 1998, those proposed gTLDs were meant to comprise the following: .arts (entities emphasizing cultural and entertainment activities) .firm (businesses, or firms); .info (entities providing information services); .nom (individual or personal nomenclature, i.e., a personal nom de plume, or pen name); .rec (entities emphasizing recreation/entertainment activities); .shop (businesses offering goods to purchase) and .web (entities emphasizing activities related to the World Wide Web). The administration of the new gTLDs has now been contracted by CORE to Emergent Corporation, which was to develop, maintain, and operate the Shared Registry System (SRS). SRS is a neutral, shared, and centralized database of the new gTLGs. As many as 90 independent entities, known as "registrants," were authorized to register domain names, or URLs (Uniform Resource Locators), with each relying on the SRS. A URL, such as www.HarryNewtonsGhastlyPaintings.arts (this is not a real URL, at least not at the time of this writing), is translated into an IP address by a Domain Name Server (DNS), also known as a resolver. At the time of this writing, the proposal for new gTLDs has been forestalled. See also CORE, DNS, IP Address, SRS, TLD, and URL.
**GTN** Global Transaction Network. An AT&T service which adds smarts to the routing of inbound 800 calls. It offers six call processing services: Next available agent routing, call

recognition routing, transfer connect service (allows agents to transfer calls to distant ACDs), network queuing, 800 select again service and multiple number database (allows multiple 800 numbers to be assigned to a single routing plan in the network, rather than each 800 number having its own unique routing plan).
**GTP** General Telemetry Processor.
**GTSS** Global Technical Services Solutions.
**GTT** Global Title Translation. The process of translating a Global Title from dialed digits to a point code (network node) address and application address (subsystem number). This process is accomplished by the STP (Signal Transfer Point) in the SS7 network. See also Global Title, SS7 and STP.
**Guardband** A narrow bandwidth between adjacent channels which serves to reduce interference between those adjacent channels. That interference might be crosstalk. Guardbands are typically used in frequency division multiplexing. They are not used in time division multiplexing, because the technology is completely different.
**Guardian Agent** A Guardian Agent is similar to an Intelligent Agent (which hunts for and grabs information off of the web that you specify) only the Guardian Agent prevents certain sites, such as pornographic pages, gambling sites, or other areas you don't want a child to see, from being accessed.
**Guarding** The process of holding a circuit busy for a certain interval after its release to assure that a necessary minimum disconnect interval will occur between calls.
**Guest Book** You own a Web site. You've spent megabucks attracting people to your Web site. You want to keep in touch with these visitors so you can sell them something. So you politely ask them to fill their names and email addresses in your "guest book," and your Web server captures the names into a emailing database.
**Guest Mailbox** A mailbox used by a hotel or motel to set up temporary mailboxes for their guests. At least that was the original definition. Now it seems every voice mail system comes with guest mailboxes that could be used for visitors, employees from out of town, etc. Same application as a hotel — temporary use.
**GUI** Graphical User Interface. A generic name for any computer interface that substitutes graphics for characters. GUIs usually work with a mouse or trackball. Windows 3.0 and Windows 3.1 are the most famous GUIs. Second most famous is the Apple Macintosh. GUI is pronounced "GOO-ey." See Graphical User Inerface.
**GUID** A Versit term. Globally Unique IDentifier.
**Guided Ray** In an optical waveguide, a ray that is completely confined to the core.
**Guided Wave** A wave whose energy is concentrated near a boundary or between substantially parallel boundaries separating materials of different properties and whose direction of propagation is effectively parallel to these boundaries.
**Gutenberg** See 1453, up front in this dictionary.
**Gutta-Percha** A latex substance first discovered in 1847 and derived from the sap of Malayan evergreen trees. It first found use circa 1851 as the insulation in the first international telegraph cable which ran between England and France. Gutta-Percha was also the first insulator to survive in underseas applications (particularly for submarine cables) and was still the insulator material of choice for golf balls and telephone receivers until about 1947, when polyethylene finally began to gain acceptance.
**Guy Hook** A hook bolted to telephone poles and used to attach guy wires.