UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07775-JWH(JEMx) | Date | June 9, 2023 |
| Title | *Entropic Communications, LLC v. DIRECTTV, LLC et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Matthew C. Bernstein |
| Christina N. Goodrich | |

**Proceedings:   HEARING RE: DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1-1 [ECF No. 232]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. The Court takes the motion [ECF No. 232] under submission.

**IT IS SO ORDERED.**

Time:  00:13
Initials of Preparer: cla