Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

[Additional Counsel Listed on Page 2]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, LLC, *et al.,*<br><br>　　　　　Defendants.<br><hr>ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br>CASE NO. 2:22-CV-07959-JWH-JEM (Member Case)<br><br>**JOINT CLAIM CONSTRUCTION CHART**<br><br>Technical Tutorial Presentation Tuesday, June 27, 2023 at 1:00 p.m.<br><br>Claim Construction Hearing: Tuesday, July 11, 2023 at 10:00 a.m. |

JASON C. LO, SBN 219030
    jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone:  +1.858.720.5700
Facsimile:   +1.858.720.5799

Attorneys for Defendants DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,

[*Additional counsel listed on signature page*]

Pursuant the Court's December 13, 2022 order (ECF No. 176) and Patent Rule 4-5(d) of the Eastern District of Texas, Plaintiff Entropic Communications, LLC, Defendants DIRECTV, LLC and AT&T Services, Inc., and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "Defendants") hereby submit their Joint Claim Construction Chart as Appendix A attached hereto.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: June 16, 2023 | By: | */s/ Christina N. Goodrich* |

Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
Email: christina.goodrich@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

|   |   |
|---|---|
| 1 | **ATTORNEYS FOR PLAINTIFF** |
| 2 | **ENTROPIC COMMUNICATIONS, LLC** |

Dated: June 16, 2023          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason Lo*
 Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
 ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
 ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

**Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.**

| | | |
|---|---|---|
| 1 | Dated: June 16, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Adam Hester* |
| 4 | | Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com |
| 5 | | PERKINS COIE LLP<br>11452 El Camino Real, Ste 300 |
| 6 | | San Diego, California 92130-2080<br>Telephone: +1.858.720.5700 |
| 7 | | Facsimile: +1.858.720.5799 |
| 8 | | Amanda Tessar (admitted *pro hac vice*) |
| 9 | | ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*) |
| 10 | | TBervik@perkinscoie.com<br>PERKINS COIE LLP |
| 11 | | 1900 Sixteenth Street, Suite 140 |
| 12 | | Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300 |
| 13 | | Facsimile: +1.303.291.2400 |
| 14 | | Daniel T Keese, Bar No. 280683 |
| 15 | | DKeese@perkinscoie.com<br>PERKINS COIE LLP |
| 16 | | 1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128 |
| 17 | | Telephone: +1.503.727.2000<br>Facsimile: +1.503.727.2222 |
| 18 | | |
| 19 | | Adam G. Hester, Wisconsin 1128794<br>AHester@perkinscoie.com |
| 20 | | PERKINS COIE LLP<br>33 East Main Street Suite 201 |
| 21 | | Madison, WI 53703-3095<br>Tel: +1.650.838.4311 |
| 22 | | Facsimile: +1.650.838.4350 |
| 23 | | |
| 24 | | **ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK** |
| 25 | | **L.L.C., AND DISH NETWORK SERVICE L.L.C.** |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I, Christina N. Goodrich, an attorney, hereby certify that the foregoing document was filed electronically on June 16, 2023 and has been served to all counsel who have consented to electronic service.

By: */s/ Christina N. Goodrich*

Attorney for Plaintiff Entropic Communications, LLC