UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-07775-JWH(JEMx) | Date | June 27, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. DIRECTTV, LLC et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Matthew C. Bernstein |
| Christina N. Goodrich | Trevor Bervick |
| Jason A. Engel | Jason C. Lo |
| Katherine L. Allor | |
| Nathan J. Fuller | |

**Proceedings:** **HEARING RE: TECHNICAL TUTORIAL**

Counsel state their appearances. Technical Tutorial Presentation is held.

**IT IS SO ORDERED.**

Time:  02:19
Initials of Preparer: cla