| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | Christina.goodrich@klgates.com |
|   | Connor J. Meggs (336159) |
| 3 | K&L Gates LLP |
|   | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
|   | Los Angeles, CA  90067 |
| 5 | Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |
| 7 | **ATTORNEYS FOR PLAINTIFF** |
|   | **ENTROPIC COMMUNICATIONS, LLC** |
| 8 | |
| 9 | [Additional Counsel Listed on Page 2] |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | | CASE NO. 2:22-CV-07775-JWH-JEM |
| | Plaintiff, | **JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES** |
| v. | | |
| DIRECTV, LLC and AT&T SERVICES, INC., | | Assigned to the Hon. John W. Holcomb |
| | Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |
| | Plaintiff, | |
| v. | | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | | |
| | Defendants. | |

1  JASON C. LO, SBN 219030
      jlo@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue, Suite 5400
3  Los Angeles, CA  90071-3197
4  Telephone:  213.229.7000
   Facsimile:   213.229.7520
5
6  **ATTORNEYS FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.**

7  Matthew C. Bernstein, Bar No. 199240
   MBernstein@perkinscoie.com
8  PERKINS COIE LLP
   11452 El Camino Real, Ste 300
9  San Diego, California 92130-2080
   Telephone:  +1.858.720.5700
10 Facsimile:   +1.858.720.5799

11
   **ATTORNEYS FOR  DEFENDANTS DISH NETWORK CORPORATION, DISH
12 NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.,**

13 [*Additional counsel listed on signature page*]

2

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER,
ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"); and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to Request Appointment of David Keyzer, Esq. as special master for discovery purposes in this case.

**WHEREAS,** the Court issued an order on April 21, 2023 in this matter directing the parties to meet and confer and file a stipulation proposing an individual for appointment as special master in this matter for the purposes of discovery [ECF 223];

**WHEREAS,** the Parties, following meet-and-confer efforts, have agreed that David Keyzer, Esq. is an appropriate candidate for appointment as special master;

**WHEREAS,** the Parties contacted Mr. Keyzer for the purposes of requesting a conflicts check for all named parties to these cases;[1]

**WHEREAS,** Mr. Keyzer has confirmed, based on the party lists that he checked, that he does not have conflicts with any parties in this matter or the other Entropic matters for which Mr. Keyzer may serve as a special master;

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order appointing David Keyzer, Esq. as special master for purposes of discovery.

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

---

[1] There is a pending dispute relating to the disclosures required by L.R. 7.1-1 (*see* Dkt. 232) and, depending on the outcome of that dispute, additional disclosures may be required to Mr. Keyzer for purposes of supplemental conflicts checks.

| | | | |
|---|---|---|---|
| 1 | Dated: July 7, 2023 | By: | /s/ Connor J. Meggs |
| 2 | | | Christina N. Goodrich |
| 3 | | | Connor J. Meggs |
| | | | **K&L GATES LLP** |
| 4 | | | 10100 Santa Monica Blvd., 8th Fl. |
| 5 | | | Los Angeles, CA 90067 |
| | | | Tel: (310) 552-5547 |
| 6 | | | Fax: (310) 552-5001 |
| 7 | | | Email: christina.goodrich@klgates.com |
| 8 | | | James Shimota (admitted *pro hac vice*) |
| | | | Jason Engel (admitted *pro hac vice*) |
| 9 | | | George Summerfield (admitted *pro hac vice*) |
| 10 | | | Katherine L. Allor (admitted *pro hac vice*) |
| | | | **K&L GATES LLP** |
| 11 | | | 70 W. Madison Street, Suite 3300 |
| 12 | | | Chicago, IL 60602 |
| | | | Tel.: (312) 372-1121 |
| 13 | | | Fax: (312) 827-8000 |
| 14 | | | jim.shimota@klgates.com |
| | | | jason.engel@klgates.com |
| 15 | | | george.summerfield@klgates.com |
| 16 | | | katy.allor@klgates.com |
| 17 | | | Nicholas F. Lenning (admitted *pro hac vice*) |
| 18 | | | **K&L GATES LLP** |
| | | | 925 Fourth Avenue, Suite 2900 |
| 19 | | | Seattle, WA 98104 |
| 20 | | | (206) 623-7580 |
| | | | (206) 370-6006 (fax) |
| 21 | | | nicholas.lenning@klgates.com |
| 22 | | | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 23 | | | Matthew Blair (admitted *pro hac vice*) |
| | | | **K&L GATES LLP** |
| 24 | | | 2801 Via Fortuna, Suite #650 |
| 25 | | | Austin, TX 78746 |
| | | | (512) 482-6919 |
| 26 | | | (512) 482-6859 |
| 27 | | | Darlene.Ghavimi@klgates.com |
| | | | Matthew.Blair@klgates.com |
| 28 | | | |

2

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

| | | |
|---|---|---|
| 1 | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 2 | Dated: July 7, 2023 | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ Jason C. Lo
    Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

**ATTORNEY FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.**

3

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

| | |
|---|---|
| Dated: May 10, 2023 | **PERKINS COIE LLP**<br><br>By: */s/ Mathew C. Bernstein*<br><br>Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799<br><br>Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400<br><br>Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222<br><br>**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |

4

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1