David M. Keyzer (SBN 248585)
david@keyzerlaw.com
**LAW OFFICE OF DAVID KEYZER, P.C.**
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)**<br><br>Assigned to the Hon. John W. Holcomb |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM (Member Case) |

On or about May 3, 2023, I, David Keyzer, Esq., was contacted by the parties in the above-captioned action and asked to perform a conflicts check for the parties identified in the caption above for my prospective appointment as a special master in this matter pursuant to Federal Rule of Civil Procedure 53. Rule 53(b)(3)(A) requires that a special master file an affidavit disclosing whether there is any ground for disqualification. I have reviewed the pleadings and the docket for the above-captioned matter. I have determined, pursuant to Rule 53(a)(2), that I do not have a relationship to the parties, attorneys, action, or Court that would require disqualification of a judge under 28 U.S.C. Section 455. I understand that I may need to supplement this conflicts check later, including dependent on the outcome of a pending dispute relating to the parties' obligations under Local Rule 7.1-1 (*see* Dkt. 232). Also, on May 5, 2023, I provided the parties with a copy of my curriculum vitae, which includes information regarding my prior employers and years of employment during and after law school, including my employment as an associate at Fish & Richardson P.C. Information regarding my prior employment has been publicly available at www.keyzerlaw.com throughout the pendency of the above-captioned case. No party has advised me of any potential ground for disqualification under 28 U.S.C. Section 455.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 29, 2023

David M. Keyzer, Esq.

**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)**

315482200.1