# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Entropic Communications, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:22-cv-07775-JWH-JEMx |
| v. | |
| DIRECTV, LLC et al | NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY |
| DEFENDANT(S). | OF JUDICIAL OFFICER |

To: All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☐ random ☑ direct reassignment.

Accordingly, this case has been reassigned to:
☐ Hon. _____, U.S. District Judge for all further proceedings.
☑ Hon. Karen E. Scott _____, Magistrate Judge for:
  ☑ any discovery and/or post-judgment matters that may be referred.
  ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: 2:22-cv-07775-JWH-KESx _____. This is very important because documents are routed by the initials.

Clerk U.S. District Court

July 6, 2023  
Date

By: A. Bandek  
Deputy Clerk

G-74 (04/14)    NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER