1  Christina Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L Gates LLP
4  10100 Santa Monica Boulevard
   Eighth Floor
5  Los Angeles, CA  90067
   Telephone: +1 310 552 5000
6  Facsimile: +1 310 552 5001

7  **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

8  [Additional Counsel Listed on Page 2]

9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  ENTROPIC COMMUNICATIONS, LLC, | CASE NO. 2:22-cv-07775-JWH-KES |
| 13 | CASE NO. 2:22-cv-07959-JWH-KES |
|                 Plaintiff, | (Member Case) |
| 14       v. | **FIRST AMENDED JOINT CLAIM CONSTRUCTION CHART** |
| 15  DIRECTV, LLC, *et al.,* | |
| 16                 Defendants. | Claim Construction Hearing: |
| 17 | Date: July 11, 2023 |
|    ENTROPIC COMMUNICATIONS, LLC, | Time: 10:00 a.m. |
| 18 | Crtm: 9D (Ronald Reagan Bldg) |
| 19                 Plaintiff, | |
| 20       v. | |
| 21  DISH NETWORK CORPORATION, *et al.*, | |
| 22 | |
| 23                 Defendants. | |

```
 1   JASON C. LO, SBN 219030
         jlo@gibsondunn.com
 2   GIBSON, DUNN & CRUTCHER LLP
     333 South Grand Avenue, Suite 5400
 3   Los Angeles, CA  90071-3197
     Telephone:  213.229.7000
 4   Facsimile:   213.229.7520
 5
     Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.
 6
 7   Matthew C. Bernstein, Bar No. 199240
     MBernstein@perkinscoie.com
 8   PERKINS COIE LLP
     11452 El Camino Real, Ste 300
 9   San Diego, California 92130-2080
     Telephone:  +1.858.720.5700
10   Facsimile:   +1.858.720.5799
11
     Attorneys for Defendants DISH NETWORK CORPORATION, DISH NETWORK
12   L.L.C., and DISH NETWORK SERVICE L.L.C.,
13   [Additional counsel listed on signature page]
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc., and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "Defendants") hereby submit their First Amended Joint Claim Construction Chart as Appendix A attached hereto.

Specifically, Entropic is no longer asserting claims 1 and 2 of U.S. Patent No. 8,792,008 (the "'008 Patent"), thus the claim term "an entire television spectrum" is being withdrawn from the list of disputed terms. In addition, the parties have agreed on the plain and ordinary meaning for the '008 Patent term "signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$." These changes are reflected in Appendix A.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | | | |
|---|---|---|---|
| 1 | Dated: July 6, 2023 | By: | */s/ Christina N. Goodrich* |
| 2 | | | Christina N. Goodrich (SBN 261722) |
| | | | **K&L GATES LLP** |
| 3 | | | 10100 Santa Monica Blvd., 8th Fl. |
| 4 | | | Los Angeles, CA 90067 |
| | | | Tel: (310) 552-5547 |
| 5 | | | Fax: (310) 552-5001 |
| 6 | | | Email: christina.goodrich@klgates.com |

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

|   |   |   |
|---|---|---|
| 1 |   | **ATTORNEYS FOR PLAINTIFF** |
| 2 |   | **ENTROPIC COMMUNICATIONS, LLC** |
| 3 | Dated:  July 6, 2023 | GIBSON, DUNN & CRUTCHER LLP |

By:  */s/ Jason C. Lo*
         Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
    bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
    ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
    ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

**Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.**

Dated: July 6, 2023

**PERKINS COIE LLP**

By: */s/ Amanda Tessar*
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Adam G. Hester, Wisconsin 1128794
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
Tel: +1.650.838.4311
Facsimile: +1.650.838.4350

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

# CERTIFICATE OF SERVICE

I, Christina N. Goodrich, an attorney, hereby certify that the foregoing document was filed electronically on July 6, 2023 and has been served to all counsel who have consented to electronic service.

By: */s/ Christina N. Goodrich*

Attorney for Plaintiff Entropic Communications, LLC