# APPENDIX A

Amended Joint Claim Construction Chart
Appendix A

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "digitizing the plurality of satellite broadband signals" ('576 patent, cl. 14)<br><br>'576 Patent, Claim 14<br>A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:<br>   communicating a transponder request to the ODU from the IRD;<br>   in the ODU, *digitizing the plurality of satellite broadband signals*, selecting and extracting a plurality of transponder signals extracted from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals;<br>   combining extracted selected transponder signals into a composite signal;<br>   transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | Plain and ordinary meaning. No construction necessary | "digitizing the complete bands of satellite broadband signals received at the ODU" | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "integrated receiver decoder (IRD)" ('576 patent, cls. 14, 18, 19, 21, 22, 41)<br><br>'576 Patent, Claim 14<br>A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an **integrated receiver decoder (IRD)** over a single cable connected to the ODU, the method comprising the steps of:<br>   communicating a transponder request to the ODU from the **IRD**;<br>   in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals extracted from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals;<br>   combining extracted selected transponder signals into a composite signal;<br>transmitting the composite signal over the single cable from the ODU to the **IRDs**, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.<br><br>'576 Patent, Claim 18<br>The method of claim 14 further comprising the step of splitting the composite signal inside a home and distributing to a plurality of **IRDs**. | Plain and ordinary meaning. No construction necessary | "device capable of at least receiving and decoding data and generating an output video signal" | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| '576 Patent, Claim 19<br>The method of claim 14 wherein the transponder request signal is transmitted over the cable from an **IRD** and all **IRDs** receive the same composite signal.<br><br>'576 Patent, Claim 21<br>The method of claim 14 further comprising the steps of:<br>   frequency translating the selected transponder channels to a variable frequency before combining; and<br>   splitting the composite signal inside a home and distributing to a plurality of **IRDs**.<br><br>'576 Patent, Claim 22<br>The method of claim 21 wherein the transponder request signal is transmitted over the cable from an **IRD**.<br><br>'576 Patent, Claim 41<br>The method of claim 38, further comprising providing the channel translation table to the **IRD** to allow the **IRD** to tune to a desired selected translated transponder channel. | | | |
| "a transponder request [signal] . . . the transponder request signals"<br>"from the IRD . . . to the IRDs"<br>"a plurality of transponder signals . . . the transponder signal" ('576 patent, cl. 14)<br><br>'576 Patent, Claim 14<br>A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives | 1. Is not indefinite<br>2. Plain and ordinary meaning. No construction necessary. | Indefinite | |

A-3

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:<br>    communicating *a transponder request* to the ODU *from the IRD*;<br>    in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting *a plurality of transponder signals* extracted from the received digitized satellite broadband signals, wherein the selecting is responsive to the *transponder request signals*;<br>    combining extracted selected transponder signals into a composite signal;<br>transmitting the composite signal over the single cable from the ODU *to the IRDs*, wherein the modulation of *the transponder signal* is not altered by the steps of selecting, combining, and transmitting. | | | |
| "transponder request signals" ('576 patent, cls. 14, 19, 22)<br><br>'576 Patent, Claim 14<br>A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:<br>    communicating *a transponder request* to the ODU from the IRD;<br>    in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a | Plain and ordinary meaning. No construction necessary. | "a signal identifying and requesting a particular transponder signal" | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| plurality of transponder signals extracted from the received digitized satellite broadband signals, wherein the selecting is responsive to *the transponder request signals*; combining extracted selected transponder signals into a composite signal; transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.<br><br>'576 Patent, Claim 19<br>The method of claim 14 wherein the *transponder request signal* is transmitted over the cable from an IRD and all lRDs receive the same composite signal.<br><br>'576 Patent, Claim 22<br>The method of claim 21 wherein the *transponder request signal* is transmitted over the cable from an IRD. | | | |
| "selected [and extracted] transponder channel[s]"<br>('576 patent, cls. 16, 17, 21, 39, 41–42)<br><br>'576 Patent, Claim 16<br>The method of claim 14 wherein the step of combining comprises frequency translating the *selected and extracted transponder channels* to a variable frequency before combining. | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary. | Indefinite | |

A-5

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| '576 Patent, Claim 17<br>The method of claim 15, further comprising frequency translating the **selected transponder channels** to a predetermined frequency before combining.<br><br>'576 Patent, Claim 21<br>The method of claim 14 further comprising the steps of:<br>  frequency translating the **selected transponder channels** to a variable frequency before combining; and<br>  splitting the composite signal inside a home and distributing to a plurality of IRDs.<br><br>'576 Patent, Claim 39<br>The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a **selected transponder channel** at baseband.<br><br>'576 Patent, Claim 41<br>The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired **selected translated transponder channel**.<br><br>'576 Patent, Claim 42<br>The method of claim 14, wherein **selecting and extracting** comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from **non-selected transponder channels**. | | | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "local area network" ('715 patent, cl. 9)<br><br>'715 Patent, Claim 9<br>A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:<br>  a gateway in communication with the ODU and at least one set top box (STB);<br>  a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;<br>  a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;<br>  wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gate way and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital ***local area network (LAN)*** to STBs. | Plain and ordinary meaning. No construction necessary. | "a group of devices at a single site connected by cables that allow a device in the network to interact with any other on the network" | |

