| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| | christina.goodrich@klgates.com |
| 2 | Connor J. Meggs (SBN 336159) |
| | connor.meggs@klgates.com |
| 3 | K&L Gates LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, California  90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | [*Additional counsel on signature page*] |
| 8 | **ATTORNEYS FOR PLAINTIFF** |
| | **ENTROPIC COMMUNICATIONS, LLC** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-07775-JWH-KES (Lead Case) |
| Plaintiff, | |
| vs. | Case No. 2:22-cv-07959 (Member Case) |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | **NOTICE OF FILING OF MARKMAN ORDER** |
| | Claim Construction Hearing: |
| | Date: July 11, 2023 |
| | Time: 10:00 a.m. |
| | Crtm: 9D (Ronald Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| vs. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF FILING**

1  Plaintiff Entropic Communications, LLC hereby gives notice that it is filing a
2  copy of the Claim Construction Memorandum Opinion and Order issued by Judge
3  Rodney Gilstrap in *Entropic Communications, LLC v. Charter Communications, Inc.*,
4  Case No. 2:22-cv-00125-JRG, Dkt. 123 (E.D. Tex. June 26, 2023) (attached as Exhibit
5  A).

7  Dated: July 6, 2023     By:     */s/ Christina N. Goodrich*
8                                  Christina N. Goodrich (SBN 261722)
                                    Connor J. Meggs (SBN 336159)
9                                   **K&L GATES LLP**
                                    10100 Santa Monica Blvd., 8th Fl.
10                                  Los Angeles, CA 90067
                                    Tel: (310) 552-5547
11                                  Fax: (310) 552-5001
                                    christina.goodrich@klgates.com
12                                  connor.meggs@klgates.com
13
14                                  James Shimota
                                    (admitted *pro hac vice*)
15                                  Jason Engel
16                                  (admitted *pro hac vice*)
                                    George Summerfield
17                                  *(*admitted *pro hac vice*)
                                    Katherine L. Allor
18                                  (admitted *pro hac vice*)
19                                  **K&L GATES LLP**
20                                  70 W. Madison Street, Suite 3300
                                    Chicago, IL 60602
21                                  Tel.: (312) 372-1121
                                    Fax: (312) 827-8000
22                                  jim.shimota@klgates.com
23                                  jason.engel@klgates.com
                                    george.summerfield@klgates.com
24                                  katy.allor@klgates.com
25
26
27
28

| | |
|---|---|
| 1 | Nicholas F. Lenning |
| 2 | (admitted *pro hac vice*) |
|   | **K&L GATES LLP** |
| 3 | 925 Fourth Avenue, Suite 2900 |
| 4 | Seattle, WA 98104 |
|   | (206) 623-7580 |
| 5 | (206) 370-6006 (fax) |
| 6 | nicholas.lenning@klgates.com |
| 7 | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 8 | Matthew Blair (admitted *pro hac vice*) |
| 9 | **K&L GATES LLP** |
|   | 2801 Via Fortuna, Suite #650 |
| 10 | Austin, TX 78746 |
| 11 | (512) 482-6919 |
|   | (512) 482-6859 |
| 12 | Darlene.ghavimi@klgates.com |
| 13 | Matthew.blair@klgates.com |
| 14 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

3

**PLAINTIFF'S NOTICE OF FILING**