1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L Gates LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, California  90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   **ATTORNEYS FOR PLAINTIFF**
7  **ENTROPIC COMMUNICATIONS, LLC**

8  [Additional counsel on signature page]

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                        SOUTHERN DIVISION

13

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC, *et al.*<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM<br>(Lead Case)<br><br>Case No. 2:22-cv-07959-JWM-JEM<br><br>**SECOND AMENDED JOINT CLAIM CONSTRUCTION CHART**<br><br>Claim Construction Hearing<br>Date:   July 11, 2023<br>Time:   10:00 a.m.<br>Crtm:   9D (Ronald Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, *et al.*<br><br>Defendants. | |

**SECOND AMENDED JOINT CLAIM CONSTRUCTION CHART**

JASON C. LO, SBN 219030
    jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone:   +1.858.720.5700
Facsimile:    +1.858.720.5799

Attorneys for Defendants DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,

[*Additional counsel listed on signature page*]

**SECOND AMENDED JOINT CLAIM CONSTRUCTION CHART**

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc., and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "Defendants") hereby submit their Second Amended Joint Claim Construction Chart as Appendix A attached hereto.

Specifically, in connection with further meet and confer efforts to attempt to reach agreement on proposed constructions, Entropic's proposed construction of the terms in the following claims incorporates some of the same language as proposed by Defendants, but without certain limitations. These changes are reflected in Appendix A attached hereto.

| Disputed Term(s) and Claim Language | Entropic's Proposed Construction |
|---|---|
| "digitizing the plurality of satellite broadband signals" ('576 patent, cl. 14) | Plain and ordinary meaning, which means "digitizing the complete bands of satellite broadband signals" |
| "integrated receiver decoder (IRD)" ('576 patent, cls. 14, 18, 19, 21, 22, 41) | Plain and ordinary meaning, which means "device capable of receiving and decoding data and generating an output" |
| "transponder request signals" ('576 patent, cls. 14, 19, 22) | Plain and ordinary meaning, which means "a signal directly or indirectly identifying and requesting a transponder." |
| "a source of said received signal" ('008 patent, cls. 3, 11) | Plain and ordinary meaning, which means "the entity responsible for providing the received signal, including any of its equipment." |

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated:  July 10, 2023 | By: */s/ Christina N. Goodrich*<br>Christina N. Goodrich (SBN 261722)<br>**K&L GATES LLP**<br>10100 Santa Monica Blvd., 8th Fl.<br>Los Angeles, CA 90067<br>Tel: (310) 552-5547<br>Fax: (310) 552-5001<br>christina.goodrich@klgates.com<br><br>James Shimota<br>(admitted *pro hac vice*)<br>Jason Engel<br>(admitted *pro hac vice*)<br>George Summerfield<br>*(*admitted *pro hac vice*)<br>Katherine L. Allor<br>(admitted *pro hac vice*)<br>**K&L GATES LLP**<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>jim.shimota@klgates.com<br>jason.engel@klgates.com<br>george.summerfield@klgates.com<br>katy.allor@klgates.com<br><br>Nicholas F. Lenning<br>(admitted *pro hac vice*)<br>**K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580<br>(206) 370-6006 (fax)<br>nicholas.lenning@klgates.com<br><br>Darlene F. Ghavimi (admitted *pro hac vice*)<br>Matthew Blair (admitted *pro hac vice*)<br>**K&L GATES LLP**<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746 |

             (512) 482-6919
             (512) 482-6859
             Darlene.ghavimi@klgates.com
             Matthew.blair@klgates.com

          **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

Dated: July 10, 2023   GIBSON, DUNN & CRUTCHER LLP

         By:  */s/ Jason C. Lo*
            Jason C. Lo
         GIBSON, DUNN & CRUTCHER LLP
         333 South Grand Avenue, Suite 5400
         Los Angeles, CA 90071-3197
         Telephone: 213.229.7000
         Facsimile: 213.229.7520
         jlo@gibsondunn.com

         BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
         bhershkowitz@gibsondunn.com
         KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
         kdominguez@gibsondunn.com
         GIBSON, DUNN & CRUTCHER LLP
         200 Park Avenue
         New York, NY 10166-0193
         Telephone: 212.351.4000
         Facsimile: 212.351.4035

         BRIAN BUROKER (admitted *pro hac vice*)
         bburoker@gibsondunn.com
         GIBSON, DUNN & CRUTCHER LLP
         1050 Connecticut Ave., N.W.
         Washington, D.C. 20036
         Telephone: 202.955.8500

         NATHAN R. CURTIS (admitted *pro hac vice*)
         ncurtis@gibsondunn.com
         AUDREY YANG (admitted *pro hac vice*)
         ayang@gibsondunn.com
         GIBSON, DUNN & CRUTCHER LLP
         2001 Ross Ave., Suite 2100
         Dallas, TX 75201

| | |
|---|---|
| | Telephone: 214.698.3100<br>Facsimile: 214.571.2900 |
| | **Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.** |
| | **PERKINS COIE LLP** |
| Dated: July 10, 2023 | By: */s/ Amanda Tessar*<br>Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799<br><br>Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400<br><br>Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Facsimile: +1.503.727.2222<br><br>Adam G. Hester, Wisconsin 1128794<br>AHester@perkinscoie.com<br>PERKINS COIE LLP<br>33 East Main Street Suite 201<br>Madison, WI 53703-3095<br>Tel: +1.650.838.4311<br>Facsimile: +1.650.838.4350<br><br>**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |

**CERTIFICATE OF SERVICE**

I, Christina N. Goodrich, an attorney, hereby certify that the foregoing document was filed electronically on July 10, 2023 and has been served to all counsel who have consented to electronic service.

By: */s/ Christina N. Goodrich*

Attorney for Plaintiff Entropic Communications, LLC