Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-KES (Lead Case)<br><br>Case No. 2:22-cv-07959 (Member Case)<br><br>**NOTICE OF LODGING OF PLAINTIFF'S SLIDES PRESENTED AT THE JULY 11, 2023 CLAIM CONSTRUCTION HEARING**<br><br>Claim Construction Hearing:<br>Date: July 11, 2023<br>Time: 10:00 a.m.<br>Crtm: 9D (Ronald Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | |

**PLAINTIFF'S NOTICE OF LODGING**

1 | Plaintiff Entropic Communications, LLC hereby gives notice that it is lodging
2 | a copy of the slides that it presented during the July 11, 2023 claim construction
3 | hearing, which are attached hereto as Exhibit A.
4 |
5 | Dated: July 11, 2023        By:     */s/ Christina N. Goodrich*
6 |                                     Christina N. Goodrich (SBN 261722)
                                        Connor J. Meggs (SBN 336159)
7 |                                     **K&L GATES LLP**
                                        10100 Santa Monica Blvd., 8th Fl.
8 |                                     Los Angeles, CA 90067
                                        Tel: (310) 552-5547
9 |                                     Fax: (310) 552-5001
10|                                     christina.goodrich@klgates.com
11|                                     connor.meggs@klgates.com

12|                                     James Shimota
                                        (admitted *pro hac vice*)
13|                                     Jason Engel
14|                                     (admitted *pro hac vice*)
                                        George Summerfield
15|                                     *(*admitted *pro hac vice*)
16|                                     Katherine L. Allor
                                        (admitted *pro hac vice*)
17|                                     **K&L GATES LLP**
18|                                     70 W. Madison Street, Suite 3300
                                        Chicago, IL 60602
19|                                     Tel.: (312) 372-1121
20|                                     Fax: (312) 827-8000
                                        jim.shimota@klgates.com
21|                                     jason.engel@klgates.com
22|                                     george.summerfield@klgates.com
                                        katy.allor@klgates.com
23|
24|                                     Nicholas F. Lenning
                                        (admitted *pro hac vice*)
25|                                     **K&L GATES LLP**
26|                                     925 Fourth Avenue, Suite 2900
                                        Seattle, WA 98104
27|                                     (206) 623-7580
28|                                     (206) 370-6006 (fax)

2

**PLAINTIFF'S NOTICE OF LODGING**

nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

3
**PLAINTIFF'S NOTICE OF LODGING**