# EXHIBIT A

# Plaintiff's *Markman* Presentation

*Entropic Communications, LLC v. DIRECTV, LLC et al.*
Civil Action No. *2:22-cv-07775-JWH-JEM (Lead)*

*Entropic Communications, LLC v. DISH Network Corp. et al.*
Civil Action No. *2:22-cv-07959-JWH-JEM (Consolidated)*

July 11, 2023

# Patents-In-Suit

# The Patents-In-Suit

## Digital Channel Stacking



U.S. Patent No.
**7,130,576**
*Priority Date: Nov. 7, 2001*

## Advanced Gateway



U.S. Patent No.
**7,542,715**
*Priority Date: Nov. 7, 2001*

## Remote Monitoring



U.S. Patent No.
**8,792,008**
*Priority Date: Sept. 8, 2011*

**'576 Patent**

# Digital Channel Stacking

**'576** | **Digital Channel Stacking**

| Claim Term | Entropic's Construction | Defendants' Construction |
|---|---|---|
| "digitizing the plurality of satellite broadband signals" *(Claim 14)* | Plain and ordinary meaning, which means "digitizing the complete bands of satellite broadband signals" | "digitizing the complete bands of satellite broadband signals received at the ODU" |

**14.** A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

* * *

'576 Patent at Claim 14

**'576**  **"digitizing the plurality of satellite broadband signals"**

Fig. 2 and the specification make clear the role of the ODU and its location

The A/D digitizes the entire LNB output signal; therefore all transponder channels are available in the sampled data. More than one transponder channel may be selected from the A/D data to be combined in the composite signal. When all A/D are powered up any combination of transponder channels from any LNB output can be combined into the composite signal for distribution to the gateway and STBs.

'576 Patent at 7:25-31



'576 Patent at Fig. 2 (annotated)

7

**'576** **"digitizing the plurality of satellite broadband signals"**

Fig. 3 and Fig. 6 reaffirm this role



'576 Patent at Fig. 3 (annotated)



'576 Patent at Fig. 6 (annotated)

8

**'576** **"digitizing the plurality of satellite broadband signals"**

Defendants' construction ignores that the LNB output is digitized



'576 Patent at Fig. 1 (annotated excerpt)



'576 Patent at Fig. 3 (annotated)

9

**'576**

# Digital Channel Stacking

| Claim Term | Entropic's Construction | DTV's Construction[1] |
|---|---|---|
| "integrated receiver decoder (IRD)" *(Claims 14, 18, 19, 22, 41)* | Plain and ordinary meaning, which means "device capable of receiving and decoding data and generating an output" | "device capable of at least receiving and decoding data and generating an output video signal" |

[1]DISH joined in this construction

10

**'576** | **"integrated receiver decoder (IRD)"**

Defendants improperly equate IRDs with "set top boxes (STBs)"

decoder (IRD) **180** located inside the building. **IRDs are commonly called set top boxes (STBs) arising from their typical installed location on top of TV sets.** The LNB **140** converts the signal transmitted by a satellite in Earth orbit, for example C band, Ku band, or another frequency band, to a lower intermediate frequency (IF) suitable for transmission through coax inside a building. For example, L band IF (950 to 1450 MHZ) with RG-6 or RG-11 coax cable is commonly used. The IRD **180** tunes one transponder channel, demodulates the IF signal from the LNB down to base band, provides channel selection, conditional access, decodes the digital data to produce a video signal, and generates an RF output to drive a television.

'576 Patent at 1:31-43

11

# While an IRD can be *part* of a STB, an IRD is *not* the STB

Standard STB



'576 Patent Gateway/STB



**'576**  |  **"integrated receiver decoder (IRD)"**

# Not all IRDs output to a television



'576 Patent at 9:5-6

**'576**   **"integrated receiver decoder (IRD)"**

Defendants misrepresents what Entropic said in its Tech Tutorial from the Charter case

| 19 | Entropic further ignores the one extrinsic statement that does describe what an IRD |
|---|---|

| 19 | Entropic further ignores the one extrinsic statement that does describe what an IRD |
| 20 | is, which was made by Entropic itself.  In the technical tutorial that Entropic submitted |
| 21 | in a related case, Entropic stated that the IRD "receives and decodes a television signal |
| 22 | and delivers TV content by selecting the desired channels and *outputting the content for* |
| 23 | *viewing or recording.*"  *Entropic Commc'ns, LLC v. Charter Commc'ns, Inc.*, No. 2:22- |
| 1 | cv-00125-JRG, Dkt. 110-4 at 10 (E.D. Tex. May 30, 2023).  Thus, Entropic has conceded |
| 2 | an IRD requires the ability to output a video signal. |

Defendants' Response Brief (ECF No. 252) at 9-10

14

**'576** | **"integrated receiver decoder (IRD)"**



**'576**  |  **"integrated receiver decoder (IRD)"**

**Technology Overview – Customer Premises Equipment**

Remote Network Troubleshooting

'008 PATENT
'826 PATENT
'690 PATENT

Set-Top Boxes ("STB")

Delivering TV Content    Signal Monitoring    Whole-Home DVR

An additional piece of customer premises equipment is the Set Top Box, or STB for short. A Set Top Box is sometimes called a receiver or a gateway. A Set Top Box receives and decodes a television signal and delivers TV content by selecting the desired channels and outputting the content for viewing or recording. Some Set Top Boxes provide whole-home DVR services which allows a customer to watch and record different TV programs on various devices within their premises.

A Set Top Box can perform a variety of signal monitoring and reporting functions that will be discussed in more detail shortly.

16

**'576** | **Digital Channel Stacking**

| Claim Term | Entropic's Construction | Defendants' Construction |
|---|---|---|
| "selected and extracted transponder channels" *(Claims 16, 17, 21, 39, 41–42)* | 1. Is not indefinite. <br><br> 2. Plain and ordinary meaning. No construction necessary. | Indefinite |

**'576** "selected and extracted transponder channels"



'576 Patent at Fig. 1 (annotated excerpt)

'576 Patent at Fig. 4 (annotated)

18

**'576**   **"selected and extracted transponder channels"**

**14**. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

**16**. The method of claim **14** wherein the step of combining comprises frequency translating the selected *and extracted* transponder channels to a variable frequency before combining.

**17**. The method of claim **15**, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.

**21**. The method of claim **14** further comprising the steps of:

frequency translating the selected transponder channels to a variable frequency before combining; and

splitting the composite signal inside a home and distributing to a plurality of IRDs.

'576 Patent at Claims16-17, 21

19

'576   **"selected and extracted transponder channels"**

**DISH's argument:**

14   transponder *signals*." (*See* Defs' Br. at 17–21; '576 patent, cl. 14.)  The issue is not, as
15   Entropic casts, simply whether there is an antecedent basis in the challenged claims for
16   the term "selected [and extracted] transponder channels." (*See* Pltf's Br. at 18.)  To be
17   clear, there *is no antecedent basis* in half of the challenged claims (claims 16–17, 21),
18   further contributing to ambiguity in those claims.  Here, however, the fundamental issue
19   is whether a POSITA would understand that the claimed transponder *signal* selection in
20   the independent claim implies the selection of a transponder *channel* recited in the
21   dependent claims.  The answer is unequivocally "no."

Defendants' Response Brief (ECF No. 252) at 20

**The '576 Patent description is overwhelming in linking selected
<u>signals</u> and selected <u>channels</u>**

**'576** | **"selected and extracted transponder channels"**

**Selection of "signals" and "channels" are linked:**

SUMMARY OF THE INVENTION

A channel selecting and combining solution is used in the outdoor unit where one or more transponder channels are selected from each LNB output. The transponder channel or channels needed from each LNB are selected by a filter. Each selected transponder signal may be translated to a new channel frequency. The selected transponder channels are combined to form a composite signal. All of the selected,

'576 Patent at 2:52-60

21

'576

## "selected and extracted transponder channels"



COMPOSITE SIGNAL

'576 Patent at Fig. 5 (annotated)

**'576**  **"selected and extracted transponder channels"**

## The specification consistently links "signals" and "channels"

FIG. **13** shows the frequency spectrum of signals at various points in the signal processing.

'576 Patent at 4:12-13

FIG. **13** shows the frequency spectrum of a sample stream as it is processed. The original spectrum **1** is frequency translated to locate the selected transponder channel at the desired frequency, as shown in spectrum **2**. A band pass filter then passes one transponder channel and removes signal information from the other transponders channels, shown in spectrum **3**. This filtering operation selects one transponder. In this example transponder channel B is selected. The sample stream for the selected channel is added to the sample stream from other filtering sections, represented in spectrum **4**, to produce a composite sample stream in spectrum **5**. Other selected channels are represented by channels labeled X.

'576 Patent at 6:19-31



'576 Patent at Fig. 13 (annotated)

**'576**   **"selected and extracted transponder channels"**

## The specification consistently links "signals" and "channels"

Referring to FIG. **16**, another application of the present invention is to provide selected transponder signals along with other services transmitted on the same cable wiring. The selected transponder signals can be transmitted in unoccupied regions of the cable, such as above, below, or between broadband satellite signals. The number of transponder channels transmitted can be adapted to the available spectrum. In one example, 950 MHz to 1450 MHz is used by one conventional LNB output signal; 1550 MHz to 2050 MHz is used by another conventional LNB output, leaving 1450 MHz to 1550 MHz available. One or more selected transponder channels from any LNB can be inserted into this region. Suitable guard bands need to be provided to prevent interference, for example 3 transponder channels at 31.25 MHz spacing uses 93.75 MHz. Another example of this application is to combine a standard CATV signal occupying 50 to 750 MHz with selected satellite transponder channels that are combined and transmitted at frequencies above the CATV band.

'576 Patent at 10:27-45



'576 Patent at Fig. 16

24

**'576** | **"selected and extracted transponder channels"**

**Defendants' expert agrees that "transponder signals" are contained in the corresponding "transponder channel"**

> Q.   The patent is referring to the filtering operation as the selection
>      of transponder *channel* B; correct?
>
> A.   That's correct.
>
> Q.   And whatever *signal* information is contained on channel B
>      would also still be in that channel; correct?
>
> A.   *It would be included, yes.*

Steffes Tr. (Ex. 7 to ECF No. 233) at 58:9-17

25

**'576**

## "selected and extracted transponder channels"

## The following claims have description in the specification linking channel and signal

**14.** A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

**15.** The method of claim **14** wherein the step of selecting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal.

**16.** The method of claim **14** wherein the step of combining comprises frequency translating the selected *and extracted* transponder channels to a variable frequency before combining.

**17.** The method of claim **15**, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.

**21.** The method of claim **14** further comprising the steps of:

frequency translating the selected transponder channels to a variable frequency before combining; and

splitting the composite signal inside a home and distributing to a plurality of IRDs.

*38. The method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal.*

*39. The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.*

*41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.*

*42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels.*

26

**'576** | **"selected and extracted transponder channels"**

## Claims 16, 17, 21—frequency translating before combining

**15.** The method of claim **14** wherein the step of selecting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal.

**16.** The method of claim **14** wherein the step of combining comprises frequency translating the selected *and extracted* transponder channels to a variable frequency before combining.

**17.** The method of claim **15**, further comprising frequency translating the selected transponder channels to a predetermined frequency before combining.

**21.** The method of claim **14** further comprising the steps of:

frequency translating the selected transponder channels to a variable frequency before combining; and

splitting the composite signal inside a home and distributing to a plurality of IRDs.

### Channel and signal linked:

Referring again to FIG. **3**, the selected transponder channel is then frequency translated to a new carrier frequency. The selected and frequency translated digital signal is converted to an analog signal using a D/A converter for the I and Q components. One approach is to convert the digitally filtered signal to the analog domain using a D/A converter **350**, then using a quadrature modulator with mixers **360**, phase splitter **388**, LO **386**, and summer **380**. Alternatively, this can be done by a digital mixing operation where a rotating phasor is multiplied by the data samples to translate their frequency, then converting the frequency shifted digital signal to an analog signal with a D/A.

LO **386** is variable to allow the selected channel to be frequency translated to any of the channels available in the band. Alternatively, the LO can be fixed at different a frequency for each of the channel selectors.

'576 Patent at 5:30-46

27

**'576**  |  **"selected and extracted transponder channels"**

## Claims 39, 42—frequency translating to baseband, low-pass filtering

**Channel** and **signal** linked:

38. The method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal.

39. The method of claim 38, wherein *frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.*

41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.

42. The method of claim 14, wherein selecting and extracting *comprises low-pass filtering the translated digitized broadband signal* thereby substantially removing signal information from non-selected transponder channels.

Alternatively, a single transponder channel can be selected by translating the spectrum down in frequency to place the selected channel at base band then applying a low pass filter transfer function to isolate a single channel. The translation can be done by a digital mixing operation wherein the sample data is multiplied by a data sequence representing a carrier frequency. A post-mixing filter rejects the undesired mixing terms.

FIG. **14** shows the frequency spectrum of the signal as it is processed. The original spectrum **1** is frequency translated to locate the selected transponder channel at base band, as shown in spectrum **2**. A low pass filter then passes one transponder channel and removes signal information from the other transponder channels, shown in spectrum **3**. This signal is then converted to an analog signal, mixed to a new frequency, and summed with other channels in the analog domain.

'576 Patent at 5:47-63

**'576**   **"selected and extracted transponder channels"**

## Claims 39, 42—frequency translating to baseband, low-pass filtering

**Baseband is zero frequency**



Translate spectrum, moving B down to baseband (zero)

Low-pass (near zero) filter

Mix back up to new radio frequency

Translate to baseband, filter, translate to channel frequency

FIG. 14

**Channel** and **signal** linked:

Alternatively, a single transponder channel can be selected by translating the spectrum down in frequency to place the selected channel at base band then applying a low pass filter transfer function to isolate a single channel. The translation can be done by a digital mixing operation wherein the sample data is multiplied by a data sequence representing a carrier frequency. A post-mixing filter rejects the undesired mixing terms.

FIG. 14 shows the frequency spectrum of the signal as it is processed. The original spectrum 1 is frequency translated to locate the selected transponder channel at base band, as shown in spectrum 2. A low pass filter then passes one transponder channel and removes signal information from the other transponder channels, shown in spectrum 3. This signal is then converted to an analog signal, mixed to a new frequency, and summed with other channels in the analog domain.

'576 Patent at 5:47-63

29

**'576** | **"selected and extracted transponder channels"**

## Claim 41—channel translation table

**Channel** and **signal** linked:

38. *The method of claim 14, further comprising frequency translating the digitized broadband signal prior to selecting and extracting transponder signal.*

39. *The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband.*

41. *The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel.*

42. *The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels.*

### SUMMARY OF THE INVENTION

A channel selecting and combining solution is used in the outdoor unit where one or more transponder channels are selected from each LNB output. The transponder channel or channels needed from each LNB are selected by a filter. Each selected transponder signal may be translated to a new channel frequency. The selected transponder channels are combined to form a composite signal. All of the selected, translated, and combined transponder channels are transmitted over a single cable to a gateway unit that extracts the channels to distribute to the IRDs. The gateway can frequency translate each transponder channel to its original frequency. Alternatively, the IRDs connect directly from the cable or through a splitter and tune the desired transponder channels. A channel translation mapping table is used to coordinate the channel assignment between the original channels and new channels. In another alternative embodi-

'576 Patent at 2:52-3:2

30

**'576** | **Digital Channel Stacking**

| Claim Term | Entropic's Construction | DISH's Construction[1] |
|---|---|---|
| "transponder request signals" *(Claims 14, 19, 22)* | Plain and ordinary meaning, which means "a signal directly or indirectly identifying and requesting a transponder" | "a signal identifying and requesting a particular transponder signal" |

[1]DTV joined in this construction

**'576**     "transponder request signals"

Claim 14 does not require "**identifying** … a particular transponder signal"

> **14.** A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:
>      communicating a transponder request to the ODU from the IRD;
>      in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals **[extracted]** from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the <mark>transponder request signals;</mark>
>             *   *   *

'576 Patent at Claim 14

**'576**  |  **"transponder request signals"**

Claim 14 does not require "**identifying** … a particular transponder signal"

The '576 Patent consistently describes the content of the transponder request signal in generic terms:

- "channel information" - '576 Patent at 3:13-17, 9:31-33

- "channel selection information" - '576 Patent at 4:45-47

- "channel select information" - '576 Patent at 9:6-13

> Each IRD communicates the channels it needs to receive, directly or indirectly, to the signal selector. This information is used to select the transponder channel to combine in the signal selector output signal, the ODU downlink. New IRD

'576 Patent at 3:10-13

**'576**  |  **"transponder request signals"**

Claim 14 does not require "**identifying** … a particular transponder signal"

> An example of a digital combining embodiment, a 500 msps broadband sampling of the LNB output could be filtered to produce a 500 msps output stream representing one or more transponder channels. Each transponder channel may be frequency translated to the desired new carrier frequency, then filtered to produce a single transponder signal that can be combined with other similarly selected transponder channels.

'576 Patent at 6:11-18

34

**'576** | **Digital Channel Stacking**

| Claim Term | Entropic's Construction | DTV's Construction[1] |
|---|---|---|
| "a transponder request [signal]… the transponder request signals"<br><br>"from the IRD . . . to the IRDs"<br><br>"a plurality of transponder signals… the transponder signal"<br>*(Claim 14)* | 1. Is not indefinite.<br><br>2. Plain and ordinary meaning. No construction necessary. | Indefinite |

[1]DISH joined in this construction

35

**'576**

## "a transponder request [signal] . . . the transponder request signals," "from the IRD . . . to the IRDs," and "a plurality of transponder signals . . . the transponder signal"

The '576 Patent discloses that multiple IRDs may reside at a premises and each IRD communicates a transponder request signal



'576 Patent at Fig. 2 (annotated)

**'576**

"a transponder request [signal] . . . the transponder request signals," "from the IRD . . . to the IRDs," and "a plurality of transponder signals . . . the transponder signal"

Case 2:23-cv-00773-JWH-KES · Document 36-1 · Filed 07/14/23 · Page 38 of 72 · Page ID #:846

The '576 Patent discloses that multiple IRDs may reside at a premises and each IRD communicates a transponder request signal

decoder (IRD) **180** located inside the building. **IRDs** are commonly called set top boxes (STBs) arising from their typical installed location on top of TV sets. The LNB **140** converts the signal transmitted by a satellite in Earth orbit, for example C band, Ku band, or another frequency band, to a lower intermediate frequency (IF) suitable for transmission through coax inside a building. For example, L band IF (950 to 1450 MHZ) with RG-6 or RG-11 coax cable is commonly used. The IRD **180** tunes one transponder channel, demodulates the IF signal from the LNB down to base band, provides channel selection, conditional access, decodes the digital data to produce a video signal, and generates an RF output to drive a television.

'576 Patent at 1:31-43

Each IRD communicates the channels it needs to receive, directly or indirectly, to the signal selector. This information is used to select the transponder channel to combine in the signal selector output signal, the ODU downlink. New IRD

'576 Patent at 3:10-13

37

'576

"a transponder request [signal] . . . the transponder request signals," "from the IRD . . . to the IRDs," and "a plurality of transponder signals . . . the transponder signal"

Claim 14 uses singular/plural consistently across the claim language



14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

\* \* \*

**Context**: each IRD

**Allows for:** multiple IRDs

'576 Patent at Claim 14

38

**'576**

**"a transponder request [signal] . . . the transponder request signals," "from the IRD . . . to the IRDs," and "a plurality of transponder signals . . . the transponder signal"**

Case 2:23-cv-00773-JWH-KES   Document 252-1   Filed 07/14/23   Page 40 of 77   Page ID #:9410

## Claim 14 uses singular/plural consistently across the claim language

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

   communicating a transponder request to the ODU from the IRD;

   in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

   combining *extracted* selected transponder signals into a composite signal;

   transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

| Context: a particular IRD | Context: the ODU |
|---|---|
| **an IRD**<br>**the IRD**<br>a particular one<br>of one or more | The ODU is able to communicate with **multiple IRDs** |
| **a transponder request**<br>SINGULAR | **the transponder request signals**<br>(from any IRD)<br>PLURAL |
| **the transponder signal**<br>(being returned to the IRD)<br>SINGULAR | **a plurality of transponder signals**<br>(for any IRD)<br>PLURAL |

# '715 Patent

## Advanced Gateway

**'715** | **Advanced Gateway**

| Claim Term | Entropic's Construction | DISH's Construction[1] |
|---|---|---|
| "RF signals"<br>*(Claim 9)* | Plain and ordinary meaning. No construction necessary. | "==analog carrier== RF signals" |

[1]DTV joined in this construction

# No legal pathway leads to DISH's construction

- DISH defines "RF signals" as "analog carrier RF signals"
- DISH offers no dictionary or other support that this is the plain meaning
- Lexicography is not even argued
- DISH argues that references to RF signals in the specification occurs in connection with analog embodiments, and this somehow limits the claim
- It is not plausible that the Patentee abandoned coverage of the digital option without ever mentioning "analog" or "not digital" or anything of the sort

**'715**   |   **"RF signals"**

# RF (radio frequency) in the claim – no mention at all of analog

9. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

    a gateway in communication with the ODU and at least one set top box (STB);

    a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

    a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claim 9

43

**Analog/Digital has nothing to do with frequency,**
**Analog/Digital signals differ in <u>representation</u>:**



<span style="color:red">**Analog Signal**</span>                    <span style="color:blue">**Digital Signal**</span>

**Frequency is a <u>different</u> property**
**(here, both the analog and digital form have the <u>same</u> frequency—**
**indeed they are the same signal)**

44

**'715**  |  **"RF signals"**

# The claim itself places the focus on <u>frequency</u> (not analog or digital form):

**9.** A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of <u>shifting the selected transponder signals to new carrier frequencies to produce RF signals;</u> and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claim 9

FIG. **5** shows a diagram of the frequency spectrum of individual LNB output signals and the frequency spectrum of the composite RF signal comprising selected transponder signals in accordance with the present invention.

'715 Patent at 3:54-57

**Frequency is the claim's focus because there cannot be overlap in the composite signal:**



'715 Patent at Fig. 5 (annotated)

**'715** | **"RF signals"**

# DISH's argument:

Br. at 25–26.)  The citations simply demonstrate that the '715 patent discloses these operations can sometimes be performed in the digital domain.  But not every embodiment in the specification needs to be incorporated where a claim is "clearly limited" to a subset of the embodiments.  *See TIP Sys.*, 529 F.3d at 1373–75.  Because the discussion of "RF" and "RF signals" in the '715 patent refers to analog signals, a POSITA would understand these claims to cover these embodiments in particular, as reflected in DISH's proposed construction.  (*See* Ex. B ('715 patent) at 1:40–45, 2:12–25, 3:54–58, 6:55–57, 10:55–60.)[14]

Defendants' Response Brief (ECF No. 252) at 20

47

**'715**  |  **"RF signals"**

# RF (radio frequency) in the claim:

**Produced by translating frequency**

**9.** A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband wherein the composite signal is tra way and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

**Combined into composite signal**

'715 Patent at Claim 9

48

- **The frequency translation step of the claim unambiguously includes both digital and analog methods:**

Referring again to FIG. **3**, the selected transponder channel is then frequency translated to a new carrier frequency. The selected and frequency translated digital signal is converted to an analog signal using a D/A converter for the I and Q components. One approach is to convert the digitally filtered signal to the analog domain using a D/A converter **350**, then using a quadrature modulator with mixers **360**, phase splitter **388**, LO **386**, and summer **380**. Alternatively, this can be done by a digital mixing operation where a rotating phasor is multiplied by the data samples to translate their frequency, then converting the frequency shifted digital signal to an analog signal with a D/A.

'715 Patent at 5:26-37

Alternatively, a single transponder channel can be selected by translating the spectrum down in frequency to place the selected channel at base band then applying a low pass filter transfer function to isolate a single channel. The translation can be done by a digital mixing operation wherein the sample data is multiplied by a data sequence representing a carrier frequency. A post-mixing filter rejects the undesired mixing terms.

'715 Patent at 5:42-49

Two basic approaches to combining are possible. One approach is to combine digitally filtered signals in the digital domain. This can be achieved with all filtered transponder channels to be combined presented at a sample rate equal to the composite output rate. The other approach is to combine

'715 Patent at 5:63-67

An example of a digital combining embodiment, a 500 msps broadband sampling of the LNB output could be filtered to produce a 500 msps output stream representing one or more transponder channels. Each transponder channel may be frequency translated to the desired new carrier frequency, then filtered to produce a single transponder signal that can be combined with other similarly selected transponder channels.

'715 Patent at 6:6-12

- **The combining step of the claim unambiguously includes both digital and analog methods:**

> Two basic approaches to combining are possible. One approach is to combine digitally filtered signals in the digital domain. This can be achieved with all filtered transponder channels to be combined presented at a sample rate equal to the composite output rate. The other approach is to combine the selected signals in the analog domain. This leads to two

'715 Patent at 5:63-67

FIG. **5** shows a diagram of the frequency spectrum of individual LNB output signals and the frequency spectrum of ==the composite RF signal== comprising selected transponder signals in accordance with the present invention.

'715 Patent at 3:54-57



FIG. 5

- **Fig. 5 depicts the composite "RF signal" as combined**

  Why is the composite signal "RF"? Because it is located at <u>Radio Frequencies</u>, not baseband: *e.g.*, 950-1450 MHz, not 0 MHz

- **<u>Nothing</u> in the description limits Fig. 5's "RF signal" to analog**

  - **In fact, Fig. 5 is the result of the combining processes explicitly described as either digital <u>or</u> analog**

'715 | "RF signals"

- **The composite signal of Fig. 5 created by combining**
- **The combining may be either digital or analog**
- **Fig. 13 illustrates the digital example**

Two basic approaches to combining are possible. One approach is to combine digitally filtered signals in the digital domain. This can be achieved with all filtered transponder channels to be combined presented at a sample rate equal to the composite output rate. The other approach is to combine the selected signals in the analog domain. This leads to two

'715 Patent at 5:63-67

**Option 1: Digital ('715 Patent at 6:6-45)**

An example of a digital combining embodiment, a 500 msps broadband sampling of the LNB output could be filtered to produce a 500 msps output stream representing one or more transponder channels. Each transponder channel may be fre-

FIG. **13**

FIG. **17**

**Option 2: Analog (starts at 6:45)**

An example of an analog-combining embodiment, the digital filters may have an output sample rate that differs from the input sample rate. This can be inherent in the filtering

'715 Patent at cols. 5-6

52

# Fig. 13 (showing the digital example), depicts the signal the same way as depicted in Fig. 5:



**Combined/ Composite Signal**

**<u>Nothing</u> limits the "Composite RF signal" ('715 Patent at 3:56) of Fig. 5 to analog**

53



'715 Patent at Fig. 2 (annotated)





**Digital Signal**

**Analog Signal**

# The intrinsic record strongly rejects a limitation to analog only

- The specification unambiguously discloses both digital and analog processes for the implicated steps of the claim
- The claim focus is on frequency, not form (digital/analog)
- The claimed signals are at Radio Frequency, as opposed to baseband, because they are translated to carrier frequencies
- It is not plausible that the Patentee abandoned coverage of the digital option without ever mentioning "analog" or "not digital" or anything of the sort

**'715** | **Advanced Gateway**

| Claim Term | Entropic's Construction | Defendants' Construction |
|---|---|---|
| "decodes specific programs" *(Claim 9)* | 1. Is not indefinite.<br><br>2. Plain and ordinary meaning. No construction necessary. | Indefinite |

**9.** A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

*   *   *

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claim 9

## Defendants' Expert understands decoding

Q.  Well, you've given three types of things you think are decoding, correct, which is descrambling, receive signal, demodulating and receive signal multiplexing; correct?

A.  Those are all types.  Yeah, those are all functions that can be included in a decoder.

Steffes Tr. (Ex. 7 to ECF No. 233) at 90:20-25

Q.  And Dr. Schonfeld gives examples of what he believed -- believes decode can refer to; is that correct?

A.  That's correct.

Q.  And like you, he says decode is a broad term; correct?

A.  That is correct.

Q.  And are the examples that he gives: descrambling, demodulating and demultiplexing, are those consistent of examples of decoding that you provided in your declaration?

A.  Yes.

Steffes Tr. (Ex. 7 to ECF No. 233) at 115:13-24



"[A] claim is not indefinite just because it is broad."

*Niazi Licensing Corp. v. St. Jude Med. S.C., Inc..*, 30 F.4th 1339, 1347 (Fed. Cir. 2022)

**'715**  |  **"decodes specific programs"**

## Defendants' expert understands "specific programs"

Another aspect is that the portion of the claim -- this is 9E -- specifies certain functionality of the gateway, which as claimed includes decoding specific programs and distributing the programs over a local area network to the set-top boxes.  But again, I'm confused here because in my 40 years I understand that the signals, not the programs, are what get decoded.  So I'm not quite sure why you'd pass a program to the set-top boxes and then have them decoded.  I'm having a little trouble with the wording on this.  I just want to make that statement.

THE COURT:  Hold on a second.  So we have the glossary that you provided, and you talked about it had five different terms.  I don't see program within the glossary.  Is that kind of what you're saying?  It's a little unclear what program means?

MR. STEFFES:  Correct.

THE COURT:  Whether it's a television program or whether it's something else?

MR. STEFFES:  Yes.

Technical Tutorial Tr. at 82:18-83:11

IRD can descramble a received signal, demodulate it, and demultiplex a transponder signal to obtain a specific video stream, *e.g.*, an MPEG video of a television program—each of these is a form of decoding in the satellite signal distribution and processing context. U.S. Patent No. 6,493,873 to Williams, which

Steffes Decl. (Ex. 6 to ECF No. 233) at ¶ 87

Q.  I don't know if they need to be simultaneously delivered, but I'm just asking if you agree that the programs, whatever they are, that are decoded by the gateway are the same ones that are distributed over the LAN. Is that your understanding of claim 9?

A.  Yes, it is.

Steffes Tr. (Ex. 7 to ECF No. 233) at 95:21-96:2

**'715**  |  **Advanced Gateway**

| Claim Term | Entropic's Construction | Defendants' Construction |
|---|---|---|
| "[a digital] local area network"<br>*(Claim 9)* | Plain and ordinary meaning. No construction necessary. | "a group of devices at a single site connected by cables that allow a device in the network to interact with any other on the network" |

62

**'715** | **"[a digital] local area network"**

- Issues

  – Confused by "single site"

  – Confused by "interact"

  – Real Dispute: "connected by cables"

**'715** | **"[a digital] local area network"**

The specification supports the claimed LAN being a wireless network (i.e. "other LAN technology")

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claim 9

Also in FIG. **11**, server/gateway **1160** receives the composite transponder signal, decodes specific programs, and distributes the program information in packetized MPEG over a digital local area network (LAN) **1170** to STBs **1180**. Ethernet or other LAN technology is suitable for this function.

'715 Patent at 9:44-48

## Wireless LANs were **known** in the art at the date of the invention

Defendants' cited dictionary
has a definition of "wireless LAN"

**wireless LAN** *n.* A LAN (local area network) that sends and receives data via radio, infrared optical signaling, or some other technology that does not require a physical connection between individual nodes and the hub. Wireless LANs are often used in office or factory settings where a user must carry a portable computer from place to place. *Also called:* WLAN.

Ex. 11 to ECF No. 253, Microsoft Dictionary, 3rd ed. (1997) at 510

IEEE released the 802.11, 802.11a and 802.11b
versions of the Wi-Fi networking standards **before** 2001



- 802.11b-1999 - *January 20, 2000*

- 802.11a-1999 - *December 30, 1999*

- 802.11-1999 - *November 30, 1998*

Ex. 8 to ECF No. 233 at 8

**'715**  |  **"[a digital] local area network"**

Wireless LANs were **known** in the art at the date of the invention (Nov. 2001)

Defendants' expert **concedes** Wireless LANS were known

> Q.  Do you agree that [wireless] was a known LAN technology in 2001?
>
> A.  It was a <mark>known technology</mark> for LANs at extremely low rates.

Steffes Tr. (Ex. 7 to ECF No. 233) at 113:3-13

66

**'715**   **"[a digital] local area network"**

## Defendants' final argument is a pseudo-enablement argument that is legally erroneous

| | |
|---|---|
| 8 | The fact that early types of wireless technology (such as Wi-Fi) existed at the time |
| 9 | of filing of the '715 patent (as Entropic argues) does not mean that "LAN," as used in the |
| 10 | '715 patent, includes those technologies.   Indeed, Dr. Steffes's testimony shows why |
| 11 | "LAN," as used in the claims, cannot refer to wireless technologies.  Although Dr. Steffes |
| 12 | testified that wireless LAN technology was known in 2001, as Entropic points out (*see* |
| 13 | Pltf's Br. at 22–23 (citing Ex. 7)), he gave unrebutted testimony that data rates of wireless |
| 14 | LAN technology were insufficient as of the filing of the '715 patent to be able to distribute |
| 15 | programs wirelessly (*see id.*, Ex. 7 at 112:13–19, 113:6–8)—testimony Entropic simply |
| 16 | ignores.  Taken as a whole, Dr. Steffes's testimony only confirms that one skilled in the |
| 17 | art would not have considered the '715 patent to disclose wireless LAN technology for |
| 18 | distributing programs to STBs. |

Defendants' Response Brief (ECF No. 252) at 27

**'715** | **"[a digital] local area network"**

## Defendants' expert conflicts with Defendants' arguments



Q. At what point in time would it have been ==fast enough to implement== this invention?

A. I would think around 2006 or '-7, about the time the -- it would be about the time that the ==ieee 802.11 A, as in alpha,== standard became widely available in hardware.

Q. And 802 -- ieee 802.11 is the wifi standard?

A. There are a whole number of 802.11 standards, and the first one that received wide acceptance was the B format, B as in bravo, but that could not support these sorts of ==data rates necessarily for delivery of video, so we went -- there was an 802.11 A== which was implemented later than B, in the vast majority, and that ==had much more data capacity that would be compatible with video.==

Since, of course, life has changed, and 802.11 G, as in golf, provides a much higher data rate for the wireless LANs.

Q. ==And the 802.11-A standard was adopted in '99?==

A. ==The standard was,== but it was not readily available for quite a while and was considered -- it was not readily available most -- it was only supported by a limited number of wireless cards.

Q. ==When the standard was adopted, there would have been the availability to make an 802.11 A capable system?==

A. ==It would have been prototypical== since the standards were usually created before hardware was developed to implement them.

Steffes Tr. (Ex. 7 to ECF No. 233) at 114:1-115:7

68



"The district court explained that if datalink was not limited to a wired link, and in particular, if the term were construed to 'include wireless communication,' the claim would not be enabled. Enablement concerns do not justify departing from the plain and ordinary meaning of 'datalink.' Where the meaning of a claim term is clear, as it is here, we do not rewrite the claim to preserve its validity."

*Hill-Rom Services, Inc. v. Stryker Corp.,* 755 F.3d 1367, 1374 (Fed. Cir. 2014)

'008 Patent

*Remote Monitoring*

**'008** | **Remote Monitoring**

| Claim Term | Entropic's Construction | DISH's Construction[1] |
|---|---|---|
| "a source of said received signal" *(Claims 3, 11)* | Plain and ordinary meaning, which means "the entity responsible for providing the received signal, including any of its equipment" | "the equipment, e.g., a cable headend or satellite transmitter, that transmitted the received signal" |

[1]DTV joined in this construction

**'008**  |  **"a source of said received signal"**



'008 Patent at Fig. 1C (annotated)

The determined characteristic is reported back to the WAN of the entity responsible for providing the received signal via the broadband connection

assembly **172** (via cable(s) **184**). The gateway and may transmit data onto and receive data from the WAN **192** (via broadband connection **188**). The gateway **196** may transmit data to and receive data from user equipment **128** and **126** (via one or more connections **186**).

'008 Patent at 5:7-11

**'008** | **"a source of said received signal"**



'008 Patent at Fig. 1C (annotated)

**Defendants' construction is:**

- directly **contravened** by the specification
- **contradicted** by Defendants' expert

**'008** | **"a source of said received signal"**

Defendants' expert **agrees** that the source of the received signal could be the satellite operator

> Q.  Now, did you consider for the '08 patent
> whether the source of the received signal could be
> the cable operator or the satellite operator?
> A.  Yes.
> Q.  And do you think it could be?
> A.  The source could be either, yes.

Steffes Tr. (Ex. 7 to ECF No. 233) at 127:25–128:5

Defendants' expert **agrees** that the determined characteristic is reported to the source via the Internet

> Now, for a satellite system, as you've seen previously -- this figure is from the patent -- there is a satellite dish, of course, which receives with the help of the feed horns the signal from the satellite, and then that is provided to the individual set-top box within the house, and then also information regarding the performance of the link is sent.
>
> You asked about this earlier, the wide area network, which is really essentially internet, is used to provide feedback to the satellite uplink source regarding the performance of the link.

Tech Tutorial Tr. at 66:19-67:4

# Thank You