1 | DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
2 | LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
3 | El Dorado Hills, CA 95762
Telephone: (916) 243-5259
4 | Facsimile: (916) 404-0436

5

6

7

8        UNITED STATES DISTRICT COURT
         CENTRAL DISTRICT OF CALIFORNIA
9              SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,    )   Case No. 2:22-cv-07775-JWH-JEM
11         Plaintiff,                )      (Lead Case)
                                     )
12      v.                           )   Case No. 2:22-cv-07959-JWH-JEM
                                     )      (Member Case)
13 DIRECTV, LLC and AT&T SERVICES,   )
   INC.,                             )   Hon. David O. Carter
14         Defendants.                )   Special Master David Keyzer
   _____ )
15                                   )
   ENTROPIC COMMUNICATIONS, LLC,    )   **NOTICE OF**
16         Plaintiff,                )
                                     )   **SPECIAL MASTER ORDER**
17      v.                           )
                                     )
18 DISH NETWORK CORPORATION,         )
   DISH NETWORK LLC, and DISH        )
19 NETWORK SERVICE LLC,              )
           Defendants.                )
20                                   )

NOTICE OF SPECIAL MASTER ORDER - 1

1    Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2    David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), the Special

3    Master attaches hereto the Special Master Order No. SM-1.

6    Dated: July 12, 2023            By:    /s/ David Keyzer

         David Keyzer
         California Bar No. 248585
         david@keyzerlaw.com
         LAW OFFICE OF DAVID KEYZER, P.C.
         5170 Golden Foothill Parkway
         El Dorado Hills, CA 95762
         Telephone: (916) 243-5259
         Facsimile: (916) 404-0436

         Special Master