| | |
|---|---|
| 1 | Jason C. Lo, SBN 219030 |
| 2 | jlo@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue, Suite 5400 |
|   | Los Angeles, CA  90071-3197 |
| 4 | Telephone:  213.229.7000 |
|   | Facsimile:   213.229.7520 |
| 5 | |
| 6 | **ATTORNEY FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.** |
| 7 | Matthew C. Bernstein, Bar No. 199240 |
|   | MBernstein@perkinscoie.com |
| 8 | PERKINS COIE LLP |
|   | 11452 El Camino Real, Ste 300 |
| 9 | San Diego, California 92130-2080 |
| 10 | Telephone:  +1.858.720.5700 |
|    | Facsimile:   +1.858.720.5799 |
| 11 | |
| 12 | **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |
| 13 | *Additional Counsel Listed on Signature Block* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07775-JWH-KES |
|  Plaintiff, | No. 2:22-cv-07959-JWH-KES |
|  v. | **DEFENDANTS' JOINT NOTICE OF LODGING OF DEFENDANTS' CLAIM CONSTRUCTION SLIDES PRESENTED JULY 11, 2023** |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
|  Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | Claim Construction Hearing: |
|  Plaintiff, | Date: July 11, 2023 |
|  v. | Time: 10:00 AM |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | Crtm:  9D (Ronald Reagan Bldg.) |
|  Defendants. | Hon. John W. Holcomb |

PLEASE TAKE NOTICE that Defendants DIRECTV, LLC, AT&T Services, Inc., DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. hereby lodge Exhibit A, containing Defendants' claim construction presentation as presented before the Court during the July 11, 2023 claim construction hearing.

Dated: July 12, 2023

By: /s/ Jason C. Lo

Jason C. Lo, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Benjamin Hershkowitz (*pro hac vice*)
bhershkowitz@gibsondunn.com
Katherine Q. Dominguez (*pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Brian Buroker (*pro hac vice*)
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.955.8500

Nathan R. Curtis (*pro hac vice*)
ncurtis@gibsondunn.com
Audrey Yang (*pro hac vice*)
ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

By: /s/ Amanda Tessar

MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (*pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

Adam G. Hester, Wisconsin 1128794
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
Tel: +1.650.838.4311
Fax: +1650.838.4350

**ATTORNEYS FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.**

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**