# EXHIBIT A



# ENTROPIC COMMUNICATIONS, LLC
## v.
# DIRECTV, LLC and DISH NETWORK CORP. et al.

---

No. 2:22-cv-07775-JWH-JEM

Before the Honorable John W. Holcomb

## Defendants' Joint Markman Presentation

# Table of Contents

## '576 Patent

"digitizing the plurality of satellite broadband signals"...................................................Tab 1

"integrated receiver decoder (IRD)"...................................................Tab 2

"selected [and extracted] transponder channel[s]"...................................................Tab 3

"transponder request signals"...................................................Tab 4

"a transponder request [signal] . . . the transponder request signals" /
"from the IRD . . . to the IRDs" / "a plurality of transponder signals . . . the transponder signal"..........Tab 5

## '715 Patent

"RF signals"...................................................Tab 6

"decodes specific programs"...................................................Tab 7

"local area network"...................................................Tab 8

## '008 Patent

"a source of said received signal"...................................................Tab 9

# TAB 1

# "digitizing the plurality of satellite broadband signals"

## '576 Patent (Claim 14)

| Joint Proposal | Entropic's Proposal |
|---|---|
| "digitizing the complete bands of satellite broadband signals received at the ODU" | **Original:** Plain and ordinary meaning. No construction necessary.<br><br>*Revised: Plain and ordinary meaning, which means "digitizing the complete bands of satellite broadband signals"* |

# Summary of Argument

| 1 | Must apply to the satellite broadband signals **received at the outdoor unit** (ODU) |
|---|---|
| 2 | Must digitize the **complete bands** of the satellite broadband signals |

# Summary of Argument

| 1 | Must apply to the satellite broadband signals ==received at the outdoor unit== (ODU) |
|---|---|
| 2 | Must digitize the **complete bands** of the satellite broadband signals |

# The Claim Language Supports Defendants' Construction

14. A method of communicating a plurality of transponder signals from ==a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals== to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

==in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals,== wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

**Callout (top right):** The ODU **receives** a plurality of satellite broadband signals

**Callout (left):** **"The"** satellite broadband signals which were received at the ODU are the ones that are digitized

**Callout (right):** The transponder signals are selected and extracted from "the **received** digitized satellite broadband signals"

# Entropic Agrees That the Preamble Provides the Antecedent Basis



**Plaintiff's Opening Claim Construction Brief**

As an initial matter, starting with claim 14 itself, ==the term "the plurality of satellite broadband signals" derives its antecedent basis from the preamble,== which states in part, "a satellite outdoor unit (ODU) that receives *a plurality of satellite broadband signals*." *Id.* ==The disputed "satellite broadband signals" therefore *are* the signals that are received by the satellite ODU,== so importing "received at the ODU" into the construction is unnecessary. *Id.* Whatever satisfies "a plurality of satellite broadband signals" in the

Plf. Open CC Br. (ECF 233) at 11

## Entropic agrees

# Applicant Knew How to Claim the LNB Signals

1. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) signals from a satellite outdoor unit (ODU) over a coaxial cable to an integrated receiver decoder (IRD) comprising:

a signal selector that ==receives a plurality of broadband LNB signals== comprising a plurality of transponder signals *and digitizes the received broadband LNB signals*, the signal selector is responsive to transponder select information transmitted by an IRD and selects a plurality of transponder signals *in the digital domain* from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is [capable of shifting] *configured to shift* the selected transponder signals to new carrier frequencies *and a converter configured to convert the shifted selected transponder signals* to produce RF signals; and

a signal combiner *communicatively* coupled to at least one frequency translator [capable of combining], *the combiner configured to combine* at least two *of the shifted selected* RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted on the coaxial cable;

whereby the composite signal is transmitted to the IRD.

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that ==receives a plurality of satellite broadband signals== to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claims 1, 14

# Entropic Elevates Specification Disclosure Above Express Claim Language

Case 2:23-cv-01043-JWH-KES Document 282-1 Filed 07/12/23 Page 11 of 154 Page ID #:9358



*SuperGuide Corp. v. DIRECTV Enters., Inc.*, 358 F.3d 870, 875 (Fed. Cir. 2004)

"Specifications teach.  Claims claim."

# Entropic Admits the LNB Outputs Are Not Satellite Broadband Signals



**Plaintiff's Response Claim Construction Brief**



Plf. Resp. CC Br. (ECF 253) at 5

'576 Patent: "digitizing the plurality of satellite broadband signals"

8

# '576 Patent Not Limited To Embodiment With LNB



**'576 Patent**

> Referring to FIG. 1, a satellite receiver outdoor unit (ODU) **110** typically comprises a dish antenna **150**, one or more antenna feed horns **130**, one or more low noise amplifier and block down converters (LNB) **140**, and an optional multiport cross point switch **160**. Dish **150** collects

'576 Patent at 1:19-23

> Several variations in architecture are possible using the present invention. At each stage in the signal path, alternatives are available for implementation. Specific functions

'576 Patent at 10:60-62

# Signal Received at the ODU Need Not be Downconverted



**Petruzzelli**



U.S. Pat. No. 5,959,592 incorporated herein by reference, by Petruzzelli addresses combining both the left hand cir-

It is always a major concern to minimize these losses and to do it in an economical manner. As a result, it has been found that it is more economical and provides better results, <mark>if the frequency of the incoming received RF signal is down converted</mark> from the received microwave or ultra high frequency source to a lower intermediate frequency which can be transmitted more easily and efficiently over lower cost coaxial cable. As a result, various methods have been

**. . . Therefore, the satellite broadband signals are signals received at the ODU**

Ex. J (Petruzzelli) at 2:5-12; '576 Patent at 2:34-35

# Incorporation by Reference Makes it Part of the Intrinsic Record

Case 2:22-cv-02775-JWH-KES Document 28-1 Filed 09/14/22 Page 15 of 154 Page ID #:500



***Adv. Display Sys., Inc. v. Kent State Univ.***, 212 F.3d 1272, 1282 (Fed. Cir. 2000)

"Incorporation by reference provides a method for integrating material from various documents into a host document—a patent or printed publication . . ."

# Applicant Knew How to Claim the LNB Signals

Case 2:23-cv-00775-JWH-KES Document 882-1 Filed 07/05/23 Page 16 of 154 Page ID #:6683

1. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) signals from a satellite outdoor unit (ODU) over a coaxial cable to an integrated receiver decoder (IRD) comprising:

a signal selector that **receives a plurality of broadband LNB signals** comprising a plurality of transponder signals *and digitizes the received broadband LNB signals,* the signal selector is responsive to transponder select information transmitted by an IRD and selects a plurality of transponder signals *in the digital domain* from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is [capable of shifting] *configured to shift* the selected transponder signals to new carrier frequencies *and a converter configured to convert the shifted selected transponder signals* to produce RF signals; and

a signal combiner *communicatively* coupled to at least one frequency translator [capable of combining], *the combiner configured to combine* at least two *of the shifted selected* RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted on the coaxial cable;

whereby the composite signal is transmitted to the IRD.

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that **receives a plurality of satellite broadband signals** to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claims 1, 14

# Applicant Knew How to Claim the LNB Signals

1. A signal distribution system for distributing a plurality of video programs from a satellite outdoor unit (ODU) over a digital network comprising:

a signal selector that ==receives broadband LNB signals== comprising a plurality of transponder channels, the signal selector is responsive to transponder information transmitted over the digital network, and selects at least one transponder channel from the broadband LNB signal based on the transponder select information;

at least one transport stream demultiplexer coupled to the signal selector to extract a specific video program from the transponder channel;

a data combiner coupled to the transport stream demultiplexers to combine video programs and produce a multiplexed signal;

wherein the multiplexed signal is formatted for transmission on the digital network and the digital network connects to the ODU.

9. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that ==receives a plurality of broadband LNB signals== comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claims 1, 9

'576 Patent: "digitizing the plurality of satellite broadband signals"

13

# Applicant Knew How to Claim the LNB Signals

Case 2:23-cv-02775-WLH-PLA Document 182-1 Filed 02/03/25 Page 18 of 154 Page ID #:8082



**Intamin Ltd. v. Magnetar Techs., Corp.,** 483 F.3d 1328, 1337 (Fed. Cir. 2007)

"[T]his court has acknowledged that a claim need not cover all embodiments. . . . A patentee may draft different claims to cover different embodiments."

# The Term Must Be Read in Context



***Intel Corp. v. Qualcomm Inc.,***
21 F.4th 784, 791-93
(Fed. Cir. 2021)

**"radio frequency input signal":**
Court concluded the phrase referenced "incoming carrier signals before downconversion" and not as the output of the downconversion.

## Received Broadband Signals Are Specific . . .

# Entropic Agrees with Defendants' Construction



**Plaintiff's Opening Claim Construction Brief**

| | |
|---|---|
| **1** | Must apply to the satellite broadband signals **received at the outdoor unit** (ODU) |
| **2** | Must digitize the **complete bands** of the satellite broadband signals |

As an initial matter, starting with claim 14 itself, the term "the plurality of satellite broadband signals" derives its antecedent basis from the preamble, which states in part, "a satellite outdoor unit (ODU) that receives *a plurality of satellite broadband signals*." *Id.* The disputed "satellite broadband signals" therefore *are* the signals that are received by the satellite ODU, so importing "received at the ODU" into the construction is unnecessary. *Id.* Whatever satisfies "a plurality of satellite broadband signals" in the prior element, applies to the present element as well, as clear antecedent basis. *Id.*

Plf. Open CC Br. (ECF 233) at 11

**Entropic agrees**

# Summary of Argument

| 1 | Must apply to the satellite broadband signals **received at the outdoor unit** (ODU) |
|---|---|
| **2** | Must digitize the **complete bands** of the satellite broadband signals |

# The Claim Language Supports Defendants' Construction



***ACTV, Inc. v. Walt Disney Co.,***
346 F.3d 1082, 1088
(Fed. Cir. 2003)

The claim construction inquiry "must begin, and remain centered, on the language of the claims themselves."

# The Claim Language Supports Defendants' Construction

**14.** A method of communicating a plurality of transponder signals from <mark>a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals</mark> to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

<mark>in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals,</mark> wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

The ODU "**receives**" a plurality of satellite broadband signals

Digitizing "**the**" satellite broadband signals must be the *entirety* of what was received

Only after digitizing the entirety of what was "**received**" is any "selecting and extracting" performed

# The Claim Language Supports Defendants' Construction

Case 2:23-cv-02775-JWH-KES   Document 282-1   Filed 07/12/23   Page 24 of 154   Page ID
#:8453

**14.** A method of communicating a plurality of transponder signals from <mark>a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals</mark> to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, <mark>*digitizing the plurality of satellite broadband signals,*</mark> selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.



'576 Patent at Claim 14, Fig. 2

'576 Patent: "digitizing the plurality of satellite broadband signals"

20

# The Specification Supports Defendants' Construction





'576 Patent at Figs. 2, 3

# The Specification Supports Defendants' Construction



**'576 Patent**

> The A/D digitizes the **entire** LNB output signal; therefore **all** transponder channels are available in the sampled data. More than one transponder channel may be selected from the A/D data to be combined in the composite signal. When all A/D are powered up any combination of transponder channels from any LNB output can be combined into the composite signal for distribution to the gateway and STBs.

'576 Patent at 7:25-30

# Statements Made During Reexam Can Be Considered



**_Krippelz v. Ford Motor Co._,** 667 F.3d 1261, 1267 (Fed. Cir. 2012)

"[Patentee's] statements are of course now part of the intrinsic record."

# The Prosecution History Supports Defendants' Construction

**'576 Reexam**

These features of digitizing the broadband signal and performing channel selection in the digital domain represent a significant departure from the prior art at the time of the invention, which only taught operating in the RF and IF domains. Moreover, the digitization of the broadband signal – *i.e.*, digitizing a complete band – is not obvious in light of the prior art because broadband digitization results in an architecture that is substantially different from that achievable through conventionally known technologies such as those found in the cited art. These differences in architecture represent a significant departure from conventional implementations. For example, digitization of the broadband signal prior to channel selection enables an architecture that can be implemented without the costly, large and maintenance-intensive matrix switches. It also allows for simplification of translation, and channel selection (filtering). Also, digitizing a complete band allows the avoidance of channel-by-channel digitization, which would require duplication of hardware to perform this digitization for each channel. As yet another distinction, prior art teachings, such as IF-IF conversion require down conversion and up conversion, which requires multiple local oscillators. Digitizing the broadband signal allows frequency translation to be performed using digital mixing without requiring multiple local oscillators to convert a transponder channel to its position in the composite signal.

Ex. D, Response to Non-Final Office Action at 49-50 (Aug. 14, 2008); *see also* Ex. D. at 52-53

# The Use of "i.e." Signifies a Definition



***TF3 Ltd.***
***v.***
***Tre Milano, LLC,***
894 F.3d 1366, 1372
(Fed. Cir. 2018)

"The usage of 'i.e.' ('id est' or 'that is'), signals an intent to define the word to which it refers."



***Intex Rec. Corp.***
***v.***
***Team Worldwide Corp,***
860 F. App'x 717, 722
(Fed. Cir. 2021)

"We have held that an applicant's use of the term, 'i.e.,' in a definitional way with respect to a claim term may limit the claim scope . . ."

Case 2:22-cv-07775-JWH-JEM   Document 234-4   Filed 05/12/23   Page 41 of 77   Page ID
#:2304

**'576 Reexam**

These features of digitizing the broadband signal and performing channel selection in the digital domain represent a significant departure from the prior art at the time of the invention, which only taught operating in the RF and IF domains. Moreover, the digitization of the broadband signal – *i.e.*, digitizing a complete band – is not obvious in light of the prior art because broadband digitization results in an architecture that is substantially different from that achievable through conventionally known technologies such as those found in the cited art. These differences in architecture represent a significant departure from conventional implementations. For example, digitization of the broadband signal prior to channel selection enables an architecture that can be implemented without the costly, large and maintenance-intensive matrix switches. It also allows for simplification of translation, and channel selection (filtering). Also, digitizing a complete band allows the avoidance of channel-by-channel digitization, which would require duplication of hardware to perform this digitization for each channel. As yet another distinction, prior art teachings, such as IF-IF conversion require down conversion and up conversion, which requires multiple local oscillators. Digitizing the broadband signal allows frequency translation to be performed using digital mixing without requiring multiple local oscillators to convert a transponder channel to its position in the composite signal.

Ex. D, Response to Non-Final Office Action at 49-50 (Aug. 14, 2008); *see also* Ex. D. at 52-53

# Entropic's Citation to *Dayco* Supports Defendants' Position

Case 2:22-cv-00795-JWH-KES   Document 291-1   Filed 07/13/23   Page 31 of 154   Page ID #:5918



**Dayco Prod., Inc. v. Total Containment, Inc.,** 258 F.3d 1317, 1327-28 (Fed. Cir. 2001)

*Dayco* stands for the noncontroversial proposition that "plurality" may mean "two or more items," but the Federal Circuit specifically noted that this common meaning would only apply "absent some indication to the contrary."

**Defendants offered many "indications to the contrary" why "plurality" here does not simply mean "two or more items"**

# Entropic Agrees with Defendants' Construction



**Plaintiff's Responsive Claim Construction Brief**

| 1 | Must apply to the satellite broadband signals received at the outdoor unit (ODU) |
|---|---|
| **2** | Must digitize the **complete bands** of the satellite broadband signals |

Here the crucial phrase is "received at the ODU." It is apparent after the opening briefing that the parties do not truly dispute the meaning of "satellite broadband signals." Defendants argue they mean nothing more by "the complete bands" than is meant by the applicant in discussing digitization of "satellite broadband signals" in the file history. (*See* Defs. Br. at 13–14.) That discussion is consistent with digitizing the

Plf. Resp. CC Br. (ECF 253) at 4

## Entropic agrees

# TAB 2

# "integrated receiver decoder (IRD)"

'576 Patent (Claims 14, 18, 19, 21, 22, 41)

| DIRECTV's Proposal | Entropic's Proposal |
|---|---|
| "device capable of at least receiving and decoding data and generating an output video signal" | **Original:** Plain and ordinary meaning. No construction necessary.<br><br>*Revised:  Plain and ordinary meaning, which means "device capable of receiving and decoding data and generating an output"* |

'576 Patent: "integrated receiver decoder (IRD)"

1

# Meaning of Term to a Person of Ordinary Skill in the Art

**Bd. of Trustees of Leland Stanford Junior Univ. v. Roche Molecular Sys., Inc.,** 528 F. Supp. 2d 967, 982 (N.D. Cal. 2007) (citing *United States Surgical Corp. v. Ethicon, Inc.*, 103 F.3d 1554, 1568 (Fed. Cir. 1997))

"The purpose of claim construction is to resolve disputed meanings and technical scope in order to aid the fact-finder."

# Unlikely a Lay Juror Has Heard of an "IRD"

## "integrated receiver decoder (IRD)"

'576 Patent (Claims 14, 18, 19, 21, 22, 41)

| DIRECTV's Proposal | Entropic's Proposal |
|---|---|
| "device capable of at least receiving and decoding data and generating an output video signal" | **Original:** Plain and ordinary meaning. No construction necessary.<br><br>***Revised:*** *Plain and ordinary meaning, which means "device capable of receiving and decoding data and generating an output"* |

**Provides necessary details regarding the meaning of this technical term to a POSITA at the time of the invention**

# Unlikely a Lay Juror Has Heard of an "IRD"

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to ==an integrated receiver decoder (IRD)== over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from ==the IRD;==

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to ==the IRDs,== wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

'576 Patent: "integrated receiver decoder (IRD)"

4

# Specification Supports DIRECTV's Proposed Construction

assemblies. The cross point switch **160** allows connection of the outdoor unit **110** to more than one integrated receiver decoder (IRD) **180** located inside the building. ==IRDs are commonly called set top boxes (STBs) arising from their typical installed location on top of TV sets.== The LNB **140** converts the signal transmitted by a satellite in Earth orbit, for example C band, Ku band, or another frequency band, to a lower intermediate frequency (IF) suitable for transmission through coax inside a building. For example, L band IF (950 to 1450 MHZ) with RG-6 or RG-11 coax cable is commonly used. ==The IRD **180**== tunes one transponder channel, demodulates the IF signal from the LNB down to base band, provides channel selection, conditional access, ==decodes the digital data to produce a video signal,== and generates an RF output to drive a television.



'576 Patent at 1:29-43, Fig. 2

'576 Patent: "integrated receiver decoder (IRD)"

5

# Specification Supports DIRECTV's Construction

used. The IRD **180** tunes one transponder channel, demodulates the IF signal from the LNB down to base band, provides channel selection, conditional access, decodes the digital data to produce a video signal, and generates an RF output to drive a television.

'576 Patent at 1:37-43

1000 MHz to 192 MHz. At the set top box (STB) the 128 QAM signal is demodulated and processed to produce an NTSC analog video signal sent to a television set.

'576 Patent at 2:23-25

FIG. **1** Shows a prior art configuration of a satellite TV installation.

FIG. **2** shows a satellite TV installation according to the present invention.

'576 Patent at 3:47-50

FIG. **11** shows a satellite TV installation according to the present invention providing compatibility with existing installed STBs and new STBs and using a server/gateway.

'576 Patent at 4:7-9

Referring to FIG. **2,** a satellite TV installation according to the present invention is shown. Signal selector **250**, part

'576 Patent at 4:28-29

late and decode the video and audio signals. Specific TV channels are located at new transponder frequencies. A

'576 Patent at 6:66-67

simplifying the design and lower cost. For example, a residential installation may typically have four television sets, some tuning only one channel at a time; others tune two channels in the case of picture in picture (PIP) or personal video recorder (PVR). This application would require 4 to 8 channels be distributed in the house simultaneously. A tuner

'576 Patent at 10:53-57

# Prior Art Incorporated By Reference Supports DIRECTV's Proposed Construction

U.S. Pat. No. 5,959,592 incorporated herein by reference,

'576 Patent at 2:34

through a coaxial cable 30. All of these input signals are connected to a combiner/distribution circuit 22 so that the RF signals are then distributed through appropriate cables to ==a plurality of IRD's 32–36 which,== in turn, ==are connected to a TV receiver or monitor 38–42.==

Ex. J (Petruzzelli) at 3:37-41

U.S. Pat. No. 6,134,419, incorporated herein by reference,

'576 Patent at 2:8

Each of the IRDs **30–40** receives the 32, QAM-modulated, 6 MHz-wide signals along with the terrestrial signals from the cable network 26 (or wireless channel) and demodulates at least a user-selected one of these signals. ==Each of the IRDs **30–40** then provides the demodulated user-selected signal(s) to an output device or processor, such as a television set (not shown), for display or processing thereby.==

Ex. K (Williams) at 7:1-8

'576 Patent: "integrated receiver decoder (IRD)"

7

# Even Applicant and Examiner Agreed with DIRECTV's Proposed Construction



**'576 Patent Reexamination File History**

transponder signals from satellite signals output by any one of the LNBs. The signal selector selects the transponder signals requested from each IRD, combines all of the selected transponder signals into a composite signal, then transits the composite signal, sent preferably over a single cable, and tunes its requested transponder signal <mark>for decoding and display on a television connected to the IRD.</mark> The composite signal changes based on collection of transponder select signals from each IRD .... [W]hereas in the applicant's invention and claim, the frequency translator operates on the signal output from the LNB[.]" <mark>(See: Amendment arguments 7/10/2006)</mark> Against this backdrop the examiner submits that these features are

Ex. D ('576 Patent Reexam. Office Action) at 006-007

# Extrinsic Evidence Supports DIRECTV's Proposed Construction



**Analog Dialogue**
1996

The received digitally coded TV signal must first be converted back to the traditional NTSC or PAL signal, capable of being understood by the standard TV. The settop box, or integrated receiver decoder (IRD), which interfaces (bridges the gap) between analog and digital worlds, implements these functions:
- Receive and demodulate digital signal (QAM/QPSK receiver)
- Decompress the digital data (MPEG-2 Decoder)
- Convert the digital data into standard TV Signal (NTSC/PAL digital video encoder).

Ex. L (Analog Dialogue) at 9

# Summary of Plaintiff's Flawed Arguments

Case 2:22-cv-07775-JWH-JEM   Document 82-1   Filed 07/13/23   Page 44 of 154   Page ID #:2313



| 1 | Entropic tries to parse the monolithic term IRD |
| 2 | Entropic misrepresents then relies on expert declarations over the intrinsic record |
| 3 | Entropic redefines IRD without support |
| 4 | Entropic claims an IRD ≠ STB, contradicting the specification |
| 5 | Entropic mistakenly claims Defendants argue lexicography |

# Summary of Plaintiff's Flawed Arguments



| 1 | **Entropic tries to parse the monolithic term IRD** |
|---|---|
| 2 | Entropic misrepresents then relies on expert declarations over the intrinsic record |
| 3 | Entropic redefines IRD without support |
| 4 | Entropic claims an IRD ≠ STB, contradicting the specification |
| 5 | Entropic mistakenly claims Defendants argue lexicography |

# The Term Must Be Read in Context



***Intel Corp. v. Qualcomm Inc.,***
21 F.4th 784, 791-93
(Fed. Cir. 2021)

The Federal Circuit reiterated that "it is not always appropriate to break down a phrase and give it an interpretation that is merely the sum of its parts."

## IRD is not merely "integrated+receiver+decoder"

# Summary of Plaintiff's Flawed Arguments

| 1 | Entropic tries to parse the monolithic term IRD |
|---|---|
| **2** | **Entropic misrepresents then relies on expert declarations over the intrinsic record** |
| 3 | Entropic redefines IRD without support |
| 4 | Entropic claims an IRD ≠ STB, contradicting the specification |
| 5 | Entropic mistakenly claims Defendants argue lexicography |

# Extrinsic Evidence Cannot Be Elevated Over Intrinsic Evidence



***Phillips v. AWH Corp.,***
415 F.3d 1303, 1317 (Fed, Cir. 2005) (en banc) (citations omitted)

"[W]hile extrinsic evidence 'can shed useful light on the relevant art,' we have explained that it is 'less significant than the intrinsic record in determining 'the legally operative meaning of claim language.'"

# Entropic Ignores the Patent and Relies on Inapposite Expert Statements



**Rebuttal Expert Declaration of Dr. Robert Akl**

## Dr. Akl's statement is a generic statement about the background of the patent

**A.** **Overview of the '576 Patent**

\* \* \*

41.    The '576 Patent describes a technology that has revolutionized that distribution of broadband content. The '576 Patent is directed to a satellite receiving system where content (*i.e.*, signals and channels) are selected from satellite broadband signals and combined with other content and transmitted from a an outdoor unit ("ODU") including one or more low noise amplifier and block down converters ("LNBs"), to an integrated receiver decoder ("IRD"), using a single cable. *See* '576 Patent, Abstract; *see also* cl. 14. Content can be selected by digitizing the broadband signal then digitally filtering to isolate the desired content. *See id*. The outputs of several LNBs can be selected and combined into one composite signal. *Id*. Multiple IRDs can receive independent signals over a single cable from the ODU. *See* '576 Patent, Abstract.

Ex. R (Akl Decl.) ¶ 41; Plf. Open CC Br. (ECF 233) at 13:1-3

# Entropic Ignores the Patent and Relies on Inapposite Expert Statements



**Expert Declaration of
Dr. Paul G. Steffes**

## Dr. Steffes is discussing "decoding" –
## not all aspects of an IRD

**B.    '715 Patent Claims 9-13 -- "decodes specific programs"**

\* \* \*

87. The claims provide no guidance regarding what kind of "decoding," which is a broad term in the art, falls within the ambit of claim. For example, an IRD can descramble a received signal, demodulate it, and demultiplex a transponder signal to obtain a specific video stream, *e.g.*, an MPEG video of a television program—each of these is a form of decoding in the satellite signal distribution and processing context. U.S. Patent No. 6,493,873 to Williams, which is incorporated by reference into the '715 patent (at 2:7-24), discusses these various operations in the context of an IRD. *See* U.S. Patent No. 6,493,873 to Williams at 14:11-16:20. But no specific process for decoding or distributing by the gateway is disclosed in the '715 specification. It would not be clear to a POSITA whether one, some, all, or more of these types of decoding is required to infringe the claims. The only discussion of decoding in the context of a gateway mirrors the claim language: "in FIG 11, server/gateway 1160 receives the composite transponder signal, decodes specific programs, and distributes the program information in packetized MPEG over a digital local area network (LAN) 1170 to STBs." '715 patent at 9:44-47. In other words, the specification does not describe any specific decoding operation or process performed by its gateway.

Ex. F (Steffes Decl.) ¶ 87; Plf. Open CC Br. (ECF 233) at 13:1-3

'576 Patent: "integrated receiver decoder (IRD)"

16

# Summary of Plaintiff's Flawed Arguments



| 1 | Entropic tries to parse the monolithic term IRD |
|---|---|
| 2 | Entropic misrepresents then relies on expert declarations over the intrinsic record |
| 3 | Entropic redefines IRD without support |
| 4 | Entropic claims an IRD ≠ STB, contradicting the specification |
| 5 | Entropic mistakenly claims Defendants argue lexicography |

signal, thereby eliminating a separate up converter. **A simplified IRD** can be used with this approach wherein the IRD needs only tune to a single selectable IF frequency. The tuning range is narrower than a convention 500 MHz tuner and the channel selection is limited to as few as four choices compared to up to 16 or more in a convention IRD tuner.

'576 Patent at 9:20-25

# Summary of Plaintiff's Flawed Arguments



| 1 | Entropic tries to parse the monolithic term IRD |
| 2 | Entropic misrepresents then relies on expert declarations over the intrinsic record |
| 3 | Entropic redefines IRD without support |
| 4 | **Entropic claims an IRD ≠ STB, contradicting the specification** |
| 5 | Entropic mistakenly claims Defendants argue lexicography |

Case 2:22-cv-07775-JWH-JEM   Document 253-1   Filed 07/13/23   Page 54 of 154   Page ID #:3601



**Plaintiff's Responsive Claim Construction Brief**

> While an IRD **is *part* of** typical STBs, an IRD is not the STB.

Plf. Resp. CC Br. (ECF 253) at 9

> decoder (IRD) 180 located inside the building. IRDs **are** commonly called set top boxes (STBs) arising from their typical installed location on top of TV sets. The LNB 140

'576 Patent at 1:31-33

# Summary of Plaintiff's Flawed Arguments



| 1 | Entropic tries to parse the monolithic term IRD |
| 2 | Entropic misrepresents then relies on expert declarations over the intrinsic record |
| 3 | Entropic redefines IRD without support |
| 4 | Entropic claims an IRD ≠ STB, contradicting the specification |
| 5 | **Entropic mistakenly claims Defendants argue lexicography** |

# Not Arguing Lexicography, But Plain Meaning for Known Term of Art



***Thorner v. Sony Comput. Entm't Am. LLC,***
669 F.3d 1362, 1365 (Fed. Cir. 2012)

"The patentee may demonstrate intent to deviate from the ordinary and accustomed meaning of a claim term, . . . ."

# Entropic Agrees with DIRECTV's Proposed Construction



**Plaintiff's Responsive Claim Construction Brief**

The Court may wonder, if an IRD does not output something, what does it do? The issue is not whether IRD's output anything (they do), it is whether the IRD outputs something particular—an "output video signal" such as that fed to a display. IRDs can

Plf. Resp. CC Br. (ECF 253) at 10

'576 Patent: "integrated receiver decoder (IRD)"

23

# Entropic Agrees with DIRECTV's Proposed Construction





**Analog Dialogue**

An additional piece of customer premises equipment is the Set Top Box, or STB for short.  A Set Top Box is sometimes called a receiver or a gateway. ==A Set Top Box receives and decodes a television signal and delivers TV content by selecting the desired channels and outputting the content for viewing or recording.== Some Set Top Boxes provide whole-home DVR services which allows a customer to watch and record different TV programs on various devices within their premises.

A Set Top Box can perform a variety of signal monitoring and reporting functions that will be discussed in more detail shortly.

*Entropic Commc'ns, LLC v. Charter Commc'ns, Inc.,*
No. 2:22-cv-00125-JRG, Dkt. 110-4 at 10 (E.D. Tex. May 30, 2023)

**Entropic concedes that an IRD requires
the ability to output a video signal**

# TAB 3

# "selected [and extracted] transponder channel[s]"

'576 patent (claims 16, 17, 21, 39, and 41-42)

| Joint Proposal | Entropic's Proposal |
|---|---|
| Indefinite. | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary. |

# Relevant Claim Language

## '576 patent, claim 14

14. … in the ODU … *selecting and extracting a plurality of transponder signals* extracted from the received digitized satellite broadband signals, *wherein the selecting is responsive to the transponder request signals* ….

## '576 patent, claims 16, 41

16. The method of claim 14 wherein the step of combining comprises frequency translating *the selected and extracted transponder channels* to a variable frequency before combining.

41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired *selected translated transponder channel*.

# Summary Of Argument

| | |
|---|---|
| **1** | Selection of a transponder signal *does not imply* selection of a particular transponder channel. |
| **2** | '576 claims do not otherwise provide for selection of transponder channel(s). |
| **3** | "Select[ing/ed] transponder channels" fails to inform a POSITA with reasonable certainty of scope. |
| **4** | To save its claim, Entropic tries to import a limitation that is not present or necessary. |

# Transponder Signals And Transponder Channels Are Different



**Dr. Paul Steffes**
Prof. Emeritus,
George Tech University

"**Transponder 'signals'** are not synonymous or equivalent to the transponder '**channels**' described by the '576 patent, … the '**transponder signal**' in common parlance refers to the information *within* a **transponder channel**, meaning that usually a **channel** includes *more* than just the information caried in the **transponder signal**. In other words, **transponder 'channels'** are a broader concept that **transponder 'signals,'** which are more specific."

Ex. F (Steffes Decl.) at ¶ 81 (emphasis added)





# Selecting And Extracting Signals Does Not Imply Selection Of Its Channel

Case 2:23... 02775-JVL-KES  Document 283-1  Filed 07/01/23  Page 65 of 154  PageID #:...



# Selecting And Extracting Signals Does Not Imply Selection Of Its Channel



# Entropic Blurs Difference Between Signal And Channel



**Entropic's Opening Claim Construction Brief**

"A POSITA understands that by selecting and extracting **a signal** (base claim 14), the **channel** associated with that **signal** is also selected/extracted."

--Plf. Open. CC Br. (ECF 233) at 17 (emphasis added)

"When '**transponder channel**' are selected, that also selects the corresponding '**transponder signals**.'"

--Plf. Open. CC Br. (ECF 233) at 19 (emphasis added)

# Entropic Misapprehends The Claimed Selection Step



**Entropic's Opening Claim Construction Brief**

> "When 'transponder channel' are selected, that also selects the corresponding 'transponder signals.'"
>
> --Plf. Open. CC Br. (ECF 233) at 19 (emphasis added)

'576 patent: "selected [and extracted] transponder channel[s]"

# '576 Claims Do Not Specify Selection Criteria For Transponder Channels



**'576 patent**

14. A method of communicating a plurality of **transponder signals** from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of **transponder signals** **[**extracted**]** from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected **transponder signals** into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the **transponder signal** is not altered by the steps of selecting, combining, and transmitting.

'576 patent at claim 14

'576 patent: "selected [and extracted] transponder channel[s]"

9

# '576 Claims Do Not Specify Selection Criteria For Transponder Channels



**Dr. Paul Steffes**
Prof. Emeritus,
George Tech University

"The claim language of independent claim 14 fails to describe which of the **transponder *channels***, rather than **transponder signals**, are selected and/or extracted by the ODU in the 'selecting a plurality of **transponder signals** extracted from the received satellite broadband signals' step of the claim … It is unclear, for example, whether the **transponder channels** recited in the dependent claims include the entire channel from which a selected and extracted **transponder signal** comes, only the selected and extracted **transponder signals**, or totally different **transponder channels** than the ones related to the selected and extracted **transponder signals** …"

Ex. F (Steffes Decl.) at ¶ 81

# The Challenged Dependent Claims Are Indefinite



**'576 patent**

Lack of antecedent basis +
Lack of channel selection criteria
= Indefinite

# Entropic Improperly Adds A Claim Step



**Entropic's Response
Claim Construction Brief**

"[T]he '576 Patent selects a signal *by* selecting the channel carrying that signal."

**Plf. Resp. CC Brief (ECF 253) at 11 (emphasis in original)**

# '576 Applicant Knew How To Claim Selecting Transponder Channels



**'576 patent**

> **8**. A signal distribution system for distributing signals comprising a plurality of *satellite transponder* channels *of a broadband signal* from a plurality of sources between a first unit and a second unit over a communication medium comprising:
>
> *means in the first unit for digitizing the broadband signal from each of the plurality of sources;*
>
> means in the first unit responsive to information transmitted by the second unit for extracting selected channels from [each of the plurality of sources] *the digitized broadband signals in the digital domain;* and
>
> *means in the first unit for* combining the selected channels into a composite signal without demodulating channels and without changing the modulation of the channels and transmitting the composite signal over the medium;

'576 patent at claim 8

# Different Phrases Have Different Meanings



***Nystrom v. TREX Co.,***
424 F.3d 1136, 1143 (Fed. Cir. 2005)

When "different words or phrases are used in separate claims, a difference in meaning is presumed."

'576 patent: "selected [and extracted] transponder channel[s]"

14

# Entropic's Specification Support is Inapposite



**'576 patent**

## SUMMARY OF THE INVENTION

A channel selecting and combining solution is used in the outdoor unit where one or more transponder channels are selected from each LNB output. The transponder channel or channels needed from each LNB are selected by a filter. Each selected transponder signal may be translated to a new channel frequency. The selected transponder channels are combined to form a composite signal. All of the selected, translated, and combined transponder channels are transmitted over a single cable to a gateway unit that extracts the channels to distribute to the IRDs. The gateway can fre-

Referring to FIG. **16**, another application of the present invention is to provide selected transponder signals along with other services transmitted on the same cable wiring.



'576 patent at 2:52-62 (top), 10:27-29 & Fig. 16 (bottom)

# TAB 4

# "transponder request signals"

'576 patent (claims 14, 19, and 22)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "a signal identifying and requesting a particular transponder signal" | **Original:**  Plain and ordinary meaning.  No construction necessary.<br><br>**Revised**:  Plain and ordinary meaning is "a signal directly or indirectly identifying and requesting a transponder." |

# "transponder request signals"

## '576 patent (claims 14, 19, and 22)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "a signal *identifying* and requesting a *particular* transponder *signal*" | **Original:** Plain and ordinary meaning.  No construction necessary.<br><br>**Revised:** Plain and ordinary meaning is "a signal *directly or indirectly identifying* and requesting a transponder." |

'576 patent: "transponder request signals"

2

# Summary Of Argument

| | |
|---|---|
| **1** | The main issue raised by the briefs ("identifying") is now moot. |
| **2** | Inclusion of "indirectly" confuses the issues. |
| **3** | The patent specification consistently uses "direct" and "indirect" differently than Entropic tries to read it. |

# At Least Two Ways That The "Transponder Request Signals" Can Be "Indirect"

1. **The path:**  Is the path taken by the signal ***direct*** from the IRD to the ODU?

2. **The contents:**  Does the claimed signal that goes from the IRD to the ODU contain a "transponder request" or does it contain something else that is ***indirectly*** related to a "transponder request"?

# Relevant Claim Language



**'576 patent**

| 14[a] | communicating a **transponder request** to the ODU from the IRD; | 14[b] | in the ODU, … selecting and extracting a plurality of transponder signals …, wherein the selecting is responsive to the **transponder request signals**; |
|---|---|---|---|



FIG. 2

# Entropic's Proposal Creates Confusion

## Patent Uses "Indirect" To Refer To The Cable *Path*, Not The Contents Of The Transponder Request Signal



**Transponder Request**

FIG. 2

channels to distribute to the IRDs. **The gateway can frequency translate each transponder channel to its original frequency. Alternatively, the IRDs connect directly from the cable or through a splitter and tune the desired transponder channels.** A channel translation mapping table is used to

LNB output a narrow band transponder channel.

Each IRD communicates the channels it needs to receive, directly or indirectly, to the signal selector. This information is used to select the transponder channel to combine in the signal selector output signal, the ODU downlink. New IRD designs can incorporate a signaling channel that uses unoc-

'576 patent at 2:65-67, 3:10-19

# Entropic's Proposal Creates Confusion

## Dependent Claims That Further Define "Transmitter Request Signal" Also Focus On *Path*



**Transponder Request**

FIG. 2

**19.** The method of claim **14** wherein the transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal.

**22.** The method of claim **21** wherein the transponder request signal is transmitted over the cable from an IRD.

'576 patent at claims 19, 22

# Entropic's Proposal Creates Confusion



**Dependent Claims That Further Define "Transmitter Request Signal" Also Focus On *Path***

Nothing in the specification suggests that a "transponder request signal" can actually be a TV channel because there is an "indirect" relationship between a TV channel that a STB requests and a "transponder signal"

"transponder request signals" ≠ "TV channel request signals"

# Entropic's Argument Ignores The Doctrine Of Claim Differentiation

## Claim to "Information" Regarding Desired Content

1. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) signals from a satellite outdoor unit (ODU) over a coaxial cable to an integrated receiver decoder (IRD) comprising:

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals *and digitizes the received broadband LNB signals,* the signal selector is responsive to transponder select information transmitted by an IRD and selects a plurality of transponder signals *in the digital domain* from at least one broadband LNB signal based on the transponder select information;

'576 patent at claim 1

## Claim to "Request" for Desired Content

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

'576 patent at claim 14

# TAB 5

**"a transponder request [signal] . . . the transponder request signals" /**
**"from the IRD . . . to the IRDs" /**
**"a plurality of transponder signals . . . the transponder signal"**

'576 Patent (Claim 14)

| DIRECTV's Proposal | Entropic's Proposal |
|---|---|
| Indefinite. | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary. |

'576 Patent: "a transponder request [signal] . . ."

1

# Lack of Antecedent Basis and Singular/Plural Mismatch

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

| | |
|---|---|
| **1** | "a transponder request" / "the transponder request signals" |
| **2** | "the IRD" / "the IRDs" |
| **3** | "a plurality of transponder signals" / "the transponder signal" |

# Claim 14 Involves Multiple Indefiniteness Issues

Case 2:12-cv-03776-JWL-KES Document 983-1 Filed 07/13/23 PageID #:11154 Page ID #33988



**Bushnell Hawthorne, LLC v. Cisco Sys., Inc.,**
813 F. App'x 522, 526 (Fed. Cir. 2020)

Claim indefinite where "lack of antecedent basis signals a potential indefiniteness problem" and "singular/plural mismatch further confuses an already confused claim."

**Imperium (IP) Holdings, Inc. v. Apple, Inc.,**
920 F. Supp. 2d 747, 759 (E.D. Tex. 2013)

Claim indefinite due to the "discrepancy" between "pixel" (singular) and "pixels" (plural) creating ambiguity.

# "transponder signals" / "transponder signal" Mirrors *Bushnell*

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14



***Bushnell Hawthorne, LLC v. Cisco Sys., Inc.,***
813 F. App'x 522, 526 (Fed. Cir. 2020)

"With three different IP addresses to choose from, a POSA . . . is left to wonder which of the different IP addresses is 'said' different one."

## Claim 14

"a plurality of transponder signals" followed by "the transponder signal" leaves POSA to wonder which of the plurality of transponder signals is "the" transponder signal

# POSA Is Left to Wonder What the Singular Refers To

14. A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals*, selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

combining *extracted* selected transponder signals into a composite signal;

transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14

| | |
|---|---|
| **1** | Which of "the transponder request [signals]" is communicated? All? |
| **2** | Which of "the IRDs" is communicating the request(s)? All? |
| **3** | Which of the "plurality of transponder signals" is not altered? All? |

'576 Patent: "a transponder request [signal] . . ."

5

# Plural Means "Two or More"

**Apple Inc. v. MPH Technologies Oy,**
28 F.4th 254
(Fed. Cir. 2022)



"In accordance with common English usage, we presume a plural term refers to two or more items."

- Entropic's argument the plurals recited in the claim **"leave open the possibility"** of multiple transponder request signals, IRDs, and transponder signals is **legally erroneous**

- No authority for Entropic's proposition; on point authority precludes it

- Method claims require actual performance by a direct infringer; not drawn to capability

'576 Patent: "a transponder request [signal] . . ."

6

# Entropic's Request to Broaden Claim 14 Defies Law

***Superior Fireplace Co. v. Majestic Prod. Co.,***
270 F.3d 1358, 1371-73 (Fed. Cir. 2001)

Correction of "rear walls" (plural) to "rear wall" (singular) was <span style="color:red">impermissible broadening</span>.

Statutory scheme "protect[s] the public against the unanticipated broadening of a claim."

"Such a <span style="color:red">broadening correction would leave the public without effective notice</span>, without the constraint of a two-year time bar, and without the hope of intervening rights."

# Resolving Ambiguities Requires Rewriting the Claim

**14.** A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to ~~an~~ **a plurality of** integrated receiver decoder**s** (IRD**s**) over a single cable connected to the ODU, the method comprising the steps of:

communicating **a** transponder request **signals** to the ODU from the IRD**s**; in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* **a plurality of transponder signals** [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to **the transponder request signals**;

combining *extracted* selected transponder signals into a composite signal; transmitting the composite signal over the single cable from the ODU to **the IRDs**, wherein the modulation of the **plurality of** transponder **signals** is not altered by the steps of selecting, combining, and transmitting.

'576 Patent at Claim 14 (altered)

# Courts Do Not Rewrite Claims



***Allen Eng'g Corp. v. Bartell Indus., Inc.,***
299 F.3d 1336, 1349
(Fed. Cir. 2002)

"It is not our function to rewrite claims to preserve their validity."

# TAB 6

# "RF signals"

’715 patent (independent claim 9)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "analog carrier RF signals" | Plain and ordinary meaning. No construction necessary. |

Case 2:22-cv-00275-JMW-KES   Document 78-1   filed 07/13/23   Page 101 of 154   Page ID #: 648

# Summary Of Argument

| 1 | Must be construed from the perspective of a POSITA *at the time of the invention*. |
|---|---|
| 2 | The claims, specification, and prosecution history support DISH's construction. |

# RF History And Background



Vs

0100111101

Analog
Signal

Digital
Signal

'715 patent: "RF signals"

3

# Summary Of Argument

| 1 | Must be construed from perspective of a POSITA *at the time of the invention*. |
|---|---|
| 2 | Claims, specification, and prosecution history support DISH's construction. |

# Referring To "RF signals" Reflects An Election Of Analog Embodiments



**'715 patent**

**9.** A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

'715 patent at 12:13-35

# Claim Language is Important

**1.** A signal distribution system for distributing a plurality of video programs from a satellite outdoor unit (ODU) over a digital network comprising:

a signal selector that receives broadband LNB signals comprising a plurality of transponder channels, the signal selector is responsive to transponder information transmitted over the digital network, and selects at least one transponder channel from the broadband LNB signal based on the transponder select information;

at least one transport stream demultiplexer coupled to the signal selector to extract a specific video program from the transponder channel;

a data combiner coupled to the transport stream demultiplexers to combine video programs and produce a multiplexed signal;

wherein the multiplexed signal is formatted for transmission on the digital network and the digital network connects to the ODU.

'715 patent at 11:42-59

**14.** A method of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU, the method comprising the steps of:

communicating a transponder request to the ODU from the IRD;

in the ODU, *digitizing the plurality of satellite broadband signals,* selecting *and extracting* a plurality of transponder signals [extracted] from the received *digitized* satellite broadband signals, wherein the selecting is responsive to the transponder request signals;

'576 Patent (Rexam. Cert.) at 2:7-24

'715 patent: "RF signals"

6

# The Specification Makes Clear "RF" Signals Are Analog



**'715 patent**

RG-11 coax cable is commonly used. The IRD **180** tunes one transponder channel, demodulates the IF signal from the LNB down to base band, provides channel selection, conditional access, decodes the digital data to produce a video signal, and generates an RF output to drive a television.

Many newer homes have coaxial cable installed that runs to a central location. In the present invention a gateway is located at the central location that receives the combined signal from the outdoor unit and distributes the signals to the IRDs. An IRD requests a channel through an IR or RF signal communicated to the gateway. The RF communication can be in the cable connecting the IRD to the gateway or a wired or wireless signal.

'715 patent at 1:40-44, 3:18-25

# The Specification Is Explicit When It Contemplates Digital



**'715 patent**

Two basic approaches to combining are possible. One approach is to combine ==digitally filtered signals in the digital domain.== This can be achieved with all filtered transponder channels to be combined presented at a sample rate equal to the composite output rate. The other approach is to combine

==the selected signals in the analog domain.== This leads to ==two possible approaches to filtering.== One is to implement filters with the same input and output sample rate. The other approach is to filter with an output sample rate that differs from the input sample rate.

'715 patent at 5:63-6:5

'715 patent: "RF signals"

8

# The Specification Says Both Digital And Analog Are Possible



**'715 patent**

> Several variations in architecture are possible using the present invention. At each stage in the signal path, alternatives are available for implementation. Specific functions can be implemented in the analog domain or digital domain. Dedi-

'715 patent at 10:45-48

> Each of the operations of mixing, filtering, and combining can be done as an analog operation or digital operation. Partitioning of functions can take a number of forms. The circuitry can be implemented in a monolithic integrated circuit (IC), a hybrid, discrete components, or a combination of technologies.

'715 patent at 11:3-8; *see also id.* at 5:26-37

'715 patent: "RF signals"

9

# '576 Reexam History



**Reexamination File History for '576 patent**

These features of digitizing the broadband signal and performing channel selection in the digital domain represent a significant departure from the prior art at the time of the invention, which only taught operating in the RF and IF domains. Moreover, the digitization of the broadband signal — *i.e.*, digitizing a complete band — is not obvious in light of the prior art because broadband digitization results in an architecture that is substantially different from that achievable through conventionally known technologies such as those found in the cited art. These differences in architecture represent a significant departure from conventional

of the invention. For example, the Eutelsat references teach reception systems performing channel selection and combining in the RF and/or IF domains, and do not teach or suggest broadband digitization of the incoming signal combined with channel selection from that digitized signal in the digital domain. Particularly, the Eutelsat Installers' Guide describes,

Exhibit D ('576 Reexam. Exam. His.) 234-4 at 50-51

# TAB 7

# "decodes specific programs"

'715 patent (claim 9)

| Joint Proposal | Entropic's Proposal |
|---|---|
| Indefinite. | 1. Is not indefinite.<br>2. Plain and ordinary meaning. No construction necessary. |

# Relevant Claim Language



**'715 patent**

9. A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 patent at claim 9

'715 patent: "decodes specific programs"                                                 2

# Relevant Claim Language



**'715 patent**

| 9[e] | wherein the modulation of the **composite signal** is the same as the modulation of the broadband LNB signals and wherein the **composite signal** is transmitted to the **gateway** and the **gateway** receives the **composite signal**, <u>**decodes specific programs**</u>, and distributes the programs over a digital local area network (LAN) to **STBs**. |
|------|---|



# Summary Of Argument

| 1 | "Decodes specific programs" begs many questions that the '715 patent does not answer, such that the term is indefinite. |
|---|---|
| 2 | Entropic did not even ask Dr. Akl to rebut Dr. Steffes, and Dr. Akl's silence speaks volumes. |
| 3 | Entropic's examples of what *could* fall within claim scope says nothing about the *boundaries* of the claim. |
| 4 | Entropic's attempt to narrow its claim is too late. |

# "Decodes Specific Programs" Begs Many Questions

1. Which television programs are the "specific programs" that claimed gateway must decode and distribute to STBs, let alone

2. Which one of the myriad signal processing operations that constitutes "decod[ing]" must be performed by the gateway on each of the "specific programs," or even

3. Whether different types of decoding performed on different "specific programs" falls within the claim.

# "Decodes Specific Programs" Begs Many Questions

1. Which television programs are the "specific programs" that claimed gateway must decode and distribute to STBs, let alone

2. Which one of the myriad signal processing operations that constitutes "decod[ing]" must be performed by the gateway on each of the "specific programs," or even

3. Whether different types of decoding performed on different "specific programs" falls within the claim.

# Entropic Interprets The Claim Backward



**Entropic's Opening Claim Construction Brief**

"DISH's expert agreed that the claim language is clear, and 'the programs … that are decoded by the gateway are the same ones that are distributed over the LAN.'"

Plf. Open. CC Br. (ECF 233) at 29

**BUT** "specific programs" provides the antecedent basis for "the programs" being distributed; the latter cannot explain the former.

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

# "Decodes Specific Programs" Begs Many Questions

1. Which television programs are the "specific programs" that claimed gateway must decode and distribute to STBs, let alone

2. Which one of the myriad signal processing operations that constitutes "decod[ing]" must be performed by the gateway on each of the "specific programs," or even

3. Whether different types of decoding performed on different "specific programs" falls within the claim.

# Unrebutted POSITA Testimony Confirms Indefiniteness

## Dr. Steffes

"A person of ordinary skill reading claim 9 in view of the specification would not be able to discern which specific programs are to be decoded, how those specific programs [are] to be decoded, and whether those specific programs are part of the composite signal as not.  Because of this claim 9, and claims 10-12 that depend from claim 9 are indefinite."



Ex. F (Steffes Decl.) at ¶ 81

## Dr. Akl

Q.   Okay.  And you have, of course, reviewed Dr. Steffes' declaration related to claim construction.  Yes?
A.   I've -- I've read his declaration.  I am providing opinions only on two claim terms.
Q.   Okay.  So your declaration is a rebuttal to Dr. Steffes' declaration; is that right?
A.   *It is a rebuttal to two opinions that counsel asked me to rebut*.



Ex. I (Akl Dep. Tr.) at 245:15-23

'715 patent: "decodes specific programs"

9

# Entropic's Examples Don't Establish Certain Claim Scope



**Entropic's Opening Claim Construction Brief**

"Dr. Steffes also agreed that the specific programs that are decoded 'are contained within the composite signal' received by the gateway."

Plf. Open. CC Br. (ECF 233) at 29

- This is false:  Dr. Steffes **does not agree** (*see* Defs. Resp. Br. (ECF 252) at 23-24).
- **BUT** even if he did, a single example cannot establish the scope of "decodes specific programs."

# Claims Are Indefinite When Its Boundaries Are Not Defined



**Amgen Inc. v. F. Hoffman-La Roche Ltd.,**
580 F.3d 1340, 1371 (Fed. Cir. 2009)

"If a claim fails to reasonably apprise one skilled in the art of the boundaries of the claim when read in light of the specification, then the claim is invalid under § 112 for indefiniteness."

'715 patent: "decodes specific programs"

11

# Entropic's Examples Don't Establish Claim Scope

Case 2:21-cv-00275-JRG-RSP   Document 280-1   Filed 07/13/23   Page 123 of 154   PageID

## Entropic



## Correct Approach Considers Boundaries



# Entropic Cannot Now Re-Write Its Claim To Avoid Indefiniteness



**Entropic's Opening Claim Construction Brief**

"Dr. Steffes also agreed that the specific programs that are decoded 'are contained within the composite signal' received by the gateway."

Plf. Open. CC Br. (ECF 233) at 29

- This is false: Dr. Steffes **does not agree** (*see* Defs. Resp. Br. (ECF 252) at 23-24).
- Regardless, it would have been easy to draft a claim limited to the programs contained in the composite signal (see below), but that's not what the claims say.

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, ~~decodes specific programs~~, and distributes the programs over a digital local area network (LAN) to STBs.

"decodes one or more programs received on the composite signal"

# TAB 8

# "local area network"
## '715 Patent (Claim 9)

| DIRECTV's Proposal | Entropic's Proposal |
|---|---|
| "a group of devices at a single site connected by cables that allow a device in the network to interact with any other on the network" | Plain and ordinary meaning. No construction necessary. |

# The '715 Patent



**'715 Patent**

**9.** A signal distribution system for distributing a plurality of low noise amplifier and block converter (LNB) output signals from a satellite outdoor unit (ODU) comprising:

a gateway in communication with the ODU and at least one set top box (STB);

a signal selector that receives a plurality of broadband LNB signals comprising a plurality of transponder signals, the signal selector is responsive to transponder select information transmitted by the gateway and selects a plurality of transponder signals from at least one broadband LNB signal based on the transponder select information;

a frequency translator coupled to the signal selector that is capable of shifting the selected transponder signals to new carrier frequencies to produce RF signals; and

a signal combiner coupled to at least one frequency translator capable of combining at least two RF signals to produce a composite signal;

wherein the modulation of the composite signal is the same as the modulation of the broadband LNB signals and wherein the composite signal is transmitted to the gateway and the gateway receives the composite signal, decodes specific programs, and distributes the programs over a digital local area network (LAN) to STBs.

'715 Patent at Claim 9

# Specification Supports DIRECTV's Proposed Construction



**'715 Patent**

## SUMMARY OF THE INVENTION

Many newer homes have coaxial cable installed that runs to a central location. In the present invention a gateway is located at the central location that receives the combined signal from the outdoor unit and distributes the signals to the IRDs. An IRD requests a channel through an IR or RF signal communicated to the gateway. The RF communication can be in the cable connecting the IRD to the gateway or a wired or wireless signal.

'715 Patent at 3:18-22

# Specification Confirms Wired Connection from Gateway



**'715 Patent**

> would use more than one signal. Controller **960** receives channel select information either ==from the cable== or a separate data channel such as infrared (IR) or wireless RF link or other source. Channel select information from the controller 960

> signal selector output signal, the ODU downlink. New IRD designs can incorporate a signaling channel that uses unoccupied regions of the frequency spectrum ==of the cable,== or a wireless communication link, to communicate the channel information. To provide compatibility with existing IRDs, the

> communicated to the gateway. The RF communication can be ==in the cable== connecting the IRD to the gateway or a wired or wireless signal.

'715 Patent at 8:63-66, 3:11-15, 3:23-25

4

# Specification Supports DIRECTV's Proposed Construction

FIG. **11** shows a satellite TV installation according to the present invention providing compatibility with existing installed STBs and new STBs and using a server/gateway.

\* \* \*

Also in FIG. **11**, server/gateway **1160** receives the composite transponder signal, decodes specific programs, and distributes the program information in packetized MPEG over a digital local area network (LAN) **1170** to STBs **1180**. Ethernet or other LAN technology is suitable for this function.

'715 Patent at 4:7-9, 9:44-48



'715 Patent, Fig. 11

FIG. 11

**There is <u>no</u> disclosure <u>anywhere</u> in the patent of distributing programs to set-top boxes wirelessly**

# Wired Connections Are the Only Embodiment Contemplated



**Dr. Paul Steffes**

**Q.** Why did you use the word "wire"?

**A.** Because in the time period of this, you know, patent, LANs were ubiquitously wire connections. This patent is filed in 2006, and there wasn't a lot of Wi-Fi then.

**Q.** Would you agree that in 2001 other LAN technology included wireless LAN technology?

**A.** Not for these data rates, no.

Ex. 7 (ECF 233-8) (Steffes Dep. Tr.) at 112:13-19, 113:6-8

# Contemporaneous Dictionaries Confirm DIRECTV's Position



**Microsoft Computer Dictionary (5th ed. 2002)**

**LAN** *n.* Acronym for **l**ocal **a**rea **n**etwork. A group of computers and other devices dispersed over a relatively limited area and connected by a communications link that enables any device to interact with any other on the network. LANs commonly include PCs and shared resources such as laser printers and large hard disks. The devices on a LAN are known as nodes, and the nodes are connected by cables through which messages are transmitted. *See also* baseband network, broadband network, bus network, client/server architecture, collision detection, communications protocol, contention, CSMA/CD, network, peer-to-peer architecture, ring network, star network. *Compare* WAN.

Ex. M (ECF 234-13) at 304

'715 Patent: "local area network"

7

# Contemporaneous Dictionaries Confirm DIRECTV's Position



**Microsoft Internet & Networking Dictionary (2003)**

**LAN** *n.* Acronym for local area network. A group of computers and other devices dispersed over a relatively limited area and connected by a communications link that enables any device to interact with any other on the network. LANs commonly include PCs and shared resources such as laser printers and large hard disks. The devices on a LAN are known as nodes, and the nodes are connected by cables through which messages are transmitted. *See also* baseband network, broadband network, bus network, client/server architecture, communications protocol, contention, CSMA/CD, network, peer-to-peer architecture, ring network, star network. *Compare* WAN.

Ex. N (ECF 234-14) at 145

# Contemporaneous Dictionaries Confirm DIRECTV's Position



**Dictionary of Computer Science, Engineering, and Technology (2001)**

**local area network (LAN)** a network of computers and connection devices (such as switches and routers) that are located on a single site. The <mark>connections are direct cables</mark> (such as UTP or optical fiber) <mark>rather than telecommunication lines.</mark> The computer network in a university campus is typically a *local area network.*

Ex. O (ECF 234-15) at 282

# Entropic's Cited Dictionary Shows Separate Entry for "Wireless" LAN



**wireless** LAN \wīr`les lan´, L-A-N´\ *n.* A local area network (LAN) that sends and receives data via radio, infrared optical signaling, or some other technology that does not require a physical connection between individual nodes and the hub. Wireless LANs are often used in office or factory settings where a user must carry a portable computer from place to place.

Ex. 11 (ECF 253-3) at 510

**Microsoft Press Computer Dictionary (3rd ed. 1997)**

'715 Patent: "local area network"

# TAB 9

# The Asserted Patents

## '008 PATENT

## '576 PATENT

## '715 PATENT






# The Asserted Patents

## '008 PATENT







## '576 PATENT



## '715 PATENT





Case 3:22-cv-01375-WWLKES Document 186-1 Filed 11/17/23 Page 141 of 154 Page ID #53253

# Term To Be Construed ('008 Patent)

| **1** | "a source of said received signal" (claims 3 and 11) |

# Reporting To A "Source" Is Critical To The '008 System



**'008 Patent**
Issued: July 29, 2014



'008 patent at Figure 1A (annotated)



**'008 Patent**
Issued: July 29, 2014



'008 patent at Figure 1A (annotated)

'008 patent: "a source of said received signal"



**'008 Patent**
Issued: July 29, 2014

may then convey the message to the CMTS **114**. The CMTS **114** may process the messages and, in an example embodiment, adjust transmission parameters (e.g., modulation parameters, transmit power, frequency offsets, etc.) and/or perform other maintenance/management based on the received messages.

'008 patent at 2:66-3:4

munication system. The monitoring module may also be operable to generate one or more control signals **160** for configuring the channelizer **102** and/or for configuring the RF front-end **158**. Additionally or alternatively, the control

'008 patent at 3:45-48

# "a source of said received signal"

'008 patent (independent claims 3, 11)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "the equipment, *e.g.,* a cable headend or satellite transmitter, that transmitted the received signal" | **Original**: Plain and ordinary meaning. No construction needed.<br><br>**Revised**: Plain and ordinary meaning is "the entity responsible for providing the received signal, including any of its equipment." |

7

# "a source of said received signal"

'008 patent (independent claims 3, 11)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "the equipment, *e.g.,* a cable headend or satellite transmitter, that transmitted the received signal" | **Original**: Plain and ordinary meaning. No construction needed.<br><br>**Revised**: Plain and ordinary meaning is "*the entity* responsible for providing the received signal, including *any of its equipment*." |

8

# Entropic's Construction Finds No Support In The Claims



**'008 Patent**
Issued: July 29, 2014

**11**. A system comprising:
one or more circuits that are operable to:
receive a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels;
digitize said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal;
select a first portion of said digitized signal;
select a second portion of said digitized signal; and
concurrently output said selected first portion and said selected second portion, wherein:
said selected first portion is output to a signal analyzer that is operable to analyze said first portion to determine one or more characteristics of said first portion, and that is operable to report said determined one or more characteristics to a source of said received signal; and
said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels.

'008 patent at 8:16-35

'008 patent: "a source of said received signal"

9

# The '008 Specification Only Uses "Source" Once



**'008 Patent**
Issued: July 29, 2014

messages by the device **150**. Such message may comprise, for example, network status updates indicating whether one or more communication parameters of one or more received television or DOCSIS channels are outside acceptable bounds, and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend), In an example embodiment, the monitoring

'008 patent at 3:51-57

# Entropic's Approach Clashes With The Specification



**'008 Patent**
Issued: July 29, 2014

messages by the device **150**. Such message may comprise, for example, network status updates indicating whether one or more communication parameters of one or more received television or DOCSIS channels are outside acceptable bounds, and/or conveying measured/determined characteristics back to a source of the received signal (e.g., back to a cable headend), In an example embodiment, the monitoring

'008 patent at 3:51-57

4  signal that actual customers are receiving, remotely, without service visits. *See id*. The
5  deployed equipment is designed to receive and digitize a cable/satellite television
6  signal, determine a characteristic of the digitized signal, and report the determined
7  characteristic back to the source of the signal (*i.e.*, the service providers). *Id*.
8  Specifically, the '008 Patent discloses apparatuses that are capable of performing

Plf. Open. CC Br. (ECF 233) at 7:4-7

# "Source" = Material To Patentability



**Non-Final Rejection**
January 16, 2014

**Amended Claims**
April 10, 2014

1. (Currently Amended) A system comprising:

an analog-to-digital converter operable to digitize a signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

Ex. E ('008 Exam. Hist.) at 41

# Entropic's Interpretation Is Too Broad



**Plaintiff's Opening Claim Construction Brief (Dkt. 233)**
May 12, 2023

Entropic misinterprets Fig. 1C

- Unclear what data is put on the WAN.

- Even if the monitoring data, does **not** answer question of where that data must ultimately end up.



Plf. Open. CC Br. (ECF 233) at 36

# "Source" Must Be On The Chain Of Transmitting Equipment

**Testimony of Dr. Robert Akl**

Entropic's Expert Witness

" . . . [W]hen we look at the destination and we look at the source of the signal at the destination, the -- the last link or couple links along the way, those all are sources because they receive, they regenerate, they can correct along the way, and they send.

So my opinion is that a source – any source along the way of the signal would meet the claim language of a source…."

Ex. I (Akl Dep. Tr.) at 209:25-210:8

**Declaration of Dr. Paul Steffes**

DISH's Expert Witness

| 14 | transmitting messages back to a source of a signal. When reviewing the claims in |
| 15 | view of the '008 specification and file history, a person of ordinary skill in the art |
| 16 | would have understood that reporting back to a source of a signal requires |
| 17 | transmitting messages back to the transmitting equipment providing the signal to |
| 18 | the receiver. The '008 patent describes transmitting equipment, *i.e.*, a cable or |

Ex. F (Steffes Decl.) at ¶ 96

'008 patent: "a source of said received signal"

14

# "a source of said received signal"

### '008 patent (independent claims 3, 11)

| DISH's Proposal | Entropic's Proposal |
|---|---|
| "the equipment~~, e.g., a cable headend or satellite transmitter~~, that transmitted the received signal" | **Original**: Plain and ordinary meaning. No construction needed.<br><br>**Revised**: Plain and ordinary meaning is "the entity responsible for providing the received signal, including any of its equipment." |