UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-07775-JWH(JEMx) | Date | July 11, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. DIRECTTV, LLC et al* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Clarissa Lara | Sharon Seffens |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Amanda Tessar |
| Christina N. Goodrich | Trevor Bervick |
| Jason A. Engel | Jason C. Lo |
| Katherine L. Allor | Adam Hester |
| Nathan J. Fuller | Katherine Dominguez |
| Kenneth H. Bridges | Benjamin Hershkowitz |

**Proceedings:    HEARING RE: CLAIM CONSTRUCTION (*MARKMAN* HEARING)**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.

For reasons stated on the record, the issue of Claim Construction is taken **UNDER SUBMISSION**. The Court will issue a final order.

**IT IS SO ORDERED.**

Time:  03:00
Initials of Preparer: cla