DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> DIRECTV, LLC and AT&T SERVICES, INC., <br> Defendants. | Case No. 2:22-cv-07775-JWH-JEM <br> (Lead Case) <br><br> Case No. 2:22-cv-07959-JWH-JEM <br> (Member Case) <br><br> Hon. David O. Carter <br> Special Master David M. Keyzer |
| ENTROPIC COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC, <br> Defendants. | **NOTICE OF** <br><br> **SPECIAL MASTER MINUTES** |

NOTICE OF SPECIAL MASTER MINUTES - 1

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), the Special Master attaches hereto the Special Master Minutes for a preliminary conference held on July 14, 2023.

Dated:   July 14, 2023            By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master