1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9

10 ENTROPIC COMMUNICATIONS, LLC,    )
           Plaintiff,               )   Case No. 2:22-cv-07775-JWH-JEM
11                                  )      (Lead Case)
       v.                           )
12                                  )   Case No. 2:22-cv-07959-JWH-JEM
   DIRECTV, LLC and AT&T SERVICES,  )      (Member Case)
13 INC.,                            )
           Defendants.              )   Hon. David O. Carter
14 _____  )   Special Master David M. Keyzer
                                    )
15 ENTROPIC COMMUNICATIONS, LLC,    )
           Plaintiff,               )   **SPECIAL MASTER MINUTES**
16                                  )
       v.                           )
17                                  )
   DISH NETWORK CORPORATION,        )
18 DISH NETWORK LLC, and DISH       )
   NETWORK SERVICE LLC,             )
19         Defendants.              )
                                    )
20

SPECIAL MASTER MINUTES - 1

Pursuant to paragraph 3 of the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), as well as e-mail correspondence between the Special Master and counsel for both sides on July 7, 9, and 10, 2023, the Special Master held a preliminary conference on July 14, 2023, for the parties to provide background information regarding the above-captioned cases and to discuss procedures for the parties to submit any discovery disputes to the Special Master. (*See* Dkt. 268-1, July 12, 2023 Special Master Order No. SM-1.)  The parties appeared as follows:

| Plaintiff Entropic | DIRECTV and AT&T Defendants | Reporter |
|---|---|---|
| Jim Shimota<br>Christina Goodrich | Ben Hershkowitz<br>Jason Lo<br><br>DISH Defendants<br>Amanda Tessar<br>Adam Hester | Lena Mescall |

The Special Master convened the preliminary conference by videoconference on July 14, 2023, at 3:00 P.M. Pacific Time.  The Special Master heard discussion by Jim Shimota on behalf of Plaintiff Entropic Communications, LLC, by Ben Hershkowitz on behalf of Defendants DIRECTV, LLC and AT&T Services Inc., and by Amanda Tessar on behalf of Defendants DISH Network Corporation, DISH Network LLC., and DISH Network Service LLC.

During the preliminary conference, the parties discussed the background of the above-captioned cases as well as a discovery dispute resolution procedure that the Special

Master has applied in *Medtronic, Inc., et al. v. Axonics Modulation Technologies, Inc.*, No. 8:19-CV-02115-DOC-JDE, Dkt. 135-1, Special Master Order No. SM-5 (C.D. Cal. July 13, 2022). Defendants proposed several minor modifications to that procedure, and Plaintiff expressed general agreement. The Special Master therefore ordered Defendants to provide red-line and clean proposed versions of that discovery dispute resolution procedure to Plaintiff no later than **July 20, 2023**, ordered Plaintiff to respond with agreement or counter-proposal red-line and clean versions no later than **July 25, 2023**, and **SET** a follow-up preliminary conference for **July 27, 2023, at 1:00 P.M. Pacific Time** (which could potentially be vacated if the parties reach full agreement).

The Special Master adjourned the preliminary conference at 3:40 P.M.

**Zoom information for the follow-up preliminary conference is as follows:**

**Zoom Webinar ID: 812 4354 6858**

**Password: 77757959**

Dated: July 14, 2023      By: _David Keyzer_
David M. Keyzer
Special Master