1  DAVID KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         SOUTHERN DIVISION

10 
   ENTROPIC COMMUNICATIONS, LLC,   )   Case No. 2:22-cv-07775-JWH-JEM
11         Plaintiff,               )        (Lead Case)
                                    )
12      v.                          )   Case No. 2:22-cv-07959-JWH-JEM
                                    )        (Member Case)
13 DIRECTV, LLC and AT&T SERVICES,  )
   INC.,                            )   Hon. David O. Carter
14         Defendants.              )   Special Master David Keyzer
   _____ )
15                                  )
   ENTROPIC COMMUNICATIONS, LLC,    )   **NOTICE OF**
16         Plaintiff,               )
                                    )   **SPECIAL MASTER ORDER**
17      v.                          )
                                    )
18 DISH NETWORK CORPORATION,        )
   DISH NETWORK LLC, and DISH       )
19 NETWORK SERVICE LLC,             )
           Defendants.              )
20                                  )

NOTICE OF SPECIAL MASTER ORDER - 1

1   Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2   David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), the Special

3   Master attaches hereto the Special Master Order No. SM-2 regarding discovery dispute

4   procedures.

Dated: July 27, 2023        By:    /s/ David Keyzer

David Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master

NOTICE OF SPECIAL MASTER ORDER - 2