DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>Plaintiff,<br>v.<br>DIRECTV, LLC and AT&T SERVICES, INC.,<br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM<br>(Lead Case)<br><br>Case No. 2:22-cv-07959-JWH-JEM<br>(Member Case)<br><br>Hon. David O. Carter<br>Special Master David Keyzer |
| ENTROPIC COMMUNICATIONS, LLC,<br>Plaintiff,<br>v.<br>DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC,<br>Defendants. | **SPECIAL MASTER ORDER**<br><br>**No. SM-2**<br><br>**REGARDING**<br><br>**DISCOVERY DISPUTE**<br><br>**RESOLUTION PROCEDURES** |

Pursuant to authority provided by the July 25, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (*see* Dkt. 260), and having discussed the matter with counsel for both sides at a preliminary conference on July 14, 2023 (*see* Dkt. 271-1, Special Master Minutes),[1] the Special Master hereby ORDERS that the parties may submit discovery disputes to the Special Master in the above-captioned case according to the following procedure:

> (1)   A party seeking relief on a discovery issue must first send a letter to opposing counsel and must request a meet-and-confer.  Opposing counsel shall be available for a meet-and-confer within five (5) business days of receiving the letter from the party seeking relief.
>
> (2)   After the meet-and-confer, if the meet-and-confer does not resolve the issue, the party seeking relief shall provide opposing counsel with a written itemized list of requested relief that is still in dispute and that is still being requested.  The party seeking relief shall then contact the Special Master to request a hearing date, such requested hearing date being at least fifteen (15) business days after the date of contacting the Special Master.
>
> (3)   At least ten (10) business days in advance of the hearing date provided by the Special Master, the party seeking relief shall submit to the Special Master a letter brief (not to exceed three single-spaced pages, and

---

[1] This discussion included discussion of an agreed-upon discovery dispute resolution procedure adopted by the Special Master in *Medtronic, Inc., et al. v. Axonics Modulation Technologies, Inc.*, No. 8:19-CV-02115-DOC-JDE, Dkt. 135-1, Special Master Order No. SM-5 (C.D. Cal. July 13, 2022), which in turn was based on Section 3(f) of the "Rule 16 Scheduling Order – Patent (Rev. 2/6/23)" of Judge Richard G. Andrews of the District of Delaware, available at: "https://www.ded.uscourts.gov/sites/ded/files/chambers/Rule%2016%20pretrial%20order%20patent%20rev%202%202023.pdf" (last visited July 26, 2023).

with no attachments or exhibits other than any written discovery requests and responses in dispute) that outlines the dispute.  This submission to the Special Master shall also include a proposed order that itemizes the relief that is being sought in sufficient detail such that, if the relief is granted, the opposing party will understand what it needs to do, and by when, so as to comply.

(4)   At least four (4) business days in advance of the hearing date provided by the Special Master, the opposing party shall submit to the Special Master a letter brief (not to exceed three single-spaced pages, and with no attachments or exhibits other than a copy of the particular written discovery requests and responses in dispute, to the extent not provided in paragraph (3) above) that explains the opposition to the requested relief.

(5)   If a party decides to seek the Court's review of the Special Master's discovery order(s) on the discovery issues presented, the sealing rules governing this case will be followed at that time and the letter briefs will be filed with confidential information submitted for sealing.  The parties will endeavor to minimize the amount of confidential information in the letter briefs that requires sealing.

At the July 14, 2023 preliminary conference, the Special Master discussed the general procedure set forth above, the parties discussed potential modifications, and, in follow-up communications by e-mail, all parties agreed to the specific wording of the procedure as set forth above.  In any event, if any portion of this procedure as set forth above is disputed, then the parties should bring such dispute to the attention of the Special Master immediately or **no later than July 31, 2023,** at 5:00 P.M. Pacific Time.

1  This procedure is being put in place as an alternative to Local Rule 37-1 *et seq.*
2  The procedure set forth above is intended to complement, not supplant, Local Rule 37-1
3  *et seq.*
4  Finally, the procedure above is subject to modification by the Special Master
5  and/or by agreement of the parties with the approval of the Special Master as may be
6  appropriate to facilitate the speedy and efficient resolution of particular disputes.
7  In light of the foregoing, the July 27, 2023 follow-up preliminary conference
8  previously scheduled by the Special Master (*see* Dkt. 271-1, Special Master Minutes at 3)
9  is no longer necessary and is hereby VACATED.
10  IT IS SO ORDERED.
11
12
13  Dated: July 27, 2023        By: /s/ David Keyzer
                                    David Keyzer
14                                  Special Master