Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

vs.

DIRECTV, LLC, *et al.,*

Defendants.

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

vs.

DISH NETWORK CORPORATION, *et al.*,

Defendants.

Case No. 2:22-cv-07775-JWH-KES
(Lead Case)

Case No. 2:22-cv-07959
(Member Case)

**NOTICE OF FILING OF ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW**

Claim Construction Hearing:
Date: July 11, 2023
Time: 10:00 a.m.
Crtm: 9D (Ronald Reagan Bldg)

Plaintiff Entropic Communications, LLC hereby gives notice that it is filing a copy of the Decision Denying Institution of *Inter Partes* Review ("Institution Decision") issued by the United States Patent Trial and Appeal Board on August 11, 2023, which is attached hereto as **Exhibit A**.

Counsel for Entropic received the attached Institution Decision regarding U.S. Patent No. 7,542,715 from the Patent Trial and Appeal Board at 2:09 p.m. local time. Because this is part of the intrinsic record, Entropic wanted to ensure the Court had prompt notice of this decision denying institution. Entropic intends to confer with counsel for Defendants regarding a stipulation to seek leave to have supplemental *Markman* briefing regarding the Institution Decision, or to seek leave after conferring with counsel for Defendants.

Dated: August 11, 2023

By: /s/ Christina N. Goodrich

Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com
cassidy.young@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel
(admitted *pro hac vice*)
George Summerfield
(admitted *pro hac vice*)
Katherine L. Allor
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300

Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**