Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | CASE NO. 2:22-cv-07775-JWH-KES <br> CASE NO. 2:22-cv-07959-JWH-KES <br> (Member Case) <br><br> [Assigned to the Hon. John W. Holcomb] <br><br> **STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | *Markman* Hearing <br> Date: July 11, 2023 <br> Time: 10:00 a.m. <br> Crtrm: 8D (Santa Ana) |

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715**

IT IS HEREBY STIPULATED by and between the parties Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"); and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") as follows:

WHEREAS, on August 11, 2023, the United States Patent Trial and Appeal Board ("PTAB") issued a Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 7,542,715 ("IPR Decision"); and

WHEREAS, Entropic filed a Notice of Filing of the IPR Decision, attaching the IPR Decision, that same day (*see* ECF No. 274);

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ENTER AN ORDER PROVIDING AS FOLLOWS:

1. Entropic may submit no more than three (3) pages of supplemental *Markman* briefing specifically focused on the term "decodes specific programs." The briefing shall be limited in scope only to address new arguments raised as a result of the IPR Decision. Entropic shall file this supplemental briefing by **no later than August 25, 2023.**

2. Defendants may submit no more than three (3) pages of briefing in response to Entropic's supplemental *Markman* briefing, which shall respond only the arguments raised in Entropic's supplemental briefing. Defendants shall file their responsive supplemental briefing by **no later than September 1, 2023.**

Dated: August 18, 2023

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001

2

**JOINT STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,542,715**

Email: christina.goodrich@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

***Attorneys for Plaintiff Entropic Communications, LLC***

Dated:  August 18, 2023

Respectfully submitted,

By:   */s/ Jason C. Lo*

3

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715**

| | |
|---|---|
| 1 | Jason C. Lo |
| 2 | 333 South Grand Avenue, Suite 5400 |
|   | Los Angeles, CA 90071-3197 |
| 3 | Telephone: 213.229.7000 |
| 4 | Facsimile: 213.229.7520 |
|   | jlo@gibsondunn.com |
| 5 | |
| 6 | BENJAMIN HERSHKOWITZ (admitted *pro hac vice*) |
| 7 | bhershkowitz@gibsondunn.com |
|   | KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*) |
| 8 | kdominguez@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
|   | 200 Park Avenue |
| 10 | New York, NY 10166-0193 |
| 11 | Telephone: 212.351.4000 |
|   | Facsimile: 212.351.4035 |
| 12 | |
| 13 | BRIAN BUROKER (admitted *pro hac vice*) |
|    | bburoker@gibsondunn.com |
| 14 | GIBSON, DUNN & CRUTCHER LLP |
|    | 1050 Connecticut Ave., N.W. |
| 15 | Washington, D.C. 20036 |
| 16 | Telephone: 202.955.8500 |
| 17 | NATHAN R. CURTIS (admitted *pro hac vice*) |
|    | ncurtis@gibsondunn.com |
| 18 | AUDREY YANG (admitted *pro hac vice*) |
|    | ayang@gibsondunn.com |
| 19 | GIBSON, DUNN & CRUTCHER LLP |
| 20 | 2001 Ross Ave., Suite 2100 |
|    | Dallas, TX 75201 |
| 21 | Telephone: 214.698.3100 |
|    | Facsimile: 214.571.2900 |
| 22 | |
| 23 | ***Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.*** |
| 24 | |
| 25 | Dated: August 18, 2023     Respectfully submitted, |
| 26 | By:   */s/ Amanda Tessar* |
|    | Matthew C. Bernstein |
| 27 | MBernstein@perkinscoie.com |
|    | PERKINS COIE LLP |
| 28 | 11452 El Camino Real, Ste 300 |

4

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715**

San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

***Attorneys for Defendants***
***Dish Network Corporation, Dish Network L.L.C., and Dish Network Service L.L.C.***

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715**