1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-07775-JWH-KES<br>CASE NO. 2:22-cv-07959-JWH-KES<br>(Member Case)<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO.7,542,715** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation for Leave to File Supplemental *Markman* Briefing re: Order Denying Institution of *Inter Partes* Review of U.S. Patent No. 7,542,715 filed by Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"); and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic may submit 3 pages of supplemental *Markman* briefing specifically focused on the term "decodes specific programs." The briefing shall be limited in scope only to address new arguments raised as a result of the Decision Denying IPR. Entropic shall file this supplemental briefing by **no later than August 25, 2023.**

2. Defendants may submit three pages of briefing in response to Entropic's supplemental *Markman* briefing, which shall respond only the arguments raised in Entropic's supplemental briefing. Defendants shall file their responsive supplemental briefing by **no later than September 1, 2023.**

   **IT IS SO ORDERED.**

Dated: _____    _____
                                          Honorable John W. Holcomb
                                          United States District Judge