| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
|   | Cassidy T. Young (SBN 342891) |
| 3 | Cassidy.young@klgates.com |
|   | K&L Gates LLP |
| 4 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 5 | Los Angeles, California  90067 |
|   | Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-07775-JWH-KES (Lead Case) |
| Plaintiff, | |
| vs. | Case No. 2:22-cv-07959-JWH-KES (Member Case) |
| DIRECTV, LLC, *et al.*, | |
| Defendants. | [Assigned to the Honorable John W. Holcomb] |
| | |
| | **PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| vs. | |
| DISH NETWORK CORPORATION, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Entropic Communications, LLC ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.[1]

| | |
|---|---|
| Entropic Communications LLC | Plaintiff; wholly owned subsidiary of Entropic Holdings LLC. |
| Entropic Holdings LLC | Entropic Holdings LLC is a privately held limited liability company with an interest in the outcome of the action. |
| FIG LLC (d/b/a Fortress Investment Group) | FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC, and may have an interest in the outcome of the action. |
| MaxLinear, Inc. | MaxLinear, Inc. is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |
| MaxLinear Communications LLC | MaxLinear Communications LLC is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |

---

[1] These representations are being made solely for purposes of recusal or disqualification and are not a waiver of any applicable privilege or protection.

Pursuant to the Court's Order of August 28, 2023 (ECF No. 278), requiring that Plaintiff file an updated Notice of Interested Parties identifying any investment fund or individual investor that owns more than 10% of Entropic Holdings LLC, Plaintiff discloses the following additional lists of entities.

For purposes of Section IV.2.a. of the Court's Order, Plaintiff discloses the following:

| | |
|---|---|
| FIP UST LP | FIP UST LP is an investment fund entity, which directly owns 50% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities Fund I (A) LP | Fortress Intellectual Property Opportunities Fund I (A) LP is an investment fund entity, which indirectly owns approximately 19% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities Fund I (B) L.P. | Fortress Intellectual Property Opportunities Fund I (B) L.P. is an investment fund entity, which indirectly owns approximately 13% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities I Fund (C) L.P. | Fortress Intellectual Property Opportunities Fund I (C) L.P. is an investment fund entity, which indirectly owns approximately 18% of Entropic Holdings LLC. |
| FCOF V UST LLC | FCOF V UST LLC is an investment fund entity, which directly owns |

| | |
|---|---|
| | approximately 33% of Entropic Holdings LLC. |
| Fortress Credit Opportunities Fund (A) L.P. | Fortress Credit Opportunities Fund (A) L.P. is an investment fund entity, which indirectly owns approximately 11% of Entropic Holdings LLC. |
| Fortress Credit Opportunities Fund (G) L.P. | Fortress Credit Opportunities Fund (G) L.P. is an investment fund entity, which indirectly owns approximately 16% of Entropic Holdings LLC. |

For purposes of Section IV.2.b. of the Court's Order, Plaintiff discloses the following:

| | |
|---|---|
| L3 Investment Holdings LP | L3 Investment Holdings LP is an investor entity, which indirectly owns approximately 11% of Entropic Holdings LLC. |

Dated:  September 8, 2023

By:   */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel

4
**PLAINTIFF'S UPDATED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

| | |
|---|---|
| 1 | (admitted *pro hac vice*) |
| 2 | George Summerfield |
| | *(*admitted *pro hac vice*) |
| 3 | Katherine L. Allor |
| 4 | (admitted *pro hac vice*) |
| | **K&L GATES LLP** |
| 5 | 70 W. Madison Street, Suite 3300 |
| 6 | Chicago, IL 60602 |
| | Tel.: (312) 372-1121 |
| 7 | Fax: (312) 827-8000 |
| 8 | jim.shimota@klgates.com |
| | jason.engel@klgates.com |
| 9 | george.summerfield@klgates.com |
| 10 | katy.allor@klgates.com |
| 11 | Nicholas F. Lenning |
| 12 | (admitted *pro hac vice*) |
| | **K&L GATES LLP** |
| 13 | 925 Fourth Avenue, Suite 2900 |
| 14 | Seattle, WA 98104 |
| | (206) 623-7580 |
| 15 | (206) 370-6006 (fax) |
| 16 | nicholas.lenning@klgates.com |
| 17 | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 18 | Matthew Blair (admitted *pro hac vice*) |
| 19 | **K&L GATES LLP** |
| | 2801 Via Fortuna, Suite #650 |
| 20 | Austin, TX 78746 |
| 21 | (512) 482-6919 |
| 22 | (512) 482-6859 |
| | darlene.ghavimi@klgates.com |
| 23 | matthew.blair@klgates.com |
| 24 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 25 | |
| 26 | |
| 27 | |
| 28 | |