| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com<br>Cassidy T. Young (342891) |
| 3 | cassidy.young@klgates.com<br>K&L Gates LLP |
| 4 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 5 | Los Angeles, California  90067<br>Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |
| 7 | [*Additional counsel on signature page*] |
| 8 | **ATTORNEYS FOR PLAINTIFF**<br>**ENTROPIC COMMUNICATIONS, LLC** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-07775-JWH-KES (Lead Case)<br><br>Case No. 2:22-cv-07959-JWH-KES (Member Case)<br><br>**STIPULATION OF DISMISSAL OF: (1) THIRD CAUSE OF ACTION FOR INFRINGEMENT OF U.S. PATENT NO. 8,792,008 AGAINST DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C., AND (2) THIRD AND SIXTH DECLARATORY JUDGMENT COUNTERCLAIMS RELATING TO U.S. PATENT NO. 8,792,008; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>    Defendants. | |

IT IS HEREBY STIPULATED by and between the parties Plaintiff Entropic Communications, LLC; and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") (together with Entropic, the "Parties") as follows:

WHEREAS, the Parties have met and conferred and agree to dismiss with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Third Cause of Action for infringement of U.S. Patent No. 8,792,008, as alleged in Plaintiff's First Amended Complaint for Patent Infringement in Case No. 2:22-cv-07959-JWH-KES (Dkt. 17);

WHEREAS, the Parties have met and conferred and agree to dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), DISH's Third and Sixth Declaratory Judgment Counterclaims relating to U.S. Patent No. 8,792,008, as alleged in DISH's First Amended Answer in Case No. 2:22-cv-07959-JWH-KES (Dkt. 217);

WHEREAS, this notice of dismissal shall not act as a dismissal of any other claims asserted in this case or in Case No. 2:22-cv-07775-JWH-KES;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff's Third Cause of Action for infringement of U.S. Patent No. 8,792,008 against DISH in Case No. 2:22-cv-07959-JWH-KES is hereby dismissed with prejudice, with each side to bear its own costs.

2. DISH's Third and Sixth Declaratory Judgment Counterclaims for Relief relating to U.S. Patent No. 8,792,008 in Case No. 2:22-cv-07959-JWH-KES are hereby dismissed, with each side to bear its own costs.

Dated:  September 8, 2023

By:  /s/ Christina N. Goodrich
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547

Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel
(admitted *pro hac vice*)
George Summerfield
*(*admitted *pro hac vice*)
Katherine L. Allor
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

3
**STIPULATION OF DISMISSAL**

| | |
|---|---|
| Dated: September 8, 2023 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**<br><br>Respectfully submitted,<br><br>By:  */s/ Amanda Tessar*<br>Matthew C. Bernstein<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799<br><br>Amanda Tessar (admitted *pro hac vice*)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted *pro hac vice*)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400<br><br>Daniel T Keese<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222<br><br>**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　　　*/s/ Christina N. Goodrich*
　　　　　　　　　　　　　　　　　　　　Christina N. Goodrich