# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-07775-JWH-KES (Lead Case)<br><br>Case No. 2:22-cv-07959-JWH-KES (Member Case)<br><br>**[PROPOSED] ORDER GRANTING ENTROPIC AND DISH STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NO. 8,792,008** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation of Dismissal of Plaintiff's Third Cause of Action filed by and between the parties Plaintiff Entropic Communications, LLC; and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, the "Parties"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Plaintiff's Third Cause of Action for infringement of U.S. Patent No. 8,792,008 against DISH in Case No. 2:22-cv-07959-JWH-JEM is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs.
2. DISH's Third and Sixth Declaratory Judgment Counterclaims relating to U.S. Patent No. 8,792,008 in Case No. 2:22-cv-07959-JWH-KES are hereby dismissed, with each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: _____       _____
Honorable John W. Holcomb
United States District Judge