Name and address:
Adam R. Shartzer (DC Bar 994420)
Fish & Richardson P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>v.                                Plaintiff(s)<br><br>DIRECTV, LLC, et al.<br><br>                                     Defendant(s). | CASE NUMBER<br>2:22-cv-7775-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Shartzer, Adam R.                                of
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-783-5070          202-783-2331
*Telephone Number*     *Fax Number*

shartzer@fr.com
*E-Mail Address*

Fish & Richardson P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

**and designating as Local Counsel**

Marchese, Christopher S.                       of
*Designee's Name (Last Name, First Name & Middle Initial)*

170239          213.533.4240          858.678.5099
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

marchese@fr.com
*E-Mail Address*

Fish & Richardson P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                              _____
                                                   U.S. District Judge/U.S. Magistrate Judge