Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-07775-JWH-KES<br>CASE NO. 2:22-cv-07959-JWH-KES<br>(Member Case)<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | <u>*Markman* Hearing<br>Date:   July 11, 2023<br>Time:   10:00 a.m.<br>Crtrm:   8D (Santa Ana)</u> |

---

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576**

1  IT IS HEREBY STIPULATED by and between the parties Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"); and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") as follows:

WHEREAS, on September 15, 2023, the United States Patent Trial and Appeal Board ("PTAB") issued a Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 7,130,576 ("IPR Decision"); and

WHEREAS, Entropic filed a Notice of Filing of the IPR Decision, attaching the IPR Decision, that same day (*see* ECF No. 284);

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ENTER AN ORDER PROVIDING AS FOLLOWS:

1. Entropic may submit no more than three (3) pages of supplemental *Markman* briefing specifically focused on the term "selected and extracted transponder channels." The briefing shall be limited in scope only to address new arguments raised as a result of the IPR Decision. Entropic shall file this supplemental briefing by **no later than September 27, 2023.**

2. Defendants may submit no more than three (3) pages of briefing in response to Entropic's supplemental *Markman* briefing, which shall respond only the arguments raised in Entropic's supplemental briefing. Defendants shall file their responsive supplemental briefing by **no later than October 4, 2023.**

Dated: September 22, 2023

By: /s/ Christina N. Goodrich
Christina N. Goodrich (SBN 261722)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547

2

**JOINT STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576**

Fax: (310) 552-5001
Email: christina.goodrich@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
Katherine L. Allor (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
Matthew Blair (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
(512) 482-6919
(512) 482-6859
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

***Attorneys for Plaintiff Entropic Communications, LLC***

Dated:  September 22, 2023            Respectfully submitted,

                                     By:   */s/ Jason C. Lo*

3

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576**

Jason C. Lo
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
jlo@gibsondunn.com

BENJAMIN HERSHKOWITZ (admitted *pro hac vice*)
bhershkowitz@gibsondunn.com
KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

BRIAN BUROKER (admitted *pro hac vice*)
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.955.8500

NATHAN R. CURTIS (admitted *pro hac vice*)
ncurtis@gibsondunn.com
AUDREY YANG (admitted *pro hac vice*)
ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

***Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.***

Dated:  September 22, 2023            Respectfully submitted,

By:  */s/ Adam G. Hester*
Adam G. Hester, (admitted *pro hac vice*)
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street Suite 201

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576**

Madison, WI 53703-3095
Tel: +1.650.838.4311
Fax: +1650.838.4350

Matthew C. Bernstein
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

***Attorneys for Defendants***
***Dish Network Corporation, Dish Network L.L.C., and Dish Network Service L.L.C.***

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

5

**STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576**