1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | CASE NO. 2:22-cv-07775-JWH-KES |
| Plaintiff, | CASE NO. 2:22-cv-07959-JWH-KES |
| | (Member Case) |
| vs. | |
| DIRECTV, LLC and AT&T SERVICES, INC., | [Assigned to the Hon. John W. Holcomb] |
| Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL *MARKMAN* BRIEFING RE: ORDER DENYING INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,130,576** |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| vs. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

            **[PROPOSED] ORDER**

1        After full consideration of the Stipulation for Leave to File Supplemental
2   *Markman* Briefing re: Order Denying Institution of *Inter Partes* Review of U.S. Patent
3   No. 7,130,576 filed by Plaintiff Entropic Communications, LLC ("Entropic");
4   Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"); and Defendants
5   DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.
6   ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties"), and good
7   cause appearing, it is hereby **ORDERED** as follows:

8       1.   Entropic may submit 3 pages of supplemental *Markman* briefing
9           specifically focused on the term "selected and extracted transponder
10          channels." The briefing shall be limited in scope only to address new
11          arguments raised as a result of the Decision Denying IPR. Entropic shall
12          file this supplemental briefing by **no later than September 27, 2023.**

13      2.   Defendants may submit three pages of briefing in response to Entropic's
14          supplemental *Markman* briefing, which shall respond only the arguments
15          raised in Entropic's supplemental briefing. Defendants shall file their
16          responsive supplemental briefing by **no later than October 4, 2023.**

17      **IT IS SO ORDERED.**

18

19  Dated: _____

20                            Honorable John W. Holcomb
21                            United States District Judge

22

23

24

25

26

27

28

**[PROPOSED] ORDER**