1 | Christina N. Goodrich (SBN 261722)
2 | christina.goodrich@klgates.com
  | Cassidy T. Young (342891)
3 | cassidy.young@klgates.com
  | K&L Gates LLP
4 | 10100 Santa Monica Boulevard
  | Eighth Floor
5 | Los Angeles, California  90067
  | Telephone: +1 310 552 5000
6 | Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-07775-JWH-KES |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF: (1) THIRD CAUSE OF ACTION FOR INFRINGEMENT OF U.S. PATENT NO. 8,792,008 AGAINST DIRECTV, LLC AND AT&T SERVICES, INC.** |
| DIRECTV, LLC, *et al.,* | |
| Defendants. | |

**STIPULATION RE DISMISSAL**

1  IT IS HEREBY STIPULATED by and between the parties Plaintiff Entropic Communications, LLC; and Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV", collectively, the "Parties") as follows:

WHEREAS, the Parties have met and conferred and agree to dismiss with prejudice Plaintiff's Third Cause of Action for infringement of U.S. Patent No. 8,792,008, as alleged in Plaintiff's First Amended Complaint for Patent Infringement in Case No. 2:22-cv-07775-JWH-KES (Dkt. 20);

WHEREAS, this notice of dismissal shall not act as a dismissal of any other claims asserted in this case or in Case No. 2:22-cv-07959-JWH-KES;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff's Third Cause of Action against DIRECTV in Case No. 2:22-cv-07775-JWH-JEM is hereby dismissed with prejudice, with each side to bear its own costs.

Dated: September 26, 2023

By:  */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota
(admitted *pro hac vice*)
Jason Engel
(admitted *pro hac vice*)
George Summerfield
(admitted *pro hac vice*)
Katherine L. Allor
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300

| | |
|---|---|
| | Chicago, IL 60602 |
| | Tel.: (312) 372-1121 |
| | Fax: (312) 827-8000 |
| | jim.shimota@klgates.com |
| | jason.engel@klgates.com |
| | george.summerfield@klgates.com |
| | katy.allor@klgates.com |
| | |
| | Nicholas F. Lenning |
| | (admitted *pro hac vice*) |
| | **K&L GATES LLP** |
| | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA 98104 |
| | (206) 623-7580 |
| | (206) 370-6006 (fax) |
| | nicholas.lenning@klgates.com |
| | |
| | Darlene F. Ghavimi (admitted *pro hac vice*) |
| | Matthew Blair (admitted *pro hac vice*) |
| | **K&L GATES LLP** |
| | 2801 Via Fortuna, Suite #650 |
| | Austin, TX 78746 |
| | (512) 482-6919 |
| | (512) 482-6859 |
| | darlene.ghavimi@klgates.com |
| | matthew.blair@klgates.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| Dated:  September 26, 2023 | Respectfully submitted, |
| | |
| | By:  */s/ Jason Lo* |
| | Jason C. Lo |
| | 333 South Grand Avenue, Suite 5400 |
| | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| | Facsimile:   213.229.7520 |
| | jlo@gibsondunn.com |

**STIPULATION RE DISMISSAL**

| | |
|---|---|
| 1 | BENJAMIN HERSHKOWITZ (admitted *pro hac vice*) |
| 2 | bhershkowitz@gibsondunn.com |
| 3 | KATHERINE Q. DOMINGUEZ (admitted *pro hac vice*) |
| 4 | kdominguez@gibsondunn.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP |
|  | 200 Park Avenue |
| 6 | New York, NY 10166-0193 |
|  | Telephone:  212.351.4000 |
| 7 | Facsimile:   212.351.4035 |
| 8 | BRIAN BUROKER (admitted *pro hac vice*) |
| 9 | bburoker@gibsondunn.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP |
|  | 1050 Connecticut Ave., N.W. |
| 11 | Washington, D.C. 20036 |
|  | Telephone:  202.955.8500 |
| 12 |  |
| 13 | NATHAN R. CURTIS (admitted *pro hac vice*) |
| 14 | ncurtis@gibsondunn.com |
|  | AUDREY YANG (admitted *pro hac vice*) |
| 15 |  |
|  |   ayang@gibsondunn.com |
| 16 | GIBSON, DUNN & CRUTCHER LLP |
|  | 2001 Ross Ave., Suite 2100 |
| 17 | Dallas, TX 75201 |
| 18 | Telephone:  214.698.3100 |
|  | Facsimile:  214.571.2900 |
| 19 |  |
| 20 | ***Attorney for Defendants DIRECTV, LLC and AT&T Services, Inc.*** |
| 21 |  |

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

/s/ Christina N. Goodrich<br>Christina N. Goodrich

4
**STIPULATION RE DISMISSAL**