# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING ENTROPIC AND DIRECTV STIPULATION OF DISMISSAL OF CLAIMS RELATING TO U.S. PATENT NO. 8,792,008** |

**[PROPOSED] ORDER**

After full consideration of the Stipulation re: Dismissal of Plaintiff's Third Cause of Action filed by and between the parties Plaintiff Entropic Communications, LLC; and Defendants DIRECTV, LLC, and AT&T Services, Inc. ("DIRECTV"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Plaintiff's Third Cause of Action for infringement of U.S. Patent No. 8,792,008 against DIRECTV in Case No. 2:22-cv-07775-JWH-KES is hereby dismissed with prejudice, with each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: _____     _____
                                         Honorable John W. Holcomb
                                         United States District Judge