1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

ENTROPIC COMMUNICATIONS, LLC,

Case No. 2:22-cv-07775-JWH-KES

11

Plaintiff,

12

vs.

**ORDER GRANTING ENTROPIC AND DIRECTV STIPULATION OF DISMISSAL OF CLAIMS RELATING TO U.S. PATENT NO. 8,792,008**

13

DIRECTV, LLC, *et al.,*

14

Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

1   After full consideration of the Stipulation re: Dismissal of Plaintiff's Third Cause of Action

2   filed by and between the parties Plaintiff Entropic Communications, LLC; and Defendants

3   DIRECTV, LLC, and AT&T Services, Inc. ("DIRECTV"), and pursuant to Rule 41(a)(2) of the

4   Federal Rules of Civil Procedure, it is hereby **ORDERED** that Plaintiff's Third Claim for

5   Relief, for infringement of U.S. Patent No. 8,792,008 against DIRECTV, is

6   **DISMISSED with prejudice**, with each side to bear its own costs.

7       **IT IS SO ORDERED.**

8

9   Dated: September 27, 2023

10  Honorable John W. Holcomb
    United States District Judge