NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Amanda Tessar (pro hac vice)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202
Telephone: (303) 291-2300

ATTORNEY(S) FOR: Defendants DISH Network Corporation, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff(s),

v.

DIRECTV, LLC, et al.

Defendant(s).

CASE NUMBER:

2:22-cv-7775-JWH-KES

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___DISH Network Corporation, et al.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DISH Network Corporation | Wholly-owns DISH Network L.L.C. and DISH DBS Corporation. |
| | DISH Network Corporation is a wholly-owned subsidiary of EchoStar Corporation, with publicly traded equity (NASDAQ:SATS). |

See additional page for more parties.

February 9, 2024
Date

/s/ Daniel Keese
Signature

Attorney of record for (or name of party appearing in pro per):

Daniel Keese

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) – ADDITIONAL PAGE**

| PARTY | CONNECTION/INTEREST |
|---|---|
| DISH Network L.L.C. | A wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. |
| Dish Network Service L.L.C. | A wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. |