Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile:  +1.303.291.2457

ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>    Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**DISH'S APPLICATION FOR LEAVE TO FILE DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | No. 2:22-cv-07959-JWH-KES |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 79-5.2.2(a)-(b) of the Central District of California, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH") file this Application for Leave to File Under Seal the following unredacted information referenced in DISH's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims.

Each portion of the documents referenced in the chart below have been designated as confidential and/or Outside Counsels' Eyes Only ("OCEO") by DISH and/or third party MaxLinear, Inc., where indicated in the below table. *See* Sealed Declaration of Trevor Bervik in Support of DISH's Application for Leave to File Under Seal ("Sealed Decl. of T. Bervik") at ¶¶ 4-13. DISH therefore applies to file such documents and information under seal pursuant to Local Rule 79-5.5.5(a)-(b).

The information to be sealed is identified below:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Memorandum in Support of DISH's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims ("DISH's Memorandum") at 5:5-6 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:8-11 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:16-20 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:23-28 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| DISH's Memorandum at 6:3-5 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:8-12 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:14-16 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:17-18 | Contents of documents designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:21-26 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:11-13 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:17-18 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:28 | Contents of a document designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) to DISH's Memorandum ("Exhibit A to DISH's Memorandum") at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Exhibit A to DISH's Memorandum at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B (Excerpts of Itzhak Gurantz Transcript) to DISH's Memorandum ("Exhibit B to DISH's Memorandum") at 1:18-19 and Header (throughout) | Confidentiality marking to be removed from public version of document |
| Exhibit B to DISH's Memorandum at 48:16-49:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 50:5-53:3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 154:1-155:15 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 156:12-157:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 220:23-221:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit C to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit D to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit E to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit F to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit G to DISH's Memorandum | Document designated as OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit H to DISH's Memorandum | Document designated as OCEO by DISH and third party MaxLinear, Inc. |

Pursuant to Local Rule 79-5.2.2(a)-(b), DISH applies to file under seal the documents listed above. Under Local Rule 79-5.2.2(a)-(b), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether any opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. DISH has complied with these requirements. The information that DISH seeks to seal is contained within documents designated as confidential and outside counsels' eyes only by DISH and consists of internal business records. DISH marked these documents in this manner because it does not believe that the public has an interest in accessing this confidential information. Additionally, DISH's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Entropic Communications, LLC indicated that they do not oppose DISH's application.

Therefore, compelling reasons exist to seal the indicated portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references … to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential

-9-

1  business information of the parties, including trade secrets, proprietary business
2  records, discussions of internal strategy, company dealings, and materials
3  designated as 'Highly Confidential'").
4       Accordingly, DISH respectfully requests that this Court order the unredacted
5  documents to be filed under seal.  Concurrent with this filing, DISH has filed
6  redacted versions of these documents with the Court, which only redact information
7  necessary to protect information that DISH has marked as confidential or outside
8  counsels' eyes only.
9       A proposed order granting this Application is also being filed concurrently
10 with this Application.

| | | |
|---|---|---|
| 1 | Dated: February 16, 2024 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Trevor Bervik* |
| 5 | | Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com |
| 6 | | PERKINS COIE LLP<br>11452 El Camino Real, Ste 300 |
| 7 | | San Diego, California 92130-2080<br>Telephone: +1.858.720.5700 |
| 8 | | Facsimile: +1.858.720.5799 |
| 9 | | Amanda Tessar (admitted pro hac vice) |
| 10 | | ATessar@perkinscoie.com<br>Trevor Bervik (admitted pro hac vice) |
| 11 | | TBervik@perkinscoie.com<br>PERKINS COIE LLP |
| 12 | | 1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255 |
| 13 | | Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
| 14 | | |
| 15 | | Daniel T Keese, Bar No. 280683 |
| 16 | | DKeese@perkinscoie.com<br>PERKINS COIE LLP |
| 17 | | 1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128 |
| 18 | | Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 |
| 19 | | |
| 20 | | Adam G. Hester, Bar No. 311206<br>AHester@perkinscoie.com |
| 21 | | PERKINS COIE LLP<br>33 East Main Street Suite 201 |
| 22 | | Madison, WI 53703-3095<br>Tel: +1.650.838.4311 |
| 23 | | Fax: +1650.838.4350 |
| 24 | | **ATTORNEYS FOR DEFENDANTS DISH** |
| 25 | | **NETWORK CORPORATION, DISH**<br>**NETWORK L.L.C., AND DISH NETWORK** |
| 26 | | **SERVICE L.L.C.** |
| 27 | | |
| 28 | | |