UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>　　　　Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>　　　　Defendants. | No. 2:22-cv-07959-JWH-KES |

Having considered Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s (collective, "DISH's") Application for Leave to File DISH's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims Under Seal, this Court **GRANTS** DISH's Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Memorandum in Support of DISH's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims ("DISH's Memorandum") at 5:5-6 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:8-11 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:16-20 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:23-28 | Contents of documents designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:3-5 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:8-12 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:14-16 | Contents of a document designated as confidential or OCEO by DISH. |

-2-

Case No. 2:22-cv-07775-JWH-KES
[Proposed] Order Granting DISH's Application to File Documents Under Seal

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| DISH's Memorandum at 6:17-18 | Contents of documents designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:21-26 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:11-13 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:17-18 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:28 | Contents of a document designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) to DISH's Memorandum ("Exhibit A to DISH's Memorandum") at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Exhibit A to DISH's Memorandum at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B (Excerpts of Itzhak Gurantz Transcript) to DISH's Memorandum ("Exhibit B to DISH's Memorandum") at 1:18-19 and Header (throughout) | Confidentiality marking to be removed from public version of document |
| Exhibit B to DISH's Memorandum at 48:16-49:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 50:5-53:3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 154:1-155:15 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit B to DISH's Memorandum at 156:12-157:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 220:23-221:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit C to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit D to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit E to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit F to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit G to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit H to DISH's Memorandum | Document designated as OCEO by DISH and third party MaxLinear, Inc. |

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. John W. Holcomb
United States District Court Judge