Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile:  +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>       Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>       Defendants. | No. 2:22-cv-07959-JWH-KES |

I, Trevor Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH"). I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH's Motion for Leave to File its Second Amended Answer, Affirmative Defenses, and Counterclaims.

4. Attached as Exhibit A is a true and correct copy a redline comparison that I created comparing DISH's First Amended Answer (filed as Dkt. No. 217) with DISH's proposed Second Amended Answer, Affirmative Defenses, and Counterclaims.

5. Attached as Exhibit B is a true and correct copy of an excerpted version of the deposition transcript of Itzhak Gurantz in this case, dated July 31, 2023. I excerpted portions of the full deposition transcript to create Exhibit B. I additionally highlighted portions of Exhibit B to indicate material that DISH has designated as confidential.

6. Attached as Exhibit C is a true and correct copy of a document produced in this case and is stamped with Bates Nos. DISH00022196 through DISH00022202. As discussed in the Sealed Declaration of Trevor Bervik in Support of DISH's Application for Leave to File Under Seal ("Sealed Decl. of T. Bervik"), Exhibit C contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH.

7. Attached as Exhibit D is a true and correct copy of a document produced in this case and is stamped with Bates Nos. DISH00022180 through DISH00022195. As discussed in the Sealed Decl. of T. Bervik, Exhibit D contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH.

8. Attached as Exhibit E is a true and correct copy of a document produced in this case and is stamped with Bates Nos. DISH00022132 through DISH00022146. As discussed in the Sealed Decl. of T. Bervik, Exhibit E contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH.

9. Attached as Exhibit F is a true and correct copy of a document produced in this case and is stamped with Bates Nos. DISH00023708 through DISH00023714. As discussed in the Sealed Decl. of T. Bervik, Exhibit F contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH.

10. Attached as Exhibit G is a true and correct copy of a document produced in this case and is stamped with Bates Nos. DISH00023797 through DISH00023799. As discussed in the Sealed Decl. of T. Bervik, Exhibit G contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH.

11. Attached as Exhibit H is a true and correct copy of an excerpted version of the deposition transcript of Mark Foley in this case, dated October 13, 2023. I excerpted portions of the full deposition transcript to create Exhibit H. As discussed in the Sealed Decl. of T. Bervik, Exhibit H contains material that has been designated as "Restricted Confidential – Outside Counsels' Eyes Only" by DISH and third party MaxLinear, Inc.

1
2    I declare under penalty of perjury under the laws of the United States of
3 America that the foregoing is true and correct, executed on this 16th day of February,
4 2024 at Denver, Colorado.

                                                  */s/ Trevor Bervik*
                                                  Trevor Bervik