# Exhibit C

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL