# Exhibit G

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL