# Exhibit H

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL