UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>      Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>      Defendants. | No. 2:22-cv-07959-JWH-KES |

1  The Court having considered Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C.'s (collectively "DISH's"), Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims ("Motion") and being advised of the issues therein, it is hereby ORDERED that DISH's Motion is GRANTED.  DISH shall file the proposed Second Amended Answer, Affirmative Defenses, and Counterclaims within 7 days of the date of this Order.

Accordingly, and for good cause shown, the Court GRANTS DISH's Motion.

**IT IS SO ORDERED.**

Dated _____, 2024

_____
Hon. John W. Holcomb
United States District Judge