Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>Plaintiff,<br>v.<br>DIRECTV, LLC and AT&T SERVICES, INC.,<br>Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**NOTICE OF PROOF OF SERVICE** |
| ENTROPIC COMMUNICATIONS, LLC,<br>Plaintiff,<br>v.<br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br>Defendants. | No. 2:22-cv-07959-JWH-KES |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** unredacted versions of the following documents have been served on all parties:

- **UNREDACTED VERSION OF DISH'S MEMORANDUM IN SUPPORT OF DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS;**

- **UNREDACTED VERSION OF DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; AND**

- **UNREDACTED VERSIONS OF EXHIBITS A THROUGH H IN SUPPORT OF DECLARATION OF TREVOR BERVIK IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS.**

Attached as Exhibit I is a true and correct copy of the proof of service for the above-mentioned documents.

Dated: February 16, 2024

**PERKINS COIE LLP**

By: */s/ Trevor Bervik*

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
Trevor Bervik (admitted pro hac vice)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

Adam G. Hester, Bar No. 311206
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
Tel: +1.650.838.4311
Fax: +1650.838.4350

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

# EXHIBIT I

# CERTIFICATE OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the foregoing action. My business address is Perkins Coie LLP, 11452 El Camino Real, Suite 300, San Diego, CA 92130.

On February 16, 2024, I served the following documents on the interested parties in this action by transmitting true copies to the email addresses set forth below.

- **UNREDACTED VERSION OF DISH'S MEMORANDUM IN SUPPORT OF DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS;**
- **UNREDACTED VERSION OF DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; AND**
- **UNREDACTED VERSIONS OF EXHIBITS A THROUGH H IN SUPPORT OF DECLARATION OF TREVOR BERVIK IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS.**

| | |
|---|---|
| Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Connor J. Meggs<br>connor.meggs@klgates.com<br>Cassidy Young<br>cassidy.young@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067 | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |

| | |
|---|---|
| Telephone: +1 310 552 5000<br>Facsimile: +1 310 552 5001<br><br>Peter Soskin<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Fax: (415) 882-8220<br>peter.soskin@klgates.com<br><br>James Shimota<br>Jason Engel<br>Nathan Fuller<br>Samuel Richey<br>K&L GATES LLP<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>jim.shimota@klgates.com<br>jason.engel@klgates.com<br>nathan.fuller@klgates.com<br>samuel.richey@klgates.com<br><br>Nicholas F. Lenning<br>Courtney Neufeld<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel.: (206) 623-7580<br>Fax: (206) 370-6006<br>nicholas.lenning@klgates.com<br>courtney.neufeld@klgates.com<br><br>Matthew Blair<br>K&L GATES LLP<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Tel.: (512) 482-6919<br>Fax: (512) 482-6859<br>matthew.blair@klgates.com | |

| | |
|---|---|
| Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Avenue S<br>Nashville, TN 37212<br>615-973-9478<br>bridgesip@icloud.com<br><br>Kenneth H. Bridges<br>Kirkland and Ellis LLP<br>555 California Street 27th Floor<br>San Francisco, CA 94104<br>650-681-4484<br>Fax: 650-473-9832<br>kbridges@wongcabello.com | |
| Jason C. Lo<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue, Suite 5400<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>jlo@gibsondunn.com<br><br>Benjamin Hershkowitz<br>bhershkowitz@gibsondunn.com<br>Katherine Q. Dominguez<br>kdominguez@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Brian Buroker<br>bburoker@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Nathan R. Curtis<br>ncurtis@gibsondunn.com | *Attorneys for DirecTV and AT&T* |

| | |
|---|---|
| Audrey Yang<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Suite 2100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br>ayang@gibsondunn.com<br><br>Bethany M. Stevens<br>Hannah Lynn Cannom<br>Walker Stevens Cannom LLP<br>500 Molino Street, Suite 118<br>Los Angeles, CA 90013<br>213-337-4531<br>Fax: 213-403-4906<br>bstevens@wscllp.com<br>hcannom@wscllp.com<br><br>Deron R. Dacus<br>Dacus Firm, PC<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>903-705-1117<br>Fax: 903-581-2543<br>ddacus@dacusfirm.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2024, at Escondido, California.

*/s/ Misty Elam*
Misty Elam