# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>  Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | No. 2:22-cv-07959-JWH-KES |

1  Having considered Defendants DISH Network Corporation, DISH Network
2  L.L.C., and Dish Network Service L.L.C.'s (collective, "DISH's") Application for
3  Leave to File DISH's Motion for Leave to File Second Amended Answer,
4  Affirmative Defenses, and Counterclaims Under Seal, and good cause appearing
5  therefor, it is hereby **ORDERED** as follows:
6      1.    DISH's Application is **GRANTED**.
7      2.    The following documents shall be filed under seal:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Memorandum in Support of DISH's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims ("DISH's Memorandum") at 5:5-6 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:8-11 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:16-20 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 5:23-28 | Contents of documents designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:3-5 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:8-12 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:14-16 | Contents of a document designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| DISH's Memorandum at 6:17-18 | Contents of documents designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 6:21-26 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:11-13 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:17-18 | Contents of a document designated as confidential or OCEO by DISH. |
| DISH's Memorandum at 7:28 | Contents of a document designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) to DISH's Memorandum ("Exhibit A to DISH's Memorandum") at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Exhibit A to DISH's Memorandum at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Exhibit A to DISH's Memorandum at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit A to DISH's Memorandum at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit A to DISH's Memorandum at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B (Excerpts of Itzhak Gurantz Transcript) to DISH's Memorandum ("Exhibit B to DISH's Memorandum") at 1:18-19 and Header (throughout) | Confidentiality marking to be removed from public version of document |
| Exhibit B to DISH's Memorandum at 48:16-49:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 50:5-53:3 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 154:1-155:15 | Contents of a document designated as confidential or OCEO by DISH |

-7-

CASE NO. 2:22-CV-07775-JWH-KES
ORDER GRANTING DISH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Exhibit B to DISH's Memorandum at 156:12-157:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit B to DISH's Memorandum at 220:23-221:25 | Contents of a document designated as confidential or OCEO by DISH |
| Exhibit C to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit D to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit E to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit F to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit G to DISH's Memorandum | Document designated as OCEO by DISH |
| Exhibit H to DISH's Memorandum | Document designated as OCEO by DISH and third party MaxLinear, Inc. |

**IT IS SO ORDERED.**

Dated: __February 20__, 2024

Hon. John W. Holcomb
United States District Judge