1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                          SOUTHERN DIVISION

10                                              )
    ENTROPIC COMMUNICATIONS, LLC,                )
11            Plaintiff,                         )   Case No. 2:22-cv-07775-JWH-JEM
                                                 )        (Lead Case)
                                                 )
12       v.                                      )   Case No. 2:22-cv-07959-JWH-JEM
                                                 )        (Member Case)
13  DIRECTV, LLC and AT&T SERVICES,               )
    INC.,                                        )
14            Defendants.                        )   Hon. John W. Holcomb
                                                 )   Special Master David M. Keyzer
    _____          )
15                                               )
    ENTROPIC COMMUNICATIONS, LLC,                )
16            Plaintiff,                         )   **NOTICE OF**
                                                 )
17       v.                                      )   **SPECIAL MASTER ORDER**
                                                 )
18  DISH NETWORK CORPORATION,                    )
    DISH NETWORK LLC, and DISH                   )   [Docketed in Lead Case Only]
19  NETWORK SERVICE LLC,                         )
              Defendants.                        )
20                                               )

NOTICE OF SPECIAL MASTER ORDER - 1

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), the Special Master attaches hereto the Special Master Order No. SM-14.

Dated: February 21, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master