1  Christina Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Cassidy Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   [*Additional counsel on signature page*]
7
   Attorneys for Plaintiff Entropic
8  Communications, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case)<br>Case No. 2:22-cv-07959-JWH-JEM (Related Case)<br><br>**PLAINTIFF'S RESPONSE TO DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>**Date:** March 15, 2024<br>**Time:** 9:00 a.m.<br>**Courtroom:** 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | |

- 1 -
**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

317894580.2

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") contends that the Second Amended Answer, Affirmative Defenses, and Counterclaims that DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH,") seeks to file in this action contains fatally defective allegations. However, considering the liberal standard for granting leave to amend and the Special Master's Order (ECF No. 308), Entropic does not oppose DISH's Motion.

For avoidance of doubt, Entropic's decision to not oppose DISH's Motion should not be construed as a waiver of any rights that Entropic has (*e.g.*, the ability to file a motion to dismiss DISH's newly asserted counterclaims and strike certain affirmative defenses), nor shall it be construed as acquiescence in the assertions made in DISH's Motion or DISH's proposed amendments.

Dated: February 23, 2024

**K&L GATES LLP**

By: */s/ Cassidy T. Young*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
K&L GATES LLP
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota (*pro hac vice*)
Jason Engel (*pro hac vice*)
Nathan Fuller (*pro hac vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com

Nicholas F. Lenning (*pro hac vice*)

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Caroline M. Vermillion (*pro hac vice*)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3987
caroline.vermillion@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**