Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff(s)<br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-07775-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Holtzman, Kurt A.   of   Goldman Ismail Tomaselli Brennan & Baum LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   200 South Wacker Drive
(312) 681-6000   (312) 881-5191   Floor 22
*Telephone Number*   *Fax Number*   Chicago, IL, 60606
kholtzman@goldmanismail.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Goodrich, Christina N.   of   K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   10100 Santa Monica Boulevard, 8th Floor
261722   (310) 552-5547   (310) 552-5001   Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
christina.goodrich@klgates.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1