# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>  Defendants. | Case No. 2:22-cv-07775-JWH-KES<br>Case No. 2:22-cv-07959-JWH-KES<br><br>**ORDER GRANTING DISH'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS [ECF No. 304]** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | |

Before the Court is the Motion of Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims.[1] Specifically, DISH seeks leave to add affirmative defenses for patent unenforceability due to equitable estoppel and implied waiver, as well as to make other minor changes.[2] Plaintiff Entropic Communications, LLC, acknowledging the liberal standard for granting leave to amend, reports that it does not oppose DISH's instant Motion.[3] Entropic, however, does reserve its ability to file a motion to dismiss or otherwise to challenge DISH's amended pleading.[4] In view of both the liberal standard under Rule 15 of the Civil Rules of Civil Procedure and Entropic's Non-Opposition, the Court **GRANTS** DISH's Motion for leave to amend.

The Court also provides the following guidance concerning its Local Rules:  The Local Rules explicitly provide that "**[i]f the Application [to file under seal] is granted, the Filing Party must thereafter file the sealed document pursuant to L.R. 79-5.2.2(c).  The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing**." L.R. 79-5.2.2(a).  That text appears in boldface in the Local Rules.

Here, Entropic filed its Application to File Under Seal on February 16, 2024.[5]  The Court granted DISH's application on February 20, 2024.[6]  DISH

---

[1] DISH's Motion for Leave (the "Motion") [ECF Nos. 304-2 & 304-3].

[2] *See generally* Motion.

[3] Entropic's Non-Opposition to DISH's Motion for Leave (the "Non-Opposition") [ECF No. 312].

[4] *Id.*

[5] DISH's Application to File Document Under Seal [ECF No. 304].

[6] Order regarding Application to File Document Under Seal [ECF No. 307].

has yet to file any sealed documents. One consequence of DISH's failure to file the sealed documents is that there is no hearing calendared for March 15, 2024.

All counsel are **DIRECTED** to read carefully, and to comply assiduously with, the Local Rules, paying particular attention to the sealing requirements. Future violations of the Local Rules with respect to applications to file under seal may warrant sanctions.

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1. DISH's instant Motion is **GRANTED**.

2. DISH is **DIRECTED** to file its amended pleading no later than March 22, 2024. DISH is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to First Amended Answer that provides the Court with a redline version that shows the amendments.

3. Entropic is **DIRECTED** to file its response to DISH's amended pleading no later than April 12, 2024.

**IT IS SO ORDERED.**

Dated: March 11, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE