Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>    Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**DISH'S APPLICATION FOR LEAVE TO FILE DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>    Defendants. | No. 2:22-cv-07959-JWH-KES |

-1-

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 79-5.2.2(a)-(b) of the Central District of California, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively "DISH") file this Application for Leave to File Under Seal the following unredacted information referenced in DISH's Second Amended Answer, Affirmative Defenses, and Counterclaims.

Each portion of the documents referenced in the chart below have been designated as confidential and/or Outside Counsels' Eyes Only ("OCEO") by DISH and/or third party MaxLinear, Inc., where indicated in the below table. *See* Sealed Declaration of Trevor Bervik in Support of DISH's Application for Leave to File Under Seal ("Sealed Decl. of T. Bervik") at ¶¶ 4-6. DISH therefore applies to file such documents and information under seal pursuant to Local Rule 79-5.5.5(a)-(b).

The information to be sealed is identified below:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Notice of Revisions at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |

Pursuant to Local Rule 79-5.2.2(a)-(b), DISH applies to file under seal the documents listed above. Under Local Rule 79-5.2.2(a)-(b), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a

declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether any opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. DISH has complied with these requirements. The information that DISH seeks to seal is contained within documents designated as confidential and outside counsels' eyes only by DISH and consists of internal business records. DISH marked these documents in this manner because it does not believe that the public has an interest in accessing this confidential information. Additionally, DISH's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Entropic Communications, LLC indicated that they do not oppose DISH's application. *See* Sealed Decl. of T. Bervik at ¶ 6.

Therefore, compelling reasons exist to seal the indicated portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references … to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

Accordingly, DISH respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, DISH has filed redacted versions of these documents with the Court, which only redact information necessary to protect information that DISH has marked as confidential or outside counsels' eyes only.

1    A proposed order granting this Application is also being filed concurrently
2  with this Application.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 12, 2024

**PERKINS COIE LLP**

By: /s/ *Trevor Bervik*

    Matthew C. Bernstein, Bar No. 199240
    MBernstein@perkinscoie.com
    PERKINS COIE LLP
    11452 El Camino Real, Ste 300
    San Diego, California 92130-2080
    Telephone: +1.858.720.5700
    Facsimile: +1.858.720.5799

    Amanda Tessar (admitted pro hac vice)
    ATessar@perkinscoie.com
    Trevor Bervik (admitted pro hac vice)
    TBervik@perkinscoie.com
    PERKINS COIE LLP
    1900 Sixteenth Street, Suite 140
    Denver, Colorado 80202-5255
    Telephone: +1.303.291.2300
    Facsimile: +1.303.291.2400

    Daniel T Keese, Bar No. 280683
    DKeese@perkinscoie.com
    PERKINS COIE LLP
    1120 NW Couch Street 10th Floor
    Portland, OR 97209-4128
    Telephone: +1.503.727.2000
    Fax: +1.503.727.2222

    Adam G. Hester, Bar No. 311206
    AHester@perkinscoie.com
    PERKINS COIE LLP
    33 East Main Street Suite 201
    Madison, WI 53703-3095
    Tel: +1.650.838.4311
    Fax: +1650.838.4350

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 12, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Trevor Bervik*
Trevor Bervik