Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>　　　　Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**DECLARATION OF TREVOR BERVIK IN SUPPORT OF DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>　　　　Defendants. | No. 2:22-cv-07959-JWH-KES |

I, Trevor Bervik, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Perkins Coie LLP, counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH").  I am licensed to practice law in the State of Colorado.

3. I make this Declaration based on my personal knowledge and in support of DISH's Second Amended Answer, Affirmative Defenses, and Counterclaims.

4. Attached as Notice of Revisions is a true and correct copy of a redline comparison that I created comparing DISH's First Amended Answer (filed as Dkt. No. 217) with DISH's Second Amended Answer, Affirmative Defenses, and Counterclaims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 12th day of March, 2024 at Denver, Colorado.

*/s/ Trevor Bervik*
Trevor Bervik