UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:22-cv-07775-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | No. 2:22-cv-07959-JWH-KES |

1  Having considered Defendants DISH Network Corporation, DISH Network
2  L.L.C., and Dish Network Service L.L.C.'s (collective, "DISH's") Application for
3  Leave to File DISH's Second Amended Answer, Affirmative Defenses, and
4  Counterclaims Under Seal, this Court **GRANTS** DISH's Application.

5  **IT IS HEREBY ORDERED** that the following documents be filed under
6  seal:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Notice of Revisions at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |

**IT IS SO ORDERED.**

Dated: _____, 2024

_____

Hon. John W. Holcomb
United States District Court Judge