UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | No. 2:22-cv-07775-JWH-KES <br><br> **ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE DISH'S SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL** |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | No. 2:22-cv-07959-JWH-KES |

Having considered Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s (collective, "DISH's") Application for Leave to File DISH's Second Amended Answer, Affirmative Defenses, and Counterclaims Under Seal, this Court hereby ORDERS as follows:

1. DISH's Application is **GRANTED**.
2. The following documents shall be filed under seal:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:12-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 26:19-21 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 27:9-28:16 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:18-19 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 28:25-29:1 | Contents of documents designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:1-2 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:7-9 | Contents of a document designated as confidential or OCEO by DISH. |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:12-14 | Contents of a document designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:26-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 29:27-30:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:1-2 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:3 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 30:6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:18-21 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 31:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:5-6 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 32:19-34:2 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:4-5 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:14-16 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:25-26 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:26-28 | Contents of documents designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 34:28-35:1 | Contents of a document designated as confidential or OCEO by DISH |
| Second Amended Answer, Affirmative Defenses, and Counterclaims at 35:1-4 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions (Redlined Second Amended Answer, Affirmative Defenses, and Counterclaims) at 32:5-8 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 32:12-14 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 33:4-34:2 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:9-15 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 34:18-23 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:7-8 | Contents of documents designated as confidential or OCEO by DISH. |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 35:21-25 | Contents of documents designated as confidential or OCEO by DISH. |
| Notice of Revisions at 35:25-26 | Contents of documents designated as confidential or OCEO by DISH and third party MaxLinear, Inc. |
| Notice of Revisions at 36:5-7 | Contents of a document designated as confidential or OCEO by DISH. |
| Notice of Revisions at 36:10-12 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:24-25 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 36:25-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:2-3 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:3-5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 37:5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:19-22 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 38:26-39:1 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 39:22-41:7 | Contents of documents designated as confidential or OCEO by DISH |

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a)-(b) | Description of Information |
|---|---|
| Notice of Revisions at 41:9-10 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:19-21 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 41:24-27 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:4-5 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:5-7 | Contents of documents designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:7-8 | Contents of a document designated as confidential or OCEO by DISH |
| Notice of Revisions at 42:8-11 | Contents of a document designated as confidential or OCEO by DISH |

**IT IS SO ORDERED.**

Dated: \_\_\_March 13\_\_\_, 2024

_____
Hon. John W. Holcomb
United States District Judge