Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

Attorneys for Plaintiff Entropic Communications, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case)<br>Case No. 2:22-cv-07959-JWH-JEM (Related Case)<br><br>**PLAINTIFF'S ANSWER TO DISH'S AMENDED COUNTERCLAIMS**<br><br>DEMAND FOR JURY TRIAL |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | |

**PLAINTIFF'S ANSWER TO DISH'S AMENDED COUNTERCLAIMS**

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby provides this Answer to the Amended Counterclaims filed by Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (the "Counterclaims" filed by "Counterclaimants"). The paragraph numbers of Entropic's responses set forth below correspond to the paragraph numbering of the Counterclaims. Entropic's investigation and discovery regarding the facts alleged in the Counterclaims are ongoing, and Entropic reserves the right to amend or supplement this Answer as may be necessary.

<u>**COUNTERCLAIMS**</u>

1. The allegations set forth in Paragraph 1 of the Counterclaims are boilerplate allegations that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 1 of the Counterclaims.

2. Paragraph 2 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 2 of the Counterclaims are true.

3. Paragraph 3 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 3 of the Counterclaims are true.

4. Paragraph 4 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. On information and belief, the allegations contained in Paragraph 4 of the Counterclaims are true.

5. Paragraph 5 of the Counterclaims does not contain any allegations against Entropic to which Entropic must respond. Entropic admits that it is a Delaware limited liability company that was formed under the laws of Delaware on March 29, 2021.

6. The allegations set forth in Paragraph 6 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic admits that the paragraphs following Paragraph 6 of the Counterclaims contain allegations in counterclaims asserted by Counterclaimants against Entropic.

7. The allegations set forth in Paragraph 7 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 7 of the Counterclaims. Entropic denies that there is a case or controversy between Entropic and Counterclaimants regarding those patent claims not asserted against Counterclaimants or regarding products not accused of infringement. Therefore, this Court does not have subject matter jurisdiction under the Declaratory Judgment Act regarding those patent claims.

8. Entropic admits the allegations of Paragraph 8 of the Counterclaims.

9. Entropic admits the allegation in Paragraph 9 of the Counterclaims that venue in this District over the Counterclaims is proper. Entropic denies the remainder of the allegations in Paragraph 9 of the Counterclaims and notes that in transferring this action from the Eastern District of Texas to the Central District of California, the district court of the Eastern District of Texas has already concluded that venue in the Central District of California is proper for the adjudication of Entropic's infringement claims against Counterclaimants. This Court also held that venue is proper over the DISH Defendants in the Central District of California in Case No. 2:23-cv-1043. As a result, there is nothing for Counterclaimants to deny as it relates to the propriety of venue in this District.

### FIRST CLAIM FOR RELIEF
### Noninfringement of '576 Patent

10. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

11. Entropic admits the allegations of Paragraph 11 of the Counterclaims solely with respect to the claims asserted against Counterclaimants in this Action and

the products Entropic contends infringe those claims. Entropic denies that there is an actual, justiciable, substantial, and immediate controversy between Entropic and Counterclaimants as it relates to patent claims not asserted against Counterclaimants in this Action and products Entropic does not contend infringe the '576 Patent.

12. Entropic admits the allegations of Paragraph 12 of the Counterclaims.

13. Entropic denies the allegations of Paragraph 13 of the Counterclaims.

14. Entropic denies the allegations of Paragraph 14 of the Counterclaims.

15. Entropic denies the allegations of Paragraph 15 of the Counterclaims.

16. Entropic denies the allegations of Paragraph 16 of the Counterclaims.

17. Entropic denies the allegations of Paragraph 17 of the Counterclaims.

18. Entropic denies the allegations of Paragraph 18 of the Counterclaims.

## SECOND CLAIM FOR RELIEF

## Noninfringement of '715 Patent

19. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

20. Entropic admits the allegations of Paragraph 20 of the Counterclaims solely with respect to the claims asserted against Counterclaimants in this Action and the products Entropic contends infringe those claims. Entropic denies that there is an actual, justiciable, substantial, and immediate controversy between Entropic and Counterclaimants as it relates to patent claims not asserted against Counterclaimants in this Action and products Entropic does not contend infringe the '715 Patent.

21. Entropic admits the allegations of Paragraph 21 of the Counterclaims.

22. Entropic denies the allegations of Paragraph 22 of the Counterclaims.

23. Entropic denies the allegations of Paragraph 23 of the Counterclaims.

24. Entropic denies the allegations of Paragraph 24 of the Counterclaims.

25. Entropic denies the allegations of Paragraph 25 of the Counterclaims.

## THIRD CLAIM FOR RELIEF

## Invalidity of '576 Patent

26. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

27. Entropic admits the allegations of Paragraph 27 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 27 of the Counterclaims.

28. The allegations set forth in Paragraph 28 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 28 of the Counterclaims.

29. The allegations set forth in Paragraph 29 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 29 of the Counterclaims, especially in light of the Patent Trial and Appeal Board (PTAB) denying institution of IPR2023-00394.

30. The allegations set forth in Paragraph 30 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 30 of the Counterclaims.

31. The allegations set forth in Paragraph 31 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 31 of the Counterclaims.

32. The allegations set forth in Paragraph 32 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 32 of the Counterclaims.

33. The allegations set forth in Paragraph 33 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

- 5 -
**PLAINTIFF'S ANSWER TO DISH'S AMENDED COUNTERCLAIMS**

admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 33 of the Counterclaims.

34. Entropic denies the allegations of Paragraph 34 of the Counterclaims.

## FOURTH CLAIM FOR RELIEF

### Invalidity of '715 Patent

35. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

36. Entropic admits the allegations of Paragraph 36 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 36 of the Counterclaims.

37. The allegations set forth in Paragraph 37 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 37 of the Counterclaims.

38. The allegations set forth in Paragraph 38 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 38 of the Counterclaims, especially in light of the PTAB denying institution of IPR2023-00392.

39. The allegations set forth in Paragraph 39 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 39 of the Counterclaims.

40. The allegations set forth in Paragraph 40 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 40 of the Counterclaims.

41. The allegations set forth in Paragraph 41 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 41 of the Counterclaims.

42. The allegations set forth in Paragraph 42 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 42 of the Counterclaims.

43. Entropic denies the allegations of Paragraph 43 of the Counterclaims.

## FIFTH CLAIM FOR RELIEF

### Unenforceability of '576 and '715 Patents Due to Equitable Estoppel

44. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

45. Entropic admits the allegations of Paragraph 45 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 45 of the Counterclaims.

46. The allegations set forth in Paragraph 46 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 46 of the Counterclaims.

47. The allegations set forth in Paragraph 47 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 47 of the Counterclaims.

48. Entropic admits the allegations of Paragraph 48 of the Counterclaims.

49. The allegations set forth in Paragraph 49 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 49 of the Counterclaims.

50. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 50 and therefore denies them.

51. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 51 and therefore denies them.

52. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 52 and therefore denies them.

53. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 53 and therefore denies them.

54. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 54 and therefore denies them.

55. The document speaks for itself. Entropic lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations set forth in Paragraph 55 and therefore denies them.

56. The allegations set forth in Paragraph 56 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 56 of the Counterclaims.

57. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 57 and therefore denies them.

58. The allegations set forth in Paragraph 58 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 58 of the Counterclaims.

59. The allegations set forth in Paragraph 59 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 59 of the Counterclaims.

60. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 60 and therefore denies them.

61. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 61 and therefore denies them.

62. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 62 and therefore denies them.

63. The allegations set forth in Paragraph 63 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 63 of the Counterclaims.

64. The allegations set forth in Paragraph 64 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 64 of the Counterclaims.

65. The allegations set forth in Paragraph 65 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 65 of the Counterclaims.

### FIFTH CLAIM FOR RELIEF

### Unenforceability of '576 and '715 Patents Due to Implied Waiver

66. Entropic incorporates and re-alleges each response and denial set forth in the foregoing paragraphs as if fully set forth herein.

67. Entropic admits the allegations of Paragraph 67 of the Counterclaims only as it relates to the patent claims asserted by Entropic against Counterclaimants. Entropic otherwise denies the allegations of Paragraph 67 of the Counterclaims.

68. The allegations set forth in Paragraph 68 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 68 of the Counterclaims.

69. The allegations set forth in Paragraph 69 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 69 of the Counterclaims.

70. Entropic admits the allegations of Paragraph 70 of the Counterclaims.

71. The allegations set forth in Paragraph 71 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 71 of the Counterclaims.

72. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 72 and therefore denies them.

73. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 73 and therefore denies them.

74. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 74 and therefore denies them.

75. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 75 and therefore denies them.

76. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 76 and therefore denies them.

77. The document speaks for itself. Entropic lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations set forth in Paragraph 77 and therefore denies them.

78. The allegations set forth in Paragraph 78 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or

admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 78 of the Counterclaims.

79. The allegations set forth in Paragraph 79 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 79 of the Counterclaims.

80. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 80 and therefore denies them.

81. The allegations set forth in Paragraph 81 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 81 of the Counterclaims.

82. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 82 and therefore denies them.

83. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 83 and therefore denies them.

84. Entropic lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 84 and therefore denies them.

85. The allegations set forth in Paragraph 85 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 85 of the Counterclaims.

86. The allegations set forth in Paragraph 86 of the Counterclaims constitute purported legal averments and conclusions of law that are not subject to denial or admission. To the extent a response is necessary, Entropic denies the allegations of Paragraph 86 of the Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Entropic denies that Defendants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

i) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

ii) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

iii) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

iv) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

v) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

vi) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its

**PLAINTIFF'S ANSWER TO DISH'S AMENDED COUNTERCLAIMS**

entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

vii) Entropic denies that Counterclaimants are entitled to any of the requested relief and pray that Counterclaimants' Prayer for Relief be denied in its entirety. Entropic further prays that judgment be entered for Entropic, and that the Court grant Entropic such other and further relief as it deems just and appropriate.

## AFFIRMATIVE DEFENSES

Entropic incorporates herein by reference the admissions, allegations, and denials contained in its Answer above as if fully set forth herein. Without assuming any burden that it would not otherwise bear and without reducing Counterclaimants' burden on any of the Counterclaims, Entropic states the following affirmative defenses to the Counterclaims. Entropic reserves the right to amend its affirmative defenses and to add additional affirmative defenses, including, but not limited to, any defenses revealed during discovery.

## FIRST AFFIRMATIVE DEFENSE

### Equitable Defenses

As a first and separate affirmative defense to each and every Counterclaim, Entropic alleges that Counterclaimants' claims for relief are barred, in whole or in part, by waiver, laches, unclean hands, fraud, and/or other equitable doctrines.

## SECOND AFFIRMATIVE DEFENSE

### Lack of Standing

As a second and separate affirmative defense to Counterclaimants' Fourth and Fifth Counterclaim, Entropic alleges that, to the extent Counterclaimants have failed to explain how Counterclaimants received and relied upon any alleged misrepresentation, Counterclaimants lack standing to assert the claims of equitable estoppel and implied waiver.

# THIRD AFFIRMATIVE DEFENSE

## Failure to State a Claim

As a third and separate affirmative defense to each and every Counterclaim, Entropic alleges that Counterclaimants have failed to plead allegations upon which this a court can grant the requested relief.

Dated: April 12, 2024

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
K&L GATES LLP
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota (admitted phv)
Jason Engel (admitted phv)
Nathan Fuller (admitted phv)
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com

Nicholas F. Lenning (admitted phv)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Caroline M. Vermillion (admitted phv)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3987
caroline.vermillion@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

# DEMAND FOR JURY TRIAL

Entropic hereby demands a trial by jury on every issue on which it is so entitled.

Dated: April 12, 2024

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
K&L GATES LLP
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota (admitted phv)
Jason Engel (admitted phv)
Nathan Fuller (admitted phv)
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com

Nicholas F. Lenning (admitted phv)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Caroline M. Vermillion (admitted phv)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3987
caroline.vermillion@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

**PLAINTIFF'S ANSWER TO DISH'S AMENDED COUNTERCLAIMS**