1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10 ENTROPIC COMMUNICATIONS, LLC,    )
11         Plaintiff,                )   Case No. 2:22-cv-07775-JWH-JEM
                                     )        (Lead Case)
12     v.                            )
                                     )   Case No. 2:22-cv-07959-JWH-JEM
13 DIRECTV, LLC and AT&T SERVICES,   )        (Member Case)
   INC.,                             )
14         Defendants.                )   Hon. John W. Holcomb
   _____ )   Special Master David M. Keyzer
15                                   )
   ENTROPIC COMMUNICATIONS, LLC,    )
16         Plaintiff,                )   **NOTICE OF**
                                     )
17     v.                            )   **SPECIAL MASTER ORDER**
                                     )
18 DISH NETWORK CORPORATION,         )
   DISH NETWORK LLC, and DISH        )   [Docketed in Lead Case Only]
19 NETWORK SERVICE LLC,              )
           Defendants.               )
20                                   )

NOTICE OF SPECIAL MASTER ORDER - 1

1   Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2   David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), the Special

3   Master attaches hereto the Special Master Order No. SM-20.

4

5

6   Dated:   June 10, 2024                By:      /s/ David Keyzer

7                                         David M. Keyzer
                                          California Bar No. 248585
                                          david@keyzerlaw.com
8                                         LAW OFFICE OF DAVID KEYZER, P.C.
                                          5170 Golden Foothill Parkway
9                                         El Dorado Hills, CA 95762
                                          Telephone: (916) 243-5259
10                                        Facsimile: (916) 404-0436

11                                        Special Master

12

13

14

15

16

17

18

19

20

NOTICE OF SPECIAL MASTER ORDER - 2