Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile:  +1.303.291.2457

ATTORNEYS FOR DEFENDANTS DISH NETWORK
CORPORATION, DISH NETWORK L.L.C., AND
DISH NETWORK SERVICE L.L.C.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | No. 2:22-cv-07775-JWH-KES <br><br> **STIPULATION TO RESCHEDULE STATUS REPORT AND SCHEDULING CONFERENCE HEARING** <br><br> **Hon. John W. Holcomb** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | No. 2:22-cv-07959-JWH-KES |

Pursuant to L.R. 7-1 and L.R. 7-11, it is hereby stipulated by and between Plaintiff Entropic Communications, LLC ("Entropic"), Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"), and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") (collectively, "Defendants") (together with Entropic, the "Parties") as follows:

**WHEREAS,** on August 8, 2024, the Court entered a Scheduling Notice and Order (ECF 339) directing the parties to file a Joint Status report containing a proposed case schedule no later than August 16, 2024, and setting a Scheduling Conference to be held on August 30, 2024, and;

**WHEREAS,** at least lead counsel for the DISH Defendants have existing scheduling conflicts with the date currently set for the Scheduling Conference;

**WHEREFORE,** the Parties hereby stipulate and request the Court enter an order resetting the deadline to file a Joint Status Report to August 23, 2024 and resetting the Scheduling Conference for September 6, 2024.

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Amanda Tessar, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: August 13, 2024 | **K&L GATES, LLP** |
| 2 | | |
| 3 | | By: */s/ Nicholas Lenning* |
| 4 | | |
| 5 | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 13, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |
| 3 | | |
| 4 | | By: */s/ Jason Lo* |
| 5 | | |
| 6 | | **ATTORNEYS FOR DEFENDANTS DIRECTV AND AT&T** |

| | |
|---|---|
| Dated: August 13, 2024 | **PERKINS COIE LLP** |
| | By: */s/ Amanda Tessar* |
| | Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080<br>Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799 |
| | Amanda Tessar (admitted pro hac vice)<br>ATessar@perkinscoie.com<br>Trevor Bervik (admitted pro hac vice)<br>TBervik@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 140<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
| | Daniel T Keese, Bar No. 280683<br>DKeese@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street 10th Floor<br>Portland, OR 97209-4128<br>Telephone: +1.503.727.2000<br>Fax: +1.503.727.2222 |
| | Adam G. Hester, Bar No. 311206<br>AHester@perkinscoie.com<br>PERKINS COIE LLP<br>33 East Main Street Suite 201<br>Madison, WI 53703-3095<br>Tel: +1.650.838.4311<br>Fax: +1650.838.4350 |
| | **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |