UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC and AT&T SERVICES, INC.,<br><br>  Defendants. | No. 2:22-cv-07775-JWH-JEM<br><br>**ORDER RESETTING STATUS REPORT AND SCHEDULING CONFERENCE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | No. 2:22-cv-07959-JWH-JEM |

1        The Court, having considered the Parties' Stipulation to Reschedule Status Report and Scheduling Conference, and being advised of the issues therein, hereby **ORDERS** as follows:

      1.      The stipulation is **APPROVED**.

      2.      The parties are **DIRECTED** to file a Joint Status Report containing a proposed case schedule no later than August 30, 2024.

      3.      The Scheduling Conference set for August 30, 2024, is **CONTINUED** to September 13, 2024, at 11:00 a.m.

      **IT IS SO ORDERED.**

Dated   August 14  , 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE