# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DIRECTV, LLC and<br>AT&T SERVICES, INC.,<br><br>      Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK L.L.C., and<br>DISH NETWORK SERVICE L.L.C.,<br><br>      Defendants. | Case No. 2:22-cv-07775-JWH-JEM<br>(Lead Case)<br><br>**ORDER ON STIPULATION REQUESTING TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY**<br><br>Date:     October 18, 2024<br>Time:     9:00 a.m.<br>Courtroom:  9D<br><br>Case No. 2:22-cv-07959-JWH-JEM<br>(Member Case) |

1

**ORDER**

After full consideration of the parties' Stipulation Requesting to Modify the Briefing Schedule on Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH") and Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV") (collectively, "Defendants") Motion to Stay (ECF No. 345) ("Motion"), and good cause appearing, it is hereby ORDERED as follows:

1. The deadline for Plaintiff Entropic Communications, LLC ("Entropic") to submit its opposition to Defendants' Motion is **CONTINUED** from September 13, 2024, to September 19, 2024.

2. The deadline for Defendants to submit their reply in support of Defendants' Motion is **CONTINUED** from September 20, 2024, to September 27, 2024.

**IT IS SO ORDERED.**

Dated: September 12, 2024

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE