Jason C. Lo, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

**ATTORNEY FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.**

Amanda Tessar (admitted pro hac vice)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2357
Facsimile: +1.303.291.2457

**ATTORNEY FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

*Additional Counsel Listed on Signature Block*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC ET AL.,<br><br>Defendants. | CASE NO. 2:22-CV-07775-JWH-JEM<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL FACTS RELATING TO MOTION TO STAY (ECF NO. 345)**<br><br>Motion Hearing: Vacated<br>(See ECF No. 352) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | CASE NO. 2:22-CV-07959-JWH-JEM |

On September 6, 2024, Defendants DIRECTV, LLC, AT&T Services, Inc., DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. moved to stay this case in light of the reexamination of asserted United States Patent No. 7,542,715 ("the '715 patent"). *See* ECF No. 345. The Court has not yet resolved the motion to stay, but it removed a scheduling conference from the calendar pending decision on the motion, so there is currently no case schedule in effect. *See* ECF No. 352. While the motion to stay is pending, Plaintiff Entropic Communications, LLC has continued to move forward with discovery and other case activities, including related to the '715 patent.

On January 28, 2025, the United States Patent and Trademark Office ("PTO") found all asserted claims of the '715 patent invalid in a first office action. *See* Ex. A (Jan. 28, 2025 Office Action). Thus, all asserted claims presently stand rejected.

Defendants submit that the PTO's action further confirms that this case should be stayed pending a final decision in the reexamination.

| | |
|---|---|
| Dated: January 30, 2025 | BY: /s/ *Jason C. Lo* |
| | Jason C. Lo |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue, Suite 5400 |
| | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| | Facsimile: 213.229.7520 |
| | jlo@gibsondunn.com |
| | |
| | **ATTORNEY FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.** |
| | |
| | BY: /s/ *Amanda Tessar* |
| | Amanda Tessar (admitted pro hac vice) |
| | ATessar@perkinscoie.com |
| | Trevor Bervik (admitted pro hac vice) |
| | TBervik@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1900 Sixteenth Street, Suite 140 |
| | Denver, Colorado 80202-5255 |
| | Telephone: +1.303.291.2300 |
| | Facsimile: +1.303.291.2400 |
| | |
| | Daniel T Keese, Bar No. 280683 |
| | DKeese@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1120 NW Couch Street 10th Floor |
| | Portland, OR 97209-4128 |
| | Telephone: +1.503.727.2000 |
| | Fax: +1.503.727.2222 |
| | |
| | Adam G. Hester, Bar No. 311206 |
| | AHester@perkinscoie.com |
| | PERKINS COIE LLP |
| | 33 East Main Street Suite 201 |
| | Madison, WI 53703-3095 |
| | Tel: +1.650.838.4311 |
| | Fax: +1650.838.4350 |
| | |
| | **ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 30, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Amanda Tessar*
Amanda Tessar