Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

Attorneys for Plaintiff Entropic Communications, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC and AT&T SERVICES, INC., <br><br> Defendants. | Case No. 2:22-cv-07775-JWH-JEM (Lead Case) <br><br> **SUPPLEMENTAL NOTICE OF INTERESTED PARTIES** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Case No. 2:22-cv-07959-JWH-JEM (Member Case) |

**1**
**SUPPLEMENTAL NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Entropic Communications, LLC ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. Plaintiff submits this Supplemental Notice of Interested Parties to address publicly available information that has come to Plaintiff's attention. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Entropic Communications LLC | Plaintiff; wholly owned subsidiary of Entropic Holdings LLC. |
| Entropic Holdings LLC | Entropic Holdings LLC is a privately held limited liability company with an interest in the outcome of the action. |
| FIG LLC (d/b/a Fortress Investment Group) | FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC, and may have an interest in the outcome of the action. |
| MaxLinear, Inc. | MaxLinear, Inc. is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |
| MaxLinear Communications LLC | MaxLinear Communications LLC is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |

Pursuant to the Court's Order of August 28, 2023 (ECF No. 278), requiring that Plaintiff file an updated Notice of Interested Parties identifying any investment fund or individual investor that owns more than 10% of Entropic Holdings LLC, Plaintiff discloses the following additional lists of entities.

For purposes of Section IV.2.a. of the Court's Order, Plaintiff discloses the following:

| | |
|---|---|
| FIP UST LP | FIP UST LP is an investment fund entity, which directly owns 50% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities Fund I (A) LP | Fortress Intellectual Property Opportunities Fund I (A) LP is an investment fund entity, which indirectly owns approximately 19% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities Fund I (B) L.P. | Fortress Intellectual Property Opportunities Fund I (B) L.P. is an investment fund entity, which indirectly owns approximately 13% of Entropic Holdings LLC. |
| Fortress Intellectual Property Opportunities Fund I (C) L.P. | Fortress Intellectual Property Opportunities Fund I (C) L.P. is an investment fund entity, which indirectly owns approximately 18% of Entropic Holdings LLC. |
| FCOF V UST LLC | FCOF V UST LLC is an investment fund entity, which directly owns approximately 33% of Entropic Holdings LLC. |
| Fortress Credit Opportunities Fund (A) L.P. | Fortress Credit Opportunities Fund (A) L.P. is an investment fund entity, which indirectly owns approximately 11% of Entropic Holdings LLC. |

| | |
|---|---|
| Fortress Credit Opportunities Fund (G) L.P. | Fortress Credit Opportunities Fund (G) L.P. is an investment fund entity, which indirectly owns approximately 16% of Entropic Holdings LLC. |

For purposes of Section IV.2.b. of the Court's Order, Plaintiff discloses the following:

| | |
|---|---|
| L3 Investment Holdings LP | L3 Investment Holdings LP is an investor entity, which indirectly owns approximately 11% of Entropic Holdings LLC. |

Finally, Defendants identified to Plaintiff the document attached hereto as Exhibit A, which appears to be a public filing with the Scottish Companies House, a United Kingdom government agency. This document indicates that as of July 24, 2017, Universities Superannuation Scheme Limited owned 75% or more of L3 Investment Holdings LP. Based on additional information available from Companies House, it appears this ownership remains current. *See* https://find-and-update.company-information.service.gov.uk/company/SL024106/persons-with-significant-control (last visited February 24, 2025) (copy attached as Exhibit B).

Given that L3 Investment Holdings LP indirectly owns approximately 11% of Entropic Holdings LLC, if Universities Superannuation Scheme Limited owns approximately 90% or more of L3 Investment Holdings LP, then such ownership would constitute indirect ownership of 10% or more of Entropic Holdings LLC.

Publicly available information indicates that Universities Superannuation Scheme Limited is a trustee that runs and manages Universities Superannuation Scheme, which is a private pension scheme for universities and higher education institutions in the United Kingdom, available to academics (such as lecturers, teaching officers, and professors), researchers, and academic-related professional and support

staff employed by UK universities and higher education institutions. *See* https://www.uss.co.uk/about-us/who-we-are (last visited February 24, 2025); https://www.staff.admin.cam.ac.uk/latest-information-on-uss/2020-valuation/uss-pensions-at-cambridge-a-short-guide (last visited February 24, 2025, 2024).

According to Companies House, Universities Superannuation Scheme Limited is a "[p]rivate company limited by guarantee without share capital." *See* https://find-and-update.company-information.service.gov.uk/company/01167127 (last visited February 24, 2025). As such, Plaintiff understands that Universities Superannuation Scheme Limited does not itself have any owners.

Out of an abundance of caution for the Court's evaluation of possible disqualification or recusal, Plaintiff submits that Universities Superannuation Scheme Limited may indirectly own more than 10% of Entropic Holdings LLC.

Dated: February 25, 2025　　　　　　　　　Respectfully Submitted,

By:　/s/ *Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

James A. Shimota (admitted *phv*)
Jason A. Engel (admitted *phv*)
Nathan J. Fuller (admitted *phv*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

**5**
**SUPPLEMENTAL NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| 1 | jason.engel@klgates.com |
| 2 | nathan.fuller@klgates.com |
| 3 | Nicholas F. Lenning (admitted *phv*) |
| 4 | Courtney A. Neufeld (admitted *phv*) |
| | **K&L GATES LLP** |
| 5 | 925 Fourth Avenue, Suite 2900 |
| 6 | Seattle, WA 98104 |
| | Tel: (206) 623-7580 |
| 7 | Fax: (206) 370-6006 |
| 8 | nicholas.lenning@klgates.com |
| | courtney.neufeld@klgates.com |
| 9 | |
| 10 | |
| 11 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 12 | |

**6**
**SUPPLEMENTAL NOTICE OF INTERESTED PARTIES**