Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: +1.303.291.2357
Facsimile:  +1.303.291.2457

Christopher G. Hanewicz (admitted *pro hac vice*)
CHanewicz@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-07775-JWH-KES <br><br> Case Transferred from E.D. Texas (2:22-cv-75-JRG) <br><br> JURY TRIAL DEMANDED |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK L.L.C. and DISH NETWORK SERVICE L.L.C., <br><br> Defendants. | Civil Action No. 2:22-cv-07959-JWH-KES <br><br> Case Transferred from E.D. Texas (2:22-cv-76-JRG) <br><br> JURY TRIAL DEMANDED <br><br> **JOINT STIPULATION FOR EXTENSION OF DISPOSITIVE MOTION FILING DEADLINE** |

Plaintiff Entropic Communications, LLC, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") (inclusively, the "Parties"), hereby submit the following Joint Stipulation and Proposed Order to extend the Parties' deadline to file dispositive motions (without modifying any other deadlines), with reference to the following facts:

WHEREAS, the Court's Order on Joint Stipulation Extending Certain Pre-Trial Deadlines (ECF No. 466) established certain deadlines for dispositive motion briefing.

WHEREAS, the Parties agree that a further extension of the dispositive motion deadline (without modification to any other deadline) will better allow the parties to present issues to the Court in a manner that will assist in the efficient resolution of the issues.  The joint appendix records are voluminous and the parties have undertaken significant and diligent effort to prepare them cognizant of first- and third-party confidentiality concerns.  Due to that effort and the time required to prepare the materials, DISH in particular requested additional time to organize and present those materials in the Joint Statement relating to Entropic's forthcoming motion.

WHEREAS, the Parties agree that they will nonetheless exchange (but not yet file) motions for summary judgment on February 12, 2026 (the current deadline), so that the parties can begin work on opposition briefs while the remaining appendix and sealing materials are finalized for filing with the motions on the extended date.

WHEREAS, the Parties agree that they will not make substantive changes to the motions for summary judgment or the statement of facts after February 12, 2026, except by agreement.

WHEREAS, the Parties have conferred and stipulate, subject to the Court's approval, to a modified schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to File Dispositive Motions | February 12, 2026 | February 19, 2026 |
| Deadline to File Oppositions to Dispositive Motions | March 19, 2026 | March 19, 2026 [unchanged] |
| Deadline to File Replies in Support of Dispositive Motions | April 9, 2026 | April 9, 2026 [unchanged] |
| Last Date to Hear Dispositive Motions | May 5, 2026 (or at the Court's convenience) | May 5, 2026 (or at the Court's convenience) [unchanged] |

WHEREAS, this request for an extension of time is not submitted for the purpose of delay.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND PROPOSE as follows:

The discovery and certain pre-trial deadlines as set by the Court's Order (ECF No. 466) are extended as follows:

1.  Subject to the provisions above, the deadline to file dispositive motions shall be extended up to and including **February 19, 2026**.

2.  All other deadlines remain unchanged.

Dated: February 12, 2026

Respectfully Submitted,

By: */s/ Katherine P. Kieckhafer*
Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com
Katherine P. Kieckhafer (*pro hac vice*)
kkieckhafer@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Ethan Perbohner (*pro hac vice*)
eperbohner@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
191 North Wacker Dr., Suite 3000
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
Jason A. Engel (*pro hac vice*)
jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Rachel Berman (SBN 261722)
rachel.berman@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**

10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001

Nicholas F. Lenning (*pro hac vice*)
nicholas.lenning@klgates.com
Courtney A. Neufeld (*pro hac vice*)
courtney.neufeld@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 370-6006

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

Dated: February 12, 2026

By: */s/ Adam Hester*
Amanda Tessar, (*pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik, (*pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Christopher G. Hanewicz (admitted *pro hac vice*)
CHanewicz@perkinscoie.com
Adam Hester, Bar No. 311206
AHester@perkinscoie.com
**Perkins Coie LLP**
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499

Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

Adam Hester, Bar No. 311206
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: +1.650.838.4311
Facsimile: +1.650.838.4350

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

JOINT STIPULATION EXTENDING DISPOSITIVE MOTION FILING DEADLINE

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Adam Hester, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: February 12, 2026               */s/ Adam Hester*
                                                          Adam Hester

JOINT STIPULATION EXTENDING DISPOSITIVE MOTION FILING DEADLINE