**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-07775-JWH-KES (Lead Case)<br>Case No. 2:22-cv-07959-JWH-KES (Member Case)<br><br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN PRE-TRIAL DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al*.,<br><br>　　　　Defendants. | |

After full consideration of Plaintiff Entropic Communications, LLC's, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s Joint Stipulation Extending Dispositive Motion, and good cause appearing, it is hereby **ORDERED** as follows:

1.    Subject to the provisions in the Joint Stipulation regarding the parties' exchanges of the motions on February 12, 2026, the deadline to file dispositive motions (and all supporting materials) is **EXTENDED** up to and including February 19, 2026.

2.    All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated:  February 12, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER