Christina Goodrich (SBN 261722)
Rachel Berman (SBN 352237)
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ENTROPIC COMMUNICATIONS, LLC,<br><br>PLAINTIFF(S)<br>v.<br>DISH NETWORK CORPORATION, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-07775-JWH-KES<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Joint Exhibits Parts:
N at 1142-1143; P at 1318-1320;
Y at 1731-1933; Y at 1934-1994; Y at 1995-2096; Y at 2097-2175; Z at 2205-2219; Z at 2220-2229;
CC at 2553-2569;
FF at 3727-3729; FF at 3730-3744; FF at 3745-3763; FF at 3764-3798; FF at 3799-3967;
GG at 3968-4249; GG at 4249-4628; GG at 4633; GG at 4634-4635; GG at 4636-5087; GG at 5088-5166; GG at 5167; GG at 5168;
HH at 5169-5172; HH at 5173; HH at 5174; HH at 5175-5177; HH at 5178-5179;
NN at 7125-7137

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
All documents being lodged with the Court consist of native Excel files, which are not suitable for electronic filing.

February 19, 2026
Date

Rachel Berman
Attorney Name

Plaintiff Entropic Communications LLC
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING