| | |
|---|---|
| 1 | Amanda Tessar (admitted *pro hac vice*) |
| 2 | ATessar@perkinscoie.com |
|   | PERKINS COIE LLP |
| 3 | 1900 Sixteenth Street, Suite 1400 |
|   | Denver, Colorado 80202-5255 |
| 4 | Telephone: +1.303.291.2357 |
|   | Facsimile: +1.303.291.2457 |
| 5 | |
| 6 | Christopher G. Hanewicz (admitted *pro hac vice*) |
|   | CHanewicz@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 33 East Main Street, Suite 201 |
| 8 | Madison, WI 53703-3095 |
|   | Telephone: +1.608.663.7460 |
| 9 | Facsimile: +1.608.663.7499 |

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07775-JWH-KES |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DIRECTV, LLC and AT&T SERVICES, INC., | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | No. 2:22-cv-07959-JWH-KES |
| Plaintiff, | |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | |
| Defendants. | |

I, Adam Hester, declare:

I am a citizen of the United States. I am over the age of 18 and not a party to the action. My business address is 33 East Main Street, Suite 201, Madison, WI 53703.

On March 12, 2026, I caused to be served unredacted versions of the following documents filed under seal on Plaintiff Entropic:

- **DECLARATION OF ADAM HESTER IN SUPPORT OF DISH'S APPLICATION TO FILE UNDER SEAL – FIRST PARTY MATERIALS;**
- **DECLARATION OF ADAM HESTER REGARDING MATERIALS DESIGNATED CONFIDENTIAL BY THIRD-PARTY BROADCOM INC.;**
- **DECLARATION OF ADAM HESTER REGARDING MATERIALS DESIGNATED CONFIDENTIAL BY THIRD-PARTY MAXLINEAR, INC.;**
- **DECLARATION OF ADAM HESTER REGARDING MATERIALS DESIGNATED CONFIDENTIAL BY THIRD-PARTY MICROELECTRONICS TECHNOLOGIES, INC.;**
- **DISH'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**
- **STATEMENT OF UNDISPUTED FACTS AND GENUINE DISPUTES IN SUPPORT OF DISH'S MOTION FOR SUMMARY JUDGMENT;**
- **JOINT EXHIBITS TO DISH'S MOTION FOR SUMMARY JUDGMENT -- TABLE OF CONTENTS;**
- **JOINT EXHIBIT PART C; and**
- **JOINT EXHIBIT PART D.**

1    By transmitting the documents via Kiteworks FTP with email notification to
2    the following email address(es):

| | |
|---|---|
| Michael T. Pieja<br>mpieja@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Douglas Jordan Winnard<br>dwinnard@goldmanismail.com<br>Katherine P. Kieckhafer<br>kkieckhafer@goldmanismail.com<br>Xaviere N. Giroud<br>xgiroud@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Ethan Perbohner<br>eperbohner@goldmanismail.com<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 681-6000<br>Fax: (312) 881-5191 | Counsel for Plaintiff |
| James A. Shimota<br>jim.shimota@klgates.com<br>Jason A. Engel<br>jason.engel@klgates.com<br>Nathan J. Fuller<br>nathan.fuller@klgates.com<br>Laurel W. Salisbury<br>laurel.salisbury@klgates.com<br>K&L GATES LLP<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000 | Counsel for Plaintiff |
| Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Rachel Berman<br>rachel.berman@klgates.com | Counsel for Plaintiff |

-3-

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Connor J. Meggs<br>connor.meggs@klgates.com<br>Cassidy Stewart<br>Cassidy.young@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Blvd., 8th Fl.<br>Los Angeles, CA 90067<br>Tel: (310) 552-5547<br>Fax: (310) 552-5001 | |
| 7<br>8<br>9<br>10<br>11 | Nicholas F. Lenning<br>nicholas.lenning@klgates.com<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel: (206) 623-7580 | Counsel for Plaintiff |
| 12<br>13<br>14<br>15 | Matthew A. Blair<br>Matthew.blair@klgates.com<br>2801 Via Fortuna, Suite 650<br>Austin, TX 75746<br>Tel: (512) 482-6851<br>Fax: (512) 482-6859 | Counsel for Plaintiff |
| 16<br>17<br>18<br>19 | Vincent J. Galluzzo<br>vincent.galluzzo@klgates.com<br>K&L GATES LLP<br>300 South Tyron Street, Suite 1000<br>Charlotte, NC 28202<br>Tel: (704) 331-7526 | Counsel for Plaintiff |
| 20<br>21<br>22<br>23 | David M. Stein<br>dstein@olsonstein.com<br>OLSON STEIN LLP<br>240 Nice Lane, #301<br>Newport Beach, CA 92663<br>Tel: (949) 887-4600 | Counsel for Plaintiff |
| 24<br>25<br>26<br>27<br>28 | Kenneth Bridges<br>bridgesip@icloud.com<br>Bridges IP Consulting<br>2113 19th Avenue S.<br>Nashville, TN 37212<br>Tel: (615) 973-9475 | Counsel for Plaintiff |

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on March 12, 2026, at Rochester, Minnesota.

*/s/ Adam Hester*
Adam Hester