# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRECTV, LLC, *et al.*,<br><br>            Defendants. | Case No. 2:22-cv-07775-JWH-KES (Lead Case)<br><br>Case No. 2:22-cv-07959-JWH-KES (Member Case)<br><br>**ORDER GRANTING PLAINTIFF ENTROPIC'S APPLICATION TO FILE ENTROPIC'S OPPOSITION TO DIRECTV, LLC'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>            Defendants. | |

**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file under seal its Opposition to Defendant DIRECTV, LLC's Motion for Summary Judgment (the "Opposition"), which contains details related to confidential, sensitive documents that Defendant DIRECTV, LLC ("Defendant" has designated as confidential and requested remain under seal, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted documents as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(b) | Description of Information |
|---|---|
| Portions of Opposition at 6:19-21. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 8:8-9. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 9:11-12. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 9:26-10:7. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 10:10-11. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 10:17-22. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 10:25-11-5. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 11:8-12. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 11:14-16. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 11:26-27. | Contents of documents containing sensitive information Defendant requested be filed under seal. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(b) | Description of Information |
|---|---|
| Portions of Opposition at 12:5. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 14:19-21. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 15:2. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 16:6-11. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 16:13-17:10. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 17:13. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 17:20-27. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 18:3-17. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 18:26-19:6. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 19:12-13. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 19:26-27. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 21:1-3. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 22:1-7. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 22:11-18. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 22:20-21. | Contents of documents containing sensitive information Defendant requested be filed under seal. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(b) | Description of Information |
|---|---|
| Portions of Opposition at 24:5-25. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 26:25-27:1. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 28:17-19. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 28:22-29:2. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 29:4-6. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 30:3-24. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 36:3-4. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 36:17. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 36:21-37:4 | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 37:6-15. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 37:19-38:3. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 38:22-24. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 38:26-39:1. | Contents of documents containing sensitive information Defendant requested be filed under seal. |
| Portions of Opposition at 39:16-18. | Contents of documents containing sensitive information Defendant requested be filed under seal. |

4
**ORDER**

| Item to be Sealed Pursuant to L.R. 79-5.2.2(b) | Description of Information |
|---|---|
| Portions of Opposition at 40:1-3. | Contents of documents containing sensitive information Defendant requested be filed under seal. |

**IT IS SO ORDERED.**

Dated: March 23, 2026

Hon. John W. Holcom
United States District Judge

5
**ORDER**