JASON C. LO, SBN 219030
  jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant DIRECTV, LLC

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07775-JWH-KESx |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| DIRECTV, LLC, | |
| Defendant. | |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-07959-JWH-KESx |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C., | **JOINT STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants. | |

Defendant DIRECTV, LLC, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "Defendants"), and Plaintiff Entropic Communications, LLC ("Entropic") (inclusively, the "Parties"), hereby submit this joint stipulation to continue the hearing for the Parties' respective motions for summary judgment and Entropic's related Motion for Leave to June 10, 2026, at 9:00 a.m.

WHEREAS, the Court previously set the hearing for the Parties' pending motions for summary judgment and Entropic's related Motion for Leave (ECF Nos. 470, 472, 493, 498, and 523) for Wednesday, May 20, 2026 at 9:00 a.m. (ECF No. 589);

WHEREAS, the Parties conferred by email regarding Defendants' respective conflicts with the May 20, 2026 hearing date, which include both obligations to other matters and personal commitments, and would prevent key counsel from participating in the hearing; and

WHEREAS, the Parties agreed that continuing the hearing to June 10, 2026, at 9:00 a.m. would resolve the conflicts and allow all Defendants' necessary counsel to be present;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND PROPOSE that the hearing for the Parties' pending motions for summary judgment and Entropic's related Motion for Leave (ECF Nos. 470, 472, 493, 498, and 523) be continued to June 10, 2026, at 9:00 a.m., or, if that date is not convenient to the Court, for the Court to direct the Parties to confer and propose another mutually acceptable date.

Gibson, Dunn & Crutcher LLP

1

Dated:  April 27, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Jason C. Lo*
         Jason C. Lo

Jason C. Lo, Bar No. 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Suite 5400
Los Angeles, CA  90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Benjamin Hershkowitz (admitted *phv*)
bhershkowitz@gibsondunn.com
Katherine Q. Dominguez (admitted *phv*)
kdominguez@gibsondunn.com
Allen Kathir (admitted *phv*)
akathir@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Brian Buroker (admitted *phv*)
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500

Nathan R. Curtis (admitted *phv*)
ncurtis@gibsondunn.com
Audrey Yang (admitted *phv*)
ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Frank P. Coté, Bar No. 240529
fcote@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Tel: (949) 451-3800

*Attorneys for Defendant DIRECTV, LLC*

By: */s/ Amanda Tessar*
_____
Amanda Tessar

Amanda Tessar, (admitted *pro hac vice*)
ATessar@perkinscoie.com
Trevor Bervik, (admitted *pro hac vice*)
TBervik@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 140
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Christopher G. Hanewicz (admitted *pro hac vice*)
CHanewicz@perkinscoie.com
Adam Hester, Bar No. 311206
AHester@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201 Madison, WI 53703-3095
Telephone: +1.650.838.4311
Facsimile: +1.650.838.4350

Daniel T Keese, Bar No. 280683
DKeese@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: +1.503.727.2000
Fax: +1.503.727.2222

*Attorneys for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.*

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

By: */s/ Michael T. Pieja*
Michael T. Pieja

Vincent J. Galluzzo (*pro hac vice*)
Vincent.galluzzo@klgates.com
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Tel: (704) 331-7526

Christina N. Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
Connor.meggs@klgates.com

Rachel Berman (SBN 352237)
Rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel: (310) 552-5547
Fax: (310) 552-5001

Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas J. Winnard (SBN 275420)
dwinnard@goldmanismail.com
Katherine P. Kieckhafer (*pro hac vice*)
kkieckhafer@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Ethan Perbohner (*pro hac vice*)
eperbohner@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
BRENNAN AND BAUM LLP
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 681-6000
Fax: (312) 881-5191

James A. Shimota (*pro hac vice*)
Jim.shimota@klgates.com
Jason A. Engel (pro hac vice)
Jason.engel@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000

Nicholas F. Lenning (*pro hac vice*)
nicholas.lenning@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)

David M. Stein (SBN 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663
Tel: 949.887.4600

*Attorneys for Plaintiff Entropic
Communications, LLC*

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Nathan Curtis, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: April 27, 2026

By: */s/ Nathan R. Curtis*
        Nathan R. Curtis

Attorney for Defendant DIRECTV, LLC.

Gibson, Dunn & Crutcher LLP

1
SIGNATURE CERTIFICATION