# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>DIRECTV, LLC,<br><br>        Defendant. | Case No. 2:22-cv-07775-JWH-KESx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C.,<br><br>        Defendant. | |

After full consideration of the joint stipulation of Plaintiff Entropic Communications, LLC; Defendant DIRECTV, LLC; and Defendants DISH Network Corporation; DISH Network L.L.C.; and Dish Network Service L.L.C. (collectively, the "Parties") to continue the hearing on the Parties' respective motions for summary judgment and Entropic's related Motion for Leave, and good cause appearing, it is hereby **ORDERED** as follows:

1.      The hearing on pending motions ECF Nos. 470, 472, 493, 498, and 523 is **CONTINUED** to June 24, 2026, at 9:00 a.m.

2.      Counsel for the parties are **DIRECTED** to appear in person at that date and time in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street Santa Ana, California.

**IT IS SO ORDERED.**

Dated:_____May 4, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-