UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case Nos. | 2:22-cv-07775-JWH-KES<br>2:22-cv-07959-JWH-KES | Date | July 6, 2026 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. DIRECTV, LLC, et al.*<br>*Entropic Communications, LLC v. DISH Network Corp., et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER SEVERING AND STAYING DISH NETWORK CASE**

## I. BACKGROUND

In December 2022, the Court issued an Order consolidating *Entropic Communications, LLC v. DISH Network Corp.*, Case No. 2:22-07959-JWH (the "DISH Network Case"), with *Entropic Communications, LLC v. DIRECTTV, LLC*, Case No. 2:22-cv-07775-JWH (the "Lead Case"), for pretrial purposes.[1]

On July 1, 2026, Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C. (collectively, the "DISH Defendants") filed a Notice of Bankruptcy Filing and Automatic Stay of Proceedings in the Lead Case.[2] Through their Notice, the DISH Defendants informed the Court that on

---

[1]    Minute Order re Status Conference [ECF No. 176].

[2]    Defs.' Not. of Bankruptcy Filing and Automatic Stay of Proceedings (the "Notice") [ECF No. 618].

June 30, 2026, DISH Network L.L.C. and DISH Network Service L.L.C. (jointly, the "<u>DISH Debtors</u>") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Case Nos. 26-90631 & 26-90633 (jointly, the "<u>Bankruptcy Cases</u>").[3]  The Notice also invites the Court's attention to 11 U.S.C. § 362(a), which provides that the filing of a voluntary petition for relief under Chapter 11 automatically "operates as a stay, applicable to all entities, of the commencement or continuation . . .of a judicial, administrative, or other action or proceeding against the debtor . . . ."[4]

## II.  LEGAL STANDARD

Pursuant to the Federal Rules of Civil Procedure, "[p]ersons . . . may be joined in one action as defendants if:  (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." Fed. R. Civ. P. 20(a)(2).

"On motion or on its own," however, "the court may at any time, on just terms, add or drop a party."  Fed. R. Civ. P. 21.

## III.  ANALYSIS

The Court concludes that the DISH Defendants should be severed from the instant action.  Under 11 U.S.C. § 362, all claims against the DISH Debtors—including those asserted in the instant action—are automatically stayed in view of the pending Bankruptcy Cases.  However, Entropic has asserted claims against other Defendants in the Lead Case, which may proceed.  In the interest of reaching a "just" and "speedy" determination, *see* Fed. R. Civ. P. 1, the Court will sever the DISH Defendants and allow the claims in the Lead Case to proceed.

---

[3]      *Id.* at 2:1–9.

[4]      *Id.* at 2:13–22.

## IV.  DISPOSITION

For those reasons, the Court hereby **ORDERS** as follows:

1.      The DISH Network Case, *Entropic Communications, LLC v. DISH Network Corporation*, Case No. 2:22-07959-JWH, is **SEVERED** from the Lead Case.  All future filings should be made only in the case to which such filings pertain.

2.      The Clerk is **DIRECTED** to docket this order in both the Lead Case and the DISH Network Case.

3.      The Clerk is also **DIRECTED** to reopen and **STAY** the DISH Network Case administratively.

4.      The parties in the DISH Network Case are **DIRECTED** to file a Status Report no later than October 16, 2026, and every 90 days thereafter, that advises the Court regarding the status of the Bankruptcy Cases.

5.      The DISH Defendants' Motion for Summary Judgment [ECF No. 493] and Entropic's Motion for Partial Summary Judgment [ECF No. 498] are **DENIED without prejudice**.

6.      The hearing on the DISH Defendants' Motion for Summary Judgment [ECF No. 493] and on Entropic's Motion for Partial Summary Judgment [ECF No. 498], currently set for July 9, 2026, is **VACATED**.

7.      All other motions set for hearing in the Lead Case on July 9, 2026, remain on calendar.

**IT IS SO ORDERED.**

CIVIL MINUTES—GENERAL

Initials of Deputy Clerk cla