A-7

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "RF Signals" ('715 patent, cl. 9)<br><br>'715 Patent, Claim 9<br>A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:<br>  a gateway in communication with the ODU and at least one set top box (STB);<br>  a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;<br>  a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce **RF signals**; and a signal combiner coupled to at least one frequency translator capable of combining **at least two RF signals** to produce a composite signal;<br>  wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gate way and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs. | Plain and ordinary meaning. No construction necessary. | "analog carrier RF signals" | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "decodes specific programs" ('715 patent, cl. 9)<br><br>'715 Patent, Claim 9<br>A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:<br>  a gateway in communication with the ODU and at least one set top box (STB);<br>  a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;<br>  a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;<br>  wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gate way and the gateway receives the composite signal, ***decodes specific programs***, and distributes the programs over a digital local area network (LAN) to STBs. | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary. | Indefinite | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "original channel locations" / "new channel locations" ('715 patent, cl. 10)<br><br>'715 Patent, Claim 10<br>The signal distribution system of claim 9 wherein a translation table maps *original channel locations* on the selector input to *new channel locations* on the selector output. | [AGREED] | [AGREED] | Plain and ordinary meaning. No construction necessary. |
| "an entire television spectrum" ('008 Patent, cl. 1) | [WITHDRAWN][1] | [WITHDRAWN] | N/A |
| "signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$" ('008 patent, cls. 3, 11)<br><br>'008 Patent, Claim 3<br>A method comprising:<br>  performing by one or more circuits:<br>    receiving a *signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$*. wherein said signal carries a plurality of channels;<br>    digitizing said received signal from $F_{lo}$ to $F_{hi}$, to generate a digitized signal;<br>    selecting a first portion of said digitized signal;<br>    selecting a second portion of said digitized signal; and<br>    concurrently outputting said selected first portion and said selected second portion, wherein: | [AGREED] | [AGREED] | Plain and ordinary meaning. No construction necessary. |

---

[1] Entropic is no longer asserting any claim of the '008 patent, including now withdrawn claims 1 and 2, where the term "an entire television spectrum" appears.

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal; and<br>said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels.<br><br>'008 Patent, Claim 11<br>A system comprising:<br>one or more circuits that are operable to:<br>receive a **signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$.** wherein said signal carries a plurality of channels;<br>digitize said received signal from $F_{lo}$ to $F_{hi}$, to generate a digitized signal;<br>select a first portion of said digitized signal;<br>select a second portion of said digitized signal; and<br>concurrently output said selected first portion and said selected second portion, wherein:<br>said selected first portion is output to a signal analyzer that is operable to analyze said first portion to determine one or more characteristics of said first portion, and that is operable to report said determined one or more characteristics to a source of said received signal; and<br>said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | | | |

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "a source of said received signal" ('008 patent, cls. 3, 11)[2]<br><br>'008 Patent, Claim 3<br>A method comprising:<br>  performing by one or more circuits:<br>    receiving a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$. wherein said signal carries a plurality of channels;<br>    digitizing said received signal from $F_{lo}$ to $F_{hi}$, to generate a digitized signal;<br>    selecting a first portion of said digitized signal;<br>    selecting a second portion of said digitized signal; and<br>    concurrently outputting said selected first portion and said selected second portion, wherein:<br>      said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to ***a source of said received signal***; and<br>      said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels.<br><br>'008 Patent, Claim 11<br>A system comprising:<br> one or more circuits that are operable to: | Plain and ordinary meaning. No construction necessary. | "the equipment, *e.g.*, a cable headend or satellite transmitter, that transmitted the received signal" | |

---

[2] Entropic is no longer asserting claims 1 and 2. Accordingly, Entropic has removed references to claim 1 for this disputed term.

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| receive a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$. wherein said signal carries a plurality of channels; digitize said received signal from $F_{lo}$ to $F_{hi}$, to generate a digitized signal; select a first portion of said digitized signal; select a second portion of said digitized signal; and concurrently output said selected first portion and said selected second portion, wherein: said selected first portion is output to a signal analyzer that is operable to analyze said first portion to determine one or more characteristics of said first portion, and that is operable to report said determined one or more characteristics to *a source of said received signal*; and said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | | | |